## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS RAPAK,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | **No. 19-6019** |
| Defendant | : | |

| | | |
|---|---|---|
| **RONNIE KAUFMAN,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | **No. 19-6032** |

| | | |
|---|---|---|
| **JENNIFER COHEN,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | **No. 19-6064** |

| | | |
|---|---|---|
| **MULLEN et al.,** | : | |
| Plaintiff | : | |
| | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | **No. 19-6076** |

| | | |
|---|---|---|
| **KELLY EMERY,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
|                   *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
|      **v.** | : | |
| | : | |
| **WAWA, INC. et al.,** | : | |
|                   *Defendants* | : | **No. 19-6077** |

| | | |
|---|---|---|
| **MRS. TABITHA HANS-ARROYO,** | : | |
| *On behalf of all others similarly situated,* | : | |
|                   *Plaintiff* | : | |
| | : | **CIVIL ACTION** |
| | : | |
|      **v.** | : | |
| | : | |
| **WAWA, INC.,** | : | |
|                   *Defendant* | : | **No. 19-6127** |

| | | |
|---|---|---|
| **JOSEPH MULLER,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
|                   *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
|      **v.** | : | |
| | : | |
| **WAWA, INC.,** | : | |
|                   *Defendant* | : | **No. 19-6142** |

| | | |
|---|---|---|
| **LINDA NEWTON,** | : | |
| *Individually and on behalf of all others* | : | |
| *Similarly Situated,* | : | |
|                   *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
|      **v.** | : | |
| | : | |
| **WAWA, INC.,** | : | |
|                   *Defendant* | : | **No. 19-6147** |

| | | |
|---|---|---|
| **ROB ROESSLE,**<br>*Individually and on behalf of all others*<br>*Similarly Situated,* | : | |
| | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | No. 19-6161 |

| | | |
|---|---|---|
| **JOHN FISHER**<br>*Individually and on behalf of all others*<br>*Similarly Situated,* | : | |
| | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | No. 19-6179 |

| | | |
|---|---|---|
| **MARK SCHULTZ et al.,** | : | |
| | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | No. 19-6190 |

| | | |
|---|---|---|
| **SUZANNE HIGH,**<br>*Individually and on behalf of all others*<br>*Similarly Situated,* | : | |
| | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WAWA, INC.,** | : | |
| Defendant | : | No. 20-0001 |

**JORDAN SACKS et al.,**
          *Plaintiff*

                  **CIVIL ACTION**

        **v.**

**WAWA, INC.,**
          *Defendant*         **No. 20-0078**

---

**THERESA A. JACOBS,**
*Individually and on behalf of all others*
*Similarly Situated,*
          *Plaintiff*         **CIVIL ACTION**

        **v.**

**WAWA, INC.,**
          *Defendant*         **No. 20-0080**

---

**DEMETRIUS WILLIAMS,**
*Individually and on behalf of all others*
*Similarly Situated,*
          *Plaintiff*         **CIVIL ACTION**

        **v.**

**WAWA, INC.,**
          *Defendant*         **No. 20-0100**

## ORDER

**AND NOW**, this 8th day of January, 2020, it is hereby **ORDERED** that:

1. The above-captioned cases shall be consolidated pursuant to Local Rule 40.1(c).[1]  All

    parties are directed to file documents relating to the above-captioned cases under Civil

    Action No. 19-6019.

---

[1]    Local Rule 40.1(c)(2) governing the assignment of related cases states: "If the fact of relationship does not become known until after the case is assigned, the judge receiving the later case may refer the case to the Chief Judge for reassignment to the judge to whom the earlier related case is assigned.  If the Chief Judge determines that the cases are related, the Chief Judge shall transfer the later case to the judge to whom the earlier case is assigned[.]"

2.  The Clerk of Court shall transfer all documents heretofore docketed under the above-captioned cases to Civil Action No. 19-6019, and shall mark the other above-captioned cases **CLOSED** for statistical purposes.

3.  Any other case related to the above-captioned cases filed henceforth in the Eastern District of Pennsylvania are to be designated as related to Civil Action No. 19-6019.

BY THE COURT:

_____
The Honorable Juan R. Sánchez
Chief, United States District Court Judge