UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA BREACH LITIGATION | CIVIL ACTION<br><br>No.: 2:19cv6019-GEKP |
| THIS DOCUMENT ALSO RELATES TO:<br><br>STEVE OTTO, individually and on behalf of all others similarly situated,<br>            Plaintiff,<br><br>v.<br><br>WAWA, INC., a New Jersey corporation,<br>           Defendant. | No.: 2:20cv0171-GEKP |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

Please take notice that the undersigned, a member of the bar of the United States District for the Eastern District of Pennsylvania, hereby enters his appearance on behalf of Plaintiff Steve Otto in the above captioned consolidated action.

Dated: January 16, 2020

                                            **LAW OFFICES**
                                            **BERNARD M. GROSS, P.C.**
                                            **BY**
                                            /s/ *BERNARD M. GROSS*
                                            **BERNARD M. GROSS**
                                            **Attorney I.D.   02571**
                                            **Two Penn Center, Suite 1820**
                                            **1500 John F. Kennedy Blvd.**
                                            **Philadelphia, PA 19102**
                                            **215-561-3600**
                                            Carmel@bernardmgross.com
                                            **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I, Bernard M. Gross, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance will be served via the electronic filing system on all other counsel via the Court's CM/ECF system.

.

**LAW OFFICES
BERNARD M. GROSS, P.C.
BY:
<u>/S/BERNARD M. GROSS</u>
BERNARD M. GROSS
Two Penn Center
1500 JFK Blvd., Suite 1820
Philadelphia, PA  19102
(215) 561-3600**

**Attorney for Plaintiffs**