# EXHIBIT 2

***ABOUT THE FIRM***

# FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, Pennsylvania 19107
(215) 567-6565

Fine, Kaplan and Black is a nationally recognized firm located in Philadelphia, Pennsylvania, which devotes its practice entirely to litigation, with particular emphasis on antitrust, consumer protection, class actions, complex commercial litigation, and white-collar criminal defense.

Fine, Kaplan and Black has consistently been highly ranked as one of the premier antitrust practices in both Pennsylvania and the entire country by the *Chambers USA Client Guide.* The *Guide* praises the Firm as an "excellent boutique firm" that is comprised of "erudite and capable attorneys." In the *Guide,* clients praised the Firm for its "absolutely fantastic service" and "superb attorneys."

In addition, many of Fine, Kaplan and Black's attorneys are highly ranked in *Chambers; Best Lawyers in America; The U.S. Legal 500* and "*Who's Who: Legal Competition"* by Global Competition Review.

Since its formation in 1975, the Firm has been involved in many of the most significant antitrust and class action cases in federal and state courts.

Courts have commented favorably on the high quality of the Firm's representation of Plaintiff Classes. In *In re Urethane (Polyether Polyols) Antitrust Litig.,* MDL No. 1616 (D. Kan.), the firm won a $1.06 billion judgment against Dow Chemical Company after a four week jury trial, and Dow later settled for $835 million. Judge Lungstrum noted that "in almost 25 years of service on the bench, this Court has not experienced a more remarkable result." *Urethane,* 2016 WL 4060156, at *4 (D. Kan. July 29, 2016). In *In re Linerboard Antitrust Litig.,*

2004 WL 1221350, at *6 (E.D. Pa. June 2, 2004), in which our Firm was a member of Plaintiffs'
Executive Committee, the Court approved a settlement of $202.5 million for the benefit of the
class, and stated, "the lawyering in the case at every stage was superb.... " In *In re Lorazepam
and Clorazepate Antitrust Litig.,* MDL No. 1290, 2003 WL 22037741, at *6 (D.D.C. June 16,
2003), in which our Firm was Co-Lead Counsel for the class of direct purchasers, in approving the
settlement the Court characterized counsel as "among the best and most experienced antitrust
litigators in the country. " In *In re NASDAQ Market-Makers Antitrust Litig.,* 187 F.R.D. 465, 474
(S.D.N.Y. 1998), the Firm served as one of Plaintiffs' Co-Lead Counsel, and the Court approved a
settlement of over $1 billion, complimenting the Firm by noting that, "[i]t is difficult to conceive
of better representation than the parties to this action achieved."

　　In addition to Ms. Liebenberg's resume, resumes of the other Fine Kaplan attorneys who
will work on this matter are included herewith.

2

# FINE, KAPLAN AND BLACK

## Roberta D. Liebenberg
rliebenberg@finekaplan.com
(215) 567-6565

Roberta D. Liebenberg is a senior partner at Fine Kaplan and Black in Philadelphia, where she focuses her practice on class actions, antitrust, consumer and complex commercial litigation, and white-collar criminal defense. She is a graduate of the University of Michigan and the Catholic University Columbus School of Law, *magna cum laude*, where she was the Notes Editor of the Law Review. Thereafter, she served as a law clerk for the United States Court of Appeals for the Fourth Circuit.

Ms. Liebenberg served as one of trial counsel for the plaintiff class in *In re Urethane [Polyether Polyols] Antitrust Litigation*, MDL No. 1616 (D. Kan.). After a four-week trial, a jury returned a verdict for the class against The Dow Chemical Company in excess of $400 million, prior to trebling. After accounting for pre-trial settlements with other defendants of $139 million, the Court entered a final judgment for the class in the amount of $1.06 billion. This was the largest judgment ever awarded in a price-fixing case. The judgment was later unanimously affirmed by the Tenth Circuit. *In re Urethane Antitrust Litig.*, 768 F.3d 1245 (10th Cir. 2014). While the case was pending on appeal in the United States Supreme Court, Dow agreed to a settlement for $835 million, the largest settlement ever recovered in a price-fixing case from a single defendant.

She has also held leadership roles for the plaintiff classes in numerous other complex antitrust and consumer class actions as well.  For example,  Ms. Liebenberg was appointed by the Court as Lead Counsel for the End-Payer Plaintiff Class in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724 (E.D. Pa.), and Co-Lead Counsel for the class in *In re Railway Industry Employee No-Poach Antitrust Litigation,* MDL No. 2850 (W.D. Pa.).

Ms. Liebenberg has extensive experience in many cases involving data breach issues and the credit card industry.  For example, in *In re Target Corp. Customer Data Security Breach Litigation,* MDL No. 14-2522 (D. Minn.), Ms. Liebenberg served on the expert committee on behalf of the Plaintiffs' Financial Institution Class, where a settlement valued at over $100 million was reached on behalf of the class.   Ms. Liebenberg also served on the expert committee in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-1720 (E.D.N.Y.), which recently was settled with Visa and Mastercard for $5.54 billion.  Ms. Liebenberg was appointed as Lead Counsel in *In re Providian Financial Corp. Credit Card Terms Litigation,* MDL No. 1301 (E.D. Pa. 2001), a large consumer fraud class action in which a $105 million recovery was achieved for the benefit of the class.

Ms. Liebenberg defended Southwest Airlines in *In re Domestic Airline Travel Antitrust Litig.,* MDL No. 2656 (D.D.C.) and successfully defended Southwest in an antitrust action brought against it in *Love Terminal Partners, L.P. v. City of Dallas*, 527 F. Supp. 2d 538 (N.D. Tex. 2007). She represented Temple University in connection with a high-profile class action lawsuit brought by students enrolled in the Fox School of Business and Management.  *Smith, et al. v. Temple University*, No. 18-590 (E.D. Pa.). She served as one of trial counsel in *United States v. Stolt-Nielsen, S.A.*, a complex and landmark criminal matter involving the Antitrust Division's Amnesty

Program in which she successfully defended a high-level executive charged with violations of the Sherman Antitrust Act. The charges were all dismissed after a three-week bench trial. *United States v. Stolt-Nielsen, S.A.*, 524 F. Supp. 2d 609 and 524 F. Supp. 2d 586 (E.D. Pa. 2007).

