UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-CV-06019<br><br>**CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| *This Document Relates to All Financial Institution Track Cases* | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Financial Institution Plaintiffs' Consolidated Amended Class Action Complaint has been filed electronically and is available for viewing and downloading from the E.D. Pa. CM/ECF system by all parties registered to receive such service.

The below counsel have also received service via electronic mail:

| **FOR DEFENDANTS** | **FOR EMPLOYEE PLAINTIFFS** |
|---|---|
| Gregory T. Parks, Esquire | Donald E. Haviland, Jr., Esquire |
| gregory.parks@morganlewis.com | haviland@havilandhughes.com |

**FOR CONSUMER PLAINTIFFS**
Sherrie R. Savett, Esquire
ssavett@bm.net

Roberta D. Liebenberg, Esquire
rliebenberg@finekaplan.com

Benjamin F. Johns, Esquire
BFJ@chimicles.com

Linda Nussbaum, Esquire
lnussbaum@nussbaumpc.com

Dated: July 13, 2020                    By:    */s/ Anthony M. Christina*
                                                Anthony M. Christina