**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019-GEKP<br><br>The Honorable Gene E.K. Pratter |

**MOTION TO DISMISS
PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendant Wawa, Inc. ("Wawa"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss the Consolidated Amended Class Action Complaint filed by the Financial Institution Plaintiffs in the above-captioned matter. In support of its Motion, Wawa contemporaneously submits its Memorandum of Law and all exhibits thereto. Wawa also respectfully requests that the Court hear oral argument on its Motion.

WHEREFORE, Wawa respectfully requests that this Motion be granted and that the Financial Institution Plaintiffs' Consolidated Amended Class Action Complaint be dismissed with prejudice.

Dated: August 12, 2020

        Respectfully submitted,

        MORGAN, LEWIS & BOCKIUS LLP

        */s/ Gregory T. Parks*
        Gregory T. Parks (Pa. I.D. # 80620)
        Ezra D. Church (Pa. I.D. # 206072)
        Kristin M. Hadgis (Pa. I.D. # 209125)
        Terese M. Schireson (Pa. I.D. # 320999)
        1701 Market Street
        Philadelphia, PA 19103
        Tel: (215) 963-5000
        Fax: (215) 963-5001
        gregory.parks@morganlewis.com
        ezra.church@morganlewis.com
        kristin.hadgis@morganlewis.com
        terese.schireson@morganlewis.com

        *Attorneys for Defendant Wawa, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on August 12, 2020 via the Court's ECF system upon all counsel of record.

>    */s/Gregory T. Parks*
>    Gregory T. Parks