# Morgan Lewis

**Gregory T. Parks**
Partner
+1.215.963.5170
gregory.parks@morganlewis.com

September 23, 2020

**VIA ELECTRONIC COURT FILING (ECF)**

The Honorable Gene E.K. Pratter
United State District Court
 for the Eastern District of Pennsylvania
601 Market Street
Room 10613
Philadelphia, PA  19106

Re:   In Re Wawa Data Security Incident Litigation, No. 19-6019 (GEKP) (EDPA)
        Consumer Track Cases Settlement in Principle

Dear Judge Pratter:

We represent Defendants in the above-referenced cases and write on behalf of Defendants and the Consumer Track Plaintiffs and Lead Consumer Track Plaintiffs' Counsel.  We are pleased to advise the Court that the parties in the Consumer Track have reached a settlement in principle that will resolve all consumer claims in all cases pending before Your Honor.  It will be a class settlement that will encompass all Wawa customers who used a payment card during the period of time involved in the Wawa data security incident.  It will provide meaningful benefits to the class that are fair, reasonable and adequate in exchange for a release of Wawa.

The Consumer Track parties are working on preparing a formal Settlement Agreement that will memorialize the settlement terms.  We will, of course, submit that Settlement Agreement to Your Honor for preliminary approval, a notice and opt out / objection process, and ultimate final approval after that process.

We remain available to answer any questions the Court may have and look forward to the Court conference on October 6, 2020, which will be more fully addressed in a status report from the parties in all tracks later this week.

Respectfully,

*/s/ Gregory T. Parks*

Gregory T. Parks

cc:  All Counsel in All Tracks, via ECF

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921
United States
T +1.215.963.5000
F +1.215.963.5001