# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Employee Track* | Case No. 2:19-cv-06019-GEKP<br><br>The Honorable Gene E.K. Pratter |

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of Defendant, WaWa, Inc. in connection with the above-referenced matter.

Respectfully submitted,

*/s/ Eric C. Kim*
Eric C. Kim
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215-963-5000
Facsimile:  215-963-5001
Email:  eric.kim@morganlewis.com

Attorney for Defendant
WaWa, Inc.