IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This document relates to: Consumer Track* | Case No. 19-6019-GEKP<br><br>Class Action |

**CONSUMER PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT, PROVISIONALLY CERTIFYING SETTLEMENT CLASS, AND DIRECTING NOTICE**

Consumer Track Plaintiffs Kenneth Brulinski, Kelly Donnelly Bruno, Amanda Garthwaite, Marisa Graziano, Tracey Lucas, Marcus McDaniel, Joseph Muller, April Pierce, Nicole Portnoy, Nakia Rolling, Eric Russell, Michael Sussman, and Charmissha Tingle (together, "Plaintiffs") hereby respectfully move the Court for an Order that, among other things:

1. preliminarily approves the Settlement on the terms set forth in the Settlement Agreement between Consumer Track Plaintiffs and Wawa, Inc. dated February 9, 2021, as fair, reasonable, and adequate;

2. appoints the Settlement Administrator proposed by Plaintiffs;

3. approves the form, substance, and requirements of the Notice Program described in the Settlement Agreement, including the form and content of the notices appended to the Settlement Agreement as the best notice practicable as required by Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure;

4. provisionally certifies the Settlement Class pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure; and

5. schedules a date and time for the Final Approval Hearing and sets related deadlines.

Defendant does not oppose this Motion.

In further support of this Motion, Plaintiffs are concurrently submitting (i) a proposed order; (ii) a memorandum of law in support of the Motion; and (iii) the declarations in support of this Motion of Interim Co-Lead Counsel, of Hon. Diane M. Welsh (Ret.) of JAMS, of Timothy O'Brien, Director of Planning and Analysis at Wawa, Inc., and of the proposed Settlement Administrator.

Consumer Track Plaintiffs respectfully request that their Motion be granted.

Dated: February 19, 2021                            Respectfully submitted,


                                                    */s/ Sherrie R. Savett*
                                                    Sherrie R. Savett (PA Bar No. 17646)
                                                    BERGER MONTAGUE PC
                                                    1818 Market Street, Suite 3600
                                                    Philadelphia, PA 19103
                                                    (215) 875-3000
                                                    ssavett@bm.net

                                                    */s/ Roberta D. Liebenberg*
                                                    Roberta D. Liebenberg (PA Bar No. 31738)
                                                    FINE, KAPLAN AND BLACK, R.P.C.
                                                    One South Broad St., 23rd Floor
                                                    Philadelphia, PA 19107
                                                    (215) 567-6565
                                                    rliebenberg@finekaplan.com

                                             */s/ Linda P. Nussbaum*
                                             Linda P. Nussbaum *(admitted pro hac vice)*
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com


*/s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar No. 201373)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com

*Interim Co-Lead Counsel for*
*Consumer Track Plaintiffs*

3