## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2021, the foregoing pleading was served upon the following counsel for Defendants Wawa, Inc. and Interim Counsel for plaintiffs in the Consumer and Financial Institutions Tracks via EFC and electronic mail to the following counsel:

**Wawa**

Gregory T. Parks
Ezra D. Church
Kristin M. Hadgis
Terese M. Schireson
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
gregory.parks@morganlewis.com
ezra.church@morganlewis.com
kristin.hadgis@morganlewis.com
terese.schireson@morganlewis.com

## Consumer Track

| | |
|---|---|
| Sherrie R. Savette<br>Berger Montague PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>ssavett@bm.net | Roberta D. Liebenberg<br>Fine, Kaplan and Black, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>rliebenberg@finekaplan.com |
| Benjamin F. Johns<br>Chimicles Schwartz Kriner & Donaldson-Smith LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>bfj@chimicles.com | Linda Nussbaum<br>Nussbaum Law Group, P.C.<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>lnussbaum@nussbaumpc.com |

**<u>Financial Institutions Track</u>**

Gary F. Lynch  
Carlson Lynch, LLP  
1133 Penn Avenue, 5th Floor  
Pittsburgh, PA 15222  
glynch@carlsonlynch.com  

Christian Levis  
Lowey Dannenberg P.C.  
44 South Broadway, Suite 1100  
White Plains, NY 10601  
clevis@lowey.com  

Jeannine M. Kenney  
Hausfeld LLP  
325 Chestnut Street, # 900  
Philadelphia, PA 19106  
jkenney@hausfeld.com  

Mindee J. Reuben  
Lite DePalma Greenberg, LLC  
1835 Market Street, Suite 2700  
Philadelphia, PA 19103  
mreuben@litedepalma.com  

                                    */s/ Donald E. Haviland, Jr.*  
                                    Donald E. Haviland, Jr.