IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : : : : : : : : : : | CIVIL ACTION<br><br>This document applies<br>to all tracks.<br><br><br>No. 19-6019<br>and all related cases. |

### ORDER

**AND NOW**, this 11th day of March, 2021, upon consideration of the Consumer Track Plaintiffs' Stipulation for Extension of Time and for Additional Pages to File a Reply in Support of Consumer Track Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, transmitted via fax on March 10, 2021, it is **ORDERED** that the Stipulation is **APPROVED**. The Consumer Track Plaintiffs shall file their Reply in Support of the Motion for Preliminary Approval on or before March 19, 2021 and it shall be no longer than 25 pages.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1