**CERTIFICATE OF SERVICE**

     I hereby certify that on this 2nd day of April, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                         */s/ William H. Platt II*