IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| IN RE WAWA, INC. | : | This document applies |
| DATA SECURITY LITIGATION | : | to all tracks. |
| | : | No. 19-6019 |
| | : | and all related cases. |

### ORDER

**AND NOW**, this 12th day of April, 2021, upon consideration of Case Management Order No. 2 (Doc. No. 119) and the Financial Institution and Employee Plaintiffs' Motion for Clarification (Doc. No. 197), it is **ORDERED** that the Motion (Doc. No. 197) is **GRANTED**. Quarterly time and expense reports, as provided for in Case Management Order No. 2 (Doc. No. 119 at ¶ XIII), shall be submitted to the Court directly for *in camera* review and are *not* to be docketed or otherwise filed of record. This Order does not change any other aspect of Case Management Order No. 2. This Order shall apply to any action marked related to Lead Case No. 19-6019 and arising out of the same or substantially the same transactions or events, including any such action filed prior or subsequent to the entry of this Order.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1