# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION | Case No. 19-6019-GEKP<br><br>Class Action |
| *This document relates to: Consumer Track* | |

## CONSUMER PLAINTIFFS' NOTICE OF AMENDED SETTLEMENT AGREEMENT

On April 12, 2021, the Court scheduled an Oral Argument for May 5, 2021 (Dkt. No. 199) on Consumer Plaintiffs' Motion for Preliminary Approval of their Settlement Agreement with Wawa ("Motion") (Dkt. No. 179). In an effort to narrow the issues for that argument, Wawa, Consumer Plaintiffs and Employee Plaintiffs have met and conferred.

As a result of those discussions, Consumer Plaintiffs and Wawa have entered into an Amendment to the Settlement Agreement, which is attached as Exhibit A (clean) and Exhibit B (redline). The Amendment only impacts the release set forth in Paragraph 96. Consumer Plaintiffs and Wawa always intended that claims for the compromise of personal information that Wawa employees or dependents submitted to Wawa in that capacity are not released by the Settlement Agreement. The Settlement Agreement only releases claims for the theft of payment card data from customers (including employees) who used payment cards at Wawa stores and fuel pumps during the period of the data security incident. The Parties believe that the Amendment makes the scope of the release clearer. Paragraph 96 now states:

> Upon the Effective Date, each Releasor shall release, discharge, and covenant not to sue Wawa, its past or present parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees, agents, attorneys, and any of their legal

representatives (and the predecessors, heirs, executors, administrators, successors, and purchasers of each of the foregoing) ("Released Parties") from all claims, demands, judgments, actions, suits and/or causes of action, whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising in any way from or in any way related to the facts, activities, or circumstances **of the theft of payment card data from Wawa** alleged in the Consolidated Class Action Complaint or arising from or related in any way to the **theft of payment card data from Wawa in the** Data Security Incident, up to the Effective Date of the Settlement Agreement **(the "Release" or "Released Claims"). This Release does not bar claims** by any Wawa employee, former Wawa employee or dependent thereof **for compromise of: (i)** a social security number; **(ii) a** bank account used for payroll direct deposit**; or (iii) any personal information other than payment card information submitted to Wawa by an** employee or dependent **in a capacity as an employee or dependent rather than as a customer making a purchase.**

(Emphasis added to Amended Settlement Agreement language.)

Consumer Plaintiffs submit herewith a Revised [Proposed] Order granting Preliminary Approval. For the reasons set forth in their briefs in support of the Motion and that will be presented at the Oral Argument on May 5, 2021, Consumer Plaintiffs respectfully submit that their Motion be granted.

Dated: April 29, 2021                                      Respectfully submitted,

                                                           */s/ Sherrie R. Savett*
                                                           Sherrie R. Savett (PA Bar No. 17646)
                                                           BERGER MONTAGUE PC
                                                           1818 Market Street, Suite 3600
                                                           Philadelphia, PA 19103
                                                           (215) 875-3000
                                                           ssavett@bm.net

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (PA Bar No. 31738)
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com


*/s/ Linda P. Nussbaum*
Linda P. Nussbaum *(admitted pro hac vice)*
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036-8718
(917) 438-9102
lnussbaum@nussbaumpc.com


*/s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar No. 201373)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
bfj@chimicles.com

***Interim Co-Lead Counsel for***
***Consumer Track Plaintiffs***