IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE WAWA, INC.
DATA SECURITY LITIGATION

: CIVIL ACTION
:
: This document applies to the
: Financial Institution Track.
:
: No. 19-6019
: and all related cases.

## ORDER

**AND NOW**, this 6th day of May, 2021, upon consideration of the Financial Institution Track Plaintiffs' ("Institutions") Amended Complaint (Doc. No. 128), Wawa, Inc.'s Motion to Dismiss the Amended Complaint (Doc. No. 135), the Institutions' Opposition (Doc. No. 140), Wawa's Reply (Doc. No. 146), oral argument held on November 10, 2020, Wawa's Supplemental Brief (Doc. No. 167), the Institutions' Supplemental Memorandum (Doc. No. 168), the Institutions' Notice of Supplemental Authority (Doc. No. 172), and Wawa's Response to the Notice of Supplemental Authority (Doc. No. 173), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Wawa's Motion (Doc. No. 135) is **GRANTED IN PART** and **DENIED IN PART**. Count II of the Institutions' Amended Complaint (Doc. No. 128) is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1