IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | CIVIL ACTION<br><br>This document applies to the<br>Employee Track.<br><br>No. 19-6019<br>and all related cases. |

## ORDER

**AND NOW**, this 12th day of May, 2021, upon consideration of the Employee Plaintiffs' Original Complaint (Doc. No. 1, Case No. 20-248),[1] the Employee Plaintiffs' Amended Complaint (Doc. No. 131), Wawa, Inc.'s Motion to Dismiss the Amended Complaint or, in the alternative, to Stay (Doc. No. 143), the Consumer Plaintiffs' Partial Joinder in Wawa's Motion to Dismiss (Doc. No. 148), the Employee Plaintiffs' Opposition to Wawa's Motion to Dismiss (Doc. No. 149), the Consumer Plaintiffs' Reply (Doc. No. 154), Wawa's Reply (Doc. No. 155), oral argument held on November 10, 2020, the Employee Plaintiffs' Supplemental Memorandum (Doc. No. 166), Wawa's Supplemental Brief (Doc. No. 167), the Consumer Plaintiffs' Notice of Supplemental Authority (Doc. No. 171), and for the reasons discussed in the accompanying Memorandum, it is **ORDERED** that Wawa's Motion to Dismiss (Doc. No. 143) is **GRANTED IN PART**. Counts VI and VII of the Employee Plaintiffs' Amended Complaint (Doc. No. 131) are **DISMISSED**. The Motion (Doc. No. 143) is **DENIED** in all other respects.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] The Original Complaint was filed under *McGlade et al. v. Wawa, Inc. et al.*, Case No. 20-248. This case, and others related to the Wawa data security incident, were later consolidated under lead Case No. 19-6019.

1