IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC.**<br>**DATA SECURITY LITIGATION**<br><br>*This Document Relates to: Consumer Track* | **Civil Action No. 19-6019** |

**JOINT STATUS REPORT CONCERNING THE PROPOSED**
**CONSUMER TRACK CLASS ACTION SETTLEMENT**

Counsel for the Consumer Track Plaintiffs and for Wawa have conferred subsequent to the May 5, 2021 hearing on Plaintiffs' Motion for Preliminary Approval of the Consumer Track Settlement. We write to briefly provide the Court with an update on two items raised by the Court.

*First,* the parties have agreed to add language to the Long Form notice that will appear on the settlement website (*see* Dkt. 181-1, Ex. B) to expressly state that Wawa will not use any of the contact information collected as part of the settlement process for any other purpose. Specifically, the parties have agreed to include the following language:

> Any information that you provide as part of this settlement – including your name, e-mail address, mailing address, or any other contact information – will not be used by Wawa or any third party for any marketing purpose, or for any other reason that is unrelated to the administration of this settlement.

The parties will add similar language to the Claim Forms as well (*see* Dkt. 181-1, Ex. A).

*Second,* the parties have agreed that the settlement administrator will send a reminder e-mail to claimants who have not yet used the full value of their Wawa gift cards nine months after the gift cards have been disseminated to class members. The purpose of that communication will be to remind these class members that their gift cards will expire in the following three months.

The parties are available should the Court have any questions or requests for additional information regarding the settlement.

DATED: May 17, 2021                                              Respectfully Submitted,

| | |
|---|---|
| /s/ Sherrie R. Savett<br>Sherrie R. Savett (PA Bar No. 17646)<br>Jon Lambiras (PA Bar No. 92384)<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>ssavett@bm.net<br><br>/s/ Benjamin F. Johns<br>Benjamin F. Johns (PA Bar No. 201373)<br>Samantha E. Holbrook (PA Bar No. 311829)<br>**CHIMICLES SCHWARTZ KRINER**<br>  **& DONALDSON-SMITH LLP**<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>Tel: (610) 642-8500<br>bfj@chimicles.com<br><br>/s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg (PA Bar No. 31738)<br>Gerard A. Dever (PA Bar No. 85291)<br>Mary L. Russell (PA Bar No. 58581)<br>**FINE, KAPLAN AND BLACK, R.P.C.**<br>One South Broad St., 23rd Floor<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>rliebenberg@finekaplan.com<br><br>/s/ Linda P. Nussbaum<br>Linda P. Nussbaum (admitted *pro hac vice*)<br>Bart Cohen (PA Bar No. 57606)<br>**NUSSBAUM LAW GROUP, P.C.**<br>1211 Avenue of the Americas, 40th Fl.<br>New York, NY 10036-8718<br>Tel: (917) 438-9102<br>lnussbaum@nussbaumpc.com<br><br>*Interim Co-Lead Counsel*<br> *for Consumer Track* | /s/ Gregory T. Parks<br>Gregory T. Parks (Pa. I.D. 80620)<br>Ezra D. Church (Pa. I.D. 206072)<br>Michael J. Puma (Pa. I.D. 94463)<br>Eric C. Kim (Pa. I.D. 316245)<br>Shane C. O'Halloran (Pa. I.D. 324553)<br>Kristin M. Hadgis (Pa. I.D. 209125)<br>Terese M. Schireson (Pa. I.D. 320999)<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>gregory.parks@morganlewis.com<br>ezra.church@morganlewis.com<br>kristin.hadgis@morganlewis.com<br>terese.schireson@morganlewis.com<br><br>*Attorneys for Defendant Wawa, Inc.* |