# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION | CIVIL ACTION<br><br>This document applies to the Employee Track.<br><br>No. 19-6019<br>and all related cases. |

## ORDER

**AND NOW**, this 24th day of May, 2021, upon consideration of the Employee Plaintiffs' Motion for Conditional Class Certification Pursuant to 29 U.S.C. § 216(b) (Doc. No. 133), Wawa, Inc.'s Opposition to the Employee Plaintiffs' Motion (Doc. No. 145), the Employee Plaintiffs' Reply in Support (Doc. No. 150), oral argument held on November 10, 2020, the Employee Plaintiffs' Supplemental Memorandum (Doc. No. 166), Wawa's Supplemental Brief (Doc. No. 167), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Employee Plaintiffs' Motion for Conditional Class Certification (Doc. No. 133) is **DENIED WITHOUT PREJUDICE.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1