1                    IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

    IN RE: WAWA, INC.           :    19-CV-6019-GEKP
4   DATA SECURITY LITIGATION    :
    PLAINTIFF                    :
5                                :

6   _____

                                 JAMES A. BYRNE U.S. COURTHOUSE
7                                CONDUCTED VIA VIDEOCONFERENCE
                                 WEDNESDAY, MAY 5, 2021
8                                COMMENCING AT 10:00 A.M.
                                 MOTION HEARING FOR PRELIMINARY
9                                APPROVAL
    _____
10          BEFORE THE HONORABLE GENE E.K. PRATTER, J.
    _____
11

12   APPEARANCES:

13   SHERRIE R. SAVETT, ESQUIRE
     JON JASON LAMBIRAS, ESQUIRE
14   BERGER MONTAGUE, PC
     1818 MARKET STREET, SUITE 3600
15   PHILADELPHIA, PA 19103
     215 875-3000
16   SSAVETT@BM.NET
     JLAMBIRAS@BM.NET
17

     COUNSEL FOR CONSUMER PLAINTIFFS
18

19

                      SUZANNE R. WHITE, RPR, FCRR, CM
20                       OFFICIAL COURT REPORTER
                      ROOM 2609 U. S. COURTHOUSE
21                       601 MARKET STREET
                      PHILADELPHIA, PA 19106
22                       (215)627-1882

23

24

     PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
25   TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION

```
1    CONTINUED APPEARANCES:

2    ROBERTA D. LIEBENBERG, ESQUIRE
     FINE, KAPLAN AND BLACK, R.P.C.
3    ONE SOUTH BROAD STREET, 23RD FLOOR
     PHILADELPHIA, PA 19107
4    215 567-6565
     RLIEBENBERG@FINEKAPLAN.COM
5
     COUNSEL FOR CONSUMER PLAINTIFFS
6
     BENJAMIN JOHNS, ESQUIRE
7    CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
     361 W. LANCASTER AVENUE
8    HAVERFORD, PA 19041
     CHIMICLES.COM
9
     COUNSEL FOR CONSUMER PLAINTIFFS
10
     DONALD HAVILAND, JR., ESQUIRE
11   HAVILAND HUGHES, LLC
     201 S. MAPLE AVENUE
12   SUITE 110
     AMBLER, PA 19002
13   215 609-4661
     HAVILAND@HAVILANDHUGHES.COM
14
     COUNSEL FOR EMPLOYEE TRACK PLAINTIFFS
15

16   GREGORY T. PARKS, ESQUIRE
     KRISTIN M. HADGIS, ESQUIRE
17   MORGAN LEWIS BOCKIUS, LLP
     1701 MARKET STREET
18   PHILADELPHIA, PA 19103-2921
     GPARKS@MORGANLEWIS.COM
19   KRISTIN.HADGIS@MORGANLEWIS.COM

20   COUNSEL FOR WAWA AND AFFILIATES

21   PRESENT BY TELEPHONE:

22   LINDA NUSSBAUM, ESQUIRE
     JON LAMBIRAS, ESQUIRE
23   GERARD DEVER, ESQUIRE
     AMY BRANDT, ESQUIRE
24   BILL PLATT, ESQUIRE
     DAVID CATHERINE, ESQUIRE
25   JEANINE KENNEY, ESQUIRE
     SAMANTHA HOLBROOK, ESQUIRE
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    (THE CLERK OPENS COURT.)

 2                    THE COURT:  HELLO, EVERYBODY.  PLEASE

 3    TAKE YOUR SEATS.

 4                    FIRST OFF, IT'S LOVELY TO SEE YOU HERE.

 5    THANK YOU FOR COMING, AND WE HAVE TO MY KNOWLEDGE AT

 6    LEAST TWO CAMERAS GOING AND WHO ELSE?  WHO KNOWS WHAT

 7    ELSE?  ONE CAMERA IS COMING FROM MY RIGHT, WHICH FOCUSES

 8    ON YOU ALL.  THERE IS ANOTHER CAMERA AT THE BACK OF THE

 9    COURTROOM THAT SHOULD IT WANT TO, WILL FOCUS ON THE

10    BENCH.

11                    THE GAME RULES HERE ARE AS FOLLOWS.  AS

12    YOU SEE, I'M IN A TERRARIUM BEHIND PLASTIC, AND THAT IS

13    WHY I'M NOT WEARING A MASK, AND I'M ALSO QUITE FAR AWAY

14    FROM ALL OF YOU.  YOU ALL ARE VERY NICELY PHYSICALLY

15    DISTANCED.  YOU ARE FOLLOWING SOME PROTOCOL WHICH CALLS

16    FOR WEARING MASKS, WHICH IS TERRIFIC.

17                    WHEN AND IF YOU SPEAK, PARTICULARLY IF

18    YOU COME UP HERE TO THE LECTERN, AS FAR AS I'M CONCERNED

19    AND SO THAT IT FACILITATES OUR COURT REPORTER, WHO IS

20    TODAY REMOTE.

21                    MS. WHITE, HOW ARE YOU, BY THE WAY?

22                    COURT REPORTER:  GREAT, AND YOU?

23                    THE COURT:  I'M GREAT.

24                    SO THAT MS. WHITE CAN HEAR YOU AND MAKE

25    SURE SHE KNOWS WHO IS SPEAKING, I WOULD APPRECIATE IT IF
```

1    YOU IDENTIFIED YOURSELF AND THEN SPOKE.  IF YOU WISH AND

2    IF THOSE AROUND YOU ARE COMFORTABLE WITH THIS, THEN

3    PARTICULARLY IF YOU ARE SPEAKING AT THE LECTERN, YOU MAY

4    AS FAR AS I'M CONCERNED REMOVE YOUR MASK WHILE YOU

5    SPEAK.

6              MR. PARKS:  YOUR HONOR, I'M SORRY TO BE

7    THE FLY IN THAT PARTICULAR OINTMENT, BUT MY LAW FIRM

8    DOES INSIST THAT I HAVE TO CERTIFY THAT EVERYBODY HERE

9    IS GOING TO FOLLOW THE PROTOCOLS THAT ARE IN THE EASTERN

10   DISTRICT'S COVID RESPONSE PROGRAM.  AND SO WHILE I DON'T

11   HAVE TO INSIST THAT YOUR HONOR WEARS A MASK, I DO HAVE

12   TO INSIST THAT EVERYBODY SPEAKING WEARS A MASK.  WE CAN

13   ALL BE LOUD AND INTRODUCE OURSELVES.  WE'VE WORKED WITH

14   THE COURT REPORTER TO MAKE SURE SHE CAN HEAR.

15             THE COURT:  NO PROBLEM.

16             MR. PARKS:  BUT I UNFORTUNATELY DO HAVE

17   TO INSIST ON THAT.

18             THE COURT:  OKAY.  WELL, SOME DAY YOU

19   WON'T HAVE TO.

20             MR. PARKS:  I HOPE THAT IS TRUE SOON.

21             THE COURT:  ALL RIGHTY.  SO YOU NEED TO

22   HAVE STARTED OUT BY EXPLAINING, STATING YOUR NAME SO

23   THAT MS. WHITE WAS ABLE TO KNOW THAT.

24             MS. PARKS:  CORRECT.  THAT IS DONE.

25             THE COURT:  LET'S TAKE ATTENDANCE.  GO

1    FOR IT.

2                    MS. SAVETT:  SHERRIE SAVETT, BERGER

3    MONTAGUE, FOR THE CONSUMER PLAINTIFFS.

4                    BENJAMIN JOHNS:  GOOD MORNING, YOUR

5    HONOR.  BEN JOHNS FROM THE CHIMICLES SCHWARTZ FIRM, ALSO

6    ON BEHALF OF THE CONSUMER PLAINTIFFS.

7                    MS. LIEBENBERG:  GOOD MORNING.  BOBBIE

8    LIEBENBERG, FINE, KAPLAN AND BLACK, FOR THE CONSUMER

9    PLAINTIFFS.

10                    MS. HOLBROOK:  GOOD MORNING, YOUR HONOR.

11                    SAMANTHA HOLBROOK FROM CHIMICLES

12    SCHWARTZ, ALSO FOR THE CONSUMER PLAINTIFFS.

13                    MR. COHEN:  GOOD MORNING, YOUR HONOR.

14    BART COHEN FROM NUSSBAUM LAW GROUP FOR THE CONSUMER

15    PLAINTIFFS.

16                    MR. HAVILAND:  GOOD MORNING, YOUR HONOR,

17    IN THE BACK HERE, DON HAVILAND, HAVILAND HUGHES FOR THE

18    EMPLOYEE TRACK PLAINTIFFS.

19                    MR. PLATT:  YOUR HONOR, BILL PLATT.  I'M

20    HERE WITH MR. HAVILAND FOR THE EMPLOYEE TRACK

21    PLAINTIFFS.

22                    MR. CATHERINE:  GOOD MORNING, YOUR HONOR.

23    MY NAME IS DAVID CATHERINE.  I'M HERE WITH MR. HAVILAND

24    ON BEHALF OF THE EMPLOYEE TRACK PLAINTIFFS.

25                    THE COURT:  I'M ASSUMING, SUZANNE, THAT

```
 1      YOU ARE GETTING A WRITTEN LIST OF WHO-ALL IS APPEARING
 2      FROM MR. COYLE.  RIGHT?
 3                  AND THEN FINALLY --
 4                  MS. KENNEY:  JEANNINE KENNEY FROM
 5      HAUSFELD LLP FOR THE FINANCIAL INSTITUTION CLASS.  I'M
 6      ON THE LIST.
 7                  THE COURT:  IT WAS MS. KENNEY FROM
 8      HAUSFELD.
 9                  I BELIEVE ON THE PHONE WE MAY HAVE -- OR
10      IN SOME OTHER FASHION HAVE SOMEBODY ELSE ON THE PHONE.
11      WOULD YOU ALL PLEASE NOTE YOUR PRESENCE.
12                  MS. BRANDT:  YES, YOUR HONOR.  THIS IS
13      AMY BRANDT FROM THE LAW FIRM OF WEIR AND PARTNERS, AND
14      I'M APPEARING ON BEHALF OF THE CONSUMER PLAINTIFFS, BUT
15      SPECIFICALLY PLAINTIFF MARISA GRAZIANO.
16                  MS. NUSSBAUM:  GOOD MORNING, YOUR HONOR.
17      LINDA NUSSBAUM OF THE NUSSBAUM LAW GROUP FOR THE
18      CONSUMER PLAINTIFFS.
19                  MR. LAMBIRAS:  THIS IS JOHN LAMBIRAS WITH
20      BERGER MONTAGUE ON BEHALF OF THE CONSUMER TRACK
21      PLAINTIFFS.
22                  MR. DEVER:  YOUR HONOR, IT'S JERRY DEVER
23      FROM FINE KAPLAN AND BLACK, ALSO ON BEHALF OF THE
24      CONSUMER PLAINTIFFS.  THANK YOU.
25                  THE COURT:  I BELIEVE WE ALSO -- JUST SO
```

1    EVERYBODY KNOWS THIS, WE HAVE AT LEAST ONE MEMBER OF THE

2    PRESS WHO WAS INTERESTED ENOUGH TO SECURE THE LINK TO

3    THIS HEARING.  AND FOR EVERYBODY'S BENEFIT, I WILL

4    MERELY REPEAT TO THE EXTENT THAT ANYONE IS --

5                    MR. PARKS:  FOR DEFENDANTS, HELLO AGAIN,

6    YOUR HONOR, GREG PARKS OF MORGAN LEWIS AND BOCKIUS FOR

7    DEFENDANT WAWA, INC. AND ITS AFFILIATES.

8                    MS. HADGIS:  GOOD MORNING, YOUR HONOR,

9    KRISTIN HADGIS, ALSO MORGAN LEWIS AND BOCKIUS, FOR

10   DEFENDANT WAWA, INC.  AND ITS AFFILIATES.

11                   THE COURT:  I THINK NOW WE HAVE EVERYBODY

12   CHECKED IN.

13                   I WILL STATE AND REMIND YOU ALL THAT AS A

14   MATTER OF FEDERAL LAW, NOT JUST EVEN EASTERN DISTRICT

15   PROTOCOL -- AS A MATTER OF FEDERAL LAW NO RECORDING OR

16   COPYING OF A VIDEO OF A COURT PROCEEDING MAY BE MADE OR

17   CIRCULATED.  SOME DAY WE WILL EVEN HAVE THE TECHNOLOGY

18   TO PUT A LITTLE WIRED MARK ON OUR FILM, BUT APPARENTLY

19   THAT IS BEYOND OUR KEN AT THIS POINT.

20                   SO WHO WANTS TO START?  I HAVE NO

21   PARTICULAR ORDER IN WHICH I NEED THIS TO PROCEED.  I

22   WILL TRY TO BE AS POLITE AS I CAN WHEN I INTERRUPT YOU

23   WITH QUESTIONS.

24                   MS. SAVETT:  YOUR HONOR, IF I MAY,

25   SHERRIE SAVETT FOR THE CONSUMER TRACK PLAINTIFFS WOULD

1      LIKE TO LAY OUT OUR CLAIMS.

2                    THE COURT:  SURE.  GO AHEAD.

3                    MS. SAVETT:  THANK YOU.

4                    I WILL BE PRESENTING TODAY ALONG WITH MY

5      CO-COUNSEL BEN JOHNS.  AND FIRST, I WILL ADDRESS THE

6      CONSUMER PLAINTIFFS' OVERALL MOTION FOR PRELIMINARY

7      APPROVAL OF THE SETTLEMENT.

8                    NEXT, I WILL ADDRESS SOME OF THE

9      OBJECTIONS RAISED BY THE EMPLOYEE PLAINTIFFS.  SOME OF

10     THESE OBJECTIONS HAVE BEEN RESOLVED BY THE PARTIES'

11     AMENDMENT TO THE SETTLEMENT AGREEMENT, WHICH WE FILED

12     WITH THE COURT LAST WEEK.  THE AMENDMENT CLARIFIES THE

13     SCOPE OF THE RELEASE.  THE REVISED RELEASE ENCOMPASSES

14     ONLY CLAIMS OF THEFT OF PAYMENT CARD INFORMATION AND

15     ONLY DURING THE PERIOD OF MARCH 2019 TO DECEMBER 2019.

16     THE RELEASE DOES NOT RELEASE CLAIMS OF THEFT OF

17     EMPLOYMENT-RELATED INFORMATION.  THAT IS MR. HAVILAND'S

18     CASE.  THUS THE EMPLOYEE PLAINTIFFS ARE FREE TO PURSUE

19     THEIR CLAIMS OF THEFT OF EMPLOYMENT-RELATED INFORMATION

20     IN THE EMPLOYEE TRACK.

21                    MR. JOHNS WILL ADDRESS THE PROPOSED

22     NOTICE PLAN WHEN I HAVE GONE THROUGH THE OTHER ELEMENTS

23     OF OUR CASE.  WE WOULD LIKE TO RESERVE REBUTTAL TIME IF

24     WE MAY, AFTER --

25                    THE COURT:  THAT IS FINE.

1                BY THE WAY, MY BEST GUESS IS THAT THIS

2    SHOULD BASICALLY BE A MORNING ACTIVITY FOR ALL OF US,

3    RATHER THAN -- AS OPPOSED TO A MARATHON BEYOND THAT.

4                MS. SAVETT:  HOPEFULLY THAT WILL BE THE

5    CASE.

6                THE COURT:  ARE YOU SUPPOSED TO SAY THAT

7    WOULD BE UP TO ME BECAUSE I WILL KEEP MY QUESTIONS TO A

8    MINIMUM.  YOU ALL CAN GET OUT AND ABOUT ON YOUR MERRY

9    WAY.  GO AHEAD.

10               MS. SAVETT:  THANK YOU.

11               AS A HIGH LEVEL OVERVIEW OF THE CASE IN

12   SETTLEMENT, THIS IS A DATA BREACH CLASS ACTION.  THE

13   CONSUMER PLAINTIFFS SEEK PRELIMINARY APPROVAL OF THE

14   PROPOSED SETTLEMENT UNDER FEDERAL RULE OF CIVIL

15   PROCEDURE 23(E)(1).  THE DATA BREACH INVOLVES THE THEFT

16   OF CREDIT AND DEBIT CARD NUMBERS, EXPIRATION DATES AND

17   CARDHOLDER NAMES.  THE CLASS SIZE IS APPROXIMATELY 22

18   MILLION CARDHOLDERS.  THE BREACH TOOK PLACE FROM MARCH

19   4TH, 2019 TO DECEMBER 12TH, 2019.

20               THE SETTLEMENT PROPOSED OFFERS TANGIBLE

21   BENEFITS TO ALL CONSUMERS WHO USED PAYMENT CARDS AT WAWA

22   DURING THE BREACH PERIOD.  THE SETTLEMENT WAS REACHED

23   WITH THE ASSISTANCE OF A HIGHLY RESPECTED MEDIATOR, THE

24   HONORABLE DIANE WELSH OF JAMS.  JUDGE WELSH PREPARED A

25   DECLARATION IN SUPPORT OF THE SETTLEMENT, WHICH WE FILED

1      WITH OUR OPENING BRIEF.

2                  NOW I'M GOING TO SUMMARIZE THE SETTLEMENT

3      BENEFITS.  UNDER THE PROPOSED SETTLEMENT, WAWA WILL

4      PROVIDE UP TO $9 MILLION IN WAWA GIFT CARDS AND CASH.

5      INJUNCTIVE RELIEF IS PROVIDED, WHICH IS VALUED AT

6      APPROXIMATELY $35 MILLION, AND A SEPARATE $3.2 MILLION

7      LUMP SUM PAYMENT IS TO BE USED FOR CLAIMS ADMINISTRATION

8      COSTS, CLASS COUNSEL'S ATTORNEYS' FEES AND EXPENSES, AND

9      SERVICE AWARDS TO THE NAMED CLASS REPRESENTATIVES.

10                 THE $9 MILLION IN GIFT CARDS AND CASH

11     WILL BE ALLOCATED THROUGH THREE TIERS, REFLECTING THE

12     DEGREE OF HARM OR NOT HARM THAT WAS EXPERIENCED BY

13     MEMBERS OF THE CLASS.  TIER 1 IS AVAILABLE TO CONSUMERS

14     WHO USED A PAYMENT CARD AT WAWA DURING THE BREACH PERIOD

15     AND DID NOT EXPERIENCE A FRAUDULENT CHARGE ON THEIR

16     CARD.  TIER 1 CLAIMANTS ARE ELIGIBLE TO RECEIVE A $5

17     WAWA GIFT CARD.  AGGREGATE TIER 1 DISTRIBUTIONS ARE

18     SUBJECT TO A $6 MILLION --

19                 THE COURT:  MS. SAVETT, DO YOU WANT TO

20     ADDRESS NOW HOW YOU WOULD DESCRIBE THE DIFFERENCE

21     BETWEEN A GIFT CARD AND A COUPON?

22                 MS. SAVETT:  YES.

23                 78 PERCENT OF THE PRODUCTS SOLD AT WAWA

24     ARE SOLD FOR $5 OR LESS.  SO THE CLASS MEMBERS WHO

25     DIDN'T EXPERIENCE ANY HARM OR FRAUD ON THEIR CARD CAN

1    BUY MANY, MANY PRODUCTS AT WAWA AND THEY DON'T HAVE TO

2    SPEND ONE DIME OF THEIR OWN MONEY.  SO THAT IS ONE OF

3    THE HALLMARKS OF THE GIFT CARD, AS OPPOSED TO A COUPON

4    WHERE YOU HAVE TO PUT OUT -- IF YOU BUY A PRODUCT, YOU

5    HAVE TO PUT OUT YOUR OWN MONEY AND YOU GET A DISCOUNT.

6                   THE COURT:  WHAT IF THE COUPON IS FREE,

7    FREE CANDY BAR?

8                   MS. SAVETT:  WELL THEN, IT'S MORE LIKE A

9    GIFT CARD.  BUT THERE'S OTHER ELEMENTS THAT MAKE THIS A

10   GIFT CARD.  IT'S TRANSFERABLE, IT'S OPEN FOR ONE YEAR,

11   AND IT'S THE EQUIVALENT OF CASH.

12                  ANOTHER POINT IS THAT WAWA HAS STATISTICS

13   INDICATING THAT WHEN THEY HAVE HAD GIFT CARDS IN THE

14   PAST, THEY ARE -- 97.5 PERCENT OF THEM ARE USED.  SO IT

15   SHOWS THAT WAWA'S CUSTOMERS WHO HAVE A VERY, VERY HIGH

16   RATE OF BEING REPETITIVE CUSTOMERS --

17                  THE COURT:  HOW DO YOU KNOW THAT?

18                  MS. SAVETT:  THESE ARE STATISTICS THAT WE

19   GOT FROM WAWA FROM THEIR OWN RECORDS.

20                  THE COURT:  WELL, THEN MAYBE THEY CAN

21   TELL ME HOW THEY KNOW THAT.

22                  MS. SAVETT:  SHOULD I GO ON?

23                  THE COURT:  SURE.

24                  MS. SAVETT:  SO I WAS JUST EXPLAINING

25   WITH THE CAPS AND THE FLOORS THAT IF THE AGGREGATE

1    CLAIMS ARE GREATER THAN 6 MILLION, EACH GIFT CARD WILL

2    BE REDUCED PRO RATA, AND IF THE AGGREGATE CLAIMS ARE

3    LESS THAN 1 MILLION, EACH GIFT CARD WILL BE INCREASED

4    PRO RATA.

5                     TIER 2.  TIER 2 IS AVAILABLE TO CONSUMERS

6    WHO USED A PAYMENT CARD AT WAWA DURING THE BREACH PERIOD

7    AND EXPERIENCED AN ACTUAL OR ATTEMPTED FRAUDULENT CHARGE

8    ON THEIR CARD, AND THEY WILL RECEIVE A $15 WAWA GIFT

9    CARD.

10                    THE COURT:  WHAT IS THE PLAN FOR

11   DETERMINING THE EFFICACY OF SUCH A CLAIM?

12                    MS. SAVETT:  WELL, IF THEY -- THE CLASS

13   MEMBER GETS TO CHOOSE BETWEEN TIER 1, TIER 2 AND TIER 3.

14   SO EVERYBODY HAS TO CERTIFY THAT THEY SPENT SOME TIME

15   MONITORING THEIR ACCOUNT.  THEY JUST HAVE TO CHECK A BOX

16   FOR THAT.

17                    NOW, IF YOU JUST MAKE A CLAIM UNDER TIER

18   1, ALL YOU HAVE TO DO IS SHOW THAT YOU USED YOUR CREDIT

19   CARD AT WAWA DURING THAT PERIOD.  AND HOW WOULD YOU SHOW

20   THAT?  EVERYBODY GETS A CREDIT CARD STATEMENT INDICATING

21   WHERE YOU MAKE YOUR PURCHASES.  YOU CAN TAKE A

22   SCREENSHOT OF IT.  IF YOU DON'T KEEP THEM, IT'S EASY TO

23   GET THEM ONLINE.  THAT IS EXTREMELY EASY TO DO.

24                    THEN FOR SOMEBODY IN TIER 2, THEY HAVE TO

25   SHOW THAT THEY USED THEIR CARD, THAT THERE WAS AN

1    ATTEMPTED FRAUD, AND THAT GENERALLY THOSE PEOPLE WHO

2    WOULD CHOOSE TIER 2 HAD THE FRAUD CHARGE REVERSED BY A

3    BANK, BECAUSE IT'S THE NORMAL PRACTICE THAT WHEN FRAUD

4    IS REPORTED, BANKS WILL REVERSE THOSE CHARGES, AND SO

5    THE PERSON DOES NOT EXPERIENCE ANY ACTUAL DAMAGE OR

6    FRAUDULENT CHARGE.

7                    THE COURT:  AND SADLY, I'M FAMILIAR WITH

8    THAT.  BUT MY REAL QUESTION IS, ONCE A CLAIMANT CHECKS

9    THE BOX, A BOX, LET'S ASSUME THEY CHECK THE BOX THAT

10   SAYS THEY ARE PART OF TIER 2, WHAT PROCESS, IF ANY, IS

11   THERE UNDER THIS PROPOSED SETTLEMENT FOR AN EVALUATION

12   AS TO THE ACCURACY OF THE ASSERTION THAT THE CLAIMANT

13   BELONGS TO TIER 2 AND GETS THE $15 CARD AS OPPOSED TO

14   BEING SHUNTED OFF TO TIER 1 OR $5.

15                    MS. SAVETT:  WITH TIER 2 THEY HAVE TO

16   HAVE A LITTLE MORE PROOF.  TIER 1 JUST HAS TO SHOW I

17   MADE A PURCHASE AT WAWA DURING THAT PERIOD.  TIER 2 HAS

18   TO SHOW THAT A CHARGE WAS REVERSED OR THAT IT APPEARED

19   TO BE A FRAUD.  THEY HAVE TO HAVE SOME OTHER

20   DOCUMENTATION THAT SHOWS THE PROCESS, THAT IT WAS

21   FRAUDULENT AND THEN IT WAS REVERSED.

22                    THE COURT:  OKAY.  IT'S THE ADMINISTRATOR

23   THAT DETERMINES THAT, NOT WAWA, FOR EXAMPLE.

24                    MS. SAVETT:  CORRECT.

25                    THE COURT:  IT'S NOT SOME COMMITTEE OF

1    NONEXPERTS.

2              MS. SAVETT:  THAT'S RIGHT.  WE HAVE KCC,

3    HIRED AS OUR INDEPENDENT ADMINISTRATOR, AND THAT WILL BE

4    THE BIG PART OF THEIR JOB, TO MAKE SURE THAT THERE IS

5    ADEQUATE PROOF IN THE WAYS THAT I JUST DESCRIBED.

6              AND TIER 3 ARE THE PEOPLE WHO REALLY HAD

7    THE MOST HARM, AND THEY HAD TO SHOW THAT THEY

8    EXPERIENCED AN ACTUAL OR FRAUDULENT CHARGE ON THEIR CARD

9    AND THAT THEY INCURRED OUT-OF-POCKET LOSSES OR EXPENSES

10   RELATED TO THE BREACH.  SO THEY WILL GET CASH UP TO $500

11   PER PERSON IF THEY PROVIDE PROOF.  AND QUALIFYING LOSSES

12   INCLUDE UNREIMBURSED FRAUD CHARGES, BANK FEES,

13   REPLACEMENT CARD FEES, LATE FEES FROM TRANSACTIONS WITH

14   THIRD PARTIES THAT WERE DELAYED DUE TO FRAUD OR CARD

15   REPLACEMENTS, CREDIT FREEZE FEES, PARKING EXPENSES OR

16   TRANSPORTATION EXPENSES USED TO TRY TO CLEAR UP THEIR

17   ACCOUNTS.  AND WE ALSO HAVE A CATCHALL, OTHER EXPENSES

18   REASONABLY ATTRIBUTABLE TO THE DATA SECURITY INCIDENT.

19   SO THEY HAVE TO PROVE WHAT THEY'D HAVE TO PROVE IN COURT

20   TO GET UP TO $500.  THE OTHER CATEGORIES ARE MUCH MORE

21   LOOSE IN THEIR PROOF.  CATEGORY 1 ONLY HAS TO JUST SHOW

22   A TRANSACTION.

23              THE NOTICE PROCEDURE IS -- WE ARE GOING

24   TO GO THROUGH THAT IN GREAT DETAIL, BUT IT IS NOT HARD

25   TO GET THIS INFORMATION AND FILE A CLAIM.  IT'S VERY

1      EASILY ACCESSIBLE TO ALL CONSUMERS.  IF YOU DON'T KEEP

2      YOUR STATEMENTS, THEN YOU CAN GET THEM ONLINE, AND YOU

3      JUST HAVE TO TAKE A PICTURE OF THEM WITH YOUR PHONE.

4      THERE IS A QR PROCEDURE WITH A SCAN, AND YOU CAN DO IT

5      ALL ELECTRONICALLY IF YOU ARE UNDER 40 AND YOU KNOW HOW

6      TO DO IT.  THAT IS A JOKE.  BUT SOME PEOPLE OUR AGE KNOW

7      HOW TO DO IT.  I JUST LEARNED HOW TO DO IT BY GOING TO

8      RESTAURANTS.  IT'S NOT SO HARD.  YOU CAN ORDER THAT WAY.

9      BUT WE ARE TRYING TO MAKE IT AS EASY AS POSSIBLE FOR

10     PEOPLE TO MAKE CLAIMS.

11              SO DO YOU HAVE ANY OTHER QUESTIONS ON

12     THAT PART OF IT?  SHOULD I GO ON?

13              THE COURT:  WELL, YOU KEEP GOING.  I MAY

14     COME BACK TO IT.

15              MS. SAVETT:  SO WAWA GIFT CARDS ARE A

16     REASONABLE FORM OF COMPENSATION IN THIS UNIQUE CASE

17     BECAUSE WAWA HAS AN UNUSUALLY LOYAL BASE OF REPEAT

18     CUSTOMERS.  THUS, THEY ARE HIGHLY LIKELY TO REVISIT WAWA

19     IN THE FUTURE.  78 PERCENT OF WAWA'S PRODUCTS ARE PRICED

20     LESS THAN $5 SO THEY DON'T HAVE TO SPEND ANY MONEY TO

21     GET SOMETHING.  AND BY THE WAY, THEY CAN EVEN USE IT FOR

22     GAS.  EVERYBODY NEEDS GAS -- ALMOST EVERYBODY.

23              THE COURT:  WHAT IS THE PRICE OF GAS

24     TODAY?

25              MS. SAVETT:  IT'S GETTING MORE EXPENSIVE.

1              CLASS MEMBERS WILL NOT NEED TO SPEND ANY

2     OF THEIR OWN MONEY IF THEY DON'T WANT TO, AND THEY CAN

3     GET PRODUCTS.  THEY CAN GET VALUE FROM THOSE GIFT CARDS.

4              THE COURT:  WAS THERE -- WELL, ONE OF THE

5     ISSUES THAT HAS BEEN KICKING AROUND HERE IS WHY A GIFT

6     CARD?  WHY NOT CASH?  AND THEN ONE OF YOUR ANSWERS IS

7     GOING TO BE, WELL, THE GIFT CARDS ARE TRANSFERABLE, ET

8     CETERA, ET CETERA.  IF THEY ARE TRANSFERABLE AND IF A

9     RECIPIENT OF A GIFT CARD COULD STAND OUTSIDE OR INSIDE A

10    WAWA AND TURN TO ANOTHER PERSON AND SAY, GIVE ME 5 BUCKS

11    FOR MY CARD, WHY NOT JUST PAY -- HAVE THE SETTLEMENT BE

12    MONEY INSTEAD OF A CARD?  WHY ARE THEY CARDS AND NOT

13    CASH?

14              MS. SAVETT:  YOUR HONOR, THIS WAS HEAVILY

15    NEGOTIATED.

16              THE COURT:  I'M SURE IT WAS.

17              MS. SAVETT:  SETTLEMENTS ARE A

18    COMPROMISE, AND FOR WAWA IT'S PROBABLY COST THEM LESS TO

19    DO GIFT CARDS.  AND THEY FEEL THAT THEY WILL BE USED AND

20    WE HAVE NEGOTIATED --

21              THE COURT:  THAT'S BECAUSE YOUR

22    EXPECTATION IS THAT THEY WILL NOT ALL BE CASHED IN, SO

23    TO SPEAK.

24              MS. SAVETT:  WELL, WITH 97.2 PERCENT OF

25    GIFT CARDS BEING USED OVER TIME, THERE IS A VERY HIGH

1    PROBABILITY THAT THEY WILL BE USED, AND THEY ARE VERY

2    EASY TO USE.  I MEAN, THERE ARE GOING TO BE SIGNS RIGHT

3    AT THE CHECKOUT WHERE YOU CAN QUALIFY, YOU CAN DO YOUR

4    CLAIM VIRTUALLY RIGHT THERE.  I MEAN, THERE IS A HIGH

5    PROBABILITY THAT THEY ARE NOT ONLY BE USED, THEY COULD

6    POTENTIALLY BE PRORATED.  BUT THINK ABOUT THE FACT THAT

7    TIER 1 --

8                THE COURT:  LET'S PUT IT A DIFFERENT WAY.

9    AS OPPOSED TO THE SETTLEMENT BEING -- SENDING OUT A

10   BUNCH OF CHECKS INSTEAD OF THE CARDS, WHY COULD A

11   RECIPIENT OF THE GIFT CARD, WHEN THEY COME INTO A WAWA

12   FOR THEIR LOYAL RETURN VISIT, SIMPLY TENDER THE CARD AND

13   GET THE CASH?

14               MS. SAVETT:  YOUR HONOR, THIS WAS PART OF

15   THE NEGOTIATION AND A COMPROMISE, AND WE WERE TRYING TO

16   GET VALUE FOR OUR CLASS.  AND THE PEOPLE IN TIER 1,

17   REALLY YOU COULD ARGUE, DID NOT HAVE ANY HARM.  MAYBE

18   THEY WERE WORRIED THAT THEIR CREDIT CARD WAS STOLEN.

19   THAT IS NOT A RECOGNIZABLE LEGAL HARM.  WE ARE GIVING

20   THEM SOMETHING OF VALUE THAT THEY WOULD NOT OTHERWISE

21   HAVE AS A RESULT OF THIS SETTLEMENT.  BUT WE THINK IT

22   DOES HAVE REAL VALUE AND IT IS EASILY USED.  AND WE

23   THINK THAT THE WAY WE HAVE TIERED IT REALLY TAKES INTO

24   ACCOUNT THE DIFFERENT DEGREES OF HARM.

25               THE PEOPLE THAT REALLY HAD A FRAUDULENT

1    CHARGE THAT DID NOT GET REVERSED, THEY ARE GOING TO GET

2    CASH, OR IF THEY HAD TO SPEND, YOU KNOW, $25 OR $30

3    PARKING OUTSIDE A BANK TO CLEAR IT UP, THEY ARE GOING TO

4    GET CASH.  THEY GET UP TO $500 IF THEY CAN PROVE THEIR

5    EXPENSES.  AND THOSE ARE THE PEOPLE THAT HAVE REAL SOLID

6    OUT-OF-POCKET LOSSES.

7                AND THE $15 IN-BETWEEN ONE IS FOR PEOPLE

8    THAT REALLY HAD TO GO TO THE TROUBLE OF GETTING IT

9    REVERSED.  EVEN IF THEY DIDN'T GET CHARGED FOR THE

10   FRAUDULENT TRANSACTION, THEY HAD TO GO TO QUITE A BIT

11   MORE TROUBLE TO GET IT REVERSED.  SO THEY ARE GETTING

12   SOMETHING MORE THAN THE PEOPLE THAT HAD NO TANGIBLE HARM

13   AT ALL.  BUT THEY ARE GETTING -- TIER 1 IS GETTING A

14   TANGIBLE BENEFIT JUST FOR HAVING BEEN A VICTIM OF THAT

15   DATA BREACH.  TIER 2 IS GETTING A LITTLE BIT MORE, AND

16   TIER 3, THE PEOPLE THAT REALLY HAVE OUT-OF-POCKET DAMAGE

17   THAT IF THEY LITIGATED THE CASE THEY WOULD HAVE TO PROVE

18   IN COURT, ARE GOING TO GET UP TO $500.

19                WE THOUGHT IT WAS A VERY REASONABLE

20   COMPROMISE.  I DON'T AT THIS TIME WANT TO GO INTO ALL

21   THE RISKS OF THE LITIGATION, BUT THE DEFENDANT ARGUED

22   THERE WAS NO CAUSATION.  THERE WAS SUCH A LOW DEGREE OF

23   FRAUD ON THESE CREDIT CARDS, EVEN THOUGH 22 MILLION

24   CARDS WERE STOLEN, THAT HOW CAN YOU PROVE THAT IT WAS

25   DUE TO THE BREACH, BECAUSE THERE IS ALWAYS A CERTAIN

1    DEGREE OF CREDIT CARD FRAUD IN EVERY BIT OF LARGE

2    TRANSACTIONS WITH AN OUTFIT LIKE WAWA WITH 900 STORES

3    AND 64 MILLION TRANSACTIONS A MONTH, WHICH OCCURRED THIS

4    JANUARY.  SO THIS WAS A COMPROMISE TO TRY TO GET VALUE

5    FOR OUR CLASS MEMBERS, AND WE THINK IT'S A VERY FAIR

6    COMPROMISE BECAUSE THESE ARE REAL VALUE.

7             THE COURT:  WHY DO THEY EXPIRE WITHIN A

8    YEAR?

9             MS. SAVETT:  WELL, THE DEFENDANT

10    ORIGINALLY PROPOSED A MUCH QUICKER EXPIRATION, AND THIS

11    WAS A COMPROMISE.

12             THE COURT:  BETWEEN WHAT AND WHAT?

13             MS. SAVETT:  I THINK THE FIRST POSITION

14    WAS A MONTH, AND WE ENDED UP NEGOTIATING A YEAR.  AND

15    CONSIDERING THAT WAWA'S CUSTOMERS DO COME IN QUITE OFTEN

16    FOR THEIR COFFEES AND THEIR HOAGIES, WE THINK THAT

17    PEOPLE WILL USE THESE CARDS EASILY IN -- THESE GIFT

18    CARDS IN A YEAR.  AND I THINK -- WE THOUGHT IT WAS A

19    REASONABLE AMOUNT OF TIME THAT PEOPLE COULD HAVE TO USE

20    THEM.

21             THE COURT:  A YEAR FROM WHAT?

22             MS. SAVETT:  FROM THEIR ISSUANCE.

23             THE COURT:  NOT ON RECEIPT?

24             MS. SAVETT:  WELL, RECEIPT SHOULD COME AT

25    THE SAME TIME AS ISSUANCE BECAUSE THEY ARE GOING TO --

1                    THE COURT:  USING WHAT METHOD OF

2     DELIVERY?

3                    MS. SAVETT:  I THINK IT WOULD BE AS THEY

4     FILE THEIR CLAIMS.

5                    THE COURT:  ARE YOU GETTING HAPPY NEW

6     YEAR CARDS RIGHT NOW THROUGH THE MAIL?  I'M REALLY JUST

7     ASKING.

8                    MS. SAVETT:  THOSE ARE FAIR QUESTIONS,

9     FOR SURE.

10                    THE COURT:  TO FULLY UNDERSTAND WHAT DOES

11     A YEAR MEAN, A YEAR FROM WHEN THEY COME OFF THE ASSEMBLY

12     LINE AND THEY HAVE BEEN STAMPED OR -- YOUR COLLEAGUE,

13     MR. PARKS, IS PRACTICALLY JUMPING OUT OF HIS SEAT HERE.

14                    MS. SAVETT:  COULD I HAVE MR. PARKS

15     ANSWER THAT QUESTION?  I'M NOT 100 PERCENT SURE.

16                    MS. PARKS:  YES, YOUR HONOR.  THESE GIFT

17     CARDS ARE GOING TO BE ISSUED BY E-MAIL.  WHEN CLASS

18     MEMBERS MAKE CLAIMS, THEY ARE GOING TO PROVIDE US WITH

19     AN E-MAIL ADDRESS.  AND THERE WILL BE AN E-MAIL THAT

20     COMES OUT THAT GIVES THEM THEIR GIFT CARD.  IT'S AN

21     ELECTRONIC GIFT CARD, ACTUALLY, AND IT WILL BE A YEAR

22     FROM WHEN THE E-MAIL COMES OUT WILL BE WHEN THEY ARE --

23                    THE COURT:  SO WE ARE NOT -- NOT IN THE

24     U.S. MAIL.

25                    MS. PARKS:  YOU BET, YOUR HONOR.  THAT'S

1    CORRECT.  WE ARE NOT.

2              THE COURT:  SO NOT TO MAKE TOO MUCH OF

3    THIS, IT'S NOT UNLIKE A BED, BATH AND BEYOND COUPON.

4              MS. PARKS:  WELL, WE BRISTLE AT THE WORD

5    "COUPON," YOUR HONOR.  IT'S NOT A COUPON.  BUT IN TERMS

6    OF THE EXPIRATION DATE, IT IS CORRECT THAT IT WILL BE A

7    YEAR FROM THE MOMENT THE CONSUMER ACTUALLY HAS IT IN

8    THEIR HAND AND CAN USE IT.  THEY WILL BE ABLE TO USE IT

9    THE VERY DAY THEY GET IT BY E-MAIL, AND THEN BE ABLE TO

10   USE IT FOR A YEAR -- UP TO A YEAR AFTER THAT.

11             THE COURT:  WHAT HAPPENS TO THE LUDDITES?

12             MS. PARKS:  WE ACTUALLY DID TALK ABOUT

13   THAT AND WE CAME UP WITH A SOLUTION THAT IS, IF THAT

14   PERSON EITHER WANTS TO GIVE AN E-MAIL TO A FRIEND OR

15   FAMILY MEMBER WHO CAN GET THE E-MAIL AND THEN PRINT IT

16   OUT OR WE DO HAVE A SOLUTION WHEREBY THE CLAIMS

17   ADMINISTRATOR CAN PRINT A PRINTED VERSION OF IT AND SEND

18   IT TO THEM IN THE MAIL.  SO WE HAVE A WAY TO DO THAT.

19   THE E-MAIL GIFT CARD WHEN PRINTED, IT WORKS.  YOU DON'T

20   HAVE TO BRING IT INTO WAWA ELECTRONICALLY.  IT COULD BE

21   PRINTED OUT AND USED THAT WAY.  SO THERE ARE A COUPLE

22   DIFFERENT WAYS FOR THE LUDDITES, BECAUSE WE TALKED ABOUT

23   THAT.  WE TALKED AT MEDIATION ABOUT THE FACT THAT, YOU

24   KNOW, MY GRANDMOTHER GOES TO WAWA AND SHE DOES NOT

25   REALLY HAVE E-MAIL.  BUT SHE COULD HAVE IT E-MAILED TO

1    ME, I COULD PRINT IT FOR HER, SAY, HERE GRANDMA, HERE IS

2    YOUR E-MAIL, HERE IS YOUR GIFT CARD AND EVERYBODY IS

3    HAPPY.

4                    MS. SAVETT:  ALSO I WOULD LIKE TO ADD

5    THAT FOR THE LUDDITE AND FOR PEOPLE THAT STILL LIKE

6    PAPER, THEY CAN FILE A PAPER CLAIM AND MAIL IT IN.  WE

7    HAVE IT ELECTRONICALLY OR IN PAPER.

8                    THE COURT:  GO AHEAD.

9                    MS. SAVETT:  JUDGE WELSH'S DECLARATION

10   COMMENTS ON THIS ASPECT OF THE SETTLEMENT.  SHE SAID:

11   WAWA EMPHASIZED THAT WAWA'S CUSTOMERS ARE FAR MORE

12   LIKELY TO BE REPEAT CUSTOMERS, AND THUS A CLASS

13   SETTLEMENT INVOLVING GIFT CARDS WOULD BE A LOGICAL AND

14   EFFECTIVE WAY TO COMPENSATE CONSUMERS.  WAWA AGREED THE

15   GIFT CARDS WOULD BE FULLY TRANSFERRABLE AND GOOD FOR AT

16   LEAST A YEAR.  THIS WAS PERSUASIVE TO ME AS A MEDIATOR.

17                    SO THE POINT IS THAT THESE ASPECTS AND

18   THESE KINDS OF QUESTIONS THAT YOU ARE ASKING WERE

19   HEAVILY DISCUSSED AT THE MEDIATION, AND WE ATTEMPTED TO

20   WORK OUT ALL OF THE SCENARIOS THAT WE COULD THINK OF.

21                    NOW, I WOULD LIKE TO ADDRESS THE

22   INJUNCTIVE RELIEF, WHICH IS REALLY VERY SIGNIFICANT

23   HERE.  AND I WOULD LIKE TO STATE THAT ALL CLASS MEMBERS

24   GET THE BENEFIT OF THE INJUNCTIVE RELIEF, AND ESPECIALLY

25   BECAUSE MOST OF THEM ARE REPEAT CUSTOMERS.  AND THE

1    INJUNCTIVE RELIEF AT THE END OF THE DAY IS TO PROTECT

2    THE SYSTEM SO THIS KIND OF A CREDIT CARD -- PAYMENT CARD

3    BREACH WOULD NEVER OCCUR AGAIN.

4                    SO SOME OF THE ELEMENTS OF THE INJUNCTIVE

5    RELIEF, ALL OF WHICH HAS COST WAWA $35 MILLION, AND MUCH

6    OF WHICH IS ATTRIBUTABLE TO THE BREACH AND OUR

7    SETTLEMENT NEGOTIATIONS, WAWA WILL RETAIN AN INDEPENDENT

8    THIRD-PARTY DATA SECURITY EXPERT TO ANNUALLY TEST WAWA'S

9    COMPLIANCE WITH PAYMENT CARD INDUSTRY RULES AND ISSUE A

10   REPORT ON COMPLIANCE.

11                   WAWA WILL CONDUCT WHAT THEY CALL

12   PENETRATION TESTING.  THAT MEANS WHETHER AN OUTSIDE

13   HACKER, HOW EASILY THEY COULD PENETRATE THE SYSTEM,

14   ANNUALLY, AND IS OBLIGATED TO REMEDIATE CRITICAL

15   VULNERABILITIES THAT ARE IDENTIFIED.

16                   THIRD, WAWA WILL ENCRYPT PAYMENT CARD

17   INFORMATION AT THE POINT -- AT ALL POINT OF SALE

18   TERMINALS IN ALL WAWA STORES.  WAWA WILL IMPLEMENT EMV

19   CHIP-BASED TECHNOLOGY AT ALL POINT OF SALE TERMINALS IN

20   WAWA'S STORES AND FUEL PUMPS AND --

21                   THE COURT:  EMV MEANING WHAT?

22                   MS. SAVETT:  I DON'T KNOW THE EXACT WORDS

23   THAT THAT IS, BUT THIS IS THE MORE SOPHISTICATED --

24                   THE COURT:  DOES SOMEBODY KNOW THE

25   ACRONYM?

1          MR. PARKS:  YES.  IT'S ACTUALLY.

2    EUROPAY/MASTERCARD/VISA IS THE ACRONYM, BUT THE BASIC

3    EXPERIENCE THAT EVERYBODY IS PROBABLY FAMILIAR WITH IS

4    USING A CHIP VERSUS SWIPING YOUR CARD.  AS YOU MAY HAVE

5    NOTICED, IT HAS BEEN A WHILE NOW THAT YOU HAVE BEEN

6    USING THE CHIP IN THE STORE TO MAKE YOUR PURCHASES.  IF

7    YOU GO IN THE GROCERY STORE OR ANY OTHER STORE, YOU ARE

8    PROBABLY INSERTING YOUR CHIP, WHEREAS AT THE PUMP

9    IMPLEMENTING THAT TECHNOLOGY IS A LOT HARDER.  SO MOST

10   GAS STATIONS ACTUALLY HAVE NOT IMPLEMENTED THAT

11   TECHNOLOGY OUT OF THE PUMP YET, AND THE STANDARDS FOR

12   MASTERCARD AND VISA THAT REQUIRE THAT TO HAPPEN ACTUALLY

13   DON'T REQUIRE THAT TO HAPPEN UNTIL NOW OCTOBER OF 2022.

14   WAWA HAS IMPLEMENTED THAT AHEAD OF TIME.  SO NOW IF YOU

15   GO TO A WAWA STORE AND YOU USE THE FUEL PUMP, YOU PAY AT

16   THE PUMP OPTION, YOU ARE NOW GOING TO BE USING THE

17   CHIP-BASED TECHNOLOGY RATHER THAN THE SWIPE-BASED

18   TECHNOLOGY.  AND ANYBODY WHO DRIVES PROBABLY REALIZES

19   THAT MORE OFTEN THESE DAYS YOU ARE USING A SWIPE-BASED

20   TECHNOLOGY AT THE FUEL PUMP -- AT A GAS STATION, BECAUSE

21   THAT STANDARD HAS BEEN VERY DIFFICULT FOR GAS STATIONS

22   TO IMPLEMENT.

23          MS. SAVETT:  AND OUR EXPERTS -- AND WE

24   HAVE BEEN CONSULTING, YOUR HONOR, WITH EXPERTS THAT WE

25   HIRED, INDEPENDENT EXPERTS, HAVE TOLD US THAT ALL OF

1    THESE MEASURES MAKE WAWA'S SYSTEM MUCH, MUCH MORE SECURE

2    IN THE FUTURE, AND PARTICULARLY THAT CHIP-BASED

3    TECHNOLOGY IS MUCH BETTER THAN THE SWIPE.  IT'S MUCH

4    MORE SAFE.

5              INCIDENTALLY, ALL OF THESE MEASURES WERE

6    REVIEWED WITH OUR EXPERTS, AND THEY ACTUALLY SUGGESTED A

7    LOT OF THESE MEASURES, AND THAT IS HOW WE FORMULATED A

8    LOT OF THIS INJUNCTIVE RELIEF.

9              THE COURT:  ONE OF THE FEATURES -- ONE OF

10   THE REACTIONS THAT I HAD TO THE INJUNCTIVE RELIEF WAS

11   NOT -- WELL, OBVIOUSLY, MUCH OF IT MADE SENSE ONCE IT

12   WAS FULLY EXPLAINED.  BUT IT SEEMS TO ME THAT THE MAJOR

13   BENEFICIARY OF THE STEPS BEING TAKEN WOULD BE WAWA.

14   IT'S REALLY IN THE INSTITUTION'S INTEREST TO HAVE THESE

15   PROTECTIONS.

16             MS. SAVETT:  IT IS, CERTAINLY.

17             THE COURT:  IT IS DERIVATIVE PROTECTION

18   FOR THE CUSTOMERS, BUT IT SEEMS TO ME THE MAJOR

19   MOTIVATION SHOULD BE FOR WAWA ITSELF.

20             MS. SAVETT:  THERE IS NO QUESTION THAT IT

21   IS BETTER FOR THE COMPANY TO HAVE MORE SECURE

22   PROCEDURES, BUT IT'S ALSO BETTER FOR THEIR CUSTOMERS,

23   AND I THINK IT GOES BOTH WAYS.  THE CUSTOMERS WILL FEEL

24   SAFER USING THEIR CARDS AND SHOPPING AT WAWA.  I THINK

25   THAT IS A HUGE BENEFIT FOR THE CUSTOMERS AND FOR WAWA.

1      I DON'T THINK THERE IS ANYTHING WRONG WITH THEM DOING

2      SOMETHING TO IMPROVE THEIR BUSINESS, TO MAKE IT A BETTER

3      AND SAFER BUSINESS, THAT ALSO BENEFITS THEIR CUSTOMERS.

4      AND WE THINK THAT THAT IS -- THE INJUNCTIVE RELIEF IS A

5      TREMENDOUS BENEFIT TO THEIR CUSTOMERS, AS CONSUMERS.

6                     THE COURT:   OKAY.

7                     MS. SAVETT:   WAWA WILL PROVIDE CLASS

8      COUNSEL WITH SEMIANNUAL UPDATES OF WAWA'S COMPLIANCE

9      WITH THESE INJUNCTIVE REMEDIES.   I THINK THAT IS A

10     PRETTY BIG OBLIGATION THAT THEY HAVE.   THEY HAVE TO

11     REPORT TO US NOW, AS WELL AS TO THEIR OWN BOARDS AND TO

12     THEIR OWN COMPANIES.

13                     THE COURT:   I'M SURE THAT WILL BE

14     RIGOROUS.

15                     MS. SAVETT:   SO THE ESTIMATION ON THE

16     COSTS OF ALL THESE IMPROVEMENTS WAS $35 MILLION, AND A

17     LOT OF IT HAS ALREADY BEEN PAID.

18                     SO THIS SETTLEMENT THAT I HAVE JUST

19     DESCRIBED, WE CONTEND, MEETS ALL THE STANDARDS FOR

20     PRELIMINARY APPROVAL THAT HAVE TO BE MET UNDER RULE

21     23(E)(1).   THE COURT'S DECISION ON PRELIMINARY APPROVAL

22     IS LIMITED TO DECIDING WHETHER THE CLASS SHOULD BE

23     NOTIFIED OF THE SETTLEMENT AND GIVEN AN OPPORTUNITY TO

24     OBJECT OR OPT OUT.   UNDER RULE 23(E)(1)(B), THE COURT

25     SHOULD APPROVE SENDING NOTICE TO THE CLASS IF THE

1    PARTIES SHOW THAT THE COURT WILL, QUOTE, LIKELY BE ABLE

2    TO, END QUOTE, ULTIMATELY FIND THAT THE SETTLEMENT IS

3    FAIR, REASONABLE AND ADEQUATE AT THE FINAL APPROVAL

4    STAGE AND CERTIFY THE CLASS FOR SETTLEMENT PURPOSES AT

5    THE FINAL APPROVAL STAGE.

6                  THIS SETTLEMENT IS FAIR, REASONABLE AND

7    ADEQUATE, AND OUR OPENING BRIEF WENT INTO GREAT DETAIL

8    WHY, UNDER RULE 23(E).  I'M NOT GOING TO REPEAT THE

9    WHOLE BRIEF HERE.  I JUST WANT TO DISCUSS A COUPLE OF

10   KEY POINTS.

11                  THE COURT:  IF I RECALL CORRECTLY,

12   MS. SAVETT, YOU ARE GOING TO ADDRESS AND ANTICIPATE THE

13   ARGUMENTS OR THE OBJECTIONS OR THE CRITICISMS THAT HAVE

14   COME FROM THE EMPLOYEE TRACK?

15                  MS. SAVETT:  I WILL.  BUT I FELT THAT I

16   SHOULD LAY OUT THE SETTLEMENT FIRST AND THE STANDARDS.

17                  SO NUMBER ONE, THE SETTLEMENT WAS

18   NEGOTIATED AT ARM'S LENGTH WITH THE ASSISTANCE OF A

19   HIGHLY EXPERIENCED MEDIATOR, JUDGE WELSH.  THE MEDIATION

20   LASTED 12 HOURS.  THE PARTIES SUBMITTED DETAILED

21   MEDIATION STATEMENTS ADDRESSING LEGAL ISSUES, SUCH AS

22   STANDING, DAMAGE, AND CLASS CERTIFICATION; FACTUAL

23   ISSUES, SUCH AS THE NATURE AND SIZE OF THE BREACH AND

24   EXTENT OF FRAUDULENT MISUSE; AND SETTLEMENT PROPOSALS.

25                  THE SETTLEMENT DISCUSSIONS WERE FOCUSED

1    LARGELY ON CAUSATION AND DAMAGES BECAUSE LIABILITY AND

2    NEGLIGENCE, IN EFFECT, WAS ASSUMED.  WE EXAMINED MANY,

3    MANY DOCUMENTS, INCLUDING A PRELIMINARY PCI REPORT THAT

4    WAS AVAILABLE AT THAT TIME, AND WE CONSULTED WITH OUR

5    EXPERTS.  AND DEFENSE COUNSEL KNEW WHAT WAS GOING TO BE

6    IN THE FINAL REPORT, EVEN THOUGH WE DID NOT GET IT UNTIL

7    AFTER THE MEDIATION CLOSED.  BUT HE TOLD US WHAT THE

8    CONTENT WAS.  AND THE CONTENT BASICALLY WAS THAT THEY

9    FOUND WEAKNESSES IN THE SYSTEM, AND THEREFORE NEGLIGENCE

10   WAS ASSUMED.  SO THE MEDIATION FOCUSED TO A VERY LARGE

11   EXTENT ON CAUSATION AND DAMAGES.

12                    JUDGE WELSH WAS VERY INVOLVED AND HELPED

13   THE PARTIES WORK THROUGH TO RESOLVE THEIR DIFFERENCES,

14   AND SHE INDICATED HER VIEW THAT THE SETTLEMENT BRINGS

15   MEANINGFUL RELIEF TO THE CLASS, AND THIS IS A QUOTE FROM

16   HER DECLARATION, WHICH IS ON THE RECORD:  I CAN SAY THAT

17   FROM AN EXPERIENCED MEDIATOR'S PERSPECTIVE, THE

18   NEGOTIATED SETTLEMENT PRODUCED BY THE MEDIATION PROCESS

19   REPRESENTS A THOROUGH, DELIBERATIVE AND COMPREHENSIVE

20   RESOLUTION THAT WILL BENEFIT CLASS MEMBERS THROUGH

21   MEANINGFUL RELIEF.

22                    CLASS COUNSEL PERFORMED SUBSTANTIAL WORK

23   TO UNDERSTAND THE FACTS AND THE MERITS OF THE CASE.  WE

24   EXAMINED 3,596 PAGES OF DOCUMENTS PRODUCED BY WAWA;

25   VARIOUS VERSIONS OF A THIRD-PARTY FORENSIC INVESTIGATION

1     REPORT; DETAILS OF THEIR DISCOVERY OF THE BREACH, THE

2     RESPONSE TO THE BREACH; BOARD MATERIALS.  AND WE

3     CONDUCTED LENGTHY INTERVIEWS OF ALL OF THE NAMED

4     PLAINTIFFS TO UNDERSTAND THEIR FACTS, DAMAGES AND

5     IDENTITY THEFT HISTORY.  WE CORRESPONDED WITH HUNDREDS

6     OF ABSENT CLASS MEMBERS TO UNDERSTAND THEIR FACTS AND

7     DAMAGES.  CLASS REPRESENTATIVES THEMSELVES, THERE WERE

8     13 OF THEM, AND THERE WAS ONE FROM NEW JERSEY IN THAT

9     SEPARATE CASE, PRODUCED 212 PAGES OF DOCUMENTS TO WAWA

10    REGARDING THE USE OF THEIR PAYMENT CARDS, THEIR DAMAGES

11    INCLUDING FRAUD CHARGES AND OUT-OF-POCKET DAMAGES, AND

12    THEIR INVOLVEMENT IN PRIOR BREACHES.  THROUGHOUT THE

13    PROCESS, CLASS COUNSEL CONSULTED WITH AN EXPERT WITNESS

14    THAT WE HIRED REGARDING THE DATA BREACH, DARK WEB

15    ISSUES, AND IDEAS FOR INJUNCTIVE RELIEF.  CLASS COUNSEL

16    ALSO CONSULTED WITH A HIRED PRIVATE INVESTIGATOR TO

17    GATHER MORE DETAILS ABOUT THE BREACH AND WAWA'S DATA

18    SECURITY ENVIRONMENT.

19                    THE SETTLEMENT PROPERLY ACCOUNTS FOR THE

20    COSTS, RISKS AND DELAYS OF CONTINUED LITIGATION.  YOUR

21    HONOR, PLAINTIFFS FACED SIGNIFICANT LITIGATION RISKS,

22    RE:  STANDING, DAMAGES, CAUSATION AND CLASS

23    CERTIFICATION, AMONG OTHER THINGS.  AND WE WEIGHED AND

24    BALANCED THOSE RISKS AGAINST THE BENEFITS THAT WE WERE

25    ABLE TO ACHIEVE.

1              ONE VERY SIGNIFICANT FACT THAT WAS

2      PRESENT IN OUR MINDS IS THAT THERE WAS A LACK OF

3      WIDESPREAD CREDIT AND DEBIT CARD FRAUD AFTER THE BREACH.

4      WE INTERVIEWED HUNDREDS AND HUNDREDS OF WAWA CUSTOMERS

5      WHO CONTACTED ALL OF THE COUNSEL, AND THERE WAS A VERY

6      LOW PERCENTAGE OF FRAUD ACTUALLY EXPERIENCED.  AND OF

7      COURSE, MOST OF THOSE FRAUDULENT CHARGES WERE REVERSED

8      BY BANKS.  SO THERE WAS A QUESTION OF HOW MUCH DAMAGE

9      THERE REALLY WAS.

10              MANY COURTS HAVE HELD THAT THE MERE RISK

11      OF FUTURE IDENTITY THEFT IS TOO SPECULATIVE TO SUPPORT

12      STANDING AND DAMAGES.  THAT WAS A RISK THAT WAS OUT

13      THERE, AND THERE IS VERY LITTLE CLASS CERTIFICATION

14      PRECEDENT IN DATA BREACH CASES.  MOST OF THE CASES GET

15      SETTLED BEFORE THAT DECISION HAS ACTUALLY BEEN MADE.

16              THIS COURT PREVIOUSLY RECOGNIZED IN

17      FULTON-GREEN VERSUS ACCOLADE THAT DATA BREACH CASES ARE

18      INHERENTLY RISKY.  YOU STATED:  THIS IS A COMPLEX CASE

19      IN A RISKY FIELD OF LITIGATION BECAUSE DATA BREACH CLASS

20      ACTIONS ARE UNCERTAIN AND CLASS CERTIFICATION IS RARE.

21      AND IN THAT CASE, ACCOLADE, IT INVOLVED THE THEFT OF

22      MUCH MORE SENSITIVE INFORMATION THAN PAYMENT CARD

23      INFORMATION.  IT INVOLVED THEFT OF W-2 INFORMATION AND

24      SOCIAL SECURITY NUMBERS, WHICH IS ON A MUCH HIGHER LEVEL

25      OF PRIVACY THAN PAYMENT CARD THEFT.

1          THIS SETTLEMENT COMPARES FAVORABLY TO

2     OTHER DATA BREACH SETTLEMENTS.  FOR EXAMPLE, IN ZAPPOS

3     SECURITY BREACH LITIGATION, A DATA BREACH SETTLEMENT

4     PROVIDED JUST A 10 PERCENT COUPON FOR ZAPPOS GOODS.  IN

5     SONY GAMING NETWORKS AND CUSTOMER DATA SECURITIES BREACH

6     LITIGATION, A DATA BREACH SETTLEMENT PROVIDED A CHOICE

7     OF PLAYSTATION GAMES OR A THREE-MONTH -- EXCUSE ME A

8     SECOND -- SUBSCRIPTION TO THE PLAYSTATION SERVICE AND A

9     $1 MILLION FUND FOR REIMBURSEMENT OF IDENTITY THEFT

10    LOSSES.  IN ATKINS VERSUS FACEBOOK, A DATA BREACH

11    SETTLEMENT PROVIDED ONLY INJUNCTIVE RELIEF.

12          THE PROPOSED AWARD OF ATTORNEYS' FEES IS

13    REASONABLE.  IT WILL BE PAID --

14          THE COURT:  HOW IS IT ALLOCATED, BY THE

15    WAY?

16          MS. SAVETT:  OF THE 3.2 MILLION PAYMENT

17    BY WAWA, WE ALLOCATED ROUGHLY AS FOLLOWS.

18          THE COURT:  I RECOGNIZE IT'S A LITTLE

19    EARLY TO ADDRESS THAT.  SORT OF A GENERAL --

20          MS. SAVETT:  WE ARE PREPARED TO ANSWER

21    THIS QUESTION.  3 MILLION FOR ATTORNEYS' FEES, WHICH

22    WILL REPRESENT A SUBSTANTIALLY NEGATIVE MULTIPLIER TO

23    OUR TIME.  THERE WILL BE NO MULTIPLIER HERE.  THERE'S A

24    LOT OF WORK THAT WENT INTO THIS.  50,000 FOR

25    OUT-OF-POCKET EXPENSES, THAT IS LARGELY EXPERTS.  AND

1        100,000 APPROXIMATELY FOR SETTLEMENT ADMINISTRATION.

2        AND 14,000 FOR SERVICE AWARDS.  THAT IS 1,000 FOR EACH

3        NAMED PLAINTIFF.  THERE WERE 13 IN THE FEDERAL CASE AND

4        ONE IN NEW JERSEY.

5                    SO SINCE IT'S A SIGNIFICANTLY NEGATIVE

6        MULTIPLIER, WHICH YOU WILL SEE ULTIMATELY, AND IT IS

7        BEING PAID BY WAWA ON TOP OF ALL THE OTHER BENEFITS, WE

8        BELIEVE IT'S VERY REASONABLE.  AND THIS IS SOMETHING

9        THAT WILL BE FULLY BRIEFED AT THE FINAL APPROVAL STAGE,

10       BUT IT GIVES YOU THE IDEA OF HOW IT WAS ALLOCATED.

11                   ALSO THE SETTLEMENT TREATS CLASS MEMBERS

12       EQUITABLY RELATIVE TO EACH OTHER.  THAT IS ONE OF THE

13       STANDARDS OF RULE 23(E)(2)(D).  IT ALLOCATES THE LARGEST

14       PAYMENTS TO THOSE CLASS MEMBERS WHO SUFFERED THE

15       GREATEST HARM, AND THIS METHOD OF EQUITABLE ALLOCATION

16       IS COMMON IN DATA BREACH ACTIONS.

17                   THE COURT WILL LIKELY BE ABLE TO CERTIFY

18       THE CLASS FOR SETTLEMENT PURPOSES AT THE FINAL APPROVAL

19       STAGE.  THE OPENING BRIEF EXPLAINS IN GREAT DETAIL HOW

20       EACH CLASS CERTIFICATION FACTOR IS MET, NUMEROSITY,

21       COMMONALITY, TYPICALITY, ADEQUACY OF REPRESENTATION,

22       PREDOMINANCE AND SUPERIORITY.  I WAS NOT PLANNING TO GO

23       THROUGH THAT SINCE IT'S REALLY FULLY LAID OUT IN OUR

24       BRIEF, BUT IF THE COURT WANTS ME TO ADDRESS ANY ISSUE,

25       OF COURSE, WE WILL BE PLEASED TO DO SO.

```
 1                    NOTABLY, COURTS IN DATA BREACH CASES

 2      ROUTINELY FIND THAT CLASS CERTIFICATION IS APPROPRIATE

 3      FOR SETTLEMENT PURPOSES, AND THIS COURT -- YOU SAID IN

 4      THE FULTON-GREEN VERSUS ACCOLADE CASE THAT CERTIFICATION

 5      OF A SETTLEMENT CLASS WAS APPROPRIATE IN THAT CASE.

 6                    NOW I WOULD LIKE TO MOVE ON TO THE

 7      EMPLOYEE PLAINTIFFS' OBJECTIONS.

 8                    THE COURT:  GO AHEAD.

 9                    MS. SAVETT:  OKAY.  SO ONE OF THE HAPPY

10      THINGS ABOUT TODAY IS THAT WITH OUR AMENDMENT TO THE

11      RELEASE, I THINK THAT A GOOD PART OF THAT ISSUE IS OFF

12      THE TABLE.  THE AMENDMENT CLARIFIES WHAT WE ALWAYS

13      INTENDED --

14                    THE COURT:  WOULD YOU PREFER IF I INVITED

15      A REPRESENTATIVE OF THE EMPLOYEE TRACK FOLKS TO

16      ARTICULATE WHAT THEIR REMAINING OBJECTIONS ARE AND THEN

17      YOU CAN RESPOND TO THAT RATHER THAN ANTICIPATING WHAT

18      THEY -- MAYBE IF THEY ARE GOING TO SAY NO, THEY ARE

19      HAPPY CAMPERS AND THEY NO LONGER HAVE ANYTHING TO SAY.

20      BUT I WOULD JUST AS SOON -- MAYBE PUT A FINER POINT ON

21      IT.  I WOULD PREFER TO HEAR WHAT THEY CONTINUE TO HAVE

22      CONCERNS ABOUT, AND THEN YOU GET TO RESPOND TO THAT.

23                    MS. SAVETT:  THAT IS FINE, YOUR HONOR.  I

24      WILL BE GLAD TO DO THAT, BUT I DO WANT TO JUST MAKE THIS

25      POINT ABOUT WHAT WE DID ON THE RELEASES.  THE EMPLOYEE
```

1    PEOPLE SAID THAT WE TOOK AWAY PART OF THEIR CLAIMS

2    BECAUSE WE HAD NOT MADE OUR RELEASE BROAD ENOUGH.  SO

3    NOW WITH THE AMENDMENT, THE CLAIMS RELEASED ARE ONLY

4    CLAIMS RELATED TO THE THEFT OF PAYMENT CARD INFORMATION

5    IN THE RELEVANT PERIOD, THE MARCH TO DECEMBER 2019

6    PERIOD.  IT DOES NOT RELEASE ANY OTHER CLAIMS OF THE

7    THEFT OF EMPLOYEE INFORMATION.  SO THAT WAS VERY

8    IMPORTANT, BECAUSE THE WORDING BEFORE THEY SAID -- FOR

9    EXAMPLE, THEY WERE CONTENDING BEFORE THAT THERE IS

10   ANOTHER BREACH IN 2018.  AND WE THOUGHT THE WAY IT HAD

11   BEEN DRAFTED ORIGINALLY SAID THAT IS NOT IN THE CASE.

12   BUT NOW WE MADE IT EXPLICIT THAT IT'S ONLY THAT NARROW

13   PERIOD OF MARCH TO DECEMBER 2019 WHERE THERE WAS THE

14   -- THE BREACH WAS GOING ON, IS THE ONLY PERIOD THAT IS

15   BEING RELEASED.  SO THEY HAVE CLAIMS CONCERNING

16   SOMETHING THAT HAPPENED IN 2018, THEY ARE THEIRS,

17   WITHOUT A PROBLEM.

18              SO I'M HAPPY TO DO WHAT YOU SAID, AND I

19   WILL COME BACK.

20              THE COURT:  OKAY.

21              MS. SAVETT:  THANK YOU, YOUR HONOR.

22              THE COURT:  DOES ANYBODY WANT TO TAKE A

23   FEW MOMENTS AND ARTICULATE WHAT THE REMAINING CONCERNS

24   ARE FROM THE EMPLOYEE TRACK PLAINTIFFS?

25              MR. HAVILAND:  GOOD MORNING, YOUR HONOR.

1    DON HAVILAND FROM HAVILAND HUGHES AGAIN.

2                    THE COURT:  HELLO, MR. HAVILAND, AGAIN.

3                    MR. HAVILAND:  GOOD MORNING, AGAIN.

4                    I APPRECIATE THE OPPORTUNITY BECAUSE I

5    WANTED TO AT THE EARLIEST CONVENIENCE TELL THE COURT HOW

6    PLEASED WE WERE TO BE ABLE TO WORK WITH WAWA AND THE

7    CONSUMER PLAINTIFFS TO CLARIFY SOME OF THE OBJECTIONS,

8    AND I APPRECIATED MR. PARKS IN PARTICULAR REACHING OUT,

9    SPENDING A LOT OF TIME WITH US TO WORK THROUGH OUR

10   ISSUES.  AND THE AMENDMENT DOES GO FAR TO SOLVING SOME

11   OF THE PROBLEMS.

12                   WITHOUT GETTING INTO TOO MUCH DETAIL, ONE

13   OF THE ISSUES -- WE HAVE OUR OWN EXPERT WHO'S LOOKING AT

14   THE 2018 EVENTS AND WHAT HAPPENED THERE, AND I DON'T

15   WANT TO GO TOO FAR AFIELD BECAUSE MR. PARKS AND I AGREE

16   THAT IS NOT HERE TODAY.  AND THE BEST WAY I CAN DESCRIBE

17   IT WITHOUT GETTING INTO DETAIL, IS WE BELIEVE AND WE

18   BELIEVE THAT THE REPORT THAT HAS BEEN PROFFERED CONFIRMS

19   HACKERS CAME IN AND THE INVESTIGATION LOOKED RIGHT INTO

20   THE PCI PAYMENT CARD INFORMATION AREA, BUT DID NOT LOOK

21   LEFT INTO THE INTERNAL COMPUTER SYSTEMS AND THE LIKE.

22   THAT IS THE EXTENT OF THE REPORT THAT WE HAVE SEEN.  AND

23   OUR EXPERT HAS CERTAIN VIEWS ABOUT THAT.  WE HAD HIM

24   PREPARED TO TESTIFY TODAY.

25                    BUT I THINK THAT IS ALL OFF THE TABLE

1    BECAUSE WE HAVE AN AGREEMENT WITH WAWA THAT THAT IS --

2    THAT IS FOR ANOTHER DAY.  AND THEY DON'T AGREE WITH

3    EVERYTHING I JUST SAID, OTHER THAN WE AGREE THEY LOOKED

4    RIGHT, NOT LEFT, AND THAT IS -- SO THAT IS IMPORTANT,

5    YOUR HONOR, BECAUSE THAT IS A REAL CORE PART OF THE

6    EMPLOYEE CLASS CONCERN, THAT HACKERS DON'T -- WE

7    CAN'T -- WE DON'T CONTROL THEM.  THEY HAVE THEIR OWN

8    REASONS FOR GETTING INTO SYSTEMS.  THEY MONETIZE WHAT

9    THEY CAN.  THEY ACTUALLY JUST SELL ACCESS AT TIMES AND

10   WE HAVE A PROMINENT EXPERT ACTUALLY KNOWN TO WAWA WHO

11   WILL TESTIFY AT SOME POINT IN TIME ABOUT THAT.  SO THAT

12   IS THE GOOD NEWS, AND I DID NOT WANT TO UNDERSCORE AND

13   LOSE THAT SIGHT.

14            SO GETTING TO YOUR HONOR'S QUESTION, I

15   THINK I CAN SIMPLIFY WHAT IS PROBABLY A LONGER

16   PRESENTATION IN TWO WAYS.  SO WE STILL ARE CONCERNED AND

17   OBJECT TO -- ALTHOUGH I HATE TO SAY THAT, JUDGE.

18            THE COURT:  WELL, LET ME ASK.  IN THIS

19   WORLD, AS YOU ALL KNOW, OBJECTIONS TAKE ON A TECHNICAL

20   MEANING.  MY VIEW OF MANY LEGAL PROCESSES IS THAT THERE

21   ARE USUALLY MORE PRACTICAL, EFFICIENT AND ECONOMICAL

22   WAYS TO HANDLE THINGS.  SO THAT ALTHOUGH TECHNICALLY, OF

23   COURSE, TIMES FOR, QUOTE, OBJECTIONS, ARE LATER, MY HOPE

24   WAS TO FERRET OUT AT THIS POINT MATTERS THAT MIGHT NOT

25   HAVE TO RISE OR DESCEND THE LEVEL OF OBJECTIONS LATER BY

1    DEALING WITH IT NOW, PERHAPS.

2              SO FROM THAT STANDPOINT, I DON'T WANT

3    ANYBODY TO MISUNDERSTAND THAT THEY HAVE EITHER LOST AN

4    OPPORTUNITY TO MAKE A TECHNICAL OBJECTION AT ANOTHER

5    POINT IN TIME IN THE LIFE OF THIS LITIGATION.  BUT MY

6    EFFORT AND MY INTEREST IS IN, I SUPPOSE SOMEBODY ELSE

7    MIGHT SAY CAN'T YOU ALL BE FRIENDS.  BUT I DON'T MEAN TO

8    BE QUITE THAT MEALYMOUTHED ABOUT IT.  I'M REALLY JUST

9    TRYING TO ELICIT SOME CONCERNS AND SEE IF WE CAN

10   ELIMINATE THEM ON THE FRONT END, AS OPPOSED TO --

11             MR. HAVILAND:  I HAVE TO TELL YOU I

12   CONSIDER THE PLAINTIFFS' ATTORNEYS FRIENDS.  I HAVE

13   KNOWN BOBBIE LIEBENBERG FOR MY ENTIRE CAREER.  WE TALKED

14   ABOUT -- I SAW JUDGE ROBRENO WALKING IN.  WE HAD A CASE

15   AGAINST THE NFL IN THIS COURTROOM WITH JUDGE ROBRENO A

16   LONG TIME AGO.  WE ARE COLLEAGUES AND FRIENDS.  WE SEE

17   EACH OTHER IN MANY, MANY CASES.  SO THERE IS NOT THE

18   SORT OF POUNDING THE TABLE POSITIONS THAT YOU SOMETIMES

19   MAY HEAR.

20             WE DO HAVE A RESPECTFUL DISAGREEMENT

21   ABOUT THE SCOPE, AND THAT IS WHAT WE ARE LEFT WITH.

22   THERE IS REALLY -- TO SIMPLIFY WHERE WE ARE, BECAUSE I

23   SAW THE AMENDMENT TO THE RELEASE AND THAT IS HELPFUL.

24   THE FUNDAMENTAL PROBLEM IS THE SCOPE OF THE SETTLEMENT

25   CLASS DEFINITION STILL SAYS CONSUMERS IN THE BROADEST

```
1      SENSE THAT LOOPS IN ALL EMPLOYEES.  AND I THOUGHT IN MY

2      LONGER PRESENTATION I WOULD TALK ABOUT THREE CASES, OUR

3      OLD FRIEND DITTMAN, WHO TREATS EMPLOYEES DIFFERENTLY IN

4      PENNSYLVANIA, BUT THEN ALSO AMCHEM, WHICH AS YOUR HONOR

5      PROBABLY KNOWS CAME OUT OF THIS COURT, JUDGE BECKER.

6      AND THEN THE INFAMOUS RBG, REST HER SOUL, WROTE A

7      PHENOMENAL OPINION ON DUTIES OF CLASS COUNSEL AND THE

8      IMPORTANCE TO MAKE SURE THAT YOU'VE ADEQUATELY PROTECTED

9      DIFFERENT INTERESTS, AND THEN IN THAT CASE THERE WAS

10     FUTURE CLAIMS.

11               HERE WE HAVE A DIFFERENT CLASS OF PEOPLE

12     WHO ARE DIFFERENTLY POSITIONED BECAUSE THEY WERE

13     EMPLOYEES.  YOUR HONOR COMMENTED AT THE HEARING LAST

14     TIME THEY DID NOT HAVE THE ABILITY TO VOTE WITH THEIR

15     FEET TO GO DOWN TO GET AN ORANGE CRUSH, I THINK YOUR

16     HONOR SAID.  BUT THEY WERE THERE IN AN ENVIRONMENT AND

17     BECAUSE DITTMAN SAYS -- JUSTICE WECHT SAID THAT THERE'S

18     A STRONGER DUTY, A HEIGHTENED DUTY TO THOSE FOLKS.  THEY

19     ARE DIFFERENTLY POSITIONED LEGALLY.  YOUR HONOR HAS NOT

20     RULED ON THAT QUESTION.  WE MADE THAT ARGUMENT, AND I

21     WON'T RETRENCH THAT.

22               BUT AT THIS POINT THEY'RE SEEKING TO

23     COMPROMISE THOSE RIGHTS.  AND WHY I BRING UP AMCHEM IS,

24     YOU NEED THAT TRACTION IN THE ROOM.  THE EMPLOYEES WERE

25     NOT THERE.  I DON'T KNOW WHY WE WERE NOT THERE.  WE JUST
```

1    WERE NOT THERE.

2              THE COURT:  THERE SEEMS TO BE SOME

3    DISAGREEMENT AS TO WHETHER YOU WERE THERE.  I MEAN IT'S

4    SOMEWHAT NOT LIKE YOU ARE A HOLOGRAM, THERE OR NOT THERE

5    OR COULD HAVE BEEN THERE OR WOULD HAVE BEEN THERE OR

6    MIGHT HAVE BEEN THERE.  IT'S UNCLEAR TO ME FROM THE

7    PAPERWORK.

8              MR. HAVILAND:  WE WEREN'T AWARE OTHER

9    THAN I THINK THE LAST TIME IT CAME UP BEFORE -- THERE

10   WERE TWO SESSIONS, I RECALL.  THERE WAS A SPRING SESSION

11   WITH THE COURT WHERE WE TALKED ABOUT THE DISMISSAL

12   PAPERS.  AND I THINK THE CONSUMER COUNSEL TALKED ABOUT

13   GOING TO MEDIATION.  THE NEXT TIME I HEARD ABOUT IT WAS

14   IN THE NOVEMBER DISMISSAL HEARING WHEN MS. SAVETT

15   ADDRESSED THE COURT.  AND I JUST REREAD, AS I WAS

16   WAITING.  YOUR HONOR SAID:  WHY DO YOU CARE?  WHY ARE

17   YOU STANDING UP AND COMMENTING ON THE EMPLOYEES

18   PLAINTIFFS' ARGUMENT ON DITTMAN?  WHY DO YOU CARE?

19   WHOSE OX IS BEING GORED, WAS THE QUESTION.  AND THEN

20   THAT IS THE FIRST TIME I HEARD WELL, THEY MIGHT BE

21   OBJECTORS.  AT THAT POINT IN TIME, WE DID NOT KNOW THERE

22   HAD BEEN A SETTLEMENT, WHAT THE TERMS WERE, OR

23   IMPORTANTLY -- THAT THE CONSUMER -- THAT THE EMPLOYEES

24   WERE BEING BROUGHT INTO THAT.

25              THE COURT:  WHAT THE CONSUMER TRACK

1    PLAINTIFFS' COUNSEL SAYS NOW IS, WELL, COME ON, THEY DID

2    NOT EVEN ASK TO COME TO THE TABLE.

3             MR. HAVILAND:  I SUPPOSE THAT IS RIGHT.

4    BUT WE DID TALK TO WAWA.  WE DID NOT ASK THEM TO COME TO

5    THE TABLE, AND MAYBE THIS IS JUST A MISCOMMUNICATION

6    BETWEEN THE TRACKS.  I KNOW THE BANKS WERE NOT THERE.

7    WE DEAL DIRECTLY WITH WAWA, AND WE HAVE SINCE THE

8    BEGINNING.  WE HAVE TALKED ABOUT THE WAGE AND HOUR

9    CLAIMS IN OUR INDEPENDENT CLAIMS, AND AGAIN, HAVE

10   PRODUCTIVELY DEALT WITH THAT IN THE CONTEXT OF THIS

11   SETTLEMENT.

12            SO MY HEADLINE, JUDGE, AND I HATE TO BURY

13   THE LEDE, WE WOULD ASK THAT THE COURT MODIFY THE ORDER

14   ON THE SETTLEMENT CLASS WHERE IT MENTIONS WAWA'S

15   EXECUTIVES AS AN EXCLUSION, TO ADD FOUR LITTLE WORDS:

16   AND CURRENT AND FORMER EMPLOYEES.

17            THE COURT:  THOSE WOULD BE VERY LOUD

18   WORDS.

19            MR. HAVILAND:  WELL, BUT THEY'RE OUR

20   CLASS WORDS, JUDGE, AND THAT'S OUR GROUP THAT WAS NOT

21   REPRESENTED AT THE TABLE.  AND I LISTENED VERY CAREFULLY

22   TO SOME OF THE CONCERNS.  WE WOULD HAVE HAD A VERY

23   STRONGER POSITION ON NEGLIGENCE AND DUTY AND WHAT WAWA

24   SHOULD HAVE DONE UNDER PENNSYLVANIA LAW.  WE WOULD NOT

25   HAVE BEEN SO CONCERNED ABOUT ASSUMING LIABILITY BECAUSE

1    WE FEEL STRONGLY ABOUT THAT, ALWAYS SUBJECT TO THE

2    COURT'S RULINGS.  BUT THAT IS WHY AMCHEM INSISTED ON

3    HAVING DIFFERENT LAWYERS ADVOCATE THOSE POSITIONS, SO

4    THAT YOU CAN MAYBE COME TO ONE CONSTRUCT THAT SAYS --

5    AND YOU SEE THIS IN THE SETTLEMENT -- THERE ARE TIERS

6    KEYED TO DAMAGE, BUT THERE ARE NOT TIERS KEYED TO THE

7    CLASS.  ALL CONSUMERS ARE ONE.  AND YOUR HONOR TALKED

8    ABOUT THAT SCENARIO OF THE EMPLOYEES NOT HAVING

9    THE ABILITY TO LEAVE THE STORE.  THEY ARE THERE.  THEY

10   ARE CAPTIVE.  THEY ARE GIVEN A DISCOUNT TO STAY.  SO

11   WAWA FULLY KNOWS THAT ITS EMPLOYEES USE THEIR CREDIT AND

12   DEBIT CARDS ON THE JOB.

13                 THE COURT:  DO YOU KNOW WHAT THE NUMBERS

14   ARE IN TERMS OF EMPLOYEE USE?

15                 MR. HAVILAND:  I DON'T, JUDGE.  WE

16   HAVEN'T GOTTEN ANY DISCOVERY.  I KNOW THAT THERE IS

17   SOMETHING ON THE ORDER OF 40,000 EMPLOYEES.  I KNOW

18   THERE IS A HIGH ATTRITION RATE.  THEY ARE ADVERTISING A

19   LOT TO GET NEW EMPLOYEES.  MY CLIENTS ARE ACTUALLY

20   FORMER EMPLOYEES.  THERE IS A LARGE GROUP OF FOLKS LIKE

21   THAT THAT GETS TO THE ISSUE OF NOTICE.  AND I ONLY THROW

22   THAT BIG ISSUE OUT THERE BECAUSE I SIT DOWN IF THE COURT

23   AGREES TO LET THE EMPLOYEES GO FORWARD, MAINTAIN THE

24   STATUS QUO, DON'T COMPROMISE THEIR CLAIMS WHERE WE HAVE

25   ALL THESE CONCERNS ABOUT WHETHER IT IS FAIR, REASONABLE

1    AND ADEQUATE TO THEM.  AND I'M NOT SECOND-GUESSING THE

2    JOB THAT WAS DONE BY THE LAWYERS.  THEY DID A FINE JOB

3    FOR THEIR CLIENTS, AND JUDGE WELSH DID A FINE JOB

4    MEDIATING THAT.  IT IS NOT EASY TO GET A DEFENDANT TO

5    AGREE FAULT AND THEN MONEY.  I KNOW THAT.  COUNSEL KNOWS

6    THAT.  BUT THEY DID THE JOB THEY WERE HIRED TO DO FOR

7    THEIR CLIENTS.

8                    AND AMCHEM ASKED THIS COURT TO LOOK TO

9    SEE WHERE IN THE RECORD THE LAWYERS WERE LOOKING AFTER

10   THE INTERESTS OF THE EMPLOYEES.  AND I DON'T SEE THAT IN

11   THE AFFIDAVITS.  I DON'T SEE THAT IN THE BRIEFS.  I'M

12   NOT FAULTING THEM, AGAIN, JUDGE.  THEY DID THE JOB THEY

13   WERE HIRED TO DO AND APPOINTED BY THIS COURT AS CONSUMER

14   TRACK COUNSEL, THEY DID THAT JOB.  WE WERE NOT AT THAT

15   TABLE.  AGAIN, I DIDN'T KNOW THERE WAS A SEPTEMBER

16   MEDIATION.  I DON'T KNOW IF I HAD A PLAN THAT DAY,

17   WHETHER IT WAS COVID OR WHAT BUT --

18                    THE COURT:  BUT YOU KNOW MS. LIEBENBERG.

19                    MR. HAVILAND:  I'VE KNOWN HER FOR A LOT

20   OF YEARS.  ACTUALLY WE TALKED ABOUT WE HAVE A

21   LITIGATION, JUDGE, THAT WE ARE BOTH IN BANKRUPTCY COURT

22   IN DELAWARE.

23                    THE COURT:  I'M REALLY ONLY MILDLY

24   TEASING.

25                    MR. HAVILAND:  I UNDERSTAND.

```
1                    THE COURT:  IT'S NOT AS THOUGH THERE WAS

2        SOME BARRIER IN TERMS OF REACHING OUT.

3                    MR. HAVILAND:  SURE.  AND JUDGE, IN

4        FAIRNESS, I DON'T WANT TO BETRAY 408 BUT WE MADE A

5        DEMAND ON WAWA AT THE VERY BEGINNING OF THE CASE AND WE

6        ATTEMPTED TO NEGOTIATE THE EMPLOYEES' CLAIMS.

7                    THE COURT:  EXCEPT THAT FROM A DEFENSE

8        STANDPOINT, IT WOULD NOT BE AN UNFAMILIAR CONCEPT TO

9        DIVIDE AND CONQUER, KEEP YOU ALL SEPARATE.  YOU ARE NOT

10       REALLY TELLING ME THAT YOU RELIED ON WAWA TO PUT YOU IN

11       TOUCH WITH YOUR FRIENDS ON THE PLAINTIFFS' SIDE IN THE

12       CONSUMER TRACK.

13                   MR. HAVILAND:  THAT IS TRUE, JUDGE.  I

14       JUST DID NOT KNOW AT THAT TIME WHEN THE COMMENT WAS MADE

15       IN THE SPRING THAT THEY WERE SEEKING TO SWEEP THE

16       EMPLOYEES IN.  THAT REALLY CAME OUT IN NOVEMBER, IN

17       FAIRNESS.  AT THAT POINT IT WAS VERY CLEAR TO THE COURT

18       AND US WHEN MS. SAVETT STOOD UP DURING THE DISMISSAL AND

19       SAID -- AND YOU SAID, WHY DO YOU CARE?  I CARE BECAUSE

20       WE ARE GOING TO SWEEP THEM IN AND THEY HAD ALREADY DONE

21       IT.  SO AT THAT TIME IT WAS TOO LATE.  AND I REMEMBER

22       HAVING A VISCERAL REACTION TO THE IDEA THAT WE WOULD BE

23       AN OBJECTOR.  WE ARE ADVOCATING FOR THE EMPLOYEES.  AND

24       IT JUST SO HAPPENS WE GOT BROUGHT INTO THIS LARGE CLASS

25       DEFINITION THAT INCLUDES THE SUBSET OF EMPLOYEES.
```

1              THE COURT:  I'M GOING TO GIVE YOU A

2    CHANCE TO ANSWER THIS QUESTION AND THEN GIVE MS. SAVETT

3    OR ONE OF HER COLLEAGUES THE OPPORTUNITY TO PLAN AN

4    ANSWER.

5              HAS THERE BEEN A DISCUSSION ABOUT --

6    GIVEN THE FACT IT'S AN IDENTIFIABLE NUMBER, IT'S NOT A

7    MONUMENTAL NUMBER, HAS THERE BEEN ANY DISCUSSIONS,

8    SERIOUS DISCUSSIONS ABOUT CARVING OUT THE EMPLOYEES WHO

9    WERE ALSO CONSUMERS AND LETTING THE EMPLOYEES GO ON

10   THEIR MERRY WAY IN THEIR OWN TRACK?

11             MR. HAVILAND:  SO I HAD THAT SERIOUS

12   DISCUSSION WITH MR. PARKS, YES, TO PLAINLY ANSWER THAT.

13             THE COURT:  LET ME INTRODUCE YOU TO

14   MS. SAVETT.

15             MR. HAVILAND:  I UNDERSTAND THAT, JUDGE.

16   WHEN WE TALKED FIRST JUST TO SEE WHETHER WAWA WAS

17   AGREEABLE BECAUSE IT'S ULTIMATELY THEIR SETTLEMENT TOO,

18   AND I WAS TOLD NO.  AND AT THAT POINT IT WAS A

19   DISCUSSION THROUGH COUNSEL WITH COUNSEL.  AND I HEAR

20   WHAT YOUR HONOR IS SAYING.  AND I THINK THAT SHOULD

21   HAPPEN AND PERHAPS CAN HAPPEN.  WE ARE AT PRELIMINARY

22   APPROVAL.  THERE SHOULD BE A SEPARATE TREATMENT OF

23   EMPLOYEES.  THIS IS OUR POSITION.  IT IS OUR CLIENT'S

24   POSITION.  WE HEAR IT FROM OTHER EMPLOYEES THAT -- AND

25   THIS IS -- JUST TO PUT IT AS SIMPLE AS YOU CAN GET IT,

1    JUDGE, THESE ARE THE TRUSTED PEOPLE ON THE FRONT LINE.

2    THEY WERE TREATED AS FRONTLINE WORKERS ALL THROUGH THE

3    PANDEMIC.  AND THERE'S SOME ANGRY FOLKS OUT THERE.  $5?

4    I HAVE HAD CLIENTS IN MY EARS SAY A SIZZLI AND A CUP OF

5    JOE?  THAT IS WHAT WE ARE WORTH?  THE SAME AS THE PEOPLE

6    ON THE OTHER SIDE OF THE TABLE THAT CAN VOTE WITH THEIR

7    FEET AND GO TO ROYAL FARMS AND 7-ELEVEN -- AND I'M

8    GIVING YOU THE SHORT VERSION, JUDGE.  WE GET AN EARFUL

9    FROM THE PEOPLE -- YOU PROBABLY KNOW NURSES AND MEDICAL

10   PEOPLE, PEOPLE ARE STRUGGLING.  IT HAS BEEN A TOUGH

11   TIME.  THE WAWA WORKERS, THEY ARE THERE TOO IN THE

12   STORES.  AND SO THEY DON'T --

13            THE COURT:  I WILL MAKE THIS OBSERVATION,

14   THAT PEOPLE CAN GO AND GET SOMETHING AT THE COUNTER AT A

15   WAWA BEFORE YOU CAN GO TO THE COUNTER IN THE COURTHOUSE

16   AND GET ANYTHING AT THE COUNTER.

17            MR. HAVILAND:  YES.  AND THE STORES NEVER

18   CLOSED.  THE STATE GAVE THEM A DISPENSATION ON THAT, AND

19   THE WORKERS STAYED THERE THROUGHOUT THE WHOLE THING.

20   AND SO, JUDGE, I ALWAYS APPRECIATE THE INVITATION, AND I

21   KNOW IT'S AN OPEN ONE, THAT THE COUNSEL -- I MEAN, ALL

22   COUNSEL SHOULD TALK ABOUT IT, BECAUSE I DO SEE A PATHWAY

23   WHERE THAT COULD BE RESOLVED.

24            I AM CONCERNED ABOUT THE CLAIMS SPLIT ON

25   A DAMAGE BASIS THAT SAYS EMPLOYEES CAN GET THIS, BUT

1    THEN HAVE TO LITIGATE OTHER WAYS.  BUT THAT IS WHERE

2    MR. PARKS AND I COULD NOT GET ANY FURTHER, OTHER THAN TO

3    AGREE THAT THE LEFT SIDE OF THE CASE WOULD PROCEED TO

4    ANOTHER PLACE.

5              LET ME JUST SAY THIS, JUDGE, AND I

6    APPRECIATE THE OPPORTUNITY TO COME UP AND COMMENT.  I'M

7    REALLY SHORTENING MY ARGUMENT BECAUSE I DO WANT TO TALK

8    TO YOU ABOUT MULLANE AND THE ISSUE OF NOTICE.  AND I

9    LISTENED VERY INTENTLY THAT -- WAWA DOES HAVE E-MAIL.

10   WAWA DOES HAVE LETTERS AND ADDRESSES.  AND THIS IS

11   ANOTHER ISSUE FOR THE CLIENTS AND THE CLASS.  YOU KNOW,

12   WAWA HAS THE NAMES AND ADDRESSES OF EVERYONE WHO'S EVER

13   WORKED FOR THEM, AND THEY CAN SEND THAT MAIL NOTICE OUT.

14             I KNOW YOUR HONOR KNOWS MULLANE.  I DON'T

15   HAVE TO EVEN GO -- THERE'S A REALLY GOOD LINE THERE THAT

16   TALKS ABOUT HOW IMPORTANT MAIL IS BECAUSE IT'S THE WAY

17   YOU KNOW IN ANY CONTEXT, CONSUMER OR OTHERWISE, YOU HAVE

18   TOLD PEOPLE THESE ARE YOUR RIGHTS, AND HERE IS THE WAY

19   YOU CAN GET PAID IN A CASE.  AND IT'S JUST NOT BEING

20   DONE HERE.  AND I RAISED THAT.  I SAID, YOU HAVE GOT

21   MAYBE 40,000 NAMES AND ADDRESSES OF 22 MILLION.  WHY

22   DON'T YOU JUST SEND THEM A LETTER?  WHY AREN'T YOU JUST

23   USING THE E-MAIL?  AND THEIR RESPONSE IS, WELL, THEY ARE

24   NOT UPDATED LISTS.  AND WE ALL KNOW THE EXPERTS CAN

25   SKINNY THAT DOWN.  AND IT'S NO EXCUSE NOT FOR USING

1    E-MAIL, HONESTLY, ESPECIALLY NOW I HEARD THAT THE

2    SETTLEMENT ADMINISTRATION IS THROUGH E-MAIL.

3                    SO IF WE DON'T CARVE THEM OUT, IF WE

4    DON'T GIVE THEM SOMETHING BETTER THAT SHOWS THAT THEY DO

5    HAVE A DIFFERENT POSITION, BOTH AS PEOPLE -- AND I SAY

6    AGAIN, OUR OLD FRIEND DITTMAN LEGALLY VIS-A-VIS THEIR

7    EMPLOYER, AND THEY ARE TREATED AS ONE SIZE FITS ALL, 5,

8    15, AND YOU HAVE TO APPROVE ALL THESE THINGS, THAT DOES

9    NOT SIT WELL WITH THE EMPLOYEE CLASS, JUDGE.  I HOPE WE

10   CAN FIX THAT.  AND I HOPE WE CAN GET THE FINAL APPROVAL

11   SINGING KUMBAYA.  I WOULD BE HAPPY TO HAVE THAT HAPPEN.

12                   I WAS OBSERVING THE DARK WEB.  THIS

13   INFORMATION SELLS FOR 17 BUCKS.  YOU KNOW, YOU LOOK AT

14   THINGS LIKE THAT, AND YOU SAY TO YOURSELF, HOW CAN THAT

15   BE AND YOU ARE GETTING 5?  THEY ARE THE THINGS THAT

16   EXPERTS LOOK AT WHEN I TALK TO THEM.  WHAT IS THE VALUE

17   TO THE CRIMINALS OF WHAT WE ARE DEALING WITH HERE?

18   THESE ARE VERY DIFFICULT CASES, AS YOUR HONOR KNOWS

19   WELL.

20                   BUT ON MULLANE, I JUST WANT TO UNDERSCORE

21   -- AND WE PUT SOME INFORMATION IN THERE ABOUT THE APP.

22   MY COLLEAGUE, MR. CATHERINE, ACTUALLY IS GETTING A FREE

23   SIZZLI FROM HIS APP.  SO WAWA CAN VERY QUICKLY -- I

24   THINK THAT WAS JUST YESTERDAY DAVE GOT THAT.  THEY CAN

25   USE THE ELECTRONIC TOOLS TO BETTER NOTIFY PEOPLE -- AND

```
1    I'M ONLY SPEAKING FOR THE EMPLOYEES.  AGAIN, YOUR HONOR,
2    YOU ARE -- YOU TALK TO THE CONSUMERS ABOUT THEIR PLAN.
3    I DID NOT NEED TO CROSS EXAMINE THE EXPERT.  I KNOW
4    THESE EXPERTS KNOW WHAT THEY ARE DOING IN THESE PLANS.
5    BUT I DO OBSERVE, THERE IS NO MAIL, THERE IS NO
6    PUBLICATION, THEY ARE SIMPLY RELYING ON THE PRESS.  I
7    KNOW WE HAVE SOMEONE FROM THE PRESS, BUT THAT HAS NEVER
8    SUFFICED UNDER MULLANE THAT THE PRESS IS OBSERVING.
9    YOU'VE GOT TO DO SOMETHING TO NOTIFY PEOPLE WHEN YOU
10   KNOW THEM AND YOU'VE GOT THE NAMES AND ADDRESSES, YOU
11   GOT THE E-MAIL ACCOUNTS.  SO I ONLY ASK THE COURT IN THE
12   MACRO SENSE, LET'S GET A LITTLE MORE ROBUST.  AND I AM
13   CONCERNED WHEN I HEAR ABOUT IT'S NOT CASH, IT'S A
14   COUPON.  YOU KNOW, THIS IS A PROMOTIONAL VEHICLE FOR
15   WAWA SO....
16                 THE COURT:  YOU ARE JUMPING AHEAD A
17   LITTLE BIT BECAUSE I HAVE NOT HEARD THE HITCH ON NOTICE
18   AND THERE ARE SOME THINGS HERE THAT -- KIND OF
19   INTERSECTIONS.  I HAD SOME QUESTIONS ABOUT WHETHER, FOR
20   EXAMPLE, JUST FOR EVERYBODY TO ANTICIPATE, I DON'T THINK
21   YOU CAN EXIST THESE DAYS WITHOUT GETTING UNSOLICITED
22   THINGS ON YOUR IPHONE TELLING YOU THAT A MESSAGE IS
23   COMING THROUGH.  AND I'M REALLY QUITE CONCERNED THIS
24   COULD BE A VEHICLE FOR WAWA.  NOT TO PICK ON WAWA, BUT
25   IN THIS INSTANCE WAWA IS SENDING UNSOLICITED PROMOTIONAL
```

1   INFORMATION TO EVERYBODY WHO HAPPENED TO HAVE GOTTEN A

2   GIFT CARD.  SO -- AND THAT IS SOMETHING THAT I'M NOT

3   INTERESTED IN PROMOTING, IF IT CAN BE AVOIDED.

4               MR. HAVILAND:  JUDGE, THAT IS ONE OF THE

5   REASONS I KEEP THIS OLD THING AROUND.  I FIGURE THE

6   SMART PHONE IS SMARTER THAN THE PEOPLE HOLDING IT.  I

7   DON'T GET THINGS ON THE OLD BLACKBERRY.  BUT I

8   APPRECIATE THE COURT'S INDULGENCE.  AND I DO HOPE THAT

9   WE COULD TRY TO WORK THIS TEMPLATE OF A DEAL INTO ONE

10  THAT WOULD BE MORE PALATABLE FOR THE EMPLOYEES.  BECAUSE

11  WE ARE NOT THERE, THIS IS OUR CHANCE TO TALK TO THE

12  COURT AND FRANKLY EVERYBODY ABOUT THE WAYS IT CAN BE

13  IMPROVED.

14               THANK YOU.

15               THE COURT:  OKAY.

16               SO MS. SAVETT, DO YOU OR YOUR COLLEAGUES

17  WANT TO PICK IT UP AND CONTINUE ON?

18               MS. SAVETT:  I'M GOING TO ADDRESS ALL THE

19  POINTS OTHER THAN NOTICE, AND MY COLLEAGUE, MR. JOHNS,

20  WILL ADDRESS THE NOTICE POINT.

21               SO FIRST I WANT TO CLARIFY THAT MR.

22  HAVILAND AND HIS CLIENTS HAD KNOWLEDGE THAT THE

23  MEDIATION WAS GOING TO HAPPEN FOR A LONG TIME.  WE

24  ALREADY DISCUSSED THAT, BUT THERE WERE STATUS REPORTS

25  STATING THAT THERE WAS GOING TO BE A MEDIATION, WHICH HE

1        SIGNED.  AND THE CLASS HAS ALWAYS BEEN DEFINED AS ALL

2        CONSUMERS WHO USE PAYMENT CARDS, AND IT INCLUDED THE

3        EMPLOYEES.  IT WAS ALL CONSUMERS WHO USE PAYMENT CARDS.

4                    NOW, WERE THE EMPLOYEES CONSUMERS LIKE

5        EVERYBODY ELSE?  YES, THEY WERE.  AND MR. HAVILAND

6        ADMITTED THAT.  HE SAID IN A PRIOR HEARING, I'M GOING TO

7        QUOTE:  THAT IS TRUE, JUDGE.  THEY ARE WALKING AND

8        TALKING LIKE A CONSUMER.  EMPLOYEES ARE CUSTOMERS TOO.

9        SO THEY SHOULD NOT BE TREATED DIFFERENTLY.  SO THEN WE

10       GET INTO --

11                    THE COURT:  THEY HAVE A DUAL CAPACITY, DO

12       THEY NOT?

13                    MS. SAVETT:  THEY DO, AND THEY HAVE A

14       DUAL RIGHT HERE TO PARTICIPATE IN BOTH TRACKS.

15                    THE COURT:  WHY DOES THE DUAL CAPACITY

16       MEAN THEY HAVE TO HAVE A SPLIT PERSONALITY OR A SPLIT

17       CAPACITY?  WHY NOT SIMPLY SAY THEIR CAPACITY IS

18       DIFFERENT FROM CONSUMERS WHO ARE NOT EMPLOYEES?

19                    AS I UNDERSTAND IT, ONE OF THE RESPONSES

20       FROM -- I GUESS IT'S FROM WAWA -- THAT -- TO THE

21       EMPLOYEE TRACK CONCERN IS THAT WAWA SAYS, WELL, IT WAS

22       ANTICIPATED THAT THE EMPLOYEES -- WHY EMPLOYEES WOULD BE

23       TREATED THAT WAY BECAUSE OF THE TRACK.  AND IT SEEMS TO

24       ME ONE RESPONSE WOULD BE WELL, GIVEN THE FACT THAT

25       EMPLOYEES HAVE IN MOST INSTANCES THIS DUAL CAPACITY,

1    THEY -- WITH BOTH OF THEIR CAPACITIES GO OFF IN THEIR

2    ONE TRACK, LEAVING THEM ALONE AND EXCLUDED FROM THE

3    CONSUMER TRACK.

4                MS. SAVETT:  YOUR HONOR, I JUST DON'T

5    THINK THAT IS RIGHT, AND THAT IS NOT THE WAY THIS CASE

6    DEVELOPED.  I WANT TO GO BACK TO THE VERY BEGINNING OF

7    THE TRACKS, WHEN WE WERE SETTING UP THE TRACKS.  THE

8    ONLY REASON THERE WAS A SEPARATE EMPLOYEE TRACK WAS

9    BECAUSE MR. HAVILAND ALLEGED THAT PERSONAL INFORMATION

10   OF EMPLOYEES WAS STOLEN THROUGH THE DATA BREACH.  IT

11   COULD HAVE BEEN JOB HISTORY.  IT COULD HAVE BEEN SOCIAL

12   SECURITY INFORMATION.  PERSONAL INFORMATION OF EMPLOYEES

13   WAS STOLEN THROUGH THE DATA BREACH.  OUR CASE WAS ALWAYS

14   VERY LIMITED.  IT WAS NOTHING BUT THE THEFT OF PAYMENT

15   CARD INFORMATION, AND OUR CASE IS STILL LIMITED TO THAT,

16   AND WE MADE THAT PERFECTLY CLEAR IN THE ORIGINAL

17   SETTLEMENT AGREEMENT AND IN THE AMENDMENT.  AND IT'S

18   ALSO LIMITED IN TIME TO THE MARCH TO DECEMBER 2019

19   BREACH.  AND IT ONLY CONCERNS THE THEFT OF PAYMENT

20   INFORMATION.

21                AND IT WAS FOR THAT REASON THAT MR.

22   HAVILAND AND HIS CLIENTS ALLEGED SOMETHING VERY

23   DIFFERENT, THAT SENSITIVE PERSONAL INFORMATION OF

24   EMPLOYEES WAS STOLEN THROUGH THE DATA BREACH, THAT HE

25   GOT A SEPARATE TRACK.  BUT OUR DEFINITION OF THE CLASS

1    WAS ALWAYS FOR CONSUMERS USING CREDIT CARDS.  IT DID NOT

2    MAKE AN EXCEPTION FOR EMPLOYEES.  THERE WAS NO REASON

3    TO.  AND TODAY, HIS EMPLOYEES CAN RECOVER WITHIN THE

4    SETTLEMENT THAT I HAVE PUT FORTH, AND THEY CAN STILL

5    HAVE THEIR CASE TO LITIGATE WHETHER OR NOT THEIR

6    PERSONAL INFORMATION WAS BREACHED BY A FAULT OF A DATA

7    BREACH.

8                    THE COURT:  HOW DO YOU PLAY OUT THEN HOW

9    -- WHAT THE IMPACT OF THE CLASSIC RELEASE WOULD BE FOR

10   SUCH A PERSON?  BECAUSE I REALLY DON'T THINK ANYBODY IS

11   INTERESTED IN HAVING A LOT OF HEARINGS AS TO WHETHER OR

12   NOT THE CONSUMER RELEASE FOR A PARTICIPATING CONSUMER

13   DOES OR DOES NOT INFECT, FOR LACK OF A BETTER WORD FOR

14   THE MOMENT, THE EMPLOYEE PLAN.

15                    MS. SAVETT:  IT DOES NOT.  IT HAS BEEN

16   STATED EXPLICITLY THAT THE EMPLOYEE CLAIM FOR THEFT OF

17   PERSONAL INFORMATION OF EMPLOYEES OUTSIDE OF PAYMENT

18   CARDS AND OUTSIDE OF THE MARCH TO DECEMBER 2019 PERIOD

19   IS NOT RELEASED.  THAT IS HIS CLAIM.  THAT IS THE REASON

20   HE GOT A SEPARATE TRACK.  BUT TO THE EXTENT EMPLOYEES

21   WERE CONSUMERS AND USED PAYMENT CARDS AT WAWA DURING THE

22   BREACH PERIOD, THEY ARE IN OUR CASE.

23                    AND ANOTHER POINT WAS MADE BY

24   MR. HAVILAND THAT IF HE HAD BEEN AT THE MEDIATION, WHICH

25   HE DID NOT ASK TO BE AT, HE WOULD HAVE ARGUED MUCH MORE

1     STRONGLY ABOUT LIABILITY.  WELL, HOW CAN YOU ARGUE MORE

2     STRONGLY THAN WHAT WE ASSUME FOR PURPOSES OF THE

3     MEDIATION THAT THERE WAS LIABILITY?  THAT ISSUE WAS OFF

4     THE TABLE.  WE ASSUMED NEGLIGENCE.  SO IT WOULD NOT HAVE

5     MATTERED HOW STRONGLY HE ARGUED IT.  IT COULD NOT HAVE

6     BEEN STRONGER THAN THE FACT THAT WE ASSUMED THERE WAS

7     NEGLIGENCE IN THAT MEDIATION.  AND WHAT WE DEALT WITH

8     WERE THE ISSUES OF CAUSATION AND DAMAGES AND HOW TO

9     FORMULATE APPROPRIATE RELIEF.

10                    I THINK WAWA HAD A RIGHT TO NEGOTIATE A

11    PIECE FOR ALL THE CONSUMERS THAT INCLUDED EMPLOYEES.

12    MR. HAVILAND ADMITTED THAT EMPLOYEES WHO USED THEIR

13    CREDIT CARDS WERE CONSUMERS.  I DON'T SEE THE

14    DIFFERENCE, I DON'T SEE WHY THAT ASPECT OF THEIR

15    TRANSACTIONS THAT THEY HAD DAMAGES SHOULD BE CARVED OUT.

16    THAT ISN'T THE REASON HE HAS A SEPARATE TRACK.  IF HE

17    HAD SAID THAT, WE WOULD HAVE ARGUED AGAINST IT THEN.

18    BUT HE DIDN'T -- HE DIDN'T MAKE THAT ARGUMENT.

19                    THE COURT:  WHY?

20                    MS. SAVETT:  BECAUSE WE HAD THE

21    DEFINITION ALWAYS THAT IT WAS ALL CONSUMERS, SO

22    EMPLOYEES --

23                    THE COURT:  IT'S NOT LIKE SOME OWNERSHIP

24    PRINCIPLE.  I MEAN, WE HAVE IT.  I MEAN, WHY WOULD YOU

25    HAVE THOUGHT THAT?

1              MS. SAVETT:  BECAUSE OF THE FACT THAT IT

2     WAS A DIFFERENT CASE.  THIS WHOLE CASE WAS BASED ON, AS

3     HE SAID, ONE PART OF THE COMPUTER GOES RIGHT AND ONE

4     PART OF IT GOES LEFT.  OUR CASE WAS JUST ABOUT THE ONE

5     THAT WENT TO THE PAYMENT CARD SIDE.  HE SAYS THERE WERE

6     OTHER PARTS OF THE SYSTEM THAT WERE ATTACKED THAT

7     COMPROMISED PERSONAL INFORMATION OF EMPLOYEES.

8              THE COURT:  THAT IS A LIABILITY QUESTION.

9              MS. SAVETT:  THAT WAS A DIFFERENT CASE.

10             THE COURT:  I THINK THE ISSUE MIGHT BE --

11    THAT IS ALL WELL AND GOOD ON LIABILITY, BUT IN TERMS OF

12    WHAT DO YOU DO WITH RESOLVING THE CASE, THE DAMAGES, THE

13    COMPENSATION SIDE OF IT WHERE SOMEBODY WHO HAS A DUAL

14    CAPACITY ARGUABLY COULD BE DIFFERENT.

15             MS. SAVETT:  BUT IT IS NOT DIFFERENT.

16    THEY ACTED AS CONSUMERS.  WHY WOULD THEIR STATUS OF

17    EMPLOYEES MAKE THEM ANY DIFFERENT THAN ANY OTHER

18    CONSUMER WHOSE PAYMENT CARD INFORMATION WAS COMPROMISED?

19    EITHER THEY HAD NO FRAUDULENT CHARGES, OR THEY HAD

20    FRAUDULENT CHARGES THAT GOT REVERSED, OR THEY HAD REAL

21    DAMAGE BECAUSE THEY HAD SOME REAL OUT-OF-POCKET.  SO

22    THEY ARE GETTING THE SAME RELIEF THAT THEY WOULD HAVE

23    GOTTEN.

24             THE COURT:  THAT IS A FAIRLY WOODEN

25    RESPONSE.  I'M THINKING OF SOMETHING MUCH MORE DYNAMIC.

```
 1    JOE SMITH, AN EMPLOYEE, USES -- HE HAS A DISCOUNT CARD

 2    AND BUYS LUNCH ON HIS LUNCH BREAK.  HE HAS ARGUABLY

 3    GOT -- HE IS STILL ONE GUY, JOE SMITH.  HE ARGUABLY HAS

 4    TWO INCOME STREAMS OR TWO INTEREST STREAMS, WERE BEING

 5    COMPENSATED FOR DATA BREACHES.  THE QUESTION IS, WHY

 6    MAKE HIM BE SPLIT?  WHY CAN'T HE NOT JUST BE IN HIS OWN

 7    LITTLE CLASS AS A PERSON WHO HAS TWO CLAIM STREAMS?

 8                   MS. SAVETT:  THIS CASE IS NOT ABOUT

 9    DISCOUNT CARDS.  IT'S ABOUT USE OF CREDIT CARDS.  I

10    DON'T THINK THAT EXAMPLE APPLIES.

11                   THE COURT:  I'M SORRY.  I WILL WORK ON

12    IT.

13                   MS. SAVETT:  I'M SORRY.  I WANT TO MAKE A

14    POINT ABOUT DITTMAN, WHICH WAS ARGUED AD NAUSEAM BEFORE.

15    BUT MR. HAVILAND MAKES THE POINT THAT DITTMAN SAID

16    EMPLOYEES ARE AT A HIGHER STATUS.  IT DOES NOT SAY THAT.

17    THE DITTMAN CASE IS ABOUT WHETHER OR NOT THERE WAS A

18    DUTY TO PROTECT PRIVATE INFORMATION BY COMPANIES.  AND

19    IT JUST SO HAPPENS THAT THE CLASS THERE WAS A CLASS OF

20    EMPLOYEES.  IT DOES NOT SAY THEY ARE IN A HIGHER STATUS

21    THAN OTHER CONSUMERS.  IT JUST TALKS ABOUT THE EXISTENCE

22    OF THE DUTY TO PROTECT CONFIDENTIAL INFORMATION OF A

23    COMPANY.  IN THAT CASE IT WAS A HOSPITAL CHAIN.

24                   THE PROGENY OF DITTMAN MAKES IT

25    ABSOLUTELY CLEAR.  THERE IS NO DIFFERENTIAL.  IT'S ABOUT
```

1      THE DUTY TO PROTECT PRIVATE INFORMATION.  NONE OF THE

2      CASES SAY EMPLOYEES ARE IN A HIGHER STATUS.  IT'S JUST

3      NOT THE CASE.  AND HE HAS ADMITTED THAT THEY ACTED AS

4      CONSUMERS IN USING THEIR PAYMENT CARDS.  WE ARE NOT

5      TRYING TO TAKE AWAY HIS CASE.  THAT IS WHY WE WERE SO

6      EXPLICIT IN AMENDING THE RELEASE.  TO THE EXTENT THAT HE

7      THOUGHT WE WERE USURPING PART OF HIS CASE, LIKE THE 2018

8      BREACH, WHATEVER HAPPENED THERE, OR THE THEFT OF MUCH

9      MORE SENSITIVE INFORMATION OF EMPLOYEES THAT MAY HAVE

10     BEEN IN ANOTHER PART OF THE COMPUTER OR THE DIGITAL

11     SYSTEM OF WAWA, WHICH HE SAYS WAS BREACHED, THAT IS NOT

12     OUR CASE.  AND WE DIDN'T WANT TO TAKE AWAY ONE INCH OF

13     THE CASE THAT HE PURPORTED TO REPRESENT.  BUT WE HAVE

14     ALWAYS PURPORTED TO REPRESENT PEOPLE ACTING AS

15     CONSUMERS.

16                  THE COURT:  OKAY.  I WILL TELL YOU WHAT,

17     MS. SAVETT.  DO YOU HAVE ANYTHING NEW TO RAISE OR DO WE

18     WANT TO GO INTO NOTICE?

19                  AND BEFORE WE DO THAT, I CAN ASK WITH MY

20     OWN RECOMMENDATION TO MR. PARKS IS, YOU CAN ADDRESS ALL

21     OF THIS AFTER I HEAR ABOUT NOTICE.  BUT IF YOU REALLY

22     WANT TO HOP UP NOW AND SAY ANYTHING, I SUPPOSE YOU

23     COULD.

24                  MR. PARKS:  I CAN WAIT, YOUR HONOR.  I'M

25     HAPPY TO SHARE OUR PERSPECTIVE ON THIS DUAL CAPACITY

1      KIND OF ISSUE BECAUSE WE DEFINITELY HAVE ONE.

2                      THE COURT:  MY QUESTION WAS WHETHER YOU

3      WANT TO DO THAT NOW OR YOU WANT TO WAIT UNTIL --

4                      MR. PARKS:  I'M HAPPY TO WAIT UNTIL THEY

5      ARE DONE, YOUR HONOR.

6                      THE COURT:  MS. SAVETT, CAN WE TURN TO

7      NOTICE?

8                      MS. SAVETT:  NO.  I'M GOING TO ALLOW MY

9      COLLEAGUE TO ADDRESS THAT.

10                     THE COURT:  I GUESS THAT IS A YES.

11                     MS. SAVETT:  THANK YOU.

12                     THE COURT:  GREAT.

13                     MR. JOHNS:  GOOD MORNING AGAIN, YOUR

14     HONOR, AND MAY IT PLEASE THE COURT, BEN JOHNS FROM THE

15     CHIMICLES SCHWARTZ FIRM.  AS YOU'VE HEARD FROM MS.

16     SAVETT, I'M GOING TO ADDRESS THE NOTICE ISSUES.

17                     BUT BEFORE I TURN TO THAT, IF I COULD,

18     YOU HAD ASKED MR. HAVILAND THE QUESTION ABOUT THE NUMBER

19     OF EMPLOYEES WE ARE TALKING ABOUT.  I WILL CALL THEM

20     CONSUMER EMPLOYEES.  THOSE STATISTICS ARE IN THE RECORD.

21     PAGE 1 OF WAWA'S REPLY BRIEF SAYS THAT THERE'S 50,000

22     CURRENT AND FORMER EMPLOYEES WHO WERE EMPLOYED DURING

23     THE RELEVANT TIME PERIOD.  PAGE 15 OF MR. HAVILAND'S

24     OPPOSITION BRIEF SAYS THAT THERE ARE 34,000 CURRENT

25     EMPLOYEES.  SO I JUST WANTED TO GET THAT INTO THE

1    RECORD.

2                    THE COURT:  PRESUMABLY, EVEN I CAN DO

3    THAT MATH, THERE MUST BE SOME 11,000 EX FORMER

4    EMPLOYEES.

5                    MR. JOHNS:  YES.

6                    MR. PARKS:  YOUR HONOR, I HATE TO

7    INTERJECT ON THIS.  I THINK OUR BRIEF SAID OVER 50,000,

8    BECAUSE WE WERE VERY COMFORTABLE WITH THAT NUMBER.  SO

9    THAT THE NUMBER ACTUALLY MIGHT BE A BIT HIGHER THAN THAT

10   AS THE CASE MAY BE.  OBVIOUSLY, AS YOUR HONOR SAID, WE

11   KNOW HOW MANY FORMER EMPLOYEES THERE ARE.  THAT IS A

12   KNOWABLE NUMBER FOR SURE.

13                   MR. JOHNS:  YOUR HONOR, WITH RESPECT TO

14   NOTICE, I THINK A GOOD STARTING POINT FOR THIS ANALYSIS

15   IS THE TEXT OF THE RULE ITSELF.  RULE 23(C)(2)(B)

16   PROVIDES THAT A DISTRICT COURT THAT GRANTS CLASS

17   CERTIFICATION IS TO PROVIDE THE BEST NOTICE THAT IS

18   PRACTICABLE UNDER THE CIRCUMSTANCES.  THE FOLLOWING

19   SENTENCE IN THE RULE, WHICH IS SOMETHING THAT WAS

20   AMENDED IN 2018, PROVIDES THAT THAT NOTICE CAN BE

21   THROUGH U. S. MAIL, IT CAN BE THROUGH E-MAIL, OR IT CAN

22   BE THROUGH OTHER APPROPRIATE MEANS.

23                   THE 2018 RULES COMMITTEE NOTES WITH

24   RESPECT TO THAT AMENDMENT PROVIDES THAT THERE IS NOT A

25   DEFAULT AND THERE IS NOT A PREFERRED METHOD AS BETWEEN

```
 1    THOSE THREE OPTIONS.  INSTEAD, WHAT IT SAYS LITIGANTS

 2    AND THE COURT SHOULD DO IS EVALUATE EACH CASE ON ITS

 3    OWN, WHICH IS WHAT WE HAVE DONE IN CONSULTATION BOTH

 4    WITH WAWA'S COUNSEL, WITH JUDGE WELSH AT THE MEDIATION,

 5    AND OF COURSE WITH THE NOTICE EXPERTS AT KCC.  SO I

 6    WOULD LIKE TO JUST QUICKLY SUMMARIZE WHAT IT IS WE CAME

 7    UP WITH AND WHY THIS MEETS THE APPLICABLE.

 8                 THE COURT:  HOW ABOUT IF I TELL YOU WHAT

 9    MY QUESTIONS ARE AND THEN YOU CAN ASSUME THAT IF I'M NOT

10    ASKING YOU ABOUT IT, IT'S NOT SOMETHING I'M PARTICULARLY

11    AGITATED WITH.

12                 MR. JOHNS:  THAT IS FINE, YOUR HONOR.

13    SURE.

14                 THE COURT:  IN THIS INSTANCE, AS I

15    UNDERSTAND IT, MR. MCGLADE IS A FORMER EMPLOYEE, IS TO

16    USE HIM AS AN EXAMPLE, HOW LIKELY IS IT THAT A FORMER

17    EMPLOYEE IS GOING TO SEE THE IN-STORE SIGN OR PLACARD?

18                 MR. JOHNS:  WELL, I THINK -- I THINK THE

19    ANSWER TO YOUR QUESTION IS IT'S NOT JUST THE IN-STORE

20    PLACARD THAT WE ARE PROPOSING AS NOTICE HERE.  I THINK

21    THAT IS PROBABLY ONE OF THE -- WE HAVE A COUPLE

22    DISCONNECTS HERE WITH MR. HAVILAND, BUT I THINK THAT IS

23    ONE OF THEM.  IT'S NOT JUST THE IN-STORE PLACARDS WITH

24    THE QR CODES.  IT'S THE PUBLICATION -- THE NOTIFICATION

25    THAT IS GOING TO GO ON THE SETTLEMENT WEBSITE, THE
```

1    NOTIFICATION THAT IS GOING TO GO RIGHT ON WAWA'S HOME

2    PAGE, WHICH BY THE WAY IS WHAT THEY DID BACK IN DECEMBER

3    OF 2019 WHEN THEY INITIALLY NOTIFIED EVERYONE OF THE

4    BREACH.  THERE IS GOING TO BE A PRESS RELEASE ISSUED.

5    THAT IS SOMETHING ELSE THAT WAWA DID BEFORE.

6              AND AS HAS ALREADY BEEN ALLUDED TO, THERE

7    IS AN EARNED MEDIA COMPONENT OF THIS.  THAT IS SOMETHING

8    THAT THE COURT SHOULD CONSIDER.  WE CITE A CASE CALLED

9    CAMPBELL VERSUS FACEBOOK THAT IS FROM THE NORTHERN

10   DISTRICT OF CALIFORNIA, WHICH TALKS ABOUT THE IMPORTANCE

11   OF MEDIA COVERAGE AND HOW THAT IS SOMETHING THAT COURTS

12   SHOULD BE MINDFUL OF WHEN ASSESSING THE ADEQUACY OF A

13   PROPOSED NOTICE PLAN.  AND OF COURSE, AS I'M SURE YOUR

14   HONOR IS AWARE, THIS CASE HAS RECEIVED EXTENSIVE

15   NOTORIETY.

16             AND SO WE SUBMIT -- AND THIS -- ONE OF

17   THE POINTS THAT MR. HAVILAND MAKES IS THEY DON'T DO

18   PUBLICATION NOTICE.  I'M NOT EVEN SURE FRANKLY WHAT THAT

19   MEANS, BECAUSE WE DO HAVE PUBLICATION NOTICE IN THE FORM

20   OF THE WEBSITES THAT I MENTIONED AND THE PRESS RELEASE.

21   BUT IT SEEMS TO ME, YOUR HONOR, THAT NOTICE IS GOING TO

22   BE FAR MORE EFFECTIVE HERE IF IT'S ON THE FRONT PAGE OF

23   THE LEGAL INTELLIGENCER, AS OPPOSED TO IN THE BACK

24   PAGE --

25             THE COURT:  COME ON.  GET SERIOUS.

1                    MR. JOHNS:  I AM SERIOUS.

2                    THE COURT:  HOW MANY WAWA CONSUMERS SIT

3        OUTSIDE AND DRINK THEIR WAWA COFFEE READING THE LEGAL?

4                    MR. JOHNS:  WELL, THE POINT I WAS TRYING

5        TO MAKE, YOUR HONOR, IS IT'S BETTER TO HAVE THE

6        PUBLICITY IN PLACES LIKE THAT, AS OPPOSED TO THE BACK OF

7        THE LEGAL INTELLIGENCER, WHICH IS THE LEGAL NOTICES,

8        WHICH IS APPARENTLY WHAT MR. HAVILAND WANTS US TO DO.

9        BUT TO GIVE YOU A SERIOUS ANSWER TO THAT QUESTION, THIS

10       IS IN THE INQUIRER.  WE HAVE SOMEONE FROM LAW 360 THAT'S

11       HERE.  IT'S NOT JUST LAWYER AND LEGAL-SPECIFIC

12       PUBLICATIONS.  THIS HAS AFFECTED 22 MILLION PEOPLE, AND

13       IT IS GETTING A LOT OF NOTORIETY.  AS I'M SURE YOUR

14       HONOR SAW, WAWA, WHICH TRACKS THESE THINGS APPARENTLY IN

15       THE NORMAL COURSE, SUBMITTED A DECLARATION WITH ITS

16       BRIEF THAT SAID THERE WERE 99 MILLION MEDIA IMPRESSIONS

17       THAT WERE MADE, AND THAT IS JUST TO DATE, JUST WITH THE

18       -- ASSOCIATED WITH THE FILING OF THE PRELIMINARY

19       APPROVAL PAPERS AND THE PROPOSED SETTLEMENT.  SO WE

20       THINK THAT IS PRETTY SIGNIFICANT.

21                    WE ALSO -- ANOTHER DATA POINT TO THROW AT

22       YOU IS THE STATISTICS FROM JANUARY OF THIS YEAR,

23       PREVACCINE ROLLOUT, WHICH WAWA SAID THERE WERE 64

24       MILLION PEOPLE THAT CAME INTO THE STORES.  HOW THAT IS

25       BROKEN DOWN TO FORMER EMPLOYEES OR CURRENT EMPLOYEES I

1    DON'T KNOW, BUT THE POINT IS, PEOPLE ARE GOING TO SEE

2    THIS NOTICE.  IT'S GOING TO GET PICKED UP OVER AND OVER

3    AGAIN.

4              THE COURT:  AS I UNDERSTAND IT, THE

5    IN-STORE NOTICE, I'M USING THE WORD PLACARD, SIGN OR

6    SOMETHING, IS REALLY ONLY GOING TO BE UP FOR WHAT, FOUR

7    WEEKS?

8              MR. JOHNS:  FOUR WEEKS, THAT'S RIGHT.

9              THE COURT:  WHY FOUR WEEKS?  WHY NOT

10   LONGER.  IF THE CARD IS GOOD FOR A YEAR, WHY NOT LEAVE

11   THE NOTICE UP FOR A YEAR?

12             MR. JOHNS:  WELL, YOUR HONOR, FIRST OF

13   ALL, TO BE CLEAR, THE NOTICE IS GOING TO BE IN THE

14   STORES AND IT'S ALSO GOING TO BE OUT AT THE FUEL PUMPS.

15   BUT TO ANSWER YOUR QUESTION, JUST LIKE THE QUESTION THAT

16   YOU WERE ASKING MY COLLEAGUE, MS. SAVETT, THAT IS

17   SOMETHING WE NEGOTIATED PRETTY INTENSELY AND THAT IS --

18             THE COURT:  I DON'T QUITE SEE THE

19   SENSIBILITY OF -- THE SENSE OF FOUR MONTHS.  WHY NOT

20   12 MONTHS?

21             MR. JOHNS:  WELL, YOUR HONOR, I THINK

22   AGAIN THIS GOES BACK TO THE POINT OF WHAT I WILL CALL

23   THE HOLISTIC APPROACH HERE WITH ANALYZING NOTICE.  IT IS

24   NOT SIMPLY THE PLACARDS AS YOU REFERRED TO THEM AS, THAT

25   IS NOT THE ONLY FORM OF NOTICE HERE.  WE HAVE ALL THESE

1    OTHER CHANNELS, AND I THINK WHEN YOU LOOK AT THEM

2    TOGETHER --

3                    THE COURT:  IF WE ARE TALKING ABOUT POINT

4    OF SALE, POS.  WHY WOULD NOT REMINDING SOMEBODY THAT

5    THEY HAVE GOT SOMETHING ON THEIR LITTLE IPHONE THAT

6    TELLS THEM THEY HAVE $5 OR $15 WORTH OF WHATEVER TO USE

7    WHEN THEY GO INTO A WAWA, AND THEY ARE GOING TO BE

8    REMINDED OF THAT IF THEY SEE A LITTLE SIGN AT THE

9    CHECKOUT COUNTER SAYING, HERE IS THE SETTLEMENT OR

10   WHATEVER IT WAS.  WHY -- I DON'T QUITE GET FOUR WEEKS.

11   EVEN TELL ME, SAY, WELL, THAT IS JUST WHAT WE

12   NEGOTIATED.  THAT IS WHAT DIANE WELSH THOUGHT WAS A

13   GREAT IDEA.  BUT I'M ASKING, WHY NOT LONGER?

14                   MR. JOHNS:  WELL, YOU ARE RIGHT WITH THE

15   FIRST PART THAT THAT WAS SOMETHING THAT WAS NEGOTIATED.

16   BUT TO ANSWER YOUR QUESTION, FRANKLY, WE WERE PERSUADED

17   WHEN WE SAW THESE NUMBERS OF THE NUMBER OF PEOPLE THAT

18   GO INTO THE STORES OVER THE PERIOD OF A MONTH.  AGAIN,

19   THAT IS IN JANUARY.

20                   THE COURT:  DOESN'T IT DEPEND UPON WHAT

21   MONTHS?

22                   MR. JOHNS:  WELL, YEAH, IT DOES.  AND IT

23   ALSO, I WOULD THINK, DEPENDS UPON -- NOW THAT THE WORLD

24   IS, KNOCK ON WOOD, STARTING TO OPEN UP AGAIN, THAT DATA

25   WAS FROM DURING THE PANDEMIC PERIOD.  ONE WOULD THINK

1    THAT, AS WE GET CLOSER TO NORMAL, THAT THOSE NUMBERS ARE

2    ONLY GOING TO GO UP.

3                    THE COURT:  EXCEPT THAT AS I POINTED OUT,

4    WAWA WAS -- KUDOS TO WAWA, THEY WERE ONE OF THE ONLY

5    PLACES THAT HAVE BEEN OPEN.  AS I SAY, YOU TRANSACT MORE

6    BUSINESS AT WAWA THEN YOU COULD AT 601 MARKET STREET.

7                    MR. JOHNS:  SURE.  RIGHT.  BUT BE THAT AS

8    IT MAY, YOUR HONOR, EVEN SAYING THE PANDEMIC ISSUES

9    ASIDE, THAT ONE-MONTH PERIOD IN JANUARY AGAIN HAD 64

10   MILLION PEOPLE THAT CAME IN DURING THAT MONTH.  AND

11   AGAIN, THIS IS A CLASS SIZE THAT IS APPROXIMATELY 22

12   MILLION.  SO WE THINK THAT --

13                   THE COURT:  LET ME TRY A DIFFERENT WAY.

14                   MR. PARKS:  SURE.

15                   THE COURT:  HOW MUCH -- DID ANYBODY LOBBY

16   FOR OR NEGOTIATE FOR A LONGER PERIOD OF TIME?

17                   MR. JOHNS:  YES.

18                   THE COURT:  WHAT WAS THAT LONGER PERIOD?

19                   MR. JOHNS:  I DON'T RECALL, HONESTLY,

20   YOUR HONOR.  I JUST DON'T REMEMBER.  I CAN FIND THAT OUT

21   IF IT WOULD BE HELPFUL.

22                   THE COURT:  WELL, MAYBE MR. PARKS KNOWS.

23                   MR. PARKS:  I DO RECALL.  I'LL HAPPILY

24   GET TO IT.  I THINK IT WAS -- WE STARTED WITH TWO WEEKS,

25   THEY STARTED WITH THREE MONTHS.  WE ENDED UP WITH ONE

1    MONTH.  I THINK PART OF THE ISSUE THOUGH IS THAT THE

2    SIGNS NEED TO BE UP DURING THE PERIOD OF TIME THAT CLASS

3    MEMBERS COULD BE MAKING CLAIMS, BECAUSE THAT IS THE

4    PERIOD OF TIME IN WHICH THEY CAN SNAP THE THING ON THEIR

5    PHONE OR DO WHATEVER THEY WANT TO DO AND SUBMIT A CLAIM.

6    THE PERIOD OF TIME THAT THE GIFT CARD IS AVAILABLE, BY

7    THEN IT IS TOO LATE.  SO THAT IS WHY THERE IS ACTUALLY

8    -- IT'S ABOUT A 90-DAY PERIOD FROM WHEN CLASS NOTICE

9    GOES OUT.  90 DAYS LATER THAT PEOPLE HAVE TO MAKE A

10   CLAIM.  SO IN THAT 90 DAYS IS WHEN IT IS RELEVANT FOR

11   PEOPLE TO SEE NOTICE.  AND WE BELIEVE THAT FOUR WEEKS

12   WAS SUFFICIENT, BECAUSE WE COULD SHOW THAT 64 MILLION

13   PEOPLE WOULD SEE THE SIGNS.  WE HAVE 22 MILLION CLASS

14   MEMBERS.  SO THAT SHOWS US -- THE 64 MILLION, WE

15   ACTUALLY THOUGHT WAS OVERKILL.  WE THOUGHT THAT WAS MORE

16   THAN ENOUGH.  IT COVERED IT.

17              ANOTHER SLIGHT LOGISTICAL CHALLENGE FROM

18   WAWA'S PERSPECTIVE IS, IT'S HARD TO KEEP SIGNS UP IN A

19   STORE FOR A PERIOD OF TIME.  SIGNS GET TAKEN DOWN.

20   PEOPLE SWIPE SIGNS.  THEY STEAL THEM.  IT SOUNDS LIKE

21   YOU JUST PUT THE SIGN UP AND FORGET IT.  BUT

22   LOGISTICALLY FROM A RETAILER'S PERSPECTIVE, IT'S NOT

23   THAT EASY TO KEEP A SIGN UP EVEN FOR FOUR WEEKS.

24              THE COURT:  THANK YOU.  YOU ACTUALLY

25   HELPED ME FOCUS MY THINKING ON THIS.  SO IS THERE ANY

1    PROVISION, IN ADDITION TO THE NOTICE TO FILE A CLAIM,

2    WHICH IS A PERFECTLY SENSIBLE ANSWER YOU'VE JUST GIVEN

3    ME, BUT IS THERE SOME OTHER ADDITIONAL SIGNAGE OR

4    COMMUNICATION, I WILL SAY THAT, THAT REMINDS PEOPLE TO

5    ACTUALLY USE THEIR BENEFIT?

6                    MS. PARKS:  WELL, THEY GET AN E-MAIL WITH

7    THE GIFT CARD, BUT AFTER THAT, NO, YOUR HONOR.

8                    THE COURT:  THAT IS THE ANSWER TO MY

9    QUESTION.

10                    MR. PARKS:  YES.

11                    MR. JOHNS:  YOUR HONOR, UNLESS YOU HAVE

12   ADDITIONAL QUESTIONS FOR ME, I THINK THERE'S TWO OTHER

13   POINTS I'D LIKE TO --

14                    THE COURT:  GO AHEAD.

15                    MR. JOHNS:  MR. HAVILAND ALSO MADE THE

16   POINT ABOUT THE CURRENT EMPLOYEES NOT BEING AWARE OF

17   THIS.  AND I THINK FOR THE REASONS THAT MR. PARKS JUST

18   DESCRIBED WITH RESPECT TO PUTTING THE PLACARDS UP,

19   FRANKLY, THOSE FOLKS ARE GOING TO GET MORE NOTICE ABOUT

20   THIS THING THAN ANYBODY ELSE.

21                    SO THE OTHER POINT, AND THIS GOES TO

22   ANOTHER WHAT I WILL CALL TWO SHIPS PASSING IN THE NIGHT

23   DISCONNECT, IS MR. HAVILAND WAS TELLING YOUR HONOR ABOUT

24   HOW WAWA HAS ALL THESE CONTACT INFORMATION AND RECORDS

25   OF ITS EMPLOYEES AND FORMER EMPLOYEES.  THAT IS NOT THE

1    CLASS HERE.  THE CLASS IS DEFINED BY REFERENCE TO

2    CONSUMERS, AGAIN, INCLUDING EMPLOYEES ACTING AS

3    CONSUMERS, WHO MADE A PURCHASE AT A WAWA, ONE OF THE

4    AFFECTED STORES, DURING THE NINE-MONTH PERIOD.  THAT

5    MAGIC LIST OF CONTACT INFORMATION DOES NOT EXIST.  THERE

6    IS NOT SOME CLASS LIST THAT EXISTS OR THAT I'M AWARE OF

7    OR THAT ANYONE IS AWARE OF THAT SOME CLAIMS

8    ADMINISTRATOR CAN SIMPLY POP IN AN EXCEL PROGRAM AND

9    SEND OUT E-MAILS OR NOTICES TO.  THAT IS WHY WE FRANKLY

10   CAME UP WITH THIS NOTICE PLAN WE DESIGNED.  WE THINK

11   CANDIDLY THE QR COMPONENT OF IT IS PRETTY INNOVATIVE,

12   AND WE THINK THIS SATISFIES THE STANDARD FOR NOTICE.

13            AND THE STANDARD TO QUANTIFY IT, WE CITED

14   A 2010 FEDERAL JUDICIARY FORM THAT SAYS 70 PERCENT IS

15   TYPICALLY THE NUMBER YOU WANT TO HIT FOR CLASS NOTICE.

16   AND OUR KCC ADMINISTRATOR HAS PUT IN A DECLARATION THAT

17   SHE ANTICIPATES THAT THIS NOTICE WILL SATISFY THAT.

18            THE COURT:  DID YOU SPEND ANY TIME

19   EXPRESSING CONCERN ABOUT CUSTOMERS WHO NO LONGER LIVE

20   WHERE WAWA IS?

21            MR. JOHNS:  WE DID CONSIDER THAT, TOO.

22   AND THAT TIES INTO THE TRANSFERABILITY OF THE CARDS.  SO

23   IF YOU MOVE TO COLORADO AND THERE'S NO WAWAS THERE, IT'S

24   EASY ENOUGH TO TRANSFER --

25            THE COURT:  WHY WOULD ANYBODY DO SUCH A

1       THING?

2                       THAT IS A PERFECTLY FINE ANSWER.  THANK

3       YOU.

4                       MR. JOHNS:  THANK YOU, YOUR HONOR.

5       UNLESS YOU HAVE ANY QUESTIONS FOR ME ABOUT THE NOTICE,

6       WE WILL REST ON OUR PAPERS.

7                       THE COURT:  THAT'S GREAT.  THANK YOU VERY

8       MUCH.

9                       MR. JOHNS:  THANK YOU.

10                      THE COURT:  SO MR. PARKS.

11                      MR. PARKS:  THANK YOU, YOUR HONOR.

12                      THE COURT:  WHO IS THE CLEANUP HITTER

13      THESE DAYS?

14                      MR. PARKS:  ACTUALLY, YOUR HONOR, GREG

15      PARKS FOR WAWA AGAIN, FOR THE COURT REPORTER'S BENEFIT.

16      I'M GOING TO LET MS. HADGIS BE THE CLEANUP BATTER

17      BECAUSE SHE IS GOING TO ADDRESS SOME ISSUES RELATED TO

18      GIFT CARDS.

19                      BUT I WANT TO TALK ABOUT FOUR THINGS.

20      ONE IS THE DUAL CAPACITY DITTMAN ISSUE, OUR OLD FRIEND

21      DITTMAN.  TWO IS THE NOTICE POINT.  THREE IS THE CLAIMS

22      MADE PORTION OF THE SETTLEMENT.  AND FOURTH, TO ANSWER

23      YOUR HONOR'S QUESTION ABOUT THE LOYALTY OF WAWA

24      CUSTOMERS AND WHY WE KNOW THAT TO BE THE CASE.  SO I

25      WILL GET TO ALL OF THOSE THINGS.

1          STARTING WITH THE DUAL CAPACITY DITTMAN

2     ISSUE, I THINK THE REALLY IMPORTANT THING TO UNDERSTAND

3     IS -- AND I THINK MR. HAVILAND HIGHLIGHTED THIS NICELY

4     -- IS THAT WE HAVE AGREED TO DISPUTE A LATER DAY THE

5     QUESTION OF WHETHER THERE WAS A COMPROMISE OF THE WAWA

6     HR EMPLOYEE DATABASE.  I AGREE WITH MR. HAVILAND THAT WE

7     HAVE AGREED TO PUT OFF THAT DISPUTE FOR ANOTHER DAY.

8     BUT THAT DRIVES A LOT OF WHY THERE NEEDS TO BE THIS DUAL

9     CAPACITY, BECAUSE WHEN AN EMPLOYEE JOINS WAWA THEY ARE

10    OF COURSE REQUIRED TO FILL OUT FORMS, SUPPLY THEIR

11    SOCIAL SECURITY NUMBER, THEIR ADDRESS, THEIR BANK

12    ACCOUNT NUMBER FOR DIRECT DEPOSIT, ANY NUMBER OF OTHER

13    THINGS.  THOSE GO THEN INTO AN HR EMPLOYEE DATABASE THAT

14    IS LIKE A VAULT.  THAT SITS DEEP WITHIN WAWA'S CORPORATE

15    SECURITY NETWORK AND IT'S HEAVILY SECURED.  OUR

16    POSITION, OUR VIEW IS THAT DATABASE WAS NOT TOUCHED AT

17    ALL IN THIS INCIDENT.  THERE WAS NO COMPROMISE OF IT.

18    MR. HAVILAND FEELS DIFFERENTLY, BUT WE HAVE AGREED TO

19    PUSH THAT OFF FOR ANOTHER DAY.

20          SEPARATELY, IF THOSE EMPLOYEES THEN,

21    WHILE THEY ARE ON THEIR SHIFT AT WAWA OR OTHERWISE, USE

22    A PAYMENT CARD AT WAWA TO MAKE A PURCHASE, THEY GO

23    THROUGH THE EXACT SAME PATH THAT ANY OTHER CONSUMER

24    DOES.  THAT IS, THEY SWIPE OR DIP THEIR CARD AT WAWA,

25    THEIR INFORMATION GETS TRANSMITTED TO WAWA'S PAYMENT

1    PROCESSOR, AND THEN THEY MAKE THEIR PURCHASE.  THE THING

2    IS THAT DURING THE COURSE OF THIS DATA SECURITY INCIDENT

3    THAT INFORMATION WAS ACCESSED AND IT WAS COMPROMISED AND

4    THERE WERE THREAT ACTORS WHO GATHERED THAT INFORMATION.

5    SO THAT INFORMATION, FROM OUR POINT OF VIEW, WAS

6    POTENTIALLY ACCESSED AND IS AT ISSUE.  SO THAT IS WHAT

7    DRIVES THIS DIFFERENT CAPACITY, WHICH IS, INSOFAR AS

8    THEY ARE CONSUMERS, THEIR HARM, THEIR RIGHTS, THEIR

9    EVERYTHING ELSE THAT MIGHT HAVE HAPPENED TO THEM, IS THE

10    EXACT SAME AS ANY OTHER CONSUMER.  IT DOES NOT MATTER

11    WHETHER THEY WERE WORKING AT WAWA THAT DAY OR THEY JUST

12    HAPPENED TO STOP BY WAWA THAT DAY.

13              THE COURT:  I THINK THIS IS IRRELEVANT,

14    BUT I WILL ASK IT ANYWAY.  IF SOMEBODY WHO IS AN

15    EMPLOYEE OF WAWA -- THEY GET A DISCOUNT, RIGHT?

16              MS. PARKS:  CORRECT.

17              THE COURT:  SO THEY ARE DIFFERENT FROM

18    OTHER CONSUMERS, AT LEAST IN TERMS OF THE PRICE CHARGED

19    TO THEM.

20              MS. PARKS:  CORRECT.

21              THE COURT:  DOES THAT ALSO APPLY IF THEY

22    HAPPEN TO BE NOT ON -- NOT WORKING THAT DAY, AND ON

23    THEIR DAY OFF THEY FOR SOME REASON CHOOSE TO STOP AT A

24    WAWA AND USE -- DOES THEIR EMPLOYEE STATUS, IS IT GOOD

25    FOR THEM TO GET A DISCOUNT THAT DAY AS WELL?

1          MR. PARKS:  YES.  I THINK THAT THE

2   DISCOUNT IS DIFFERENT.  THEY GET A DEEPER DISCOUNT ON

3   FOOD WHEN THEY ARE WORKING BECAUSE THEY HAVE TO EAT AND

4   THOSE KIND OF THINGS, BUT YES.

5          THE COURT:  IT DOES NOT CHANGE THE DATA

6   BREACH.  I UNDERSTAND THAT.

7          MS. PARKS:  CORRECT.  IF THE EMPLOYEE

8   STOPS BY ON THEIR DAY OFF AND THEY WANT A COKE OR

9   WHATEVER, THEY STILL GET THEIR EMPLOYEE DISCOUNT ON THE

10  COKE.  IT IS A SLIGHTLY DIFFERENT DISCOUNT.  BUT YOUR

11  HONOR IS RIGHT, WHAT HAPPENS TO THEIR PAYMENT CARD

12  INFORMATION IS EXACTLY THE SAME.

13          SO THAT IS WHY WE ANSWER THE QUESTION,

14  CAN'T WE JUST SAY LOOK, LET'S INCLUDE THEM ALL IN OR WHY

15  DO WE SPLIT THEM?  WE SPLIT THEM BECAUSE ON THE ONE

16  INSTANCE WE BELIEVE THERE WAS NOT DAMAGE TO THEM, BUT

17  THERE WAS ACCESS TO THEIR INFORMATION.  BUT AS TO THEIR

18  HR DATA, IF THEIR SOCIAL SECURITY NUMBER WAS COMPROMISED

19  OR THEIR BANK ACCOUNT NUMBER WAS COMPROMISED, THAT IS A

20  VERY DIFFERENT KIND OF HARM THAT CAN OCCUR.  AND IT'S A

21  VERY DIFFERENT KIND OF CIRCUMSTANCE WE WOULD HAVE TO

22  ADDRESS.

23          SO EXACTLY THE ISSUES THAT AMCHEM SAID

24  YOU ARE SUPPOSED TO FOCUS ON IN A CLASS SETTLEMENT IS

25  THE HARM ISSUE.  AND I WAS VERY FAMILIAR WITH THAT CASE.

1      AND ONE OF THE BIGGEST PROBLEMS WAS THE FACT THAT WE

2      WERE LUMPING TOGETHER IN ONE CLASS PEOPLE WHO HAD NOT

3      YET BEEN EXPOSED TO ASBESTOS BUT MIGHT BE IN THE FUTURE,

4      PEOPLE WHO HAD BEEN EXPOSED BUT HAD NO HARM FROM IT, AND

5      PEOPLE WHO HAD BEEN EXPOSED AND HAD SIGNIFICANT HARM.

6      THEY HAD EITHER DEVELOPED SERIOUS ILLNESSES OR DEATH.

7      AND LUMPING ALL OF THOSE IN ONE CLASS IS WHAT WAS THE

8      PROBLEM.  AND I THINK THAT WOULD BE THE SAME ISSUE HERE,

9      THAT IS, CONSUMERS EXPERIENCE ONE KIND OF POTENTIAL

10     ISSUE IF THEIR CREDIT CARD INFORMATION WAS TAKEN.

11     EMPLOYEES EXPERIENCE A VERY DIFFERENT ISSUE, IF THEY ARE

12     LATER ABLE TO PROVE, WHICH WE DON'T THINK THEY WILL BE,

13     BUT IF THEY ARE ABLE TO PROVE THAT THEIR SOCIAL SECURITY

14     NUMBER OR BANK ACCOUNT INFORMATION WAS COMPROMISED, THAT

15     IS A VERY DIFFERENT INJURY AND SO WE WOULD HAVE HAD TO

16     TREAT THAT SEPARATELY.

17              AND AS MS. SAVETT TOLD YOU, IT IS

18     ENTIRELY TRUE THAT CAUSATION AND DAMAGES DRIVE THIS AND

19     EVERY OTHER CONSUMER DATA BREACH CASE.  I HAVE HANDLED A

20     LOT OF THEM.  YOU KNOW, THERE ARE A LOT OF THEM THAT ARE

21     OUT THERE.  AND WHEN YOU SEE THEM, CAUSATION AND DAMAGES

22     ARE WHAT DRIVES THE ISSUE.  DITTMAN STANDS FOR THIS

23     PROPOSITION THAT EMPLOYERS WHO COMPEL EMPLOYEES TO

24     PROVIDE INFORMATION HAVE A DUTY TO REASONABLY SECURE

25     THAT INFORMATION.  WE, WAWA, BELIEVE, AND I AS A LAWYER

1    WHO PRACTICE IN THE SPACE A LOT BELIEVE, THAT WAWA ALSO

2    HAS THAT DUTY AS TO ITS CONSUMERS.  THAT IS, WHEN WAWA

3    COLLECTS PAYMENT CARD INFORMATION FROM CONSUMERS, WE

4    HAVE A DUTY TO REASONABLY SECURE THAT.  IF THAT WAS NOT

5    TRUE JUST FROM THE LAW, WHICH I THINK IT WAS, IT THEN

6    BECOMES EXTRA TRUE BECAUSE WAWA HAS A PRIVACY POLICY OUT

7    ON ITS WEBSITE, WHICH IS CITED IN THE CONSUMERS' CLASS

8    ACTION COMPLAINT, THAT SAYS WE, WAWA, USE REASONABLE

9    SECURITY.  WE SECURE YOUR INFORMATION.  SO AS SOON AS WE

10   HAVE SAID THAT TO THE CONSUMERS, WE ARE REALLY ON THE

11   HOOK FOR THAT.

12                  SO, AS MS. SAVETT SAYS, WE WALKED INTO

13   THIS MEDIATION SAYING YES, WE OWE TO THESE CONSUMERS A

14   DUTY TO REASONABLY SECURE THEIR INFORMATION.  SO LIKE

15   MS. SAVETT SAYS, DITTMAN WOULD HAVE DONE NO MORE WORK

16   FOR THE EMPLOYEES THAN WHAT WE WERE ALREADY ADMITTING.

17   WE WERE ALREADY SAYING, YES, WE HAVE THAT DUTY.

18   INSTEAD, WHAT WE PRESENTED AT MEDIATION WAS, THE HARM

19   HERE WAS REALLY MITIGATED.  AND THAT HAPPENED BECAUSE

20   WAWA IDENTIFIED THIS SECURITY INCIDENT BEFORE THE PUBLIC

21   DID AND BEFORE CARDS WENT ON SALE ON THE DARK WEB.  AND

22   BEFORE WAWA DID ANYTHING ELSE, WAWA ALERTED THE PAYMENT

23   CARD COMPANIES, THE VISAS AND MASTERCARDS OF THE WORLD,

24   AND SAID HEY, WE'VE HAD THIS INCIDENT.  WE ARE GOING TO

25   BE NOTIFYING PEOPLE.  BUT YOU PAYMENT CARD COMPANIES,

1    YOU OUGHT TO DO THE THINGS YOU NEED TO DO TO TWEAK UP

2    YOUR FRAUD MONITORING.  SO LONG BEFORE THERE WAS A

3    PUBLIC NOTICE AND LONG BEFORE THERE WAS A SALE OF CARDS

4    ON THE DARK WEB, WAWA HAD GONE TO VISA AND MASTERCARD

5    AND SAID, HEY, CARDS THAT WERE USED HERE WERE

6    POTENTIALLY COMPROMISED.  THEY IN TURN SAY, OKAY, WE ARE

7    GOING TO TAKE A REALLY HARD LOOK AT THOSE CARDS.  IF WE

8    SEE THOSE CARDS BEING USED IN A WAY THAT LOOKS A LITTLE

9    FUNNY, WE ARE GOING TO BLOCK THAT CHARGE.

10              AS A RESULT, WHAT WE SAW -- AND UNLIKE

11    OTHER DATA BREACHES IN WHICH IT ONLY CAME OUT AFTER THE

12    FACT THAT CARDS HAD BEEN SOLD ON THE DARK WEB, WE SAW

13    THAT THE INSTANCES OF FRAUD HERE WERE VERY LOW.  WE KNOW

14    THAT BECAUSE THE CREDIT CARD COMPANIES HAVE TOLD US.

15    THEY'VE SAID WE ARE SEEING VERY LOW FRAUD HERE.  THEY

16    ARE NOT PURSUING US FOR ASSESSMENTS TO RECOVER FOR

17    FRAUD, WHICH THEY COULD.

18              AND WE, WAWA, ALSO SET UP A 1-800 NUMBER

19    FOR PEOPLE TO CALL IF THEY HAD BEEN THE VICTIMS OF

20    FRAUD, BECAUSE WE WANTED TO LISTEN TO OUR CUSTOMERS.  WE

21    GOT LIKE 37 PHONE CALLS OUT OF 22 MILLION POTENTIAL

22    CLASS MEMBERS.  SO WE KNOW ACTUAL FRAUD IS LOW.  WE KNOW

23    PEOPLE WERE NOT HARMED.  THAT IS WHAT WE SAID AT

24    MEDIATION.  THE RESPONSE FROM THE PLAINTIFFS WAS, BUT

25    PEOPLE MIGHT HAVE SPENT TIME, THEY MIGHT HAVE WORRIED

1        ABOUT THE FACT THAT THEIR INFORMATION WAS OUT THERE.

2        AND THEY MIGHT HAVE ACTUALLY SEEN FRAUDULENT CHARGES ON

3        THEIR CARD AND HAD TO DISPUTE THEM.  AND MAYBE THEY

4        MIGHT HAVE BEEN FORCED TO PAY THOSE.  THAT WAS REALLY

5        THE BASIS OF THE NEGOTIATION FOR THE 5, 15 AND $500.

6                    THE COURT:  WHICH REMIND ME, I WANTED TO

7        ASK YOU, HOW DOES $5 AND/OR $15 RELATE TO AN AVERAGE

8        CREDIT CARD PURCHASE DURING THIS CLASS PERIOD?

9                    MR. PARKS:  THEY DON'T.  BUT THAT IS NOT

10       WHAT ACTUALLY HAPPENED TO THOSE PEOPLE.  TO THE PERSON

11       WHO IS GETTING THE $5, ALL THAT HAPPENED IS MAYBE THEIR

12       INFORMATION WAS ACCESSED, MAYBE IT WASN'T, WE DON'T

13       KNOW, AND THEY DIDN'T HAVE ANY FRAUDULENT CHARGES.  THEY

14       WERE NOT EVEN SHOWING UP ON THEIR CREDIT CARD.

15                    THE COURT:  THE ANSWER TO MY QUESTION IS,

16       IT WAS NOT A LINEAR ANALYSIS THAT LED TO THE DOLLAR

17       AMOUNT.  IT WAS, TO QUOTE MS. SAVETT, A MATTER OF

18       NEGOTIATION.

19                    MR. PARKS:  ACTUALLY AS TO THE $500, IT

20       WAS.

21                    THE COURT:  I WAS ONLY ASKING ABOUT THE

22       GIFT CARDS.

23                    MR. PARKS:  CORRECT.  THE $15, WHICH YOU

24       HAVE TO UNDERSTAND IS WHAT HAPPENED TO THAT PERSON IS,

25       THEY SAW A FRAUDULENT CHARGE ON THEIR CARD, THEY SAID

1    OH, I BETTER CALL ABOUT THAT.  THEY CALLED, IT WAS TAKEN

2    OFF, THEY WERE NEVER FORCED TO PAY.  SO THAT IS WHY THE

3    5 AND THE 15.  THE $500 DID LOOK AT THAT.  AND THE $500

4    DID CONCLUDE THERE IS AN AVERAGE NUMBER.  I THINK IT IS

5    LIKE 150 OR $200 IS THE AVERAGE ATTEMPTED FRAUDULENT

6    CHARGE ON A CREDIT CARD.  AND WE DID TAKE THAT INTO

7    CONSIDERATION IN SETTING THE $500 IN THE, WE THOUGHT,

8    UNLIKELY EVENT THAT ANY CONSUMER WAS ACTUALLY FORCED TO

9    PAY A FRAUDULENT CHARGE.  WE THOUGHT THE $500 WAS MORE

10   THAN SUFFICIENT TO COVER THAT.  WE DON'T THINK THAT

11   HAPPENED, BUT IF IT DID, WE HAVE GOT THAT SET.

12              BUT ALL OF THOSE DYNAMICS ARE WHAT DROVE

13   THIS SETTLEMENT.

14              THE COURT:  PERHAPS THIS IS JUST MY

15   CURIOSITY, BUT WHAT DOES THE AVERAGE WAWA

16   CREDIT-CARD-USING CUSTOMER ACTUALLY BUY?

17              MR. PARKS:  ALL THE THINGS THAT ANY WAWA

18   CONSUMER BUYS, YOU KNOW, GAS, FOOD, HOAGIES.  WAWA IS A

19   BUSINESS ACTUALLY LESS --

20              THE COURT:  I'M QUITE SURE WAWA HAS

21   FIGURED OUT WHAT TO EXPECT WHEN SOMEBODY WALKS IN AND

22   BUYS SOMETHING.

23              MR. PARKS:  CORRECT.  ALTHOUGH THEY DON'T

24   DO NEARLY AS MUCH TRACKING AS OTHER RETAILERS DO.  BUT

25   THEIR SPLIT IS ABOUT 50 PERCENT CREDIT CARDS AND

1    50 PERCENT CASH.  WAWA SEES A LOT MORE CASH THAN MOST

2    RETAILERS.  MOST RETAILERS SEE ABOUT 80 TO 90 PERCENT OF

3    THEIR PURCHASES ON CREDIT CARDS AND ABOUT 95 PERCENT OF

4    THE DOLLAR AMOUNT OF PURCHASES ARE ON CREDIT CARDS.

5               THE COURT:  I COMPLETELY UNDERSTAND WHY

6    DATA COLLECTED IN THE LAST 14 MONTHS IS REALLY WORTHLESS

7    IN TERMS OF LONG-TERM PROJECTIONS.  I WAS CURIOUS.

8               MR. PARKS:  SURE.  AND HISTORICALLY AND

9    WE LOOKED AT THIS BACK AT THE TIME WE WERE GOING THROUGH

10   THE DATA SECURITY INCIDENT IN DECEMBER OF 2019, AND

11   UNDERSTOOD THEN THAT ABOUT 50 PERCENT OF WAWA'S

12   PURCHASES WERE ON CREDIT AND DEBIT AND 50 PERCENT WERE

13   CASH.

14               THE COURT:  SO WHAT DOES YOUR DATA TELL

15   YOU IS THE LIKELY USE OF ALL OF THESE GIFT CARDS?

16               MR. PARKS:  MS. SAVETT NAILED IT.  IT'S

17   ABOUT 97.5 PERCENT.

18               THE COURT:  HOW IN THE WORLD DID YOU

19   FIGURE THAT OUT?

20               MR. PARKS:  BECAUSE WAWA ISSUES GIFT

21   CARDS REGULARLY.  THEY HAVE GIFT CARDS.  AND IT'S THE

22   EXACT SAME GIFT CARD THAT CONSUMERS ARE GOING TO GET IN

23   THE SETTLEMENT.  WAWA SELLS THOSE GIFT CARDS, WAWA GIVES

24   THEM OUT PROMOTIONALLY SOMETIMES.  AND BECAUSE OF

25   ACCOUNTING RULES, WAWA HAS TO TRACK HOW MUCH THEY ARE

```
 1      USED, AND 97.5 PERCENT OF THE DOLLARS OF WAWA GIFT CARDS

 2      THAT GET ISSUED GET USED.  SO --

 3                  THE COURT:  THE DOLLARS.  YOU ARE

 4      COUNTING THE DOLLARS AS OPPOSED TO THE INDIVIDUAL

 5      ISSUANCE.

 6                  MR. PARKS:  CORRECT.  SO IT'S NOT WHICH

 7      CARDS WERE USED.  IT'S THE DOLLARS OF CARDS.  BECAUSE

 8      WAWA HAS TO TRACK THAT FOR ACCOUNTING PURPOSES, THAT IF

 9      WE HAVE A MILLION DOLLARS WORTH OF GIFT CARDS OUT THERE,

10      WE HAVE TO HAVE A RESERVE.

11                  THE COURT:  IF YOU KNOW WHAT YOUR

12      LIABILITY IS.

13                  MR. PARKS:  EXACTLY.  SO WAWA HAS VERY

14      GOOD STATISTICS SHOWING THAT WE BELIEVE 97.5 PERCENT OF

15      THE VALUE OF THESE GIFT CARDS ARE GOING TO BE USED.

16      ANOTHER THING THAT HAPPENED ANECDOTALLY IS WAWA HAD A

17      RELATIONSHIP WITH CHASE HISTORICALLY ON A PROMOTIONAL

18      PROGRAM FOR A CREDIT CARD, WHERE WAWA GIFT CARDS WERE

19      GIVEN OUT AS A PROMOTION IN CONNECTION WITH THAT CREDIT

20      CARD OFFERING.  AND CHASE ACTUALLY TERMINATED THE

21      RELATIONSHIP WITH WAWA BECAUSE TOO MANY OF THE GIFT

22      CARDS WERE USED.  WITH MOST OF THEIR RETAILERS THEY

23      ISSUED THE GIFT CARDS AND ABOUT 50 PERCENT OF THE VALUE

24      GOT USED.  WITH WAWA THEY FOUND THAT IT WAS NORTH OF

25      90 PERCENT.  AND SO CHASE SAID WE ARE NOT DOING THIS
```

1    WITH YOU ANYMORE, WAWA.

2                    THIS IS ALL INFORMATION THAT I SHARED

3    WITH THE PLAINTIFFS' LAWYERS IN ADVANCE OF THE

4    MEDIATION, TO SAY, HEY LISTEN, HERE IS WHY GIFT CARDS

5    ARE A GOOD REASON, AND I DON'T WANT TO STEAL MS. HADGIS'

6    THUNDER WHO'S GOT BETTER ANSWERS EVEN TO WHY GIFT CARDS

7    ARE THE RIGHT THING.

8                    THE COURT:  IS SHE GOING TO ANSWER THE

9    QUESTION OF CAN THE GIFT CARDS BE CREDITED DIRECTLY TO

10   THIS WAWA APP ACCOUNT?

11                   MR. PARKS:  YES.  SHE WILL ANSWER THAT

12   QUESTION AS WELL.

13                   MY KIND OF MORE SIMPLETON POINT IS THAT,

14   AS WE NEGOTIATED THE SETTLEMENT, THE THINGS THAT DROVE

15   THE SETTLEMENT VALUES WERE THESE DAMAGES CONCEPTS THAT

16   ARE THE SAME FOR EMPLOYEES WHO USED A CREDIT CARD AT

17   WAWA AS THEY ARE FOR NONEMPLOYEES WHO USED THE CREDIT

18   CARD AT WAWA.  THAT IS WHAT DROVE THE SETTLEMENT.

19   THAT'S WHAT BROUGHT THE COMPROMISE.  THAT IS WHAT REALLY

20   JUSTIFIES THE RELEASE.  BECAUSE THE RELEASE WE ARE

21   ASKING FOR, FROM BOTH EMPLOYEE CONSUMERS AND NONEMPLOYEE

22   CONSUMERS, IS RELEASE US FOR CLAIMS THAT YOUR CREDIT

23   CARD OR DEBIT CARD WAS STOLEN.  THAT IS THE RELEASE WE

24   WANTED TO GET.  THAT IS WHAT WE ARE COMPENSATING FOR AND

25   THAT IS WHAT DROVE THE SETTLEMENT NEGOTIATIONS.  AND

1    THAT IS WHY I THINK IT IS APPROVABLE UNDER AMCHEM AND

2    ALL OF THE OTHER CASE LAW THAT WE CITED THERE.

3              THE COURT:  HOW DO I KNOW WHETHER WAWA IS

4    GOING TO BE USING THIS VEHICLE THAT IS SET UP FOR

5    ISSUING THE GIFT CARDS TO ALSO THEN SEND ADDITIONAL

6    COMMUNICATIONS?

7              MR. PARKS:  WE WILL NOT, YOUR HONOR.

8    WAWA'S PRIVACY POLICY SAID THAT IF YOU GIVE US YOUR

9    E-MAIL FOR PURPOSES OF PROMOTIONS, WE WILL USE IT FOR

10   THAT PURPOSE.  THE E-MAILS THAT WE RECEIVE FOR PURPOSES

11   OF SENDING OUT THE GIFT CARDS WILL NOT BE ADDED TO OUR

12   GENERAL E-MAIL LIST.  AND THAT IS -- THAT IS A

13   COMMITMENT THAT WE HAVE MADE, AND SO IT WON'T BE USED

14   FOR THAT PURPOSE.  I CAN ASSURE YOU OF THAT.

15             THE COURT:  IS THAT PART OF THE

16   INFORMATION BEING GIVEN TO PEOPLE BUT IF THEY FILE A

17   CLAIM, THEY DON'T HAVE TO WORRY ABOUT THEN GETTING

18   YEARS' WORTH OF COMMUNICATIONS?

19             MR. PARKS:  NO, YOUR HONOR.

20             THE COURT:  WELL, I WOULD

21   RECOMMEND PUTTING THAT IN THERE.

22             MR. PARKS:  I THINK WE COULD DO THAT.  WE

23   COULD CERTAINLY -- I THINK -- SOME OF THE INFORMATION

24   POINTS TO WAWA'S PRIVACY POLICY THAT SAYS THAT, BUT I

25   THINK WE COULD BE A LITTLE MORE EXPRESS ABOUT THAT AND

1    WE COULD MODIFY THE NOTICES TO SAY, WHEN YOU PROVIDE

2    YOUR E-MAIL FOR PURPOSES OF FILING A CLAIM, WE WON'T USE

3    THAT FOR PURPOSES OF MARKETING.  AND THAT IS WAWA'S

4    INTENTION ABSOLUTELY.  WE WANT TO SEND THOSE OUT TO GET

5    THE GIFT CARDS OUT.  FRANKLY, WAWA DOES NOT DO LOT OF

6    E-MAILING.  IT IS NOT A BIG MARKETING TECHNIQUE FOR

7    THEM.  THEY DON'T HAVE E-MAIL ADDRESSES FOR VIRTUALLY

8    ANY OF THEIR CUSTOMERS.  MR. HAVILAND SAID, I HEARD

9    MR. PARKS SAY WAWA HAS E-MAILS.  ACTUALLY, I WAS TALKING

10   ABOUT THE E-MAILS THAT WOULD BE GATHERED IN THE COURSE

11   OF THIS CLAIMS PROCESS, THOSE E-MAILS.  FOR WAWA, IT'S

12   JUST NOT A WAY THAT WAWA DOES A LOT OF ADVERTISING IS BY

13   E-MAIL.  THEY DO --

14               THE COURT:  NEVER SAY NEVER.

15               MR. PARKS:  ABSOLUTELY.  I AGREE.

16               I THINK THAT IS EVERYTHING I HAVE TO SAY

17   ON THE DUAL CAPACITY POINT UNLESS YOU HAVE ANY

18   QUESTIONS.

19               SO TURNING TO NOTICE, THE CRITICAL POINT

20   THERE IS THAT WAWA DOES NOT COLLECT INFORMATION FROM

21   PURCHASERS WHEN THEY MAKE A PURCHASE.  THIS IS A

22   CONVENIENCE STORE.  WE WANT TO GET PEOPLE IN, OUT, GONE,

23   DONE.  YOU SWIPE YOUR CARD, YOU PAY YOUR CASH, THANK YOU

24   VERY MUCH, GOOD-BYE.  WAWA MEASURES THOSE THINGS IN

25   SECONDS.  IT'S NOT LIKE A DEPARTMENT STORE THAT WANTS

1    YOU TO GIVE YOUR NAME, ADDRESS, E-MAIL ADDRESS, PHONE

2    NUMBER BEFORE THEY WILL SELL YOU A COAT SO THEY CAN

3    LATER MARKET TO YOU.   WAWA DOES NOT DO THAT.   WE DON'T

4    HAVE THAT INFORMATION SO WE DON'T KNOW WHO THE MEMBERS

5    OF THIS CLASS ARE.   AND WE DON'T --

6                  THE COURT:   BUT YOU DO KNOW WHO THE

7    EMPLOYEES ARE OR WERE.

8                  MR. PARKS:   WE DO, BUT WE DON'T KNOW

9    WHICH EMPLOYEES MADE PURCHASES USING A CREDIT OR DEBIT

10   CARD DURING THE PERIOD OF THE INCIDENCE.   SO FROM MARCH

11   '19 TO DECEMBER '19 WE DON'T KNOW WHAT HAPPENED THERE.

12   AND MR. -- THE EMPLOYEE TRACK PLAINTIFFS' SURREPLY BRIEF

13   SAYS SURELY WAWA KNOWS WHO THOSE PEOPLE ARE.   WE DON'T.

14   THERE IS AN EMPLOYEE DISCOUNT, BUT THE WAY THAT WORKS AT

15   THE POINT OF SALE IS IF IT'S AN EMPLOYEE STANDING THERE,

16   THE CASHIER HITS THE BUTTON FOR EMPLOYEE DISCOUNT, IT

17   GETS APPLIED.   THERE'S NO NEED TO PUT IN THE EMPLOYEE'S

18   NAME OR EMPLOYEE ID NUMBER OR ANYTHING ELSE.   SO WE

19   ACTUALLY HAVE NO IDEA WHAT EMPLOYEES MADE PURCHASES

20   DURING THE CLASS PERIOD.

21                  AND CONTRARY TO THE SUGGESTION, THERE IS

22   NO POLICY THAT REQUIRES WHILE WAWA EMPLOYEES TO MAKE

23   PURCHASES THERE OR REQUIRES THEM TO USE A CREDIT OR

24   DEBIT CARD.   THEY COULD USE CASH.   THEY COULD USE ALL

25   KINDS OF OTHER THINGS.   AND THE SUGGESTION THAT THE WAWA

1    EMPLOYEE DOES NOT HAVE TIME TO GO SOMEPLACE ELSE, WAWAS

2    TYPICALLY ARE NOT LOCATED IN PLACES WHERE THE NEXT PLACE

3    IS 90 MILES AWAY.  I'M SURE WE HAVE SEEN THEM.  WAWAS

4    ARE IN AND AROUND OTHER PLACES.  SO IF EMPLOYEES WANTED

5    TO GO SOMEPLACE ELSE, THEY ARE FREE TO DO THAT.  WE DO

6    BELIEVE THAT THERE ARE EMPLOYEES WHO DON'T MAKE

7    PURCHASES.

8                    AND SO THE RESPONSE TO THE QUESTION OF

9    BUT CAN'T YOU SEND NOTICE TO FORMER EMPLOYEES WHOSE MAIL

10   ADDRESSES YOU HAVE IS -- THAT IS AN OVERINCLUSIVE GROUP.

11   AND THE CASE LAW WE CITED IN THE CARLOUGH CASE IN

12   PARTICULAR SAYS VERY CLEARLY IN THE BALANCE BETWEEN

13   COMPROMISING RIGHTS IN MAKING RULE 23 WORKABLE, WE DON'T

14   HAVE TO SEND NOTICE TO AN OVERINCLUSIVE GROUP JUST

15   BECAUSE THERE ARE SOME CLASS MEMBERS IN THERE.  THAT IS,

16   YOU KNOW, JUST AS IT RELATES TO FORMER EMPLOYEES.

17                    AS TO CURRENT EMPLOYEES ON THE NOTICE

18   POINT, THEY ARE GOING TO SEE THOSE NOTICES IN STORE

19   EVERY DAY.  THEY ARE GOING TO SEE THAT NOTICE.  AND THEY

20   ARE ALSO GOING TO GET INSTRUCTIONS ABOUT -- WHEN THE

21   SIGNS COME OUT, WAWA IS GOING TO SAY, HEY, THE SIGNS ARE

22   GOING TO GO UP, AND HERE IS HOW YOU DEAL WITH QUESTIONS

23   FROM CUSTOMERS.  THAT I THINK DOVETAILS NICELY WITH WHY

24   IT IS WE CHOSE IN-STORE NOTICE IS BECAUSE THAT IS THE

25   WAY WAWA COMMUNICATES WITH ITS CUSTOMERS IS THROUGH

```
 1      STORES.  THROUGH SIGNAGE IN THE STORES AND THROUGH

 2      PEOPLE IN THE STORES, THAT IS WAWA'S MAIN CONNECTION

 3      WITH CUSTOMERS.  WAWA IS NOT AN ECOMMERCE BUSINESS.

 4      WAWA IS NOT KIND OF A BUSINESS THAT OPERATES ONLINE.  IT

 5      OPERATES WITH THAT IN-STORE CONNECTION, AND THAT IS WHY

 6      WE THOUGHT THAT WAS THE BEST METHOD OF NOTICE.

 7                   AND IT REALLY DID -- WHEN WE PRESENTED

 8      THAT TO THE MEDIATOR AND TO THE PLAINTIFFS' LAWYERS AND

 9      SAID, LOOK, 64 MILLION PEOPLE A MONTH WALK THROUGH HERE,

10      AND IN A FOUR-WEEK PERIOD 64 MILLION PEOPLE WILL WALK

11      THROUGH, THAT REALLY RESOLVED THE NOTICE ISSUE.  AND

12      SAID, BOY, THAT IS WAY BETTER THAN ANY OTHER RETURN YOU

13      ARE GOING TO GET ON ANY KIND OF ADVERTISING CAMPAIGN,

14      MAILING, E-MAIL, NOTHING ELSE WE COULD DO.

15                   THE COURT:  DOESN'T THAT DEPEND ON WHERE

16      IN ANY GIVEN STORE THE NOTICE IS?

17                   MR. PARKS:  CORRECT.  BUT WE THOUGHT

18      ABOUT THAT TOO.

19                   THE COURT:  THE NOTICE TECHNICALLY WOULD

20      BE UP IF IT WAS UNDER THE COUNTER.

21                   MR. PARKS:  NO.

22                   THE COURT:  OR IN THE MEN'S ROOM OR

23      SOMETHING, BUT THAT IS NOT GOOD.

24                   MR. PARKS:  NO.  WE THOUGHT ABOUT THAT.

25      AND THE SETTLEMENT SPECIFICALLY PROVIDES IT HAS TO BE BY
```

1    THE POINT OF SALE, BY THE PLACE WHERE THE CUSTOMER

2    SWIPES OR DIPS THEIR CARD, AND ON THE FUEL PUMP RIGHT BY

3    WHERE THE CUSTOMER USES THEIR CARD.  SO IT'S ACTUALLY

4    GOING TO BE MOST VISIBLE TO THE VERY PEOPLE WE ARE

5    TRYING TO CAPTURE, WHICH IS CREDIT AND DEBIT CARD USERS

6    BECAUSE WHEN THEY GO TO USE THEIR CREDIT AND DEBIT CARD,

7    THEY ARE GOING TO SEE THE SIGN THERE BECAUSE THEY HAVE

8    TO INTERACT --

9               THE COURT:  THAT MEANS IT HAS TO BE ON

10   EVERY PUMP.

11              MR. PARKS:  IT WILL BE ON EVERY PUMP,

12   YOUR HONOR, EVERY PUMP RIGHT NEXT TO THE PAYMENT CARD

13   PIECE.

14              WHICH BRINGS ME TO MY -- THE QUESTION

15   ABOUT THE APP, THE FACT THAT WAWA HAS THIS APP, AND IN

16   THE SURREPLY BRIEF THE EMPLOYEE PLAINTIFFS SAY WELL, WE

17   DON'T HEAR ANYTHING ABOUT THE APP, AND THERE IS VERY

18   GOOD REASON FOR THAT.  AND THAT IS, APP CUSTOMERS ARE

19   ACTUALLY NOT CLASS MEMBERS.  APP CUSTOMERS WERE NOT AT

20   ALL AFFECTED BY THIS INCIDENT, BECAUSE THE WAY THE WAWA

21   APP WORKS IS YOU TAKE YOUR GIFT CARD, YOU LOAD THAT GIFT

22   CARD ON THE WAWA APP.  YOU THEN GO PAY, AND THE PAYMENT

23   GOES THROUGH THE APP.  YOU DON'T PAY WITH A CREDIT CARD

24   OR A DEBIT CARD ON THE WAWA APP.  AND THE WAWA APP

25   ARCHITECTURE ACTUALLY WAS NOT AT ALL AFFECTED BY THIS

1      PAYMENT CARD INCIDENT.  SO ANYBODY WHO USED THE WAWA APP

2      TO MAKE PAYMENTS, THEY ARE NOT CLASS MEMBERS.

3                      THE COURT:  CAN SOMEBODY -- BUT THEY

4      COULD --

5                      MR. PARKS:  POSSIBLY, BUT IT WOULD BE

6      VERY CONFUSING.

7                      THE COURT:  LET'S ASSUME THAT JOE SMITH

8      WAS A CLASS MEMBER, GOT A $5 OR $15 GIFT CARD.  COULD

9      THAT GIFT -- COULD HE USE HIS GIFT CARD TO CREDIT

10     DIRECTLY HIS WAWA APP ACCOUNT?

11                     MR. PARKS:  YES.  THAT IS EXACTLY HOW IT

12     WORKS, YOUR HONOR.  BUT THAT INFORMATION WAS NOT

13     COMPROMISED.  SO PUSHING OUT A NOTIFICATION --

14                     THE COURT:  I'M JUST ASKING IF YOU CAN

15     USE IT AS A GIVE CARD.

16                     MR. PARKS:  YES.  ABSOLUTELY IT COULD BE

17     USED THAT WAY.

18                     BUT PUSHING OUT NOTIFICATION OF THE

19     SETTLEMENT TO THE APP WOULD BE NOTIFYING EXACTLY THE

20     WRONG PEOPLE.  IT WOULD BE LIKE IN A CONSUMER PRODUCTS

21     CASE IF WE HAD CONSUMERS WHO BOUGHT THE PRODUCT THAT WAS

22     GOOD AND FINE, AND OTHERS WHO BOUGHT THE PRODUCT THAT

23     HAS BEEN RECALLED, IF WE'D SENT NOTICE TO THE PEOPLE WHO

24     BOUGHT THE GOOD PRODUCT.  THAT DOES NOT MAKE ANY SENSE.

25     THAT IS WHY WE TRIED TO GET AT THE CUSTOMERS WHO USE

1    CREDIT AND DEBIT CARDS AT WAWA BY PUTTING THE SIGN RIGHT

2    NEAR WHERE THEY HAVE TO INTERACT WITH.  THE APP IS NOT A

3    SENSIBLE WAY TO DO THAT.  AND IN FACT, I THINK IT WOULD

4    CREATE CONFUSION.  PEOPLE GOT A NOTICE ON THEIR APP AND

5    SAID OH, I MIGHT BE ENTITLED TO THE BENEFITS OF THE

6    SETTLEMENT.  THEY ARE THEN GOING TO FIND OUT NO, THEY

7    ARE NOT, BECAUSE THEY JUST USED THEIR APP.  THERE ARE A

8    LOT OF WAWA CUSTOMERS LIKE THAT, WHO -- THAT IS WHAT

9    THEY USE.  THEY USE THEIR APP BECAUSE THEY LIKE THAT IT

10   IS FASTER.  SO THERE'S A LOT OF CUSTOMERS WHO JUST USE

11   THE APP.  IF THEY JUST USE THE APP FOR THE ENTIRE PERIOD

12   OF THE DATA SECURITY INCIDENT, THEY ARE NOT CLASS

13   MEMBERS AND SO THEY ARE NOT ENTITLED TO PARTICIPATE.  SO

14   PUSHING OUT A NOTICE THROUGH THAT CHANNEL WOULD BE

15   INEFFECTIVE.

16            THE COURT:  WHAT IS THE PROBLEM WITH

17   TAKING OUT AN AD IN THE INQUIRER?

18            MR. PARKS:  WE ARE GETTING BETTER

19   COVERAGE THAN THAT THROUGH THE MEDIA NOTICE.  THE AD IN

20   THE INQUIRER WOULD BE LIKE ON PAGE 10.  AND WHAT WE HAVE

21   DISCOVERED WITH THIS CASE IN DECEMBER OF 2019 WHEN WE

22   ISSUED A PRESS RELEASE SAYING THERE WAS A DATA SECURITY

23   INCIDENT, THERE WERE LITERALLY HUNDREDS OF MILLIONS OF

24   MEDIA IMPRESSIONS.  IT WAS ON THE FRONT PAGE OF THE

25   INQUIRER.

```
 1                    THE COURT:  WHAT IS A MEDIA IMPRESSION?

 2                    MR. PARKS:  IT'S EVERY TIME SOMEONE SEES

 3     A PARTICULAR ARTICLE.  SO HUNDREDS OF MILLIONS OF TIMES

 4     SOMEONE SAW AN ARTICLE THAT SAID WAWA HAD A DATA

 5     SECURITY INCIDENT.  IN THIS INSTANCE, WHEN ALL THAT

 6     HAPPENED WAS THE MOTION FOR PRELIMINARY APPROVAL WAS

 7     FILED WITH THIS COURT, AND IT WAS FILED OF PUBLIC

 8     RECORD, AND AN INTREPID LAW 360 OR LEGAL INTELLIGENCER

 9     REPORTER PICKED UP ON IT, THEY PUBLISHED IT.  BUT THEN

10     MAINSTREAM MEDIA PICKED IT UP TOO.  WHEN MAINSTREAM

11     MEDIA SAW THE LAW 360 ARTICLE, IT WAS IN THE INQUIRER,

12     IT WAS ON 6 ABC.  IT WAS ON EVERY SINGLE LOCAL NEWS

13     CHANNEL, TELEVISION AND MEDIA.  THAT IS BETTER THAN ANY

14     PRESS WE COULD BUY.  THAT IS BETTER THAN A HALF PAGE AD

15     OR A QUARTER PAGE AD ON PAGE 8 OF THE INQUIRER.

16                    THE COURT:  EXCEPT THAT TO USE THE

17     INQUIRER, THE INQUIRER SENDS -- INCLUDING IN THE

18     ADVERTISEMENTS TO ITS CUSTOMER BASE, AN ELECTRONIC MEANS

19     OF COMMUNICATING.

20                    MR. PARKS:  YES.  AND WE WILL BE THERE

21     TOO.  THE PRESS RELEASE THAT WE ISSUE WILL BE PICKED UP

22     BY, I THINK IT IS PHILLY.COM IS THE INQUIRER'S PUBLIC

23     FACING VERSION.  THAT ELECTRONIC VERSION WILL BE THERE.

24     AND SO WE THOUGHT THE MEDIA NOTICE, PUTTING OUT A PRESS

25     RELEASE, WAWA PUTTING OUT A PRESS RELEASE SAYING WE
```

1    SETTLED, AND THERE IS CASH AND GIFT CARDS AVAILABLE FOR

2    PEOPLE, THAT IS GOING TO BE INTERESTING ENOUGH FOR THE

3    PRESS TO PICK IT UP AND REPEAT IT AND BE BETTER THAN AN

4    ARTICLE ON PAGE 10 OR IN THE LEGAL NOTICES, AND MORE

5    COST EFFECTIVE BECAUSE OBVIOUSLY THAT DOES NOT COST US

6    ANYTHING TO ISSUE THE PRESS RELEASE.

7              AND IN THIS COMPROMISE NEGOTIATION, WE

8    ARE ALWAYS BALANCING -- IF THE PLAINTIFFS HAD WANTED US

9    TO DO MORE NOTICE, THAT WOULD HAVE BEEN LESS DOLLARS

10   THAT WE COULD GIVE TO THE CLASS MEMBERS.  AND SO WE HAD

11   TO BALANCE THAT.  AND SO WE FOUND THIS WAY OF GIVING

12   NOTICE IN A WAY THAT IS HIGHLY EFFECTIVE, BUT YET ALSO

13   EFFICIENT.  AND IT MEETS THE GOAL OF RULE 23 OF GIVING

14   NOTICE, BEST NOTICE PRACTICABLE AND DIRECT NOTICE WHERE

15   WE CAN IDENTIFY CLASS MEMBERS.  BUT HERE WE CAN'T

16   IDENTIFY CLASS MEMBERS.  SO WE DON'T HAVE TO PROVIDE

17   DIRECT NOTICE.  SUBSTITUTE NOTICE IS THE BEST THAT WE

18   CAN DO, AND WE ARE GIVING SUBSTITUTE NOTICE THAT IS THE

19   SAME NOTICE THAT WE GAVE WHEN THE INCIDENT FIRST

20   UNFOLDED.

21             THE COURT:  DID YOU NOT GET SPECIFIC

22   INFORMATION FROM THE CREDIT CARD COMPANIES WHERE THERE

23   WERE ACTUALLY -- EITHER CREDITS HAD TO BE ISSUED OR

24   CARDS CANCELED?

25             MR. PARKS:  NO.  THE CARD COMPANIES DO

1    NOT GIVE THAT INFORMATION TO US.  IN FACT, WE BEAT THE

2    WALL FOR A WHILE AND IT TOOK A LOT TO GET THE RAW

3    INFORMATION THAT ALLOWED US TO COME UP WITH THE 22

4    MILLION CLASS MEMBERS NUMBER.  THAT WAS ONLY AFTER

5    MONTHS OF NEGOTIATING WITH THE CREDIT CARD COMPANIES.

6    THEY WERE ABLE TO THROUGH OUR PROCESSOR TELL US ALL THEY

7    HAD WAS -- ALL OUR PROCESSOR HAD WAS CARD NUMBERS.  THEY

8    WERE ABLE TO MOUNT UP A WHOLE BUNCH OF COMPUTERS AND

9    SAY, OKAY, WE ARE GOING TO DE-DUPLICATE I THINK IT WAS

10   BILLIONS OF TRANSACTIONS, AND WE CAN TELL YOU THERE WERE

11   34 MILLION UNIQUE CARDS, CREDIT AND DEBIT CARDS, USED AT

12   WAWA DURING THIS PERIOD.  AND THEN WE USED SOME

13   INDUSTRY-AVERAGE STATISTICS ABOUT THE NUMBER OF CARDS AN

14   INDIVIDUAL PERSON WOULD USE AT WAWA TO COME UP WITH

15   PEOPLE.  LIKE, I'M A WAWA CUSTOMER, I USED THREE

16   DIFFERENT CREDIT CARDS AT WAWA DURING THE PERIOD OF TIME

17   OF THE INCIDENT.  SO THE 34 MILLION NUMBER COUNTS ME

18   THREE TIMES.  SO WE HAD TO DE-DUPLICATE IT, AND USING

19   SOME INDUSTRY-AVERAGE STATISTICS, WE CAME TO 22 MILLION.

20   BUT IT TOOK A LOT OF WORK TO GET TO 22 MILLION.  WE ARE

21   NEVER GOING TO GET FROM 22 MILLION WITH ANY KIND OF

22   REASONABLE OR FRANKLY EVEN UNREASONABLE EFFORT.  WE ARE

23   NEVER GOING TO GET TO -- BEHIND THE 22 MILLION TO

24   IDENTIFY INDIVIDUALS BY NAME, ADDRESS, E-MAIL ADDRESS,

25   ANY OF THAT KIND OF THING.

1          THE COURT:  OKAY.  ARE YOU READY TO TAKE

2     A BREAK AND LET MS. HADGIS TAKE OVER?

3          MR. PARKS:  I THINK I HAD TWO MORE

4     POINTS.  BUT I WILL SKIP ONE, AND I WILL JUST GO WITH

5     THE ANSWER TO YOUR HONOR'S QUESTION ABOUT HOW DO WE KNOW

6     THAT WAWA HAS SUCH LOYAL CUSTOMERS?  AND THAT IS, WAWA

7     DOES SURVEYS OF ITS CUSTOMERS AND HIRES CONSULTANTS, AND

8     WE SHARED THIS INFORMATION WITH THE PLAINTIFFS' LAWYERS

9     THAT SHOWED THE AVERAGE WAWA CUSTOMER GOES TO WAWA 8 TO

10    10 TIMES A MONTH.  AMONG THE BRANDS IN THIS FIELD, WHICH

11    ARE CONVENIENCE STORES, GAS STATIONS, AND FOOD ON THE

12    GO, WHICH INCLUDES ALL OF YOUR FAST FOOD, PLUS PANERA

13    AND EVERYTHING ELSE, WAWA, IN THE STATES IN WHICH IT

14    OPERATES IN BRAND SURVEYS, HAS THE HIGHEST CUSTOMER

15    LOYALTY AMONG ALL OF THOSE COMPANIES.  AND THERE ARE

16    SEVERAL BRAND SURVEYS THAT WE SHARED WITH THE

17    PLAINTIFFS' LAWYERS THAT SHOWED THAT.

18         AND THEN THE STATISTICS THAT WE HAVE

19    BEFORE THE COURT SHOW THAT, IN THAT WE SHOWED THAT THERE

20    ARE 22 MILLION CLASS MEMBERS HERE, BUT IN JUST JANUARY

21    OF 2021 ALONE, EVEN WITH THE PANDEMIC IN EFFECT, THERE

22    WERE 64 MILLION VISITS TO WAWA.  THAT TELLS YOU THAT

23    OVER A NINE-MONTH PERIOD THERE WOULD BE 570 MILLION

24    VISITS TO WAWA.  OBVIOUSLY, THAT IS MORE PEOPLE THAN

25    THERE ARE IN THE COUNTRY, LET ALONE IN THE SIX STATES IN

```
 1        WHICH WAWA OPERATES.  SO THAT TELLS YOU, IF YOU DO THE
 2        MATH, THAT WORKS OUT TO -- I DID THE MATH -- 9.3 VISITS
 3        PER CUSTOMER TO WAWA STORES.  SO THAT WORKS.  AND I WILL
 4        TELL YOU THAT ALSO RESONATED WITH THE PLAINTIFFS'
 5        LAWYERS IN THE MEDIATION, BECAUSE EVERY SINGLE ONE OF
 6        THEIR NAMED PLAINTIFFS WENT TO WAWA FREQUENTLY, WEEKLY,
 7        MONTHLY.  I THINK THEY HAD ONE GUY WHO LITERALLY HAS
 8        BEEN AT WAWA ONCE A WEEK SINCE 2009.  AND THAT CONTINUED
 9        EVEN AFTER THE INCIDENT, THAT EVEN AFTER THE INCIDENT
10        OCCURRED, WAWA STILL CONTINUED TO ENJOY THAT KIND OF
11        LOYALTY.  WAWA SALES DID NOT DIP AFTER THE INCIDENT.
12        CUSTOMER ACCOUNTS DID NOT DIP AFTER THE INCIDENT.  WAWA
13        CONTINUED TO ENJOY THAT LOYALTY.  AND SO THAT RESONATED
14        WITH THE PLAINTIFFS' LAWYERS WHEN WE SAID LOOK, THIS IS
15        WHY GIFT CARDS IS A REALLY GOOD WAY TO DO THIS, BECAUSE
16        OF THIS LOYALTY, AND THEY SAID THEY AGREED.
17                      SO I'M HAPPY TO ANSWER ANY OTHER
18        QUESTIONS OR OTHERWISE I WILL TURN IT OVER TO MS.
19        HADGIS.
20                      THE COURT:  THANK YOU VERY MUCH.
21                      MR. PARKS:  THANKS, YOUR HONOR.
22                      MS. HADGIS:  THANK YOU, YOUR HONOR,
23        KRISTIN HADGIS FOR WAWA.  AND I'M GOING TO JUST BE
24        DISCUSSING THE GIFT CARD ASPECT OF THE SETTLEMENT AND
25        WHY THEY ARE DIFFERENT THAN COUPONS UNDER CAFA.
```

1          SO I'M JUST GOING TO DESCRIBE BRIEFLY.  I

2    KNOW YOU'VE HEARD SOME OF THIS ALREADY, BUT JUST SOME OF

3    THE ASPECTS ABOUT THE GIFT CARDS THAT REALLY MAKE THEM

4    MORE AKIN TO CASH.  THEY DO PROVIDE A REAL BENEFIT TO

5    CLASS MEMBERS, WHICH ARE RELEVANT TO THE ANALYSIS AND

6    THE CONCLUSION THAT THEY ARE NOT COUPONS.

7          THE COURT:  IF THEY ARE FUNGIBLE TO CASH,

8    THEN WHY NOT CASH?

9          MS. HADGIS:  WELL, THE REASON IS THAT FOR

10   WAWA IT'S MORE OF AN ISSUE OF PROFIT MARGINS.  SO

11   WAWA -- AN ITEM THAT WAWA SELLS FOR $5 DOES NOT COST

12   WAWA $5.  BUT A CONSUMER CAN WALK INTO WAWA, AND A $5

13   GIFT CARD IS REAL VALUE TO THEM AND THEY COULD USE THAT

14   TO PURCHASE THAT PRODUCT.  IF WAWA HAD INSTEAD OFFERED

15   CONSUMERS CASH, IT MAY NOT HAVE BEEN ABLE TO OFFER THE 5

16   AND $15 AMOUNTS.  THIS WAS JUST REALLY A GREAT SOLUTION

17   FOR BOTH SIDES, BECAUSE IT GIVES MORE DOLLARS BUT IN THE

18   FORM OF A GIFT CARD TO THE CONSUMERS.

19          THE COURT:  THE MOTIVATION TO THE PAYOR

20   IN THIS INSTANCE, WAWA, TRANSLATES TO MORE TO THE

21   RECIPIENT OR THE PAYEE BECAUSE IT COSTS WAWA LESS TO

22   OFFER MORE.

23          MS. HADGIS:  THAT'S RIGHT.  THAT'S RIGHT.

24   YES.  THAT IS ACTUALLY IN ONE OF THE CASES WE CITED IN

25   OUR BRIEF, REIBSTEIN VERSUS RITE AID BEFORE JUDGE

1        ROBRENO, THAT WAS ACTUALLY A FACTOR IN HIS ANALYSIS

2        ABOUT THE GIFT CARDS, THAT THEIR $20 RITE AID GIFT CARD

3        WAS OFFERED TO CONSUMERS AND HE ACKNOWLEDGED THAT RITE

4        AID MAY NOT HAVE BEEN ABLE TO OFFER $20 IN CASH, BUT THE

5        $20 GIFT CARD WAS OF REAL VALUE THAT CONSUMERS COULD USE

6        ON EVERYDAY ITEMS.  HERE WAWA SELLS EVERYDAY ITEMS FOR

7        CONSUMERS, LIKE MILK AND EGGS AND COFFEE AND FOOD, AND A

8        $5 GIFT CARD REALLY GIVES THAT CONSUMER VALUE TO BE ABLE

9        TO PURCHASE THAT ITEM.

10                       IN ADDITION, WITH THE 5 AND $15 GIFT

11       CARDS, CLASS MEMBERS DO NOT NEED TO SPEND ANY MONEY TO

12       REDEEM THE FULL VALUE OF THE GIFT CARD.  SO YOU'VE HEARD

13       THAT MORE THAN 3,000 PRODUCTS AT WAWA COST LESS THAN $5.

14       THAT WAS ACTUALLY INFORMATION THAT IN ADVANCE OF THE

15       MEDIATION WAWA TOLD AND PROVIDED THAT INFORMATION TO THE

16       CONSUMER PLAINTIFFS.  SO THIS IS NOT JUST US SAYING

17       HERE, OH, THERE IS ALL THESE AMOUNTS TO JUSTIFY THE

18       AMOUNTS OF THESE GIFT CARDS.  THAT ACTUALLY WENT INTO

19       THE NEGOTIATION PROCESS.

20                       UNLIKE THE COUPON, CLASS MEMBERS HERE DO

21       NOT NEED TO SPEND ANY MONEY TO REDEEM THE FULL VALUE OF

22       THEIR GIFT CARD, BECAUSE THERE ARE SO MANY ITEMS THAT

23       ARE AT 5 OR $15 OR LESS.

24                       AND AS YOU HEARD WAWA HAS A VERY LOYAL

25       CUSTOMER BASE AND WE HAVE RECORDS THAT SHOW THAT GIFT

1      CARDS REALLY DO GET USED.

2                    THE COURT:  WOULD IT BE FAIR TO SAY AND

3      WOULD IT BE SOMETHING THAT YOU WOULD BE ARGUING THAT

4      IT'S LESS EXPENSIVE TO DISTRIBUTE GIFT CARDS,

5      PARTICULARLY IN THIS FASHION, AND THEREFORE WAWA COULD

6      OFFER MORE IN SETTLEMENT, INSTEAD OF EFFECTING A

7      DISTRIBUTION OF CASH, IN WHICH CASE THE CASH WOULD HAVE

8      HAD TO HAVE BEEN LESS.

9                    MS. HADGIS:  YES, THAT IS ABSOLUTELY

10     RIGHT.

11                   THE COURT:  GOOD ARGUMENT.

12                   MS. HADGIS:  IN THE CONTEXT OF CLASS

13     SETTLEMENTS, THE LAW DOES TREAT GIFT CARDS DIFFERENTLY

14     THAN COUPONS.  SO GIFT CARD SETTLEMENTS ARE NOT

15     TYPICALLY SUBJECT TO THE COUPON REQUIREMENTS OF CAFA.

16     THE TERM COUPON IN AND OF ITSELF IS NOT DEFINED IN CAFA,

17     BUT COURTS INCLUDING IN THE EASTERN DISTRICT OF

18     PENNSYLVANIA HAVE UNDERSTOOD A COUPON TO BE A DISCOUNT

19     TOWARDS THE FUTURE PURCHASE OF A PRODUCT OR A SERVICE,

20     SO $10 OFF OF $25 OR 20 PERCENT OFF YOUR PURCHASE.

21                   THIS IS A VERY DIFFERENT THING THAN THE

22     GIFT CARDS BEING OFFERED HERE, WHERE AS I MENTIONED,

23     CLASS MEMBERS DO NOT NEED TO PURCHASE ANYTHING OR SPEND

24     ANY MONEY OUT OF THEIR OWN POCKET IN ORDER TO OBTAIN A

25     BENEFIT.

1           AS NOTED IN OUR REPLY BRIEF, THERE HAVE

2    BEEN MULTIPLE --

3           THE COURT:  THE EXPECTATION IS THEY ARE

4    GOING TO SPEND MORE THAN JUST WHATEVER THE FACE AMOUNT

5    OF THE GIFT CARD.

6           MS. HADGIS:  I DON'T THINK THAT IS TRUE

7    IN WAWA'S CASE, I MEAN, AT A CONVENIENCE STORE WHERE SO

8    MANY ITEMS ARE SOLD AT LOW PRICE THAT YOU REALLY COULD

9    GO IN -- IF YOU ARE GOING IN FOR A CUP OF COFFEE, YOU

10   DON'T NEED TO SPEND MORE THAN YOUR $5.

11          THERE HAVE BEEN MULTIPLE COURTS THAT HAVE

12   REJECTED THE ARGUMENT THE EMPLOYEE TRACK PLAINTIFFS HAVE

13   MADE THAT GIFT CARDS ARE COUPONS.  SO THESE CASES, WHICH

14   INCLUDE THE RITE AID CASE I MENTIONED, JOHNSON VERSUS

15   ASHLEY FURNITURE, AND IN RE: BPA CLASS GIFT CARD

16   LIABILITY LITIGATION ALL FOUND THAT GIFT CARDS OR

17   VOUCHERS THAT WERE REDEEMABLE AT THE DEFENDANT'S

18   BUSINESS WERE NOT COUPONS WITHIN THE MEANING OF CAFA

19   BECAUSE THEY HAD THE FOLLOWING FEATURES, WHICH ARE ALL

20   PRESENT HERE AS WELL.  THEY COULD BE USED FOR THOUSANDS

21   OF PRODUCTS AND THEREFORE CLASS MEMBERS HAD CHOICES AS

22   TO WHAT THEY COULD PURCHASE.  CLASS MEMBERS DO NOT HAVE

23   TO SPEND ANY OF THEIR OWN MONEY IN ORDER TO REALIZE THE

24   BENEFITS OF THE SETTLEMENT.  SO AS STATED DIFFERENTLY,

25   CLASS MEMBERS DON'T HAVE TO PAY TO ENJOY THE BENEFITS OF

1      SETTLEMENT.  CLASS MEMBERS ARE ENTITLED TO THE FULL

2      VALUE OF THE GIFT CARD.  SO IF YOU SPEND A DOLLAR 50 ON

3      COFFEE, YOU HAVE $3.50 REMAINING TO USE WITHIN THE

4      ONE-YEAR PERIOD OR WHATEVER IS LEFT OF THE PERIOD.

5               SO THERE HAVE BEEN OTHER INSTANCES WHERE

6      COURTS HAVE EXPRESSED CONCERNS WHERE IT IS A ONE-TIME

7      USE, AND YOU FORFEIT ANY BALANCE, WHICH WOULD NOT BE

8      PRESENT HERE.

9               FINALLY, THEY ARE FREELY TRANSFERABLE

10     WHICH MAKES THEM MORE LIKE CASH THAN A COUPON.

11              I JUST WANTED TO TOUCH ON A COUPLE OF THE

12     CASES CITED, THE EMPLOYEE TRACK OPPOSITION WHERE COURTS

13     HAVE EXPRESSED --

14              THE COURT:  WHY NOT ALLOW THE RECIPIENT

15     OF A GIFT CARD TO COME IN AND SAY, ALL RIGHT, I'M

16     GETTING MY CUP OF COFFEE.  GIVE ME THE 3:50 THAT REMAINS

17     ON THE BALANCE OF THE CARD IN CHANGE.  THERE IS A $5

18     BILL AND MY CHANGE IS 3.50.  WHY NOT LET IT WORK THAT

19     WAY?

20              MS. HADGIS:  THAT IS ACTUALLY SOMETHING

21     THAT'S SUBJECT TO STATE LAWS.  THERE ARE SOME STATES OUT

22     THERE THAT SAY IF YOU HAVE A GIFT CARD WITH A CERTAIN

23     BALANCE ON IT, OR LESS THAN A CERTAIN BALANCE, THAT YOU

24     ARE OBLIGATED TO PROVIDE CASH.  BUT THAT IS NOT

25     SOMETHING THAT, YOU KNOW, WE ARE NECESSARILY LEGALLY

1     REQUIRED TO DO HERE.

2              THE COURT:  BUT IT COULD BE DONE?

3              MS. HADGIS:  I GUESS IT COULD BE DONE,

4     BUT THAT SORT OF KIND OF CUTS AGAINST THE WHOLE NOTION

5     THAT THE GIFT CARDS ARE A WAY TO PROVIDE MORE VALUE TO

6     WAWA CONSUMERS VIS-A-VIS --

7              THE COURT:  I GUESS IT DEPENDS ON WHAT

8     $3.50 MEANS TO YOU.

9              MS. HADGIS:  THE CASES IN THE EMPLOYEE

10    TRACK OPPOSITION, THERE ARE TWO IN PARTICULAR, THE

11    ROUGVIE VERSUS CNR RETAIL GROUP CASE BEFORE JUDGE

12    KEARNEY.  THAT CASE IS DISTINGUISHABLE HERE.  IT DID NOT

13    INVOLVE GIFT CARDS, BUT RATHER DISCOUNT VOUCHERS.  SO

14    THEY PROVIDED FOR $10 OFF A $25 PURCHASE AT JUSTICE

15    RETAIL STORES.  JUDGE KEARNEY ACTUALLY SAID THIS VOUCHER

16    IS NOT A GIFT CARD.  THOSE VOUCHERS WERE

17    NONTRANSFERABLE, AND COULD NOT BE GIVEN OR SOLD TO

18    ANYBODY ELSE, WHEREAS HERE THE WAWA GIFT CARDS ARE

19    FREELY TRANSFERABLE AND CAN BE USED MULTIPLE TIMES.  AND

20    THEN THERE WAS INFORMATION PROVIDED TO THE COURT THAT

21    ONLY 2 TO 4 PERCENT OF THE CLASS THAT ACTUALLY REDEEMED

22    THE VOUCHERS, WHEREAS HERE WE HAVE INFORMATION THAT WAWA

23    CONSUMERS ACTUALLY USED THEIR GIFT CARDS.  97 PERCENT OF

24    THE VALUE OF THOSE CARDS ARE TYPICALLY USED.  SO THESE

25    CHARACTERISTICS MAKE THE VOUCHERS IN THE ROUGVIE CASE

1        VERY DIFFERENT THAN THE GIFT CARDS HERE.

2                    THE EMPLOYEE TRACK PLAINTIFFS ALSO

3        FOCUSED ON IN RE: GENERAL MOTORS FROM THE 3RD CIRCUIT

4        FROM 1995, WHICH IS ALSO VERY DISTINGUISHABLE.  THE

5        CLASS MEMBERS THERE WERE OFFERED A $1,000 CERTIFICATE

6        TOWARDS THE PURCHASE OF A TRUCK.  AND THE COURT TOOK

7        ISSUE WITH THE FAIRNESS OF THE CERTIFICATE BECAUSE THE

8        AMOUNT OF MONEY A CONSUMER WOULD HAVE TO SPEND TO GET A

9        TRUCK, WHICH -- THERE WAS SOME INFORMATION IN THE

10       DECISION THAT IT COULD BE 20,000 TO 33,000 IN ORDER TO

11       ACTUALLY REALIZE THE BENEFIT.  AND THERE WAS ALSO A

12       FREQUENCY WITH WHICH PEOPLE WOULD ACTUALLY BUY A NEW

13       TRUCK.  SO HERE IT'S JUST VERY VERY DIFFERENT.  UNLIKE A

14       NEW TRUCK, YOU CAN GO TO WAWA AND BUY EGGS AND COFFEE

15       AND MILK AND LUNCH SO....

16                    THE COURT:  IT IS MORE OF A COMMODITY.

17                    MS. HADGIS:  EXACTLY.

18                    FOR THOSE REASONS THOSE DECISIONS WOULD

19       NOT COMPEL A DIFFERENT RESULT HERE.

20                    OF COURSE, IT'S WAWA'S POSITION THAT THE

21       GIFT CARDS ARE NOT COUPONS.  BUT EVEN IF IT DID INVOLVE

22       COUPONS, IT DOES NOT MEAN THAT PRELIMINARY APPROVAL CAN

23       NOT BE GRANTED.  CAFA RESTRICTS THE WAY IN WHICH

24       ATTORNEYS' FEES ARE AWARDED IN CONNECTION WITH COUPON

25       SETTLEMENTS, AND IT DOES NOT AFFECT WHETHER THE

1      SETTLEMENTS THEMSELVES ARE FAIR, REASONABLE AND

2      ADEQUATE.

3                      SO THE ISSUE OF ATTORNEYS' FEES IS NOT

4      CURRENTLY BEFORE THE COURT.  SO THE FACT THAT WHETHER

5      THIS IS A COUPON SETTLEMENT, WHICH WE DON'T THINK IT IS,

6      WOULD NOT COMPEL A RESULT THAT PRELIMINARY APPROVAL CAN

7      NOT BE GRANTED.

8                      AND I WILL JUST CIRCLE BACK TO WHERE WE

9      STARTED, WAS JUST THAT THESE GIFT CARDS HERE ARE JUST A

10     REALLY NICE WAY TO PROVIDE VALUE TO THE CLASS WITH LESS

11     EXPENSE TO WAWA.  AS I MENTIONED, IT DOES NOT COST WAWA

12     THE DOLLARS FOR THE MERCHANDISE OR THE COMMODITIES THAT

13     THE CONSUMERS WOULD BE BUYING.  SO IT'S REALLY A NICE

14     WAY AND A NICE SOLUTION TO PROVIDE MORE VALUE TO THE

15     CLASS, AND THAT WAWA LIKELY WOULD NOT HAVE BEEN ABLE TO

16     PROVIDE THE SAME AMOUNTS HAD IT GONE WITH A CASH OR

17     CHECK SETTLEMENT.

18                     THE COURT:  NICELY DONE.

19                     MS. HADGIS:  THANK YOU, YOUR HONOR.

20                     THE COURT:  TWO MINUTES.

21                     MR. HAVILAND:  JUST TWO POINTS.

22                     THE COURT:  TWO MINUTES PER POINT.

23                     MR. HAVILAND:  THANK YOU.

24                     THE COURT:  COME ON UP, MR. HAVILAND.

25                     MR. HAVILAND:  ONCE AGAIN, YOUR HONOR,

1    DON HAVILAND, HAVILAND HUGHES FOR THE EMPLOYEE TRACK

2    PLAINTIFFS.

3              TWO QUICK POINTS AND ONE BIG ASK.

4              POINT NUMBER ONE.  DITTMAN DOES

5    DISTINGUISH THE EMPLOYEE TRACK PLAINTIFFS, AND THAT IS

6    THE REASON WHY I THINK THE COURT'S DESCRIPTION OF DUAL

7    CAPACITIES IS A GOOD ONE.  YOU REALLY JUST TALKED TO THE

8    SITUATION OF THE EMPLOYEES.  AND I HAVE TO GO TO JUDGE

9    BECKER IN HIS DECISION IN THE GEORGINE CASE THAT WENT TO

10   THE SUPREME COURT IN AMCHEM, AND THE COURT SAID AT 521

11   US 591 AT 627:  THE SETTLING PARTIES IN SUM ACHIEVED A

12   GLOBAL COMPROMISE WITH NO STRUCTURAL ASSURANCE OF FAIR

13   AND ADEQUATE REPRESENTATION FOR THE DIVERSE GROUPS AND

14   INDIVIDUALS AFFECTED.  YOU KNOW, IT'S NOT A QUESTION OF

15   DEGREE.  IT'S A QUESTION OF DIVERSITY.  AND THEN THE

16   COURT CONCLUDES AND SAYS THAT THE THIRD CIRCUIT FOUND NO

17   SUCH ASSURANCES HERE, BOTH IN TERMS OF THE SETTLEMENT

18   AND THE STRUCTURE IN TERMS OF THE DIFFERENT GROUPS OF

19   PEOPLE, AND SAID THAT THE COURT'S CONCLUSION WAS RIGHT

20   ON THE MARK.

21              OF COURSE, THAT CASE INVOLVED FUTURE

22   CLAIMANTS, BUT IT REALLY DID GIVE COURTS A GUIDEPOST AS

23   TO HOW TO DEAL WITH THE EFFORT TO SETTLE DIVERSE

24   INTERESTS.  AND WE HAVE NOT GOTTEN TO THE DETERMINATION

25   ON DITTMAN IN TERMS OF THE EMPLOYEES' RIGHTS, BUT WE

1    STRONGLY BELIEVE THAT IT SPEAKS RIGHT TO THE EMPLOYEES'

2    SITUATION.

3                    THE COURT:  HERE, AS I UNDERSTAND

4    MR. PARKS' COMMENTS, IT COULD WELL BE THAT AS AFTER YOU

5    LITIGATE THE QUESTION, THE TECHNOLOGY QUESTION, IT COULD

6    BE THAT AN EMPLOYEE -- THERE IS NO LIABILITY AS TO THE

7    EMPLOYEE QUA EMPLOYEE FOR HIS OR HER OR THEIR STATUS AS

8    AN EMPLOYEE, AND YET THE CONSUMER SIDE OF THAT

9    EMPLOYEE'S CLAIM WOULD STILL THEN HAVE TO BE OUT THERE.

10                    MR. HAVILAND:  YES.  I AGREE WITH THAT

11   AND TALKING ABOUT THE ESOTERIC ISSUE OF MR. PARKS, OUR

12   CONCERN WAS THAT ADVOCACY, THAT STRUCTURAL ASSURANCE WAS

13   NOT AT THE TABLE ON THE EMPLOYEE QUA CONSUMER SIDE OF

14   IT, IN ORDER TO ADVOCATE THAT WE APPRECIATE THAT WAWA

15   LIKES ITS CUSTOMERS AND WILL ASSUME A DUTY IN

16   NEGLIGENCE, WILL NOT ARGUE THE ECONOMIC LOSS RULE.  WE

17   DON'T NEED YOUR MOTHER MAY I.  WE HAVE YOU BECAUSE THE

18   SUPREME COURT SAID WE ARE DIFFERENT.  THAT IS JUST A

19   DIFFERENT NEGOTIATION IN TERMS OF -- AND WE REALLY THINK

20   THAT THE EMPLOYEES NEED TO BE TREATED BETTER.  WHAT THAT

21   MEANS DID NOT HAPPEN.  AND THAT IS THE REASON FOR OUR

22   OBJECTION TO THE SETTLEMENT INCLUDING THE EMPLOYEES AS

23   PART OF THE CONSUMER CLASS.

24                    THE COURT:  YES, BUT THEY DON'T

25   NECESSARILY GET TO BE TREATED BETTER WHEN THEY ARE

1     WEARING THEIR CONSUMER HAT.

2             MR. HAVILAND:  WELL, THEY'RE TREATED

3     DIFFERENTLY.  AND YOU CAN'T DECIDE THE OUTCOME UNTIL YOU

4     HAVE GONE THROUGH THE PROCESS TO GET THERE.  AND THAT IS

5     REALLY THE ISSUE THAT WE HAVE WITH THE END RESULT OF THE

6     5 BUCKS IS 5 BUCKS.  AND SOME OF THE ISSUES YOUR HONOR

7     HAS GOTTEN TO, AND I KNOW I'M GOING WELL OVER TWO

8     MINUTES, BUT THE EMPLOYEES ARE THERE.  AND SO HERE IS A

9     GOOD EXAMPLE FOR THE CURRENT EMPLOYEE.  THEY ARE JUST

10    GOING TO PUT IT IN THE SYSTEM AND TAKE 5 BUCKS OUT OF

11    THE REGISTER, AND THAT BEGS THE QUESTION.  YOU HAVE

12    50,000 PEOPLE THAT ARE CASHING THAT MONEY.  RIGHT AWAY

13    THAT IS HITTING THE BOTTOM LINE, RIGHT?  SO THERE IS

14    PROBABLY AN ISSUE THERE.

15            I DON'T SEE WHERE THAT CAME UP, BUT I

16    CERTAINLY WOULD HAVE SAID, ALL RIGHT, WELL, YOU ARE JUST

17    GOING TO GIVE THE MONEY TO THE EMPLOYEES, AND IT'S A

18    DIRECT BENEFIT.  AND THEY ARE CERTAINLY GOING TO USE IT

19    BECAUSE THEY ARE ON THE JOB, BUT THAT IS GOING TO

20    ENGENDER A DISCUSSION ABOUT CLAIMS' RATES, AND I KNOW WE

21    SKIPPED OVER THAT.

22            BUT I DON'T SEE WHERE THAT HAPPENED,

23    JUDGE, AND THAT IS THE BIGGEST CONCERN IS THAT BECAUSE

24    THEY ARE A DIVERSE GROUP, BECAUSE THEY ARE DISTINCT,

25    THEY HAVE A DIFFERENT ARGUMENT, WE SAY QUALITATIVELY

1    BETTER, IT WOULD HAVE LED TO A DIFFERENT DISCUSSION AND

2    MAYBE A SIMILAR OUTCOME, BUT I CAN'T SAY THAT AT THIS

3    POINT.

4              SECOND POINT, AND I APPRECIATE THE

5    INDULGENCE, ON THE NOTICE PLAN.  I JUST WANT TO MAKE THE

6    POINT THAT I THINK THE RECORD IS VERY CLEAR NOW, THERE

7    ARE 11,000 MCGLADE-LIKE FORMER EMPLOYEES.  I THINK

8    DIRECT MAIL COST SOMETHING IN THE ORDER OF TO 2 TO 250.

9    YOU ARE TALKING ABOUT $25,000.  THEY SAY IT'S

10   OVER-NOTICING PEOPLE.  I DON'T SEE IT THAT WAY.  THE

11   WHOLE CLASS IS OVER-NOTICED IN TERMS OF THE PLACARD AND

12   THE EXPERIENCE BECAUSE THEY DON'T KNOW FROM THE

13   CONSUMER'S PERSPECTIVE WHO IS IN THE CLASS.  YOU HAVE A

14   FINITE GROUP OF PEOPLE --

15             THE COURT:  YES.  BUT THE PLACARD, AT

16   HOWEVER MANY STORES THERE ARE, IS A FINITE COST.  AN

17   ECONOMIST WILL USE FANCY TERMS BUT THE PUR-VIEWING COSTS

18   OF A PLACARD THAT IS AT THE CASH REGISTER IS

19   INFINITESSIMAL, AS OPPOSED TO SLAPPING A STAMP ON AN

20   ENVELOPE.

21             MR. HAVILAND:  THE REAL CONCERN IS FORMER

22   EMPLOYEES SOME OF WHOM DON'T REALLY LIKE WAWA ANYMORE.

23   WE HAVE SOME CLIENTS THAT ARE ROYAL FARMS AND OTHER

24   PLACES.  AND EXPECTING THEM TO GO INTO WAWA IN FOUR

25   WEEKS IS A BIG STRETCH.  WHEREAS, YOU'VE GOT THEIR

1    ADDRESS AND YOU CAN SEND THEM A NOTICE AND SAY, BY THE

2    WAY, I KNOW YOU WERE THERE THEN, AND SINCE YOU WERE AN

3    EMPLOYEE THEN, IT IS HIGHLY LIKELY YOU USED YOUR CREDIT

4    CARD BECAUSE YOU WERE BEHIND THE DESK.  SO TO STAY THAT

5    IT IS OVER-NOTICING, I DON'T KNOW HOW --

6                    THE COURT:  MAYBE THESE FOLKS ARE READING

7    THE LEGAL INTELLIGENCER?

8                    MR. HAVILAND:  JUDGE, I CAN FREELY ADMIT

9    I DON'T READ IT AS OFTEN AS I PROBABLY SHOULD, BUT IT

10   DOES COME TO OUR OFFICE.

11                   I WILL READ THIS PORTION OF MULLANE, AND

12   THEN I WILL SIT DOWN:  WHERE THE NAMES AND ADDRESSES OF

13   THOSE AFFECTED BY A PROCEEDING -- THIS IS THE PROCEEDING

14   -- ARE AT HAND, THE REASONS DISAPPEAR FOR RESORT TO

15   MEANS LESS LIKELY THAN THE MAILS TO APPRISE THEM OF THE

16   PENDENCY.  AND THAT IS REALLY -- I UNDERSTAND WE HAVE

17   GONE A LONG WAY IN TERMS OF TECHNOLOGY.  I HAVE NOT SEEN

18   A CASE WHERE A COURT HAS SAID, YOU CAN JUST DO A PRESS

19   RELEASE AND THAT IS GOING TO SUFFICE UNDER DUE PROCESS.

20   MULLANE STILL EXISTS AS THE LAW OF THE LAND IN TERMS OF,

21   YOU HAVE TO GO THROUGH THIS DECISION TREE.  IF YOU GOT

22   THE MAILS, YOU USE THE MAILS.  IF YOU HAVE GOT

23   PUBLICATION, YOU USE THE PUBLICATION.  THAT IS WHAT

24   THESE EXPERTS GET PAID FOR.

25                   THE COURT:  BUT THE LAW SAYS, YOU DON'T

1    HAVE TO DO SOMETHING THAT HAS NO POINT.

2                MR. HAVILAND:  TRUE THAT, YOUR HONOR.

3    BUT YOU DO HAVE TO GO THROUGH THE DECISION TREE, AND I'M

4    ONLY HERE ON BEHALF OF THAT GROUP OF PEOPLE.  AND

5    BECAUSE YOU'VE GOT NAMES AND ADDRESSES AND REALLY

6    ACUTELY AS TO THE 11,000 PEOPLE WHERE IT IS UNLIKELY

7    THEY ARE GOING BACK TO THE STORE, THERE'S GOOD REASONS

8    WHY THEY WOULD NOT GO BACK, THEY WOULD NOT BE LOYAL, MY

9    CLIENT WAS TERMINATED.  I WAS HOPING MS. MCGLADE WOULD

10   COME TODAY, BUT SHE HAS A DOUBLE SHIFT.  SHE WOULD HAVE

11   TOLD YOU, SHE IS NOT GOING BACK TO WAWA.

12                AND THE POINT BEING, SEND THEM THE MAIL,

13   JUST TELL THEM.  IF YOU ARE GOING TAKE AWAY THEIR RIGHTS

14   AND SAY, HERE IS 5 BUCKS, AT LEAST LET THEM KNOW AND LET

15   THEM PARTICIPATE.  THAT IS ALL I ASK.

16                THANK YOU, YOUR HONOR.

17                THE COURT:  THANK YOU ALL VERY MUCH.

18   HAVE A GOOD DAY.

19                JUST THOSE OF YOU WHO MIGHT BE

20   INTERESTED, YOU CAN EXPECT SOON, AND SOON IN MY WORLD IS

21   A WEEK AGO, SOME RULINGS ON THE PENDING MOTIONS IN THE

22   FINANCIAL INSTITUTIONS' TRACK, ET CETERA.  NO SPECIFIC

23   PROMISES, BUT I THOUGHT I WOULD LET YOU KNOW WHAT'S ON

24   MY DESK.

25                ON THIS POINT, I WON'T BE HOLDING IT A

```
 1    WHOLE LONG TIME, BUT I DO WANT TO EVALUATE, ONCE
 2    MS. WHITE GETS ME THE TRANSCRIPT, AND YOU ALL CAN REACH
 3    OUT TO MR. COYLE, WHO CAN TELL YOU HOW YOU CAN GET THE
 4    TRANSCRIPT UNDER THESE CIRCUMSTANCES, IF YOU WISH IT.
 5                   I'M NOT REALLY INTERESTED IN SOLICITING
 6    MORE WRITTEN SUBMISSIONS ON THIS POINT, BUT IF THERE IS
 7    SOMETHING THAT YOU JUST REALLY MUST COMMUNICATE WITH THE
 8    COURT IN WRITING ON POINTS THAT WE HAVE DISCUSSED, OR IF
 9    THERE WERE TO BE SOME LATE-BREAKING NEWS ABOUT SOME NEW
10    CASE THAT IS PERTINENT AND YOU FEEL A NEED TO WRITE
11    ABOUT IT, I WOULD NOT WAIT TOO LONG TO SEND ME ANYTHING.
12    BUT IF YOU DO SEND THE COURT MORE WRITTEN MATERIAL ON
13    THESE POINTS, KEEP IT TO SIX PAGES, 8-AND-A-HALF BY 11,
14    ONE SIDE ONLY, DOUBLE SPACED, LEGIBLE-TYPE SIZE,
15    ONE-INCH MARGINS, NO ATTACHMENTS AND MINIMAL FOOTNOTES,
16    THAT IS, LESS THAN SEVEN LINES OF FOOTNOTES PER
17    FOOTNOTE.
18                   IS THERE ANYTHING UNCLEAR ABOUT THAT,
19    FOLKS?  I DON'T READ BEYOND THOSE NUMBERS OF PAGES,
20    PARTICULARLY IN THIS SETTING.  I FOUND LAWYERS, AS YOU
21    WELL KNOW, ARE SO SMART.  THEY CAN FIGURE OUT WHAT
22    LITTLE TEENY CRACK REMAINS.  I REALLY DON'T INTEND FOR
23    THERE TO BE ANY.  THERE IS NO DAYLIGHT IN WHAT I'M
24    COMMUNICATING TO YOU ON THIS POINT, BECAUSE YOU HAVE ALL
25    BEEN EXTREMELY EFFECTIVE THUS FAR.
```

1              THANKS VERY MUCH.  NICE TO SEE YOU.

2              ALL COUNSEL:  THANK YOU, YOUR HONOR.

3              (HEARING CONCLUDED.)

4              I CERTIFY THAT THE FOREGOING IS A CORRECT

5    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

6    ABOVE-ENTITLED MATTER.

7

8    5-20-21                          *Suzanne White*

9    DATE                        SUZANNE R. WHITE

10                               OFFICIAL COURT REPORTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1,000** [1] - 99:5
**$10** [2] - 95:20, 98:14
**$15** [10] - 12:8, 13:13, 18:7, 63:6, 75:7, 75:23, 86:8, 93:16, 94:10, 94:23
**$20** [3] - 94:2, 94:4, 94:5
**$200** [1] - 76:5
**$25** [3] - 18:2, 95:20, 98:14
**$25,000** [1] - 104:9
**$3.50** [2] - 97:3, 98:8
**$30** [1] - 18:2
**$35** [3] - 10:6, 23:5, 26:16
**$5** [4] - 13:14, 93:12, 94:13, 96:10
**$500** [10] - 14:10, 14:20, 18:4, 18:18, 75:5, 75:19, 76:3, 76:7, 76:9

## '

**'19** [2] - 82:11

## 1

**1** [14] - 10:13, 10:16, 10:17, 12:3, 12:13, 12:18, 13:14, 13:16, 14:21, 17:7, 17:16, 18:13, 31:9, 57:21
**1,000** [1] - 32:2
**1-800** [1] - 74:18
**10** [4] - 31:4, 87:20, 89:4, 91:10
**100** [1] - 20:15
**100,000** [1] - 32:1
**10:00** [1] - 1:8
**11** [1] - 107:13
**11,000** [3] - 58:3, 104:7, 106:6
**110** [1] - 2:11
**12** [1] - 27:20, 62:20
**12TH** [1] - 9:19
**13** [2] - 29:8, 32:3
**14** [1] - 77:6
**14,000** [1] - 32:2
**15** [4] - 47:8, 57:23, 75:5, 76:3
**150** [1] - 76:5
**17** [1] - 47:13
**1701** [1] - 2:17
**1818** [1] - 1:14
**19-6019-GEKP** [1] - 1:3

## 2

**19002** [1] - 2:12
**19041** [1] - 2:8
**19103** [1] - 1:14
**19103-2921** [1] - 2:17
**19106** [1] - 1:21
**19107** [1] - 2:3
**1995** [1] - 99:4

## 2

**2** [12] - 12:5, 12:13, 12:24, 13:2, 13:10, 13:13, 13:15, 13:17, 18:15, 98:21, 104:8
**20** [1] - 95:20
**20,000** [1] - 99:10
**2009** [1] - 92:8
**201** [1] - 2:11
**2010** [1] - 67:14
**2018** [6] - 34:10, 34:16, 35:14, 56:7, 58:20, 58:23
**2019** [11] - 8:15, 9:19, 34:5, 34:13, 51:18, 52:18, 60:3, 77:10, 87:21
**2021** [2] - 1:7, 91:21
**2022** [1] - 24:13
**212** [1] - 29:9
**215** [3] - 1:15, 2:4, 2:12
**215)627-1882** [1] - 1:21
**22** [13] - 9:17, 18:23, 46:21, 61:12, 64:11, 65:13, 74:21, 90:3, 90:19, 90:20, 90:21, 90:23, 91:20
**23** [2] - 83:13, 89:13
**23(C)(2)(B** [1] - 58:15
**23(E)** [1] - 27:8
**23(E)(1)** [2] - 9:15, 26:21
**23(E)(1)(B** [1] - 26:24
**23(E)(2)(D)** [1] - 32:13
**23RD** [1] - 2:3
**250** [1] - 104:8
**2609** [1] - 1:20

## 3

**3** [4] - 12:13, 14:6, 18:16, 31:21
**3,000** [1] - 94:13
**3,596** [1] - 28:24
**3.2** [2] - 10:6, 31:16
**3.50** [1] - 97:18
**33,000** [1] - 99:10
**34** [2] - 90:11, 90:17
**34,000** [1] - 57:24

## 4

**360** [3] - 61:10, 88:8, 88:11
**3600** [1] - 1:14
**361** [1] - 2:7
**37** [1] - 74:21
**3:50** [1] - 97:16
**3RD** [1] - 99:3

## 4

**4** [1] - 98:21
**40** [1] - 15:5
**40,000** [2] - 41:17, 46:21
**408** [1] - 43:4
**4TH** [1] - 9:19

## 5

**5** [25] - 1:7, 10:16, 10:24, 15:20, 16:10, 45:3, 47:7, 47:15, 63:6, 75:5, 75:7, 75:11, 76:3, 86:8, 93:11, 93:12, 93:15, 94:8, 94:10, 94:23, 97:17, 103:6, 103:10, 106:14
**5-20-21** [1] - 108:8
**50** [6] - 76:25, 77:1, 77:11, 77:12, 78:23, 97:2
**50,000** [4] - 31:24, 57:21, 58:7, 103:12
**521** [1] - 101:10
**567-6565** [1] - 2:4
**570** [1] - 91:23
**591** [1] - 101:11

## 6

**6** [3] - 10:18, 12:1, 88:12
**601** [2] - 1:20, 64:6
**609-4661** [1] - 2:12
**627** [1] - 101:11
**64** [8] - 19:3, 61:23, 64:9, 65:12, 65:14, 84:9, 84:10, 91:22

## 7

**7-ELEVEN** [1] - 45:7
**70** [1] - 67:14
**78** [2] - 10:23, 15:19

## 8

**8** [2] - 88:15, 91:9
**8-AND-A-HALF** [1] -

107:13
**80** [1] - 77:2
**875-3000** [1] - 1:15

## 9

**9** [2] - 10:4, 10:10
**9.3** [1] - 92:2
**90** [5] - 65:9, 65:10, 77:2, 78:25, 83:3
**90-DAY** [1] - 65:8
**900** [1] - 19:2
**95** [1] - 77:3
**97** [1] - 98:23
**97.2** [1] - 16:24
**97.5** [4] - 11:14, 77:17, 78:1, 78:14
**99** [1] - 61:16

## A

**A.M** [1] - 1:8
**ABC** [1] - 88:12
**ABILITY** [2] - 38:14, 41:9
**ABLE** [15] - 4:23, 21:8, 21:9, 27:1, 29:25, 32:17, 35:6, 72:12, 72:13, 90:6, 90:8, 93:15, 94:4, 94:8, 100:15
**ABOUT** [85] - 9:8, 17:6, 21:12, 21:22, 21:23, 29:17, 33:10, 33:22, 33:25, 35:23, 36:11, 37:8, 37:14, 37:21, 38:2, 39:11, 39:12, 39:13, 40:8, 40:25, 41:1, 41:8, 41:25, 42:20, 44:5, 44:8, 45:22, 45:24, 46:8, 46:16, 47:21, 48:2, 48:13, 48:19, 49:12, 53:1, 54:4, 55:8, 55:9, 55:14, 55:17, 55:21, 55:25, 56:21, 57:18, 57:19, 59:8, 59:10, 60:10, 63:3, 65:8, 66:16, 66:19, 66:23, 67:19, 68:5, 68:19, 68:23, 75:1, 75:21, 76:1, 76:25, 77:2, 77:3, 77:11, 77:17, 78:23, 80:17, 80:25, 81:10, 83:20, 84:18, 84:24, 85:15, 85:17, 90:13, 91:5, 93:3, 94:2, 102:11, 103:20, 104:9, 107:9,

107:11, 107:18
**ABOVE** [1] - 108:6
**ABOVE-ENTITLED** [1] - 108:6
**ABSENT** [1] - 29:6
**ABSOLUTELY** [5] - 55:25, 81:4, 81:15, 86:16, 95:9
**ACCESS** [2] - 36:9, 71:17
**ACCESSED** [3] - 70:3, 70:6, 75:12
**ACCESSIBLE** [1] - 15:1
**ACCOLADE** [3] - 30:17, 30:21, 33:4
**ACCOUNT** [7] - 12:15, 17:24, 69:12, 71:19, 72:14, 79:10, 86:10
**ACCOUNTING** [2] - 77:25, 78:8
**ACCOUNTS** [4] - 14:17, 29:19, 48:11, 92:12
**ACCURACY** [1] - 13:12
**ACHIEVE** [1] - 29:25
**ACHIEVED** [1] - 101:11
**ACKNOWLEDGED** [1] - 94:3
**ACRONYM** [2] - 23:25, 24:2
**ACTED** [2] - 54:16, 56:3
**ACTING** [2] - 56:14, 67:2
**ACTION** [2] - 9:12, 73:8
**ACTIONS** [2] - 30:20, 32:16
**ACTIVITY** [1] - 9:2
**ACTORS** [1] - 70:4
**ACTUAL** [4] - 12:7, 13:5, 14:8, 74:22
**ACTUALLY** [43] - 20:21, 21:7, 21:12, 24:1, 24:10, 24:12, 25:6, 30:6, 30:15, 36:9, 36:10, 41:19, 42:20, 47:22, 58:9, 65:7, 65:15, 65:24, 66:5, 68:14, 75:2, 75:10, 75:19, 76:8, 76:16, 76:19, 78:20, 81:9, 82:19, 85:3, 85:19, 85:25, 89:23, 93:24, 94:1, 94:14, 94:18, 97:20, 98:15, 98:21, 98:23, 99:11,

99:12

**ACUTELY** [1] - 106:6

**AD** [5] - 55:14, 87:17, 87:19, 88:14, 88:15

**ADD** [2] - 22:4, 40:15

**ADDED** [1] - 80:11

**ADDITION** [2] - 66:1, 94:10

**ADDITIONAL** [3] - 66:3, 66:12, 80:5

**ADDRESS** [22] - 8:5, 8:8, 8:21, 10:20, 20:19, 22:21, 27:12, 31:19, 32:24, 49:18, 49:20, 56:20, 57:9, 57:16, 68:17, 69:11, 71:22, 82:1, 90:24, 105:1

**ADDRESSED** [1] - 39:15

**ADDRESSES** [8] - 46:10, 46:12, 46:21, 48:10, 81:7, 83:10, 105:12, 106:5

**ADDRESSING** [1] - 27:21

**ADEQUACY** [2] - 32:21, 60:12

**ADEQUATE** [6] - 14:5, 27:3, 27:7, 42:1, 100:2, 101:13

**ADEQUATELY** [1] - 38:8

**ADMINISTRATION** [3] - 10:7, 32:1, 47:2

**ADMINISTRATOR** [5] - 13:22, 14:3, 21:17, 67:8, 67:16

**ADMIT** [1] - 105:8

**ADMITTED** [3] - 50:6, 53:12, 56:3

**ADMITTING** [1] - 73:16

**ADVANCE** [2] - 79:3, 94:14

**ADVERTISEMENTS** [1] - 88:18

**ADVERTISING** [3] - 41:18, 81:12, 84:13

**ADVOCACY** [1] - 102:12

**ADVOCATE** [2] - 41:3, 102:14

**ADVOCATING** [1] - 43:23

**AFFECT** [1] - 99:25

**AFFECTED** [6] - 61:12, 67:4, 85:20, 85:25, 101:14, 105:13

**AFFIDAVITS** [1] - 42:11

**AFFILIATES** [3] - 2:19, 7:7, 7:10

**AFIELD** [1] - 35:15

**AFTER** [14] - 8:24, 21:10, 28:7, 30:3, 42:9, 56:21, 66:7, 74:11, 90:4, 92:9, 92:11, 92:12, 102:4

**AGAIN** [20] - 7:5, 23:3, 35:1, 35:2, 35:3, 40:9, 42:12, 42:15, 47:6, 48:1, 57:13, 62:3, 62:22, 63:18, 63:24, 64:9, 64:11, 67:2, 68:15, 100:25

**AGAINST** [4] - 29:24, 37:15, 53:17, 98:4

**AGE** [1] - 15:6

**AGGREGATE** [3] - 10:17, 11:25, 12:2

**AGITATED** [1] - 59:11

**AGO** [2] - 37:16, 106:21

**AGREE** [8] - 35:15, 36:2, 36:3, 42:5, 46:3, 69:6, 81:15, 102:10

**AGREEABLE** [1] - 44:17

**AGREED** [5] - 22:14, 69:4, 69:7, 69:18, 92:16

**AGREEMENT** [3] - 8:11, 36:1, 51:17

**AGREES** [1] - 41:23

**AHEAD** [7] - 8:2, 9:9, 22:8, 24:14, 33:8, 48:16, 66:14

**AID** [4] - 93:25, 94:2, 94:4, 96:14

**AIDED** [1] - 1:24

**AKIN** [1] - 93:4

**ALERTED** [1] - 73:22

**ALL** [80] - 3:8, 3:14, 4:13, 4:21, 6:1, 6:11, 7:13, 9:2, 9:8, 9:21, 12:18, 15:1, 15:5, 16:22, 18:13, 18:20, 22:20, 22:23, 23:5, 23:17, 23:18, 23:19, 24:25, 25:5, 26:16, 26:19, 29:3, 30:5, 32:7, 35:25, 36:19, 37:7, 38:1, 41:7, 41:25, 43:9, 45:2, 45:21, 46:24, 47:7, 47:8, 49:18, 50:1, 50:3, 53:11, 53:21,

54:11, 56:20, 62:13, 62:25, 66:24, 68:25, 69:17, 71:14, 72:7, 75:11, 76:12, 76:17, 77:15, 79:2, 80:2, 82:24, 85:20, 85:25, 88:5, 90:6, 90:7, 91:12, 91:15, 94:17, 96:16, 96:19, 97:15, 103:16, 106:15, 106:17, 107:2, 107:24, 108:2

**ALLEGED** [2] - 51:9, 51:22

**ALLOCATED** [4] - 10:11, 31:14, 31:17, 32:10

**ALLOCATES** [1] - 32:13

**ALLOCATION** [1] - 32:15

**ALLOW** [2] - 57:8, 97:14

**ALLOWED** [1] - 90:3

**ALLUDED** [1] - 60:6

**ALMOST** [1] - 15:22

**ALONE** [3] - 51:2, 91:21, 91:25

**ALONG** [1] - 8:4

**ALREADY** [7] - 26:17, 43:20, 49:24, 60:6, 73:16, 73:17, 93:2

**ALSO** [29] - 3:13, 5:5, 5:12, 6:23, 6:25, 7:9, 14:17, 22:4, 25:22, 26:3, 29:16, 32:11, 38:4, 44:9, 51:18, 61:21, 62:14, 63:23, 66:15, 70:21, 73:1, 74:18, 80:5, 83:20, 89:12, 92:4, 99:2, 99:4, 99:11

**ALTHOUGH** [3] - 36:17, 36:22, 76:23

**ALWAYS** [10] - 18:25, 33:12, 41:1, 45:20, 50:1, 51:13, 52:1, 53:21, 56:14, 89:8

**AM** [3] - 45:24, 48:12, 61:1

**AMBLER** [1] - 2:12

**AMCHEM** [7] - 38:4, 38:23, 41:2, 42:8, 71:23, 80:1, 101:10

**AMENDED** [1] - 58:20

**AMENDING** [1] - 56:6

**AMENDMENT** [9] - 8:11, 8:12, 33:10, 33:12, 34:3, 35:10, 37:23, 51:17, 58:24

**AMONG** [3] - 29:23, 91:10, 91:15

**AMOUNT** [5] - 19:19, 75:17, 77:4, 96:4, 99:8

**AMOUNTS** [4] - 93:16, 94:17, 94:18, 100:16

**AMY** [2] - 2:23, 6:13

**AN** [56] - 12:7, 12:25, 13:11, 14:8, 15:17, 19:2, 20:19, 20:20, 21:14, 23:7, 23:12, 26:23, 28:17, 29:13, 36:1, 37:3, 38:15, 38:16, 40:15, 43:8, 43:23, 44:3, 44:6, 45:8, 45:21, 52:2, 55:1, 59:16, 60:7, 66:6, 67:8, 69:9, 69:13, 70:14, 75:7, 76:4, 82:14, 82:15, 83:10, 83:14, 84:3, 87:17, 88:4, 88:8, 88:18, 89:3, 90:13, 93:10, 93:11, 102:6, 102:8, 103:14, 104:16, 104:19, 105:2

**ANALYSIS** [4] - 58:14, 75:16, 93:5, 94:1

**ANALYZING** [1] - 62:23

**AND** [605] - 2:2, 2:19, 3:5, 3:6, 3:12, 3:13, 3:17, 3:19, 3:22, 3:24, 4:1, 4:10, 4:13, 5:8, 6:3, 6:13, 6:23, 7:3, 7:6, 7:7, 7:9, 7:10, 7:13, 8:5, 8:14, 9:8, 9:16, 10:4, 10:6, 10:8, 10:10, 10:15, 10:21, 11:1, 11:5, 11:11, 11:25, 12:2, 12:7, 12:8, 12:13, 12:19, 13:1, 13:4, 13:7, 13:13, 13:21, 14:3, 14:6, 14:7, 14:9, 14:11, 14:17, 14:25, 15:2, 15:4, 15:5, 15:21, 16:2, 16:6, 16:8, 16:10, 16:12, 16:18, 16:19, 17:1, 17:12, 17:15, 17:16, 17:22, 18:5, 18:7, 18:15, 19:3, 19:5, 19:10, 19:12, 19:14, 19:16, 19:18, 20:12, 20:19, 20:21, 21:3, 21:8, 21:9, 21:13, 21:15, 21:17,

21:21, 21:24, 22:2, 22:5, 22:6, 22:12, 22:13, 22:15, 22:17, 22:19, 22:23, 22:24, 22:25, 23:5, 23:6, 23:9, 23:14, 23:20, 24:11, 24:12, 24:15, 24:18, 24:23, 25:2, 25:6, 25:7, 25:23, 25:24, 25:25, 26:3, 26:4, 26:11, 26:16, 26:23, 27:3, 27:4, 27:6, 27:7, 27:12, 27:16, 27:22, 27:23, 27:24, 28:1, 28:4, 28:5, 28:8, 28:9, 28:11, 28:12, 28:14, 28:15, 28:19, 28:23, 29:2, 29:4, 29:6, 29:8, 29:11, 29:15, 29:17, 29:20, 29:22, 29:23, 30:3, 30:4, 30:5, 30:6, 30:12, 30:13, 30:20, 30:21, 30:23, 31:5, 31:8, 31:25, 32:2, 32:3, 32:6, 32:8, 32:15, 32:22, 33:3, 33:16, 33:19, 33:22, 34:10, 34:18, 34:23, 35:6, 35:8, 35:10, 35:14, 35:15, 35:16, 35:17, 35:19, 35:21, 35:22, 36:2, 36:4, 36:9, 36:12, 36:16, 36:21, 37:6, 37:9, 37:16, 37:21, 37:23, 38:1, 38:6, 38:7, 38:9, 38:16, 38:20, 38:23, 39:12, 39:15, 39:17, 39:19, 40:5, 40:7, 40:8, 40:9, 40:12, 40:16, 40:20, 40:21, 40:23, 41:5, 41:7, 41:11, 41:21, 42:1, 42:3, 42:5, 42:8, 42:10, 42:13, 43:3, 43:5, 43:9, 43:18, 43:19, 43:20, 43:21, 43:23, 44:2, 44:9, 44:18, 44:19, 44:20, 44:21, 44:24, 45:3, 45:4, 45:7, 45:9, 45:12, 45:14, 45:16, 45:17, 45:18, 45:20, 46:2, 46:5, 46:6, 46:8, 46:10, 46:11, 46:12, 46:13, 46:18, 46:19, 46:20, 46:21, 46:23, 46:24, 46:25, 47:5, 47:7, 47:8,

47:10, 47:14, 47:15, 47:21, 47:25, 48:10, 48:12, 48:18, 48:23, 49:2, 49:8, 49:12, 49:17, 49:19, 49:22, 50:1, 50:2, 50:5, 50:7, 50:13, 50:23, 51:2, 51:5, 51:15, 51:16, 51:17, 51:19, 51:21, 51:22, 52:3, 52:4, 52:18, 52:21, 52:23, 53:7, 53:8, 54:3, 54:11, 55:2, 55:18, 56:3, 56:12, 56:19, 56:22, 57:14, 57:22, 58:25, 59:2, 59:5, 59:7, 59:9, 60:6, 60:11, 60:13, 60:16, 60:20, 61:3, 61:11, 61:12, 61:17, 61:19, 62:2, 62:14, 62:17, 63:1, 63:7, 63:22, 64:10, 65:5, 65:11, 65:21, 66:17, 66:21, 66:24, 66:25, 67:8, 67:12, 67:13, 67:16, 67:22, 67:23, 68:22, 68:24, 69:3, 69:15, 70:1, 70:3, 70:6, 70:22, 70:24, 71:3, 71:8, 71:20, 71:25, 72:1, 72:4, 72:5, 72:7, 72:8, 72:15, 72:17, 72:18, 72:21, 72:25, 73:19, 73:21, 73:23, 73:24, 74:3, 74:4, 74:5, 74:10, 74:18, 75:2, 75:3, 75:5, 75:13, 76:3, 76:6, 76:21, 76:25, 77:3, 77:8, 77:10, 77:12, 77:21, 77:24, 78:1, 78:20, 78:23, 78:25, 79:5, 79:21, 79:24, 79:25, 80:1, 80:12, 80:13, 80:25, 81:3, 82:5, 82:12, 82:21, 82:25, 83:4, 83:8, 83:11, 83:19, 83:22, 84:1, 84:5, 84:7, 84:8, 84:10, 84:11, 84:25, 85:2, 85:5, 85:6, 85:15, 85:17, 85:18, 85:22, 85:24, 86:22, 87:1, 87:3, 87:4, 87:13, 87:20, 88:7, 88:8, 88:13, 88:20, 88:24, 89:1, 89:3, 89:4, 89:7, 89:10, 89:11, 89:13, 89:14,

89:18, 90:2, 90:8, 90:10, 90:11, 90:12, 90:18, 91:2, 91:4, 91:6, 91:7, 91:11, 91:13, 91:15, 91:18, 92:3, 92:8, 92:13, 92:16, 92:23, 92:24, 93:5, 93:12, 93:13, 93:16, 94:3, 94:7, 94:10, 94:15, 94:24, 94:25, 95:2, 95:5, 95:16, 96:15, 96:21, 97:7, 97:15, 97:18, 98:17, 98:19, 99:6, 99:11, 99:14, 99:15, 99:25, 100:1, 100:8, 100:14, 100:15, 101:3, 101:5, 101:8, 101:10, 101:13, 101:15, 101:16, 101:18, 101:19, 101:24, 102:8, 102:11, 102:15, 102:19, 102:21, 103:3, 103:4, 103:6, 103:7, 103:8, 103:10, 103:11, 103:17, 103:18, 103:20, 103:23, 104:1, 104:4, 104:11, 104:23, 104:24, 105:1, 105:2, 105:11, 105:12, 105:16, 105:19, 106:3, 106:4, 106:5, 106:12, 106:14, 106:20, 107:2, 107:10, 107:15
**AND/OR** [1] - 75:7
**ANECDOTALLY** [1] - 78:16
**ANGRY** [1] - 45:3
**ANNUALLY** [2] - 23:8, 23:14
**ANOTHER** [16] - 3:8, 11:12, 16:10, 34:10, 36:2, 37:4, 46:4, 46:11, 52:23, 56:10, 61:21, 65:17, 66:22, 69:7, 69:19, 78:16
**ANSWER** [19] - 20:15, 31:20, 44:2, 44:4, 44:12, 59:19, 61:9, 62:15, 63:16, 66:2, 66:8, 68:2, 68:22, 71:13, 75:15, 79:8, 79:11, 91:5, 92:17
**ANSWERS** [2] - 16:6, 79:6

**ANTICIPATE** [2] - 27:12, 48:20
**ANTICIPATED** [1] - 50:22
**ANTICIPATES** [1] - 67:17
**ANTICIPATING** [1] - 33:17
**ANY** [41] - 10:25, 13:5, 13:10, 15:11, 15:20, 16:1, 17:17, 24:7, 32:24, 34:6, 41:16, 44:7, 46:2, 46:17, 54:17, 65:25, 67:18, 68:5, 69:12, 69:23, 70:10, 75:13, 76:8, 76:17, 81:8, 81:17, 84:12, 84:13, 84:16, 86:24, 88:13, 90:21, 90:25, 92:17, 94:11, 94:21, 95:24, 96:23, 97:7, 107:23
**ANYBODY** [9] - 24:18, 34:22, 37:3, 52:10, 64:15, 66:20, 67:25, 86:1, 98:18
**ANYMORE** [2] - 79:1, 104:22
**ANYONE** [2] - 7:4, 67:7
**ANYTHING** [12] - 26:1, 33:19, 45:16, 56:17, 56:22, 73:22, 82:18, 85:17, 89:6, 95:23, 107:11, 107:18
**ANYWAY** [1] - 70:14
**APP** [22] - 47:21, 47:23, 79:10, 85:15, 85:17, 85:18, 85:19, 85:21, 85:22, 85:23, 85:24, 86:1, 86:10, 86:19, 87:2, 87:4, 87:7, 87:9, 87:11
**APPARENTLY** [3] - 7:18, 61:8, 61:14
**APPEARANCES** [2] - 1:11, 2:1
**APPEARED** [1] - 13:18
**APPEARING** [2] - 6:1, 6:14
**APPLICABLE** [1] - 59:7
**APPLIED** [1] - 82:17
**APPLIES** [1] - 55:10
**APPLY** [1] - 70:21
**APPOINTED** [1] - 42:13
**APPRECIATE** [7] - 3:25, 35:4, 45:20,

46:6, 49:8, 102:14, 104:4
**APPRECIATED** [1] - 35:8
**APPRISE** [1] - 105:15
**APPROACH** [1] - 62:23
**APPROPRIATE** [4] - 33:2, 33:5, 53:9, 58:22
**APPROVABLE** [1] - 80:1
**APPROVAL** [14] - 8:7, 9:13, 26:20, 26:21, 27:3, 27:5, 32:9, 32:18, 44:22, 47:10, 61:19, 88:6, 99:22, 100:6
**APPROVE** [2] - 26:25, 47:8
**APPROXIMATELY** [4] - 9:17, 10:6, 32:1, 64:11
**ARCHITECTURE** [1] - 85:25
**ARE** [238] - 3:11, 3:14, 3:15, 3:21, 4:2, 4:3, 4:9, 6:1, 8:18, 9:6, 10:16, 10:17, 10:24, 11:14, 11:18, 12:1, 12:2, 13:10, 14:6, 14:20, 14:23, 15:5, 15:9, 15:15, 15:18, 15:19, 16:7, 16:8, 16:12, 16:17, 17:1, 17:2, 17:5, 17:19, 18:1, 18:3, 18:5, 18:11, 18:13, 18:18, 19:6, 19:25, 20:5, 20:8, 20:17, 20:18, 20:22, 20:23, 21:1, 21:21, 22:11, 22:18, 22:25, 23:15, 24:7, 24:16, 24:19, 27:12, 30:17, 30:20, 31:20, 33:16, 33:18, 34:3, 34:16, 34:24, 36:16, 36:21, 36:23, 37:16, 37:21, 37:22, 38:12, 38:19, 39:4, 39:16, 41:5, 41:6, 41:7, 41:9, 41:10, 41:14, 41:18, 41:19, 42:21, 43:9, 43:20, 43:23, 44:21, 45:1, 45:5, 45:10, 45:11, 46:18, 46:23, 47:7, 47:15, 47:17, 47:18, 48:2, 48:4, 48:6, 48:16, 48:18, 49:11, 50:7,

50:8, 50:18, 52:22, 54:22, 55:16, 55:20, 56:2, 56:4, 57:5, 57:19, 57:20, 57:24, 58:11, 59:9, 59:20, 62:1, 63:3, 63:7, 63:14, 64:1, 66:19, 69:9, 69:21, 70:8, 70:17, 71:3, 71:24, 72:11, 72:13, 72:20, 72:22, 73:10, 73:24, 74:6, 74:9, 74:15, 74:16, 76:12, 77:4, 77:22, 77:25, 78:3, 78:15, 78:25, 79:5, 79:7, 79:16, 79:17, 79:20, 79:24, 82:5, 82:7, 82:13, 83:2, 83:4, 83:5, 83:6, 83:15, 83:18, 83:19, 83:20, 83:21, 84:13, 85:4, 85:7, 85:18, 86:2, 87:6, 87:7, 87:12, 87:13, 87:18, 89:8, 89:18, 90:9, 90:20, 90:22, 91:1, 91:11, 91:15, 91:20, 91:25, 92:25, 93:5, 93:6, 93:7, 94:22, 94:23, 95:14, 96:3, 96:8, 96:9, 96:13, 96:19, 97:1, 97:9, 97:21, 97:24, 97:25, 98:5, 98:10, 98:18, 98:24, 99:21, 99:24, 100:1, 100:9, 102:18, 102:25, 103:8, 103:9, 103:12, 103:16, 103:18, 103:19, 103:24, 104:7, 104:9, 104:16, 104:23, 105:6, 105:14, 106:7, 106:13, 107:21
**AREA** [1] - 35:20
**AREN'T** [1] - 46:22
**ARGUABLY** [3] - 54:14, 55:2, 55:3
**ARGUE** [3] - 17:17, 53:1, 102:16
**ARGUED** [5] - 18:21, 52:25, 53:5, 53:17, 55:14
**ARGUING** [1] - 95:3
**ARGUMENT** [7] - 38:20, 39:18, 46:7, 53:18, 95:11, 96:12, 103:25
**ARGUMENTS** [1] -

27:13
**ARM'S** [1] - 27:18
**AROUND** [4] - 4:2, 16:5, 49:5, 83:4
**ARTICLE** [4] - 88:3, 88:4, 88:11, 89:4
**ARTICULATE** [2] - 33:16, 34:23
**AS** [115] - 3:11, 3:18, 4:4, 7:13, 7:15, 7:22, 9:3, 9:11, 11:3, 13:12, 13:13, 14:3, 15:9, 17:9, 17:21, 19:25, 20:3, 22:16, 24:4, 26:5, 26:11, 27:21, 27:23, 31:17, 33:20, 36:19, 37:10, 38:4, 39:3, 39:15, 40:15, 42:13, 43:1, 44:25, 45:2, 45:5, 47:5, 47:7, 47:18, 50:1, 50:19, 52:11, 54:2, 54:16, 55:7, 56:3, 56:14, 57:15, 58:10, 58:25, 59:14, 59:16, 59:20, 60:6, 60:13, 60:23, 61:6, 61:13, 62:4, 62:24, 64:1, 64:3, 64:5, 64:7, 67:2, 70:7, 70:10, 70:25, 71:17, 72:17, 72:25, 73:2, 73:9, 73:12, 74:10, 75:19, 76:24, 78:4, 78:19, 79:12, 79:14, 79:17, 83:16, 83:17, 86:15, 94:24, 95:22, 96:1, 96:20, 96:21, 96:24, 100:11, 101:22, 102:3, 102:4, 102:6, 102:7, 102:22, 104:19, 105:9, 105:20, 106:6, 107:20
**ASBESTOS** [1] - 72:3
**ASHLEY** [1] - 96:15
**ASIDE** [1] - 64:9
**ASK** [11] - 36:18, 40:2, 40:4, 40:13, 48:11, 52:25, 56:19, 70:14, 75:7, 101:3, 106:15
**ASKED** [2] - 42:8, 57:18
**ASKING** [8] - 20:7, 22:18, 59:10, 62:16, 63:13, 75:21, 79:21, 86:14
**ASPECT** [3] - 22:10, 53:14, 92:24
**ASPECTS** [2] - 22:17,

93:3
**ASSEMBLY** [1] - 20:11
**ASSERTION** [1] - 13:12
**ASSESSING** [1] - 60:12
**ASSESSMENTS** [1] - 74:16
**ASSISTANCE** [2] - 9:23, 27:18
**ASSOCIATED** [1] - 61:18
**ASSUME** [5] - 13:9, 53:2, 59:9, 86:7, 102:15
**ASSUMED** [4] - 28:2, 28:10, 53:4, 53:6
**ASSUMING** [2] - 5:25, 40:25
**ASSURANCE** [2] - 101:12, 102:12
**ASSURANCES** [1] - 101:17
**ASSURE** [1] - 80:14
**AT** [111] - 1:8, 3:5, 3:8, 4:3, 7:1, 7:19, 9:21, 10:5, 10:14, 10:23, 11:1, 12:6, 12:19, 13:17, 17:3, 18:13, 18:20, 19:24, 21:4, 21:23, 22:15, 22:19, 23:1, 23:17, 23:19, 24:8, 24:15, 24:20, 25:24, 27:3, 27:4, 27:18, 28:4, 32:9, 32:18, 35:5, 35:13, 36:9, 36:11, 36:24, 37:4, 38:13, 38:22, 39:21, 40:21, 42:14, 43:5, 43:14, 43:17, 43:21, 44:18, 44:21, 45:14, 45:16, 47:13, 47:16, 52:21, 52:24, 52:25, 55:16, 59:4, 59:5, 61:21, 62:14, 63:1, 63:8, 64:6, 67:3, 69:16, 69:21, 69:22, 69:24, 70:6, 70:11, 70:18, 70:23, 73:18, 74:7, 74:23, 76:3, 77:9, 79:16, 79:18, 82:14, 85:19, 85:25, 86:25, 87:1, 90:11, 90:14, 90:16, 92:8, 94:13, 94:23, 96:7, 96:8, 96:17, 98:14, 101:10, 101:11, 102:13, 104:2, 104:15,

104:18, 105:14, 106:14
**ATKINS** [1] - 31:10
**ATTACHMENTS** [1] - 107:15
**ATTACKED** [1] - 54:6
**ATTEMPTED** [5] - 12:7, 13:1, 22:19, 43:6, 76:5
**ATTENDANCE** [1] - 4:25
**ATTORNEYS** [1] - 37:12
**ATTORNEYS'** [5] - 10:8, 31:12, 31:21, 99:24, 100:3
**ATTRIBUTABLE** [2] - 14:18, 23:6
**ATTRITION** [1] - 41:18
**AVAILABLE** [5] - 10:13, 12:5, 28:4, 65:6, 89:1
**AVENUE** [2] - 2:7, 2:11
**AVERAGE** [7] - 75:7, 76:4, 76:5, 76:15, 90:13, 90:19, 91:9
**AVOIDED** [1] - 49:3
**AWARD** [1] - 31:12
**AWARDED** [1] - 99:24
**AWARDS** [2] - 10:9, 32:2
**AWARE** [5] - 39:8, 60:14, 66:16, 67:6, 67:7
**AWAY** [7] - 3:13, 34:1, 56:5, 56:12, 83:3, 103:12, 106:13

# B

**BACK** [14] - 3:8, 5:17, 15:14, 34:19, 51:6, 60:2, 60:23, 61:6, 62:22, 77:9, 100:8, 106:7, 106:8, 106:11
**BALANCE** [6] - 83:12, 89:11, 97:7, 97:17, 97:23
**BALANCED** [1] - 29:24
**BALANCING** [1] - 89:8
**BANK** [6] - 13:3, 14:12, 18:3, 69:11, 71:19, 72:14
**BANKRUPTCY** [1] - 42:21
**BANKS** [3] - 13:4, 30:8, 40:6
**BAR** [1] - 11:7

**BARRIER** [1] - 43:2
**BART** [1] - 5:14
**BASE** [3] - 15:17, 88:18, 94:25
**BASED** [6] - 23:19, 24:17, 24:19, 25:2, 54:2
**BASIC** [1] - 24:2
**BASICALLY** [2] - 9:2, 28:8
**BASIS** [2] - 45:25, 75:5
**BATH** [1] - 21:3
**BATTER** [1] - 68:16
**BE** [153] - 4:6, 4:13, 7:16, 7:22, 8:4, 9:2, 9:4, 9:7, 10:7, 10:11, 12:2, 12:3, 13:19, 14:3, 16:7, 16:11, 16:19, 16:22, 17:1, 17:2, 17:5, 17:6, 20:3, 20:17, 20:19, 20:21, 20:22, 21:6, 21:8, 21:9, 21:20, 22:12, 22:13, 22:15, 24:16, 25:13, 25:19, 26:13, 26:20, 26:22, 27:1, 28:5, 31:13, 31:23, 32:9, 32:17, 32:25, 33:24, 35:6, 37:7, 37:8, 39:2, 39:20, 40:17, 43:8, 43:22, 44:22, 45:23, 47:11, 47:15, 48:24, 49:3, 49:10, 49:12, 49:25, 50:9, 50:22, 50:24, 52:9, 52:25, 53:15, 54:10, 54:14, 55:6, 58:3, 58:9, 58:10, 58:20, 58:21, 58:22, 60:4, 60:12, 60:22, 62:6, 62:13, 62:14, 63:7, 64:7, 64:21, 65:2, 65:3, 68:16, 68:24, 69:8, 70:22, 72:3, 72:8, 72:12, 73:25, 78:15, 79:9, 80:4, 80:11, 80:13, 80:25, 81:10, 84:20, 84:25, 85:4, 85:9, 85:11, 86:5, 86:16, 86:19, 86:20, 87:5, 87:14, 87:20, 88:20, 88:21, 88:23, 89:2, 89:3, 89:23, 91:23, 92:23, 94:8, 95:2, 95:3, 95:18, 96:20, 97:7, 98:2, 98:3, 98:17, 98:19, 99:10, 99:23, 100:7,

100:13, 102:4, 102:6, 102:9, 102:20, 102:25, 106:8, 106:19, 106:25, 107:9, 107:23
**BEAT** [1] - 90:1
**BECAUSE** [77] - 9:7, 13:3, 15:17, 16:21, 18:25, 19:6, 19:25, 21:22, 22:25, 24:20, 28:1, 30:19, 34:2, 34:8, 35:4, 35:15, 36:1, 36:5, 37:22, 38:12, 38:17, 40:25, 41:22, 43:19, 44:17, 45:22, 46:7, 46:16, 48:17, 49:10, 50:23, 51:9, 52:10, 53:20, 54:1, 54:21, 57:1, 58:8, 60:19, 65:3, 65:12, 68:17, 69:9, 71:3, 71:15, 73:6, 73:19, 74:14, 74:20, 77:20, 77:24, 78:7, 78:21, 79:20, 83:15, 83:24, 85:6, 85:7, 85:20, 87:7, 87:9, 89:5, 92:5, 92:15, 93:17, 93:21, 94:22, 96:19, 99:7, 102:17, 103:19, 103:23, 103:24, 104:12, 105:4, 106:5, 107:24
**BECKER** [2] - 38:5, 101:9
**BECOMES** [1] - 73:6
**BED** [1] - 21:3
**BEEN** [46] - 8:10, 16:5, 18:14, 20:12, 24:5, 24:21, 24:24, 26:17, 30:15, 34:11, 35:18, 39:5, 39:6, 39:22, 40:25, 44:5, 44:7, 45:10, 50:1, 51:11, 52:15, 52:24, 53:6, 56:10, 60:6, 64:5, 72:3, 72:4, 72:5, 74:12, 74:19, 75:4, 86:23, 89:9, 92:8, 93:15, 94:4, 95:8, 96:2, 96:11, 97:5, 100:15, 107:25
**BEFORE** [20] - 1:9, 30:15, 34:8, 34:9, 39:9, 45:15, 55:14, 56:19, 57:17, 60:5, 73:20, 73:21, 73:22, 74:2, 74:3, 82:2, 91:19, 93:25, 98:11,

100:4
**BEGINNING** [3] - 40:8, 43:5, 51:6
**BEGS** [1] - 103:11
**BEHALF** [6] - 5:6, 5:24, 6:14, 6:20, 6:23, 106:4
**BEHIND** [3] - 3:12, 90:23, 105:4
**BEING** [16] - 11:16, 13:14, 16:25, 17:9, 25:13, 32:7, 34:15, 39:19, 39:24, 46:19, 55:4, 66:16, 74:8, 80:16, 95:22, 106:12
**BELIEVE** [12] - 6:9, 6:25, 32:8, 35:17, 35:18, 65:11, 71:16, 72:25, 73:1, 78:14, 83:6, 102:1
**BELONGS** [1] - 13:13
**BEN** [3] - 5:5, 8:5, 57:14
**BENCH** [1] - 3:10
**BENEFICIARY** [1] - 25:13
**BENEFIT** [12] - 7:3, 18:14, 22:24, 25:25, 26:5, 28:20, 66:5, 68:15, 93:4, 95:25, 99:11, 103:18
**BENEFITS** [8] - 9:21, 10:3, 26:3, 29:24, 32:7, 87:5, 96:24, 96:25
**BENJAMIN** [2] - 2:6, 5:4
**BERGER** [3] - 1:13, 5:2, 6:20
**BEST** [6] - 9:1, 35:16, 58:17, 84:6, 89:14, 89:17
**BET** [1] - 20:25
**BETRAY** [1] - 43:4
**BETTER** [18] - 25:3, 25:21, 25:22, 26:2, 47:4, 47:25, 52:13, 61:5, 76:1, 79:6, 84:12, 87:18, 88:13, 88:14, 89:3, 102:20, 102:25, 104:1
**BETWEEN** [7] - 10:21, 12:13, 18:7, 19:12, 40:6, 58:25, 83:12
**BEYOND** [4] - 7:19, 9:3, 21:3, 107:19
**BIG** [6] - 14:4, 26:10, 41:22, 81:6, 101:3, 104:25
**BIGGEST** [2] - 72:1,

103:23
**BILL** [3] - 2:23, 5:19, 97:18
**BILLIONS** [1] - 90:10
**BIT** [5] - 18:10, 18:15, 19:1, 48:17, 58:9
**BLACK** [3] - 2:2, 5:8, 6:23
**BLACKBERRY** [1] - 49:7
**BLOCK** [1] - 74:9
**BOARD** [1] - 29:2
**BOARDS** [1] - 26:11
**BOBBIE** [2] - 5:7, 37:13
**BOCKIUS** [3] - 2:16, 7:6, 7:9
**BOTH** [9] - 25:23, 42:21, 47:5, 50:14, 51:1, 59:3, 79:21, 93:17, 101:17
**BOTTOM** [1] - 103:13
**BOUGHT** [3] - 86:21, 86:22, 86:24
**BOX** [4] - 12:15, 13:9
**BOY** [1] - 84:12
**BPA** [1] - 96:15
**BRAND** [2] - 91:14, 91:16
**BRANDS** [1] - 91:10
**BRANDT** [3] - 2:23, 6:12, 6:13
**BREACH** [40] - 9:12, 9:15, 9:18, 9:22, 10:14, 12:6, 14:10, 18:15, 18:25, 23:3, 23:6, 27:23, 29:1, 29:2, 29:14, 29:17, 30:3, 30:14, 30:17, 30:19, 31:2, 31:3, 31:5, 31:6, 31:10, 32:16, 33:1, 34:10, 34:14, 51:10, 51:13, 51:19, 51:24, 52:7, 52:22, 56:8, 60:4, 71:6, 72:19
**BREACHED** [2] - 52:6, 56:11
**BREACHES** [3] - 29:12, 55:5, 74:11
**BREAK** [2] - 55:2, 91:2
**BREAKING** [1] - 107:9
**BRIEF** [13] - 10:1, 27:7, 27:9, 32:19, 32:24, 57:21, 57:24, 58:7, 61:16, 82:12, 85:16, 93:25, 96:1
**BRIEFED** [1] - 32:9
**BRIEFLY** [1] - 93:1

**BRIEFS** [1] - 42:11
**BRING** [2] - 21:20, 38:23
**BRINGS** [2] - 28:14, 85:14
**BRISTLE** [1] - 21:4
**BROAD** [2] - 2:3, 34:2
**BROADEST** [1] - 37:25
**BROKEN** [1] - 61:25
**BROUGHT** [3] - 39:24, 43:24, 79:19
**BUCKS** [6] - 16:10, 47:13, 103:6, 103:10, 106:14
**BUNCH** [2] - 17:10, 90:8
**BURY** [1] - 40:12
**BUSINESS** [7] - 26:2, 26:3, 64:6, 76:19, 84:3, 84:4, 96:18
**BUT** [135] - 4:7, 4:16, 6:14, 7:18, 11:9, 13:8, 14:24, 15:6, 15:9, 17:6, 17:21, 18:13, 18:21, 21:5, 21:25, 23:23, 24:2, 25:12, 25:18, 25:22, 27:15, 28:7, 32:10, 32:24, 33:20, 33:24, 34:12, 35:20, 35:25, 37:5, 37:7, 38:4, 38:16, 38:22, 40:4, 40:19, 41:2, 41:6, 42:6, 42:17, 42:18, 43:4, 45:25, 46:1, 47:20, 48:5, 48:7, 48:24, 49:7, 49:24, 51:14, 51:25, 52:20, 53:18, 54:11, 54:15, 55:15, 56:13, 56:21, 57:17, 59:22, 60:21, 61:9, 62:1, 62:15, 63:13, 63:16, 64:7, 65:21, 66:3, 66:7, 68:19, 69:8, 69:18, 70:14, 71:4, 71:10, 71:16, 71:17, 72:3, 72:4, 72:13, 73:25, 74:24, 75:9, 76:11, 76:12, 76:15, 76:24, 80:16, 80:24, 82:6, 82:8, 82:14, 83:9, 84:17, 84:23, 86:3, 86:5, 86:12, 86:18, 88:9, 89:12, 89:15, 90:20, 91:4, 91:20, 93:2, 93:12, 93:17, 94:4, 95:17, 97:24, 98:2, 98:4, 98:13,

99:21, 101:22, 101:25, 102:24, 103:8, 103:15, 103:19, 103:22, 104:2, 104:15, 104:17, 105:9, 105:25, 106:3, 106:10, 106:23, 107:1, 107:6, 107:12
**BUTTON** [1] - 82:16
**BUY** [6] - 11:1, 11:4, 76:16, 88:14, 99:12, 99:14
**BUYING** [1] - 100:13
**BUYS** [3] - 55:2, 76:18, 76:22
**BY** [43] - 1:24, 1:24, 2:20, 3:21, 4:22, 8:9, 8:10, 9:1, 10:12, 13:2, 15:7, 15:21, 20:17, 21:9, 28:18, 28:24, 30:8, 31:14, 31:17, 32:7, 36:25, 42:2, 42:13, 52:6, 52:23, 55:18, 60:2, 65:6, 67:1, 70:12, 71:8, 81:12, 84:25, 85:1, 85:2, 85:20, 85:25, 87:1, 88:22, 90:24, 105:1, 105:13, 107:13
**BYE** [1] - 81:24
**BYRNE** [1] - 1:6

## C

**CAFA** [5] - 92:25, 95:15, 95:16, 96:18, 99:23
**CALIFORNIA** [1] - 60:10
**CALL** [6] - 23:11, 57:19, 62:22, 66:22, 74:19, 76:1
**CALLED** [2] - 60:8, 76:1
**CALLS** [2] - 3:15, 74:21
**CAME** [12] - 21:13, 35:19, 38:5, 39:9, 43:16, 59:6, 61:24, 64:10, 67:10, 74:11, 90:19, 103:15
**CAMERA** [2] - 3:7, 3:8
**CAMERAS** [1] - 3:6
**CAMPAIGN** [1] - 84:13
**CAMPBELL** [1] - 60:9
**CAMPERS** [1] - 33:19
**CAN** [83] - 3:24, 4:12, 4:14, 7:22, 9:8,

10:25, 11:20, 12:21, 15:2, 15:4, 15:8, 15:21, 16:2, 16:3, 17:3, 18:4, 18:24, 21:8, 21:15, 21:17, 22:6, 28:16, 33:17, 35:16, 36:9, 36:15, 37:9, 41:4, 44:21, 44:25, 45:6, 45:14, 45:15, 45:25, 46:13, 46:19, 46:24, 47:10, 47:14, 47:23, 47:24, 48:21, 49:3, 49:12, 52:3, 52:4, 53:1, 56:19, 56:20, 56:24, 57:6, 58:2, 58:20, 58:21, 59:9, 64:20, 65:4, 67:8, 71:20, 79:9, 80:14, 82:2, 86:3, 86:14, 89:15, 89:18, 90:10, 93:12, 98:19, 99:14, 99:22, 100:6, 105:1, 105:8, 105:18, 106:20, 107:2, 107:3, 107:21
**CAN'T** [8] - 36:7, 37:7, 55:6, 71:14, 83:9, 89:15, 103:3, 104:2
**CANCELED** [1] - 89:24
**CANDIDLY** [1] - 67:11
**CANDY** [1] - 11:7
**CAPACITIES** [2] - 51:1, 101:7
**CAPACITY** [12] - 50:11, 50:15, 50:17, 50:25, 54:14, 56:25, 68:20, 69:1, 69:9, 70:7, 81:17
**CAPS** [1] - 11:25
**CAPTIVE** [1] - 41:10
**CAPTURE** [1] - 85:5
**CARD** [110] - 8:14, 9:16, 10:14, 10:16, 10:17, 10:21, 10:25, 11:3, 11:9, 11:10, 12:1, 12:3, 12:6, 12:8, 12:9, 12:19, 12:20, 12:25, 13:13, 14:8, 14:13, 14:14, 16:6, 16:9, 16:11, 16:12, 17:11, 17:12, 17:18, 19:1, 20:20, 20:21, 21:19, 22:2, 23:2, 23:9, 23:16, 24:4, 30:3, 30:22, 30:25, 34:4, 35:20, 49:2, 51:15, 54:5, 54:18, 55:1, 62:10, 65:6, 66:7, 69:22,

69:24, 71:11, 72:10, 73:3, 73:23, 73:25, 74:14, 75:3, 75:8, 75:14, 75:25, 76:6, 76:16, 77:22, 78:18, 78:20, 79:16, 79:18, 79:23, 81:23, 82:10, 82:24, 85:2, 85:3, 85:5, 85:6, 85:12, 85:21, 85:22, 85:23, 85:24, 86:1, 86:8, 86:9, 86:15, 89:22, 89:25, 90:5, 90:7, 92:24, 93:13, 93:18, 94:2, 94:5, 94:8, 94:12, 94:22, 95:14, 96:5, 96:15, 97:2, 97:15, 97:17, 97:22, 98:16, 105:4

**CARDHOLDER** [1] - 9:17

**CARDHOLDERS** [1] - 9:18

**CARDS** [87] - 9:21, 10:4, 10:10, 11:13, 15:15, 16:3, 16:7, 16:12, 16:19, 16:25, 17:10, 18:23, 18:24, 19:17, 19:18, 20:6, 20:17, 22:13, 22:15, 25:24, 29:10, 41:12, 50:2, 50:3, 52:1, 52:18, 52:21, 53:13, 55:9, 56:4, 67:22, 68:18, 73:21, 74:3, 74:5, 74:7, 74:8, 74:12, 75:22, 76:25, 77:3, 77:4, 77:15, 77:21, 77:23, 78:1, 78:7, 78:9, 78:15, 78:18, 78:22, 78:23, 79:4, 79:6, 79:9, 80:5, 80:11, 81:5, 87:1, 89:1, 89:24, 90:11, 90:13, 90:16, 92:15, 93:3, 94:2, 94:11, 94:18, 95:1, 95:4, 95:13, 95:22, 96:13, 96:16, 98:5, 98:13, 98:18, 98:23, 98:24, 99:1, 99:21, 100:9

**CARE** [4] - 39:16, 39:18, 43:19

**CAREER** [1] - 37:13

**CAREFULLY** [1] - 40:21

**CARLOUGH** [1] - 83:11

**CARVE** [1] - 47:3

**CARVED** [1] - 53:15

**CARVING** [1] - 44:8

**CASE** [60] - 1:3, 8:18, 8:23, 9:5, 9:11, 15:16, 18:17, 28:23, 29:9, 30:18, 30:21, 32:3, 33:4, 33:5, 34:11, 37:14, 38:9, 43:5, 46:3, 46:19, 51:5, 51:13, 51:15, 52:5, 52:22, 54:2, 54:4, 54:9, 54:12, 55:8, 55:17, 55:23, 56:3, 56:5, 56:7, 56:12, 56:13, 58:10, 59:2, 60:8, 60:14, 68:24, 71:25, 72:19, 80:2, 83:11, 86:21, 87:21, 95:7, 96:7, 96:14, 98:11, 98:12, 98:25, 101:9, 101:21, 105:18, 107:10

**CASES** [12] - 30:14, 30:17, 33:1, 37:17, 38:2, 47:18, 56:2, 93:24, 96:13, 97:12, 98:9

**CASH** [27] - 10:4, 10:10, 11:11, 14:10, 16:6, 16:13, 17:13, 18:2, 18:4, 48:13, 77:1, 77:13, 81:23, 82:24, 89:1, 93:4, 93:7, 93:8, 93:15, 94:4, 95:7, 97:10, 97:24, 100:16, 104:18

**CASHED** [1] - 16:22

**CASHIER** [1] - 82:16

**CASHING** [1] - 103:12

**CATCHALL** [1] - 14:17

**CATEGORIES** [1] - 14:20

**CATEGORY** [1] - 14:21

**CATHERINE** [4] - 2:24, 5:22, 5:23, 47:22

**CAUSATION** [7] - 18:22, 28:1, 28:11, 29:22, 53:8, 72:18, 72:21

**CERTAIN** [4] - 18:25, 35:23, 97:22, 97:23

**CERTAINLY** [4] - 25:16, 80:23, 103:16, 103:18

**CERTIFICATE** [2] - 99:5, 99:7

**CERTIFICATION** [8] - 27:22, 29:23, 30:13, 30:20, 32:20, 33:2, 33:4, 58:17

**CERTIFY** [5] - 4:8, 12:14, 27:4, 32:17, 108:4

**CETERA** [3] - 16:8, 106:22

**CHAIN** [1] - 55:23

**CHALLENGE** [1] - 65:17

**CHANCE** [2] - 44:2, 49:11

**CHANGE** [3] - 71:5, 97:17, 97:18

**CHANNEL** [2] - 87:14, 88:13

**CHANNELS** [1] - 63:1

**CHARACTERISTICS** [1] - 98:25

**CHARGE** [11] - 10:15, 12:7, 13:2, 13:6, 13:18, 14:8, 18:1, 74:9, 75:25, 76:6, 76:9

**CHARGED** [2] - 18:9, 70:18

**CHARGES** [8] - 13:4, 14:12, 29:11, 30:7, 54:19, 54:20, 75:2, 75:13

**CHASE** [3] - 78:17, 78:20, 78:25

**CHECK** [3] - 12:15, 13:9, 100:17

**CHECKED** [1] - 7:12

**CHECKOUT** [2] - 17:3, 63:9

**CHECKS** [2] - 13:8, 17:10

**CHIMICLES** [4] - 2:7, 5:5, 5:11, 57:15

**CHIP** [6] - 23:19, 24:4, 24:6, 24:8, 24:17, 25:2

**CHIP-BASED** [3] - 23:19, 24:17, 25:2

**CHOICE** [1] - 31:6

**CHOICES** [1] - 96:21

**CHOOSE** [3] - 12:13, 13:2, 70:23

**CHOSE** [1] - 83:24

**CIRCLE** [1] - 100:8

**CIRCUIT** [2] - 99:3, 101:16

**CIRCULATED** [1] - 7:17

**CIRCUMSTANCE** [1] - 71:21

**CIRCUMSTANCES** [2] - 58:18, 107:4

**CITE** [1] - 60:8

**CITED** [6] - 67:13, 73:7, 80:2, 83:11, 93:24, 97:12

**CIVIL** [1] - 9:14

**CLAIM** [14] - 12:11, 12:17, 14:25, 17:4, 22:6, 52:16, 52:19, 55:7, 65:5, 65:10, 66:1, 80:17, 81:2, 102:9

**CLAIMANT** [2] - 13:8, 13:12

**CLAIMANTS** [2] - 10:16, 101:22

**CLAIMS** [27] - 8:1, 8:14, 8:16, 8:19, 10:7, 12:1, 12:2, 15:10, 20:4, 20:18, 21:16, 34:1, 34:3, 34:4, 34:6, 34:15, 38:10, 40:9, 41:24, 43:6, 45:24, 65:3, 67:7, 68:21, 79:22, 81:11

**CLAIMS'** [1] - 103:20

**CLARIFIES** [2] - 8:12, 33:12

**CLARIFY** [2] - 35:7, 49:21

**CLASS** [95] - 6:5, 9:12, 9:17, 10:8, 10:9, 10:13, 10:24, 12:12, 16:1, 17:16, 19:5, 20:17, 22:12, 22:23, 26:7, 26:22, 26:25, 27:4, 27:22, 28:15, 28:20, 28:22, 29:6, 29:7, 29:13, 29:15, 29:22, 30:13, 30:19, 30:20, 32:11, 32:14, 32:18, 32:20, 33:2, 33:5, 36:6, 37:25, 38:7, 38:11, 40:14, 40:20, 41:7, 43:24, 46:11, 47:9, 50:1, 51:25, 55:7, 55:19, 58:16, 64:11, 65:2, 65:8, 65:13, 67:1, 67:6, 67:15, 71:24, 72:2, 72:7, 73:7, 74:22, 75:8, 82:5, 82:20, 83:15, 85:19, 86:2, 86:8, 87:12, 89:10, 89:15, 89:16, 90:4, 91:20, 93:5, 94:11, 94:20, 95:12, 95:23, 96:15,

96:21, 96:22, 96:25, 97:1, 98:21, 99:5, 100:10, 100:15, 102:23, 104:11, 104:13

**CLASSIC** [1] - 52:9

**CLEANUP** [2] - 68:12, 68:16

**CLEAR** [7] - 14:16, 18:3, 43:17, 51:16, 55:25, 62:13, 104:6

**CLEARLY** [1] - 83:12

**CLERK** [1] - 3:1

**CLIENT** [1] - 106:9

**CLIENT'S** [1] - 44:23

**CLIENTS** [8] - 41:19, 42:3, 42:7, 45:4, 46:11, 49:22, 51:22, 104:23

**CLOSED** [2] - 28:7, 45:18

**CLOSER** [1] - 64:1

**CM** [1] - 1:19

**CNR** [1] - 98:11

**CO** [1] - 8:5

**CO-COUNSEL** [1] - 8:5

**COAT** [1] - 82:2

**CODES** [1] - 59:24

**COFFEE** [6] - 61:3, 94:7, 96:9, 97:3, 97:16, 99:14

**COFFEES** [1] - 19:16

**COHEN** [2] - 5:13, 5:14

**COKE** [2] - 71:8, 71:10

**COLLEAGUE** [5] - 20:12, 47:22, 49:19, 57:9, 62:16

**COLLEAGUES** [3] - 37:16, 44:3, 49:16

**COLLECT** [1] - 81:20

**COLLECTED** [1] - 77:6

**COLLECTS** [1] - 73:3

**COLORADO** [1] - 67:23

**COME** [21] - 3:18, 15:14, 17:11, 19:15, 19:24, 20:11, 27:14, 34:19, 40:1, 40:2, 40:4, 41:4, 46:6, 60:25, 83:21, 90:3, 90:14, 97:15, 100:24, 105:10, 106:10

**COMES** [2] - 20:20, 20:22

**COMFORTABLE** [2] - 4:2, 58:8

**COMING** [3] - 3:5, 3:7, 48:23
**COMMENCING** [1] - 1:8
**COMMENT** [2] - 43:14, 46:6
**COMMENTED** [1] - 38:13
**COMMENTING** [1] - 39:17
**COMMENTS** [2] - 22:10, 102:4
**COMMITMENT** [1] - 80:13
**COMMITTEE** [2] - 13:25, 58:23
**COMMODITIES** [1] - 100:12
**COMMODITY** [1] - 99:16
**COMMON** [1] - 32:16
**COMMONALITY** [1] - 32:21
**COMMUNICATE** [1] - 107:7
**COMMUNICATES** [1] - 83:25
**COMMUNICATING** [2] - 88:19, 107:24
**COMMUNICATION** [1] - 66:4
**COMMUNICATIONS** [2] - 80:6, 80:18
**COMPANIES** [9] - 26:12, 55:18, 73:23, 73:25, 74:14, 89:22, 89:25, 90:5, 91:15
**COMPANY** [2] - 25:21, 55:23
**COMPARES** [1] - 31:1
**COMPEL** [3] - 72:23, 99:19, 100:6
**COMPENSATE** [1] - 22:14
**COMPENSATED** [1] - 55:5
**COMPENSATING** [1] - 79:24
**COMPENSATION** [2] - 15:16, 54:13
**COMPLAINT** [1] - 73:8
**COMPLETELY** [1] - 77:5
**COMPLEX** [1] - 30:18
**COMPLIANCE** [3] - 23:9, 23:10, 26:8
**COMPONENT** [2] - 60:7, 67:11
**COMPREHENSIVE** [1] - 28:19

**COMPROMISE** [13] - 16:18, 17:15, 18:20, 19:4, 19:6, 19:11, 38:23, 41:24, 69:5, 69:17, 79:19, 89:7, 101:12
**COMPROMISED** [8] - 54:7, 54:18, 70:3, 71:18, 71:19, 72:14, 74:6, 86:13
**COMPROMISING** [1] - 83:13
**COMPUTER** [5] - 1:24, 1:24, 35:21, 54:3, 56:10
**COMPUTER-AIDED** [1] - 1:24
**COMPUTERS** [1] - 90:8
**CONCEPT** [1] - 43:8
**CONCEPTS** [1] - 79:15
**CONCERN** [6] - 36:6, 50:21, 67:19, 102:12, 103:23, 104:21
**CONCERNED** [7] - 3:18, 4:4, 36:16, 40:25, 45:24, 48:13, 48:23
**CONCERNING** [1] - 34:15
**CONCERNS** [7] - 33:22, 34:23, 37:9, 40:22, 41:25, 51:19, 97:6
**CONCLUDE** [1] - 76:4
**CONCLUDED** [1] - 108:3
**CONCLUDES** [1] - 101:16
**CONCLUSION** [2] - 93:6, 101:19
**CONDUCT** [1] - 23:11
**CONDUCTED** [2] - 1:7, 29:3
**CONFIDENTIAL** [1] - 55:22
**CONFIRMS** [1] - 35:18
**CONFUSING** [1] - 86:6
**CONFUSION** [1] - 87:4
**CONNECTION** [4] - 78:19, 84:2, 84:5, 99:24
**CONQUER** [1] - 43:9
**CONSIDER** [3] - 37:12, 60:8, 67:21
**CONSIDERATION** [1]

- 76:7
**CONSIDERING** [1] - 19:15
**CONSTRUCT** [1] - 41:4
**CONSULTANTS** [1] - 91:7
**CONSULTATION** [1] - 59:3
**CONSULTED** [3] - 28:4, 29:13, 29:16
**CONSULTING** [1] - 24:24
**CONSUMER** [43] - 1:17, 2:5, 2:9, 5:3, 5:6, 5:8, 5:12, 5:14, 6:14, 6:18, 6:20, 6:24, 7:25, 8:6, 9:13, 21:7, 35:7, 39:12, 39:23, 39:25, 42:13, 43:12, 46:17, 50:8, 51:3, 52:12, 54:18, 57:20, 69:23, 70:10, 72:19, 76:8, 76:18, 86:20, 93:12, 94:8, 94:16, 99:8, 102:8, 102:13, 102:23, 103:1
**CONSUMER'S** [1] - 104:13
**CONSUMERS** [45] - 9:21, 10:13, 12:5, 15:1, 22:14, 26:5, 37:25, 41:7, 44:9, 48:2, 50:2, 50:3, 50:4, 50:18, 52:1, 52:21, 53:11, 53:13, 53:21, 54:16, 55:21, 56:4, 56:15, 61:2, 67:2, 67:3, 70:8, 70:18, 72:9, 73:2, 73:3, 73:10, 73:13, 77:22, 79:21, 79:22, 86:21, 93:15, 93:18, 94:3, 94:5, 94:7, 98:6, 98:23, 100:13
**CONSUMERS'** [1] - 73:7
**CONTACT** [2] - 66:24, 67:5
**CONTACTED** [1] - 30:5
**CONTEND** [1] - 26:19
**CONTENDING** [1] - 34:9
**CONTENT** [2] - 28:8
**CONTEXT** [3] - 40:10, 46:17, 95:12
**CONTINUE** [2] - 33:21, 49:17

**CONTINUED** [5] - 2:1, 29:20, 92:8, 92:10, 92:13
**CONTRARY** [1] - 82:21
**CONTROL** [1] - 36:7
**CONVENIENCE** [4] - 35:5, 81:22, 91:11, 96:7
**COPYING** [1] - 7:16
**CORE** [1] - 36:5
**CORPORATE** [1] - 69:14
**CORRECT** [12] - 4:24, 13:24, 21:1, 21:6, 70:16, 70:20, 71:7, 75:23, 76:23, 78:6, 84:17, 108:4
**CORRECTLY** [1] - 27:11
**CORRESPONDED** [1] - 29:5
**COST** [9] - 16:18, 23:5, 89:5, 93:11, 94:13, 100:11, 104:8, 104:16
**COSTS** [5] - 10:8, 26:16, 29:20, 93:21, 104:17
**COULD** [51] - 16:9, 17:5, 17:10, 17:17, 19:19, 20:14, 21:20, 21:25, 22:1, 22:20, 23:13, 39:5, 45:23, 46:2, 48:24, 49:9, 51:11, 53:5, 54:14, 56:23, 57:17, 64:6, 65:3, 65:12, 74:17, 80:22, 80:23, 80:25, 81:1, 82:24, 84:14, 86:4, 86:8, 86:9, 86:16, 88:14, 89:10, 93:13, 94:5, 95:5, 96:8, 96:20, 96:22, 98:2, 98:3, 98:17, 99:10, 102:4, 102:5
**COUNSEL** [23] - 1:17, 2:5, 2:9, 2:19, 8:5, 26:8, 28:5, 28:22, 29:13, 29:15, 30:5, 38:7, 39:12, 40:1, 42:5, 42:14, 44:19, 45:21, 45:22, 59:4, 108:2
**COUNSEL'S** [1] - 10:8
**COUNTER** [5] - 45:14, 45:15, 45:16, 63:9, 84:20
**COUNTING** [1] - 78:4
**COUNTRY** [1] - 91:25

**COUNTS** [1] - 90:17
**COUPLE** [4] - 21:21, 27:9, 59:21, 97:11
**COUPON** [15] - 10:21, 11:3, 11:6, 21:3, 21:5, 31:4, 48:14, 94:20, 95:15, 95:16, 95:18, 97:10, 99:24, 100:5
**COUPONS** [7] - 92:25, 93:6, 95:14, 96:13, 96:18, 99:21, 99:22
**COURSE** [11] - 30:7, 32:25, 36:23, 59:5, 60:13, 61:15, 69:10, 70:2, 81:10, 99:20, 101:21
**COURT** [202] - 1:1, 1:19, 3:1, 3:2, 3:19, 3:22, 3:23, 4:14, 4:15, 4:18, 4:21, 4:25, 5:25, 6:7, 6:25, 7:11, 7:16, 8:2, 8:12, 8:25, 9:6, 10:19, 11:6, 11:17, 11:20, 11:23, 12:10, 13:7, 13:22, 13:25, 14:19, 15:13, 15:23, 16:4, 16:16, 16:21, 17:8, 18:18, 19:7, 19:12, 19:21, 19:23, 20:1, 20:5, 20:10, 20:23, 21:2, 21:11, 22:8, 23:21, 23:24, 25:9, 25:17, 26:6, 26:13, 26:24, 27:1, 27:11, 30:16, 31:14, 31:18, 32:17, 32:24, 33:3, 33:8, 33:14, 34:20, 34:22, 35:2, 35:5, 36:18, 38:5, 39:2, 39:11, 39:15, 39:25, 40:13, 40:17, 41:13, 41:22, 42:8, 42:13, 42:18, 42:21, 42:23, 43:1, 43:7, 43:17, 44:1, 44:13, 45:13, 48:11, 48:16, 49:12, 49:15, 50:11, 50:15, 52:8, 53:19, 53:23, 54:8, 54:10, 54:24, 55:11, 56:16, 57:2, 57:6, 57:10, 57:12, 57:14, 58:2, 58:16, 59:2, 59:8, 59:14, 60:8, 60:25, 61:2, 62:4, 62:9, 62:18, 63:3, 63:20, 64:3, 64:13, 64:15, 64:18, 64:22, 65:24, 66:8,

66:14, 67:18, 67:25, 68:7, 68:10, 68:12, 68:15, 70:13, 70:17, 70:21, 71:5, 75:6, 75:15, 75:21, 76:14, 76:20, 77:5, 77:14, 77:18, 78:3, 78:11, 79:8, 80:3, 80:15, 80:20, 81:14, 82:6, 84:15, 84:19, 84:22, 85:9, 86:3, 86:7, 86:14, 87:16, 88:1, 88:7, 88:16, 89:21, 91:1, 91:19, 92:20, 93:7, 93:19, 95:2, 95:11, 96:3, 97:14, 98:2, 98:7, 98:20, 99:6, 99:16, 100:4, 100:18, 100:20, 100:22, 100:24, 101:10, 101:16, 102:3, 102:18, 102:24, 104:15, 105:6, 105:18, 105:25, 106:17, 107:8, 107:12, 108:10
**COURT'S** [5] - 26:21, 41:2, 49:8, 101:6, 101:19
**COURTHOUSE** [3] - 1:6, 1:20, 45:15
**COURTROOM** [2] - 3:9, 37:15
**COURTS** [8] - 30:10, 33:1, 60:11, 95:17, 96:11, 97:6, 97:12, 101:22
**COVER** [1] - 76:10
**COVERAGE** [2] - 60:11, 87:19
**COVERED** [1] - 65:16
**COVID** [2] - 4:10, 42:17
**COYLE** [2] - 6:2, 107:3
**CRACK** [1] - 107:22
**CREATE** [1] - 87:4
**CREDIT** [40] - 9:16, 12:18, 12:20, 14:15, 17:18, 18:23, 19:1, 23:2, 30:3, 41:11, 52:1, 53:13, 55:9, 72:10, 74:14, 75:8, 75:14, 76:6, 76:16, 76:25, 77:3, 77:4, 77:12, 78:18, 78:19, 79:16, 79:17, 79:22, 82:9, 82:23, 85:5, 85:6, 85:23, 86:9, 87:1, 89:22, 90:5,

90:11, 90:16, 105:3
**CREDIT-CARD-USING** [1] - 76:16
**CREDITED** [1] - 79:9
**CREDITS** [1] - 89:23
**CRIMINALS** [1] - 47:17
**CRITICAL** [2] - 23:14, 81:19
**CRITICISMS** [1] - 27:13
**CROSS** [1] - 48:3
**CRUSH** [1] - 38:15
**CUP** [3] - 45:4, 96:9, 97:16
**CURIOSITY** [1] - 76:15
**CURIOUS** [1] - 77:7
**CURRENT** [7] - 40:16, 57:22, 57:24, 61:25, 66:16, 83:17, 103:9
**CURRENTLY** [1] - 100:4
**CUSTOMER** [11] - 31:5, 76:16, 85:1, 85:3, 88:18, 90:15, 91:9, 91:14, 92:3, 92:12, 94:25
**CUSTOMERS** [30] - 11:15, 11:16, 15:18, 19:15, 22:11, 22:12, 22:25, 25:18, 25:22, 25:23, 25:25, 26:3, 26:5, 30:4, 50:8, 67:19, 68:24, 74:20, 81:8, 83:23, 83:25, 84:3, 85:18, 85:19, 86:25, 87:8, 87:10, 91:6, 91:7, 102:15
**CUTS** [1] - 98:4

**D**

**DAMAGE** [8] - 13:5, 18:16, 27:22, 30:8, 41:6, 45:25, 54:21, 71:16
**DAMAGES** [14] - 28:1, 28:11, 29:4, 29:7, 29:10, 29:11, 29:22, 30:12, 53:8, 53:15, 54:12, 72:18, 72:21, 79:15
**DARK** [5] - 29:14, 47:12, 73:21, 74:4, 74:12
**DATA** [36] - 1:4, 9:12, 9:15, 14:18, 18:15, 23:8, 29:14, 29:17, 30:14, 30:17, 30:19, 31:2, 31:3, 31:5,

31:6, 31:10, 32:16, 33:1, 51:10, 51:13, 51:24, 52:6, 55:5, 61:21, 63:24, 70:2, 71:5, 71:18, 72:19, 74:11, 77:6, 77:10, 77:14, 87:12, 87:22, 88:4
**DATABASE** [3] - 69:6, 69:13, 69:16
**DATE** [3] - 21:6, 61:17, 108:9
**DATES** [1] - 9:16
**DAVE** [1] - 47:24
**DAVID** [2] - 2:24, 5:23
**DAY** [7] - 4:18, 7:17, 21:9, 23:1, 36:2, 42:16, 69:4, 69:7, 69:19, 70:11, 70:12, 70:22, 70:23, 70:25, 71:8, 83:19, 106:18
**DAYLIGHT** [1] - 107:23
**DAYS** [5] - 24:19, 48:21, 65:9, 65:10, 68:13
**DE** [2] - 90:9, 90:18
**DE-DUPLICATE** [2] - 90:9, 90:18
**DEAL** [4] - 40:7, 49:9, 83:22, 101:23
**DEALING** [2] - 37:1, 47:17
**DEALT** [2] - 40:10, 53:7
**DEATH** [1] - 72:6
**DEBIT** [12] - 9:16, 30:3, 41:12, 77:12, 79:23, 82:9, 82:24, 85:5, 85:6, 85:24, 87:1, 90:11
**DECEMBER** [10] - 8:15, 9:19, 34:5, 34:13, 51:18, 52:18, 60:2, 77:10, 82:11, 87:21
**DECIDE** [1] - 103:3
**DECIDING** [1] - 26:22
**DECISION** [6] - 26:21, 30:15, 99:10, 101:9, 105:21, 106:3
**DECISIONS** [1] - 99:18
**DECLARATION** [5] - 9:25, 22:9, 28:16, 61:15, 67:16
**DEEP** [1] - 69:14
**DEEPER** [1] - 71:2
**DEFAULT** [1] - 58:25
**DEFENDANT** [5] - 7:7,

7:10, 18:21, 19:9, 42:4
**DEFENDANT'S** [1] - 96:17
**DEFENDANTS** [1] - 7:5
**DEFENSE** [2] - 28:5, 43:7
**DEFINED** [3] - 50:1, 67:1, 95:16
**DEFINITELY** [1] - 57:1
**DEFINITION** [4] - 37:25, 43:25, 51:25, 53:21
**DEGREE** [4] - 10:12, 18:22, 19:1, 101:15
**DEGREES** [1] - 17:24
**DELAWARE** [1] - 42:22
**DELAYED** [1] - 14:14
**DELAYS** [1] - 29:20
**DELIBERATIVE** [1] - 28:19
**DELIVERY** [1] - 20:2
**DEMAND** [1] - 43:5
**DEPARTMENT** [1] - 81:25
**DEPEND** [2] - 63:20, 84:15
**DEPENDS** [2] - 63:23, 98:7
**DEPOSIT** [1] - 69:12
**DERIVATIVE** [1] - 25:17
**DESCEND** [1] - 36:25
**DESCRIBE** [3] - 10:20, 35:16, 93:1
**DESCRIBED** [3] - 14:5, 26:19, 66:18
**DESCRIPTION** [1] - 101:6
**DESIGNED** [1] - 67:10
**DESK** [2] - 105:4, 106:24
**DETAIL** [5] - 14:24, 27:7, 32:19, 35:12, 35:17
**DETAILED** [1] - 27:20
**DETAILS** [2] - 29:1, 29:17
**DETERMINATION** [1] - 101:24
**DETERMINES** [1] - 13:23
**DETERMINING** [1] - 12:11
**DEVELOPED** [2] - 51:6, 72:6
**DEVER** [3] - 2:22, 6:22
**DIANE** [2] - 9:24,

63:12
**DID** [43] - 10:15, 17:17, 18:1, 21:12, 28:6, 33:25, 35:20, 36:12, 38:14, 39:21, 40:1, 40:4, 42:2, 42:3, 42:6, 42:12, 42:14, 43:14, 48:3, 52:1, 52:25, 60:2, 60:5, 64:15, 67:18, 67:21, 73:21, 73:22, 76:3, 76:4, 76:6, 76:11, 77:18, 84:7, 89:21, 92:2, 92:11, 92:12, 98:12, 99:21, 101:22, 102:21
**DIDN'T** [7] - 10:25, 18:9, 42:15, 53:18, 56:12, 75:13
**DIFFERENCE** [2] - 10:20, 53:14
**DIFFERENCES** [1] - 28:13
**DIFFERENT** [34] - 17:8, 17:24, 21:22, 38:9, 38:11, 41:3, 47:5, 50:18, 51:23, 54:2, 54:9, 54:14, 54:15, 54:17, 64:13, 70:7, 70:17, 71:2, 71:10, 71:20, 71:21, 72:11, 72:15, 90:16, 92:25, 95:21, 99:1, 99:13, 99:19, 101:18, 102:18, 102:19, 103:25, 104:1
**DIFFERENTIAL** [1] - 55:25
**DIFFERENTLY** [8] - 38:3, 38:12, 38:19, 50:9, 69:18, 95:13, 96:24, 103:3
**DIFFICULT** [2] - 24:21, 47:18
**DIGITAL** [1] - 56:10
**DIME** [1] - 11:2
**DIP** [3] - 69:24, 92:11, 92:12
**DIPS** [1] - 85:2
**DIRECT** [5] - 69:12, 89:14, 89:17, 103:18, 104:8
**DIRECTLY** [3] - 40:7, 79:9, 86:10
**DISAGREEMENT** [2] - 37:20, 39:3
**DISAPPEAR** [1] - 105:14
**DISCONNECT** [1] -

66:23
**DISCONNECTS** [1] - 59:22
**DISCOUNT** [14] - 11:5, 41:10, 55:1, 55:9, 70:15, 70:25, 71:2, 71:9, 71:10, 82:14, 82:16, 95:18, 98:13
**DISCOVERED** [1] - 87:21
**DISCOVERY** [2] - 29:1, 41:16
**DISCUSS** [1] - 27:9
**DISCUSSED** [3] - 22:19, 49:24, 107:8
**DISCUSSING** [1] - 92:24
**DISCUSSION** [5] - 44:5, 44:12, 44:19, 103:20, 104:1
**DISCUSSIONS** [3] - 27:25, 44:7, 44:8
**DISMISSAL** [3] - 39:11, 39:14, 43:18
**DISPENSATION** [1] - 45:18
**DISPUTE** [3] - 69:4, 69:7, 75:3
**DISTANCED** [1] - 3:15
**DISTINCT** [1] - 103:24
**DISTINGUISH** [1] - 101:5
**DISTINGUISHABLE** [2] - 98:12, 99:4
**DISTRIBUTE** [1] - 95:4
**DISTRIBUTION** [1] - 95:7
**DISTRIBUTIONS** [1] - 10:17
**DISTRICT** [6] - 1:1, 1:2, 7:14, 58:16, 60:10, 95:17
**DISTRICT'S** [1] - 4:10
**DITTMAN** [15] - 38:3, 38:17, 39:18, 47:6, 55:14, 55:15, 55:17, 55:24, 68:20, 68:21, 69:1, 72:22, 73:15, 101:4, 101:25
**DIVERSE** [3] - 101:13, 101:23, 103:24
**DIVERSITY** [1] - 101:15
**DIVIDE** [1] - 43:9
**DO** [87] - 4:11, 4:16, 10:19, 11:17, 12:18, 12:23, 15:4, 15:6, 15:7, 15:11, 16:19, 17:3, 19:7, 19:15, 21:16, 21:18, 32:25,

33:24, 34:18, 37:20, 39:16, 39:18, 41:13, 42:6, 42:13, 43:19, 45:22, 46:7, 47:4, 48:5, 48:9, 49:8, 49:16, 50:11, 50:13, 52:8, 54:12, 56:17, 56:19, 57:3, 58:2, 59:2, 60:17, 60:19, 61:8, 64:23, 65:5, 67:25, 71:15, 74:1, 76:24, 80:3, 80:22, 81:5, 81:13, 82:3, 82:6, 82:8, 83:5, 84:14, 87:3, 89:9, 89:18, 89:25, 91:5, 92:1, 92:15, 93:4, 94:11, 94:20, 95:1, 95:23, 96:22, 98:1, 105:18, 106:1, 106:3, 107:1, 107:12
**DOCUMENTATION** [1] - 13:20
**DOCUMENTS** [3] - 28:3, 28:24, 29:9
**DOES** [44] - 4:8, 8:16, 13:5, 17:22, 20:10, 21:24, 23:24, 34:6, 34:22, 35:10, 46:9, 46:10, 47:8, 50:15, 52:13, 52:15, 55:16, 55:20, 63:22, 67:5, 69:24, 70:10, 70:21, 70:24, 71:5, 75:7, 76:15, 77:14, 81:5, 81:12, 81:20, 82:3, 83:1, 86:24, 89:5, 91:7, 93:11, 95:13, 99:22, 99:25, 100:11, 101:4, 105:10
**DOESN'T** [2] - 63:20, 84:15
**DOING** [3] - 26:1, 48:4, 78:25
**DOLLAR** [3] - 75:16, 77:4, 97:2
**DOLLARS** [8] - 78:1, 78:3, 78:4, 78:7, 78:9, 89:9, 93:17, 100:12
**DON** [3] - 5:17, 35:1, 101:1
**DON'T** [77] - 4:10, 11:1, 12:22, 15:1, 15:20, 16:2, 18:20, 21:19, 23:22, 24:13, 26:1, 35:14, 36:2, 36:6, 36:7, 37:2, 37:7, 38:25, 41:15,

41:24, 42:10, 42:11, 42:16, 43:4, 45:12, 46:14, 46:22, 47:3, 47:4, 48:20, 49:7, 51:4, 52:10, 53:13, 53:14, 55:10, 60:17, 62:1, 62:18, 63:10, 64:19, 64:20, 72:12, 75:9, 75:12, 76:10, 76:23, 79:5, 80:17, 81:7, 82:3, 82:4, 82:5, 82:8, 82:11, 82:13, 83:6, 83:13, 85:17, 85:23, 89:16, 96:6, 96:10, 96:25, 100:5, 102:17, 103:22, 104:10, 104:12, 104:22, 105:5, 105:9, 105:25, 107:19, 107:22
**DONALD** [1] - 2:10
**DONALDSON** [1] - 2:7
**DONALDSON-SMITH** [1] - 2:7
**DONE** [12] - 4:24, 40:24, 42:2, 43:20, 46:20, 57:5, 59:3, 73:15, 81:23, 98:2, 98:3, 100:18
**DOUBLE** [2] - 106:10, 107:14
**DOVETAILS** [1] - 83:23
**DOWN** [6] - 38:15, 41:22, 46:25, 61:25, 65:19, 105:12
**DRAFTED** [1] - 34:11
**DRINK** [1] - 61:3
**DRIVE** [1] - 72:18
**DRIVES** [4] - 24:18, 69:8, 70:7, 72:22
**DROVE** [4] - 76:12, 79:14, 79:18, 79:25
**DUAL** [11] - 50:11, 50:14, 50:15, 50:25, 54:13, 56:25, 68:20, 69:1, 69:8, 81:17, 101:6
**DUE** [3] - 14:14, 18:25, 105:19
**DUPLICATE** [2] - 90:9, 90:18
**DURING** [19] - 8:15, 9:22, 10:14, 12:6, 12:19, 13:17, 43:18, 52:21, 57:22, 63:25, 64:10, 65:2, 67:4, 70:2, 75:8, 82:10,

82:20, 90:12, 90:16
**DUTIES** [1] - 38:7
**DUTY** [12] - 38:18, 40:23, 55:18, 55:22, 56:1, 72:24, 73:2, 73:4, 73:14, 73:17, 102:15
**DYNAMIC** [1] - 54:25
**DYNAMICS** [1] - 76:12

# E

**E-MAIL** [25] - 20:17, 20:19, 20:22, 21:9, 21:14, 21:15, 21:19, 21:25, 22:2, 46:9, 46:23, 47:1, 47:2, 48:11, 58:21, 66:6, 80:9, 80:12, 81:2, 81:7, 81:13, 82:1, 84:14, 90:24
**E-MAILED** [1] - 21:25
**E-MAILING** [1] - 81:6
**E-MAILS** [5] - 67:9, 80:10, 81:9, 81:10, 81:11
**E.K** [1] - 1:9
**EACH** [7] - 12:1, 12:3, 32:2, 32:12, 32:20, 37:17, 59:2
**EARFUL** [1] - 45:8
**EARLIEST** [1] - 35:5
**EARLY** [1] - 31:19
**EARNED** [1] - 60:7
**EARS** [1] - 45:4
**EASILY** [4] - 15:1, 17:22, 19:17, 23:13
**EASTERN** [4] - 1:2, 4:9, 7:14, 95:17
**EASY** [7] - 12:22, 12:23, 15:9, 17:2, 42:4, 65:23, 67:24
**EAT** [1] - 71:3
**ECOMMERCE** [1] - 84:3
**ECONOMIC** [1] - 102:16
**ECONOMICAL** [1] - 36:21
**ECONOMIST** [1] - 104:17
**EFFECT** [2] - 28:2, 91:21
**EFFECTING** [1] - 95:6
**EFFECTIVE** [5] - 22:14, 60:22, 89:5, 89:12, 107:25
**EFFICACY** [1] - 12:11
**EFFICIENT** [2] - 36:21, 89:13

**EFFORT** [3] - 37:6, 90:22, 101:23
**EGGS** [2] - 94:7, 99:14
**EITHER** [5] - 21:14, 37:3, 54:19, 72:6, 89:23
**ELECTRONIC** [4] - 20:21, 47:25, 88:18, 88:23
**ELECTRONICALLY** [3] - 15:5, 21:20, 22:7
**ELEMENTS** [3] - 8:22, 11:9, 23:4
**ELICIT** [1] - 37:9
**ELIGIBLE** [1] - 10:16
**ELIMINATE** [1] - 37:10
**ELSE** [15] - 3:6, 3:7, 6:10, 37:6, 50:5, 60:5, 66:20, 70:9, 73:22, 82:18, 83:1, 83:5, 84:14, 91:13, 98:18
**EMPHASIZED** [1] - 22:11
**EMPLOYED** [1] - 57:22
**EMPLOYEE** [51] - 2:14, 5:18, 5:20, 5:24, 8:9, 8:18, 8:20, 27:14, 33:7, 33:15, 33:25, 34:7, 34:24, 36:6, 41:14, 47:9, 50:21, 51:8, 52:14, 52:16, 55:1, 59:15, 59:17, 69:6, 69:9, 69:13, 70:15, 70:24, 71:7, 71:9, 79:21, 82:12, 82:14, 82:15, 82:16, 82:18, 83:1, 85:16, 96:12, 97:12, 98:9, 99:2, 101:1, 101:5, 102:6, 102:7, 102:8, 102:13, 103:9, 105:3
**EMPLOYEE'S** [2] - 82:17, 102:9
**EMPLOYEES** [80] - 38:1, 38:3, 38:13, 38:24, 39:17, 39:23, 40:16, 41:8, 41:11, 41:17, 41:19, 41:20, 41:23, 42:10, 43:16, 43:23, 43:25, 44:8, 44:9, 44:23, 44:24, 45:25, 48:1, 49:10, 50:3, 50:4, 50:8, 50:18, 50:22, 50:25, 51:10, 51:12, 51:24, 52:2, 52:3, 52:17, 52:20, 53:11, 53:12,

53:22, 54:7, 54:17, 55:16, 55:20, 56:2, 56:9, 57:19, 57:20, 57:22, 57:25, 58:4, 58:11, 61:25, 66:16, 66:25, 67:2, 69:20, 72:11, 72:23, 73:16, 79:16, 82:7, 82:9, 82:19, 82:22, 83:4, 83:6, 83:9, 83:16, 83:17, 101:8, 102:20, 102:22, 103:8, 103:17, 104:7, 104:22
**EMPLOYEES'** [3] - 43:6, 101:25, 102:1
**EMPLOYER** [1] - 47:7
**EMPLOYERS** [1] - 72:23
**EMPLOYMENT** [2] - 8:17, 8:19
**EMPLOYMENT-RELATED** [2] - 8:17, 8:19
**EMV** [2] - 23:18, 23:21
**ENCOMPASSES** [1] - 8:13
**ENCRYPT** [1] - 23:16
**END** [4] - 23:1, 27:2, 37:10, 103:5
**ENDED** [2] - 19:14, 64:25
**ENGENDER** [1] - 103:20
**ENJOY** [3] - 92:10, 92:13, 96:25
**ENOUGH** [5] - 7:2, 34:2, 65:16, 67:24, 89:2
**ENTIRE** [2] - 37:13, 87:11
**ENTIRELY** [1] - 72:18
**ENTITLED** [4] - 87:5, 87:13, 97:1, 108:6
**ENVELOPE** [1] - 104:20
**ENVIRONMENT** [2] - 29:18, 38:16
**EQUITABLE** [1] - 32:15
**EQUITABLY** [1] - 32:12
**EQUIVALENT** [1] - 11:11
**ESOTERIC** [1] - 102:11
**ESPECIALLY** [2] - 22:24, 47:1
**ESQUIRE** [15] - 1:12, 1:13, 2:2, 2:6, 2:10,

2:15, 2:16, 2:21, 2:22, 2:22, 2:23, 2:23, 2:24, 2:24, 2:25
**ESTIMATION** [1] - 26:15
**ET** [3] - 16:7, 16:8, 106:22
**EUROPAY/MASTERCARD/VISA** [1] - 24:2
**EVALUATE** [2] - 59:2, 107:1
**EVALUATION** [1] - 13:11
**EVEN** [20] - 7:14, 7:17, 15:21, 18:9, 18:23, 28:6, 40:2, 46:15, 58:2, 60:18, 63:11, 64:8, 65:23, 75:14, 79:6, 90:22, 91:21, 92:9, 99:21
**EVENT** [1] - 76:8
**EVENTS** [1] - 35:14
**EVER** [1] - 46:12
**EVERY** [9] - 19:1, 72:19, 83:19, 85:10, 85:11, 85:12, 88:2, 88:12, 92:5
**EVERYBODY** [15] - 3:2, 4:8, 4:12, 7:1, 7:11, 12:14, 12:20, 15:22, 22:2, 24:3, 48:20, 49:1, 49:12, 50:5
**EVERYBODY'S** [1] - 7:3
**EVERYDAY** [2] - 94:6
**EVERYONE** [2] - 46:12, 60:3
**EVERYTHING** [4] - 36:3, 70:9, 81:16, 91:13
**EX** [1] - 58:3
**EXACT** [4] - 23:22, 69:23, 70:10, 77:22
**EXACTLY** [6] - 71:12, 71:23, 78:13, 86:11, 86:19, 99:17
**EXAMINE** [1] - 48:3
**EXAMINED** [2] - 28:2, 28:24
**EXAMPLE** [7] - 13:23, 31:2, 34:9, 48:20, 55:10, 59:16, 103:9
**EXCEL** [1] - 67:8
**EXCEPT** [3] - 43:7, 64:3, 88:16
**EXCEPTION** [1] - 52:2
**EXCLUDED** [1] - 51:2

**EXCLUSION** [1] - 40:15
**EXCUSE** [2] - 31:7, 46:25
**EXECUTIVES** [1] - 40:15
**EXIST** [2] - 48:21, 67:5
**EXISTENCE** [1] - 55:21
**EXISTS** [2] - 67:6, 105:20
**EXPECT** [2] - 76:21, 106:20
**EXPECTATION** [2] - 16:22, 96:3
**EXPECTING** [1] - 104:24
**EXPENSE** [1] - 100:11
**EXPENSES** [7] - 10:8, 14:9, 14:15, 14:16, 14:17, 18:5, 31:25
**EXPENSIVE** [2] - 15:25, 95:4
**EXPERIENCE** [7] - 10:15, 10:25, 13:5, 24:3, 72:9, 72:11, 104:12
**EXPERIENCED** [6] - 10:12, 12:7, 14:8, 27:19, 28:17, 30:6
**EXPERT** [6] - 23:8, 29:13, 35:13, 35:23, 36:10, 48:3
**EXPERTS** [11] - 24:23, 24:24, 24:25, 25:6, 28:5, 31:25, 46:24, 47:16, 48:4, 59:5, 105:24
**EXPIRATION** [3] - 9:16, 19:10, 21:6
**EXPIRE** [1] - 19:7
**EXPLAINED** [1] - 25:12
**EXPLAINING** [2] - 4:22, 11:24
**EXPLAINS** [1] - 32:19
**EXPLICIT** [2] - 34:12, 56:6
**EXPLICITLY** [1] - 52:16
**EXPOSED** [3] - 72:3, 72:4, 72:5
**EXPRESS** [1] - 80:25
**EXPRESSED** [2] - 97:6, 97:13
**EXPRESSING** [1] - 67:19
**EXTENSIVE** [1] - 60:14
**EXTENT** [6] - 7:4,

27:24, 28:11, 35:22, 52:20, 56:6
**EXTRA** [1] - 73:6
**EXTREMELY** [2] - 12:23, 107:25

# F

**FACE** [1] - 96:4
**FACEBOOK** [2] - 31:10, 60:9
**FACED** [1] - 29:21
**FACILITATES** [1] - 3:19
**FACING** [1] - 88:23
**FACT** [14] - 17:6, 21:23, 30:1, 44:6, 50:24, 53:6, 54:1, 72:1, 74:12, 75:1, 85:15, 87:3, 90:1, 100:4
**FACTOR** [2] - 32:20, 94:1
**FACTS** [3] - 28:23, 29:4, 29:6
**FACTUAL** [1] - 27:22
**FAIR** [8] - 19:5, 20:8, 27:3, 27:6, 41:25, 95:2, 100:1, 101:12
**FAIRLY** [1] - 54:24
**FAIRNESS** [3] - 43:4, 43:17, 99:7
**FAMILIAR** [3] - 13:7, 24:3, 71:25
**FAMILY** [1] - 21:15
**FANCY** [1] - 104:17
**FAR** [8] - 3:13, 3:18, 4:4, 22:11, 35:10, 35:15, 60:22, 107:25
**FARMS** [2] - 45:7, 104:23
**FASHION** [2] - 6:10, 95:5
**FAST** [1] - 91:12
**FASTER** [1] - 87:10
**FAULT** [2] - 42:5, 52:6
**FAULTING** [1] - 42:12
**FAVORABLY** [1] - 31:1
**FCRR** [1] - 1:19
**FEATURES** [2] - 25:9, 96:19
**FEDERAL** [5] - 7:14, 7:15, 9:14, 32:3, 67:14
**FEEL** [4] - 16:19, 25:23, 41:1, 107:10
**FEELS** [1] - 69:18
**FEES** [9] - 10:8, 14:12, 14:13, 14:15, 31:12,

31:21, 99:24, 100:3
**FEET** [2] - 38:15, 45:7
**FELT** [1] - 27:15
**FERRET** [1] - 36:24
**FEW** [1] - 34:23
**FIELD** [2] - 30:19, 91:10
**FIGURE** [3] - 49:5, 77:19, 107:21
**FIGURED** [1] - 76:21
**FILE** [5] - 14:25, 20:4, 22:6, 66:1, 80:16
**FILED** [4] - 8:11, 9:25, 88:7
**FILING** [2] - 61:18, 81:2
**FILL** [1] - 69:10
**FILM** [1] - 7:18
**FINAL** [6] - 27:3, 27:5, 28:6, 32:9, 32:18, 47:10
**FINALLY** [2] - 6:3, 97:9
**FINANCIAL** [2] - 6:5, 106:22
**FIND** [4] - 27:2, 33:2, 64:20, 87:6
**FINE** [10] - 2:2, 5:8, 6:23, 8:25, 33:23, 42:2, 42:3, 59:12, 68:2, 86:22
**FINER** [1] - 33:20
**FINITE** [2] - 104:14, 104:16
**FIRM** [4] - 4:7, 5:5, 6:13, 57:15
**FIRST** [10] - 3:4, 8:5, 19:13, 27:16, 39:20, 44:16, 49:21, 62:12, 63:15, 89:19
**FITS** [1] - 47:7
**FIX** [1] - 47:10
**FLOOR** [1] - 2:3
**FLOORS** [1] - 11:25
**FLY** [1] - 4:7
**FOCUS** [3] - 3:9, 65:25, 71:24
**FOCUSED** [3] - 27:25, 28:10, 99:3
**FOCUSES** [1] - 3:7
**FOLKS** [7] - 33:15, 38:18, 41:20, 45:3, 66:19, 105:6, 107:19
**FOLLOW** [1] - 4:9
**FOLLOWING** [3] - 3:15, 58:18, 96:19
**FOLLOWS** [2] - 3:11, 31:17
**FOOD** [5] - 71:3, 76:18, 91:11, 91:12,

94:7
**FOOTNOTE** [1] - 107:17
**FOOTNOTES** [2] - 107:15, 107:16
**FOR** [174] - 1:2, 1:17, 2:5, 2:9, 2:14, 2:19, 3:5, 3:16, 5:1, 5:3, 5:8, 5:12, 5:14, 5:17, 5:20, 6:5, 6:17, 7:3, 7:5, 7:6, 7:9, 7:25, 8:6, 9:2, 10:7, 10:24, 11:10, 12:10, 12:16, 12:24, 13:11, 13:23, 15:9, 15:21, 16:11, 16:18, 17:12, 17:16, 18:7, 18:9, 18:14, 19:5, 19:16, 20:9, 21:10, 21:22, 22:1, 22:5, 22:15, 24:11, 24:21, 25:18, 25:19, 25:21, 25:22, 25:25, 26:19, 27:4, 29:15, 29:19, 31:2, 31:4, 31:9, 31:21, 31:24, 32:1, 32:2, 32:18, 33:3, 34:8, 36:2, 36:8, 36:23, 37:13, 42:3, 42:6, 42:19, 43:23, 46:11, 46:13, 46:25, 47:13, 48:1, 48:14, 48:19, 48:20, 48:24, 49:10, 49:23, 51:21, 52:1, 52:2, 52:9, 52:12, 52:13, 52:16, 53:2, 53:11, 55:5, 58:12, 58:14, 62:6, 62:10, 62:11, 64:16, 65:10, 65:19, 65:23, 66:12, 66:17, 67:12, 67:15, 68:5, 68:15, 69:7, 69:12, 69:19, 70:23, 70:25, 72:22, 73:11, 73:16, 74:16, 74:19, 75:5, 78:8, 78:18, 79:16, 79:17, 79:21, 79:22, 79:24, 80:4, 80:9, 80:10, 80:14, 81:2, 81:3, 81:6, 81:7, 81:11, 82:16, 85:18, 87:11, 88:6, 89:1, 89:2, 90:2, 92:23, 93:9, 93:11, 93:17, 94:6, 96:9, 96:20, 98:14, 99:18, 100:12, 101:1, 101:13, 102:7, 102:21, 103:9, 105:14, 105:24, 107:22
**FORCED** [3] - 75:4, 76:2, 76:8
**FOREGOING** [1] - 108:4
**FORENSIC** [1] - 28:25
**FORFEIT** [1] - 97:7
**FORGET** [1] - 65:21
**FORM** [5] - 15:16, 60:19, 62:25, 67:14, 93:18
**FORMER** [13] - 40:16, 41:20, 57:22, 58:3, 58:11, 59:15, 59:16, 61:25, 66:25, 83:9, 83:16, 104:7, 104:21
**FORMS** [1] - 69:10
**FORMULATE** [1] - 53:9
**FORMULATED** [1] - 25:7
**FORTH** [1] - 52:4
**FORWARD** [1] - 41:23
**FOUND** [6] - 28:9, 78:24, 89:11, 96:16, 101:16, 107:20
**FOUR** [11] - 40:15, 62:6, 62:8, 62:9, 62:19, 63:10, 65:11, 65:23, 68:19, 84:10, 104:24
**FOUR-WEEK** [1] - 84:10
**FOURTH** [1] - 68:22
**FRANKLY** [7] - 49:12, 60:18, 63:16, 66:19, 67:9, 81:5, 90:22
**FRAUD** [18] - 10:25, 13:1, 13:2, 13:3, 13:19, 14:12, 14:14, 18:23, 19:1, 29:11, 30:3, 30:6, 74:2, 74:13, 74:15, 74:17, 74:20, 74:22
**FRAUDULENT** [16] - 10:15, 12:7, 13:6, 13:21, 14:8, 17:25, 18:10, 27:24, 30:7, 54:19, 54:20, 75:2, 75:13, 75:25, 76:5, 76:9
**FREE** [5] - 8:18, 11:6, 11:7, 47:22, 83:5
**FREELY** [3] - 97:9, 98:19, 105:8
**FREEZE** [1] - 14:15
**FREQUENCY** [1] - 99:12
**FREQUENTLY** [1] - 92:6
**FRIEND** [4] - 21:14,

38:3, 47:6, 68:20
**FRIENDS** [4] - 37:7, 37:12, 37:16, 43:11
**FROM** [62] - 3:7, 3:14, 5:5, 5:11, 5:14, 6:2, 6:4, 6:7, 6:13, 6:23, 9:18, 11:19, 14:13, 16:3, 19:21, 19:22, 20:11, 20:22, 21:7, 27:14, 28:15, 28:17, 29:8, 34:24, 35:1, 37:2, 39:6, 43:7, 44:24, 45:9, 47:23, 48:7, 50:18, 50:20, 51:2, 57:14, 57:15, 60:9, 61:10, 61:22, 63:25, 65:8, 65:17, 65:22, 70:5, 70:17, 72:4, 73:3, 73:5, 74:24, 79:21, 81:20, 82:10, 83:23, 89:22, 90:21, 99:3, 99:4, 104:12, 108:5
**FRONT** [4] - 37:10, 45:1, 60:22, 87:24
**FRONTLINE** [1] - 45:2
**FUEL** [5] - 23:20, 24:15, 24:20, 62:14, 85:2
**FULL** [3] - 94:12, 94:21, 97:1
**FULLY** [6] - 20:10, 22:15, 25:12, 32:9, 32:23, 41:11
**FULTON** [2] - 30:17, 33:4
**FULTON-GREEN** [2] - 30:17, 33:4
**FUND** [1] - 31:9
**FUNDAMENTAL** [1] - 37:24
**FUNGIBLE** [1] - 93:7
**FUNNY** [1] - 74:9
**FURNITURE** [1] - 96:15
**FURTHER** [1] - 46:2
**FUTURE** [7] - 15:19, 25:2, 30:11, 38:10, 72:3, 95:19, 101:21

## G

**GAME** [1] - 3:11
**GAMES** [1] - 31:7
**GAMING** [1] - 31:5
**GAS** [8] - 15:22, 15:23, 24:10, 24:20, 24:21, 76:18, 91:11
**GATHER** [1] - 29:17
**GATHERED** [2] - 70:4,

81:10
**GAVE** [2] - 45:18, 89:19
**GENE** [1] - 1:9
**GENERAL** [3] - 31:19, 80:12, 99:3
**GENERALLY** [1] - 13:1
**GEORGINE** [1] - 101:9
**GERARD** [1] - 2:22
**GET** [74] - 9:8, 11:5, 12:23, 14:10, 14:20, 14:25, 15:2, 15:21, 16:3, 17:13, 17:16, 18:1, 18:4, 18:9, 18:11, 18:18, 19:4, 21:9, 21:15, 22:24, 28:6, 30:14, 33:22, 38:15, 41:19, 42:4, 44:25, 45:8, 45:14, 45:16, 45:25, 46:2, 46:19, 47:10, 48:12, 49:7, 50:10, 57:25, 60:25, 62:2, 63:10, 64:1, 64:24, 65:19, 66:6, 66:19, 68:25, 70:15, 70:25, 71:2, 71:9, 77:22, 78:2, 79:24, 81:4, 81:22, 83:20, 84:13, 86:25, 89:21, 90:2, 90:20, 90:21, 90:23, 95:1, 99:8, 102:25, 103:4, 105:24, 107:3
**GETS** [7] - 12:13, 12:20, 13:13, 41:21, 69:25, 82:17, 107:2
**GETTING** [21] - 6:1, 15:25, 18:8, 18:11, 18:13, 18:15, 20:5, 35:12, 35:17, 36:8, 36:14, 47:15, 47:22, 48:21, 54:22, 61:13, 75:11, 80:17, 87:18, 97:16
**GIFT** [88] - 10:4, 10:10, 10:17, 10:21, 11:3, 11:9, 11:10, 11:13, 12:1, 12:3, 12:8, 15:15, 16:3, 16:5, 16:7, 16:9, 16:19, 16:25, 17:11, 19:17, 20:16, 20:20, 20:21, 21:19, 22:2, 22:13, 22:15, 49:2, 65:6, 66:7, 68:18, 75:22, 77:15, 77:20, 77:21, 77:22, 77:23, 78:1, 78:9, 78:15, 78:18, 78:21, 78:23,

79:4, 79:6, 79:9, 80:5, 80:11, 81:5, 85:21, 86:8, 86:9, 89:1, 92:15, 92:24, 93:3, 93:13, 93:18, 94:2, 94:5, 94:8, 94:10, 94:12, 94:18, 94:22, 94:25, 95:4, 95:13, 95:14, 95:22, 96:5, 96:13, 96:15, 96:16, 97:2, 97:15, 97:22, 98:5, 98:13, 98:16, 98:18, 98:23, 99:1, 99:21, 100:9
**GIVE** [14] - 16:10, 21:14, 44:1, 44:2, 47:4, 61:9, 80:8, 82:1, 86:15, 89:10, 90:1, 97:16, 101:22, 103:17
**GIVEN** [9] - 26:23, 41:10, 44:6, 50:24, 66:2, 78:19, 80:16, 84:16, 98:17
**GIVES** [5] - 20:20, 32:10, 77:23, 93:17, 94:8
**GIVING** [5] - 17:19, 45:8, 89:11, 89:13, 89:18
**GLAD** [1] - 33:24
**GLOBAL** [1] - 101:12
**GO** [48] - 4:25, 8:2, 9:9, 11:22, 14:24, 15:12, 18:8, 18:10, 18:20, 22:8, 24:7, 24:15, 32:22, 33:8, 35:10, 35:15, 38:15, 41:23, 44:9, 45:7, 45:14, 45:15, 46:15, 51:1, 51:6, 56:18, 59:25, 60:1, 63:7, 63:18, 64:2, 66:14, 69:13, 69:22, 83:1, 83:5, 83:22, 85:6, 85:22, 91:4, 91:12, 96:9, 99:14, 101:8, 104:24, 105:21, 106:3, 106:8
**GOAL** [1] - 89:13
**GOES** [9] - 21:24, 25:23, 54:3, 54:4, 62:22, 65:9, 66:21, 85:23, 91:9
**GOING** [78] - 3:6, 4:9, 10:2, 14:23, 15:7, 15:13, 16:7, 17:2, 18:1, 18:3, 18:18, 19:25, 20:17, 20:18, 24:16, 27:8, 27:12,

28:5, 33:18, 34:14,
39:13, 43:20, 44:1,
49:18, 49:23, 49:25,
50:6, 57:8, 57:16,
59:17, 59:25, 60:1,
60:4, 60:21, 62:1,
62:2, 62:6, 62:13,
62:14, 63:7, 64:2,
66:19, 68:16, 68:17,
73:24, 74:7, 74:9,
77:9, 77:22, 78:15,
79:8, 80:4, 83:18,
83:19, 83:20, 83:21,
83:22, 84:13, 85:4,
85:7, 87:6, 89:2,
90:9, 90:21, 90:23,
92:23, 93:1, 96:4,
96:9, 103:7, 103:10,
103:17, 103:18,
103:19, 105:19,
106:7, 106:11,
106:13
**GONE** [6] - 8:22, 74:4,
81:22, 100:16,
103:4, 105:17
**GOOD** [32] - 5:4, 5:7,
5:10, 5:13, 5:16,
5:22, 6:16, 7:8,
22:15, 33:11, 34:25,
35:3, 36:12, 46:15,
54:11, 57:13, 58:14,
62:10, 70:24, 78:14,
79:5, 81:24, 84:23,
85:18, 86:22, 86:24,
92:15, 95:11, 101:7,
103:9, 106:7, 106:18
**GOOD-BYE** [1] -
81:24
**GOODS** [1] - 31:4
**GORED** [1] - 39:19
**GOT** [22] - 11:19,
43:24, 46:20, 47:24,
48:9, 48:10, 48:11,
51:25, 52:20, 54:20,
55:3, 63:5, 74:21,
76:11, 78:24, 79:6,
86:8, 87:4, 104:25,
105:21, 105:22,
106:5
**GOTTEN** [5] - 41:16,
49:1, 54:23, 101:24,
103:7
**GPARKS@**
**MORGANLEWIS.**
**COM** [1] - 2:18
**GRANDMA** [1] - 22:1
**GRANDMOTHER** [1] -
21:24
**GRANTED** [2] - 99:23,
100:7

**GRANTS** [1] - 58:16
**GRAZIANO** [1] - 6:15
**GREAT** [9] - 3:22,
3:23, 14:24, 27:7,
32:19, 57:12, 63:13,
68:7, 93:16
**GREATER** [1] - 12:1
**GREATEST** [1] - 32:15
**GREEN** [2] - 30:17,
33:4
**GREG** [2] - 7:6, 68:14
**GREGORY** [1] - 2:15
**GROCERY** [1] - 24:7
**GROUP** [10] - 5:14,
6:17, 40:20, 41:20,
83:10, 83:14, 98:11,
103:24, 104:14,
106:4
**GROUPS** [2] - 101:13,
101:18
**GUESS** [5] - 9:1,
50:20, 57:10, 98:3,
98:7
**GUESSING** [1] - 42:1
**GUIDEPOST** [1] -
101:22
**GUY** [2] - 55:3, 92:7

---

# H

**HACKER** [1] - 23:13
**HACKERS** [2] - 35:19,
36:6
**HAD** [61] - 11:13, 13:2,
14:6, 14:7, 17:25,
18:2, 18:8, 18:10,
18:12, 25:10, 34:2,
34:10, 35:23, 37:14,
39:22, 40:22, 42:16,
43:20, 44:11, 45:4,
48:19, 49:22, 52:24,
53:10, 53:15, 53:17,
53:20, 54:19, 54:20,
54:21, 57:18, 64:9,
72:2, 72:4, 72:5,
72:6, 72:15, 73:24,
74:4, 74:12, 74:19,
75:3, 78:16, 86:21,
88:4, 89:8, 89:10,
89:23, 90:7, 90:18,
91:3, 92:7, 93:14,
95:8, 96:19, 96:21,
100:16
**HADGIS** [18] - 2:16,
7:8, 7:9, 68:16, 91:2,
92:19, 92:22, 92:23,
93:9, 93:23, 95:9,
95:12, 96:6, 97:20,
98:3, 98:9, 99:17,
100:19

**HADGIS'** [1] - 79:5
**HALF** [1] - 88:14
**HALLMARKS** [1] -
11:3
**HAND** [2] - 21:8,
105:14
**HANDLE** [1] - 36:22
**HANDLED** [1] - 72:19
**HAPPEN** [8] - 24:12,
24:13, 44:21, 47:11,
49:23, 70:22, 102:21
**HAPPENED** [15] -
34:16, 35:14, 49:1,
56:8, 70:9, 70:12,
73:19, 75:10, 75:11,
75:24, 76:11, 78:16,
82:11, 88:6, 103:22
**HAPPENS** [4] - 21:11,
43:24, 55:19, 71:11
**HAPPILY** [1] - 64:23
**HAPPY** [9] - 20:5,
22:3, 33:9, 33:19,
34:18, 47:11, 56:25,
57:4, 92:17
**HARD** [4] - 14:24,
15:8, 65:18, 74:7
**HARDER** [1] - 24:9
**HARM** [15] - 10:12,
10:25, 14:7, 17:17,
17:19, 17:24, 18:12,
32:15, 70:8, 71:20,
71:25, 72:4, 72:5,
73:18
**HARMED** [1] - 74:23
**HAS** [55] - 11:12,
12:14, 13:16, 13:17,
14:21, 15:17, 16:5,
21:7, 23:5, 24:5,
24:14, 24:21, 26:17,
30:15, 35:18, 35:23,
38:19, 44:5, 44:7,
45:10, 46:12, 48:7,
50:1, 52:15, 53:16,
54:13, 55:1, 55:2,
55:3, 55:7, 56:3,
60:6, 60:14, 61:12,
66:24, 67:16, 73:2,
73:6, 76:20, 77:25,
78:8, 78:13, 81:9,
84:25, 85:9, 85:15,
86:23, 91:6, 91:14,
92:7, 94:24, 103:7,
105:18, 106:1,
106:10
**HAT** [1] - 103:1
**HATE** [3] - 36:17,
40:12, 58:6
**HAUSFELD** [2] - 6:5,
6:8
**HAVE** [221] - 3:5, 4:8,

4:11, 4:16, 4:19,
4:22, 6:9, 6:10, 7:1,
7:11, 7:17, 7:20,
8:10, 8:22, 11:1,
11:4, 11:5, 11:13,
11:15, 12:15, 12:18,
12:24, 13:15, 13:16,
13:19, 14:2, 14:17,
14:19, 15:3, 15:11,
15:20, 16:11, 16:20,
17:17, 17:21, 17:22,
17:23, 18:5, 18:16,
18:17, 19:19, 20:12,
20:14, 21:16, 21:18,
21:20, 21:25, 22:7,
24:4, 24:5, 24:10,
24:24, 24:25, 25:14,
25:21, 26:10, 26:18,
26:20, 27:13, 30:10,
33:19, 33:21, 34:15,
35:13, 35:22, 36:1,
36:7, 36:10, 36:25,
37:3, 37:11, 37:12,
37:20, 38:11, 38:14,
39:5, 39:6, 40:7,
40:8, 40:9, 40:22,
40:24, 40:25, 41:24,
42:20, 45:4, 46:1,
46:9, 46:10, 46:15,
46:17, 46:20, 47:5,
47:8, 47:11, 48:7,
48:17, 49:1, 50:11,
50:13, 50:16, 50:25,
51:11, 52:4, 52:5,
52:25, 53:4, 53:5,
53:17, 53:24, 53:25,
54:22, 56:9, 56:13,
56:17, 57:1, 59:3,
59:21, 60:19, 61:5,
61:10, 62:25, 63:5,
63:6, 64:5, 65:9,
65:13, 66:11, 68:5,
69:4, 69:7, 69:18,
70:9, 71:3, 71:21,
72:15, 72:19, 72:24,
73:4, 73:10, 73:15,
73:17, 74:14, 74:25,
75:2, 75:4, 75:13,
75:24, 76:11, 77:21,
78:9, 78:10, 80:13,
80:17, 81:7, 81:16,
81:17, 82:4, 82:19,
83:1, 83:3, 83:10,
83:14, 85:7, 87:2,
87:20, 89:9, 89:16,
91:18, 93:15, 94:4,
94:25, 95:7, 95:8,
95:18, 96:1, 96:11,
96:12, 96:22, 96:25,
97:3, 97:5, 97:6,
97:13, 97:22, 98:22,

99:8, 100:15, 101:8,
101:24, 102:9,
102:17, 103:4,
103:5, 103:11,
103:16, 103:25,
104:1, 104:13,
104:23, 105:16,
105:17, 105:21,
105:22, 106:1,
106:3, 106:10,
106:18, 107:8,
107:24
**HAVEN'T** [1] - 41:16
**HAVERFORD** [1] - 2:8
**HAVILAND** [53] - 2:10,
2:10, 5:16, 5:17,
5:20, 5:23, 34:25,
35:1, 35:2, 35:3,
37:11, 39:8, 40:3,
40:19, 41:15, 42:19,
42:25, 43:3, 43:13,
44:11, 44:15, 45:17,
49:4, 49:22, 50:5,
51:9, 51:22, 52:24,
53:12, 55:15, 57:18,
59:22, 60:17, 61:8,
66:15, 66:23, 69:3,
69:6, 69:18, 81:8,
100:21, 100:23,
100:24, 100:25,
101:1, 102:10,
103:2, 104:21,
105:8, 106:2
**HAVILAND'S** [2] -
8:17, 57:23
**HAVILAND@**
**HAVILANDHUGHES**
**.COM** [1] - 2:13
**HAVING** [5] - 18:14,
41:3, 41:8, 43:22,
52:11
**HE** [26] - 28:7, 49:25,
50:6, 51:24, 52:20,
52:24, 52:25, 53:5,
53:16, 53:18, 54:3,
54:5, 55:1, 55:2,
55:3, 55:6, 56:3,
56:6, 56:11, 56:13,
86:9, 94:3
**HEADLINE** [1] - 40:12
**HEAR** [9] - 3:24, 4:14,
33:21, 37:19, 44:19,
44:24, 48:13, 56:21,
85:17
**HEARD** [9] - 39:13,
39:20, 47:1, 48:17,
57:15, 81:8, 93:2,
94:12, 94:24
**HEARING** [5] - 7:3,
38:13, 39:14, 50:6,

108:3
**HEARINGS** [1] - 52:11
**HEAVILY** [3] - 16:14, 22:19, 69:15
**HEIGHTENED** [1] - 38:18
**HELD** [1] - 30:10
**HELLO** [3] - 3:2, 7:5, 35:2
**HELPED** [2] - 28:12, 65:25
**HELPFUL** [2] - 37:23, 64:21
**HER** [7] - 22:1, 28:14, 28:16, 38:6, 42:19, 44:3, 102:7
**HERE** [59] - 3:4, 3:11, 3:18, 4:8, 5:17, 5:20, 5:23, 16:5, 20:13, 22:1, 22:2, 22:23, 27:9, 31:23, 35:16, 38:11, 46:18, 46:20, 47:17, 48:18, 50:14, 59:20, 59:22, 60:22, 61:11, 62:23, 62:25, 63:9, 67:1, 72:8, 73:19, 74:5, 74:13, 74:15, 79:4, 83:22, 84:9, 89:15, 91:20, 94:6, 94:17, 94:20, 95:22, 96:20, 97:8, 98:1, 98:12, 98:18, 98:22, 99:1, 99:13, 99:19, 100:9, 101:17, 102:3, 103:8, 106:4, 106:14
**HEY** [4] - 73:24, 74:5, 79:4, 83:21
**HIGH** [5] - 9:11, 11:15, 16:25, 17:4, 41:18
**HIGHER** [5] - 30:24, 55:16, 55:20, 56:2, 58:9
**HIGHEST** [1] - 91:14
**HIGHLIGHTED** [1] - 69:3
**HIGHLY** [5] - 9:23, 15:18, 27:19, 89:12, 105:3
**HIM** [3] - 35:23, 55:6, 59:16
**HIRED** [6] - 14:3, 24:25, 29:14, 29:16, 42:6, 42:13
**HIRES** [1] - 91:7
**HIS** [15] - 20:13, 47:23, 49:22, 51:22, 52:3, 52:19, 55:2, 55:6, 56:5, 56:7, 86:9, 86:10, 94:1, 101:9,

102:7
**HISTORICALLY** [2] - 77:8, 78:17
**HISTORY** [2] - 29:5, 51:11
**HIT** [1] - 67:15
**HITCH** [1] - 48:17
**HITS** [1] - 82:16
**HITTER** [1] - 68:12
**HITTING** [1] - 103:13
**HOAGIES** [2] - 19:16, 76:18
**HOLBROOK** [3] - 2:25, 5:10, 5:11
**HOLDING** [2] - 49:6, 106:25
**HOLISTIC** [1] - 62:23
**HOLOGRAM** [1] - 39:4
**HOME** [1] - 60:1
**HONESTLY** [2] - 47:1, 64:19
**HONOR** [70] - 4:6, 4:11, 5:5, 5:10, 5:13, 5:16, 5:19, 5:22, 6:12, 6:16, 6:22, 7:6, 7:8, 7:24, 16:14, 17:14, 20:16, 20:25, 21:5, 24:24, 29:21, 33:23, 34:21, 34:25, 36:5, 38:4, 38:13, 38:16, 38:19, 39:16, 41:7, 44:20, 46:14, 47:18, 48:1, 51:4, 56:24, 57:5, 57:14, 58:6, 58:10, 58:13, 59:12, 60:14, 60:21, 61:5, 61:14, 62:12, 62:21, 64:8, 64:20, 66:7, 66:11, 66:23, 68:4, 68:11, 68:14, 71:11, 80:7, 80:19, 85:12, 86:12, 92:21, 92:22, 100:19, 100:25, 103:6, 106:2, 106:16, 108:2
**HONOR'S** [3] - 36:14, 68:23, 91:5
**HONORABLE** [2] - 1:9, 9:24
**HOOK** [1] - 73:11
**HOP** [1] - 56:22
**HOPE** [5] - 4:20, 36:23, 47:9, 47:10, 49:8
**HOPEFULLY** [1] - 9:4
**HOPING** [1] - 106:9
**HOSPITAL** [1] - 55:23
**HOUR** [1] - 40:8
**HOURS** [1] - 27:20
**HOW** [41] - 3:21,

10:20, 11:17, 11:21, 12:19, 15:5, 15:7, 18:24, 23:13, 25:7, 30:8, 31:14, 32:10, 32:19, 35:5, 46:16, 47:14, 52:8, 53:1, 53:5, 53:8, 58:11, 59:8, 59:16, 60:11, 61:2, 61:24, 64:15, 66:24, 75:7, 77:18, 77:25, 80:3, 83:22, 86:11, 91:5, 101:23, 105:5, 107:3
**HOWEVER** [1] - 104:16
**HR** [3] - 69:6, 69:13, 71:18
**HUGE** [1] - 25:25
**HUGHES** [4] - 2:10, 5:17, 35:1, 101:1
**HUNDREDS** [5] - 29:5, 30:4, 87:23, 88:3

---

# I

**I'D** [1] - 66:13
**I'LL** [1] - 64:23
**I'M** [60] - 3:12, 3:13, 3:18, 3:23, 4:4, 4:6, 5:19, 5:23, 5:25, 6:5, 6:14, 10:2, 13:7, 16:16, 20:6, 20:15, 26:13, 27:8, 34:18, 37:8, 42:1, 42:11, 42:23, 44:1, 45:7, 46:6, 48:1, 48:23, 49:2, 49:18, 50:6, 54:25, 55:11, 55:13, 56:24, 57:4, 57:8, 57:16, 59:9, 59:10, 60:13, 60:18, 61:13, 62:5, 63:13, 67:6, 68:16, 76:20, 83:3, 86:14, 90:15, 92:17, 92:23, 93:1, 97:15, 103:7, 106:3, 107:5, 107:23
**I'VE** [1] - 42:19
**ID** [1] - 82:18
**IDEA** [4] - 32:10, 43:22, 63:13, 82:19
**IDEAS** [1] - 29:15
**IDENTIFIABLE** [1] - 44:6
**IDENTIFIED** [3] - 4:1, 23:15, 73:20
**IDENTIFY** [3] - 89:15, 89:16, 90:24
**IDENTITY** [3] - 29:5, 30:11, 31:9

**IF** [90] - 3:17, 3:25, 4:1, 4:2, 4:3, 7:24, 8:23, 11:4, 11:6, 11:25, 12:2, 12:12, 12:17, 12:22, 13:10, 14:11, 15:1, 15:5, 16:2, 16:8, 18:2, 18:4, 18:9, 18:17, 21:13, 24:6, 24:14, 26:25, 27:11, 32:24, 33:14, 33:18, 37:9, 41:22, 42:16, 47:3, 49:3, 52:24, 53:16, 56:21, 57:17, 59:8, 59:9, 60:22, 62:10, 63:3, 63:8, 64:21, 67:23, 69:20, 70:14, 70:21, 71:7, 71:18, 72:10, 72:11, 72:13, 73:4, 74:7, 74:19, 76:11, 78:8, 78:11, 80:8, 80:16, 82:15, 83:4, 84:20, 86:14, 86:21, 86:23, 87:11, 89:8, 92:1, 93:7, 93:14, 96:9, 97:2, 97:22, 99:21, 105:21, 105:22, 106:13, 107:4, 107:6, 107:8, 107:12
**ILLNESSES** [1] - 72:6
**IMPACT** [1] - 52:9
**IMPLEMENT** [2] - 23:18, 24:22
**IMPLEMENTED** [2] - 24:10, 24:14
**IMPLEMENTING** [1] - 24:9
**IMPORTANCE** [2] - 38:8, 60:10
**IMPORTANT** [4] - 34:8, 36:4, 46:16, 69:2
**IMPORTANTLY** [1] - 39:23
**IMPRESSION** [1] - 88:1
**IMPRESSIONS** [2] - 61:16, 87:24
**IMPROVE** [1] - 26:2
**IMPROVED** [1] - 49:13
**IMPROVEMENTS** [1] - 26:16
**IN** [282] - 1:1, 1:3, 3:12, 4:7, 4:9, 5:17, 6:10, 7:12, 7:21, 8:20, 9:11, 9:25, 10:4, 10:10, 11:13, 12:24, 14:5, 14:19, 14:21, 14:24, 15:16,

15:19, 16:22, 17:16, 18:7, 18:18, 19:1, 19:15, 19:17, 19:18, 20:23, 21:5, 21:7, 21:18, 22:6, 22:7, 23:18, 23:19, 24:6, 24:7, 25:2, 25:14, 28:2, 28:6, 28:9, 29:8, 29:12, 30:2, 30:14, 30:16, 30:19, 30:21, 31:2, 31:4, 31:10, 32:3, 32:4, 32:16, 32:19, 32:23, 33:1, 33:3, 33:5, 34:5, 34:10, 34:11, 34:16, 35:8, 35:19, 36:11, 36:16, 36:18, 37:5, 37:6, 37:14, 37:15, 37:17, 37:25, 38:1, 38:3, 38:9, 38:16, 38:24, 39:14, 39:21, 40:9, 40:10, 41:5, 41:14, 42:9, 42:10, 42:11, 42:21, 42:22, 43:2, 43:3, 43:10, 43:11, 43:15, 43:16, 43:20, 44:10, 45:4, 45:11, 45:15, 46:17, 46:19, 47:21, 48:4, 48:11, 48:25, 49:3, 50:6, 50:14, 50:25, 51:1, 51:16, 51:17, 51:18, 52:11, 52:22, 53:7, 54:11, 55:6, 55:20, 55:23, 56:2, 56:4, 56:6, 56:10, 57:20, 58:19, 58:20, 59:3, 59:14, 59:17, 59:19, 59:23, 60:2, 60:19, 60:23, 61:6, 61:10, 61:14, 62:5, 62:13, 63:19, 64:9, 64:10, 65:4, 65:10, 65:18, 66:1, 66:22, 67:8, 67:16, 69:17, 70:18, 71:14, 71:24, 72:2, 72:3, 72:7, 73:1, 73:7, 74:6, 74:8, 74:11, 76:7, 76:21, 77:6, 77:7, 77:10, 77:18, 77:22, 78:19, 79:3, 80:21, 81:10, 81:22, 81:24, 82:17, 83:2, 83:4, 83:11, 83:12, 83:13, 83:15, 83:18, 83:24, 84:1, 84:2, 84:5, 84:10, 84:16, 84:22, 85:15, 86:20, 87:3, 87:17, 87:19, 87:21, 88:5, 88:11,

88:17, 89:4, 89:7, 89:12, 90:1, 91:10, 91:13, 91:14, 91:19, 91:20, 91:21, 91:25, 92:5, 93:17, 93:20, 93:24, 94:1, 94:4, 94:10, 94:14, 95:5, 95:6, 95:7, 95:12, 95:16, 95:17, 95:24, 96:1, 96:7, 96:9, 96:15, 96:23, 97:15, 97:17, 98:9, 98:10, 98:25, 99:3, 99:9, 99:10, 99:23, 99:24, 101:9, 101:10, 101:11, 101:17, 101:18, 101:25, 102:14, 102:15, 102:19, 103:10, 104:8, 104:11, 104:13, 104:24, 105:17, 105:20, 106:20, 106:21, 107:5, 107:8, 107:20, 107:23, 108:5

**IN-BETWEEN** [1] - 18:7
**IN-STORE** [6] - 59:17, 59:19, 59:23, 62:5, 83:24, 84:5
**INC** [3] - 1:3, 7:7, 7:10
**INCH** [2] - 56:12, 107:15
**INCIDENCE** [1] - 82:10
**INCIDENT** [17] - 14:18, 69:17, 70:2, 73:20, 73:24, 77:10, 85:20, 86:1, 87:12, 87:23, 88:5, 89:19, 90:17, 92:9, 92:11, 92:12
**INCIDENTALLY** [1] - 25:5
**INCLUDE** [3] - 14:12, 71:14, 96:14
**INCLUDED** [2] - 50:2, 53:11
**INCLUDES** [2] - 43:25, 91:12
**INCLUDING** [6] - 28:3, 29:11, 67:2, 88:17, 95:17, 102:22
**INCOME** [1] - 55:4
**INCREASED** [1] - 12:3
**INCURRED** [1] - 14:9
**INDEPENDENT** [4] - 14:3, 23:7, 24:25, 40:9
**INDICATED** [1] - 28:14

**INDICATING** [2] - 11:13, 12:20
**INDIVIDUAL** [2] - 78:4, 90:14
**INDIVIDUALS** [2] - 90:24, 101:14
**INDULGENCE** [2] - 49:8, 104:5
**INDUSTRY** [3] - 23:9, 90:13, 90:19
**INDUSTRY-AVERAGE** [2] - 90:13, 90:19
**INEFFECTIVE** [1] - 87:15
**INFAMOUS** [1] - 38:6
**INFECT** [1] - 52:13
**INFINITESSIMAL** [1] - 104:19
**INFORMATION** [60] - 8:14, 8:17, 8:19, 14:25, 23:17, 30:22, 30:23, 34:4, 34:7, 35:20, 47:13, 47:21, 49:1, 51:9, 51:12, 51:15, 51:20, 51:23, 52:6, 52:17, 54:7, 54:18, 55:18, 55:22, 56:1, 56:9, 66:24, 67:5, 69:25, 70:3, 70:4, 70:5, 71:12, 71:17, 72:10, 72:14, 72:24, 72:25, 73:3, 73:9, 73:14, 75:1, 75:12, 79:2, 80:16, 80:23, 81:20, 82:4, 86:12, 89:22, 90:1, 90:3, 91:8, 94:14, 94:15, 98:20, 98:22, 99:9
**INHERENTLY** [1] - 30:18
**INITIALLY** [1] - 60:3
**INJUNCTIVE** [11] - 10:5, 22:22, 22:24, 23:1, 23:4, 25:8, 25:10, 26:4, 26:9, 29:15, 31:11
**INJURY** [1] - 72:15
**INNOVATIVE** [1] - 67:11
**INQUIRER** [8] - 61:10, 87:17, 87:20, 87:25, 88:11, 88:15, 88:17
**INQUIRER'S** [1] - 88:22
**INSERTING** [1] - 24:8
**INSIDE** [1] - 16:9
**INSIST** [4] - 4:8, 4:11, 4:12, 4:17

**INSISTED** [1] - 41:2
**INSOFAR** [1] - 70:7
**INSTANCE** [5] - 48:25, 59:14, 71:16, 88:5, 93:20
**INSTANCES** [3] - 50:25, 74:13, 97:5
**INSTEAD** [6] - 16:12, 17:10, 59:1, 73:18, 93:14, 95:6
**INSTITUTION** [1] - 6:5
**INSTITUTION'S** [1] - 25:14
**INSTITUTIONS'** [1] - 106:22
**INSTRUCTIONS** [1] - 83:20
**INTELLIGENCER** [4] - 60:23, 61:7, 88:8, 105:7
**INTEND** [1] - 107:22
**INTENDED** [1] - 33:13
**INTENSELY** [1] - 62:17
**INTENTION** [1] - 81:4
**INTENTLY** [1] - 46:9
**INTERACT** [2] - 85:8, 87:2
**INTEREST** [3] - 25:14, 37:6, 55:4
**INTERESTED** [5] - 7:2, 49:3, 52:11, 106:20, 107:5
**INTERESTING** [1] - 89:2
**INTERESTS** [3] - 38:9, 42:10, 101:24
**INTERJECT** [1] - 58:7
**INTERNAL** [1] - 35:21
**INTERRUPT** [1] - 7:22
**INTERSECTIONS** [1] - 48:19
**INTERVIEWED** [1] - 30:4
**INTERVIEWS** [1] - 29:3
**INTO** [27] - 17:11, 17:23, 18:20, 21:20, 27:7, 31:24, 35:12, 36:8, 39:24, 43:24, 49:9, 50:10, 56:18, 57:25, 61:24, 63:7, 63:18, 67:22, 69:13, 73:12, 76:6, 93:12, 94:18, 104:24
**INTREPID** [1] - 88:8
**INTRODUCE** [2] - 4:13, 44:13
**INVESTIGATION** [2] -

28:25, 35:19
**INVESTIGATOR** [1] - 29:16
**INVITATION** [1] - 45:20
**INVITED** [1] - 33:14
**INVOLVE** [2] - 98:13, 99:21
**INVOLVED** [4] - 28:12, 30:21, 30:23, 101:21
**INVOLVEMENT** [1] - 29:12
**INVOLVES** [1] - 9:15
**INVOLVING** [1] - 22:13
**IPHONE** [2] - 48:22, 63:5
**IRRELEVANT** [1] - 70:13
**IS** [439] - 3:7, 3:8, 3:12, 3:16, 3:19, 3:25, 4:9, 4:20, 4:24, 5:23, 6:1, 6:12, 6:19, 7:4, 7:19, 8:17, 8:25, 9:1, 9:12, 9:17, 10:5, 10:7, 10:13, 11:2, 11:6, 11:12, 12:5, 12:10, 12:18, 12:23, 13:4, 13:8, 13:10, 14:4, 14:23, 14:24, 15:4, 15:6, 15:23, 16:5, 16:6, 16:22, 16:25, 17:4, 17:19, 17:22, 18:7, 18:13, 18:15, 18:25, 20:13, 21:6, 21:13, 22:1, 22:2, 22:17, 22:22, 23:1, 23:6, 23:14, 23:23, 24:2, 24:3, 24:9, 25:3, 25:7, 25:16, 25:17, 25:20, 25:21, 25:25, 26:1, 26:4, 26:9, 26:22, 27:2, 27:6, 28:15, 28:16, 30:2, 30:11, 30:13, 30:18, 30:20, 30:24, 31:12, 31:14, 31:25, 32:2, 32:6, 32:8, 32:12, 32:16, 32:20, 33:2, 33:10, 33:11, 33:23, 34:9, 34:11, 34:14, 35:16, 35:17, 35:22, 35:25, 36:1, 36:2, 36:4, 36:5, 36:12, 36:15, 36:20, 37:6, 37:17, 37:21, 37:22, 37:23, 37:24, 38:23, 39:19, 39:20, 40:1, 40:3, 40:5, 41:2, 41:16, 41:18,

41:20, 41:25, 42:4, 43:13, 44:20, 44:23, 44:25, 45:5, 46:1, 46:10, 46:16, 46:18, 46:23, 47:2, 47:16, 47:22, 48:5, 48:8, 48:14, 48:22, 48:25, 49:2, 49:4, 49:6, 49:11, 50:7, 50:17, 50:21, 51:5, 51:15, 52:10, 52:19, 54:8, 54:11, 54:15, 54:24, 55:3, 55:5, 55:8, 55:17, 55:25, 56:5, 56:11, 56:20, 57:10, 58:11, 58:15, 58:17, 58:19, 58:24, 58:25, 59:2, 59:3, 59:6, 59:12, 59:15, 59:16, 59:17, 59:19, 59:21, 59:22, 59:25, 60:1, 60:2, 60:4, 60:5, 60:7, 60:9, 60:11, 60:14, 60:17, 60:21, 61:5, 61:7, 61:8, 61:10, 61:13, 61:17, 61:20, 61:22, 61:24, 62:1, 62:6, 62:10, 62:13, 62:16, 62:17, 62:23, 62:25, 63:9, 63:11, 63:12, 63:19, 63:24, 64:11, 65:1, 65:3, 65:6, 65:7, 65:10, 65:18, 65:25, 66:2, 66:3, 66:8, 66:23, 66:25, 67:1, 67:6, 67:7, 67:9, 67:11, 67:14, 67:20, 68:2, 68:12, 68:17, 68:20, 68:21, 69:3, 69:4, 69:14, 69:16, 69:24, 70:2, 70:6, 70:7, 70:9, 70:13, 70:14, 70:24, 71:2, 71:10, 71:11, 71:12, 71:13, 71:19, 71:24, 72:7, 72:9, 72:15, 72:17, 73:2, 73:7, 74:22, 74:23, 75:9, 75:11, 75:15, 75:24, 76:2, 76:4, 76:5, 76:14, 76:18, 76:25, 77:6, 77:15, 78:12, 78:16, 79:2, 79:4, 79:9, 79:13, 79:18, 79:19, 79:22, 79:23, 79:24, 79:25, 80:1, 80:3, 80:4, 80:12, 80:15, 81:3, 81:6, 81:12, 81:16, 81:20, 81:21, 82:14, 82:15,

82:21, 83:3, 83:10,
83:15, 83:21, 83:22,
83:24, 83:25, 84:2,
84:3, 84:4, 84:5,
84:12, 84:16, 84:23,
85:5, 85:17, 85:18,
85:21, 86:11, 86:25,
87:2, 87:8, 87:10,
87:16, 88:1, 88:13,
88:14, 88:22, 89:1,
89:2, 89:12, 89:17,
89:18, 91:6, 91:24,
92:14, 92:15, 93:9,
93:13, 93:24, 94:16,
94:17, 95:9, 95:16,
95:21, 96:3, 96:6,
97:4, 97:6, 97:17,
97:18, 97:20, 97:24,
98:12, 98:16, 99:4,
99:16, 100:3, 100:5,
101:5, 101:7, 102:6,
102:18, 102:21,
103:4, 103:6, 103:8,
103:13, 103:19,
103:23, 104:6,
104:11, 104:13,
104:16, 104:18,
104:21, 104:25,
105:3, 105:5,
105:13, 105:16,
105:19, 105:23,
106:6, 106:11,
106:14, 106:15,
106:20, 107:6,
107:10, 107:16,
107:18, 107:23,
108:4
**ISN'T** [1] - 53:16
**ISSUANCE** [3] - 19:22,
19:25, 78:5
**ISSUE** [28] - 23:9,
32:24, 33:11, 41:21,
41:22, 46:8, 46:11,
53:3, 54:10, 57:1,
65:1, 68:20, 69:2,
70:6, 71:25, 72:8,
72:10, 72:11, 72:22,
84:11, 88:21, 89:6,
93:10, 99:7, 100:3,
102:11, 103:5,
103:14
**ISSUED** [6] - 20:17,
60:4, 78:2, 78:23,
87:22, 89:23
**ISSUES** [13] - 16:5,
27:21, 27:23, 29:15,
35:10, 35:13, 53:8,
57:16, 64:8, 68:17,
71:23, 77:20, 103:6
**ISSUING** [1] - 80:5

**IT** [253] - 3:9, 3:19,
3:25, 5:1, 6:7, 11:14,
12:22, 13:18, 13:20,
13:21, 14:24, 15:4,
15:6, 15:7, 15:9,
15:12, 15:14, 15:21,
16:16, 17:8, 17:21,
17:22, 17:23, 18:3,
18:8, 18:11, 18:19,
18:24, 19:18, 20:3,
20:21, 21:6, 21:7,
21:8, 21:9, 21:10,
21:15, 21:17, 21:18,
21:19, 21:20, 21:25,
22:1, 22:6, 22:7,
24:5, 25:11, 25:12,
25:16, 25:17, 25:18,
25:20, 25:23, 26:2,
26:17, 28:6, 30:21,
30:23, 31:13, 31:14,
32:6, 32:10, 32:13,
33:21, 34:6, 34:10,
34:12, 35:17, 37:1,
37:8, 39:9, 39:13,
40:14, 41:25, 42:4,
42:17, 43:8, 43:17,
43:21, 43:24, 44:18,
44:23, 44:24, 44:25,
45:10, 45:22, 49:3,
49:6, 49:12, 49:17,
50:2, 50:3, 50:19,
50:21, 50:23, 51:10,
51:11, 51:14, 51:19,
51:21, 52:1, 52:15,
53:4, 53:5, 53:17,
53:21, 53:24, 54:1,
54:4, 54:13, 54:15,
55:12, 55:16, 55:19,
55:20, 55:21, 55:23,
55:24, 57:14, 58:21,
59:1, 59:6, 59:10,
59:15, 59:16, 60:21,
61:13, 62:4, 62:23,
63:10, 63:20, 63:22,
64:8, 64:21, 64:24,
65:7, 65:10, 65:16,
65:20, 65:21, 67:11,
67:13, 69:17, 70:3,
70:10, 70:14, 70:24,
71:5, 71:10, 72:4,
72:17, 73:5, 74:11,
75:12, 75:16, 75:17,
75:19, 76:1, 76:4,
76:11, 77:16, 78:24,
80:1, 80:9, 80:13,
81:6, 82:16, 83:16,
83:24, 84:4, 84:7,
84:20, 84:25, 85:9,
85:11, 86:5, 86:11,
86:15, 86:16, 86:20,
87:3, 87:9, 87:24,

88:7, 88:9, 88:10,
88:11, 88:12, 88:22,
89:3, 89:13, 90:2,
90:9, 90:18, 90:20,
91:13, 92:18, 93:15,
93:17, 93:21, 95:2,
95:3, 97:6, 97:18,
97:23, 98:2, 98:3,
98:7, 98:12, 99:10,
99:16, 99:21, 99:22,
99:25, 100:5,
100:11, 100:16,
101:22, 102:1,
102:4, 102:5,
102:14, 103:10,
103:18, 104:1,
104:10, 105:3,
105:5, 105:9, 106:6,
106:25, 107:4,
107:11, 107:13
**IT'S** [78] - 3:4, 6:22,
11:8, 11:10, 11:11,
12:22, 13:3, 13:22,
13:25, 14:25, 15:8,
15:25, 16:18, 19:5,
20:20, 21:3, 21:5,
24:1, 25:3, 25:14,
25:22, 31:18, 32:5,
32:8, 32:23, 34:12,
39:3, 39:6, 43:1,
44:6, 44:17, 45:21,
46:16, 46:19, 46:25,
48:13, 50:20, 51:17,
53:23, 55:9, 55:25,
56:2, 59:10, 59:19,
59:23, 59:24, 60:22,
61:5, 61:11, 62:2,
62:14, 65:8, 65:18,
65:22, 67:23, 69:15,
71:20, 77:16, 77:21,
78:6, 78:7, 81:11,
81:25, 82:15, 85:3,
88:2, 93:10, 95:4,
99:13, 99:20,
100:13, 101:14,
101:15, 103:17,
104:9
**ITEM** [2] - 93:11, 94:9
**ITEMS** [4] - 94:6,
94:22, 96:8
**ITS** [12] - 7:7, 7:10,
41:11, 59:2, 61:15,
66:25, 73:2, 73:7,
83:25, 88:18, 91:7,
102:15
**ITSELF** [3] - 25:19,
58:15, 95:16

**J**

**JAMES** [1] - 1:6

**JAMS** [1] - 9:24
**JANUARY** [5] - 19:4,
61:22, 63:19, 64:9,
91:20
**JASON** [1] - 1:13
**JEANINE** [1] - 2:24
**JEANNINE** [1] - 6:4
**JERRY** [1] - 6:22
**JERSEY** [2] - 29:8,
32:4
**JLAMBIRAS@BM.
NET** [1] - 1:16
**JOB** [10] - 14:4, 41:12,
42:2, 42:3, 42:6,
42:12, 42:14, 51:11,
103:19
**JOE** [4] - 45:5, 55:1,
55:3, 86:7
**JOHN** [1] - 6:19
**JOHNS** [27] - 2:6, 5:4,
5:5, 8:5, 8:21, 49:19,
57:13, 57:14, 58:5,
58:13, 59:12, 59:18,
61:1, 61:4, 62:8,
62:12, 62:21, 63:14,
63:22, 64:7, 64:17,
64:19, 66:11, 66:15,
67:21, 68:4, 68:9
**JOHNSON** [1] - 96:14
**JOINS** [1] - 69:9
**JOKE** [1] - 15:6
**JON** [2] - 1:13, 2:22
**JR** [1] - 2:10
**JUDGE** [31] - 9:24,
22:9, 27:19, 28:12,
36:17, 37:14, 37:15,
38:5, 40:12, 40:20,
41:15, 42:3, 42:12,
42:21, 43:3, 43:13,
44:15, 45:1, 45:8,
45:20, 46:5, 47:9,
49:4, 50:7, 59:4,
93:25, 98:11, 98:15,
101:8, 103:23, 105:8
**JUDICIARY** [1] - 67:14
**JUMPING** [2] - 20:13,
48:16
**JUST** [88] - 6:25, 7:14,
11:24, 12:15, 12:17,
13:16, 14:5, 14:21,
15:3, 15:7, 16:11,
18:14, 20:6, 26:18,
27:9, 31:4, 33:20,
33:24, 36:3, 36:9,
37:8, 38:25, 39:15,
40:5, 43:14, 43:24,
44:16, 44:25, 46:5,
46:19, 46:22, 47:20,
47:24, 48:20, 51:4,
54:4, 55:6, 55:19,

55:21, 56:2, 57:25,
59:6, 59:19, 59:23,
61:11, 61:17, 62:15,
63:11, 64:20, 65:21,
66:2, 66:17, 70:11,
71:14, 73:5, 76:14,
81:12, 83:14, 83:16,
86:14, 87:7, 87:10,
87:11, 91:4, 91:20,
92:23, 93:1, 93:2,
93:16, 94:16, 96:4,
97:11, 99:13, 100:8,
100:9, 100:21,
101:7, 102:18,
103:9, 103:16,
104:5, 105:18,
106:13, 106:19,
107:7
**JUSTICE** [2] - 38:17,
98:14
**JUSTIFIES** [1] - 79:20
**JUSTIFY** [1] - 94:17

**K**

**KAPLAN** [3] - 2:2, 5:8,
6:23
**KCC** [3] - 14:2, 59:5,
67:16
**KEARNEY** [2] - 98:12,
98:15
**KEEP** [9] - 9:7, 12:22,
15:1, 15:13, 43:9,
49:5, 65:18, 65:23,
107:13
**KEN** [1] - 7:19
**KENNEY** [4] - 2:24,
6:4, 6:7
**KEY** [1] - 27:10
**KEYED** [2] - 41:6
**KICKING** [1] - 16:5
**KIND** [14] - 23:2,
48:18, 57:1, 71:4,
71:20, 71:21, 72:9,
79:13, 84:4, 84:13,
90:21, 90:25, 92:10,
98:4
**KINDS** [2] - 22:18,
82:25
**KNEW** [1] - 28:5
**KNOCK** [1] - 63:24
**KNOW** [61] - 4:23,
11:17, 11:21, 15:5,
15:6, 18:2, 21:24,
23:22, 23:24, 36:19,
38:25, 39:21, 40:6,
41:13, 41:16, 41:17,
42:5, 42:15, 42:16,
42:18, 43:14, 45:9,
45:21, 46:11, 46:14,

46:17, 46:24, 47:13,
48:3, 48:4, 48:7,
48:10, 48:14, 58:11,
62:1, 68:24, 72:20,
74:13, 74:22, 75:13,
76:18, 78:11, 80:3,
82:4, 82:6, 82:8,
82:11, 83:16, 91:5,
93:2, 97:25, 101:14,
103:7, 103:20,
104:12, 105:2,
105:5, 106:14,
106:23, 107:21
**KNOWABLE** [1] -
58:12
**KNOWLEDGE** [2] -
3:5, 49:22
**KNOWN** [3] - 36:10,
37:13, 42:19
**KNOWS** [10] - 3:6,
3:25, 7:1, 38:5,
41:11, 42:5, 46:14,
47:18, 64:22, 82:13
**KRINER** [1] - 2:7
**KRISTIN** [3] - 2:16,
7:9, 92:23
**KRISTIN.HADGIS@
MORGANLEWIS.
COM** [1] - 2:18
**KUDOS** [1] - 64:4
**KUMBAYA** [1] - 47:11

# L

**LACK** [2] - 30:2, 52:13
**LAID** [1] - 32:23
**LAMBIRAS** [4] - 1:13,
2:22, 6:19
**LANCASTER** [1] - 2:7
**LAND** [1] - 105:20
**LARGE** [4] - 19:1,
28:10, 41:20, 43:24
**LARGELY** [2] - 28:1,
31:25
**LARGEST** [4] - 32:13
**LAST** [4] - 8:12, 38:13,
39:9, 77:6
**LASTED** [1] - 27:20
**LATE** [4] - 14:13,
43:21, 65:7, 107:9
**LATE-BREAKING** [1]
- 107:9
**LATER** [6] - 36:23,
36:25, 65:9, 69:4,
72:12, 82:3
**LAW** [16] - 4:7, 5:14,
6:13, 6:17, 7:14,
7:15, 40:24, 61:10,
73:5, 80:2, 83:11,
88:8, 88:11, 95:13,

105:20, 105:25
**LAWS** [1] - 97:21
**LAWYER** [2] - 61:11,
72:25
**LAWYERS** [10] - 41:3,
42:2, 42:9, 79:3,
84:8, 91:8, 91:17,
92:5, 92:14, 107:20
**LAY** [2] - 8:1, 27:16
**LEARNED** [1] - 15:7
**LEAST** [5] - 3:6, 7:1,
22:16, 70:18, 106:14
**LEAVE** [2] - 41:9,
62:10
**LEAVING** [1] - 51:2
**LECTERN** [2] - 3:18,
4:3
**LED** [2] - 75:16, 104:1
**LEDE** [1] - 40:13
**LEFT** [6] - 35:21, 36:4,
37:21, 46:3, 54:4,
97:4
**LEGAL** [11] - 17:19,
27:21, 36:20, 60:23,
61:3, 61:7, 61:11,
88:8, 89:4, 105:7
**LEGAL-SPECIFIC** [1]
- 61:11
**LEGALLY** [3] - 38:19,
47:6, 97:25
**LEGIBLE** [1] - 107:14
**LEGIBLE-TYPE** [1] -
107:14
**LENGTH** [1] - 27:18
**LENGTHY** [1] - 29:3
**LESS** [15] - 10:24,
12:3, 15:20, 16:18,
76:19, 89:9, 93:21,
94:13, 94:23, 95:4,
95:8, 97:23, 100:10,
105:15, 107:16
**LET** [12] - 36:18,
41:23, 44:13, 46:5,
64:13, 68:16, 91:2,
91:25, 97:18,
106:14, 106:23
**LET'S** [6] - 4:25, 13:9,
17:8, 48:12, 71:14,
86:7
**LETTER** [1] - 46:22
**LETTERS** [1] - 46:10
**LETTING** [1] - 44:9
**LEVEL** [3] - 9:11,
30:24, 36:25
**LEWIS** [3] - 2:16, 7:6,
7:9
**LIABILITY** [9] - 28:1,
40:25, 53:1, 53:3,
54:8, 54:11, 78:12,
96:16, 102:6

**LIEBENBERG** [5] -
2:2, 5:7, 5:8, 37:13,
42:18
**LIFE** [1] - 37:5
**LIKE** [36] - 8:1, 8:23,
11:8, 19:2, 22:4,
22:5, 22:21, 22:23,
33:6, 35:21, 39:4,
41:20, 47:14, 50:4,
50:8, 53:23, 56:7,
59:6, 61:6, 62:15,
65:20, 66:13, 69:14,
73:14, 74:21, 76:5,
81:25, 86:20, 87:8,
87:9, 87:20, 90:15,
94:7, 97:10, 104:7,
104:22
**LIKELY** [9] - 15:18,
22:12, 27:1, 32:17,
59:16, 77:15,
100:15, 105:3,
105:15
**LIKES** [1] - 102:15
**LIMITED** [4] - 26:22,
51:14, 51:15, 51:18
**LINDA** [2] - 2:21, 6:17
**LINE** [4] - 20:12, 45:1,
46:15, 103:13
**LINEAR** [1] - 75:16
**LINES** [1] - 107:16
**LINK** [1] - 7:2
**LIST** [5] - 6:1, 6:6,
67:5, 67:6, 80:12
**LISTEN** [2] - 74:20,
79:4
**LISTENED** [2] - 40:21,
46:9
**LISTS** [1] - 46:24
**LITERALLY** [2] -
87:23, 92:7
**LITIGANTS** [1] - 59:1
**LITIGATE** [3] - 46:1,
52:5, 102:5
**LITIGATED** [1] - 18:17
**LITIGATION** [10] - 1:4,
18:21, 29:20, 29:21,
30:19, 31:3, 31:6,
37:5, 42:21, 96:16
**LITTLE** [14] - 7:18,
13:16, 18:15, 30:13,
31:18, 40:15, 48:12,
48:17, 55:7, 63:5,
63:8, 74:8, 80:25,
107:22
**LIVE** [1] - 67:19
**LLC** [1] - 2:10
**LLP** [3] - 2:7, 2:16, 6:5
**LOAD** [1] - 85:21
**LOBBY** [1] - 64:15
**LOCAL** [1] - 88:12

**LOCATED** [1] - 83:2
**LOGICAL** [1] - 22:13
**LOGISTICAL** [1] -
65:17
**LOGISTICALLY** [1] -
65:22
**LONG** [8] - 37:16,
49:23, 74:2, 74:3,
77:7, 105:17, 107:1,
107:11
**LONG-TERM** [1] -
77:7
**LONGER** [8] - 33:19,
36:15, 38:2, 62:10,
63:13, 64:16, 64:18,
67:19
**LOOK** [10] - 35:20,
42:8, 47:13, 47:16,
63:1, 71:14, 74:7,
76:3, 84:9, 92:14
**LOOKED** [3] - 35:19,
36:3, 77:9
**LOOKING** [2] - 35:13,
42:9
**LOOKS** [1] - 74:8
**LOOPS** [1] - 38:1
**LOOSE** [1] - 14:21
**LOSE** [1] - 36:13
**LOSS** [1] - 102:16
**LOSSES** [4] - 14:9,
14:11, 18:6, 31:10
**LOST** [1] - 37:3
**LOT** [21] - 24:9, 25:7,
25:8, 26:17, 31:24,
35:9, 41:19, 42:19,
52:11, 61:13, 69:8,
72:20, 73:1, 77:1,
81:5, 81:12, 87:8,
87:10, 90:2, 90:20
**LOUD** [2] - 4:13, 40:17
**LOVELY** [1] - 3:4
**LOW** [6] - 18:22, 30:6,
74:13, 74:15, 74:22,
96:8
**LOYAL** [5] - 15:17,
17:12, 91:6, 94:24,
106:8
**LOYALTY** [5] - 68:23,
91:15, 92:11, 92:13,
92:16
**LUDDITE** [1] - 22:5
**LUDDITES** [2] - 21:11,
21:22
**LUMP** [1] - 10:7
**LUMPING** [2] - 72:2,
72:7
**LUNCH** [3] - 55:2,
99:15

# M

**MACRO** [1] - 48:12
**MADE** [19] - 7:16,
13:17, 25:11, 30:15,
34:2, 34:12, 38:20,
43:4, 43:14, 51:16,
52:23, 61:17, 66:15,
67:3, 68:22, 80:13,
82:9, 82:19, 96:13
**MAGIC** [1] - 67:5
**MAIL** [36] - 20:6,
20:17, 20:19, 20:22,
20:24, 21:9, 21:14,
21:15, 21:18, 21:19,
21:25, 22:2, 22:6,
46:9, 46:13, 46:16,
46:23, 47:1, 47:2,
48:5, 48:11, 58:21,
66:6, 80:9, 80:12,
81:2, 81:7, 81:13,
82:1, 83:9, 84:14,
90:24, 104:8, 106:8
**MAILED** [1] - 21:25
**MAILING** [2] - 81:6,
84:14
**MAILS** [8] - 67:9,
80:10, 81:9, 81:10,
81:11, 105:15,
105:22
**MAIN** [1] - 84:2
**MAINSTREAM** [2] -
88:10
**MAINTAIN** [1] - 41:23
**MAJOR** [2] - 25:12,
25:18
**MAKE** [34] - 3:24,
4:14, 11:9, 12:17,
12:21, 14:4, 15:9,
15:10, 20:18, 21:2,
24:6, 25:1, 26:2,
33:24, 37:4, 38:8,
45:13, 52:2, 53:18,
54:17, 55:6, 55:13,
61:5, 65:9, 69:22,
70:1, 81:21, 82:22,
83:6, 86:2, 86:24,
93:3, 98:25, 104:5
**MAKES** [4] - 55:15,
55:24, 60:17, 97:10
**MAKING** [2] - 65:3,
83:13
**MANY** [14] - 11:1,
28:2, 28:3, 30:10,
36:20, 37:17, 58:11,
61:2, 78:21, 94:22,
96:8, 104:16
**MAPLE** [1] - 2:11
**MARATHON** [1] - 9:3
**MARCH** [7] - 8:15,

9:18, 34:5, 34:13, 51:18, 52:18, 82:10
**MARGINS** [2] - 93:10, 107:15
**MARISA** [1] - 6:15
**MARK** [2] - 7:18, 101:20
**MARKET** [5] - 1:14, 1:20, 2:17, 64:6, 82:3
**MARKETING** [2] - 81:3, 81:6
**MASK** [4] - 3:13, 4:4, 4:11, 4:12
**MASKS** [1] - 3:16
**MASTERCARD** [2] - 24:12, 74:4
**MASTERCARDS** [1] - 73:23
**MATERIAL** [1] - 107:12
**MATERIALS** [1] - 29:2
**MATH** [1] - 58:3, 92:2
**MATTER** [5] - 7:14, 7:15, 70:10, 75:17, 108:6
**MATTERED** [1] - 53:5
**MATTERS** [1] - 36:24
**MAY** [16] - 1:7, 4:3, 6:9, 7:16, 7:24, 8:24, 15:13, 24:4, 37:19, 56:9, 57:14, 58:10, 64:8, 93:15, 94:4, 102:17
**MAYBE** [13] - 11:20, 17:17, 33:18, 33:20, 40:5, 41:4, 46:21, 64:22, 75:3, 75:11, 75:12, 104:2, 105:6
**MCGLADE** [3] - 59:15, 104:7, 106:9
**MCGLADE-LIKE** [1] - 104:7
**ME** [28] - 9:7, 11:21, 16:10, 22:1, 22:16, 25:12, 25:18, 31:7, 32:24, 36:18, 39:6, 43:10, 44:13, 46:5, 50:24, 60:21, 63:11, 64:13, 65:25, 66:3, 66:12, 68:5, 75:6, 85:14, 90:17, 97:16, 107:2, 107:11
**MEALYMOUTHED** [1] - 37:8
**MEAN** [11] - 17:2, 17:4, 20:11, 37:7, 39:3, 45:21, 50:16, 53:24, 96:7, 99:22
**MEANING** [3] - 23:21,

36:20, 96:18
**MEANINGFUL** [2] - 28:15, 28:21
**MEANS** [8] - 23:12, 58:22, 60:19, 85:9, 88:18, 98:8, 102:21, 105:15
**MEASURES** [4] - 25:1, 25:5, 25:7, 81:24
**MEDIA** [10] - 60:7, 60:11, 61:16, 87:19, 87:24, 88:1, 88:10, 88:11, 88:13, 88:24
**MEDIATING** [1] - 42:4
**MEDIATION** [21] - 21:23, 22:19, 27:19, 27:21, 28:7, 28:10, 28:18, 39:13, 42:16, 49:23, 49:25, 52:24, 53:3, 53:7, 59:4, 73:13, 73:18, 74:24, 79:4, 92:5, 94:15
**MEDIATOR** [4] - 9:23, 22:16, 27:19, 84:8
**MEDIATOR'S** [1] - 28:17
**MEDICAL** [1] - 45:9
**MEETS** [3] - 26:19, 59:7, 89:13
**MEMBER** [4] - 7:1, 12:13, 21:15, 86:8
**MEMBERS** [32] - 10:13, 10:24, 16:1, 19:5, 20:18, 22:23, 28:20, 29:6, 32:11, 32:14, 65:3, 65:14, 74:22, 82:4, 83:15, 85:19, 86:2, 87:13, 89:10, 89:15, 89:16, 90:4, 91:20, 93:5, 94:11, 94:20, 95:23, 96:21, 96:22, 96:25, 97:1, 99:5
**MEN'S** [1] - 84:22
**MENTIONED** [4] - 60:20, 95:22, 96:14, 100:11
**MENTIONS** [1] - 40:14
**MERCHANDISE** [1] - 100:12
**MERE** [1] - 30:10
**MERELY** [1] - 7:4
**MERITS** [1] - 28:23
**MERRY** [2] - 9:8, 44:10
**MESSAGE** [1] - 48:22
**MET** [2] - 26:20, 32:20
**METHOD** [4] - 20:1, 32:15, 58:25, 84:6
**MIGHT** [14] - 36:24,

37:7, 39:6, 39:20, 54:10, 58:9, 70:9, 72:3, 74:25, 75:2, 75:4, 87:5, 106:19
**MILDLY** [1] - 42:23
**MILES** [1] - 83:3
**MILK** [2] - 94:7, 99:15
**MILLION** [38] - 9:18, 10:4, 10:6, 10:10, 10:18, 12:1, 12:3, 18:23, 19:3, 23:5, 26:16, 31:9, 31:16, 31:21, 46:21, 61:12, 61:16, 61:24, 64:10, 64:12, 65:12, 65:13, 65:14, 74:21, 78:9, 84:9, 84:10, 90:4, 90:11, 90:17, 90:19, 90:20, 90:21, 90:23, 91:20, 91:22, 91:23
**MILLIONS** [2] - 87:23, 88:3
**MINDFUL** [1] - 60:12
**MINDS** [1] - 30:2
**MINIMAL** [1] - 107:15
**MINIMUM** [1] - 9:8
**MINUTES** [3] - 100:20, 100:22, 103:8
**MISCOMMUNICATIO N** [1] - 40:5
**MISUNDERSTAND** [1] - 37:3
**MISUSE** [1] - 27:24
**MITIGATED** [1] - 73:19
**MODIFY** [2] - 40:13, 81:1
**MOMENT** [2] - 21:7, 52:14
**MOMENTS** [1] - 34:23
**MONETIZE** [1] - 36:8
**MONEY** [13] - 11:2, 11:5, 15:20, 16:2, 16:12, 42:5, 94:11, 94:21, 95:24, 96:23, 99:8, 103:12, 103:17
**MONITORING** [2] - 12:15, 74:2
**MONTAGUE** [3] - 1:13, 5:3, 6:20
**MONTH** [11] - 19:3, 19:14, 31:7, 63:18, 64:9, 64:10, 65:1, 67:4, 84:9, 91:10, 91:23
**MONTHLY** [1] - 92:7
**MONTHS** [6] - 62:19, 62:20, 63:21, 64:25, 77:6, 90:5
**MONUMENTAL** [1] -

44:7
**MORE** [50] - 11:8, 13:16, 14:20, 15:25, 18:11, 18:12, 18:15, 22:11, 23:23, 24:19, 25:1, 25:4, 25:21, 29:17, 30:22, 36:21, 48:12, 49:10, 52:25, 53:1, 54:25, 56:9, 60:22, 64:5, 65:15, 66:19, 73:15, 76:9, 77:1, 79:13, 80:25, 89:4, 89:9, 91:3, 91:24, 93:4, 93:10, 93:17, 93:20, 93:22, 94:13, 95:6, 96:4, 96:10, 97:10, 98:5, 99:16, 100:14, 107:6, 107:12
**MORGAN** [3] - 2:16, 7:6, 7:9
**MORNING** [12] - 5:4, 5:7, 5:10, 5:13, 5:16, 5:22, 6:16, 7:8, 9:2, 34:25, 35:3, 57:13
**MOST** [10] - 14:7, 22:25, 24:9, 30:7, 30:14, 50:25, 77:1, 77:2, 78:22, 85:4
**MOTHER** [1] - 102:17
**MOTION** [2] - 8:6, 88:6
**MOTIONS** [1] - 106:21
**MOTIVATION** [2] - 25:19, 93:19
**MOTORS** [1] - 99:3
**MOUNT** [1] - 90:8
**MOVE** [2] - 33:6, 67:23
**MR** [135] - 4:6, 4:16, 4:20, 5:13, 5:16, 5:19, 5:20, 5:22, 5:23, 6:2, 6:19, 6:22, 7:5, 8:17, 8:21, 20:13, 20:14, 24:1, 34:25, 35:2, 35:3, 35:8, 35:15, 37:11, 39:8, 40:3, 40:19, 41:15, 42:19, 42:25, 43:3, 43:13, 44:11, 44:12, 44:15, 45:17, 46:2, 47:22, 49:4, 49:19, 49:21, 50:5, 51:9, 51:21, 52:24, 53:12, 55:15, 56:20, 56:24, 57:4, 57:13, 57:18, 57:23, 58:5, 58:6, 58:13, 59:12, 59:15, 59:18, 59:22, 60:17, 61:1, 61:4, 61:8, 62:8, 62:12,

62:21, 63:14, 63:22, 64:7, 64:14, 64:17, 64:19, 64:22, 64:23, 66:10, 66:11, 66:15, 66:17, 66:23, 67:21, 68:4, 68:9, 68:10, 68:11, 68:14, 69:3, 69:6, 69:18, 71:1, 75:9, 75:19, 75:23, 76:17, 76:23, 77:8, 77:16, 77:20, 78:6, 78:13, 79:11, 80:7, 80:19, 80:22, 81:8, 81:9, 81:15, 82:8, 82:12, 84:17, 84:21, 84:24, 85:11, 86:5, 86:11, 86:16, 87:18, 88:2, 88:20, 89:25, 91:3, 92:21, 100:21, 100:23, 100:24, 100:25, 102:4, 102:10, 102:11, 103:2, 104:21, 105:8, 106:2, 107:3
**MS** [106] - 3:21, 3:24, 4:23, 4:24, 5:2, 5:7, 5:10, 6:4, 6:7, 6:12, 6:16, 7:8, 7:24, 8:3, 9:4, 9:10, 10:19, 10:22, 11:8, 11:18, 11:22, 11:24, 12:12, 13:15, 13:24, 14:2, 15:15, 15:25, 16:14, 16:17, 16:24, 17:14, 19:9, 19:13, 19:22, 19:24, 20:3, 20:8, 20:14, 20:16, 20:25, 21:4, 21:12, 22:4, 22:9, 23:22, 24:23, 25:16, 25:20, 26:7, 26:15, 27:12, 27:15, 31:16, 31:20, 33:9, 33:23, 34:21, 39:14, 42:18, 43:18, 44:2, 44:14, 49:16, 49:18, 50:13, 51:4, 52:15, 53:20, 54:1, 54:9, 54:15, 55:8, 55:13, 56:17, 57:6, 57:8, 57:11, 57:15, 62:16, 66:6, 68:16, 70:16, 70:20, 71:7, 72:17, 73:12, 73:15, 75:17, 77:16, 79:5, 91:2, 92:18, 92:22, 93:9, 93:23, 95:9, 95:12, 96:6, 97:20, 98:3, 98:9, 99:17, 100:19, 106:9, 107:2
**MUCH** [24] - 14:20, 19:10, 21:2, 23:5,

25:1, 25:3, 25:11, 30:8, 30:22, 30:24, 35:12, 52:25, 54:25, 56:8, 64:15, 68:8, 76:24, 77:25, 81:24, 92:20, 106:17, 108:1
**MULLANE** [6] - 46:8, 46:14, 47:20, 48:8, 105:11, 105:20
**MULTIPLE** [3] - 96:2, 96:11, 98:19
**MULTIPLIER** [3] - 31:22, 31:23, 32:6
**MUST** [2] - 58:3, 107:7
**MY** [38] - 3:5, 3:7, 4:7, 5:23, 8:4, 9:1, 9:7, 13:8, 16:11, 21:24, 36:20, 36:23, 37:5, 37:6, 37:13, 38:1, 40:12, 41:19, 45:4, 46:7, 47:22, 49:19, 56:19, 57:2, 57:8, 59:9, 62:16, 65:25, 66:8, 75:15, 76:14, 79:13, 85:14, 97:16, 97:18, 106:8, 106:20, 106:24

## N

**NAILED** [1] - 77:16
**NAME** [5] - 4:22, 5:23, 82:1, 82:18, 90:24
**NAMED** [4] - 10:9, 29:3, 32:3, 92:6
**NAMES** [6] - 9:17, 46:12, 46:21, 48:10, 105:12, 106:5
**NARROW** [1] - 34:12
**NATURE** [1] - 27:23
**NAUSEAM** [1] - 55:14
**NEAR** [1] - 87:2
**NEARLY** [1] - 76:24
**NECESSARILY** [2] - 97:25, 102:25
**NEED** [15] - 4:21, 7:21, 16:1, 38:24, 48:3, 65:2, 74:1, 82:17, 94:11, 94:21, 95:23, 96:10, 102:17, 102:20, 107:10
**NEEDS** [2] - 15:22, 69:8
**NEGATIVE** [2] - 31:22, 32:5
**NEGLIGENCE** [6] - 28:2, 28:9, 40:23, 53:4, 53:7, 102:16
**NEGOTIATE** [3] - 43:6, 53:10, 64:16

**NEGOTIATED** [8] - 16:15, 16:20, 27:18, 28:18, 62:17, 63:12, 63:15, 79:14
**NEGOTIATING** [2] - 19:14, 90:5
**NEGOTIATION** [6] - 17:15, 75:5, 75:18, 89:7, 94:19, 102:19
**NEGOTIATIONS** [2] - 23:7, 79:25
**NETWORK** [1] - 69:15
**NETWORKS** [1] - 31:5
**NEVER** [8] - 23:3, 45:17, 48:7, 76:2, 81:14, 90:21, 90:23
**NEW** [8] - 20:5, 29:8, 32:4, 41:19, 56:17, 99:12, 99:14, 107:9
**NEWS** [3] - 36:12, 88:12, 107:9
**NEXT** [4] - 8:8, 39:13, 83:2, 85:12
**NFL** [1] - 37:15
**NICE** [4] - 100:10, 100:13, 100:14, 108:1
**NICELY** [4] - 3:14, 69:3, 83:23, 100:18
**NIGHT** [1] - 66:22
**NINE** [2] - 67:4, 91:23
**NINE-MONTH** [2] - 67:4, 91:23
**NO** [38] - 4:15, 7:15, 7:20, 18:12, 18:22, 25:20, 31:23, 33:18, 33:19, 44:18, 46:25, 48:5, 52:2, 54:19, 55:25, 57:8, 66:7, 67:19, 67:23, 69:17, 72:4, 73:15, 80:19, 82:17, 82:19, 82:22, 84:21, 84:24, 87:6, 89:25, 101:12, 101:16, 102:6, 106:1, 106:22, 107:15, 107:23
**NONE** [1] - 56:1
**NONEMPLOYEE** [1] - 79:21
**NONEMPLOYEES** [1] - 79:17
**NONEXPERTS** [1] - 14:1
**NONTRANSFERABLE** [1] - 98:17
**NORMAL** [3] - 13:3, 61:15, 64:1
**NORTH** [1] - 78:24
**NORTHERN** [1] - 60:9

**NOT** [206] - 3:13, 7:14, 8:16, 10:12, 10:15, 13:5, 13:23, 13:25, 14:24, 15:8, 16:1, 16:6, 16:11, 16:12, 16:22, 17:5, 17:17, 17:19, 17:20, 18:1, 19:23, 20:15, 20:23, 21:1, 21:2, 21:3, 21:5, 21:24, 24:10, 25:11, 27:8, 28:6, 32:22, 34:2, 34:6, 34:11, 35:16, 35:20, 36:4, 36:12, 36:24, 37:17, 38:14, 38:19, 38:25, 39:1, 39:4, 39:21, 40:2, 40:4, 40:6, 40:20, 40:24, 41:6, 41:8, 42:1, 42:4, 42:12, 42:14, 43:1, 43:8, 43:9, 43:14, 44:6, 46:2, 46:19, 46:24, 46:25, 47:9, 48:3, 48:13, 48:17, 48:24, 49:2, 49:11, 50:9, 50:12, 50:17, 50:18, 51:5, 52:1, 52:5, 52:12, 52:13, 52:15, 52:19, 52:25, 53:4, 53:5, 53:23, 54:15, 55:6, 55:8, 55:16, 55:17, 55:20, 56:3, 56:4, 56:11, 58:24, 58:25, 59:9, 59:10, 59:19, 59:23, 60:18, 61:11, 62:9, 62:10, 62:19, 62:24, 62:25, 63:4, 63:13, 65:22, 66:16, 66:25, 67:5, 67:6, 69:16, 70:10, 70:22, 71:5, 71:16, 72:2, 73:4, 74:16, 74:23, 75:9, 75:14, 75:16, 78:6, 78:25, 80:7, 80:11, 81:5, 81:6, 81:12, 81:20, 81:25, 82:3, 83:1, 83:2, 84:3, 84:4, 84:23, 85:19, 85:25, 86:2, 86:12, 86:24, 87:2, 87:7, 87:12, 87:13, 89:5, 89:21, 90:1, 92:11, 92:12, 93:6, 93:8, 93:11, 93:15, 94:4, 94:11, 94:16, 94:21, 95:14, 95:16, 95:23, 96:18, 96:22, 97:7, 97:14, 97:18, 97:24, 98:12, 98:16, 98:17, 99:19, 99:21,

99:22, 99:23, 99:25, 100:3, 100:6, 100:7, 100:11, 100:15, 101:14, 101:24, 102:13, 102:16, 102:21, 105:17, 106:8, 106:11, 107:5, 107:11
**NOTABLY** [1] - 33:1
**NOTE** [1] - 6:11
**NOTED** [1] - 96:1
**NOTES** [1] - 58:23
**NOTHING** [2] - 51:14, 84:14
**NOTICE** [65] - 8:22, 14:23, 26:25, 41:21, 46:8, 46:13, 48:17, 49:19, 49:20, 56:18, 56:21, 57:7, 57:16, 58:14, 58:17, 58:20, 59:5, 59:20, 60:13, 60:18, 60:19, 60:21, 62:2, 62:5, 62:11, 62:13, 62:23, 62:25, 65:8, 65:11, 66:1, 66:19, 67:10, 67:12, 67:15, 67:17, 68:5, 68:21, 74:3, 81:19, 83:9, 83:14, 83:17, 83:19, 83:24, 84:6, 84:11, 84:16, 84:19, 86:23, 87:4, 87:14, 87:19, 88:24, 89:9, 89:12, 89:14, 89:17, 89:18, 89:19, 104:5, 105:1
**NOTICED** [2] - 24:5, 104:11
**NOTICES** [5] - 61:7, 67:9, 81:1, 83:18, 89:4
**NOTICING** [2] - 104:10, 105:5
**NOTIFICATION** [4] - 59:24, 60:1, 86:13, 86:18
**NOTIFIED** [2] - 26:23, 60:3
**NOTIFY** [2] - 47:25, 48:9
**NOTIFYING** [2] - 73:25, 86:19
**NOTION** [1] - 98:4
**NOTORIETY** [2] - 60:15, 61:13
**NOVEMBER** [2] - 39:14, 43:16
**NOW** [22] - 7:11, 10:2, 10:20, 12:17, 20:6, 22:21, 24:5, 24:13,

24:14, 24:16, 26:11, 33:6, 34:3, 34:12, 37:1, 40:1, 47:1, 50:4, 56:22, 57:3, 63:23, 104:6
**NUMBER** [24] - 1:3, 27:17, 44:6, 44:7, 57:18, 58:8, 58:9, 58:12, 63:17, 67:15, 69:11, 69:12, 71:18, 71:19, 72:14, 74:18, 76:4, 82:2, 82:18, 90:4, 90:13, 90:17, 101:4
**NUMBERS** [7] - 9:16, 30:24, 41:13, 63:17, 64:1, 90:7, 107:19
**NUMEROSITY** [1] - 32:20
**NURSES** [1] - 45:9
**NUSSBAUM** [5] - 2:21, 5:14, 6:16, 6:17

## O

**OBJECT** [2] - 26:24, 36:17
**OBJECTION** [2] - 37:4, 102:22
**OBJECTIONS** [9] - 8:9, 8:10, 27:13, 33:7, 33:16, 35:7, 36:19, 36:23, 36:25
**OBJECTOR** [1] - 43:23
**OBJECTORS** [1] - 39:21
**OBLIGATED** [2] - 23:14, 97:24
**OBLIGATION** [1] - 26:10
**OBSERVATION** [1] - 45:13
**OBSERVE** [1] - 48:5
**OBSERVING** [2] - 47:12, 48:8
**OBTAIN** [1] - 95:24
**OBVIOUSLY** [4] - 25:11, 58:10, 89:5, 91:24
**OCCUR** [2] - 23:3, 71:20
**OCCURRED** [2] - 19:3, 92:10
**OCTOBER** [1] - 24:13
**OF** [487] - 1:2, 3:8, 3:14, 5:6, 5:24, 6:1, 6:13, 6:14, 6:17, 6:20, 6:23, 7:1, 7:6,

7:14, 7:15, 7:16, 8:7, 8:8, 8:9, 8:13, 8:14, 8:15, 8:16, 8:19, 8:23, 9:2, 9:11, 9:13, 9:14, 9:16, 9:23, 9:24, 9:25, 10:12, 10:13, 10:23, 11:2, 11:3, 11:11, 11:14, 11:16, 12:11, 12:22, 13:10, 13:12, 13:25, 14:4, 14:9, 15:3, 15:12, 15:16, 15:17, 15:19, 15:23, 16:2, 16:4, 16:6, 16:9, 16:12, 16:24, 17:10, 17:11, 17:14, 17:20, 17:21, 17:24, 18:6, 18:8, 18:14, 18:16, 18:21, 18:22, 19:1, 19:19, 20:1, 20:13, 21:2, 21:6, 21:17, 22:10, 22:18, 22:20, 22:24, 22:25, 23:1, 23:2, 23:4, 23:5, 23:6, 23:17, 23:19, 24:11, 24:13, 24:14, 24:25, 25:5, 25:7, 25:8, 25:9, 25:11, 25:13, 26:8, 26:16, 26:17, 26:23, 27:9, 27:18, 27:23, 27:24, 28:23, 28:24, 28:25, 29:1, 29:3, 29:6, 29:8, 29:9, 29:10, 29:11, 29:20, 30:2, 30:4, 30:5, 30:6, 30:7, 30:8, 30:11, 30:14, 30:19, 30:21, 30:23, 30:25, 31:7, 31:9, 31:12, 31:16, 31:19, 31:24, 31:25, 32:7, 32:10, 32:12, 32:13, 32:15, 32:21, 32:25, 33:5, 33:9, 33:11, 33:15, 34:1, 34:4, 34:6, 34:7, 34:13, 35:7, 35:9, 35:11, 35:13, 35:22, 36:5, 36:20, 36:22, 36:25, 37:5, 37:18, 37:24, 38:5, 38:7, 38:11, 40:10, 40:22, 41:8, 41:14, 41:17, 41:20, 41:21, 42:10, 42:20, 43:2, 43:5, 43:25, 44:3, 44:22, 45:4, 45:6, 46:3, 46:8, 46:12, 46:21, 47:17, 48:18, 49:4, 49:9, 50:19, 50:23, 51:1, 51:6, 51:10,

51:12, 51:14, 51:19, 51:23, 51:25, 52:6, 52:9, 52:11, 52:13, 52:16, 52:17, 52:18, 53:2, 53:8, 53:14, 54:1, 54:3, 54:4, 54:6, 54:7, 54:11, 54:13, 54:16, 54:21, 54:25, 55:9, 55:19, 55:22, 55:24, 56:1, 56:7, 56:8, 56:9, 56:10, 56:11, 56:12, 56:21, 57:1, 57:19, 57:21, 57:23, 58:15, 59:5, 59:21, 59:23, 60:3, 60:7, 60:10, 60:11, 60:12, 60:13, 60:16, 60:20, 60:22, 61:6, 61:13, 61:18, 61:22, 62:12, 62:19, 62:22, 62:25, 63:4, 63:6, 63:8, 63:17, 63:18, 64:4, 64:16, 65:1, 65:2, 65:4, 65:6, 65:19, 66:16, 66:25, 67:3, 67:5, 67:6, 67:7, 67:11, 67:22, 68:22, 68:23, 68:25, 69:5, 69:8, 69:10, 69:12, 69:17, 70:2, 70:5, 70:15, 70:18, 71:4, 71:20, 71:21, 72:1, 72:7, 72:9, 72:20, 73:23, 74:3, 74:13, 74:19, 74:21, 75:5, 75:17, 76:12, 77:2, 77:3, 77:4, 77:7, 77:10, 77:11, 77:15, 77:24, 78:1, 78:7, 78:9, 78:14, 78:15, 78:21, 78:22, 78:23, 78:24, 79:3, 79:9, 79:13, 80:2, 80:9, 80:11, 80:14, 80:15, 80:18, 80:23, 81:2, 81:3, 81:5, 81:8, 81:11, 81:12, 82:5, 82:10, 82:15, 82:25, 83:8, 84:4, 84:6, 84:13, 85:1, 86:18, 87:5, 87:8, 87:10, 87:12, 87:21, 87:23, 87:24, 88:3, 88:7, 88:15, 88:19, 89:11, 89:13, 90:5, 90:8, 90:10, 90:13, 90:16, 90:17, 90:20, 90:21, 90:25, 91:7, 91:12, 91:15, 91:21, 92:5, 92:10, 92:16, 92:24, 93:2,

93:10, 93:18, 93:24, 94:5, 94:12, 94:14, 94:18, 94:21, 95:6, 95:7, 95:12, 95:15, 95:16, 95:17, 95:19, 95:20, 95:24, 96:5, 96:9, 96:18, 96:21, 96:23, 96:24, 96:25, 97:2, 97:4, 97:11, 97:15, 97:16, 97:17, 98:4, 98:21, 98:23, 98:24, 99:6, 99:7, 99:8, 99:16, 99:20, 100:3, 101:6, 101:8, 101:12, 101:14, 101:15, 101:17, 101:18, 101:21, 101:25, 102:8, 102:11, 102:13, 102:19, 102:23, 103:5, 103:6, 103:10, 104:8, 104:11, 104:14, 104:18, 104:22, 105:11, 105:12, 105:15, 105:17, 105:20, 106:4, 106:19, 107:16, 107:19, 108:5

**OFF** [15] - 3:4, 13:14, 20:11, 33:11, 35:25, 51:1, 53:3, 69:7, 69:19, 70:23, 71:8, 76:2, 95:20, 98:14
**OFFER** [4] - 93:15, 93:22, 94:4, 95:6
**OFFERED** [4] - 93:14, 94:3, 95:22, 99:5
**OFFERING** [1] - 78:20
**OFFERS** [1] - 9:20
**OFFICE** [1] - 105:10
**OFFICIAL** [2] - 1:19, 108:10
**OFTEN** [3] - 19:15, 24:19, 105:9
**OH** [3] - 76:1, 87:5, 94:17
**OINTMENT** [1] - 4:7
**OKAY** [10] - 4:18, 13:22, 26:6, 33:9, 34:20, 49:15, 56:16, 74:6, 90:9, 91:1
**OLD** [5] - 38:3, 47:6, 49:5, 49:7, 68:20
**ON** [140] - 3:8, 3:9, 4:17, 5:6, 5:24, 6:6, 6:9, 6:10, 6:14, 6:20, 6:23, 7:18, 9:8, 10:15, 10:25, 11:22, 12:8, 14:8, 15:11,

15:12, 18:23, 19:23, 22:10, 23:10, 26:15, 26:21, 28:1, 28:11, 28:16, 30:24, 32:7, 33:6, 33:20, 33:25, 34:14, 36:19, 37:10, 38:7, 38:20, 39:17, 39:18, 40:1, 40:14, 40:23, 41:2, 41:12, 41:17, 43:5, 43:10, 43:11, 44:9, 45:1, 45:6, 45:18, 45:24, 47:20, 48:6, 48:17, 48:22, 48:24, 49:7, 49:17, 54:2, 54:11, 55:2, 55:11, 56:25, 58:7, 59:2, 59:25, 60:1, 60:22, 60:25, 63:5, 63:24, 65:4, 65:25, 68:6, 69:21, 70:22, 71:2, 71:8, 71:9, 71:15, 71:24, 73:7, 73:10, 73:21, 74:4, 74:12, 75:2, 75:14, 75:25, 76:6, 77:3, 77:4, 77:12, 78:17, 81:17, 83:17, 84:13, 84:15, 85:2, 85:9, 85:11, 85:22, 85:24, 87:4, 87:20, 87:24, 88:9, 88:12, 88:15, 89:4, 91:11, 94:6, 97:2, 97:11, 97:17, 97:23, 98:7, 99:3, 100:24, 101:20, 101:25, 102:13, 103:19, 104:5, 104:19, 106:4, 106:21, 106:23, 106:25, 107:6, 107:8, 107:12, 107:24
**ONCE** [5] - 13:8, 25:11, 92:8, 100:25, 107:1
**ONE** [59] - 2:3, 3:7, 7:1, 11:2, 11:10, 16:4, 16:6, 18:7, 25:9, 27:17, 29:8, 30:1, 32:4, 32:12, 33:9, 35:12, 41:4, 41:7, 44:3, 45:21, 47:7, 49:4, 49:9, 50:19, 50:24, 51:2, 54:3, 54:4, 55:3, 56:12, 57:1, 59:21, 59:23, 60:16, 63:25, 64:4, 64:9, 64:25, 67:3, 68:20, 71:15, 72:1, 72:2, 72:7, 72:9, 91:4, 92:5,

92:7, 93:24, 97:4, 97:6, 101:3, 101:4, 101:7, 107:14, 107:15
**ONE-INCH** [1] - 107:15
**ONE-MONTH** [1] - 64:9
**ONE-TIME** [1] - 97:6
**ONE-YEAR** [1] - 97:4
**ONLINE** [3] - 12:23, 15:2, 84:4
**ONLY** [24] - 8:14, 8:15, 14:21, 17:5, 31:11, 34:3, 34:12, 34:14, 41:21, 42:23, 48:1, 48:11, 51:8, 51:19, 62:6, 62:25, 64:2, 64:4, 74:11, 75:21, 90:4, 98:21, 106:4, 107:14
**OPEN** [4] - 11:10, 45:21, 63:24, 64:5
**OPENING** [3] - 10:1, 27:7, 32:19
**OPENS** [1] - 3:1
**OPERATES** [4] - 84:4, 84:5, 91:14, 92:1
**OPINION** [1] - 38:7
**OPPORTUNITY** [5] - 26:23, 35:4, 37:4, 44:3, 46:6
**OPPOSED** [9] - 9:3, 11:3, 13:13, 17:9, 37:10, 60:23, 61:6, 78:4, 104:19
**OPPOSITION** [3] - 57:24, 97:12, 98:10
**OPT** [1] - 26:24
**OPTION** [1] - 24:16
**OPTIONS** [1] - 59:1
**OR** [102] - 6:9, 7:15, 7:16, 10:12, 10:24, 10:25, 12:7, 13:5, 13:14, 13:18, 14:8, 14:9, 14:14, 14:15, 16:9, 18:2, 20:12, 21:14, 21:16, 22:7, 24:7, 26:24, 27:13, 31:7, 36:25, 39:4, 39:5, 39:22, 42:17, 44:3, 46:17, 49:16, 50:16, 52:5, 52:11, 52:13, 54:19, 54:20, 55:4, 55:17, 56:8, 56:10, 56:17, 57:3, 58:21, 59:17, 61:25, 62:5, 63:6, 63:9, 64:16, 65:5, 66:3, 67:6, 67:7, 67:9,

69:21, 69:24, 70:11, 71:8, 71:14, 71:19, 72:6, 72:14, 76:5, 79:23, 82:7, 82:9, 82:18, 82:23, 84:22, 85:2, 85:24, 86:8, 88:8, 88:15, 89:4, 89:23, 90:22, 92:18, 93:21, 94:23, 95:19, 95:20, 95:23, 96:16, 97:4, 97:23, 98:17, 100:12, 100:16, 102:7, 107:8
**ORANGE** [1] - 38:15
**ORDER** [9] - 7:21, 15:8, 40:13, 41:17, 95:24, 96:23, 99:10, 102:14, 104:8
**ORIGINAL** [1] - 51:16
**ORIGINALLY** [2] - 19:10, 34:11
**OTHER** [43] - 6:10, 8:22, 11:9, 13:19, 14:17, 14:20, 15:11, 24:7, 29:23, 31:2, 32:7, 32:12, 34:6, 36:3, 37:17, 39:8, 44:24, 45:6, 46:1, 46:2, 49:19, 54:6, 54:17, 55:21, 58:22, 63:1, 66:3, 66:12, 66:21, 69:12, 69:23, 70:10, 70:18, 72:19, 74:11, 76:24, 80:2, 82:25, 83:4, 84:12, 92:17, 97:5, 104:23
**OTHERS** [1] - 86:22
**OTHERWISE** [4] - 17:20, 46:17, 69:21, 92:18
**OUGHT** [1] - 74:1
**OUR** [54] - 3:19, 7:18, 7:19, 8:1, 8:23, 10:1, 14:3, 15:6, 17:16, 19:5, 23:6, 24:23, 25:6, 27:7, 28:4, 30:2, 31:23, 32:23, 33:10, 34:2, 35:9, 35:13, 35:23, 38:2, 40:9, 40:19, 40:20, 44:23, 47:6, 49:11, 51:13, 51:15, 51:25, 52:22, 54:4, 56:12, 56:25, 58:7, 67:16, 68:6, 68:20, 69:15, 69:16, 70:5, 74:20, 80:11, 90:6, 90:7, 93:25, 96:1, 102:11, 102:21, 105:10
**OURSELVES** [1] -

4:13
**OUT** [70] - 4:22, 8:1, 9:8, 11:4, 11:5, 14:9, 17:9, 18:6, 18:16, 20:13, 20:20, 20:22, 21:16, 21:21, 22:20, 24:11, 26:24, 27:16, 29:11, 30:12, 31:25, 32:23, 35:8, 36:24, 38:5, 41:22, 43:2, 44:3, 44:8, 45:3, 46:13, 47:3, 52:8, 53:15, 54:21, 62:14, 64:3, 64:20, 65:9, 67:9, 69:10, 72:21, 73:6, 74:11, 74:21, 75:1, 76:21, 77:19, 77:24, 78:9, 78:19, 80:11, 81:4, 81:5, 81:22, 83:21, 86:13, 86:18, 87:6, 87:14, 87:17, 88:24, 88:25, 92:2, 95:24, 97:21, 102:9, 103:10, 107:3, 107:21
**OUT-OF-POCKET** [6] - 14:9, 18:6, 18:16, 29:11, 31:25, 54:21
**OUTCOME** [2] - 103:3, 104:2
**OUTFIT** [1] - 19:2
**OUTSIDE** [6] - 16:9, 18:3, 23:12, 52:17, 52:18, 61:3
**OVER** [13] - 16:25, 58:7, 62:2, 63:18, 91:2, 91:23, 92:18, 103:7, 103:21, 104:10, 104:11, 105:5
**OVER-NOTICED** [1] - 104:11
**OVER-NOTICING** [2] - 104:10, 105:5
**OVERALL** [1] - 8:6
**OVERINCLUSIVE** [2] - 83:10, 83:14
**OVERKILL** [1] - 65:15
**OVERVIEW** [1] - 9:11
**OWE** [1] - 73:13
**OWN** [14] - 11:2, 11:5, 11:19, 16:2, 26:11, 26:12, 35:13, 36:7, 44:10, 55:6, 56:20, 59:3, 95:24, 96:23
**OWNERSHIP** [1] - 53:23
**OX** [1] - 39:19

# P

**PA** [6] - 1:14, 1:21, 2:3, 2:8, 2:12, 2:17
**PAGE** [11] - 57:21, 57:23, 60:2, 60:22, 60:24, 87:20, 87:24, 88:14, 88:15, 89:4
**PAGES** [4] - 28:24, 29:9, 107:13, 107:19
**PAID** [5] - 26:17, 31:13, 32:7, 46:19, 105:24
**PALATABLE** [1] - 49:10
**PANDEMIC** [4] - 45:3, 63:25, 64:8, 91:21
**PANERA** [1] - 91:12
**PAPER** [3] - 22:6, 22:7
**PAPERS** [3] - 39:12, 61:19, 68:6
**PAPERWORK** [1] - 39:7
**PARKING** [2] - 14:15, 18:3
**PARKS** [67] - 2:15, 4:6, 4:16, 4:20, 4:24, 7:5, 7:6, 20:13, 20:14, 20:16, 20:25, 21:4, 21:12, 24:1, 35:8, 35:15, 44:12, 46:2, 56:20, 56:24, 57:4, 58:6, 64:14, 64:22, 64:23, 66:6, 66:10, 66:17, 68:10, 68:11, 68:14, 68:15, 70:16, 70:20, 71:1, 71:7, 75:9, 75:19, 75:23, 76:17, 76:23, 77:8, 77:16, 77:20, 78:6, 78:13, 79:11, 80:7, 80:19, 80:22, 81:9, 81:15, 82:8, 84:17, 84:21, 84:24, 85:11, 86:5, 86:11, 86:16, 87:18, 88:2, 88:20, 89:25, 91:3, 92:21, 102:11
**PARKS'** [1] - 102:4
**PART** [15] - 13:10, 14:4, 15:12, 17:14, 33:11, 34:1, 36:5, 54:3, 54:4, 56:7, 56:10, 63:15, 65:1, 80:15, 102:23
**PARTICIPATE** [3] - 50:14, 87:13, 106:15
**PARTICIPATING** [1] - 52:12
**PARTICULAR** [6] -

4:7, 7:21, 35:8, 83:12, 88:3, 98:10
**PARTICULARLY** [6] - 3:17, 4:3, 25:2, 59:10, 95:5, 107:20
**PARTIES** [5] - 14:14, 27:1, 27:20, 28:13, 101:11
**PARTIES'** [1] - 8:10
**PARTNERS** [1] - 6:13
**PARTS** [1] - 54:6
**PARTY** [2] - 23:8, 28:25
**PASSING** [1] - 66:22
**PAST** [1] - 11:14
**PATH** [1] - 69:23
**PATHWAY** [1] - 45:22
**PAY** [9] - 16:11, 24:15, 75:4, 76:2, 76:9, 81:23, 85:22, 85:23, 96:25
**PAYEE** [1] - 93:21
**PAYMENT** [32] - 8:14, 9:21, 10:7, 10:14, 12:6, 23:2, 23:9, 23:16, 29:10, 30:22, 30:25, 31:16, 34:4, 35:20, 50:2, 50:3, 51:14, 51:19, 52:17, 52:21, 54:5, 54:18, 56:4, 69:22, 69:25, 71:11, 73:3, 73:22, 73:25, 85:12, 85:22, 86:1
**PAYMENTS** [2] - 32:14, 86:2
**PAYOR** [1] - 93:19
**PC** [1] - 1:13
**PCI** [2] - 28:3, 35:20
**PENDENCY** [1] - 105:16
**PENDING** [1] - 106:21
**PENETRATE** [1] - 23:13
**PENETRATION** [1] - 23:12
**PENNSYLVANIA** [4] - 1:2, 38:4, 40:24, 95:18
**PEOPLE** [65] - 13:1, 14:6, 15:6, 15:10, 17:16, 17:25, 18:5, 18:7, 18:12, 18:16, 19:17, 19:19, 22:5, 34:1, 38:11, 45:1, 45:5, 45:9, 45:10, 45:14, 46:18, 47:5, 47:25, 48:9, 49:6, 56:14, 61:12, 61:24, 62:1, 63:17, 64:10,

65:9, 65:11, 65:13, 65:20, 66:4, 72:2, 72:4, 72:5, 73:25, 74:19, 74:23, 74:25, 75:10, 80:16, 81:22, 82:13, 84:2, 84:9, 84:10, 85:4, 86:20, 86:23, 87:4, 89:2, 90:15, 91:24, 99:12, 101:19, 103:12, 104:10, 104:14, 106:4, 106:6
**PER** [4] - 14:11, 92:3, 100:22, 107:16
**PERCENT** [21] - 10:23, 11:14, 15:19, 16:24, 20:15, 31:4, 67:14, 76:25, 77:1, 77:2, 77:3, 77:11, 77:12, 77:17, 78:1, 78:14, 78:23, 78:25, 95:20, 98:21, 98:23
**PERCENTAGE** [1] - 30:6
**PERFECTLY** [3] - 51:16, 66:2, 68:2
**PERFORMED** [1] - 28:22
**PERHAPS** [3] - 37:1, 44:21, 76:14
**PERIOD** [34] - 8:15, 9:22, 10:14, 12:6, 12:19, 13:17, 34:5, 34:6, 34:13, 34:14, 52:18, 52:22, 57:23, 63:18, 63:25, 64:9, 64:16, 64:18, 65:2, 65:4, 65:6, 65:8, 65:19, 67:4, 75:8, 82:10, 82:20, 84:10, 87:11, 90:12, 90:16, 91:23, 97:4
**PERSON** [9] - 13:5, 14:11, 16:10, 21:14, 52:10, 55:7, 75:10, 75:24, 90:14
**PERSONAL** [6] - 51:9, 51:12, 51:23, 52:6, 52:17, 54:7
**PERSONALITY** [1] - 50:16
**PERSPECTIVE** [5] - 28:17, 56:25, 65:18, 65:22, 104:13
**PERSUADED** [1] - 63:16
**PERSUASIVE** [1] - 22:16
**PERTINENT** [1] - 107:10

PHENOMENAL [1] - 38:7
PHILADELPHIA [4] - 1:14, 1:21, 2:3, 2:17
PHILLY.COM [1] - 88:22
PHONE [7] - 6:9, 6:10, 15:3, 49:6, 65:5, 74:21, 82:1
PHYSICALLY [1] - 3:14
PICK [3] - 48:24, 49:17, 89:3
PICKED [4] - 62:2, 88:9, 88:10, 88:21
PICTURE [1] - 15:3
PIECE [2] - 53:11, 85:13
PLACARD [6] - 59:17, 59:20, 62:5, 104:11, 104:15, 104:18
PLACARDS [3] - 59:23, 62:24, 66:18
PLACE [4] - 9:18, 46:4, 83:2, 85:1
PLACES [5] - 61:6, 64:5, 83:2, 83:4, 104:24
PLAINLY [1] - 44:12
PLAINTIFF [3] - 1:4, 6:15, 32:3
PLAINTIFFS [33] - 1:17, 2:5, 2:9, 2:14, 5:3, 5:6, 5:9, 5:12, 5:15, 5:18, 5:21, 5:24, 6:14, 6:18, 6:21, 6:24, 7:25, 8:9, 8:18, 9:13, 29:4, 29:21, 34:24, 35:7, 74:24, 85:16, 89:8, 92:6, 94:16, 96:12, 99:2, 101:2, 101:5
PLAINTIFFS' [13] - 8:6, 33:7, 37:12, 39:18, 40:1, 43:11, 79:3, 82:12, 84:8, 91:8, 91:17, 92:4, 92:14
PLAN [9] - 8:22, 12:10, 42:16, 44:3, 48:2, 52:14, 60:13, 67:10, 104:5
PLANNING [1] - 32:22
PLANS [1] - 48:4
PLASTIC [1] - 3:12
PLATT [3] - 2:23, 5:19
PLAY [1] - 52:8
PLAYSTATION [2] - 31:7, 31:8
PLEASE [3] - 3:2,

6:11, 57:14
PLEASED [2] - 32:25, 35:6
PLUS [1] - 91:12
POCKET [7] - 14:9, 18:6, 18:16, 29:11, 31:25, 54:21, 95:24
POINT [45] - 7:19, 11:12, 22:17, 23:17, 23:19, 33:20, 33:25, 36:11, 36:24, 37:5, 38:22, 39:21, 43:17, 44:18, 49:20, 52:23, 55:14, 55:15, 58:14, 61:4, 61:21, 62:1, 62:22, 63:3, 66:16, 66:21, 68:21, 70:5, 79:13, 81:17, 81:19, 82:15, 83:18, 85:1, 100:22, 101:4, 104:3, 104:4, 104:6, 106:1, 106:12, 106:25, 107:6, 107:24
POINTED [1] - 64:3
POINTS [10] - 27:10, 49:19, 60:17, 66:13, 80:24, 91:4, 100:21, 101:3, 107:8, 107:13
POLICY [4] - 73:6, 80:8, 80:24, 82:22
POLITE [1] - 7:22
POP [1] - 67:8
PORTION [2] - 68:22, 105:11
POS [1] - 63:4
POSITION [7] - 19:13, 40:23, 44:23, 44:24, 47:5, 69:16, 99:20
POSITIONED [2] - 38:12, 38:19
POSITIONS [2] - 37:18, 41:3
POSSIBLE [1] - 15:9
POSSIBLY [1] - 86:5
POTENTIAL [2] - 72:9, 74:21
POTENTIALLY [3] - 17:6, 70:6, 74:6
POUNDING [1] - 37:18
PRACTICABLE [2] - 58:18, 89:14
PRACTICAL [1] - 36:21
PRACTICALLY [1] - 20:13
PRACTICE [2] - 13:3, 73:1
PRATTER [1] - 1:9
PRECEDENT [1] -

30:14
PREDOMINANCE [1] - 32:22
PREFER [2] - 33:14, 33:21
PREFERRED [1] - 58:25
PRELIMINARY [10] - 8:6, 9:13, 26:20, 26:21, 28:3, 44:21, 61:18, 88:6, 99:22, 100:6
PREPARED [4] - 9:24, 31:20, 35:24
PRESENCE [1] - 6:11
PRESENT [4] - 2:20, 30:2, 96:20, 97:8
PRESENTATION [2] - 36:16, 38:2
PRESENTED [2] - 73:18, 84:7
PRESENTING [1] - 8:4
PRESS [14] - 7:2, 48:6, 48:7, 48:8, 60:4, 60:20, 87:22, 88:14, 88:21, 88:24, 88:25, 89:3, 89:6, 105:18
PRESUMABLY [1] - 58:2
PRETTY [4] - 26:10, 61:20, 62:17, 67:11
PREVACCINE [1] - 61:23
PREVIOUSLY [1] - 30:16
PRICE [3] - 15:23, 70:18, 96:8
PRICED [1] - 15:19
PRINCIPLE [1] - 53:24
PRINT [3] - 21:15, 21:17, 22:1
PRINTED [3] - 21:17, 21:19, 21:21
PRIOR [2] - 29:12, 50:6
PRIVACY [4] - 30:25, 73:6, 80:8, 80:24
PRIVATE [3] - 29:16, 55:18, 56:1
PRO [2] - 12:2, 12:4
PROBABILITY [2] - 17:1, 17:5
PROBABLY [10] - 16:18, 24:3, 24:8, 24:18, 36:15, 38:5, 45:9, 59:21, 103:14, 105:9
PROBLEM [5] - 4:15, 34:17, 37:24, 72:8,

87:16
PROBLEMS [2] - 35:11, 72:1
PROCEDURE [3] - 9:15, 14:23, 15:4
PROCEDURES [1] - 25:22
PROCEED [2] - 7:21, 46:3
PROCEEDING [3] - 7:16, 105:13
PROCEEDINGS [2] - 1:24, 108:5
PROCESS [8] - 13:10, 13:20, 28:18, 29:13, 81:11, 94:19, 103:4, 105:19
PROCESSES [1] - 36:20
PROCESSOR [3] - 70:1, 90:6, 90:7
PRODUCED [4] - 1:24, 28:18, 28:24, 29:9
PRODUCT [6] - 11:4, 86:21, 86:22, 86:24, 93:14, 95:19
PRODUCTIVELY [1] - 40:10
PRODUCTS [7] - 10:23, 11:1, 15:19, 16:3, 86:20, 94:13, 96:21
PROFFERED [1] - 35:18
PROFIT [1] - 93:10
PROGENY [1] - 55:24
PROGRAM [3] - 4:10, 67:8, 78:18
PROJECTIONS [1] - 77:7
PROMINENT [1] - 36:10
PROMISES [1] - 106:23
PROMOTING [1] - 49:3
PROMOTION [1] - 78:19
PROMOTIONAL [3] - 48:14, 48:25, 78:17
PROMOTIONALLY [1] - 77:24
PROMOTIONS [1] - 80:9
PROOF [4] - 13:16, 14:5, 14:11, 14:21
PROPERLY [1] - 29:19
PROPOSALS [1] -

27:24
PROPOSED [9] - 8:21, 9:14, 9:20, 10:3, 13:11, 19:10, 31:12, 60:13, 61:19
PROPOSING [1] - 59:20
PROPOSITION [1] - 72:23
PRORATED [1] - 17:6
PROTECT [4] - 23:1, 55:18, 55:22, 56:1
PROTECTED [1] - 38:8
PROTECTION [1] - 25:17
PROTECTIONS [1] - 25:15
PROTOCOL [2] - 3:15, 7:15
PROTOCOLS [1] - 4:9
PROVE [5] - 14:19, 18:4, 18:17, 18:24, 72:12, 72:13
PROVIDE [14] - 10:4, 14:11, 20:18, 26:7, 58:17, 72:24, 81:1, 89:16, 93:4, 97:24, 98:5, 100:10, 100:14, 100:16
PROVIDED [7] - 10:5, 31:4, 31:6, 31:11, 94:15, 98:14, 98:20
PROVIDES [4] - 58:16, 58:20, 58:24, 84:25
PROVISION [1] - 66:1
PUBLIC [4] - 73:20, 74:3, 88:7, 88:22
PUBLICATION [6] - 48:6, 59:24, 60:18, 60:19, 105:23
PUBLICATIONS [1] - 61:12
PUBLICITY [1] - 61:6
PUBLISHED [1] - 88:9
PUMP [9] - 24:8, 24:11, 24:15, 24:16, 24:20, 85:2, 85:10, 85:11, 85:12
PUMPS [2] - 23:20, 62:14
PUR [1] - 104:17
PUR-VIEWING [1] - 104:17
PURCHASE [14] - 13:17, 67:3, 69:22, 70:1, 75:8, 81:21, 93:14, 94:9, 95:19, 95:20, 95:23, 96:22,

98:14, 99:6
**PURCHASERS** [1] - 81:21
**PURCHASES** [9] - 12:21, 24:6, 77:3, 77:4, 77:12, 82:9, 82:19, 82:23, 83:7
**PURPORTED** [2] - 56:13, 56:14
**PURPOSE** [2] - 80:10, 80:14
**PURPOSES** [9] - 27:4, 32:18, 33:3, 53:2, 78:8, 80:9, 80:10, 81:2, 81:3
**PURSUE** [1] - 8:18
**PURSUING** [1] - 74:16
**PUSH** [1] - 69:19
**PUSHING** [3] - 86:13, 86:18, 87:14
**PUT** [14] - 7:18, 11:4, 11:5, 17:8, 33:20, 43:10, 44:25, 47:21, 52:4, 65:21, 67:16, 69:7, 82:17, 103:10
**PUTTING** [5] - 66:18, 80:21, 87:1, 88:24, 88:25

## Q

**QR** [3] - 15:4, 59:24, 67:11
**QUA** [2] - 102:7, 102:13
**QUALIFY** [1] - 17:3
**QUALIFYING** [1] - 14:11
**QUALITATIVELY** [1] - 103:25
**QUANTIFY** [1] - 67:13
**QUARTER** [1] - 88:15
**QUESTION** [33] - 13:8, 20:15, 25:20, 30:8, 31:21, 36:14, 38:20, 39:19, 44:2, 54:8, 55:5, 57:2, 57:18, 59:19, 61:9, 62:15, 63:16, 66:9, 68:23, 69:5, 71:13, 75:15, 79:9, 79:12, 83:8, 85:14, 91:5, 101:14, 101:15, 102:5, 103:11
**QUESTIONS** [12] - 7:23, 9:7, 15:11, 20:8, 22:18, 48:19, 59:9, 66:12, 68:5, 81:18, 83:22, 92:18
**QUICK** [1] - 101:3

**QUICKER** [1] - 19:10
**QUICKLY** [2] - 47:23, 59:6
**QUITE** [8] - 3:13, 18:10, 19:15, 37:8, 48:23, 62:18, 63:10, 76:20
**QUO** [1] - 41:24
**QUOTE** [6] - 27:1, 27:2, 28:15, 36:23, 50:7, 75:17

## R

**R.P.C** [1] - 2:2
**RAISE** [1] - 56:17
**RAISED** [2] - 8:9, 46:20
**RARE** [1] - 30:20
**RATA** [2] - 12:2, 12:4
**RATE** [2] - 11:16, 41:18
**RATES** [1] - 103:20
**RATHER** [4] - 9:3, 24:17, 33:17, 98:13
**RAW** [1] - 90:2
**RBG** [1] - 38:6
**RE** [4] - 1:3, 29:22, 96:15, 99:3
**REACH** [1] - 107:2
**REACHED** [1] - 9:22
**REACHING** [2] - 35:8, 43:2
**REACTION** [1] - 43:22
**REACTIONS** [1] - 25:10
**READ** [3] - 105:9, 105:11, 107:19
**READING** [2] - 61:3, 105:6
**READY** [1] - 91:1
**REAL** [11] - 13:8, 17:22, 18:5, 19:6, 36:5, 54:20, 54:21, 93:4, 93:13, 94:5, 104:21
**REALIZE** [2] - 96:23, 99:11
**REALIZES** [1] - 24:18
**REALLY** [50] - 14:6, 17:17, 17:23, 17:25, 18:8, 18:16, 20:6, 21:25, 22:22, 25:14, 30:9, 32:23, 37:8, 37:22, 42:23, 43:10, 43:16, 46:7, 46:15, 48:23, 52:10, 56:21, 62:6, 69:2, 73:10, 73:19, 74:7, 75:4, 77:6, 79:19, 84:7,

84:11, 92:15, 93:3, 93:16, 94:8, 95:1, 96:8, 100:10, 100:13, 101:7, 101:22, 102:19, 103:5, 104:22, 105:16, 106:5, 107:5, 107:7, 107:22
**REASON** [11] - 51:8, 51:21, 52:2, 52:19, 53:16, 70:23, 79:5, 85:18, 93:9, 101:6, 102:21
**REASONABLE** [11] - 15:16, 18:19, 19:19, 27:3, 27:6, 31:13, 32:8, 41:25, 73:8, 90:22, 100:1
**REASONABLY** [4] - 14:18, 72:24, 73:4, 73:14
**REASONS** [6] - 36:8, 49:5, 66:17, 99:18, 105:14, 106:7
**REBUTTAL** [1] - 8:23
**RECALL** [4] - 27:11, 39:10, 64:19, 64:23
**RECALLED** [1] - 86:23
**RECEIPT** [2] - 19:23, 19:24
**RECEIVE** [3] - 10:16, 12:8, 80:10
**RECEIVED** [1] - 60:14
**RECIPIENT** [4] - 16:9, 17:11, 93:21, 97:14
**RECOGNIZABLE** [1] - 17:19
**RECOGNIZE** [1] - 31:18
**RECOGNIZED** [1] - 30:16
**RECOMMEND** [1] - 80:21
**RECOMMENDATION** [1] - 56:20
**RECORD** [7] - 28:16, 42:9, 57:20, 58:1, 88:8, 104:6, 108:5
**RECORDED** [1] - 1:24
**RECORDING** [1] - 7:15
**RECORDS** [3] - 11:19, 66:24, 94:25
**RECOVER** [2] - 52:3, 74:16
**REDEEM** [2] - 94:12, 94:21
**REDEEMABLE** [1] - 96:17
**REDEEMED** [1] -

98:21
**REDUCED** [1] - 12:2
**REFERENCE** [1] - 67:1
**REFERRED** [1] - 62:24
**REFLECTING** [1] - 10:11
**REGARDING** [2] - 29:10, 29:14
**REGISTER** [2] - 103:11, 104:18
**REGULARLY** [1] - 77:21
**REIBSTEIN** [1] - 93:25
**REIMBURSEMENT** [1] - 31:9
**REJECTED** [1] - 96:12
**RELATE** [1] - 75:7
**RELATED** [5] - 8:17, 8:19, 14:10, 34:4, 68:17
**RELATES** [1] - 83:16
**RELATIONSHIP** [2] - 78:17, 78:21
**RELATIVE** [1] - 32:12
**RELEASE** [23] - 8:13, 8:16, 33:11, 34:2, 34:6, 37:23, 52:9, 52:12, 56:6, 60:4, 60:20, 79:20, 79:22, 79:23, 87:22, 88:21, 88:25, 89:6, 105:19
**RELEASED** [3] - 34:3, 34:15, 52:19
**RELEASES** [1] - 33:25
**RELEVANT** [4] - 34:5, 57:23, 65:10, 93:5
**RELIED** [1] - 43:10
**RELIEF** [14] - 10:5, 22:22, 22:24, 23:1, 23:5, 25:8, 25:10, 26:4, 28:15, 28:21, 29:15, 31:11, 53:9, 54:22
**RELYING** [1] - 48:6
**REMAINING** [3] - 33:16, 34:23, 97:3
**REMAINS** [2] - 97:16, 107:22
**REMEDIATE** [1] - 23:14
**REMEDIES** [1] - 26:9
**REMEMBER** [2] - 43:21, 64:20
**REMIND** [2] - 7:13, 75:6
**REMINDED** [1] - 63:8
**REMINDING** [1] - 63:4
**REMINDS** [1] - 66:4

**REMOTE** [1] - 3:20
**REMOVE** [1] - 4:4
**REPEAT** [6] - 7:4, 15:17, 22:12, 22:25, 27:8, 89:3
**REPETITIVE** [1] - 11:16
**REPLACEMENT** [1] - 14:13
**REPLACEMENTS** [1] - 14:15
**REPLY** [2] - 57:21, 96:1
**REPORT** [7] - 23:10, 26:11, 28:3, 28:6, 29:1, 35:18, 35:22
**REPORTED** [1] - 13:4
**REPORTER** [6] - 1:19, 3:19, 3:22, 4:14, 88:9, 108:10
**REPORTER'S** [1] - 68:15
**REPORTS** [1] - 49:24
**REPRESENT** [3] - 31:22, 56:13, 56:14
**REPRESENTATION** [2] - 32:21, 101:13
**REPRESENTATIVE** [1] - 33:15
**REPRESENTATIVES** [2] - 10:9, 29:7
**REPRESENTED** [1] - 40:21
**REPRESENTS** [1] - 28:19
**REQUIRE** [2] - 24:12, 24:13
**REQUIRED** [2] - 69:10, 98:1
**REQUIREMENTS** [1] - 95:15
**REQUIRES** [2] - 82:22, 82:23
**REREAD** [1] - 39:15
**RESERVE** [2] - 8:23, 78:10
**RESOLUTION** [1] - 28:20
**RESOLVE** [1] - 28:13
**RESOLVED** [3] - 8:10, 45:23, 84:11
**RESOLVING** [1] - 54:12
**RESONATED** [2] - 92:4, 92:13
**RESORT** [1] - 105:14
**RESPECT** [3] - 58:13, 58:24, 66:18
**RESPECTED** [1] - 9:23

**RESPECTFUL** [1] - 37:20
**RESPOND** [2] - 33:17, 33:22
**RESPONSE** [7] - 4:10, 29:2, 46:23, 50:24, 54:25, 74:24, 83:8
**RESPONSES** [1] - 50:19
**REST** [2] - 38:6, 68:6
**RESTAURANTS** [1] - 15:8
**RESTRICTS** [1] - 99:23
**RESULT** [5] - 17:21, 74:10, 99:19, 100:6, 103:5
**RETAIL** [2] - 98:11, 98:15
**RETAILER'S** [1] - 65:22
**RETAILERS** [4] - 76:24, 77:2, 78:22
**RETAIN** [1] - 23:7
**RETRENCH** [1] - 38:21
**RETURN** [2] - 17:12, 84:12
**REVERSE** [1] - 13:4
**REVERSED** [8] - 13:2, 13:18, 13:21, 18:1, 18:9, 18:11, 30:7, 54:20
**REVIEWED** [1] - 25:6
**REVISED** [1] - 8:13
**REVISIT** [1] - 15:18
**RIGHT** [32] - 3:7, 6:2, 14:2, 17:2, 17:4, 20:6, 35:19, 36:4, 40:3, 50:14, 51:5, 53:10, 54:3, 60:1, 62:8, 63:14, 64:7, 70:15, 71:11, 79:7, 85:2, 85:12, 87:1, 93:23, 95:10, 97:15, 101:19, 102:1, 103:12, 103:13, 103:16
**RIGHTS** [6] - 38:23, 46:18, 70:8, 83:13, 101:25, 106:13
**RIGHTY** [1] - 4:21
**RIGOROUS** [1] - 26:14
**RISE** [1] - 36:25
**RISK** [2] - 30:10, 30:12
**RISKS** [4] - 18:21, 29:20, 29:21, 29:24
**RISKY** [2] - 30:18,

30:19
**RITE** [4] - 93:25, 94:2, 94:3, 96:14
**RLIEBENBERG@ FINEKAPLAN.COM** [1] - 2:4
**ROBERTA** [1] - 2:2
**ROBRENO** [3] - 37:14, 37:15, 94:1
**ROBUST** [1] - 48:12
**ROLLOUT** [1] - 61:23
**ROOM** [3] - 1:20, 38:24, 84:22
**ROUGHLY** [1] - 31:17
**ROUGVIE** [2] - 98:11, 98:25
**ROUTINELY** [1] - 33:2
**ROYAL** [2] - 45:7, 104:23
**RPR** [1] - 1:19
**RULE** [11] - 9:14, 26:20, 26:24, 27:8, 32:13, 58:15, 58:19, 83:13, 89:13, 102:16
**RULED** [1] - 38:20
**RULES** [4] - 3:11, 23:9, 58:23, 77:25
**RULINGS** [2] - 41:2, 106:21

## S

**SADLY** [1] - 13:7
**SAFE** [1] - 25:4
**SAFER** [2] - 25:24, 26:3
**SAID** [43] - 22:10, 33:3, 34:1, 34:8, 34:11, 34:18, 36:3, 38:16, 38:17, 39:16, 43:19, 46:20, 50:6, 53:17, 54:3, 55:15, 58:7, 58:10, 61:16, 61:23, 71:23, 73:10, 73:24, 74:5, 74:15, 74:23, 75:25, 78:25, 80:8, 81:8, 84:9, 84:12, 87:5, 88:4, 92:14, 92:16, 98:15, 101:10, 101:19, 102:18, 103:16, 105:18
**SALE** [7] - 23:17, 23:19, 63:4, 73:21, 74:3, 82:15, 85:1
**SALES** [1] - 92:11
**SAMANTHA** [2] - 2:25, 5:11
**SAME** [11] - 19:25, 45:5, 54:22, 69:23,

70:10, 71:12, 72:8, 77:22, 79:16, 89:19, 100:16
**SATISFIES** [1] - 67:12
**SATISFY** [1] - 67:17
**SAVETT** [72] - 1:12, 5:2, 7:24, 7:25, 8:3, 9:4, 9:10, 10:19, 10:22, 11:8, 11:18, 11:22, 11:24, 12:12, 13:15, 13:24, 14:2, 15:15, 15:25, 16:14, 16:17, 16:24, 17:14, 19:9, 19:13, 19:22, 19:24, 20:3, 20:8, 20:14, 22:4, 22:9, 23:22, 24:23, 25:16, 25:20, 26:7, 26:15, 27:12, 27:15, 31:16, 31:20, 33:9, 33:23, 34:21, 39:14, 43:18, 44:2, 44:14, 49:16, 49:18, 50:13, 51:4, 52:15, 53:20, 54:1, 54:9, 54:15, 55:8, 55:13, 56:17, 57:6, 57:8, 57:11, 57:16, 62:16, 72:17, 73:12, 73:15, 75:17, 77:16
**SAW** [9] - 37:14, 37:23, 61:14, 63:17, 74:10, 74:12, 75:25, 88:4, 88:11
**SAY** [38] - 9:6, 16:10, 22:1, 28:16, 33:18, 33:19, 36:17, 37:7, 45:4, 46:5, 47:5, 47:14, 50:17, 55:16, 55:20, 56:2, 56:22, 63:11, 64:5, 66:4, 71:14, 74:6, 79:4, 81:1, 81:9, 81:14, 81:16, 83:21, 85:16, 90:9, 95:2, 97:15, 97:22, 103:25, 104:2, 104:9, 105:1, 106:14
**SAYING** [8] - 44:20, 63:9, 64:8, 73:13, 73:17, 87:22, 88:25, 94:16
**SAYS** [21] - 13:10, 37:25, 38:17, 40:1, 41:4, 45:25, 50:21, 54:5, 56:11, 57:21, 57:24, 59:1, 67:14, 73:8, 73:12, 73:15, 80:24, 82:13, 83:12, 101:16, 105:25
**SCAN** [1] - 15:4

**SCENARIO** [1] - 41:8
**SCENARIOS** [1] - 22:20
**SCHWARTZ** [4] - 2:7, 5:5, 5:12, 57:15
**SCOPE** [3] - 8:13, 37:21, 37:24
**SCREENSHOT** [1] - 12:22
**SEAT** [1] - 20:13
**SEATS** [1] - 3:3
**SECOND** [3] - 31:8, 42:1, 104:4
**SECOND-GUESSING** [1] - 42:1
**SECONDS** [1] - 81:25
**SECURE** [7] - 7:2, 25:1, 25:21, 72:24, 73:4, 73:9, 73:14
**SECURED** [1] - 69:15
**SECURITIES** [1] - 31:5
**SECURITY** [18] - 1:4, 14:18, 23:8, 29:18, 30:24, 31:3, 51:12, 69:11, 69:15, 70:2, 71:18, 72:13, 73:9, 73:20, 77:10, 87:12, 87:22, 88:5
**SEE** [29] - 3:4, 3:12, 32:6, 37:9, 37:16, 41:5, 42:9, 42:10, 42:11, 44:16, 45:22, 53:13, 53:14, 59:17, 62:1, 62:18, 63:8, 65:11, 65:13, 72:21, 74:8, 77:2, 83:18, 83:19, 85:7, 103:15, 103:22, 104:10, 108:1
**SEEING** [1] - 74:15
**SEEK** [1] - 9:13
**SEEKING** [2] - 38:22, 43:15
**SEEMS** [5] - 25:12, 25:18, 39:2, 50:23, 60:21
**SEEN** [4] - 35:22, 75:2, 83:3, 105:17
**SEES** [2] - 77:1, 88:2
**SELL** [2] - 36:9, 82:2
**SELLS** [4] - 47:13, 77:23, 93:11, 94:6
**SEMIANNUAL** [1] - 26:8
**SEND** [12] - 21:17, 46:13, 46:22, 67:9, 80:5, 81:4, 83:9, 83:14, 105:1, 106:12, 107:11, 107:12

**SENDING** [4] - 17:9, 26:25, 48:25, 80:11
**SENDS** [1] - 88:17
**SENSE** [5] - 25:11, 38:1, 48:12, 62:19, 86:24
**SENSIBILITY** [1] - 62:19
**SENSIBLE** [2] - 66:2, 87:3
**SENSITIVE** [3] - 30:22, 51:23, 56:9
**SENT** [1] - 86:23
**SENTENCE** [1] - 58:19
**SEPARATE** [8] - 10:6, 29:9, 43:9, 44:22, 51:8, 51:25, 52:20, 53:16
**SEPARATELY** [2] - 69:20, 72:16
**SEPTEMBER** [1] - 42:15
**SERIOUS** [6] - 44:8, 44:11, 60:25, 61:1, 61:9, 72:6
**SERVICE** [4] - 10:9, 31:8, 32:2, 95:19
**SESSION** [1] - 39:10
**SESSIONS** [1] - 39:10
**SET** [3] - 74:18, 76:11, 80:4
**SETTING** [3] - 51:7, 76:7, 107:20
**SETTLE** [1] - 101:23
**SETTLED** [2] - 30:15, 89:1
**SETTLEMENT** [68] - 8:7, 8:11, 9:12, 9:14, 9:20, 9:22, 9:25, 10:2, 10:3, 13:11, 16:11, 17:9, 17:21, 22:10, 22:13, 23:7, 26:18, 26:23, 27:2, 27:4, 27:6, 27:16, 27:17, 27:24, 27:25, 28:14, 28:18, 29:19, 31:1, 31:3, 31:6, 31:11, 32:1, 32:11, 32:18, 33:3, 33:5, 37:24, 39:22, 40:11, 40:14, 41:5, 44:17, 47:2, 51:17, 52:4, 59:25, 61:19, 63:9, 68:22, 71:24, 76:13, 77:23, 79:14, 79:15, 79:18, 79:25, 84:25, 86:19, 87:6, 92:24, 95:6, 96:24, 97:1, 100:5, 100:17, 101:17, 102:22

**SETTLEMENTS** [6] - 16:17, 31:2, 95:13, 95:14, 99:25, 100:1
**SETTLING** [1] - 101:11
**SEVEN** [1] - 107:16
**SEVERAL** [1] - 91:16
**SHARE** [1] - 56:25
**SHARED** [3] - 79:2, 91:8, 91:16
**SHE** [13] - 3:25, 4:14, 21:24, 21:25, 22:10, 28:14, 67:17, 68:17, 79:8, 79:11, 106:10, 106:11
**SHERRIE** [3] - 1:12, 5:2, 7:25
**SHIFT** [2] - 69:21, 106:10
**SHIPS** [1] - 66:22
**SHOPPING** [1] - 25:24
**SHORT** [1] - 45:8
**SHORTENING** [1] - 46:7
**SHOULD** [19] - 3:9, 9:2, 11:22, 15:12, 19:24, 25:19, 26:22, 26:25, 27:16, 40:24, 44:20, 44:22, 45:22, 50:9, 53:15, 59:2, 60:8, 60:12, 105:9
**SHOW** [11] - 12:18, 12:19, 12:25, 13:16, 13:18, 14:7, 14:21, 27:1, 65:12, 91:19, 94:25
**SHOWED** [3] - 91:9, 91:17, 91:19
**SHOWING** [2] - 75:14, 78:14
**SHOWS** [4] - 11:15, 13:20, 47:4, 65:14
**SHUNTED** [1] - 13:14
**SIDE** [8] - 43:11, 45:6, 46:3, 54:5, 54:13, 102:8, 102:13, 107:14
**SIDES** [1] - 93:17
**SIGHT** [1] - 36:13
**SIGN** [7] - 59:17, 62:5, 63:8, 65:21, 65:23, 85:7, 87:1
**SIGNAGE** [2] - 66:3, 84:1
**SIGNED** [1] - 50:1
**SIGNIFICANT** [1] - 22:22, 29:21, 30:1, 61:20, 72:5
**SIGNIFICANTLY** [1] - 32:5

**SIGNS** [8] - 17:2, 65:2, 65:13, 65:18, 65:19, 65:20, 83:21
**SIMILAR** [1] - 104:2
**SIMPLE** [1] - 44:25
**SIMPLETON** [1] - 79:13
**SIMPLIFY** [2] - 36:15, 37:22
**SIMPLY** [5] - 17:12, 48:6, 50:17, 62:24, 67:8
**SINCE** [5] - 32:5, 32:23, 40:7, 92:8, 105:2
**SINGING** [1] - 47:11
**SINGLE** [2] - 88:12, 92:5
**SIT** [4] - 41:22, 47:9, 61:2, 105:12
**SITS** [1] - 69:14
**SITUATION** [2] - 101:8, 102:2
**SIX** [2] - 91:25, 107:13
**SIZE** [5] - 9:17, 27:23, 47:7, 64:11, 107:14
**SIZZLI** [2] - 45:4, 47:23
**SKINNY** [1] - 46:25
**SKIP** [1] - 91:4
**SKIPPED** [1] - 103:21
**SLAPPING** [1] - 104:19
**SLIGHT** [1] - 65:17
**SLIGHTLY** [1] - 71:10
**SMART** [2] - 49:6, 107:21
**SMARTER** [1] - 49:6
**SMITH** [4] - 2:7, 55:1, 55:3, 86:7
**SNAP** [1] - 65:4
**SO** [150] - 3:19, 3:24, 4:10, 4:21, 4:22, 6:25, 7:20, 10:24, 11:2, 11:14, 11:24, 12:14, 13:4, 14:10, 14:19, 15:8, 15:11, 15:15, 15:20, 16:22, 18:11, 19:4, 20:23, 21:2, 21:18, 21:21, 22:17, 23:2, 23:4, 24:9, 24:14, 26:15, 26:18, 27:17, 28:10, 30:8, 32:5, 32:25, 33:9, 34:2, 34:7, 34:15, 34:18, 36:4, 36:11, 36:14, 36:16, 36:22, 37:2, 37:17, 40:12, 40:25, 41:3, 41:10, 43:21, 43:24,

44:11, 45:12, 45:20, 47:3, 47:23, 48:11, 49:2, 49:16, 49:21, 50:9, 53:4, 53:21, 54:21, 55:19, 56:5, 57:25, 58:8, 59:5, 60:16, 61:19, 64:12, 65:7, 65:10, 65:14, 65:25, 66:21, 67:22, 68:10, 68:24, 70:5, 70:6, 70:17, 71:13, 71:23, 72:15, 73:9, 73:12, 73:14, 74:2, 74:22, 76:2, 77:14, 78:2, 78:6, 78:13, 78:25, 80:13, 81:19, 82:2, 82:4, 82:10, 82:18, 83:4, 83:8, 85:3, 86:1, 86:13, 87:10, 87:13, 88:3, 88:24, 89:10, 89:11, 89:16, 90:17, 90:18, 92:1, 92:3, 92:13, 92:17, 93:1, 93:10, 94:12, 94:16, 94:22, 95:14, 95:20, 96:7, 96:13, 96:24, 97:2, 97:5, 98:13, 98:24, 99:13, 100:3, 100:4, 100:13, 103:8, 103:13, 105:4, 107:21
**SO...** [2] - 48:15, 99:15
**SOCIAL** [5] - 30:24, 51:11, 69:11, 71:18, 72:13
**SOLD** [5] - 10:23, 10:24, 74:12, 96:8, 98:17
**SOLICITING** [1] - 107:5
**SOLID** [1] - 18:5
**SOLUTION** [4] - 21:13, 21:16, 93:16, 100:14
**SOLVING** [1] - 35:10
**SOME** [44] - 3:15, 4:18, 6:10, 7:17, 8:8, 8:9, 12:14, 13:19, 13:25, 15:6, 23:4, 35:7, 35:10, 36:11, 37:9, 39:2, 40:22, 43:2, 45:3, 47:21, 48:18, 48:19, 53:23, 54:21, 58:3, 66:3, 67:6, 67:7, 68:17, 70:23, 80:23, 83:15, 90:12, 90:19, 93:2, 97:21, 99:9, 103:6, 104:22, 104:23,

106:21, 107:9
**SOMEBODY** [9] - 6:10, 12:24, 23:24, 37:6, 54:13, 63:4, 70:14, 76:21, 86:3
**SOMEONE** [4] - 48:7, 61:10, 88:2, 88:4
**SOMEPLACE** [2] - 83:1, 83:5
**SOMETHING** [30] - 15:21, 17:20, 18:12, 26:2, 32:8, 34:16, 41:17, 45:14, 47:4, 48:9, 49:2, 51:22, 54:25, 58:19, 59:10, 60:5, 60:7, 60:11, 62:6, 62:17, 63:5, 63:15, 76:22, 84:23, 95:3, 97:20, 97:25, 104:8, 106:1, 107:7
**SOMETIMES** [2] - 37:18, 77:24
**SOMEWHAT** [1] - 39:4
**SONY** [1] - 31:5
**SOON** [5] - 4:20, 33:20, 73:9, 106:20
**SOPHISTICATED** [1] - 23:23
**SORRY** [3] - 4:6, 55:11, 55:13
**SORT** [3] - 31:19, 37:18, 98:4
**SOUL** [1] - 38:6
**SOUNDS** [1] - 65:20
**SOUTH** [1] - 2:3
**SPACE** [1] - 73:1
**SPACED** [1] - 107:14
**SPEAK** [3] - 3:17, 4:5, 16:23
**SPEAKING** [4] - 3:25, 4:3, 4:12, 48:1
**SPEAKS** [1] - 102:1
**SPECIFIC** [3] - 61:11, 89:21, 106:22
**SPECIFICALLY** [2] - 6:15, 84:25
**SPECULATIVE** [1] - 30:11
**SPEND** [13] - 11:2, 15:20, 16:1, 18:2, 67:18, 94:11, 94:21, 95:23, 96:4, 96:10, 96:23, 97:2, 99:8
**SPENDING** [1] - 35:9
**SPENT** [2] - 12:14, 74:25
**SPLIT** [7] - 45:24, 50:16, 55:6, 71:15, 76:25
**SPOKE** [1] - 4:1

**SPRING** [2] - 39:10, 43:15
**SSAVETT@BM.NET** [1] - 1:15
**STAGE** [4] - 27:4, 27:5, 32:9, 32:19
**STAMP** [1] - 104:19
**STAMPED** [1] - 20:12
**STAND** [1] - 16:9
**STANDARD** [3] - 24:21, 67:12, 67:13
**STANDARDS** [4] - 24:11, 26:19, 27:16, 32:13
**STANDING** [5] - 27:22, 29:22, 30:12, 39:17, 82:15
**STANDPOINT** [2] - 37:2, 43:8
**STANDS** [1] - 72:22
**START** [1] - 7:20
**STARTED** [4] - 4:22, 64:24, 64:25, 100:9
**STARTING** [3] - 58:14, 63:24, 69:1
**STATE** [4] - 7:13, 22:23, 45:18, 97:21
**STATED** [3] - 30:18, 52:16, 96:24
**STATEMENT** [1] - 12:20
**STATEMENTS** [2] - 15:2, 27:21
**STATES** [4] - 1:1, 91:13, 91:25, 97:21
**STATING** [2] - 4:22, 49:25
**STATION** [1] - 24:20
**STATIONS** [3] - 24:10, 24:21, 91:11
**STATISTICS** [8] - 11:12, 11:18, 57:20, 61:22, 78:14, 90:13, 90:19, 91:18
**STATUS** [8] - 41:24, 49:24, 54:16, 55:16, 55:20, 56:2, 70:24, 102:7
**STAY** [2] - 41:10, 105:4
**STAYED** [1] - 45:19
**STEAL** [2] - 65:20, 79:5
**STENOTYPE** [1] - 1:24
**STENOTYPE- COMPUTER** [1] - 1:24
**STEPS** [1] - 25:13
**STILL** [10] - 22:5,

36:16, 37:25, 51:15, 52:4, 55:3, 71:9, 92:10, 102:9, 105:20
**STOLEN** [6] - 17:18, 18:24, 51:10, 51:13, 51:24, 79:23
**STOOD** [1] - 43:18
**STOP** [2] - 70:12, 70:23
**STOPS** [1] - 71:8
**STORE** [18] - 24:6, 24:7, 24:15, 41:9, 59:17, 59:19, 59:23, 62:5, 65:19, 81:22, 81:25, 83:18, 83:24, 84:5, 84:16, 96:7, 106:7
**STORES** [16] - 19:2, 23:18, 23:20, 45:12, 45:17, 61:24, 62:14, 63:18, 67:4, 84:1, 84:2, 91:11, 92:3, 98:15, 104:16
**STREAMS** [3] - 55:4, 55:7
**STREET** [5] - 1:14, 1:20, 2:3, 2:17, 64:6
**STRETCH** [1] - 104:25
**STRONGER** [3] - 38:18, 40:23, 53:6
**STRONGLY** [5] - 41:1, 53:1, 53:2, 53:5, 102:1
**STRUCTURAL** [2] - 101:12, 102:12
**STRUCTURE** [1] - 101:18
**STRUGGLING** [1] - 45:10
**SUBJECT** [4] - 10:18, 41:1, 95:15, 97:21
**SUBMISSIONS** [1] - 107:6
**SUBMIT** [2] - 60:16, 65:5
**SUBMITTED** [2] - 27:20, 61:15
**SUBSCRIPTION** [1] - 31:8
**SUBSET** [1] - 43:25
**SUBSTANTIAL** [1] - 28:22
**SUBSTANTIALLY** [1] - 31:22
**SUBSTITUTE** [2] - 89:17, 89:18
**SUCH** [8] - 12:11, 18:22, 27:21, 27:23, 52:10, 67:25, 91:6, 101:17

**SUFFERED** [1] - 32:14
**SUFFICE** [1] - 105:19
**SUFFICED** [1] - 48:8
**SUFFICIENT** [2] - 65:12, 76:10
**SUGGESTED** [1] - 25:6
**SUGGESTION** [2] - 82:21, 82:25
**SUITE** [2] - 1:14, 2:11
**SUM** [2] - 10:7, 101:11
**SUMMARIZE** [1] - 10:2, 59:6
**SUPERIORITY** [1] - 32:22
**SUPPLY** [1] - 69:10
**SUPPORT** [2] - 9:25, 30:11
**SUPPOSE** [3] - 37:6, 40:3, 56:22
**SUPPOSED** [2] - 9:6, 71:24
**SUPREME** [2] - 101:10, 102:18
**SURE** [21] - 3:25, 4:14, 8:2, 11:23, 14:4, 16:16, 20:9, 20:15, 26:13, 38:8, 43:3, 58:12, 59:13, 60:13, 60:18, 61:13, 64:7, 64:14, 76:20, 77:8, 83:3
**SURELY** [1] - 82:13
**SURREPLY** [1] - 82:12, 85:16
**SURVEYS** [3] - 91:7, 91:14, 91:16
**SUZANNE** [3] - 1:19, 5:25, 108:9
**SWEEP** [2] - 43:15, 43:20
**SWIPE** [6] - 24:17, 24:19, 25:3, 65:20, 69:24, 81:23
**SWIPE-BASED** [2] - 24:17, 24:19
**SWIPES** [1] - 85:2
**SWIPING** [1] - 24:4
**SYSTEM** [7] - 23:2, 23:13, 25:1, 28:9, 54:6, 56:11, 103:10
**SYSTEMS** [2] - 35:21, 36:8

---

# T

**TABLE** [10] - 33:12, 35:25, 37:18, 40:2, 40:5, 40:21, 42:15, 45:6, 53:4, 102:13

**TAKE** [15] - 3:3, 4:25, 12:21, 15:3, 34:22, 36:19, 56:5, 56:12, 74:7, 76:6, 85:21, 91:1, 91:2, 103:10, 106:13
**TAKEN** [4] - 25:13, 65:19, 72:10, 76:1
**TAKES** [1] - 17:23
**TAKING** [1] - 87:17
**TALK** [9] - 21:12, 38:2, 40:4, 45:22, 46:7, 47:16, 48:2, 49:11, 68:19
**TALKED** [10] - 21:22, 21:23, 37:13, 39:11, 39:12, 40:8, 41:7, 42:20, 44:16, 101:7
**TALKING** [6] - 50:8, 57:19, 63:3, 81:9, 102:11, 104:9
**TALKS** [3] - 46:16, 55:21, 60:10
**TANGIBLE** [3] - 9:20, 18:12, 18:14
**TEASING** [1] - 42:24
**TECHNICAL** [2] - 36:19, 37:4
**TECHNICALLY** [2] - 36:22, 84:19
**TECHNIQUE** [1] - 81:6
**TECHNOLOGY** [10] - 7:17, 23:19, 24:9, 24:11, 24:17, 24:18, 24:20, 25:3, 102:5, 105:17
**TEENY** [1] - 107:22
**TELEPHONE** [1] - 2:20
**TELEVISION** [1] - 88:13
**TELL** [12] - 11:21, 35:5, 37:11, 56:16, 59:8, 63:11, 77:14, 90:6, 90:10, 92:4, 106:13, 107:3
**TELLING** [3] - 43:10, 48:22, 66:23
**TELLS** [3] - 63:6, 91:22, 92:1
**TEMPLATE** [1] - 49:9
**TENDER** [1] - 17:12
**TERM** [2] - 77:7, 95:16
**TERMINALS** [2] - 23:18, 23:19
**TERMINATED** [2] - 78:20, 106:9
**TERMS** [15] - 21:5, 39:22, 41:14, 43:2, 54:11, 70:18, 77:7,

101:17, 101:18, 101:25, 102:19, 104:11, 104:17, 105:17, 105:20
**TERRARIUM** [1] - 3:12
**TERRIFIC** [1] - 3:16
**TEST** [1] - 23:8
**TESTIFY** [2] - 35:24, 36:11
**TESTING** [1] - 23:12
**TEXT** [1] - 58:15
**THAN** [43] - 9:3, 12:1, 12:3, 15:20, 18:12, 24:17, 25:3, 30:22, 30:25, 33:17, 36:3, 39:9, 46:2, 49:6, 49:19, 53:2, 53:6, 54:17, 55:21, 58:9, 65:16, 66:20, 73:16, 76:10, 77:1, 84:12, 87:19, 88:13, 88:14, 89:3, 91:24, 92:25, 94:13, 95:14, 95:21, 96:4, 96:10, 97:10, 97:23, 99:1, 105:15, 107:16
**THANK** [21] - 3:5, 6:24, 8:3, 9:10, 34:21, 49:14, 57:11, 65:24, 68:2, 68:4, 68:7, 68:9, 68:11, 81:23, 92:20, 92:22, 100:19, 100:23, 106:16, 106:17, 108:2
**THANKS** [2] - 92:21, 108:1
**THAT** [765] - 3:9, 3:12, 3:19, 3:24, 4:7, 4:8, 4:9, 4:11, 4:12, 4:17, 4:20, 4:23, 4:24, 5:25, 7:4, 7:13, 7:19, 8:17, 8:25, 9:1, 9:3, 9:4, 9:6, 10:12, 11:2, 11:9, 11:12, 11:13, 11:15, 11:17, 11:18, 11:21, 11:25, 12:14, 12:16, 12:18, 12:19, 12:20, 12:23, 12:25, 13:1, 13:3, 13:8, 13:9, 13:12, 13:17, 13:18, 13:20, 13:23, 14:3, 14:4, 14:5, 14:7, 14:9, 14:14, 14:24, 15:6, 15:8, 15:12, 16:5, 16:19, 16:22, 17:1, 17:5, 17:6, 17:18, 17:19, 17:20, 17:23, 17:25, 18:1, 18:5, 18:8,

18:12, 18:14, 18:16, 18:17, 18:24, 19:15, 19:16, 19:19, 20:15, 20:19, 20:20, 21:6, 21:10, 21:13, 21:18, 21:21, 21:23, 22:5, 22:11, 22:17, 22:18, 22:20, 22:23, 23:12, 23:15, 23:23, 24:3, 24:5, 24:9, 24:10, 24:12, 24:13, 24:14, 24:19, 24:21, 24:24, 24:25, 25:2, 25:7, 25:10, 25:12, 25:20, 25:25, 26:3, 26:4, 26:9, 26:10, 26:13, 26:18, 26:20, 27:1, 27:2, 27:13, 27:15, 28:3, 28:4, 28:8, 28:14, 28:16, 28:20, 29:8, 29:14, 29:24, 30:1, 30:2, 30:10, 30:12, 30:15, 30:17, 30:21, 31:19, 31:24, 31:25, 32:2, 32:9, 32:12, 32:23, 33:2, 33:4, 33:5, 33:10, 33:11, 33:17, 33:22, 33:23, 33:24, 34:1, 34:7, 34:9, 34:11, 34:12, 34:14, 34:16, 35:16, 35:18, 35:22, 35:23, 35:25, 36:1, 36:2, 36:4, 36:5, 36:6, 36:11, 36:13, 36:17, 36:20, 36:22, 36:24, 37:2, 37:3, 37:8, 37:18, 37:21, 37:23, 38:1, 38:8, 38:9, 38:17, 38:20, 38:21, 38:24, 39:20, 39:21, 39:23, 39:24, 40:3, 40:10, 40:13, 40:20, 41:1, 41:2, 41:4, 41:8, 41:11, 41:16, 41:21, 41:22, 42:2, 42:4, 42:5, 42:6, 42:10, 42:11, 42:14, 42:16, 42:21, 43:7, 43:10, 43:13, 43:14, 43:15, 43:16, 43:17, 43:21, 43:22, 43:25, 44:11, 44:12, 44:15, 44:18, 44:20, 44:24, 45:5, 45:6, 45:14, 45:18, 45:21, 45:23, 45:25, 46:1, 46:3, 46:9, 46:13, 46:15, 46:20, 46:25, 47:1, 47:4, 47:8, 47:10, 47:11, 47:14,

47:15, 47:24, 48:7, 48:8, 48:18, 48:22, 49:2, 49:4, 49:8, 49:10, 49:21, 49:22, 49:24, 49:25, 50:6, 50:7, 50:20, 50:21, 50:22, 50:23, 50:24, 51:5, 51:9, 51:15, 51:16, 51:21, 51:23, 51:24, 52:4, 52:16, 52:19, 52:24, 53:3, 53:6, 53:7, 53:11, 53:12, 53:14, 53:15, 53:16, 53:17, 53:18, 53:21, 53:25, 54:1, 54:5, 54:6, 54:8, 54:9, 54:11, 54:20, 54:22, 54:24, 55:10, 55:15, 55:16, 55:19, 55:23, 56:3, 56:5, 56:6, 56:9, 56:11, 56:13, 56:19, 57:3, 57:9, 57:10, 57:17, 57:21, 57:24, 57:25, 58:3, 58:8, 58:9, 58:11, 58:16, 58:17, 58:19, 58:20, 58:24, 59:9, 59:12, 59:16, 59:20, 59:21, 59:22, 59:25, 60:1, 60:5, 60:7, 60:8, 60:9, 60:11, 60:17, 60:18, 60:20, 60:21, 61:6, 61:9, 61:16, 61:17, 61:20, 61:24, 62:15, 62:16, 62:17, 62:24, 63:4, 63:5, 63:8, 63:11, 63:12, 63:15, 63:17, 63:19, 63:23, 63:24, 64:1, 64:3, 64:5, 64:7, 64:9, 64:10, 64:11, 64:12, 64:18, 64:20, 65:1, 65:2, 65:3, 65:6, 65:7, 65:9, 65:10, 65:11, 65:12, 65:14, 65:15, 65:23, 66:4, 66:7, 66:8, 66:17, 66:25, 67:4, 67:6, 67:7, 67:9, 67:14, 67:16, 67:17, 67:21, 67:22, 68:2, 68:24, 69:4, 69:6, 69:7, 69:8, 69:13, 69:14, 69:16, 69:19, 69:23, 69:24, 70:2, 70:3, 70:4, 70:5, 70:6, 70:9, 70:11, 70:12, 70:21, 70:22, 70:25, 71:1, 71:6, 71:13, 71:19, 71:20, 71:23,

71:25, 72:1, 72:8, 72:9, 72:13, 72:14, 72:16, 72:18, 72:20, 72:23, 72:25, 73:1, 73:2, 73:4, 73:8, 73:10, 73:11, 73:17, 73:19, 74:5, 74:8, 74:9, 74:12, 74:13, 74:14, 74:23, 75:1, 75:4, 75:9, 75:11, 75:16, 75:24, 76:1, 76:2, 76:3, 76:6, 76:8, 76:10, 76:11, 76:17, 77:11, 77:19, 77:22, 78:2, 78:8, 78:14, 78:16, 78:19, 78:24, 79:2, 79:11, 79:13, 79:14, 79:15, 79:18, 79:19, 79:22, 79:23, 79:24, 79:25, 80:1, 80:2, 80:4, 80:8, 80:10, 80:12, 80:13, 80:14, 80:15, 80:21, 80:22, 80:24, 80:25, 81:3, 81:10, 81:12, 81:16, 81:20, 81:25, 82:3, 82:4, 82:14, 82:22, 82:25, 83:5, 83:6, 83:10, 83:15, 83:19, 83:23, 83:24, 84:2, 84:4, 84:5, 84:6, 84:8, 84:11, 84:12, 84:15, 84:18, 84:23, 84:24, 85:9, 85:15, 85:18, 85:21, 86:7, 86:9, 86:11, 86:12, 86:17, 86:21, 86:22, 86:24, 86:25, 87:3, 87:8, 87:9, 87:14, 87:19, 88:4, 88:5, 88:13, 88:14, 88:16, 88:21, 88:23, 89:2, 89:5, 89:9, 89:10, 89:11, 89:12, 89:17, 89:18, 89:19, 90:1, 90:3, 90:4, 90:25, 91:6, 91:9, 91:16, 91:17, 91:18, 91:19, 91:22, 91:24, 92:1, 92:2, 92:3, 92:4, 92:8, 92:9, 92:10, 92:13, 93:3, 93:6, 93:9, 93:11, 93:13, 93:14, 93:24, 94:1, 94:2, 94:3, 94:5, 94:8, 94:9, 94:13, 94:14, 94:15, 94:18, 94:22, 94:25, 95:3, 95:9, 96:6, 96:8, 96:11, 96:13, 96:16, 96:17,

97:16, 97:18, 97:20, 97:22, 97:23, 97:24, 97:25, 98:4, 98:5, 98:12, 98:20, 98:21, 98:22, 99:10, 99:20, 99:22, 100:4, 100:6, 100:9, 100:12, 100:15, 101:5, 101:9, 101:16, 101:19, 101:21, 102:1, 102:4, 102:6, 102:8, 102:10, 102:12, 102:14, 102:18, 102:20, 102:21, 103:4, 103:5, 103:11, 103:12, 103:13, 103:15, 103:19, 103:21, 103:22, 103:23, 104:2, 104:6, 104:10, 104:18, 104:23, 105:4, 105:16, 105:19, 105:23, 106:1, 106:2, 106:4, 106:15, 107:7, 107:8, 107:10, 107:16, 107:18, 108:4
**THAT'S** [11] - 14:2, 16:21, 20:25, 40:20, 61:10, 62:8, 68:7, 79:19, 93:23, 97:21
**THE** [1260] - 1:1, 1:2, 1:9, 3:1, 3:2, 3:8, 3:9, 3:11, 3:18, 3:21, 3:23, 4:3, 4:7, 4:9, 4:14, 4:15, 4:18, 4:21, 4:25, 5:3, 5:5, 5:6, 5:8, 5:12, 5:14, 5:17, 5:20, 5:24, 5:25, 6:5, 6:6, 6:7, 6:9, 6:10, 6:13, 6:14, 6:17, 6:20, 6:23, 6:25, 7:1, 7:2, 7:4, 7:11, 7:17, 7:25, 8:2, 8:5, 8:7, 8:8, 8:9, 8:10, 8:11, 8:12, 8:13, 8:15, 8:16, 8:18, 8:20, 8:21, 8:22, 8:25, 9:1, 9:4, 9:6, 9:11, 9:12, 9:13, 9:15, 9:17, 9:18, 9:20, 9:22, 9:23, 9:25, 10:2, 10:3, 10:9, 10:10, 10:11, 10:13, 10:14, 10:19, 10:20, 10:23, 10:24, 11:3, 11:6, 11:11, 11:13, 11:17, 11:20, 11:23, 11:25, 12:2,

12:6, 12:10, 12:11, 12:12, 13:2, 13:3, 13:5, 13:7, 13:9, 13:12, 13:13, 13:20, 13:22, 13:25, 14:4, 14:5, 14:6, 14:7, 14:10, 14:18, 14:20, 14:23, 15:13, 15:19, 15:21, 15:23, 16:4, 16:7, 16:11, 16:16, 16:21, 17:3, 17:6, 17:8, 17:9, 17:10, 17:11, 17:12, 17:13, 17:15, 17:16, 17:23, 17:24, 17:25, 18:5, 18:7, 18:8, 18:9, 18:12, 18:16, 18:17, 18:21, 18:25, 19:7, 19:9, 19:12, 19:13, 19:21, 19:23, 19:25, 20:1, 20:5, 20:6, 20:10, 20:11, 20:22, 20:23, 21:2, 21:4, 21:6, 21:7, 21:9, 21:11, 21:15, 21:16, 21:18, 21:19, 21:22, 21:23, 22:5, 22:8, 22:10, 22:14, 22:17, 22:19, 22:20, 22:21, 22:24, 22:25, 23:1, 23:2, 23:4, 23:6, 23:13, 23:17, 23:21, 23:22, 23:23, 23:24, 24:2, 24:6, 24:7, 24:8, 24:11, 24:15, 24:16, 24:17, 24:20, 25:2, 25:3, 25:9, 25:10, 25:12, 25:13, 25:14, 25:17, 25:18, 25:21, 25:23, 25:25, 26:4, 26:6, 26:13, 26:15, 26:19, 26:21, 26:22, 26:23, 26:24, 26:25, 27:1, 27:2, 27:3, 27:4, 27:5, 27:8, 27:11, 27:12, 27:13, 27:14, 27:16, 27:17, 27:18, 27:19, 27:20, 27:23, 27:25, 28:6, 28:7, 28:8, 28:9, 28:10, 28:13, 28:14, 28:15, 28:16, 28:17, 28:18, 28:23, 29:1, 29:2, 29:3, 29:10, 29:12, 29:14, 29:17, 29:19, 29:24, 30:3, 30:5, 30:10, 30:14, 30:21, 31:8, 31:12, 31:14, 31:16, 31:18, 32:3, 32:7, 32:9, 32:10, 32:11,

32:12, 32:13, 32:14, 32:17, 32:18, 32:19, 32:24, 33:4, 33:6, 33:8, 33:9, 33:10, 33:12, 33:14, 33:15, 33:25, 34:3, 34:4, 34:5, 34:6, 34:8, 34:10, 34:11, 34:13, 34:14, 34:20, 34:22, 34:23, 34:24, 35:2, 35:4, 35:5, 35:6, 35:7, 35:10, 35:11, 35:13, 35:14, 35:16, 35:18, 35:19, 35:20, 35:21, 35:22, 35:25, 36:5, 36:12, 36:18, 36:25, 37:5, 37:10, 37:12, 37:15, 37:17, 37:18, 37:21, 37:23, 37:24, 37:25, 38:6, 38:7, 38:13, 38:14, 38:24, 39:2, 39:6, 39:9, 39:11, 39:12, 39:13, 39:14, 39:15, 39:17, 39:19, 39:20, 39:22, 39:23, 39:25, 40:2, 40:5, 40:6, 40:7, 40:8, 40:10, 40:13, 40:14, 40:17, 40:21, 40:22, 41:1, 41:5, 41:6, 41:8, 41:9, 41:12, 41:13, 41:17, 41:21, 41:22, 41:23, 42:1, 42:2, 42:6, 42:9, 42:10, 42:11, 42:12, 42:18, 42:23, 43:1, 43:5, 43:6, 43:7, 43:11, 43:14, 43:15, 43:17, 43:18, 43:22, 43:23, 43:25, 44:1, 44:3, 44:6, 44:8, 44:9, 44:13, 45:1, 45:2, 45:5, 45:6, 45:8, 45:9, 45:11, 45:13, 45:14, 45:15, 45:16, 45:17, 45:18, 45:19, 45:20, 45:21, 45:24, 46:3, 46:6, 46:8, 46:11, 46:12, 46:16, 46:18, 46:23, 46:24, 47:1, 47:9, 47:10, 47:12, 47:15, 47:16, 47:17, 47:21, 47:25, 48:1, 48:2, 48:3, 48:6, 48:7, 48:8, 48:10, 48:11, 48:16, 48:17, 49:4, 49:5, 49:6, 49:7, 49:8, 49:10, 49:11, 49:12, 49:15, 49:18, 49:20,

49:22, 50:1, 50:2,
50:4, 50:11, 50:15,
50:19, 50:20, 50:22,
50:23, 50:24, 51:2,
51:5, 51:6, 51:7,
51:10, 51:13, 51:14,
51:16, 51:17, 51:18,
51:19, 51:24, 51:25,
52:3, 52:8, 52:9,
52:12, 52:14, 52:16,
52:18, 52:19, 52:20,
52:21, 52:24, 53:2,
53:4, 53:6, 53:8,
53:11, 53:13, 53:16,
53:19, 53:20, 53:23,
54:1, 54:3, 54:4,
54:5, 54:6, 54:8,
54:10, 54:12, 54:22,
54:24, 55:5, 55:11,
55:15, 55:17, 55:19,
55:21, 55:22, 55:24,
56:1, 56:3, 56:6,
56:7, 56:8, 56:10,
56:13, 56:16, 57:2,
57:6, 57:10, 57:12,
57:14, 57:16, 57:18,
57:20, 57:23, 57:25,
58:2, 58:9, 58:10,
58:15, 58:17, 58:18,
58:19, 58:23, 59:2,
59:4, 59:5, 59:7,
59:8, 59:14, 59:17,
59:18, 59:19, 59:21,
59:23, 59:24, 59:25,
60:2, 60:3, 60:8,
60:9, 60:10, 60:12,
60:17, 60:19, 60:20,
60:22, 60:23, 60:25,
61:2, 61:3, 61:4,
61:5, 61:6, 61:7,
61:10, 61:15, 61:17,
61:18, 61:19, 61:22,
61:24, 62:1, 62:4,
62:5, 62:9, 62:10,
62:11, 62:13, 62:14,
62:15, 62:18, 62:19,
62:22, 62:23, 62:24,
62:25, 63:3, 63:8,
63:9, 63:14, 63:17,
63:18, 63:20, 63:23,
63:25, 64:3, 64:4,
64:8, 64:13, 64:15,
64:18, 64:22, 65:1,
65:2, 65:3, 65:4,
65:6, 65:13, 65:14,
65:21, 65:24, 66:1,
66:7, 66:8, 66:14,
66:15, 66:16, 66:17,
66:18, 66:21, 66:22,
66:25, 67:1, 67:3,
67:4, 67:11, 67:12,

67:13, 67:15, 67:18,
67:22, 67:25, 68:5,
68:7, 68:10, 68:12,
68:15, 68:16, 68:20,
68:21, 68:22, 68:23,
68:24, 69:1, 69:2,
69:4, 69:5, 69:23,
70:1, 70:2, 70:9,
70:13, 70:17, 70:18,
70:21, 71:1, 71:5,
71:7, 71:9, 71:12,
71:13, 71:15, 71:23,
71:25, 72:1, 72:3,
72:7, 72:8, 72:22,
73:1, 73:5, 73:7,
73:10, 73:16, 73:18,
73:20, 73:21, 73:22,
73:23, 74:1, 74:4,
74:11, 74:12, 74:13,
74:14, 74:19, 74:24,
75:1, 75:5, 75:6,
75:10, 75:11, 75:15,
75:16, 75:19, 75:21,
75:23, 76:2, 76:3,
76:5, 76:7, 76:9,
76:14, 76:15, 76:17,
76:20, 77:4, 77:5,
77:6, 77:9, 77:10,
77:14, 77:15, 77:18,
77:21, 77:23, 78:1,
78:3, 78:4, 78:7,
78:11, 78:15, 78:20,
78:21, 78:23, 79:3,
79:7, 79:8, 79:9,
79:14, 79:15, 79:16,
79:17, 79:18, 79:19,
79:20, 79:23, 79:25,
80:2, 80:3, 80:5,
80:10, 80:11, 80:15,
80:20, 80:23, 81:1,
81:5, 81:10, 81:14,
81:17, 81:19, 82:4,
82:6, 82:10, 82:12,
82:14, 82:15, 82:16,
82:17, 82:20, 82:21,
82:25, 83:2, 83:8,
83:11, 83:12, 83:17,
83:20, 83:21, 83:24,
84:1, 84:2, 84:6,
84:8, 84:11, 84:15,
84:16, 84:19, 84:20,
84:22, 84:25, 85:1,
85:2, 85:3, 85:4,
85:7, 85:9, 85:12,
85:14, 85:15, 85:16,
85:17, 85:20, 85:22,
85:23, 85:24, 86:1,
86:3, 86:7, 86:14,
86:18, 86:19, 86:21,
86:22, 86:23, 86:24,
86:25, 87:1, 87:2,

87:5, 87:11, 87:12,
87:16, 87:17, 87:19,
87:20, 87:24, 88:1,
88:6, 88:11, 88:15,
88:16, 88:17, 88:21,
88:22, 88:24, 89:2,
89:4, 89:6, 89:8,
89:10, 89:13, 89:17,
89:18, 89:19, 89:21,
89:22, 89:25, 90:1,
90:2, 90:3, 90:5,
90:13, 90:16, 90:17,
90:23, 91:1, 91:5,
91:8, 91:9, 91:10,
91:11, 91:13, 91:14,
91:16, 91:18, 91:19,
91:21, 91:25, 92:1,
92:2, 92:4, 92:5,
92:9, 92:11, 92:12,
92:14, 92:20, 92:24,
93:3, 93:5, 93:6,
93:7, 93:9, 93:15,
93:17, 93:18, 93:19,
93:20, 93:21, 93:24,
94:2, 94:4, 94:10,
94:12, 94:14, 94:15,
94:17, 94:19, 94:20,
94:21, 95:2, 95:7,
95:11, 95:12, 95:13,
95:15, 95:16, 95:17,
95:19, 95:21, 96:3,
96:4, 96:5, 96:12,
96:14, 96:17, 96:18,
96:19, 96:23, 96:24,
96:25, 97:1, 97:2,
97:3, 97:4, 97:11,
97:12, 97:14, 97:16,
97:17, 98:2, 98:4,
98:5, 98:7, 98:9,
98:10, 98:18, 98:20,
98:21, 98:22, 98:24,
98:25, 99:1, 99:2,
99:3, 99:4, 99:6,
99:7, 99:9, 99:11,
99:16, 99:20, 99:23,
99:25, 100:3, 100:4,
100:10, 100:12,
100:13, 100:14,
100:16, 100:18,
100:20, 100:22,
100:24, 101:1,
101:5, 101:6, 101:7,
101:8, 101:9,
101:10, 101:11,
101:13, 101:15,
101:16, 101:17,
101:18, 101:19,
101:20, 101:23,
101:24, 101:25,
102:1, 102:3, 102:5,
102:6, 102:8,

102:11, 102:13,
102:16, 102:17,
102:20, 102:21,
102:22, 102:23,
102:24, 103:3,
103:4, 103:5, 103:6,
103:8, 103:9,
103:10, 103:11,
103:13, 103:17,
103:19, 103:23,
104:4, 104:5, 104:6,
104:8, 104:10,
104:11, 104:12,
104:13, 104:15,
104:17, 104:18,
104:21, 105:1,
105:4, 105:6, 105:7,
105:12, 105:13,
105:14, 105:15,
105:20, 105:22,
105:23, 105:25,
106:3, 106:6, 106:7,
106:12, 106:17,
106:21, 107:2,
107:3, 107:7,
107:12, 108:4, 108:5
**THEFT** [16] - 8:14,
8:16, 8:19, 19:5,
29:5, 30:11, 30:21,
30:23, 30:25, 31:9,
34:4, 34:7, 51:14,
51:19, 52:16, 56:8
**THEIR** [111] - 8:19,
10:15, 10:25, 11:2,
11:19, 12:8, 12:15,
12:25, 14:4, 14:8,
14:16, 14:21, 16:2,
17:12, 17:18, 18:4,
19:16, 19:22, 20:4,
20:20, 21:8, 25:22,
25:24, 26:2, 26:3,
26:5, 26:11, 26:12,
28:13, 29:1, 29:4,
29:6, 29:10, 29:12,
33:16, 34:1, 36:7,
38:14, 41:11, 41:24,
42:3, 42:7, 44:10,
44:17, 45:6, 46:23,
47:6, 48:2, 50:17,
51:1, 52:5, 53:12,
53:14, 54:16, 56:4,
61:3, 63:5, 65:4,
66:5, 69:10, 69:11,
69:21, 69:24, 69:25,
70:1, 70:8, 70:23,
70:24, 71:8, 71:9,
71:11, 71:17, 71:18,
71:19, 72:10, 72:13,
73:14, 75:1, 75:3,
75:11, 75:14, 75:25,
76:25, 77:3, 78:22,

81:8, 85:2, 85:3,
85:6, 87:4, 87:7,
87:9, 92:6, 94:2,
94:22, 95:24, 96:23,
98:23, 102:7, 103:1,
104:25, 106:13
**THEIRS** [1] - 34:16
**THEM** [59] - 11:14,
12:22, 12:23, 15:2,
15:3, 16:18, 17:20,
19:20, 20:20, 21:18,
22:25, 26:1, 29:8,
36:7, 37:10, 40:4,
42:1, 42:12, 43:20,
45:18, 46:13, 46:22,
47:3, 47:4, 47:16,
48:10, 51:2, 54:17,
57:19, 59:23, 62:24,
63:1, 63:6, 65:20,
70:9, 70:19, 70:25,
71:14, 71:15, 71:16,
72:20, 72:21, 75:3,
77:24, 81:7, 82:23,
83:3, 93:3, 93:13,
97:10, 104:24,
105:1, 105:15,
106:12, 106:13,
106:14, 106:15
**THEMSELVES** [2] -
29:7, 100:1
**THEN** [45] - 4:1, 4:2,
6:3, 11:8, 11:20,
12:24, 13:21, 15:2,
16:6, 21:9, 21:15,
33:16, 33:22, 38:4,
38:6, 38:9, 39:19,
42:5, 44:2, 46:1,
50:9, 52:8, 53:17,
59:9, 64:6, 65:7,
69:13, 69:20, 70:1,
73:5, 77:11, 80:5,
80:17, 85:22, 87:6,
88:9, 90:12, 91:18,
93:8, 98:20, 101:15,
102:9, 105:2, 105:3,
105:12
**THERE** [161] - 3:8,
12:25, 13:11, 14:4,
15:4, 16:4, 16:25,
17:2, 17:4, 18:22,
18:25, 20:19, 21:21,
25:20, 26:1, 29:7,
29:8, 30:2, 30:5,
30:8, 30:9, 30:13,
31:23, 32:3, 34:9,
34:13, 35:14, 36:20,
37:17, 37:22, 38:9,
38:16, 38:25, 39:1,
39:2, 39:3, 39:4,
39:5, 39:6, 39:9,

39:10, 39:21, 40:6,
41:5, 41:6, 41:9,
41:16, 41:18, 41:20,
41:22, 42:15, 43:1,
44:5, 44:7, 44:22,
45:3, 45:11, 45:19,
46:15, 47:21, 48:5,
48:18, 49:11, 49:24,
49:25, 51:8, 52:2,
53:3, 53:6, 54:5,
55:17, 55:19, 55:25,
56:8, 57:24, 58:3,
58:11, 58:24, 58:25,
60:4, 60:6, 61:16,
61:23, 65:7, 65:25,
66:3, 67:5, 67:23,
69:5, 69:8, 69:17,
70:4, 71:16, 71:17,
72:20, 72:21, 74:2,
74:3, 75:1, 76:4,
78:9, 80:2, 80:21,
81:20, 82:11, 82:14,
82:15, 82:21, 82:23,
83:6, 83:15, 85:7,
85:17, 87:7, 87:22,
87:23, 88:20, 88:23,
89:1, 89:22, 90:10,
91:15, 91:19, 91:21,
91:23, 91:25, 94:17,
94:22, 96:1, 96:11,
97:5, 97:17, 97:21,
97:22, 98:10, 98:20,
99:5, 99:9, 99:11,
102:6, 102:9, 103:4,
103:8, 103:13,
103:14, 104:6,
104:16, 105:2,
107:6, 107:9,
107:18, 107:23

**THERE'S** [11] - 11:9,
31:23, 38:17, 45:3,
46:15, 57:21, 66:12,
67:23, 82:17, 87:10,
106:7

**THEREFORE** [3] -
28:9, 95:5, 96:21
**THESE** [42] - 8:10,
11:18, 18:23, 19:6,
19:17, 20:16, 22:17,
22:18, 24:19, 25:1,
25:5, 25:7, 25:14,
26:9, 26:16, 41:25,
45:1, 46:18, 47:8,
47:18, 48:4, 48:21,
61:14, 62:25, 63:17,
66:24, 68:13, 73:13,
77:15, 78:15, 79:15,
94:17, 94:18, 96:13,
98:24, 100:9, 105:6,
105:24, 107:4,
107:13

**THEY** [248] - 11:1,
11:13, 11:14, 11:20,
11:21, 12:8, 12:12,
12:14, 12:15, 12:24,
12:25, 13:9, 13:10,
13:15, 13:19, 14:7,
14:9, 14:10, 14:11,
14:19, 15:18, 15:20,
15:21, 16:2, 16:3,
16:8, 16:12, 16:19,
16:22, 17:1, 17:5,
17:11, 17:18, 17:20,
18:1, 18:2, 18:3,
18:4, 18:9, 18:10,
18:11, 18:13, 18:17,
19:7, 19:25, 20:3,
20:11, 20:12, 20:18,
20:22, 21:8, 21:9,
22:6, 23:11, 23:13,
25:6, 26:10, 28:8,
33:18, 33:19, 33:21,
34:8, 34:9, 34:15,
34:16, 36:2, 36:3,
36:7, 36:8, 36:9,
37:3, 38:12, 38:14,
38:16, 38:18, 39:20,
40:1, 41:9, 41:10,
41:18, 42:2, 42:6,
42:12, 42:14, 43:15,
43:20, 45:2, 45:11,
45:12, 46:13, 46:23,
47:4, 47:7, 47:15,
47:24, 48:4, 48:6,
50:5, 50:7, 50:9,
50:11, 50:12, 50:13,
50:16, 51:1, 52:4,
52:22, 53:15, 54:16,
54:19, 54:20, 54:21,
54:22, 55:20, 56:3,
57:4, 60:2, 60:3,
60:17, 63:5, 63:6,
63:7, 63:8, 64:4,
64:25, 65:4, 65:5,
65:20, 66:6, 66:9,
69:21, 69:22, 69:24,
70:1, 70:8, 70:11,
70:15, 70:17, 70:21,
70:23, 71:2, 71:3,
71:8, 71:9, 72:6,
72:11, 72:12, 72:13,
74:6, 74:15, 74:17,
74:19, 74:25, 75:2,
75:3, 75:9, 75:13,
75:25, 76:1, 76:2,
76:23, 77:21, 77:25,
78:22, 78:24, 79:17,
80:16, 80:17, 81:7,
81:13, 81:21, 82:2,
82:24, 83:5, 83:18,
83:19, 85:6, 85:7,
86:2, 86:3, 87:2,

87:6, 87:7, 87:9,
87:11, 87:12, 87:13,
88:9, 90:6, 90:7,
92:7, 92:16, 92:25,
93:4, 93:6, 93:7,
93:13, 96:3, 96:19,
96:20, 96:22, 97:9,
98:14, 102:24,
102:25, 103:9,
103:18, 103:19,
103:24, 103:25,
104:9, 104:12,
106:7, 106:8, 107:21
**THEY'D** [1] - 14:19
**THEY'RE** [3] - 38:22,
40:19, 103:2
**THEY'VE** [1] - 74:15
**THING** [11] - 45:19,
49:5, 65:4, 66:20,
68:1, 69:2, 70:1,
78:16, 79:7, 90:25,
95:21
**THINGS** [19] - 29:23,
33:10, 36:22, 47:8,
47:14, 47:15, 48:18,
48:22, 49:7, 61:14,
68:19, 68:25, 69:13,
71:4, 74:1, 76:17,
79:14, 81:24, 82:25
**THINK** [73] - 7:11,
17:6, 17:21, 17:23,
19:5, 19:13, 19:16,
19:18, 20:3, 22:20,
25:23, 25:24, 26:1,
26:4, 26:9, 33:11,
35:25, 36:15, 38:15,
39:9, 39:12, 44:20,
47:24, 48:20, 51:5,
52:10, 53:10, 54:10,
55:10, 58:7, 58:14,
59:18, 59:20, 59:22,
61:20, 62:21, 63:1,
63:23, 63:25, 64:12,
64:24, 65:1, 66:12,
66:17, 67:10, 67:12,
69:2, 69:3, 70:13,
71:1, 72:8, 72:12,
73:5, 76:4, 76:10,
80:1, 80:22, 80:23,
80:25, 81:16, 83:23,
87:3, 88:22, 90:9,
91:3, 92:7, 96:6,
100:5, 101:6,
102:19, 104:6, 104:7
**THINKING** [2] - 54:25,
65:25
**THIRD** [5] - 14:14,
23:8, 23:16, 28:25,
101:16
**THIRD-PARTY** [2] -

23:8, 28:25
**THIS** [142] - 4:2, 6:12,
6:19, 7:1, 7:3, 7:19,
7:21, 9:1, 9:12, 11:9,
13:11, 14:25, 15:16,
16:14, 17:14, 17:21,
18:20, 19:3, 19:4,
19:10, 21:3, 22:10,
22:16, 23:2, 23:23,
25:8, 26:18, 27:6,
28:15, 30:16, 30:18,
31:1, 31:21, 31:24,
32:8, 32:15, 33:3,
33:24, 36:18, 36:24,
37:5, 37:15, 38:5,
38:22, 40:5, 40:10,
41:5, 42:8, 42:13,
43:24, 44:2, 44:23,
44:25, 45:13, 45:25,
46:5, 46:10, 47:12,
48:14, 48:23, 48:25,
49:5, 49:9, 49:11,
50:25, 51:5, 54:2,
55:8, 56:21, 56:25,
58:7, 58:14, 59:7,
59:14, 60:7, 60:14,
60:16, 61:9, 61:12,
61:22, 62:2, 62:22,
64:11, 65:25, 66:17,
66:20, 66:21, 67:10,
67:12, 67:17, 69:3,
69:8, 69:17, 70:2,
70:7, 70:13, 72:18,
72:22, 73:13, 73:20,
73:24, 75:8, 76:13,
76:14, 77:9, 78:25,
79:2, 79:10, 80:4,
81:11, 81:21, 82:5,
85:15, 85:20, 85:25,
87:21, 88:5, 88:7,
89:7, 89:11, 90:12,
91:8, 91:10, 92:14,
92:15, 92:16, 93:2,
93:16, 93:20, 94:16,
95:5, 95:21, 98:15,
100:5, 104:2,
105:11, 105:13,
105:21, 106:25,
107:6, 107:20,
107:24
**THOROUGH** [1] -
28:19
**THOSE** [41] - 4:2,
13:1, 13:4, 16:3,
18:5, 20:8, 29:24,
30:7, 32:14, 38:18,
38:23, 40:17, 41:3,
57:20, 59:1, 64:1,
66:19, 68:25, 69:13,
69:20, 71:4, 72:7,
74:7, 74:8, 75:4,

75:10, 76:12, 77:23,
81:4, 81:11, 81:24,
82:13, 83:18, 91:15,
98:16, 98:24, 99:18,
105:13, 106:19,
107:19
**THOUGH** [4] - 18:23,
28:6, 43:1, 65:1
**THOUGHT** [16] -
18:19, 19:18, 34:10,
38:1, 53:25, 56:7,
63:12, 65:15, 76:7,
76:9, 84:6, 84:17,
84:24, 88:24, 106:23
**THOUSANDS** [1] -
96:20
**THREAT** [1] - 70:4
**THREE** [8] - 10:11,
31:7, 38:2, 59:1,
64:25, 68:21, 90:15,
90:18
**THREE-MONTH** [1] -
31:7
**THROUGH** [32] - 8:22,
10:11, 14:24, 20:6,
28:13, 28:20, 32:23,
35:9, 44:19, 45:2,
47:2, 48:23, 51:10,
51:13, 51:24, 58:21,
58:22, 69:23, 77:9,
83:25, 84:1, 84:9,
84:11, 85:23, 87:14,
87:19, 90:6, 103:4,
105:21, 106:3
**THROUGHOUT** [2] -
29:12, 45:19
**THROW** [2] - 41:21,
61:21
**THUNDER** [1] - 79:6
**THUS** [4] - 8:18,
15:18, 22:12, 107:25
**TIER** [23] - 10:13,
10:16, 10:17, 12:5,
12:13, 12:17, 12:24,
13:2, 13:10, 13:13,
13:14, 13:15, 13:16,
13:17, 14:6, 17:7,
17:16, 18:13, 18:15,
18:16
**TIERED** [1] - 17:23
**TIERS** [3] - 10:11,
41:5, 41:6
**TIES** [1] - 67:22
**TIME** [37] - 8:23,
12:14, 16:25, 18:20,
19:19, 19:25, 24:14,
28:4, 31:23, 35:9,
36:11, 37:5, 37:16,
38:14, 39:9, 39:13,
39:20, 39:21, 43:14,

43:21, 45:11, 49:23, 51:18, 57:23, 64:16, 65:2, 65:4, 65:6, 65:19, 67:18, 74:25, 77:9, 83:1, 88:2, 90:16, 97:6, 107:1

**TIMES** [6] - 36:9, 36:23, 88:3, 90:18, 91:10, 98:19

**TO** [703] - 3:4, 3:5, 3:9, 3:18, 4:6, 4:8, 4:9, 4:11, 4:12, 4:14, 4:17, 4:19, 4:21, 4:23, 7:2, 7:4, 7:18, 7:20, 7:21, 7:22, 8:1, 8:11, 8:15, 8:18, 8:23, 9:3, 9:6, 9:7, 9:19, 9:21, 10:2, 10:4, 10:7, 10:9, 10:13, 10:16, 10:18, 10:19, 11:1, 11:3, 11:4, 11:5, 12:5, 12:13, 12:14, 12:15, 12:18, 12:22, 12:23, 12:24, 13:12, 13:13, 13:14, 13:15, 13:16, 13:18, 13:19, 14:4, 14:7, 14:10, 14:14, 14:16, 14:18, 14:19, 14:20, 14:21, 14:24, 14:25, 15:1, 15:3, 15:6, 15:7, 15:9, 15:10, 15:14, 15:18, 15:20, 16:1, 16:2, 16:7, 16:10, 16:18, 16:23, 17:2, 17:9, 17:15, 18:1, 18:2, 18:3, 18:4, 18:8, 18:10, 18:11, 18:17, 18:18, 18:20, 18:25, 19:4, 19:19, 19:25, 20:10, 20:17, 20:18, 21:2, 21:8, 21:9, 21:10, 21:11, 21:14, 21:18, 21:20, 21:24, 21:25, 22:4, 22:12, 22:14, 22:16, 22:19, 22:21, 22:23, 23:1, 23:6, 23:8, 23:14, 24:6, 24:12, 24:13, 24:15, 24:16, 24:22, 25:10, 25:12, 25:14, 25:18, 25:21, 26:2, 26:5, 26:10, 26:11, 26:20, 26:22, 26:23, 26:25, 27:2, 27:8, 27:9, 27:12, 28:5, 28:10, 28:13, 28:15, 28:23, 29:2, 29:4, 29:6, 29:9, 29:16, 29:25, 30:11, 31:1,

31:8, 31:19, 31:20, 31:22, 32:12, 32:14, 32:17, 32:22, 32:24, 32:25, 33:6, 33:10, 33:15, 33:17, 33:18, 33:19, 33:21, 33:22, 33:24, 34:4, 34:5, 34:13, 34:18, 34:22, 35:5, 35:6, 35:7, 35:9, 35:10, 35:15, 35:24, 36:10, 36:12, 36:14, 36:17, 36:22, 36:24, 36:25, 37:3, 37:4, 37:7, 37:9, 37:10, 37:11, 37:22, 37:23, 38:8, 38:14, 38:15, 38:18, 38:22, 39:2, 39:3, 39:6, 39:13, 40:2, 40:4, 40:12, 40:15, 40:22, 41:1, 41:4, 41:6, 41:9, 41:10, 41:19, 41:21, 41:23, 42:1, 42:4, 42:6, 42:8, 42:13, 43:4, 43:6, 43:8, 43:10, 43:15, 43:17, 43:20, 43:22, 44:1, 44:2, 44:3, 44:12, 44:13, 44:16, 44:25, 45:7, 45:15, 46:1, 46:2, 46:3, 46:6, 46:7, 46:8, 46:15, 47:8, 47:11, 47:14, 47:16, 47:17, 47:20, 47:25, 48:2, 48:3, 48:9, 48:20, 48:24, 49:1, 49:9, 49:11, 49:17, 49:18, 49:21, 49:23, 49:25, 50:6, 50:14, 50:16, 50:20, 50:23, 51:6, 51:15, 51:18, 52:3, 52:5, 52:11, 52:18, 52:20, 52:25, 53:8, 53:10, 54:5, 55:13, 55:18, 55:22, 56:1, 56:5, 56:6, 56:12, 56:13, 56:14, 56:17, 56:18, 56:20, 56:22, 56:25, 57:3, 57:4, 57:6, 57:8, 57:9, 57:16, 57:17, 57:25, 58:6, 58:13, 58:17, 58:24, 59:6, 59:15, 59:17, 59:19, 59:25, 60:1, 60:4, 60:6, 60:21, 60:23, 61:5, 61:6, 61:8, 61:9, 61:17, 61:21, 61:25, 62:1, 62:2, 62:6, 62:13, 62:14, 62:15,

62:22, 62:24, 63:6, 63:7, 63:16, 63:24, 64:1, 64:2, 64:4, 64:24, 65:2, 65:5, 65:9, 65:11, 65:18, 65:23, 66:1, 66:4, 66:8, 66:13, 66:18, 66:19, 66:21, 67:1, 67:9, 67:13, 67:15, 67:23, 67:24, 68:16, 68:17, 68:19, 68:22, 68:24, 68:25, 69:2, 69:4, 69:7, 69:8, 69:10, 69:18, 69:22, 69:25, 70:9, 70:12, 70:19, 70:22, 70:23, 70:25, 71:3, 71:11, 71:16, 71:17, 71:21, 71:24, 72:3, 72:12, 72:13, 72:15, 72:23, 72:24, 73:2, 73:4, 73:10, 73:13, 73:14, 73:24, 74:1, 74:4, 74:7, 74:9, 74:16, 74:19, 74:20, 75:3, 75:4, 75:6, 75:7, 75:10, 75:15, 75:16, 75:17, 75:19, 75:24, 76:2, 76:8, 76:10, 76:21, 77:2, 77:22, 77:25, 78:4, 78:8, 78:10, 78:15, 79:4, 79:5, 79:6, 79:8, 79:9, 79:24, 80:4, 80:5, 80:11, 80:16, 80:17, 80:24, 81:1, 81:4, 81:16, 81:19, 81:22, 82:1, 82:3, 82:11, 82:17, 82:21, 82:22, 82:23, 83:1, 83:5, 83:8, 83:9, 83:14, 83:16, 83:17, 83:18, 83:19, 83:20, 83:21, 83:22, 84:8, 84:13, 84:25, 85:4, 85:5, 85:6, 85:7, 85:8, 85:9, 85:12, 85:14, 86:2, 86:9, 86:19, 86:23, 86:25, 87:2, 87:3, 87:5, 87:6, 87:13, 88:16, 88:18, 89:2, 89:3, 89:6, 89:9, 89:10, 89:11, 89:16, 89:23, 90:1, 90:2, 90:3, 90:6, 90:8, 90:9, 90:14, 90:18, 90:19, 90:20, 90:21, 90:23, 91:1, 91:5, 91:9, 91:22, 91:24, 92:2, 92:3, 92:6, 92:10,

92:13, 92:15, 92:17, 92:18, 92:23, 93:1, 93:4, 93:5, 93:7, 93:13, 93:14, 93:15, 93:18, 93:19, 93:20, 93:21, 94:3, 94:4, 94:8, 94:9, 94:11, 94:15, 94:17, 94:21, 95:2, 95:4, 95:8, 95:15, 95:18, 95:23, 95:24, 96:4, 96:10, 96:22, 96:23, 96:25, 97:1, 97:3, 97:11, 97:15, 97:21, 97:24, 98:1, 98:5, 98:8, 98:17, 98:20, 98:21, 99:8, 99:10, 99:14, 100:8, 100:10, 100:11, 100:14, 100:15, 101:7, 101:8, 101:9, 101:23, 101:24, 102:1, 102:6, 102:9, 102:14, 102:20, 102:22, 102:25, 103:4, 103:7, 103:10, 103:17, 103:18, 103:19, 104:1, 104:5, 104:8, 104:19, 104:24, 105:4, 105:10, 105:14, 105:15, 105:19, 105:21, 106:1, 106:3, 106:6, 106:7, 106:11, 107:1, 107:3, 107:9, 107:10, 107:11, 107:13, 107:23, 107:24, 108:1

**TODAY** [8] - 3:20, 8:4, 15:24, 33:10, 35:16, 35:24, 52:3, 106:10

**TOGETHER** [2] - 63:2, 72:2

**TOLD** [8] - 24:25, 28:7, 44:18, 46:18, 72:17, 74:14, 94:15, 106:11

**TOO** [15] - 21:2, 30:11, 35:12, 35:15, 43:21, 44:17, 45:11, 50:8, 65:7, 67:21, 78:21, 84:18, 88:10, 88:21, 107:11

**TOOK** [5] - 9:18, 34:1, 90:2, 90:20, 99:6

**TOOLS** [1] - 47:25

**TOP** [1] - 32:7

**TOUCH** [2] - 43:11, 97:11

**TOUCHED** [1] - 69:16

**TOUGH** [1] - 45:10

**TOWARDS** [2] - 95:19, 99:6

**TRACK** [32] - 2:14, 5:18, 5:20, 5:24, 6:20, 7:25, 8:20, 27:14, 33:15, 34:24, 39:25, 42:14, 43:12, 44:10, 50:21, 50:23, 51:2, 51:3, 51:8, 51:25, 52:20, 53:16, 77:25, 78:8, 82:12, 96:12, 97:12, 98:10, 99:2, 101:1, 101:5, 106:22

**TRACKING** [1] - 76:24

**TRACKS** [5] - 40:6, 50:14, 51:7, 61:14

**TRACTION** [1] - 38:24

**TRANSACT** [1] - 64:5

**TRANSACTION** [2] - 14:22, 18:10

**TRANSACTIONS** [5] - 14:13, 19:2, 19:3, 53:15, 90:10

**TRANSCRIPT** [4] - 1:24, 107:2, 107:4, 108:5

**TRANSCRIPTION** [1] - 1:24

**TRANSFER** [1] - 67:24

**TRANSFERABILITY** [1] - 67:22

**TRANSFERABLE** [5] - 11:10, 16:7, 16:8, 97:9, 98:19

**TRANSFERRABLE** [1] - 22:15

**TRANSLATES** [1] - 93:20

**TRANSMITTED** [1] - 69:25

**TRANSPORTATION** [1] - 14:16

**TREAT** [2] - 72:16, 95:13

**TREATED** [7] - 45:2, 47:7, 50:9, 50:23, 102:20, 102:25, 103:2

**TREATMENT** [1] - 44:22

**TREATS** [2] - 32:11, 38:3

**TREE** [2] - 105:21, 106:3

**TREMENDOUS** [1] - 26:5

**TRIED** [1] - 86:25

**TROUBLE** [2] - 18:8, 18:11
**TRUCK** [4] - 99:6, 99:9, 99:13, 99:14
**TRUE** [8] - 4:20, 43:13, 50:7, 72:18, 73:5, 73:6, 96:6, 106:2
**TRUSTED** [1] - 45:1
**TRY** [5] - 7:22, 14:16, 19:4, 49:9, 64:13
**TRYING** [6] - 15:9, 17:15, 37:9, 56:5, 61:4, 85:5
**TURN** [5] - 16:10, 57:6, 57:17, 74:6, 92:18
**TURNING** [1] - 81:19
**TWEAK** [1] - 74:1
**TWO** [17] - 3:6, 36:16, 39:10, 55:4, 55:7, 64:24, 66:12, 66:22, 68:21, 91:3, 98:10, 100:20, 100:21, 100:22, 101:3, 103:7
**TYPE** [1] - 107:14
**TYPICALITY** [1] - 32:21
**TYPICALLY** [4] - 67:15, 83:2, 95:15, 98:24

**U**

**U.S** [2] - 1:6, 20:24
**ULTIMATELY** [3] - 27:2, 32:6, 44:17
**UNCERTAIN** [1] - 30:20
**UNCLEAR** [2] - 39:6, 107:18
**UNDER** [16] - 9:14, 10:3, 12:17, 13:11, 15:5, 26:20, 26:24, 27:8, 40:24, 48:8, 58:18, 80:1, 84:20, 92:25, 105:19, 107:4
**UNDERSCORE** [2] - 36:12, 47:20
**UNDERSTAND** [15] - 20:10, 28:23, 29:4, 29:6, 42:25, 44:15, 50:19, 59:15, 62:4, 69:2, 71:6, 75:24, 77:5, 102:3, 105:16
**UNDERSTOOD** [2] - 77:11, 95:18
**UNFAMILIAR** [1] - 43:8
**UNFOLDED** [1] -

89:20
**UNFORTUNATELY** [1] - 4:16
**UNIQUE** [2] - 15:16, 90:11
**UNITED** [1] - 1:1
**UNLESS** [3] - 66:11, 68:5, 81:17
**UNLIKE** [4] - 21:3, 74:10, 94:20, 99:13
**UNLIKELY** [2] - 76:8, 106:6
**UNREASONABLE** [1] - 90:22
**UNREIMBURSED** [1] - 14:12
**UNSOLICITED** [2] - 48:21, 48:25
**UNTIL** [5] - 24:13, 28:6, 57:3, 57:4, 103:3
**UNUSUALLY** [1] - 15:17
**UP** [48] - 3:18, 9:7, 10:4, 14:10, 14:16, 14:20, 18:3, 18:4, 18:18, 19:14, 21:10, 21:13, 38:23, 39:9, 39:17, 43:18, 46:6, 49:17, 51:7, 56:22, 59:7, 62:2, 62:6, 62:11, 63:24, 64:2, 64:25, 65:2, 65:18, 65:21, 65:23, 66:18, 67:10, 74:1, 74:18, 75:14, 80:4, 83:22, 84:20, 88:9, 88:10, 88:21, 89:3, 90:3, 90:8, 90:14, 100:24, 103:15
**UPDATED** [1] - 46:24
**UPDATES** [1] - 26:8
**UPON** [2] - 63:20, 63:23
**US** [20] - 9:2, 20:18, 24:25, 26:11, 28:7, 35:9, 43:18, 61:8, 65:14, 74:14, 74:16, 79:22, 80:8, 89:5, 89:8, 90:1, 90:3, 90:6, 94:16, 101:11
**USE** [45] - 15:21, 17:2, 19:17, 19:19, 21:8, 21:10, 24:15, 29:10, 41:11, 41:14, 47:25, 50:2, 50:3, 55:9, 59:16, 63:6, 66:5, 69:21, 70:24, 73:8, 77:15, 80:9, 81:2, 82:23, 82:24, 85:6,

86:9, 86:15, 86:25, 87:9, 87:10, 87:11, 88:16, 90:14, 93:13, 94:5, 97:3, 97:7, 103:18, 104:17, 105:22, 105:23
**USED** [39] - 9:21, 10:7, 10:14, 11:14, 12:6, 12:18, 12:25, 14:16, 16:19, 16:25, 17:1, 17:5, 17:22, 21:21, 52:21, 53:12, 74:5, 74:8, 78:1, 78:2, 78:7, 78:15, 78:22, 78:24, 79:16, 79:17, 80:13, 86:1, 86:17, 87:7, 90:11, 90:12, 90:15, 95:1, 96:20, 98:19, 98:23, 98:24, 105:3
**USERS** [1] - 85:5
**USES** [2] - 55:1, 85:3
**USING** [15] - 20:1, 24:4, 24:6, 24:16, 24:19, 25:24, 46:23, 46:25, 52:1, 56:4, 62:5, 76:16, 80:4, 82:9, 90:18
**USUALLY** [1] - 36:21
**USURPING** [1] - 56:7

**V**

**VALUE** [19] - 16:3, 17:16, 17:20, 17:22, 19:4, 19:6, 47:16, 78:15, 78:23, 93:13, 94:5, 94:8, 94:12, 94:21, 97:2, 98:5, 98:24, 100:10, 100:14
**VALUED** [1] - 10:5
**VALUES** [1] - 79:15
**VARIOUS** [1] - 28:25
**VAULT** [1] - 69:14
**VEHICLE** [3] - 48:14, 48:24, 80:4
**VERSION** [4] - 21:17, 45:8, 88:23
**VERSIONS** [1] - 28:25
**VERSUS** [8] - 24:4, 30:17, 31:10, 33:4, 60:9, 93:25, 96:14, 98:11
**VERY** [54] - 3:14, 11:15, 14:25, 16:25, 17:1, 18:19, 19:5, 21:9, 22:22, 24:21, 28:10, 28:12, 30:1, 30:5, 30:13, 32:8,

34:7, 40:17, 40:21, 40:22, 43:5, 43:17, 46:9, 47:18, 47:23, 51:6, 51:14, 51:22, 58:8, 68:7, 71:20, 71:21, 71:25, 72:11, 72:15, 74:13, 74:15, 78:13, 81:24, 83:12, 85:4, 85:17, 86:6, 92:20, 94:24, 95:21, 99:1, 99:4, 99:13, 104:6, 106:17, 108:1
**VIA** [1] - 1:7
**VICTIM** [1] - 18:14
**VICTIMS** [1] - 74:19
**VIDEO** [1] - 7:16
**VIDEOCONFERENC E** [1] - 1:7
**VIEW** [4] - 28:14, 36:20, 69:16, 70:5
**VIEWING** [1] - 104:17
**VIEWS** [1] - 35:23
**VIRTUALLY** [2] - 17:4, 81:7
**VIS** [2] - 47:6, 98:6
**VIS-A-VIS** [2] - 47:6, 98:6
**VISA** [2] - 24:12, 74:4
**VISAS** [1] - 73:23
**VISCERAL** [1] - 43:22
**VISIBLE** [1] - 85:4
**VISIT** [1] - 17:12
**VISITS** [3] - 91:22, 91:24, 92:2
**VOTE** [2] - 38:14, 45:6
**VOUCHER** [1] - 98:15
**VOUCHERS** [5] - 96:17, 98:13, 98:16, 98:22, 98:25
**VULNERABILITIES** [1] - 23:15

**W**

**W-2** [1] - 30:23
**WAGE** [1] - 40:8
**WAIT** [4] - 56:24, 57:3, 57:4, 107:11
**WAITING** [1] - 39:16
**WALK** [3] - 84:9, 84:10, 93:12
**WALKED** [1] - 73:12
**WALKING** [2] - 37:14, 50:7
**WALKS** [1] - 76:21
**WALL** [1] - 90:2
**WANT** [31] - 3:9, 10:19, 16:2, 18:20, 27:9, 33:24, 34:22, 35:15, 36:12, 37:2,

43:4, 46:7, 47:20, 49:17, 49:21, 51:6, 55:13, 56:12, 56:18, 56:22, 57:3, 65:5, 67:15, 68:19, 71:8, 79:5, 81:4, 81:22, 104:5, 107:1
**WANTED** [8] - 35:5, 57:25, 74:20, 75:6, 79:24, 83:4, 89:8, 97:11
**WANTS** [5] - 7:20, 21:14, 32:24, 61:8, 81:25
**WAS** [181] - 4:23, 6:7, 7:2, 9:22, 10:12, 11:24, 12:25, 13:18, 13:20, 13:21, 16:4, 16:14, 16:16, 17:14, 17:18, 18:19, 18:22, 18:24, 19:4, 19:11, 19:14, 19:18, 22:16, 25:10, 25:12, 26:16, 27:17, 28:2, 28:4, 28:5, 28:8, 28:10, 28:12, 29:8, 30:1, 30:2, 30:5, 30:8, 30:9, 30:12, 32:10, 32:22, 33:5, 34:7, 34:13, 34:14, 36:24, 38:9, 39:10, 39:13, 39:15, 39:19, 40:20, 42:2, 42:15, 42:17, 43:1, 43:14, 43:17, 43:21, 44:16, 44:18, 47:12, 47:24, 49:23, 49:25, 50:3, 50:21, 51:8, 51:10, 51:13, 51:14, 51:21, 51:24, 52:1, 52:2, 52:6, 52:23, 53:3, 53:6, 53:21, 54:2, 54:4, 54:9, 54:18, 55:14, 55:17, 55:19, 55:23, 56:11, 57:2, 58:19, 61:4, 63:10, 63:12, 63:15, 63:25, 64:4, 64:18, 64:24, 65:12, 65:15, 66:23, 69:5, 69:16, 69:17, 70:3, 70:5, 71:16, 71:17, 71:18, 71:19, 71:25, 72:1, 72:7, 72:10, 72:14, 73:4, 73:5, 73:18, 73:19, 74:2, 74:3, 74:24, 75:1, 75:4, 75:12, 75:16, 75:17, 75:20, 75:21, 76:1, 76:8, 76:9, 77:7, 78:24, 79:23, 81:9, 84:6, 84:20,

85:25, 86:8, 86:12, 86:21, 87:22, 87:24, 88:6, 88:7, 88:11, 88:12, 90:4, 90:7, 90:9, 93:16, 94:1, 94:3, 94:5, 94:14, 98:20, 99:9, 99:11, 100:9, 101:19, 102:12, 106:9

**WASN'T** [1] - 75:12

**WAWA** [194] - 1:3, 2:19, 7:7, 7:10, 9:21, 10:3, 10:4, 10:14, 10:17, 10:23, 11:1, 11:12, 11:19, 12:6, 12:8, 12:19, 13:17, 13:23, 15:15, 15:17, 15:18, 16:10, 16:18, 17:11, 19:2, 21:20, 21:24, 22:11, 22:14, 23:5, 23:7, 23:11, 23:16, 23:18, 24:14, 24:15, 25:13, 25:19, 25:24, 25:25, 26:7, 28:24, 29:9, 30:4, 31:17, 32:7, 35:6, 36:1, 36:10, 40:4, 40:7, 40:23, 41:11, 43:5, 43:10, 44:16, 45:11, 45:15, 46:9, 46:10, 46:12, 47:23, 48:15, 48:24, 48:25, 50:20, 50:21, 52:21, 53:10, 56:11, 60:5, 61:2, 61:3, 61:14, 61:23, 63:7, 64:4, 64:6, 66:24, 67:3, 67:20, 68:15, 68:23, 69:5, 69:9, 69:21, 69:22, 69:24, 70:11, 70:12, 70:15, 70:24, 72:25, 73:1, 73:2, 73:6, 73:8, 73:20, 73:22, 74:4, 74:18, 76:15, 76:17, 76:18, 76:20, 77:1, 77:20, 77:23, 77:25, 78:1, 78:8, 78:13, 78:16, 78:18, 78:21, 78:24, 79:1, 79:10, 79:17, 79:18, 80:3, 81:5, 81:9, 81:11, 81:12, 81:20, 81:24, 82:3, 82:13, 82:22, 82:25, 83:21, 83:25, 84:3, 84:4, 85:15, 85:20, 85:22, 85:24, 86:1, 86:10, 87:1, 87:8, 88:4, 88:25, 90:12, 90:14, 90:15, 90:16, 91:6, 91:9, 91:13,

91:22, 91:24, 92:1, 92:3, 92:6, 92:8, 92:10, 92:11, 92:12, 92:23, 93:10, 93:11, 93:12, 93:14, 93:20, 93:21, 94:6, 94:13, 94:15, 94:24, 95:5, 98:6, 98:18, 98:22, 99:14, 100:11, 100:15, 102:14, 104:22, 104:24, 106:11

**WAWA'S** [23] - 11:15, 15:19, 19:15, 22:11, 23:8, 23:20, 25:1, 26:8, 29:17, 40:14, 57:21, 59:4, 60:1, 65:18, 69:14, 69:25, 77:11, 80:8, 80:24, 81:3, 84:2, 96:7, 99:20

**WAWAS** [3] - 67:23, 83:1, 83:3

**WAY** [39] - 3:21, 9:1, 9:9, 15:8, 15:21, 17:8, 17:23, 21:18, 21:21, 22:14, 31:15, 34:10, 35:16, 44:10, 46:16, 46:18, 50:23, 51:5, 60:2, 64:13, 74:8, 81:12, 82:14, 83:25, 84:12, 85:20, 86:17, 87:3, 89:11, 89:12, 92:15, 97:19, 98:5, 99:23, 100:10, 100:14, 104:10, 105:2, 105:17

**WAYS** [7] - 14:5, 21:22, 25:23, 36:16, 36:22, 46:1, 49:12

**WE** [322] - 3:5, 4:12, 6:9, 6:25, 7:1, 7:11, 7:17, 8:11, 8:23, 8:24, 9:25, 11:18, 14:2, 14:17, 14:23, 15:9, 16:20, 17:15, 17:19, 17:21, 17:22, 17:23, 18:19, 19:5, 19:14, 19:16, 19:18, 20:23, 21:1, 21:4, 21:12, 21:13, 21:16, 21:18, 21:22, 21:23, 22:6, 22:19, 22:20, 24:23, 24:24, 25:7, 26:4, 26:19, 28:2, 28:4, 28:6, 28:23, 29:2, 29:5, 29:14, 29:23, 29:24, 30:4, 31:17, 31:20, 32:7, 32:25, 33:12, 33:25,

34:1, 34:2, 34:10, 34:12, 35:6, 35:13, 35:17, 35:22, 35:23, 36:1, 36:3, 36:6, 36:7, 36:10, 36:16, 37:9, 37:13, 37:14, 37:16, 37:20, 37:21, 37:22, 38:11, 38:20, 38:25, 39:8, 39:11, 39:21, 40:4, 40:7, 40:8, 40:13, 40:22, 40:24, 41:1, 41:15, 41:24, 42:14, 42:20, 42:21, 43:4, 43:5, 43:20, 43:22, 43:23, 43:24, 44:16, 44:21, 44:24, 45:5, 45:8, 46:24, 47:3, 47:9, 47:10, 47:17, 47:21, 48:7, 49:9, 49:11, 49:23, 50:9, 51:7, 51:16, 53:2, 53:4, 53:6, 53:7, 53:17, 53:20, 53:24, 56:4, 56:5, 56:7, 56:12, 56:13, 56:17, 56:19, 57:1, 57:6, 57:19, 58:8, 58:10, 59:3, 59:6, 59:20, 59:21, 60:8, 60:16, 60:19, 61:10, 61:19, 61:21, 62:17, 62:25, 63:3, 63:11, 63:16, 63:17, 64:1, 64:12, 64:24, 64:25, 65:11, 65:12, 65:13, 65:14, 65:15, 67:9, 67:10, 67:12, 67:13, 67:21, 68:6, 68:24, 69:4, 69:6, 69:18, 71:13, 71:14, 71:15, 71:16, 71:21, 72:1, 72:12, 72:15, 72:25, 73:3, 73:8, 73:9, 73:10, 73:12, 73:13, 73:16, 73:17, 73:18, 73:24, 74:6, 74:7, 74:9, 74:10, 74:12, 74:13, 74:15, 74:18, 74:20, 74:22, 74:23, 75:12, 76:6, 76:7, 76:9, 76:10, 76:11, 77:9, 78:9, 78:10, 78:14, 78:25, 79:14, 79:20, 79:23, 79:24, 80:2, 80:7, 80:9, 80:10, 80:13, 80:22, 80:25, 81:1, 81:2, 81:4, 81:22, 82:3, 82:4, 82:5, 82:8, 82:11, 82:13, 82:18, 83:3, 83:5,

83:11, 83:13, 83:24, 84:6, 84:7, 84:14, 84:17, 84:24, 85:4, 85:16, 86:21, 86:25, 87:18, 87:20, 87:21, 88:14, 88:20, 88:21, 88:24, 88:25, 89:7, 89:10, 89:11, 89:15, 89:16, 89:17, 89:18, 89:19, 90:1, 90:9, 90:10, 90:12, 90:18, 90:19, 90:20, 90:22, 91:5, 91:8, 91:16, 91:18, 91:19, 92:14, 93:24, 94:25, 97:25, 98:22, 100:5, 100:8, 101:24, 101:25, 102:14, 102:16, 102:17, 102:18, 102:19, 103:5, 103:20, 103:25, 104:23, 105:16, 107:8

**WE'D** [1] - 86:23

**WE'VE** [2] - 4:13, 73:24

**WEAKNESSES** [1] - 28:9

**WEARING** [3] - 3:13, 3:16, 103:1

**WEARS** [2] - 4:11, 4:12

**WEB** [5] - 29:14, 47:12, 73:21, 74:4, 74:12

**WEBSITE** [2] - 59:25, 73:7

**WEBSITES** [1] - 60:20

**WECHT** [1] - 38:17

**WEDNESDAY** [1] - 1:7

**WEEK** [4] - 8:12, 84:10, 92:8, 106:21

**WEEKLY** [1] - 92:6

**WEEKS** [8] - 62:7, 62:8, 62:9, 63:10, 64:24, 65:11, 65:23, 104:25

**WEIGHED** [1] - 29:23

**WEIR** [1] - 6:13

**WELL** [44] - 4:18, 11:8, 11:20, 12:12, 15:13, 16:4, 16:7, 16:24, 19:9, 19:24, 21:4, 25:11, 26:11, 36:18, 39:20, 40:1, 40:19, 46:23, 47:9, 47:19, 50:21, 50:24, 53:1, 54:11, 59:18, 61:4, 62:12, 62:21, 63:11, 63:14, 63:22,

64:22, 66:6, 70:25, 79:12, 80:20, 85:16, 93:9, 96:20, 102:4, 103:2, 103:7, 103:16, 107:21

**WELSH** [7] - 9:24, 27:19, 28:12, 42:3, 59:4, 63:12

**WELSH'S** [1] - 22:9

**WENT** [7] - 27:7, 31:24, 54:5, 73:21, 92:6, 94:18, 101:9

**WERE** [84] - 14:14, 17:15, 17:18, 18:24, 22:18, 25:5, 27:25, 29:7, 29:24, 30:7, 32:3, 34:9, 35:6, 38:12, 38:16, 38:24, 38:25, 39:1, 39:3, 39:10, 39:22, 39:24, 40:6, 42:6, 42:9, 42:13, 42:14, 43:15, 44:9, 45:2, 49:24, 50:4, 50:5, 51:7, 52:21, 53:8, 53:13, 54:5, 54:6, 55:4, 56:5, 56:7, 57:22, 58:8, 61:16, 61:17, 61:23, 62:16, 63:16, 64:4, 70:4, 70:11, 72:2, 73:16, 73:17, 74:5, 74:13, 74:23, 75:14, 76:2, 77:9, 77:12, 78:7, 78:18, 78:22, 79:15, 82:7, 85:19, 87:23, 89:23, 90:6, 90:8, 90:10, 91:22, 96:17, 96:18, 98:16, 99:5, 105:2, 105:4, 107:9

**WEREN'T** [1] - 39:8

**WHAT** [88] - 3:6, 11:6, 12:10, 13:10, 14:19, 15:23, 19:12, 19:21, 20:1, 20:10, 21:11, 23:11, 23:21, 28:5, 28:7, 33:12, 33:16, 33:17, 33:21, 33:25, 34:18, 34:23, 35:14, 36:8, 36:15, 37:21, 39:22, 39:25, 40:23, 41:13, 42:17, 44:20, 45:5, 47:16, 47:17, 48:4, 52:9, 53:2, 53:7, 54:12, 56:16, 59:1, 59:3, 59:6, 59:8, 60:2, 60:18, 61:8, 62:6, 62:22, 63:11, 63:12, 63:20, 64:18, 66:22, 70:6,

71:11, 72:7, 72:22, 73:16, 73:18, 74:10, 74:23, 75:10, 75:24, 76:12, 76:15, 76:21, 77:14, 78:11, 79:18, 79:19, 79:24, 79:25, 82:11, 82:19, 87:8, 87:16, 87:20, 88:1, 96:22, 98:7, 102:20, 105:23, 107:21, 107:23

**WHAT'S** [1] - 106:23

**WHATEVER** [7] - 56:8, 63:6, 63:10, 65:5, 71:9, 96:4, 97:4

**WHEN** [42] - 3:17, 7:22, 8:22, 11:13, 13:3, 17:11, 20:11, 20:17, 20:22, 21:19, 39:14, 43:14, 43:18, 44:16, 47:16, 48:9, 48:13, 51:7, 60:3, 60:12, 63:1, 63:7, 63:17, 65:8, 65:10, 69:9, 71:3, 72:21, 73:2, 76:21, 81:1, 81:21, 83:20, 84:7, 85:6, 87:21, 88:5, 88:10, 89:19, 92:14, 102:25

**WHERE** [32] - 11:4, 12:21, 17:3, 34:13, 37:22, 39:11, 40:14, 41:24, 42:9, 45:23, 46:1, 54:13, 67:20, 78:18, 83:2, 84:15, 85:1, 85:3, 87:2, 89:14, 89:22, 95:22, 96:7, 97:5, 97:6, 97:12, 100:8, 103:15, 103:22, 105:12, 105:18, 106:6

**WHEREAS** [4] - 24:8, 98:18, 98:22, 104:25

**WHEREBY** [1] - 21:16

**WHETHER** [16] - 23:12, 26:22, 39:3, 41:25, 42:17, 44:16, 48:19, 52:5, 52:11, 55:17, 57:2, 69:5, 70:11, 80:3, 99:25, 100:4

**WHICH** [57] - 3:7, 3:15, 3:16, 7:21, 8:11, 9:25, 10:5, 19:3, 22:22, 23:5, 23:6, 28:16, 30:24, 31:21, 32:6, 38:4, 49:25, 52:24, 55:14,

56:11, 58:19, 59:3, 60:2, 60:10, 61:7, 61:8, 61:14, 61:23, 65:4, 66:2, 70:7, 72:12, 73:5, 73:7, 74:11, 74:17, 75:6, 75:23, 78:6, 82:9, 85:5, 85:14, 91:10, 91:12, 91:13, 92:1, 93:5, 95:7, 96:13, 96:19, 97:7, 97:10, 99:4, 99:9, 99:12, 99:23, 100:5

**WHILE** [6] - 4:4, 4:10, 24:5, 69:21, 82:22, 90:2

**WHITE** [6] - 1:19, 3:21, 3:24, 4:23, 107:2, 108:9

**WHO** [58] - 3:6, 3:19, 3:25, 6:1, 7:2, 7:20, 9:21, 10:14, 10:24, 11:15, 12:6, 13:1, 14:6, 21:15, 24:18, 30:5, 32:14, 36:10, 38:3, 38:12, 44:8, 49:1, 50:2, 50:3, 50:18, 53:12, 54:13, 55:7, 57:22, 67:3, 67:19, 68:12, 70:4, 70:14, 72:2, 72:4, 72:5, 72:23, 73:1, 75:11, 79:16, 79:17, 82:4, 82:6, 82:13, 83:6, 86:1, 86:21, 86:22, 86:23, 86:25, 87:8, 87:10, 92:7, 104:13, 106:19, 107:3

**WHO'S** [3] - 35:13, 46:12, 79:6

**WHO-ALL** [1] - 6:1

**WHOLE** [7] - 27:9, 45:19, 54:2, 90:8, 98:4, 104:11, 107:1

**WHOM** [1] - 104:22

**WHOSE** [3] - 39:19, 54:18, 83:9

**WHY** [57] - 3:13, 16:5, 16:6, 16:11, 16:12, 17:10, 19:7, 27:8, 38:23, 38:25, 39:16, 39:18, 41:2, 43:19, 46:21, 46:22, 50:15, 50:17, 50:22, 53:14, 53:19, 53:24, 54:16, 55:5, 55:6, 56:5, 59:7, 62:9, 62:10, 62:19, 63:4, 63:10, 63:13, 65:7, 67:9,

67:25, 68:24, 69:8, 71:13, 71:14, 76:2, 77:5, 79:4, 79:6, 80:1, 83:23, 84:5, 86:25, 92:15, 92:25, 93:8, 97:14, 97:18, 101:6, 106:8

**WIDESPREAD** [1] - 30:3

**WILL** [82] - 3:9, 7:3, 7:13, 7:17, 7:22, 8:4, 8:5, 8:8, 8:21, 9:4, 9:7, 10:3, 10:11, 12:1, 12:3, 12:8, 13:4, 14:3, 14:10, 16:1, 16:19, 16:22, 17:1, 19:17, 20:19, 20:21, 20:22, 21:6, 21:8, 23:7, 23:11, 23:16, 23:18, 25:23, 26:7, 26:13, 27:1, 27:15, 28:20, 31:13, 31:22, 31:23, 32:6, 32:9, 32:17, 32:25, 33:24, 34:19, 36:11, 45:13, 49:20, 55:11, 56:16, 57:19, 62:22, 66:4, 66:22, 67:17, 68:6, 68:25, 70:14, 72:12, 79:11, 80:7, 80:9, 80:11, 82:2, 84:10, 85:11, 88:20, 88:21, 88:23, 91:4, 92:3, 92:18, 100:8, 102:15, 102:16, 104:17, 105:11, 105:12

**WIRED** [1] - 7:18

**WISH** [2] - 4:1, 107:4

**WITH** [119] - 4:2, 4:13, 5:20, 5:23, 6:19, 7:23, 8:4, 8:12, 9:23, 10:1, 11:25, 13:7, 13:15, 14:13, 15:3, 15:4, 16:24, 19:2, 20:18, 21:13, 23:9, 24:3, 24:24, 25:6, 26:1, 26:8, 26:9, 27:18, 28:4, 29:5, 29:13, 29:16, 33:10, 34:3, 35:6, 35:9, 36:1, 36:2, 37:1, 37:15, 37:21, 38:14, 39:11, 40:7, 40:10, 43:11, 44:12, 44:19, 45:6, 47:9, 47:17, 51:1, 53:7, 54:12, 56:19, 58:8, 58:13, 58:23, 59:4, 59:5, 59:7, 59:11, 59:22,

59:23, 61:15, 61:17, 61:18, 62:23, 63:14, 64:24, 64:25, 66:6, 66:18, 67:10, 69:1, 69:6, 71:25, 78:17, 78:19, 78:21, 78:22, 78:24, 79:1, 79:3, 83:22, 83:23, 83:25, 84:3, 84:5, 85:23, 87:2, 87:16, 87:21, 88:7, 90:3, 90:5, 90:14, 90:21, 91:4, 91:8, 91:16, 91:21, 92:4, 92:14, 94:10, 97:22, 99:7, 99:12, 99:24, 100:10, 100:16, 101:12, 101:23, 102:10, 103:5, 107:7

**WITHIN** [5] - 19:7, 52:3, 69:14, 96:18, 97:3

**WITHOUT** [4] - 34:17, 35:12, 35:17, 48:21

**WITNESS** [1] - 29:13

**WON'T** [5] - 4:19, 38:21, 80:13, 81:2, 106:25

**WOOD** [1] - 63:24

**WOODEN** [1] - 54:24

**WORD** [3] - 21:4, 52:13, 62:5

**WORDING** [1] - 34:8

**WORDS** [4] - 23:22, 40:15, 40:18, 40:20

**WORK** [11] - 22:20, 28:13, 28:22, 31:24, 35:6, 35:9, 49:9, 55:11, 73:15, 90:20, 97:18

**WORKABLE** [1] - 83:13

**WORKED** [2] - 4:13, 46:13

**WORKERS** [3] - 45:2, 45:11, 45:19

**WORKING** [3] - 70:11, 70:22, 71:3

**WORKS** [6] - 21:19, 82:14, 85:21, 86:12, 92:2, 92:3

**WORLD** [5] - 36:19, 63:23, 73:23, 77:18, 106:20

**WORRIED** [2] - 17:18, 74:25

**WORRY** [1] - 80:17

**WORTH** [4] - 45:5, 63:6, 78:9, 80:18

**WORTHLESS** [1] -

77:6

**WOULD** [85] - 3:25, 6:11, 7:25, 8:23, 9:7, 10:20, 12:19, 13:2, 17:20, 18:17, 20:3, 22:4, 22:13, 22:15, 22:21, 22:23, 23:3, 25:13, 33:6, 33:14, 33:20, 33:21, 38:2, 39:5, 40:13, 40:17, 40:22, 40:24, 43:8, 43:22, 46:3, 47:11, 49:10, 50:22, 50:24, 52:9, 52:25, 53:4, 53:17, 53:24, 54:16, 54:22, 59:6, 63:4, 63:23, 63:25, 64:21, 65:13, 67:25, 71:21, 72:8, 72:15, 73:15, 80:20, 81:10, 84:19, 86:5, 86:19, 86:20, 87:3, 87:14, 87:20, 89:9, 90:14, 91:23, 95:2, 95:3, 95:7, 97:7, 99:8, 99:12, 99:18, 100:6, 100:13, 100:15, 102:9, 103:16, 104:1, 106:8, 106:9, 106:10, 106:23, 107:11

**WRITE** [1] - 107:10

**WRITING** [1] - 107:8

**WRITTEN** [3] - 6:1, 107:6, 107:12

**WRONG** [2] - 26:1, 86:20

**WROTE** [1] - 38:6

# Y

**YEAH** [1] - 63:22

**YEAR** [17] - 11:10, 19:8, 19:14, 19:18, 19:21, 20:6, 20:11, 20:21, 21:7, 21:10, 22:16, 61:22, 62:10, 62:11, 97:4

**YEARS** [1] - 42:20

**YEARS'** [1] - 80:18

**YES** [24] - 6:12, 10:22, 20:16, 24:1, 44:12, 45:17, 50:5, 57:10, 58:5, 64:17, 66:10, 71:1, 71:4, 73:3, 73:17, 79:11, 86:11, 86:16, 88:20, 93:24, 95:9, 102:10, 102:24, 104:15

**YESTERDAY** [1] -

47:24
**YET** [4] - 24:11, 72:3, 89:12, 102:8
**YOU** [269] - 3:4, 3:5, 3:8, 3:12, 3:14, 3:15, 3:17, 3:18, 3:21, 3:22, 3:24, 4:1, 4:2, 4:3, 4:4, 4:18, 4:21, 6:1, 6:11, 6:24, 7:13, 7:22, 8:3, 9:6, 9:8, 9:10, 10:19, 10:20, 11:4, 11:5, 11:17, 12:17, 12:18, 12:19, 12:21, 12:22, 15:1, 15:2, 15:4, 15:5, 15:8, 15:11, 15:13, 17:3, 17:17, 18:2, 18:24, 20:5, 20:25, 21:19, 21:23, 22:18, 24:4, 24:5, 24:7, 24:14, 24:15, 24:16, 24:19, 27:12, 30:18, 32:6, 32:10, 33:3, 33:14, 33:17, 33:22, 34:18, 34:21, 36:19, 37:7, 37:11, 37:18, 38:24, 39:3, 39:4, 39:16, 39:17, 39:18, 41:4, 41:5, 41:13, 42:18, 43:9, 43:10, 43:19, 44:1, 44:13, 44:25, 45:8, 45:9, 45:15, 46:8, 46:11, 46:17, 46:19, 46:20, 46:22, 47:8, 47:13, 47:14, 47:15, 48:2, 48:9, 48:10, 48:14, 48:16, 48:21, 48:22, 49:14, 49:16, 52:8, 53:1, 53:24, 54:12, 56:16, 56:17, 56:20, 56:21, 56:22, 57:2, 57:3, 57:11, 57:18, 59:8, 59:9, 59:10, 61:9, 61:22, 62:16, 62:24, 63:1, 63:14, 64:5, 64:6, 65:21, 65:24, 66:11, 67:15, 67:18, 67:23, 68:3, 68:4, 68:5, 68:7, 68:9, 68:11, 71:24, 72:17, 72:20, 72:21, 73:25, 74:1, 75:7, 75:23, 76:18, 77:15, 77:18, 78:3, 78:11, 79:1, 80:8, 80:14, 81:1, 81:17, 81:23, 82:1, 82:2, 82:3, 82:6, 83:9, 83:10, 83:16, 83:22, 84:12, 85:21, 85:22, 85:23,

86:14, 89:21, 90:10, 91:1, 91:22, 92:1, 92:4, 92:20, 92:22, 94:24, 95:3, 96:8, 96:9, 97:2, 97:3, 97:7, 97:22, 97:23, 97:25, 98:8, 99:14, 100:19, 100:23, 101:7, 101:14, 102:4, 102:17, 103:3, 103:11, 103:16, 104:9, 104:13, 105:1, 105:2, 105:3, 105:4, 105:18, 105:21, 105:22, 105:23, 105:25, 106:3, 106:11, 106:13, 106:16, 106:17, 106:19, 106:20, 106:23, 107:2, 107:3, 107:4, 107:7, 107:10, 107:12, 107:20, 107:24, 108:1, 108:2
**YOU'VE** [9] - 38:8, 48:9, 48:10, 57:15, 66:2, 93:2, 94:12, 104:25, 106:5
**YOUR** [115] - 3:3, 4:4, 4:6, 4:11, 4:22, 5:4, 5:10, 5:13, 5:16, 5:19, 5:22, 6:11, 6:12, 6:16, 6:22, 7:6, 7:8, 7:24, 9:8, 11:5, 12:18, 12:21, 15:2, 15:3, 16:6, 16:14, 16:21, 17:3, 17:14, 20:12, 20:16, 20:25, 21:5, 22:2, 24:4, 24:6, 24:8, 24:24, 29:20, 33:23, 34:21, 34:25, 36:5, 36:14, 38:4, 38:13, 38:15, 38:19, 39:16, 41:7, 43:11, 44:20, 46:14, 46:18, 47:18, 48:1, 48:22, 49:16, 51:4, 56:24, 57:5, 57:13, 58:6, 58:10, 58:13, 59:12, 59:19, 60:13, 60:21, 61:5, 61:13, 62:12, 62:15, 62:21, 63:16, 64:8, 64:20, 66:7, 66:11, 66:23, 68:4, 68:11, 68:14, 68:23, 71:10, 73:9, 74:2, 77:14, 78:11, 79:22, 80:7, 80:8, 80:19, 81:2, 81:23, 82:1, 85:12, 85:21,

86:12, 91:5, 91:12, 92:21, 92:22, 95:20, 96:10, 100:19, 100:25, 102:17, 103:6, 105:3, 106:2, 106:16, 108:2
**YOURSELF** [2] - 4:1, 47:14

## Z

**ZAPPOS** [2] - 31:2, 31:4