# EXHIBIT B

# WAWA SETTLEMENT CLAIM FORM
## TIER ONE
### $5 Wawa Gift Card

**Instructions:** Please enter your contact information and supporting documentation as explained below. You can submit a claim form with documentation by clicking below, by emailing them to info@WawaConsumerDataSettlement.com, by visiting the settlement website at www.WawaConsumerDataSettlement.com, or by mailing the claim form and documentation to the Settlement Administrator at the address below.

This Tier One Claim Form relates to a Settlement concerning a data security incident involving debit and credit cards used to make purchases at Wawa convenience stores and fuel pumps ("Data Security Incident") between March 4, 2019 and December 12, 2019 ("Period of the Security Incident").

Please fill out this Tier One Claim Form and then submit it online or by mail if you: (a) used a credit or debit card to make a purchase at a Wawa convenience store or fuel pump at any time during the Period of the Security Incident; (b) did not experience fraud or attempted fraud on your payment card; and (c) spent at least some time monitoring your payment card or other accounts as a result of the Data Security Incident. You will receive a Wawa e-gift card via email if you fill out this Claim Form, the Settlement is approved, and you are found to be eligible for a benefit.

The Settlement Notice describes your legal rights and options. To obtain the Settlement Notice and find more information regarding the Settlement, please visit the official Settlement website, www.WawaConsumerDataSettlement.com, or call toll-free (866) 817-4934. **Claim forms must be submitted online or postmarked by November 29, 2021.** You can submit your claim electronically or mail a hard copy to the Settlement Administrator at:

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

**Please submit only one Settlement Claim per Settlement Class Member, regardless of the number of credit or debit cards the Settlement Class Member used at Wawa or the number of transactions that occurred.**

## 1. CLASS MEMBER INFORMATION

*Required Information:*

First: _____ M: _____ Last: _____

Address: _____

City: _____ State: _____ ZIP: _____

Phone: _____

Email Address*:_____
*If you do not have access to email but someone else can receive your Gift Card by email and send it to you, please fill in your information and that person's email address above.*

*Any information that you provide as part of this settlement - including your name, e-mail address, mailing address, or any other contact information - will not be used by Wawa or any third party for any marketing purpose, or for any other reason that is unrelated to the administration of this settlement.*

*If you do not have access to email at all, please provide a telephone number where you may be contacted for further assistance:* _____ .

## 2. TIER ONE PAYMENT ELIGIBILITY INFORMATION

(A) In order to claim a payment, you must provide reasonable proof of an eligible purchase at Wawa using your payment card as set forth below:

*Required:* Enclose or upload reasonable proof of a transaction on your credit or debit card at a Wawa store or fuel pump during the Period of the Data Security Incident (March 4, 2019 to December 12, 2019). For example, you can submit a receipt issued by Wawa, a printed bank or credit card statement, a screen shot from a bank or credit card company website or mobile app, or another document that verifies the date of the transaction and that it was at a Wawa store or fuel pump. **(You may block out or cover up unrelated transactions and your account number.)**

*Instructions:* You can upload reasonable proof of a transaction at Wawa by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[Upload Documents]

(B) In addition to submitting the required proof of a transaction at a Wawa location during the Period of the Security Incident, I attest, under penalty of perjury, as follows:

☐ (*Required*). I attest that I spent some time after March 4, 2019 monitoring at least one of my accounts as a result of the Wawa Data Security Incident.

## 3. CERTIFICATION

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied in this Claim Form is true and correct to the best of my knowledge.

Print Name: _____

Signature: _____

Date: _____

Once you've completed all applicable sections, please submit this Claim Form with your supporting documentation by **November 29, 2021**, or print and mail this Claim Form and the required supporting documentation to the address provided below, postmarked by **November 29, 2021**.

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

[ SUBMIT ]

# WAWA SETTLEMENT CLAIM FORM
## TIER TWO
### $15 Wawa Gift Card

**Instructions:** Please enter your contact information and supporting documentation as explained below. You can submit a claim form with documentation by clicking below, by emailing them to info@WawaConsumerDataSettlement.com, by visiting the settlement website at www.WawaConsumerDataSettlement.com, or by mailing the claim form and documentation to the Settlement Administrator at the address below.

This Tier Two Claim Form relates to a Settlement concerning a data security incident involving debit and credit cards used to make purchases at Wawa convenience stores and fuel pumps ("Data Security Incident") between March 4, 2019 and December 12, 2019 ("Period of the Security Incident").

Please fill out this Tier Two Claim Form and then submit it online or by mail if you: (a) used a credit or debit card to make a purchase at a Wawa convenience store or fuel pump at any time during the Period of the Security Incident; (b) can provide documentation of an actual or attempted fraudulent transaction on your payment card in connection with the Data Security Incident; and (c) spent at least some time dealing with the actual or attempted fraudulent transaction or monitoring your payment card or other accounts. If you do so, you will receive a Wawa e-gift card via email if the Settlement is approved and you are found to be eligible for a benefit.

