IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Relates To: Consumer Track* | Case No. 19-6019-GEKP<br><br>Class Action |

**CONSUMER TRACK PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

The Consumer Track plaintiffs respectfully move the Court for an Order approving Defendant Wawa, Inc.'s agreed upon payment of a $3.2 million lump sum to be allocated as follows: (i) $3,040,060 for Class Counsel's attorneys' fees; (ii) $45,940 for Class Counsel's litigation expenses; (iii) approximately $100,000 for the third party Settlement Administrator's fees;[1] and (iv) $1,000 Service Awards to each of the fourteen Class Representatives, totaling $14,000.

In support of this motion, Plaintiffs are concurrently submitting a memorandum of law and joint Declaration of Co-Lead Counsel.

A proposed Final Order and Judgment approving both this motion and Plaintiffs' forthcoming motion for final approval of the Settlement will be filed with Plaintiffs' final approval motion on December 27, 2021.

---

[1] The Settlement Administrator's final fee amount is not yet known because its settlement administration efforts are ongoing. The fee is expected to be approximately $100,000. If the final fee amount is higher or lower than $100,000, the excess or shortfall will be taken from or allocated to Class Counsel's attorneys' fees.

In accordance with Local Rule 7.1(b), Plaintiffs certify that Defendant does not oppose this Motion.

Dated: October 28, 2021                     Respectfully submitted,

                                                */s/ Sherrie R. Savett*
Sherrie R. Savett (PA Bar No. 17646)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net

                                                */s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (PA Bar No. 31738)
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Email: rliebenberg@finekaplan.com

                                                */s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar No. 201373)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com

                                                */s/ Linda P. Nussbaum*
Linda P. Nussbaum (admitted pro hac vice)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036-8718
Tel: (917) 438-9102
Email: lnussbaum@nussbaumpc.com

*Co-Lead Class Counsel for Consumer Track Plaintiffs*