IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC DATA SECURITY LITIGATION | Case No. 19-6019-GEKP<br><br>Class Action |
| *This document relates to: Consumer Track* | |

**MOTION FOR LEAVE TO FILE RESPONSE TO SETTLEMENT AMENDMENTS**

Objecting class member Theodore H. Frank files this motion for leave to file a response to the Second and Third Amendments to the Settlement. *See* Dkts. 264-1 (Second Amendment), 269-1 (Third Amendment). These amendments were submitted after Frank filed his objection on November 10.

To clarify where Frank's objection stands in light of these amendments, he seeks leave to file a short 3-page response, attached to this motion. This supplemental response is an appropriate vehicle to address the newly-filed amendments. *Cf. Gentry v. Sikorsky Aircraft Corp.*, 2018 WL 6329147, 2018 U.S. Dist. LEXIS 204786, at *6 (E.D. Pa. Dec. 4, 2018) (Pratter, J.) (sur-reply briefs are "appropriate only where a party seeks to response to an argument raised for the first time by an opposing party.") (internal quotations and alterations omitted). Permitting Mr. Frank to file a written response will help ensure that the Court has a complete record on which to decide the motions for settlement approval and an award of attorneys' fees. It will also promote efficient use of time at the January 26, 2022 fairness hearing.

A proposed order is also attached.

Dated: December 22, 2021         Respectfully submitted,

*/s/ Adam E. Schulman*
Adam E. Schulman
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street, NW, Suite 300
Washington, DC 20006
adam.schulman@hlli.org
(610) 457-0856

*Attorney for Objector Theodore H. Frank*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing with the Clerk of the Court via ECF thus effectuating service on all counsel who are registered as electronic filers in this case.

DATED: December 22, 2021

>*/s/ Adam Schulman*
>Adam Schulman