**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION | Case No. 19-6019-GEKP <br><br> Class Action |
| *This Document Relates To: Consumer Track* | |

**CONSUMER PLAINTIFFS' MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

The Consumer Track Plaintiffs ("Plaintiffs") respectfully move the Court for an Order approving the proposed Settlement in this matter pursuant to Federal Rule of Civil Procedure 23(e). In support of this motion, Plaintiffs are concurrently submitting a memorandum of law that addresses the relevant settlement approval factors and responds to the Objection of Theodore H. Frank (Dkt. No. 263).

A proposed Final Order and Judgment approving both this motion and the Consumer Track Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, and Service Awards (Dkt. No. 257) is being filed herewith.

In accordance with Local Rule 7.1(b), Plaintiffs certify that Defendant does not oppose this motion.

2

Dated: December 27, 2021                         Respectfully submitted,

*/s/ Benjamin F. Johns*
Benjamin F. Johns (PA Bar No. 201373)
Samantha E. Holbrook (PA Bar No. 311829)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com

*/s/ Sherrie R. Savett*
Sherrie R. Savett (PA Bar No. 17646)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg (PA Bar No. 31738)
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Email: rliebenberg@finekaplan.com

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum (admitted pro hac vice)
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Fl.
New York, NY 10036-8718
Tel: (917) 438-9102
Email: lnussbaum@nussbaumpc.com

*Co-Lead Class Counsel for Consumer Track Plaintiffs*

2