IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION | CIVIL ACTION<br><br>This document applies to the Consumer Track.<br><br>No. 19-6019 and all related cases. |

## ORDER

AND NOW, this 3rd day of January, 2022, upon consideration of the Motion for Leave to File Response to Settlement Amendments (Doc. No. 270), it is **ORDERED** that:

1. The Motion (Doc. No. 270) is **GRANTED**;

2. The Clerk of Court shall docket the exhibit attached to the Motion as Exhibit 1 (Doc. No. 270-1) as the Response of Theodore H. Frank to Settlement Amendments.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1