UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION | Lead Case No. 2:19-cv-06019-GEKP<br><br>CLASS ACTION |

**EMPLOYEE PLAINTIFFS'**
**RESPONSE IN OPPOSITION TO CONSUMER PLAINTIFFS'**
**MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Shawn and Karen McGlade ("McGlades" or "Plaintiffs"), on their own behalf and on behalf of a Class of current and former employees (the "Employee Plaintiffs") of Defendant Wawa, Inc. ("Wawa"), respectfully submit this Response in Opposition ("Response in Opposition") to the Consumer Track Plaintiffs' Motion for Final Class Action Settlement.

In support of this Response in Opposition, Employee Plaintiffs rely on the accompanying Memorandum of Law in Support that is being filed contemporaneously with this pleading.

_____
Donald E. Haviland, Jr., Esquire
William H. Platt II, Esquire
**Haviland Hughes**
201 South Maple Way, Suite 110
Ambler, PA 19002
(215) 609-4661 Telephone
(215) 392-4400 Facsimile

*Counsel for Plaintiffs, Shawn and Karen McGlade,*
*and Interim Class Counsel for the Class of Employee Plaintiffs*

1