## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Donald E. Haviland, Jr.*