IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **IN RE WAWA, INC.** | : | **CIVIL ACTION** |
| **DATA SECURITY LITIGATION** | : | This document applies to the Consumer Track. |
|  | : | No. 19-6019 and all related cases. |

**ORDER**

AND NOW, this 18th day of January, 2022, upon consideration of the Joint Motion of Consumer Track Plaintiffs and Wawa to Permit Counsel to Appear Remotely at Final Approval Hearing (Doc. No. 280), it is **ORDERED** that the Motion (Doc. No. 280) is **GRANTED**. Counsel who intend to speak at the January 26, 2022 hearing should plan to appear either in-person or via video. A videoconference link will be sent to counsel of record shortly before the hearing.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1