**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
Attorney: Donald E. Haviland, Jr. Esquire
Address: 201 S. Maple Way, Suite 110 Ambler, PA 19002

Job #: 1456626

IN RE WAWA, INC. DATA SECURITY LITIGATION,

Civil Action #: 19-CV-06019

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **1/18/2022**, at **10:36 AM** at: **1290 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY 10104** Deponent served the within **Subpoena to Testify at a Deposition in a Civil Action and Federal Rule of Civil Procedure 45 (c), (d), and (e), and (g) (Effective 12/1/13)**

On: **KCC LLC C/O MS. CARLA PEAK, VP LEGAL NOTIFICATION SERVICES, as designee and Declarant**, therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Ricardo Cambreten personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Facility Control Manager thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Male   Color of skin: Hispanic   Color of hair: Black   Glasses: No
Age: 36-50   Height: 5ft 4inch - 5ft 8inch   Weight: 161-200 Lbs.

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Mr. Cambreten, as facility control manager, stated he is authorized to accept on behalf of the Subject.



Sworn to before me on 01/11/2022

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2023

Baldeo C. Drepaul
DCA License# 2093579