IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Consumer Track* | Case No. 2:19-cv-06019-GEKP<br><br>The Honorable Gene E.K. Pratter |

**DEFENDANT WAWA, INC.'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CONSUMER TRACK SETTLEMENT AND IN RESPONSE TO OPPOSITION OF EMPLOYEE TRACK PLAINTIFFS**

Defendant Wawa, Inc. ("Wawa"), by and through its undersigned counsel, respectfully moves the Court for leave to file a reply in support of the Consumer Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 271) and in response to Employee Plaintiffs' Response in Opposition to Consumer Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 279, "Opposition").  The Opposition raises three issues that warrant a response by Wawa, and Wawa believes that a brief submission clarifying the record and setting forth its position with regard to these arguments and assertions will benefit the Court and will promote efficient use of time at the January 26, 2022 fairness hearing.

Wawa seeks leave to file a short 6-page response, which is attached to this Motion.

Dated:  January 20, 2022

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Gregory T. Parks*
  Gregory T. Parks (Pa. I.D. # 80620)
  Ezra D. Church (Pa. I.D. # 206072)
  Kristin M. Hadgis (Pa. I.D. # 209125)
  Terese M. Schireson (Pa. I.D. # 320999)
  1701 Market Street
  Philadelphia, PA 19103
  Tel: (215) 963-5000
  Fax: (215) 963-5001
  gregory.parks@morganlewis.com
  ezra.church@morganlewis.com
  kristin.hadgis@morganlewis.com
  terese.schireson@morganlewis.com

*Attorneys for Defendant Wawa, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on January 20, 2022 via the Court's ECF system upon all counsel of record.

*/s/ Gregory T. Parks*
Gregory T. Parks
