# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This document relates to: Consumer Track* | Case No. 19-6019-GEKP<br><br>**Class Action** |

**DECLARATION OF TIMOTHY O'BRIEN REGARDING NOTICE OF SETTLEMENT**

I, Timothy O'Brien, hereby affirm, under penalty of perjury, that I am over 18 years of age and am competent to make the following declaration:

I am the Director of Planning and Analysis at Wawa, Inc. ("Wawa"). I have personal knowledge of the matters set forth below, and if called as a witness, I could and would testify to each of them under oath.

1. As the Director of Planning and Analysis at Wawa, I am familiar with the number of customer transactions that occur at Wawa retail locations each week.

2. As part of the notice program set forth in the Settlement Agreement, Wawa stores were instructed to post signs regarding the Settlement at all Wawa in-store payment terminals and fuel pumps for four weeks, between August 30, 2021 and September 27, 2021.

3. Although not required by the Settlement Agreement, Wawa instructed stores to keep the signs posted at in-store payment terminals and fuel pumps for an additional three weeks, until October 18, 2021.

4. Between August 30, 2021 and October 18, 2021, there were 93,409,302 customer transactions inside Wawa stores.

5.  Between August 30, 2021 and October 18, 2021, there were an additional 36,903,337 customer transactions at Wawa fuel pumps.

6.  Taken together, between August 30, 2021 and October 18, 2021, there were **130,312,639** total individual transactions at Wawa stores, including transactions in stores and at fuel pumps.

7.  These numbers represent the total number of individual transactions inside Wawa stores and at Wawa fuel pumps between August 30, 2021 and October 18, 2021. Visitors to Wawa stores or fuel pumps who did not make transactions, as well as those who accompanied customers making transactions, are not included in these numbers.

8.  Based on the number of transactions at Wawa stores and fuel pumps between August 30, 2021 and October 18, 2021, I estimate that Wawa customers had the opportunity to see the signs announcing the Settlement at Wawa stores and fuel pumps at least 130,312,639 times between August 30, 2021 and October 18, 2021.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2022

_____
Tim OBrien (Jan 20, 2022 15:05 EST)
Timothy O'Brien