# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This document relates to: Consumer Track* | Case No. 19-6019-GEKP<br><br>Class Action |

### DECLARATION OF LORI BRUCE REGARDING NOTICE OF SETTLEMENT

I, Lori Bruce, hereby affirm, under penalty of perjury, that I am over 18 years of age and am competent to make the following declaration:

I am the Senior Manager of Media Relations at Wawa, Inc. ("Wawa"). I have personal knowledge of the matters set forth below, and if called as a witness, I could and would testify to each of them under oath.

1. As the Senior Manager of Media Relations at Wawa, I am familiar with the number of media impressions for articles and other content mentioning Wawa.

2. A media impression measures the number of times a piece of content is viewed or engaged with based on circulation of or traffic to a particular media outlet. It is a common method for a company to measure its earned media as a result of public relations efforts. Wawa regularly tracks the number of media impressions that occur for a given event, story, or press release using third party monitoring systems designed to measure media impressions.

3. Pursuant to the Settlement Agreement in the Consumer Track cases, Wawa issued a nationwide press release regarding the settlement on August 30, 2021.

4. In the days following the nationwide press release, there was significant press coverage about the Settlement. Press coverage following the nationwide press release included articles posted on news websites such as NBC10, 6ABC, The Philadelphia Inquirer, NJ.com, and WKTR (news station in Coastal VA and Northeast NC).

5. According to information available to Wawa, the nationwide press release issued by Wawa, in conjunction with the press coverage following the press release, has resulted in a total reach of **136,978,097** media impressions, calculated by the estimated number of views the media channel receives based on third party media monitoring service metrics and analytics.

6. The monetary equivalency estimated by the monitoring service for advertisements reaching 136,978,097 media impressions is **$1,357,732.05**. Put another way, had Wawa purchased advertisements reaching 136,978,097 media impressions, such advertisements would have cost $1,357,732.05 according to the metrics available.

7. I was also involved in coordinating instructions to Wawa stores about posting signs related to the settlement. Pursuant to the Settlement Agreement., Wawa stores were instructed to post signs regarding the Settlement at all Wawa in-store payment terminals and fuel pumps for four weeks, between August 30, 2021 and September 27, 2021.

8. Although not required by the Settlement Agreement, Wawa instructed stores to keep the signs posted at in-store payment terminals and fuel pumps for an additional three weeks, until October 18, 2021.

9. Wawa conducted periodic inspections of the stores to be sure that the signs were posted as instructed.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 13, 2022

_____
Lori Bruce