IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Consumer Track* | Case No. 2:19-cv-06019-GEKP<br><br>The Honorable Gene E.K. Pratter |

## ORDER

**AND NOW**, this _____ day of January, 2022, upon consideration of Wawa, Inc.'s Motion for Leave to File Reply in Support of Motion for Final Approval of Consumer Track Settlement and in Response to Opposition of Employee Track Plaintiffs (Doc. No. 288), it is hereby **ORDERED** that:

1. The Motion (Doc. No. 288) is **GRANTED**;

2. The Clerk of Court shall docket the exhibits attached to the Motion as Wawa Inc.'s Reply in Support of Motion for Final Approval of Consumer Track Settlement and in Response to Opposition of Employee Track Plaintiffs.

BY THE COURT:

_____
**GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE**