IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> This document applies to the<br>Consumer Track. <br><br> No. 19-6019<br>and all related cases. |

## ORDER

**AND NOW**, this 21st day of January, 2022, upon consideration of Wawa, Inc.'s Motion for Leave to File Wawa, Inc.'s Reply Brief in Support of Motion for Final Approval of Consumer Track Settlement and in Response to Opposition of Employee Track Plaintiffs (Doc. No. 288), it is **ORDERED** that:

1. The Motion (Doc. No. 288) is **GRANTED**;

2. The Clerk of Court shall docket the exhibit attached to the Motion as Exhibit 1 (Doc. No. 288-1) as Wawa, Inc.'s Reply Brief in Support of Motion for Final Approval of Consumer Track Settlement and in Response to Opposition of Employee Track Plaintiffs.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1