# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Relates to: Consumer Track* | No. 2:19-cv-06019-GEKP<br><br>Class Action |

## SUPPLEMENTAL DECLARATION OF BERNELLA OSTERLUND OF KCC CLASS ACTION SERVICES, LLC

I, Bernella Osterlund, declares as follows:

1. I am employed as a Director by KCC Class Action Services, LLC ("KCC"), located at One McInnis Parkway, San Rafael, California. KCC was appointed as the Settlement Administrator in this matter and is not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On December 23, 2021, I executed a Declaration regarding notice procedures and claims filing in this case. (Dkt. 273).

3. Pursuant to a telephone conference with the Court on January 21, 2022 regarding a subpoena issued to KCC (Dkt. 284) and a motion to quash that subpoena (Dkt. 287), I have been informed that a request was made for a Supplemental Declaration relating to a few points that were set forth in the motion to quash and discussed during that telephone conference.

4. KCC does not know which individuals who filed claims are Wawa employees. KCC therefore cannot provide any information relating to the participation in the settlement by claimants who might be current or former Wawa employees. The Claim Form that was approved by the Court and filled out by claimants did not require them to check a box or otherwise indicate if they are or were Wawa employees. (Dkt. 234-2).

5.    In paragraph 2 of my December 23, 2021 Declaration, I described a list of names and email addresses that Wawa was able to identify from its internal records as individuals who signed up for the Wawa mobile app before December 12, 2019. The information provided to KCC by Wawa identifying Wawa mobile app users did not identify which of them were Wawa employees. KCC is unaware of whether any of those app users are current or former Wawa employees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Excuted this 24th day of January, 2022 at San Rafael, California.

*Bernella Osterlund*
BERNELLA OSTERLUND

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2022, a true and correct copy of the Supplemental Declaration of Bernella Osterlund of KCC Class Action Services, LLC was filed via the Court's CM/ECF system for electronic service on all counsel of record and is available for viewing and downloading from the ECF system.

                                                                      */s/ Roberta D. Liebenberg*
                                                                      Roberta D. Liebenberg