# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION | Lead Case No. 2:19-cv-06019-GEKP<br>CLASS ACTION<br><br>This filing relates to: Employee Track |

**CERTIFICATION OF KAREN McGLADE
IN SUPPORT OF THE SUPPLEMENTAL MEMORANDUM OF LAW OF EMPLOYEE TRACK PLAINTIFFS IN OPPOSITION TO CONSUMER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLMENT AND CERTIFICATION OF NATIONWIDE SETTLEMENT CLASS INCLUDING EMPLOYEES**

I, Karen McGlade, being of full age, do hereby certify as follows:

1. I have personal knowledge of the facts stated herein.

2. This Certification is submitted in support of Employee Track Plaintiffs' Supplemental Memorandum of Law in Opposition to Consumer Plaintiffs' Motion for Final Approval of Class Action Settlement and Certification of Nationwide Settlement Class Including Employees.

3. I am a citizen and resident of Pennsylvania, and have been my entire life.

4. I am married to Shawn McGlade, who was employed by Wawa from September 16, 2014 through January 3, 2020.

5. I dispute a representation made by counsel for the consumer plaintiffs to the Court at the January 26, 2022 hearing that I was sent an email offering $5 to settle my claims in this case.

1

6. I have not received any email from Wawa, the lawyers for the consumer plaintiffs, or the company hired by Wawa and the consumer plaintiffs to send settlement notice, KCC Class Action Services.

7. I have never subscribed to the Wawa App, either prior to the 2019 data breach or after.

8. I do not have any email address using my married name "McGlade". Accordingly, counsel's report to the Court of having sent an email to "Mrs. McGlade" did not involve me.

9. I can be available to respond to any questions this Court may have about my statements in this Certification.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated: Febtruary 2, 2020    By: *Karen McGlade*
                                                                     Karen McGlade

2