### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 19-6019-GEKP |
| | Class Action |
| *This document relates to: Consumer Track* | |

### CONSUMER PLAINTIFFS' NOTICE OF FILING
### THIRD AMENDED SETTLEMENT AGREEMENT

During the January 26, 2022 Final Approval Hearing, the Court requested that the parties submit a "final" amended Settlement Agreement consolidating all of the revisions into a single document. Accordingly, a clean copy of the Third Amended Settlement Agreement, a redline version comparing it to the Second Amended Settlement Agreement, and a revised Proposed Final Order are attached hereto as Exhibits A, B, and C, respectively.

Dated: February 4, 2022                    Respectfully submitted,

/s/ Benjamin F. Johns
Benjamin F. Johns (PA Bar No. 201373)
Samantha E. Holbrook (PA Bar No. 311829)
CHIMICLES SCHWARTZ KRINER
 & DONALDSON-SMITH LLP
361 W. Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Email: bfj@chimicles.com

/s/ Sherrie R. Savett
Sherrie R. Savett (PA Bar No. 17646)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net

2

        */s/ Roberta D. Liebenberg*
        Roberta D. Liebenberg (PA Bar No. 31738)
        FINE, KAPLAN AND BLACK, R.P.C.
        One South Broad St., 23rd Floor
        Philadelphia, PA 19107
        Tel: (215) 567-6565
        Email: rliebenberg@finekaplan.com

        */s/ Linda P. Nussbaum*
        Linda P. Nussbaum (admitted *pro hac vice*)
        NUSSBAUM LAW GROUP, P.C.
        1211 Avenue of the Americas, 40th Fl.
        New York, NY 10036-8718
        Tel: (917) 438-9102
        Email: lnussbaum@nussbaumpc.com

        *Co-Lead Class Counsel for Consumer*
        *Track Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, a true and correct copy of Consumer Plaintiffs' Notice of Filing Third Amended Settlement Agreement was filed via the Court's CM/ECF system for electronic service on all counsel of record and is available for viewing and downloading from the ECF system.

                                             */s/ Benjamin F. Johns*
                                             Benjamin F. Johns