UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION.<br><br>*This Document Relates to:*<br>*All Cases*<br><br>                    Defendants. | CIVIL ACTION NO.: 2:19-cv-06019<br>JUDGE GENE K PRATTER |

## NOTICE OF APPEAL

Notice is hereby given that Shawn and Karen McGlade ("McGlades"), plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the April 20, 2022 Order of this Court (Dkt. No. 315) granting final approval of the Consumer Track Plaintiffs' Motion for Final Approval of the Class Action Settlement (Dkt. No. 271) and the Consumer Track Plaintiffs' Motion for Attorneys' Fees, Expenses and Service Awards (Dkt. No. 257).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 21, 2022 | *s/Donald E. Haviland, Jr.*<br>Donald E. Haviland, Jr. (PA 66615)<br>*haviland@havilandhughes.com*<br>William H. Platt II (PA 83585)<br>*platt@havilandhughes.com*<br>**Haviland Hughes**<br>201 South Maple Avenue<br>Suite 110<br>Ambler, PA 19002<br>Phone: (215) 609-4661<br>*Attorneys for Plaintiff,*<br>*Shawn and Karen McGlade, and the Class* |

1