## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the foregoing Notice of Appeal was electronically filed this 21st day of April, 2022 causing service to be made through the Court's ECF system upon all counsel of record.

*s/ Donald E. Haviland, Jr.*
DONALD E. HAVILAND, JR.
