# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 22-1743

In re Wawa, Inc. Data Security Litigation
(E.D. Pa. No. 2:19-cv-06019)

## ORDER

This appeal is from an order resolving the claims of one "track" of plaintiffs. The claims filed by the other two tracks have not yet been resolved. For that reason, there may not yet be a "final decision[]" to appeal under 28 U.S.C. § 1291. All parties must file written responses addressing this issue within fourteen (14) days from the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 26, 2022

kr/cc:  Michael J. Boni, Esq.
        Anthony M. Christina, Esq.
        Ezra D. Church, Esq.
        Richard L. Coffman, Esq.
        Gerard A. Dever, Esq.
        Amanda Fiorilla, Esq.
        Richard M. Golomb, Esq.
        Kenneth J. Grunfeld, Esq.
        Brian C. Gudmundson, Esq.
        Kristin M. Hadgis, Esq.
        William E. Hoese, Esq.
        Benjamin F. Johns, Esq.
        Jeannine M. Kenney, Esq.
        Eric C. Kim, Esq.

Michael J. Laird, Esq.
Kevin Laukaitis, Esq.
Christian Levis, Esq.
Roberta D. Liebenberg, Esq.
Gary F. Lynch, Esq.
Gregory T. Parks, Esq.
Mindee J. Reuben, Esq.
Karen H. Riebel, Esq.
Charles E. Schaffer, Esq.
Terese M. Schireson, Esq.
Rachel K. Tack, Esq.