IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. : | |
| DATA SECURITY LITIGATION : | CIVIL ACTION |
| : | |
| : | This document applies to |
| : | Consumer and Employee Track |
| : | |
| : | No. 19-6019 |

## NOTICE RESCHEDULING HEARING

The **HEARING** on the **MOTION FOR BOND** (Doc. No. 319) has been rescheduled for **June 30, 2022** at **10:00 a.m.** in **COURTROOM 10B** with the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: June 22, 2022**
**Copies sent via ECF notification.**

1