IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| | : | CIVIL ACTION |
| IN RE WAWA, INC. | : | |
| DATA SECURITY LITIGATION | : | This document applies to the Consumer and Employee Tracks. |
| | : | |
| | : | No. 19-6019 |
| | : | and all related cases. |

## ORDER

AND NOW, this 8th day of July, 2022, upon consideration of the Consumer Track Plaintiffs' Motion for Bond (Doc. No. 319), Mr. and Mrs. McGlade's Response in Opposition (Doc. No. 323), the Consumer Track Plaintiffs' Reply in Support (Doc. No. 325), the June 10, 2022 status report (Doc. No. 326), the hearing held on June 30, 2022, the supplemental briefing (Doc. Nos. 327, 333, and 334), and the financial documentation submitted by Mr. and Mrs. McGlade for the Court's *in camera* review, it is **ORDERED** that the Motion for Bond (Doc. No. 319) is **GRANTED IN PART** as follows:

1. Objectors Shawn and Karen McGlade are **ORDERED** to post an appeal bond, pursuant to Federal Rule of Appellate Procedure 7, in the amount of $10,000 within ten (10) days of the entry of this Order;

2. Objectors Shawn and Karen McGlade are **FURTHER ORDERED** to file with the Court and serve on Consumer Track Plaintiffs' counsel proof of satisfaction of the bond requirement.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1