# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1743

In re Wawa, Inc. Data Security Litigation

(U.S. District Court No.: 2-19-cv-06019)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  July 20, 2022

kr/cc:    All Counsel of Record
          Mr. George V. Wylesol, CLerk

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate