# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CIVIL ACTION |
| IN RE WAWA, INC. | : | This document applies |
| DATA SECURITY LITIGATION | : | to the Financial Institutions Track. |
| | : | No. 19-6019 |
| | : | and all related cases. |

## ORDER

**AND NOW**, this 16th day of September, 2022, it is **ORDERED** that the parties shall provide a joint update on the status of the settlement agreement with respect to the Financial Institutions plaintiffs on or before September 19, 2022.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1