IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> This document applies <br> to all tracks. <br><br><br><br> No. 19-6019 <br> and all related cases |

## CASE MANAGEMENT ORDER NO. 10

AND NOW, this 27th day of September, 2022, upon consideration of the joint proposal by Defendant Wawa, Inc., Employee Track Plaintiffs, and Financial Institution Plaintiffs presented to the Court as requested at the June 30, 2022 hearing, as modified by subsequent events in this litigation and the discussion held on the record at the status conference on September 23, 2022, it is hereby **ORDERED** that the following schedule shall govern further discovery and motions for class certification in this litigation.

| Event | Deadline[1] |
|---|---|
| Completion of production of non-objectionable documents responsive to requests for production that were served on or before entry of this Order[2] | 11/4/2022 |
| Deadline for Service of Interrogatories and Requests for Admissions ("RFAs"), excluding RFAs pertaining solely to authenticity and admissibility of documents[3] | 1/20/2023 |
| Close of fact discovery | 2/17/2023 |

---

[1] To the extent any filing deadline falls on a weekend or holiday, the deadline shall be the next business day.

[2] If additional requests for production of documents are served, the Parties shall negotiate a mutually agreeable production deadline, and absent agreement, bring the matter to the Court for resolution.

[3] Within 30 days after the close of fact discovery, the Parties will meet and confer regarding an appropriate schedule for service of RFAs limited to authenticity and admissibility and for any depositions limited to authentication and admissibility.

1

| | |
|---|---|
| Plaintiffs' Class Certification Motion (including motion for appointment of class counsel) and service of Plaintiffs' expert disclosures and reports relating to class certification | 4/14/2023 |
| Deadline for Defendant to depose Plaintiffs' experts | 5/5/2023 |
| Defendant's Opposition to Plaintiffs' Class Certification Motions and affirmative Fed. R. Evid. 702 Motions (if any), and service of Defendant's expert disclosures and reports pertaining to class certification | 5/26/2023 |
| Deadline for Plaintiffs to depose Defendant's expert(s) | 6/9/2023 |
| Plaintiffs' Replies in support of Class Certification motions, responses in opposition to Defendants' Fed. R. Evid. 702 motions (if any), affirmative Fed. R. Evid. 702 motions (if any), and service of Plaintiffs' expert rebuttal reports | 6/26/2023 |
| Defendant's Reply in support of their Fed. R. Evid. 702 motions (if any) and Opposition to Plaintiffs' Fed. R. Evid. 702 motions (if any) | 7/17/2023 |
| Plaintiffs' Reply in support of their Fed. R. Evid. 702 motions (if any) | 8/7/2023 |
| Argument/Evidentiary Hearing on Plaintiffs' Motions for Class Certification | At the Court's Discretion |
| Parties shall meet and confer regarding, and submit a joint proposed schedule for, summary judgment motions | 30 days after Court resolution of Class Certification motions |

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE