### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION<br><br>*This Document Relates to: Consumer Track* | Civil Action No. 19-6019 |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO:  THE CLERK OF THE COURT AND ALL PARTIES
      AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Benjamin F. Johns, formerly of Chimicles Schwartz Kriner & Donaldson-Smith LLP, is now affiliated with the Shub Law Firm LLC. New contact information for Mr. Johns is:

Shub Law Firm LLC
134 Kings Highway East
2nd Floor
Haddonfield, NJ 08033
Tel:  (856) 772-7200
Email: bjohns@shublawyers.com

Please update your records, and direct any future case-related filings and communications to Mr. Johns at his new firm.

Dated:  November 28, 2022        Respectfully,

*/s/ Benjamin F. Johns*
Benjamin F. Johns (PA ID No. 201373)
**SHUB LAW FIRM LLC**
134 Kings Highway East
2nd Floor

>Haddonfield, NJ 08033
>Tel:  (856) 772-7200
>Email: bjohns@shublawyers.com

2

## **CERTIFICATE OF SERVICE**

I, Benjamin F. Johns, certify that on November 28, 2022, I caused the foregoing Notice of Change of Firm Affiliation to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

*/s/ Benjamin F. Johns*
Benjamin F. Johns