**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This document relates to: Consumer Track* | Case No. 19-6019-GEKP<br><br>CLASS ACTION |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO:   THE CLERK OF THE COURT AND ALL PARTIES
       AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Samantha E. Holbrook, formerly of Chimicles Schwartz Kriner & Donaldson-Smith LLP, is now affiliated with the Shub Law Firm LLC.  New contact information for Ms. Holbrook is:

Shub Law Firm LLC
134 Kings Highway East
2nd Floor
Haddonfield, NJ 08033
Tel:  (856) 772-7200
Email: sholbrook@shublawyers.com

Please update your records, and direct any future case-related filings and communications to Ms. Holbrook at her new firm.

Dated:  January 27, 2023           Respectfully,

*/s/ Samantha E. Holbrook*
Samantha E. Holbrook (PA ID No. 311829)
**SHUB LAW FIRM LLC**
134 Kings Highway East
2nd Floor
Haddonfield, NJ 08033
Tel:  (856) 772-7200
Email: sholbrook@shublawyers.com

## **CERTIFICATE OF SERVICE**

I, Samantha E. Holbrook, certify that on January 27, 2023, I caused the foregoing Notice of Change of Firm Affiliation to be filed using the Court's CM/ECF system, thereby causing it to be served upon all registered ECF users in this case.

 

                                                  */s/ Samantha E. Holbrook*
                                                  Samantha E. Holbrook