UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>The Honorable Gene E.K. Pratter |

**FINANCIAL INSTITUTION PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER AUTHORIZING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT**

Financial Institution Plaintiffs Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union ("FI Plaintiffs") respectfully move the Court for an Order:

1) indicating that the Court finds the proposed Settlement Agreement meets the criteria for preliminary approval and authorization of issuance of Notice to the Settlement Class;

2) approving the proposed Notice Plan and Class Notice as providing the best notice that is practicable under the circumstances;

3) indicating the Court will likely certify the proposed Settlement Class in conjunction with final approval of the Settlement Agreement;

4) conditionally appointing FI Plaintiffs as Settlement Class Representatives;

5) conditionally appointing the Interim Co-Lead Class Counsel and Interim Liaison team as Class Counsel and Liaison Counsel for the Settlement Class;

6) appointing Analytics Consulting LLC as the Settlement Administrator;

7) staying this Action pending Final Approval; and

8) scheduling a Final Approval Hearing.

Defendant does not oppose this Motion.

In support of this motion, the FI Plaintiffs refer to the accompanying memorandum of law in support; the declarations of Gary F. Lynch and Richard W. Simmons, and the exhibits attached thereto, including the Settlement Agreement and its associated exhibits.

Dated: March 10, 2023

Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch (PA ID 56887)
Jamisen A. Etzel
Elizabeth Pollock Avery
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
Email: jamisen@lcllp.com
Email: elizabeth@lcllp.com

Christian Levis (*pro hac vice*)
Amanda G. Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina (PA ID 322528)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Email: achristina@lowey.com

Jeannine M. Kenney (PA ID 307635)
**HAUSFELD LLP**
325 Chestnut St #900
Philadelphia, PA 19106
Telephone: (215) 985-3270
Email: jkenney@hausfeld.com

*Interim Co-Lead Class Counsel for Financial Institution Plaintiffs*

Mindee J. Reuben (PA ID 75308)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1835 Market Street
Suite 2700
Philadelphia, PA 19103
Telephone: (267) 314-7980
Email: mreuben@litedepalma.com

*Interim Liaison Counsel for Financial Institution Plaintiffs*

Amy E. Keller (*pro hac vice*)
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email: akeller@dicellolevitt.com

Richard Golomb (PA ID 42845)
Kenneth J. Grunfeld (PA ID 84121)
**GOLOMB SPIRT GRUNFELD, P.C.**
1835 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 985-9177
Email: rgolomb@golomblegal.com
Email: kgrunfeld@golomblegal.com

Karen H. Riebel (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: khriebel@locklaw.com

Bryan L. Bleichner (*pro hac vice*)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
Email: bbleichner@chestnutcambronne.com

Charles E. Schaffer (PA ID 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street – Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500

Email: cschaffer@lfsblaw.com

Richard L. Coffman (*pro hac vice*)
**THE COFFMAN LAW FIRM**
Edison Plaza
350 Pine Street, Suite 700
Beaumont, TX 77701
Telephone: (409) 833-7700
Email: rcoffman@coffmanlawfirm.com

Brian C. Gudmundson (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Email: brian.gudmundson@zimmreed.com
Email: michael.laird@zimmreed.com

*Additional Counsel for Financial Institution Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Gary F. Lynch, hereby certify that on March 10, 2023, I filed and served through the Court's ECF system a true and correct copy of the foregoing document. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of this Court's electronic filing system.

                                          */s/ Gary F. Lynch*
                                          Gary F. Lynch (PA ID 56887)
                                          **LYNCH CARPENTER, LLP**