IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> This document applies <br> to all tracks. <br><br><br><br> No. 19-6019 <br> and all related cases |

## CASE MANAGEMENT ORDER NO. 11

AND NOW, this 14th day of August, 2023, upon consideration of the Joint Motion by Defendant Wawa, Inc., and Employee Track Plaintiffs (Doc. No. 354), it is hereby **ORDERED** that the following schedule shall govern further discovery and motions for class certification in this litigation.

| Event | Deadline[1] |
|---|---|
| Deadline for Defendant to depose Plaintiffs' experts | 8/16/2023 |
| Defendant's Opposition to Plaintiffs' Class Certification Motions and affirmative Fed. R. Evid. 702 Motions (if any), and service of Defendant's expert disclosures and reports pertaining to class certification | 9/6/2023 |
| Deadline for Plaintiffs to depose Defendant's expert(s) | 9/20/2023 |
| Plaintiffs' Replies in support of Class Certification motions, responses in opposition to Defendants' Fed. R. Evid. 702 motions (if any), affirmative Fed. R. Evid. 702 motions (if any), and service of Plaintiffs' expert rebuttal reports | 10/6/2023 |
| Defendant's Reply in support of their Fed. R. Evid. 702 motions (if any) and Opposition to Plaintiffs' Fed. R. Evid. 702 motions (if any) | 10/27/2023 |
| Plaintiffs' Reply in support of their Fed. R. Evid. 702 motions (if any) | 11/17/2023 |
| Argument/Evidentiary Hearing on Plaintiffs' Motions for Class Certification | At the Court's Discretion |

---

[1] To the extent any filing deadline falls on a weekend or holiday, the deadline shall be the next business day.

1

| | |
|---|---|
| Parties shall meet and confer regarding, and submit a joint proposed schedule for, summary judgment motions | 30 days after Court resolution of Class Certification motions |

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE