IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION |
| This document applies to the Financial<br>Institutions Track. | : <br> : | No. 19-6019<br>and all related cases |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on Plaintiffs' Motion Authorizing Notice of Proposed Class Action Settlement (Doc. No. 360) is scheduled to be held on **September 28, 2023,** at **2:00 p.m. in Courtroom 10B** before the Honorable Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

*s/Michael Coyle*
**MICHAEL COYLE**
Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge