IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | CIVIL ACTION<br><br>This document applies<br>to the Financial Institutions Track.<br><br>No. 19-6019<br>and all related cases. |

## ORDER

AND NOW, this 9th day of November, 2023, upon consideration of the Financial Institutions' Unopposed Motion to Stay Class Settlement Notice Process (Doc. No. 416) ("Motion"), it is hereby **ORDERED** that the Motion (Doc. No. 416) is **GRANTED**. The deadlines outlined in the Court's October 12, 2023 Order (Doc. No. 412) are **STAYED** until further notice.

It is **FURTHER ORDERED** that the parties shall file a joint status report indicating any modifications to the current settlement proposal and a proposed schedule for resumption of the class notice and final fairness process consistent with the timing outlined in the October 12, 2023 Order (Doc. No. 412).

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE