IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WAWA, INC.<br>DATA SECURITY LITIGATION | : <br> : <br> : <br> : | CIVIL ACTION |
| This document applies to the Financial<br>Institutions Track. | : <br> : | No. 19-6019<br>and all related cases |

## ORDER

AND NOW, this /3th day of March 2024, upon consideration of Financial Institution Plaintiffs' Unopposed Motion to Amend Schedule for Notice and Final Approval of Settlement Agreement (Doc. No. 434), it is hereby **ORDERED** that the Motion (Doc. No. 434) is **GRANTED**, and Part E of the Court's October 12, 2023 Order (Doc. No. 412) is hereby **AMENDED** as follows:

E. **Schedule for Motion for Final Approval and Final Approval Hearing**

    1. The Court establishes the following sequential schedule for future settlement approval events.[1]

| Event | Time for Compliance | Date |
|---|---|---|
| Creation of Settlement Website | 30 days after entry of Preliminary Approval Order | November 13, 2023 |
| Notice Issuance Date | 30 days after entry of Preliminary Approval Order | November 13, 2023 |
| Deadline to Opt-Out and Object to Settlement Agreement | 105 days after entry of Preliminary Approval Order | January 25, 2024 |
| Claims Deadline | 150 days after entry of Preliminary Approval Order | March 11, 2024 |
| Deadline for Motion in Support of Final Approval of Settlement | 210 days after entry of Preliminary Approval Order | May 9, 2024 |

---

[1] Some dates vary slightly to account for dates that would otherwise have fallen on a weekend or holiday.

| | | |
|---|---|---|
| Deadline for Class Counsel's Application for Attorneys' Fees, Expenses, and Service Awards for Settlement Class Representatives | 210 days after entry of Preliminary Approval Order | May 9, 2024 |
| Deadline to Object to Attorneys' Fees, Expenses, and Service Awards | 230 days after entry of Preliminary Approval Order | May 29, 2024 |
| Deadline to Respond to Objections to Settlement Agreement and Class Counsel's Application for Attorneys' Fees, Expenses, and Service Awards | 250 days after entry of Preliminary Approval Order | June 18, 2024 |
| Final Approval Hearing | No earlier than 280 days after entry of Preliminary Approval Order | **September 16, 2024 at 11:00 a.m. in Courtroom 10-B** |

BY THE COURT:

GENE E.K. PRATTER
**UNITED STATES DISTRICT JUDGE**