IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-cv-06019 |
| | The Honorable Kelley Brisbon Hodge |
| *This Document Applies to the Financial Institutions Track* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Financial Institution Plaintiffs' Motion for Final Approval along with Memorandum of Law in Support and associated exhibits and declarations, was served via this Court's ECF system on October 9, 2024.

Dated: October 9, 2024                 Respectfully submitted,

 /s/ Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR, LLC
Mindee J. Reuben (PA ID 75308)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

1010309.1