Ms. Liebenberg was the 2019 inductee to the American Antitrust Institute Private Enforcement Hall of Fame.  She has repeatedly been listed in the highest band-level as one of the leading antitrust lawyers in the country by the *Chambers USA Guide: America's Leading Business Lawyers*. Also, every year since 2004, *Chambers* has included her in the highest band level among antitrust lawyers in Pennsylvania. The Chambers Guide has described her as "a first-class litigator" and stated that "she truly is one of the most talented and accomplished antitrust lawyers in the country." Also, she was named by *Best Lawyers* as "Antitrust Lawyer of the Year" in Philadelphia in 2013, 2018 and 2020. Since 2006, she has been listed in *Best Lawyers in America* in the field of Antitrust. The US Legal 500 listed Ms. Liebenberg as one of the nation's "leading lawyers" in the field of antitrust class actions and she was listed by "Who's Who: Legal Competition," by Global Competition Review.

In 2019, Ms. Liebenberg was named by The National Law Journal as one of the "Elite Women of the Plaintiffs' Bar."   She also received The Philadelphia Inquirer's "Influencers of Law" Lifetime Achievement Award in 2019.   She was also named by Corporate Counsel and Inside Counsel as the recipient of their 2018 "Lifetime Achievement Award."   She was honored with Hortense Ward Courageous Leader Award by the Center for Women in Law at the University of Texas School of Law in April 2018.   In June 2017, she received the "Distinguished Leader Award" from *The Legal Intelligencer*. In February 2017, she received the Martha Fay Africa Golden Hammer Award from the American Bar Association's Law Practice Division, in recognition of professional excellence in her career and her commitment to diversity. In August 2016, she received the Margaret Brent Women Lawyers of Achievement Award from the American Bar Association's Commission on Women in the Profession. This is the highest award bestowed upon a woman attorney by the ABA. In May 2015, the *National Law Journal* named Ms. Liebenberg as one of the nation's 75 most "Outstanding Women Lawyers." Previously, in 2007 the *National Law Journal* had named her as one of its "50 Most Influential Women Lawyers in America." In April 2015, she was honored with the "Lifetime Achievement Award" by *The Legal Intelligencer*, in recognition of her "exemplary career" and her "significant impact on the profession." She has been named five times as one of the "Top Ten Super Lawyers in Pennsylvania." In April 2014, she received the Chambers Women in Law "Outstanding Achievement Award." She received the Ms. JD "Sharing Her Passion Award" in February 2014. Ms. Liebenberg was the recipient of the inaugural Chambers Women in Law Award for "Outstanding Contributions to Gender Diversity and Equality" in January 2013. In November, 2012, she received the Florence K. Murray Award from the National Association of Women Judges. That Award is given to someone "who has opened doors and advanced opportunities for women attorneys." Ms. Liebenberg also is the recipient of the 2008 Sandra Day O'Connor Award by the Philadelphia Bar Association. This Award is conferred annually on a woman attorney "who has demonstrated superior legal talent, achieved significant legal accomplishments, and has furthered the advancement of women in both the profession and the community."

In October, 2006, Ms. Liebenberg was named by Pennsylvania Governor Ed Rendell as a "Distinguished Daughter of Pennsylvania" for her "leadership and contributions to the State." In

May, 2012, Ms. Liebenberg was selected as one of two inaugural "Leaders in Residence" at The Center for Women in Law at the University of Texas School of Law, which described her as a "nationally-recognized leader in the advancement of women lawyers." In April, 2003, she was named as the first recipient of the Lynette Norton Award by the Pennsylvania Bar Association's Commission on Women in the Profession. That Award was given to her in recognition of her "outstanding litigation skills" and "mentoring of women attorneys." In April 2010, she was named one of the "Women of Distinction" by *The Legal Intelligencer*. In December, 2003, she was named as one of the "Women of Distinction" by the *Philadelphia Business Journal* and the National Association of Women Business Owners, based on her "commitment to professional excellence and community involvement."

Ms. Liebenberg served as Chair of the American Bar Association's Standing Committee on the Federal Judiciary from 2006-2007. That Committee performs peer review evaluations of all federal court nominees. Prior to that appointment, she served as the Third Circuit representative on the Standing Committee from 2005-2006. She served as Co-Chair of the Practitioners' Reading Group in connection with the Standing Committee's evaluations of the nominations of Supreme Court Justices Sotomayor and Kagan. From 2003 to 2005, Ms. Liebenberg was a member of the Board of Governors of the ABA, representing Pennsylvania and New Jersey. In addition, she served on the Governing Council of the ABA's Section of Litigation and was the Section's Delegate to the House of Delegates. She was Vice Chair of the ABA Antitrust Section's Cartel and Criminal Practice Committee. She also served as Chair of the Class Actions and Derivative Suits Committee of the ABA Section of Litigation. Ms. Liebenberg formerly chaired the Philadelphia Bar Association's Antitrust Committee from 1993-1997 and 2002-2007.

From 2013-2018, Ms. Liebenberg served as Chair of DirectWomen, the only organization dedicated to increasing the representation of women lawyers on corporate boards. She also currently serves as Co-Chair of the ABA Presidential Initiative on Achieving Long-Term Careers for Women in Law. From 2008-2011 and 2013-2014, she served as Chair of the American Bar Association's Commission on Women in the Profession, whose first Chair was Hillary Rodham Clinton. Ms. Liebenberg also served as the first Chair of the American Bar Association's Gender Equity Task Force from 2012-2013. In addition, she was Chair of the Pennsylvania Bar Association's Commission on Women in the Profession from 1995-1997. She also served as Co-Chair of the Philadelphia Bar Association's Women in the Profession Committee from 2005-2007.

In 2010, Ms. Liebenberg was selected as one of 14 national "Visionary Delegates" for Vision 2020, a national project focused on achieving gender equality and celebrating the 100th anniversary of the enactment of the 19th Amendment. She serves as one of its Vice Chairs and is a member of its Leadership Circle. Ms. Liebenberg was appointed by the Pennsylvania Supreme Court to the Interbranch Commission for Gender, Racial and Ethnic Fairness. Previously, she was appointed by the Pennsylvania Supreme Court to its Committee on Racial and Gender Bias in the Justice System, where she was Co-Chair of the Gender Bias Committee. In addition, she served as Co-Chair of the Philadelphia Bar Association's Special Committee to Coordinate the Bar's Response to Racial and Gender Bias in the Justice System, as well as its Gender Fairness Task Force.