The Settlement Notice describes your legal rights and options. To obtain the Settlement Notice and find more information regarding the Settlement, please visit the official Settlement website, www.WawaConsumerDataSettlement.com, or call toll-free (866) 817-4934. **Claim forms must be submitted online or postmarked by November 29, 2021.** You can submit your claim electronically or mail a hard copy to the Settlement Administrator at:

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

**Please submit only one Settlement Claim per Settlement Class Member, regardless of the number of credit or debit cards the Settlement Class Member used at Wawa or the number of transactions that occurred.**

## 1. CLASS MEMBER INFORMATION

*Required Information:*

First: _____ M: _____ Last: _____

Address: _____

City: _____ State: _____ ZIP: _____

Phone: _____

Email Address*: _____
*If you do not have access to email but someone else can receive your Gift Card by email and send it to you, please fill in your information and that person's email address above.

*Any information that you provide as part of this settlement - including your name, e-mail address, mailing address, or any other contact information - will not be used by Wawa or any third party for any marketing purpose, or for any other reason that is unrelated to the administration of this settlement.*

*If you do not have access to email at all, please provide a telephone number where you may be contacted for further assistance:* _____.

## 2. TIER TWO PAYMENT ELIGIBILITY INFORMATION

(A) In order to claim a payment, you must provide reasonable proof of an eligible purchase at Wawa using your payment card as set forth below:

***Required:*** Enclose reasonable proof of a transaction on your credit or debit card at a Wawa store or fuel pump during the Period of the Data Security Incident (March 4, 2019 to December 12, 2019). For example, you can submit a receipt issued by Wawa, a printed bank or credit card statement, a screen shot from a bank or credit card company website or mobile app, or another document that verifies the date of the transaction and that it was at a Wawa store or fuel pump. **(You may block out or cover up unrelated transactions and your account number.)**

***Instructions:*** You can upload reasonable proof of a transaction at Wawa by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[Upload Documents]

(B) In addition to submitting the required proof of a transaction at a Wawa store or fuel pump during the Period of the Security Incident, you must submit reasonable proof that there was an actual or attempted fraudulent transaction on the same debit or credit card account after the Wawa purchase you documented in Section A above. Reasonable forms of proof of an actual or attempted fraudulent transaction may include a screen shot, photocopy, PDF, or photo of a bank or credit card statement showing that your bank or credit card company refused or reversed a transaction that occurred on the same account, a police report of a reported fraudulent transaction, email or other correspondence to or from the bank or credit card company about a fraudulent transaction, or any other reasonable documentation that demonstrates that there was an actual or attempted fraudulent transaction on the same account after the Wawa transaction you documented in Section A above.

***Instructions:*** You can upload reasonable proof of an actual or attempted fraudulent transaction by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[Upload Documents]

(C) In addition to submitting the required proof of a transaction at a Wawa location during the Period of the Security Incident, and proof of actual or attempted fraud, I attest, under penalty of perjury, as follows:

☐ (***Required***). I attest that I spent some time after March 4, 2019 monitoring at least one of my accounts or taking other actions because of an actual or attempted fraudulent transaction on a debit or credit card after I used that card at Wawa during the Period of the Security Incident.

## 3. CERTIFICATION

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied in this Claim Form is true and correct to the best of my knowledge.

Print Name: _____

Signature: _____

Date: _____

Once you've completed all applicable sections, please submit this Claim Form with your supporting documentation by **November 29, 2021**, or print and mail this Claim Form and the required supporting documentation to the address provided below, postmarked by **November 29, 2021.**

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

**SUBMIT**

# WAWA SETTLEMENT CLAIM FORM
## TIER THREE
### Reimbursement of Out-of-Pocket Costs up to $500

**Instructions:** Please enter your contact information and supporting documentation as explained below. You can submit a claim form with documentation by clicking below, by emailing them to info@WawaConsumerDataSettlement.com, by visiting the settlement website at www.WawaConsumerDataSettlement.com, or by mailing the claim form and documentation to the Settlement Administrator at the address below.

This Tier Three Claim Form relates to a Settlement concerning a data security incident involving debit and credit cards used to make purchases at Wawa convenience stores and fuel pumps ("Data Security Incident") between March 4, 2019 and December 12, 2019 ("Period of the Security Incident").