Ms. Liebenberg is a member of the Board of Directors of the ABA Retirement Funds and a member of the Board of the American Antitrust Institute. She is also a member of the American Law Institute and is a Life Fellow of The American Bar Foundation. She has written and lectured extensively on a wide range of subjects, including antitrust, class actions, and expert witness testimony, and issues pertaining to gender, racial and ethnic fairness in the legal profession and justice system.

## Practice Areas

- Antitrust
- Class Actions
- Complex Commercial Litigation
- White Collar Criminal Litigation

## Bar Admissions

- Virginia, 1975
- District of Columbia, 1976
- Pennsylvania, 1980
- U.S. District Court Eastern District of Pennsylvania, 1980
- U.S. Court of Appeals Third Circuit, 1980
- U.S. Supreme Court, 1984

## Education

- Catholic University of America, Columbus School of Law, Washington, District of Columbia, 1975, J.D.
  Honors: *magna cum laude*
  Law Review: Notes Editor, *Catholic University Law Review, 1975*
- University of Michigan, Ann Arbor, Michigan, 1970, B.A.
  Honors: With Distinction

## Representative Cases

- *In re Urethane Antitrust Litig.*, 768 F.3d 1245 (10th Cir. 2014) (affirming judgment of $1.06 billion for plaintiff class after four-week jury trial)
- *In re Generic Pharmaceuticals Pricing Antitrust Litig.,* 338 F. Supp. 3d 404 (E.D. Pa. 2018) and 2019 WL 653854 (E.D. Pa. Feb. 15, 2019) (appointed as Lead Counsel for the End-Payer Plaintiff Class)
- *In re Railway Employee No-Poach Antitrust Litig.*, MDL No. 2850 (W.D. Pa.) (appointed as Co-Lead Counsel by the Court)
- *In re Domestic Airline Travel Antitrust Litig.,* MDL No. 2656 (D.D.C.) (Counsel for Southwest Airlines)
- *Smith, et al. v. Temple University*, No. 18-590 (E.D. Pa.) (Counsel for Temple University)

- *In re Target Corp. Customer Data Security Breach Litig.*, MDL No. 14-2522 (D. Minn.) (member of Expert committee; settlement worth over $100 million)
- *In re Payment Card Interchange Fee and Merchant Discount Litig.*, No. 1:05-md-1720 (E.D.N.Y.) (member of expert committee; $5.54 billion settlement)
- *In re Providian Financial Corp. Credit Card Terms Litig.,* MDL 1301 (E.D. Pa. 2001) (Co-Lead Counsel for Plaintiff Class; $105 million settlement)
- *In re Navistar Maxxforce Engines Marketing, Sales Practices and Products Liability Litig.*, MDL No. 2590, No. 14-cv-10318 (N.D. Ill.) (served on Master Complaint committee and Law and Motions and Discovery committees) ($135 million settlement)
- *In re Humira Antitrust Litig.,* No. 19-1873 (N.D. Ill.) (appointed by Court to Plaintiffs' Executive Committee)
- *In re Capacitors Antitrust Litig.*, 154 F. Supp. 3d 918 (N.D. Cal. 2015)
- *Standard Iron Works v. ArcelorMittal, et al*., 639 F. Supp. 2d 877 (N.D. Ill. 2009)
- *In re Aftermarket Filters Antitrust Litig.*, 2009 WL 3754041 (N.D. Ill. Nov. 5, 2009)
- *United States v. Stolt-Nielsen S.A.*, 524 F. Supp. 2d 609 (E.D. Pa. 2007) and 524 F. Supp. 2d 586 (E.D. Pa. 2007)
- *Love Terminal Partners L.P. v. City of Dallas*, 527 F. Supp. 2d 538 (N.D. Tex. 2007)
- *In re Linerboard Antitrust Litig.,* 305 F. 3d 145 (3d Cir. 2002)
- *Cullen v. Whitman Medical Corp.*, 197 F.R.D. 136 (E.D. Pa. 2000)

# Published Works

- "Walking Out the Door – The Facts, Figures and Future of Experienced Women Lawyers in Private Practice," Co-Author, Fall 2019
- "Too Many Senior Women Are Leaving the Profession," ABA Law Practice Today, November 2018
- "Roundtable on Women and the Business of Law," Burford Capital Equity Project, October-November 2018
- "Moving the Needle on Corporate Boards: More Women Lawyers Needed," *Forum Magazine*, May 2017
- "Making It Rain," *ABA Law Practice Today*, April 2017
- *Best Lawyers in America,* "Wanted:  More Women on Corporate Boards: Legal Experience Desired," February 21, 2017
- ABA Antitrust Section, Model Jury Instructions in Civil Antitrust Cases (2d ed. 2016), Co-Chair
- "Women Lawyers – The Effect of Implicit Biases," *The Young Lawyers Magazine*, American Bar Association, Winter 2017
- "An Indispensable Book for Antitrust Practitioners:  Model Jury Instructions in Civil Antitrust Cases," "Trying Antitrust" Newsletter, ABA Antitrust Section, Fall 2016
- *Best Lawyers in America*, "Women First Chairs," March 31, 2016
- "First Chairs at Trial – More Women Need Seats at the Table" (June 2015), Co-Author
- "The Relevant Lawyer: Reimagining the Future of The Legal Profession" (2015) (Chapter Author, "Women Lawyers: Big Firm Attrition – Small Firm Gains")
- "Views on Women in the Fortune 500:  Why Companies Need Board Diversity," Bloomberg BNA Corporate Law & Accountability Report, October 24, 2014