Please fill out this Tier Three Claim Form and then submit it online or by mail if you used a credit or debit card to make a purchase at a Wawa convenience store or fuel pump at any time during the Period of the Security Incident and can provide reasonable documentary proof of money you lost or spent in connection with an actual or attempted fraudulent transaction on that same card that is reasonably attributable to the Data Security Incident. If you do so, you will receive a check for your out-of-pocket expenses, up to a total of $500, if the Settlement is approved and you are found to be eligible for reimbursement.

The Settlement Notice describes your legal rights and options. To obtain the Settlement Notice and find more information regarding the Settlement, please visit the official Settlement website, www.WawaConsumerDataSettlement.com, or call toll-free (866) 817-4934. **Claim forms must be submitted online or postmarked by November 29, 2021.** You can submit your claim electronically or mail a hard copy to the Settlement Administrator at:

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

**Please submit only one Settlement Claim per Settlement Class Member, regardless of the number of credit or debit cards the Settlement Class Member used at Wawa or the number of transactions that occurred.**

## 1. CLASS MEMBER INFORMATION

*Required Information:*

First: _____ M: _____ Last: _____

Address: _____

City: _____ State: _____ ZIP: _____

Phone: _____

Email Address: _____

*Any information that you provide as part of this settlement - including your name, e-mail address, mailing address, or any other contact information - will not be used by Wawa or any third party for any marketing purpose, or for any other reason that is unrelated to the administration of this settlement.*

## 2. TIER THREE PAYMENT ELIGIBILITY INFORMATION

(A) In order to claim a payment, you must provide reasonable proof of an eligible purchase at Wawa using your payment card as set forth below:

***Required:*** Enclose reasonable proof of a transaction on your credit or debit card at a Wawa store or fuel pump during the Period of the Data Security Incident (March 4, 2019 to December 12, 2019). For example, you can submit a receipt issued by Wawa, a printed bank or credit card statement, a screen shot from a bank or credit card company website or mobile app, or another document that verifies the date of the transaction and that it was at a Wawa store or fuel pump. **(You may block out or cover up unrelated transactions and your account number.)**

***Instructions:*** You can upload reasonable proof of a transaction at Wawa by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[ **Upload Documents** ]

(B) In addition to submitting the required proof of a transaction at a Wawa store or fuel pump during the Period of the Security Incident, you must submit reasonable proof that there was an actual or attempted fraudulent transaction on the same debit or credit card account after the Wawa purchase you documented in Section A above. Reasonable forms of proof of an actual or attempted fraudulent transaction may include a screen shot, photocopy, PDF, or photo of a bank or credit card statement showing that your bank or credit card company refused or reversed a transaction that occurred on the same account, a police report of a reported fraudulent transaction, email or other correspondence to or from the bank or credit card company about a fraudulent transaction, or any other reasonable documentation that demonstrates that there was an actual or attempted fraudulent transaction on the same account after the Wawa transaction you documented in Section A above.

***Instructions:*** You can upload reasonable proof of an actual or attempted fraudulent transaction by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[ **Upload Documents** ]

(C) In addition to submitting the required proof of a Wawa transaction during the Period of the Security Incident and a later actual or attempted fraudulent transaction on the same card, you must submit proof of any out-of-pocket monetary loss you are claiming as an expense or loss reasonably attributable to the Data Security Incident.

***Examples:*** Out-of-pocket expenses may include, but are not limited to, actual money spent or lost because of unreimbursed fraud charges, bank fees, replacement card fees, late fees from transactions with third parties that were delayed due to fraud or card replacements, credit freeze fees, parking expenses or transportation expenses for trips to a financial institution to address fraudulent charges or receive a replacement payment card, and other expenses reasonably attributable to the Data Security Incident.

***Required:*** Submit reasonable proof of the resulting out-of-pocket expense(s) described above. Reasonable proof of out-of-pocket damages may include a receipt, bank statement or credit card statement, screen shot from a bank account or credit card account, email or other correspondence with a merchant or vendor, or any other reasonable form of documentary proof that establishes the existence, date and amount of actual out-of-pocket monetary damages reasonably attributable to the Data Security Incident.

***Instructions:*** You can upload reasonable proof of an out-of-pocket expense(s) by first saving one of the above forms of documentation as a document or photo to your computer or smartphone (as a screenshot, .pdf, .jpg, .jpeg or other compatible file). Then, click the link below and search for and select the file from your device to upload that file as an attachment to your claim form.

[Upload Documents]

## 3. CERTIFICATION

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied in this Claim Form is true and correct to the best of my knowledge.

Print Name: _____

Signature: _____

Date: _____

Once you've completed all applicable sections, please submit the Claim Form with the supporting documentation by **November 29, 2021**, or print and mail this Claim Form and the required supporting documentation to the address provided below, postmarked by **November 29, 2021.**

Wawa Consumer Data Settlement
P.O. Box 43502
Providence, RI 02940-3502

[SUBMIT]