- Eighth Annual NAWL National Survey on the Retention and Promotion of Women in Law Firms (February 2014), Co-Author
- "Essential Qualities of The Professional Lawyer" (2013) (Chapter Author, "Women in the Law: Overcoming Obstacles, Achieving Fulfillment")
- "Board Composition – The Work of DirectWomen Is More Important Than Ever," Directors & Boards, Third Quarter 2013
- "The Retention and Advancement of Women at Law Firms – Strategies for Success," US News and World Report, November 2013
- "A Silver Anniversary – Reflections on Progress Achieved, and Work Still Undone," Beacon, Phila. Bar Ass'n., Fall 2012
- "Has Women Lawyers' Progress Stalled?" Legal Intelligencer, May 28, 2013
- "The Scope of *Daubert* Challenges at the Class Certification Stage After *Dukes*," Bloomberg/BNA Class Action Report, February 10, 2012
- "The Importance of Diversity in a Court's Exercise of its Appointment Powers," Counterbalance – National Association of Women Judges, Fall 2011
- "Plugging the Leaky Pipeline of Women Attorney Attrition," The Young Lawyer, July/August 2011
- "The Road to Independence: 101 Women's Journeys to Starting Their Own Law Firms" (Chapter Author), 2011
- "Put Equal Pay for Equal Work at the Top of the Agenda," Philadelphia Daily News, October 20, 2010
- "Breaking Through the Glass Ceiling – Attaining Equality for Women Lawyers," US News and World Report, October 2010
- "The Credit Crisis: Women Attorneys Are Being Short-Changed," Chicago Lawyer, July 2010
- "Time to Pass the Paycheck Fairness Act," National Law Journal, April 19, 2010
- "Give Credit Where Credit Is Due," The Legal Intelligencer, April 20, 2010
- The Woman Advocate (Chapter Author, "Are We There Yet? In Search of Equality in the Legal Profession") (2d ed. 2010)
- "Looking to Improve Outlook for Women Lawyers," Philadelphia Bar Reporter, Vol. 36, No. 2, February 2007
- "The DirectWomen Institute," Voices & Views, Pennsylvania Bar Ass'n., Spring 2006
- "Women Lawyers Make Transition to Boardroom," Philadelphia Bar Reporter, Vol. 34, No. 11, November, 2005
- "Assault on Bias: A Pennsylvania Supreme Court Committee Offers Concrete Steps to Improve System," Philadelphia Lawyer, Fall 2003
- "Women-Owned Law Firms: An Alternative Practice Setting," ABA Commission on Women in the Profession, Perspectives, Vol. 8, No. 4, Winter 2000
- Civil Trial Practice Standards (Contributing Author), American Bar Association, Litigation Section, 1998
- Trial Practice: The Large Case, Chapter 8, Leveraging with Legal Assistants, ABA Law Practice Management Section, 1993

# Speeches/Seminars

<u>Antitrust/Trial Practice/Class Actions</u>

- Acceptance Speech on induction to American Antitrust Institute Private Enforcement Hall of Fame, Wash, D.C., Nov. 12, 2019
- "Settling an Antitrust Class Action: Best Practices, Ethical Issues, and the Amended Rule 23," American Antitrust Institute, Washington, D.C., Nov., 12, 2019
- "MDL: A Blessing or a Burden?", ABA Antitrust Section, Spring Meeting, Washington, D.C., March 27, 2019
- ABA Litigation Section, Women in Litigation Joint Conference, "Superstars in the Courtroom Share Their Secrets of Success," Philadelphia, PA, Nov. 17, 2017
- Federation of Defense & Corporate Counsel, 14th Annual Corporate Counsel Symposium, "Diversity in the First Chair," Philadelphia, PA, Sept. 17, 2017
- Duke Law Center for Judicial Studies, "Conference on Increasing the Number of Women and Minority Lawyers Appointed to Leadership Positions in Class Actions and MDLs," Atlanta, GA, April 6-7, 2017
- HarrisMartin's Pharmaceutical Antitrust Litigation:  Generic Drugs & Emerging Price-Fixing Cases, Philadelphia, PA, March 3, 2017
- American Antitrust Institute, Private Antitrust Enforcement Conference, Washington, DC, December 2, 2014
- Edward J. Ross Memorial Lecture in Litigation, Temple Univ. Law School, March 25, 2014
- "Getting Jury Instructions Right in Civil Antitrust Cases," ABA Antitrust Section, Spring Meeting, Washington, DC, March 26, 2014
- "The Applicability and Scope of Daubert Challenges at Class Certification," 5th Annual Future of Private Antitrust Enforcement Conference, Washington, DC, December 2011
- "Class Wars: Has the Standard for Class Certification Changed?" First Annual Great Lakes Antitrust Institute, Columbus, OH, November 2009
- "Practical Views and Advice on Experts," Philadelphia Bar Association, November 2005
- "Communicating with Absent Class Members," Protecting Consumer Interests in Class Actions, FTC Conference, Washington, DC, September 2004
- "Fundamentals of Antitrust Law," Pennsylvania Bar Institute, June 2004
- "New Amendments to Rule 23," Philadelphia Bar Association, Federal Bench–Bar Conference, 2003
- "Antitrust: Where Are We in 2002," Pennsylvania Bar Institute, October 16, 2002
- "The 6th Annual National Institute on Class Actions," American Bar Association, Section of Litigation and the Center for Continuing Legal Education, New York and Chicago, November, 2002
- "Winning by Persuasion–Voir Dire," American Bar Association, 2002
- "New Strategic and Ethical Challenges for Class Counsel," American Bar Association, Section of Litigation and the Center for Continuing Legal Education, May 2001
- "Credit Card Litigation," Banking Law in the New Millennium, Pennsylvania Bar Institute, 2002
- "Working with Your Experts: Practical Tips and Strategies," Pennsylvania Bar Institute, Philadelphia, PA, 2001

- "The Court's Application of *Daubert* to Proposed Expert Testimony in Antitrust Cases, and the New Amendments to Fed. R. Evid. 702 and 703," American Bar Association, Section of Litigation Annual Meeting, 2001
- "Recent Developments in Credit Card Litigation," Consumer Financial Services Litigation, Practicing Law Institute, 2001
- "Voluntary Disclosure Federal Discovery: Effective Strategy and Tactics," Philadelphia Bar Education Center, 1997
- "Class Action Settlements," Financial Services Litigation, Pennsylvania Bar Institute, 1996
- "Monopolization," Antitrust Fundamentals, Pennsylvania Bar Institute, 1995
- "Private Enforcement of the Antitrust Laws – A Plaintiff's Perspective," Antitrust Challenges in the 90's, Pennsylvania Bar Institute, 1995
- "Third Circuit and Eastern District Cases Interpreting the Continuity Requirement Under 18 U.S.C. Section 1962(c)," RICO Update, Pennsylvania Bar Institute, 1993

Gender/Diversity Issues

- "Advancement and Retention of Women in the Legal Profession," Allegheny County Bar Association Women in the Law Division, August 27, 2019, Pittsburgh, PA
- "Beyond the Numbers: Sidebar on the 2019 ABA Profile of the Legal Profession," ABA Annual Meeting, August 10, 2019, San Francisco
- Bass Institute, "Managing Partners Gender Parity in Law Conference," Washington, D.C., May 21, 2019
- "Where Have All the Senior Women Gone?", Pennsylvania Bar Association Annual Meeting, Lancaster, PA, May 15, 2019
- 2019 Women's Power Summit on Law & Leadership, "Achieving Long-Term Careers for Women in Law," Austin, Texas, April 10, 2019
- Ms. JD Annual Conference on Women in the Law, University of Pennsylvania Law School, Philadelphia, PA, March 15, 2019
- "Leaders in the Courtroom: From the Trial Courts to the United States Supreme Court," Philadelphia Association of Defense Counsel, Philadelphia, PA, March 7, 2019
- "Long-Term Careers for Women in Law: What's Pushing Women Out and What Can We Do to Keep Them in the Profession," ABA Annual Meeting, Chicago, IL., Aug. 3, 2018
- "Women in Law: On the Front Lines of Change," Philadelphia, PA, June 14, 2018,
- "Driving Diversity in the Legal Profession," Bill and Melinda Gates Foundation, Seattle, WA, May 9, 2018
- Acceptance Speech, Hortense Ward Courageous Leader Award, Center for Women in Law, University of Texas School of Law, Austin, TX, April 13, 2018
- ABA National Summits on Achieving Long-Term Careers for Women in Law, Harvard Law School, Cambridge, MA, November 8, 2017 and Northwestern Law School, Chicago, IL, June 28, 2018
- DirectWomen, Sandra Day O'Connor Board Excellence Award Luncheon, New York, NY, 2015-2018
- Northeastern University School of Law's "Women in the Law Conference," "Unlocking the Mysteries of the 'New Girl' Network," Boston, MA, May 19, 2017

- Gender Pay Equity, PBI Annual Employment Law Institute, Philadelphia, PA, April 27, 2017
- "Grit and Growth Mindset:   Two Traits of Successful Women Lawyers," The Maryland Association for Justice, Baltimore, MD, March 17, 2017
- Acceptance Speech, Martha Fay Africa Golden Hammer Award, Miami, FL, February 3, 2017
- Bucks County Bar Association, Women Lawyer's Division, Sixth Annual Women's Power Summit, Jamison, PA, October 27, 2016
- Acceptance Speech, Margaret Brent Women Lawyers of Achievement Award Luncheon, San Francisco, CA, August 7, 2016
- "The Wage Gap, Women & Negotiation," Drexel University, Philadelphia, PA, May 25, 2016
- Keynote Address, Third Annual Leadership Summit, Miami Dade Women's Bar Association, Miami, FL, May 19, 2016
- Symposium, "Women Lawyers in the Courtroom," U.S. District Court for the Northern District of Illinois, Chicago, IL, April 21, 2016
- "First Chair: How to Get the Prime Seat at Counsel Table," Philadelphia Bar Association, Philadelphia, PA, March 29, 2016
- Vision 2020, Fifth National Congress, Nashville, TN, October 27, 2015
- "Women as Lead Counsel at Trial: What You Can Do to Take the Lead," ABA Annual Meeting, Chicago, IL, August 1, 2015
- Chambers Women in Law Awards, New York, NY, June 2, 2015
- Ark Group, "Women Legal 2015 Conference," "Breaking into the Boardroom: It's Time," New York, NY, May 19, 2015
- Northeastern University School of Law's "Women in the Law Conference," "Bridging the Gender Pay Gap in Law," Boston, MA, May 15, 2015
- Pa. Bar Ass'n. Commission on Women in the Profession Annual Conference, "Grit, Resilience and Taking Charge: Building Blocks for Success," Philadelphia, PA, May 7, 2015
- American Bar Ass'n. Tort, Trial & Insurance Practice Section Conference, "When It Rains It Pours: Traits That Lead to Client Development Success," Philadelphia, PA, April 30, 2015
- 2015 Women's Power Summit on Law & Leadership, "Increasing Diversity in Court Appointments," Austin, TX, April 16, 2015
- "Opportunities for Women in Education and Law," Russell Senate Office Building, Washington, DC, February 23, 2015
- "True Grit and a Growth Mindset: The Secrets of Success for Women Lawyers," Lawyers Club of San Diego, CA, November 7, 2014
- ABA "Women Rainmakers Mid-Career Workshop," "Identifying and Combating Gender Bias in the Workplace," San Diego, CA, November 7, 2014
- National Ass'n. of Women Judges, 2014 Annual Conference, "Access to Justice Through Diverse Leadership Appointments of Counsel to Boards, Commissions and Special Assignments," San Diego, CA, October 16, 2014
- Women, Influence & Power in Law Conference, Keynote Luncheon: "Key Governance Trends from the Perspective of the Board of Directors," Washington, DC, September 19, 2014

- Diversity and Flexibility Alliance, Washington, DC, "Power of the Purse," March 18, 2014
- "Power of the Purse," St. Louis, MO, April 7, 2014
- Fearless Women Network Symposium, Philadelphia, PA, April 24, 2014
- Chambers Women in Law General Counsel Seminar, New York, NY, April 30, 2014
- ABA "True Grit & A Growth Mindset" Webinar, June 19, 2014
- NAWL Annual Meeting, "Women in the Boardroom: Advancing Women Lawyers into Director Positions," New York, NY, July 24, 2014
- National Middle Market Summit, Columbus, OH, October, 29, 2013
- "Chancellor's Forum," Philadelphia Bar Association, November, 25, 2013
- ABA Midwest Regional Summit for Women General Counsel, Chicago, IL, March 7, 2013
- NYU Law School Symposium, "Breaking the Glass Ceiling," New York, NY, March 1, 2013
- Fifth Annual Women Legal Conference, New York, NY, June 7, 2012
- "Developing Leadership Skills for Women Attorneys," ALI-CLE Webinar, June 14, 2012
- ABA Southwest Regional Summit for Women General Counsel, Houston, TX, March 7, 2012
- Keynote Speech, Women and Law Division of Indianapolis Bar Association, October 6, 2011
- Vision 2020, Second Congress, "Pay Equality for Women," Chicago, IL, October 12, 2011
- Chair, Women's Power Summit on Law & Leadership, Austin, TX, April 2011
- Vision 2020, First Congress, "Business, Law and Finance," Philadelphia, PA, October 21, 2010
- "Why Do We Care About Implicit Bias Affecting Diversity of Law Firms?" ABA Presidential Diversity Commission Program, San Francisco, CA, August 6, 2010
- Keynote Speech, Lawyers Club of San Diego, May 26, 2010
- Chair, Women in Law Leadership Academy, Philadelphia, PA, April 29–30, 2010
- Chair, ABA Regional Summit for Women General Counsel, Philadelphia, PA, April 28, 2010
- "Women and the Law: Pathways to Leadership," White Plains, NY, March 25, 2010
- "Removing Bias from Attorney Evaluations," Arlington, VA, October 16, 2009
- "The Second Annual Women in the Profession Summit," Pennsylvania Bar Institute, Philadelphia, September 24, 2009
- Diversity Summit, Philadelphia Bar Ass'n., September 22, 2009
- "The Landscape of Women in the Law" and "Strategies and Best Practices for Women's Advancement in the Legal Profession," Women's Power Summit on Law & Leadership, Austin, TX, April 2009
- "Breaking through the Glass Ceiling," Washington, DC, April 16, 2009
- "Plugging the Leaky Pipeline," Pennsylvania Bar Association Commission on Women in the Profession, March 2009
- "Business Development Advice," Webinar, February 26, 2009
- Acceptance Speech, Sandra Day O'Connor Award, Philadelphia, PA, October 20, 2008
- "First Annual Women in the Profession Summit," Pennsylvania Bar Institute, Philadelphia, June 2008

# Profiles

- "From Those Who Paved Our Way – Advice from women who have excelled in the Profession," The Young Lawyer Magazine, Spring 2019
- "Women's History Month Roundtable: Roberta Liebenberg, Senior Partner," BARBRI Law Preview, March 7, 2019
- "Why Laughter Belongs in Your Work Life," ABA Journal, "Asked and Answered" Podcast, August 8, 2018
- "Member Spotlight," June 2018, Women Owned Law
- "Plaintiffs' Bar Perspective: Fine Kaplan's Roberta Liebenberg," Law 360, August 2, 2017
- "Titan of the Plaintiffs' Bar," Law360, October 22, 2014
- "Female Powerbrokers Q&A: Fine Kaplan's Roberta Liebenberg," Law360, May 2, 2014
- "Pearls:  Women Who Radiate Success," Fred Dawson, 2015
- "An Interview with Bobbi Liebenberg," Ms. JD, August 19, 2015
- "An Interview with Roberta Liebenberg," Chambers Women & Diversity, June 17, 2014
- "Five Minutes with Roberta Liebenberg – Diversity Champion," Chambers Associate, 2014
- "The Women's BigLaw All-Star Team 2014," Above the Law and LateralLink, May 1, 2014
- "A Successful Corporate Career and Time for Pro Bono Work," Chambers Women & Diversity, October 5, 2012
- "In Bobbi They Trust," Pennsylvania Super Lawyers Magazine, June 2009
- "Liebenberg's Activism Stems from Teaching," Philadelphia Business Journal, December 5, 2003
- "Superwomen JD's and What You Can Learn from Them," Ms. JD, February 26, 2009
- "A Conversation with Roberta Liebenberg, Chair of the ABA Commission on Women in the Profession," The Woman Advocate Newsletter, Winter 2009
- "Liebenberg Accepts Sandra Day O'Connor Award," The Legal Intelligencer, October 21, 2008
- "Roberta Liebenberg," Anapata, May 28, 2010, June 17, 2010, August 13, 2010
- "One Worth Breaking the Rules For," The Legal Intelligencer, August 10, 2000

# Honors and Awards

- American Antitrust Institute "Private Enforcement Hall of Fame," November 12, 2019
- "Elite Women of the Plaintiffs' Bar," National Law Journal, July 18, 2019
- "Lifetime Achievement Award," The Philadelphia Inquirer "Influencers of Law" Awards, March 26, 2019
- "Lifetime Achievement Award," Corporate Counsel and Inside Counsel, October 3, 2018
- "Hortense Ward Courageous Leader Award," Center for Women in Law, University of Texas School of Law, April 13, 2018
- "Distinguished Leaders Award," The Legal Intelligencer, April 26, 2017
- "Martha Fay Africa Golden Hammer Award," American Bar Association Law Practice Division, February 3, 2017

- Philadelphia Bar Association Board of Governors, "Resolution Honoring Roberta Liebenberg on Receiving the ABA Margaret Brent Women Lawyers of Achievement Award," December 15, 2016
- "Margaret Brent Women Lawyers of Achievement Award," ABA Commission on Women in the Profession, August 7, 2016
- "Lifetime Achievement Award," The Legal Intelligencer, May 13, 2015
- "Outstanding Women Lawyers," National Law Journal, May 4, 2015
- "Outstanding Achievement Award," Chambers Women in Law Awards, April 2014
- "Sharing Her Passion Award," Ms. JD, February 2014
- "Antitrust Lawyer of the Year – Philadelphia," Best Lawyers in America, 2013, 2018 and 2020
- "Outstanding Contributions to Gender Diversity and Equality," Chambers Women in Law Awards, January 2013
- Florence K. Murray Award, National Association of Women Judges, November 2012
- Sandra Day O'Connor Award, Philadelphia Bar Association, 2008
- "Top Ten Super Lawyers in Pennsylvania," Philadelphia Magazine, 2008, 2009, 2010, 2017, 2018
- "50 Most Influential Women Lawyers in America," National Law Journal, May 2007
- Distinguished Daughter of Pennsylvania, 2006
- Recipient, Lynette Norton Award, Pennsylvania Bar Association's Commission on Women in the Profession, 2003
- "Women of Distinction," The Legal Intelligencer, April 26, 2010
- "Women of Distinction," Philadelphia Business Journal, December, 2003
- "Top 50 Female Super Lawyers," Philadelphia Magazine, 2004-Present
- Best Lawyers in America, Antitrust, 2006-Present
- Chambers USA, Leading Lawyers, Antitrust, 2004-Present
- Outstanding Service Award, ABA Commission on Women in the Profession, August 2000
- Community Legal Services, "Equal Justice Award," 2005
- Fellow, American Bar Association
- Fellow, Pennsylvania Bar Foundation

## Professional Associations and Memberships

### American Bar Association

- Board of Governors, 2003-2005
- Co-Chair, Commission on Governance, August 2013-August 2016
- Co-Chair, ABA Presidential Initiative on Achieving Long-Term Careers for Women in Law, August 2017-Present
- Commission on Women in the Profession
  - Chair, 2008-2011; 2013-2014
  - Special Advisor, 2000-2003
  - Vice Chair, 1999-2000
- ABA Gender Equity Task Force

- Chair, 2012-2013
- Member, 2014-2015
- ABA Fund for Justice and Education
  - Member, 2017-2019
- Section of Civil Rights and Social Justice
  - Co-Chair, Women's Rights Committee, August 2015-August 2017
- Standing Committee on the Federal Judiciary
  - Chair, 2006-2007
  - Third Circuit Representative, 2005-2006
  - Co-Chair, Practitioners' Reading Group, Nomination of Elena Kagan to U.S. Supreme Court, 2010
  - Co-Chair, Practitioners' Reading Group, Nomination of Sonia Sotomayor to U.S. Supreme Court, 2009
- Standing Committee on Judicial Independence, 2007-2008
- House of Delegates
  - Member, 2001-August, 2018
  - Pennsylvania State Delegate, 2007-2010
  - Litigation Section Delegate, 2001-2003
  - Select Committee
    - Chair, 2009-2010
    - Member, 2001-2003
  - Nominating Committee, 2007-2010, 2011-2014
  - Issues of Concern to the Legal Profession, 2007-2008
  - Executive Committee of the Conference of State Delegates, 2009-2010
- Presidential Appointments Committee
  - Chair, 2011-2012
  - Member, 2005-2006, 2008-2011
- Litigation Section
  - Council Member, 2001
  - Co-Chair, Multi-District Litigation Committee, 2009-2011
  - Co-Chair, Fellows Program 2005-2006, 2007-2008
  - Co-Chair, ABA Resource, 2003-2005, 2012-2013
  - Co-Chair, Strategic Planning and Implementation Task Force, 2011-2012
  - Co-Director of Divisions, 1998-1999
  - Division Director, 1992-1994
  - Co-Chair, Class Actions and Derivative Suits Committee, 1990-1992
- Antitrust Section
  - Vice Chair, Trial Practice Committee, 2012-2015
  - Vice Chair, Cartel and Criminal Practice Committee, 2015-2018

**ABA Retirement Funds**

- Board of Directors, 2015-Present

**YWCA USA**

- o   National Board of Directors, June 2018-January 2020

**American Antitrust Institute**

- o   Board of Directors, 2016-Present

**Pennsylvania Bar Association**

- o   Board of Governors, 2000-2003
- o   House of Delegates, 1995-Present
- o   Co-Chair, Annual Meeting, 1999
- o   Chair, Commission on Women in the Profession, 1995-1997

**Philadelphia Bar Association**

- o   Co-Chair, Women in the Profession Committee, 2005-2007
- o   Co-Chair, Antitrust Committee, 2002-2007 and 1993-1997
- o   Co-Chair, Committee on Gender, Racial and Ethnic Bias in the Justice System, 1998-2000
- o   Co-Chair, Task Force on Gender Fairness in the Civil Justice System, 1997-1999

**DirectWomen**

- o   Chair, 2013-2018
- o   Vice-Chair, 2011-2013
- o   Co-Founder, 2007
- o   Advisory Board Member, October 2018-Present

**Pennsylvania Interbranch Commission for Gender, Racial and Ethnic Fairness**

- o   Member, 2005-December 2016
- o   Co-Chair, 2012-2015
- o   Chair, Domestic Violence and Sexual Assault Victims Committee, 2004-2011

**Pennsylvania Supreme Court Committee on Racial and Gender Bias in the Justice System**

- o   Co-Chair, Gender Bias Committee, 2000-2003

**Vision 2020**

- o   Visionary Delegate, 2010-Present
- o   Vice-Chair and Leadership Circle

**Center for Women in Law, University of Texas School of Law**

- o  Leader-in-Residence, May 2012-May 2016
- o  Chair, 2011 Women's Power Summit on Law and Leadership

**National Association of Women Lawyers Foundation**

- o  Board member, 2010-2014

**Metropolitan Richmond Women's Bar Association**

- o  President, 1976-1977

## Pro Bono and Community Activities

- Board Member, Forum of Executive Women, 2010-2016
- Chair, Anti–Defamation League, Eastern Pennsylvania and Delaware Region, 2007–2009
- Board Member, Womens Way, 2001–2008
- President, Abington Jr. High PTO, 1999–2001
- Board Member, Montgomery County Women's Resource Center, 2000

# FINE, KAPLAN AND BLACK, R.P.C.

## Gerard A. Dever

Gerard A. Dever, a member, received his law degree from Temple University School of Law in 2000, where he graduated *magna cum laude*. He received his undergraduate education at American University from which he graduated *cum laude*. Prior to joining Fine, Kaplan and Black in January 2002, he was an associate at Pepper Hamilton LLP.

Mr. Dever is listed in *Chambers USA Client Guide* as one of the top antitrust lawyers in the United States. *Chambers* has called Mr. Dever "a strong attorney with excellent analytical abilities" and a "well- regarded practitioner." Mr. Dever also has been named a Pennsylvania Super Lawyer by Philadelphia Magazine.

Mr. Dever has represented both plaintiffs and defendants in antitrust matters, including class actions, criminal matters and merger reviews. In addition, Mr. Dever has litigated a variety of other cases in both federal and state court, including contract disputes, legal malpractice matters and consumer class actions.

Mr. Dever served as trial counsel in *United States v. Stolt-Nielsen S.A.* (E.D. Pa.), a complex criminal matter in which the firm successfully represented an executive charged with criminal antitrust violations. The charges were dismissed after a three-week bench trial.

Mr. Dever also served as a member of the lead counsel team for the plaintiff class and was a member of the trial team in *In re Urethane Antitrust Litigation*, 2016WL 4060154 (D. Kan. July 29, 2016). After a four week jury trial, the jury returned a verdict for the plaintiff class in excess of $400,000,000 against The Dow Chemical Company. After post-trial briefing, the Court entered judgment for $1.06 billion after trebling – the largest antitrust judgment in 2013 and the largest price-fixing verdict ever. While on appeal to the Supreme Court of the United States, Plaintiffs reached an agreement to settle the case against Dow for $835 million. Combined with earlier settlements, the total settlements reached in the case are $974 million.

Mr. Dever also has been part of the trial team in cases that settled just before trial. See *In re Cathode Ray Tube (CRT) Antitrust Litigation*, No. CV-07-5944 (N.D. Cal.) (an indirect purchaser antitrust class action); *Gratz College v. Synergis Education, Inc.*, No. 14-6966 (E.D. Pa.) (a breach of contract case).

Mr. Dever is an active member of the Philadelphia Bar Association and currently serves as Chairman of its Antitrust Law Committee.

## Practice Areas

- Antitrust
- Class Actions
- Commercial Litigation

## Bar Admissions

- Pennsylvania, 2000
- U.S. District Court Eastern District of Pennsylvania, 2001
- U.S. Court of Appeals Third Circuit, 2002

## Education

- Temple University School of Law, Philadelphia, Pennsylvania, 2000, J.D.
  Honors: *magna cum laude*
- American University, 1994, B.A.
  Honors: *cum laude*

## Published Works

- Co-author of 2007, 2008 and 2009 Editions of *Annual Review of Developments in Business and Corporate Litigation*, Chapter 2, Antitrust Litigation, published by the American Bar Association's Committee on Business and Corporate Litigation

## Representative Cases

- *In re Railway Employee No-Poach Antitrust Litig.*, MDL No. 2850 (W.D. Pa.)
- *In re Domestic Air Travel Antitrust Litig.,* MDL No. 2656 (D.D.C.) (counsel for Southwest Airlines)
- *Smith, et al. v. Temple University,* No. 18-590 (E.D. Pa.) (counsel for Temple University)
- *In re Capacitors Antitrust Litig.,* 154 F. Supp. 3d 918 (N.D. Cal. 2015)

2

- *In re Urethane Antitrust Litig.*, 768 F.3d 1245 (10th Cir. 2014) (affirming judgment of $1.06 billion for Plaintiff Class after four-week trial)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. CV-07-5944 (N.D. Cal.)
- *Gratz College v. Synergis Education Inc.*, No. 14-6966 (E.D. Pa.)
- *United States v. Stolt-Nielson S.A.*, 524 F. Supp. 2d 586 (E.D. Pa. 2007)
- *Mid-Valley Candy Co. v. Pratt, et al.*, No. 2002-09346 (Pa. Com. Pl.)
- *Amplifier Research Corp. v. EM Test AG,* No. 05-5954 (E.D. Pa. 2005)
- *Harleysville Mutual Ins. Co. v. GE Reinsurance Corp.*, 2002 WL 922148 (E.D. Pa. 2002)
- *Parsky v. First Union Corp.*, 51 Pa. D&C 4th 468, 2001 WL 535786 (Phila. Com. Pl. 2001)

## Classes/Seminars Taught

- "Recurring Issues Facing Antitrust Lawyers," Pennsylvania Bar Institute, 2004
- Basics of Antitrust Law, Pennsylvania Bar Institute, 2010
- Fourth Annual Great Lakes Antitrust Institute, 2012
- Antitrust Law: Beyond the Basics, Pennsylvania Bar Institute, 2013

## Professional Associations and Memberships

- American Bar Association
- Pennsylvania Bar Association
- Philadelphia Bar Association, Chairman, Antitrust Law Committee

# FINE, KAPLAN AND BLACK, R.P.C.

## Mary L. Russell

Mary L. Russell, an associate, received her law degree, *cum laude*, from the Georgetown University Law Center, where she was an editor of *the American Criminal Law Review*. She was previously associated with Winthrop, Stimson, Putman & Roberts in New York City and Ballard, Spahr, Andrews & Ingersoll in Philadelphia, and was Of Counsel at Liebenberg & White. Since joining Fine, Kaplan and Black in 2001, Ms. Russell has focused on complex litigation, including antitrust and consumer protection class actions.

Ms. Russell has been actively involved in the Advancing Civics Education (A.C.E.) program since its launch in 2008. A collaboration between the Philadelphia Bar Association and the School District of Philadelphia, A.C.E. brings volunteer lawyers and judges into Philadelphia public schools to teach civics and dispute resolution lessons on a monthly basis. Ms. Russell is or has been a high school team leader, instructor, and member of the coordinating committee, and she helped develop the elementary school A.C.E. program.

## Practice Areas

- Antitrust
- Class Actions
- Consumer Protection

## Bar Admissions

- Connecticut, 1986
- New York, 1988
- Pennsylvania, 1990
- New Jersey, 1995
- U.S. District Court District of Connecticut, 1986
- U.S. District Court Southern District of New York, 1988
- U.S. District Court Eastern District of Pennsylvania, 1990

## Education

- Georgetown University Law Center, Washington, DC, 1986,
  J.D. Honors: *cum laude*
  Law Review: Editor, *American Criminal Law Review*

- Kalamazoo College, Kalamazoo, MI, 1978
  B.A., French
  Honors: Stone Honor Scholarship

# Representative Cases

- *In re Urethane Antitrust Litig.*, 768 F.3d 1245 (10th Cir. 2014)
- *In re Lithium Ion Batteries Antitrust Litig.*, 2016 WL 1054584 (N.D. Cal. Mar. 16, 2016) (member of briefing committee; settlements exceeding $70 million)
- *In re Navistar Maxxforce Engines Marketing, Sales Practices and Products Liability Litig.*, No. 14-cv-10318 (N.D. Ill.) (member of discovery and master complaint committees; $135 million settlement)
- *Baker et al. v. Family Credit Counseling Corp. et al.*, No. 04-CV-5508 (E.D. Pa.)
- *In re Providian Financial Corp. Credit Card Terms Litigation*, MDL No. 1301 (E.D. Pa. 2001)

# Professional Associations and Memberships

- Philadelphia Bar Association, 1990 – Present
- Philadelphia Bar Association Advancing Civics Education Committee, 2008 – present
- Board of School Directors, School District of Cheltenham Township, 2011 – 2015

# Languages

- French