**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | **Case No. 2:19-cv-06019** <br> **The Honorable Gene E.K. Pratter** |
| *This Document Applies to the Financial Institutions Track* | |

DECLARATION OF KARI L. SCHMIDT IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

I, Kari L. Schmidt, declare as follows:

1. I am a Project Manager at Analytics Consulting LLC ("Analytics"), a firm with offices in Chanhassen, Minnesota that provides consulting services relating to the design and implementation of class action and mass tort litigation settlements and notice programs. I am responsible for Analytics' consulting services, including the implementation of the Notice Program in this matter. The following statements are based on my personal knowledge and information provided to me in the regular course of business by other Analytics employees working under my supervision. If called as a witness, I would testify as follows:

2. Pursuant to the Preliminary Approval Order dated October 12, 2023 (ECF No. 412), Analytics was appointed to serve as the Settlement Administrator

with responsibility for Claims Administration, the Notice Program, and all other obligations of the Settlement Administrator as set forth in the Settlement.[1] I submit this Declaration in order to provide the Court and the parties to the Settlement with information regarding the execution of the Court-approved Notice Program and Claims Administration in accordance with the Settlement Agreement.

**Notice of Proposed Class Action Settlement**

3. Analytics was responsible for providing notice to Settlement Class Members. Specifically, pursuant to the Preliminary Approval Order, the Notice was to be mailed by first class mail, postage prepaid, to the last known address of each Settlement Class Member identified through records obtained by Class Counsel through discovery conducted of third parties. Because of the nature of the Settlement Class and the third-party discovery obtained by Class Counsel, the identity of and last known address for each Settlement Class Member was available to Analytics.

4. Analytics received from Class Counsel files containing names and addresses of Financial Institutions determined to be members of the Settlement Class through third-party discovery that was conducted during the course of the litigation. The data was consolidated, de-duplicated and ingested into a single database and

[1] All terms with initial capitalization not otherwise defined in this declaration shall have the meanings ascribed to them in the Settlement Agreement and Release dated March 10, 2023 (ECF No. 360-4) (the "Settlement").

was updated using the National Change of Address ("NCOA") database maintained by the United States Postal Service ("USPS");[2] certified via the Coding Accuracy Support System ("CASS");[3] and verified through Delivery Point Validation ("DPV").[4] This resulted in mailable address records for 4,913 Settlement Class Members.

5. Analytics formatted the Notice and Claim Form and caused them to be printed, personalized with the name and address of each Settlement Class Member, posted for first-class mail, postage pre-paid, and delivered on April 12, 2024, to the United States Postal Service ("USPS") for mailing. Copies of the Notice and Claim Form are attached here as **Exhibit A** and **Exhibit B**, respectively.

6. As of the date of this Declaration, the USPS has returned 35 Notices with an updated address for the Settlement Class Member (the period in which the USPS automatically forwards the notice had expired). An additional 342 Notices were returned by the USPS as undeliverable. Under the assumption that financial

---

[2] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years. The USPS makes this data available to mailing firms, and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and last known address.

[3] Coding Accuracy Support System is a certification system used by the USPS to ensure the quality of ZIP + 4 coding systems.

[4] Records that are ZIP + 4 coded are then sent through Delivery Point Validation to verify the address and identify Commercial Mail Receiving Agencies. DPV verifies the accuracy of addresses, and reports exactly what is wrong with incorrect addresses.

institutions may receive mail via a designated PO Box, rather than the entity's physical address, Analytics conducted a search of each Settlement Class Member's website to identify a preferred mailing address. Of the 342 undeliverable Notices, Analytics' online research yielded new addresses for 242 Settlement Class Members.

7. On July 22, 2024, Analytics mailed 4,633 Reminder Postcards to Settlement Class Members with a valid mailing address that had not returned a Claim Form, including the 277 Settlement Class Members with updated mailing addresses (as discussed in ¶ 6). A second reminder, in the form of a Reminder Letter provided by Class Counsel, was mailed on August 1, 2024, to 4,609 Settlement Class Members without a claim submission. Copies of the Reminder Postcard and Reminder Letter are attached here as **Exhibit C** and **Exhibit D**, respectively. Analytics estimates that Notice was successfully delivered to over 97% of the Settlement Class.

8. In addition to the physical mailings, Analytics emailed Notice on May 16, 2024, to 714 Settlement Class Members with an email address of record. The email Notice included a link to the online Claim Form and log-in credentials specific to the Settlement Class Member. Of the 714 total Notices emailed by Analytics, 112

were opened, resulting in a unique open rate of approximately 15.69%. A copy of the email Notice is attached here as **Exhibit E**.

9. Further electronic outreach included a series of three (3) co-branded emails deployed by the *Credit Union Times* on June 13, 2024, July 9, 2024, and August 1, 2024, to their list of email subscribers. The co-branded emails included links to the Settlement Website and online Claim Form. An average of 15,813 emails were disseminated each month, of which an average of 2,858 were opened, resulting in a unique open rate of approximately 18.07%. Copies of the three (3) co-branded emails are attached here as **Exhibit F**.

10. Pursuant to the Settlement Agreement, Analytics caused the Summary Notice to be published in the ABA Banking Journal Digital Edition, beginning on April 15, 2024, for 30 consecutive days and in the Credit Union Times, beginning on June 13, 2024, for 60 consecutive days. Copies of the published Summary Notices are attached here as **Exhibit G**.

11. Analytics established and is maintaining a dedicated toll-free phone number (1-855-391-9265) to provide Settlement Class Members with additional information regarding the Settlement. Automated messages were and continue to be available to Settlement Class Members 24-hours a day, 7-days a week, with live call

center representatives (agents) available during standard business hours. The toll-free number became operational on April 12, 2024.

12. Prior to mailing the Notice of Class Action Settlement, Analytics consulted with counsel for the parties to develop a format for the settlement website. The website address was cited in all published notice materials as www.WawaFinancialInstitutionSettlement.com. The website became live on April 12, 2024. By visiting the settlement website, Class Members are able to read and download key information about the settlement and submit Claim Forms electronically.

13. As an additional avenue for the Settlement Class Members to receive support, a dedicated e-mail address was designated and listed on the website as info@WawaFinancialInstitutionSettlement.com.

**Response to Class Notice**

14. The Settlement Agreement provides Settlement Class Members the option to request exclusion from the Settlement by June 26, 2024. As of the date of this Declaration, Analytics has received two (2) requests for exclusion. Copies of the timely requests for exclusion are attached here as **Exhibit H**.

15. The Settlement Agreement provides Settlement Class Members the option to object to the Settlement by June 26, 2024. As of the date of this Declaration, Analytics has received no objections.

16. The Settlement Agreement provides that Settlement Class Members may submit via the website or by mail a completed Claim Form in order to seek a monetary settlement payment by August 12, 2024. In its Order Amending Deadlines dated September 11, 2024 (ECF No. 455), the Court granted a 30-day extension to the settlement claims deadline. The amended submission deadline was established as September 12, 2024. Analytics has received 747 timely submitted claims, representing a total claims rate of approximately 15.2%.

17. Of the 747 timely submitted claims, 729 have been deemed valid for at least one benefit tier[5], resulting in a current valid claim rate of 14.8%.

18. Settlement Class Members were given the option to file a Tier 1 Claim for a flat recovery of $5.00 per Impacted Card cancelled and replaced in response to the Data Security Incident. A total of 155 Settlement Class Members filed a Tier 1 claim. Of these 155 claims, 152 claims have been deemed valid, representing a total

[5] There are currently 71 claims going through the deficiency process (which closes on October 21, 2024). Therefore, the above reported number of valid claims and initial valuation amounts are subject to change. Analytics will submit a Supplemental Declaration to the Court prior to the Final Approval Hearing on December 18, 2024, to confirm the final number and valuation of each claim tier.

of 1,584,372 Impacted Cards, with an initial cumulative valuation of $7,921,860.00. The estimated payments for individual approved Tier 1 claims range from $3,500.00 to $1,824,585.00. There are 72 Settlement Class Members projected to receive payments between $10,000.00 and $100,000.00, and an additional 13 Settlement Class Members are projected to receive payments greater than $100,000.00. The remaining three (3) Tier 1 claims are currently going through the deficiency process.

19. Settlement Class Members were given the option to file a Tier 2 claim for compensation of documented fraudulent losses attributable to the Data Security Incident. A total of 27 Settlement Class Members filed a Tier 2 claim[6]. Of these 27 Tier 2 claims, eight (8) have been deemed wholly valid with an initial cumulative valuation of $26,813.56. The remaining 19 Tier 2 claims are currently going through the deficiency process.

20. Settlement Class Members were given the option to file a Tier 3 claim for a fixed value, *pro rata* cash payment, as an alternative to Tier 1 and/or Tier 2 claims. A total of 589 Settlement Class Members filed a Tier 3 claim[7]. Of these 589

---

[6] An additional 34 Settlement Class Members filed Tier 2 claims, which have been deemed deficient due to missing or insufficient supporting documentation. These 34 deficient claims have been tentatively converted to approved Tier 3 claims, which may revert to Tier 2 claims pending submission of additional supporting documentation through the deficiency process.

[7] Pursuant to the Settlement Agreement, all Approved Claims under Tier 1 and/or Tier 2 with a combined value less the fixed value of a Tier 3 claim, were converted to a Tier 3 claim. Of the 589 above-reported Tier 3 claims, 420 represent converted Tier 1 and/or Tier 2 claims.

Tier 3 claims, 574 have been deemed valid, with a calculated fixed payment amount of $3,484.32 and an initial cumulative valuation of $1,999,999.68. The remaining 15 Tier 3 claims are currently going through the deficiency process.

**Administration Fees and Expenses**

21. Analytics agreed to be the Claims Administrator in exchange for payment of its fees and out-of-pocket costs. To date, Analytics has incurred expenses in the amount of $73,680.25 for work performed with respect to the provision of notice and administration of the Settlement. Analytics will provide a supplemental declaration in advance of the final approval hearing to update the amount of its fees and out-of-pocket costs, as well as an estimate of future costs for distribution of the settlement funds if the Final Approval is granted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of October 2024 in Chanhassen, Minnesota.

Kari L. Schmidt

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# If your financial institution issued one or more payment cards identified as having been at risk as a result of the Data Security Incident that Wawa, Inc. announced on December 19, 2019, your financial institution could get a payment from a class action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

***Your financial institution's legal rights are affected whether you act or do not act. Read this Notice carefully.***

- A settlement has been reached to resolve class action lawsuits against Wawa, Inc. ("Wawa") brought by financial institutions as a result of a data security incident Wawa announced on December 19, 2019, which affected approximately 30 million payment cards (the "Data Security Incident").
- In the lawsuits collectively referred to as the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.), certain financial institutions (the "Financial Institution Plaintiffs") asserted claims on behalf of a class of financial institutions related to the Data Security Incident. These claims included alleged negligence, negligence per se, and injunctive and declaratory relief. Wawa denies these allegations, any wrongdoing, and any liability to the class of financial institutions.
- Under the Settlement, Wawa will make available, on a claims-made basis, up to $28.5 million to Settlement Class Members who timely submit valid claims. Three types of claims may be made: Cancellation and Replacement Claims ("Tier 1"); Fraud Related Claims ("Tier 2"), and Other Costs – Alternative Claims ("Tier 3"). A Settlement Class Member may make claims under (i) either or both Tier 1 and Tier 2, or (ii) Tier 3. The different types of claims are explained later in this Notice.
- In addition, Wawa has agreed to pay separately up to $9 million (the "Fees & Costs Fund") to cover the costs of Notice, settlement administration, and the Court-approved amounts of attorneys' fees and expense reimbursements. From the same amount, and if approved by the Court, Wawa will pay Service Awards of up to $10,000 to each Settlement Class Representative.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM** | If eligible, your financial institution will receive a cash payment. This is the only way to get compensation from the Settlement. |
| **EXCLUDE YOUR FINANCIAL INSTITUTION** | If you ask to be excluded, you will not receive a cash payment, but you may be able to file your own lawsuit against Wawa for the same claims. This is the only option that leaves your financial institution the right to file its own lawsuit against Wawa and/or Defendants' Released Persons (defined in the Settlement Agreement) for the claims that are being resolved by the Settlement. |
| **OBJECT** | Your financial institution can remain in the Settlement Class and file an objection telling the Court why you do not like the Settlement. If your objections are overruled, your financial institution will be bound by the Settlement and unable to file its own lawsuit. |
| **DO NOTHING** | If you do nothing, you will not receive any cash payment. If you do nothing, you will also forfeit your right to sue or bring any claim against Wawa and/or Defendants' Released Persons related to the Data Security Incident. |

- These rights and options — **and the deadlines to exercise them** — are explained in this notice.
- The Court in charge of this case still has to decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and after any appeals are resolved. Please be patient.

**WHAT THIS NOTICE CONTAINS**

**BASIC INFORMATION ..... Page 3**

1. Why did my financial institution get this Notice package?
2. What is this lawsuit about?
3. Why is this a class action?
4. Why is there a settlement?

**WHO IS PART OF THE SETTLEMENT ..... Page 3**

5. How does a financial institution know if it is part of the settlement?
6. Are there exceptions to being included?
7. I am still not sure if my financial institution is included.

**THE SETTLEMENT BENEFITS ..... Page 4**

8. What does the settlement provide?
9. How much will my financial institution's payment be?

**HOW TO GET A PAYMENT – SUBMITTING A CLAIM FORM ..... Page 6**

10. How can my financial institution get a payment?
11. When would my financial institution get its payment?
12. What is my financial institution giving up to receive a payment or remain in the Settlement Class?

**EXCLUDING YOUR FINANCIAL INSTITUTION FROM THE SETTLEMENT ..... Page 7**

13. How can my financial institution opt out of the Settlement?
14. If my financial institution doesn't opt out, can it sue Wawa for the same thing later?
15. If my financial institution excludes itself, can it get money from this settlement?

**THE LAWYERS AND FINANCIAL INSTITUTIONS REPRESENTING YOU ..... Page 7**

16.Does my financial institution have a lawyer in the case?

17. How will the lawyers and financial institutions representing the Settlement Class be paid?

**OBJECTING TO THE SETTLEMENT ..... Page 8**

18. How does a financial institution tell the Court that it does not like the settlement?
19. What is the difference between objecting and excluding/opting out?

**THE COURT'S FINAL APPROVAL HEARING ..... Page 9**

20. When and where will the Court decide whether to approve the settlement?
21. Does my financial institution have to attend the hearing?

**IF YOU DO NOTHING ..... Page 10**

22. What happens if my financial institution does nothing at all?

**GETTING MORE INFORMATION ..... Page 10**

23. How do I get more information?

## BASIC INFORMATION

### 1. Why did my financial institution get this Notice package?

Your financial institution may have issued payment cards identified in one of the alerts (or a similar document) sent out by Visa, MasterCard, or Discover related to the Data Security Incident.

The Court in charge of the case is the U.S. District Court for the Eastern District of Pennsylvania, and the lawsuits are known as the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.). The financial institutions who sued are called the "Financial Institution Plaintiffs," and the company they sued, Wawa, Inc. ("Wawa"), is the "Defendant."

The Court authorized this Notice because you have a right to know about your financial institution's rights under a proposed class action settlement with Wawa before the Court decides whether to approve the Settlement. If the Court approves the Settlement, and after objections and appeals are resolved, a Settlement Administrator appointed by the Court will make the cash payments that the Settlement allows.

This Notice package explains the lawsuits, the Settlement, your financial institution's rights, what benefits are available, who is eligible for them, and how to get them.

### 2. What is this lawsuit about?

The class action lawsuits, collectively referred to as the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.), are related to the Data Security Incident and assert claims against Wawa for alleged negligence and negligence per se, and injunctive and declaratory relief. The Financial Institution Plaintiffs (on behalf of themselves and the class) seek to recover damages in the lawsuits for the expense of payment card reissuance, amounts paid to cover fraudulent payment card charges, and other costs allegedly incurred as a result of the Data Security Incident. Wawa denies the allegations, any wrongdoing, and any liability to the Financial Institution Plaintiffs. The Court has not decided whether Wawa has any legal liability.

### 3. Why is this a class action?

In a class action, one or more entities called "class representatives" sue on behalf of themselves and other entities with similar claims. All of these entities together are the "class" or "class members." One court resolves the issues for all class members, except for those who exclude themselves from the Settlement Class.

### 4. Why is there a settlement?

The Court has not decided in favor of Financial Institution Plaintiffs or Wawa. Instead, both sides agreed to the Settlement. The Settlement is not an admission that Wawa did something wrong, but rather a compromise to end the lawsuits. By agreeing to settle, both sides avoid the costs, risks, and uncertainties of a trial and related appeals, while providing benefits to members of the Settlement Class. The Settlement Class Representatives and the attorneys for the Settlement Class think the Settlement is best for all class members.

## WHO IS PART OF THE SETTLEMENT

### 5. How does a financial institution know if it is part of the settlement?

Your financial institution is a member of the Settlement Class and affected by the Settlement if:

- It is a financial institution in the United States (including its Territories and the District of Columbia); AND
- It issued one or more "Alerted On Payment Card," which includes any payment card other than

American Express (including debit and credit cards) that was identified as having been compromised by the Data Security Incident: (i) in an alert in the MasterCard series ADC-008258-19; (ii) in an alert in the Visa series US-2019-0520a-PA, US-2019-0520b-PA, US-2019-0520c-PA, US-2019-0520d-PA, US-2019-0520e-PA, or US-2019-0520f-PA; and (iii) any payment card issued by a financial institution identified by Discover in the Litigation; OR

- It issued any payment card, other than American Express, used at Wawa during the period of the incident March 4, 2019–December 12, 2019.

Specifically *excluded* from the Settlement Class are the judge of this Court presiding over this Litigation and its staff and the judges of any other court that preside, or have jurisdiction, over this Litigation or Settlement and their staff; directors, officers, and employees of Wawa; parents and subsidiaries of Wawa, and any entity in which Wawa has a controlling interest; and financial institutions that fall within the Settlement Class definition that timely and validly request exclusion from the Settlement Class.

## 6. Are there exceptions to being included?

If your financial institution excludes itself from the Settlement, it is no longer part of the Settlement Class and will no longer be eligible to receive any of the Settlement benefits. This process of excluding your financial institution is also referred to as "opting out" of the Settlement. *See* Question 13 below

## 7. I am still not sure if my financial institution is included.

If you are still not sure whether your financial institution is included, you can ask for free help. You can call 1-855-391-9265 or visit www.WawaFinancialInstitutionSettlement.com for more information. Or you can fill out and return the Claim Form described in Question 10 to see if you qualify.

**THE SETTLEMENT BENEFITS**

## 8. What does the settlement provide?

Under the Settlement, Wawa will fund, on a claims-made basis, a settlement of up to $28.5 million for Settlement Class Members who timely submit valid claims. Three types of claims may be made: Cancellation and Replacement Claims ("Tier 1"); Fraud Related Claims ("Tier 2"), and Other Costs – Alternative Claims ("Tier 3"). A Settlement Class Member may make claims under (i) either or both Tier 1 and Tier 2, or (ii) Tier 3. The three types of Claims are further explained in the next question.

In addition, Wawa has agreed to pay separately up to $9 million into a "Fees & Costs Fund" to cover the costs of Notice, settlement administration, and the Court-approved amounts of attorneys' fees and expense reimbursements. From the same amount, and if approved by the Court, Wawa will pay Service Awards of up to $10,000 to each Settlement Class Representative.

## 9. How much will my financial institution's payment be?

If your financial institution issued an Alerted On Payment Card, or a card used at Wawa during the period of the incident March 4, 2019–December 12, 2019, and does not "opt out" of the Settlement, it will be eligible for a payment under the Settlement if it completes and submits a valid Claim Form.. If your financial institution files a timely and valid Claim, the amount your financial institution receives will depend on the type of Claim(s) filed and other variables. The three types of Claims are described below:

- **Cancellation and Replacement Claims (Tier 1):** Wawa will pay a minimum of $3 million and a maximum of $18.5 million towards approved Claims made under this Tier. All Settlement Class Members who submit a valid Claim Form are eligible to receive a cash payment of $5.00 for each Impacted Card cancelled and

replaced between December 12, 2019 and May 1, 2020, in response to the Data Security Incident. On the Claim Form, Class Members making these claims must identify and attest under penalty of perjury as to the total number of cancelled and replaced Impacted Cards on their Claim Form, but Class Members are not required to provide any other documentation. The Settlement Administrator will adjust the per-card payment above $5.00 if the aggregate valid claims for this Tier are below $3 million, but will adjust the per-card payment below $5.00 if the aggregate valid claims for this Tier exceed $18.5 million.

- **Fraud Related Claims (Tier 2):** Wawa will pay a total amount of up to $8 million towards approved Claims made under this Tier. To make a valid claim under this Tier, a Settlement Class Member must provide reasonable supporting documentation to the Settlement Administrator and a statement made under penalty of perjury indicating:

  1) that the Settlement Class Member suffered financial loss in the form of unreimbursed out of pocket absorption or reimbursement to a card holder attributable to fraudulent charges on Impacted Cards;

  2) that the fraudulent charges on the Impacted Cards resulted from a transaction that was either:

     (a) card not present non-CVV; or

     (b) non-EMV processed; and

  3) that occurred between December 12, 2019 and May 1, 2020.

  A "card not present non-CVV" transaction means an online transaction where CVV code information was not requested or required to process the transaction.

  A "non-EMV processed" transaction means a transaction made where the card was present at the time of the transaction but required use of only a card's magnetic stripe to process the transaction, as contrasted with a transaction that requires an EMV chip to process the transaction.

  The Settlement Administrator will value Approved Claims under this Tier at the amount of fraud loss validly identified by the Settlement Class Member, up to a maximum of $4,000 per Settlement Class Member. In the event that the total fraud losses validly claimed in all Approved Claims under this Tier exceeds $8 million, the Settlement Administrator will reduce the value of all Approved Claims under this Tier on a *pro rata* basis until the value of all Approved Claims under this Tier reaches exactly $8 million.

- **Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 or Tier 2, a Settlement Class Member may instead file a claim under Tier 3. Wawa shall pay a total amount of up to $2 million to satisfy Approved Claims under this Tier. The value of a claim made under this Tier will be a fixed amount calculated by dividing $2 million by the estimated number of Settlement Class Members ultimately confirmed in discovery (the "Tier 3 amount"). To illustrate: if there are 5,000 Class Members, the value of a claim under this Tier will be $400 per claimant. Settlement Class Members may make a claim under this Tier by submitting a validly completed claim form that indicates selection of this Tier and attesting that the Settlement Class Member incurred costs as a result of the Data Security Incident. No supporting documentation will be required for this Tier.

Settlement Class Members may make claims under (i) either or both Tier 1 and Tier 2, or (ii) Tier 3, but not all three tiers. In other words, a Settlement Class Member may submit a claim in only these forms:

- Tier 1 alone;
- Tier 2 alone;
- Both Tier 1 and Tier 2; or
- Tier 3 alone.

The Tier 3 amount will also serve as a minimum claim value for all Settlement Class Members who submit valid claims. In the event that a Settlement Class Member submits an Approved Claim under Tier 1, Tier 2,

or both, but the combined value of such claim is less than the fixed value of a Tier 3 claim, the Settlement Administrator will increase the value of that Settlement Class Member's claim to match the Tier 3 amount and convert the Settlement Class Member's claim into a Tier 3 claim. Any claims converted to Tier 3 claims will not be included in calculation of any *pro rata* adjustment made to Tier 1 and Tier 2 claims under Section 4.6 (a)(i)-(ii) of the Settlement Agreement.

## HOW TO GET A PAYMENT – SUBMITTING A CLAIM FORM

### 10. How can my financial institution get payment?

To qualify for a payment, you must complete and submit a valid Claim Form, which is included with this Notice. You may also get this Claim Form on the internet at www.WawaFinancialInstitutionSettlement.com. All Settlement Class Members that wish to receive compensation must complete and submit a Claim Form and follow its instructions, including submitting supporting documentation as needed.

To properly complete and timely submit a Claim Form, you should read the instructions carefully, include all information required by the Claim Form, sign it, and either submit the signed Claim Form electronically through www.WawaFinancialInstitutionSettlement.com by **AUGUST 12, 2024** or mail it to the Settlement Administrator postmarked no later than **AUGUST 12, 2024** at the following address:

Wawa Financial Institution Data Security Settlement
c/o Analytics Consulting LLC, Settlement Administrator
P.O. Box 2009
Chanhassen, MN 55317-2009

The Settlement Administrator will review your claim to determine its validity and the amount of your financial institution's payment.

### 11. When would my financial institution get its payment?

The Court will hold a hearing on December 18, 2024 at 10:00 a.m., at the U.S. District Court of the Eastern District of Pennsylvania, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106, to decide whether to approve the Settlement (the "Final Approval Hearing"). If the Court approves the Settlement, there may be appeals. It is always uncertain whether these appeals can be resolved and resolving them takes time. Payments to Settlement Class Members will be made after the Settlement is finally approved and any appeals or other required proceedings have been completed as set forth in the Settlement Agreement. You may visit www.WawaFinancialInstitutionSettlement.com for updates on the progress of the Settlement. Please be patient.

### 12. What is my financial institution giving up to get a payment or remain in the Settlement Class?

Unless you exclude your financial institution from the Settlement, your financial institution cannot sue or be part of any other lawsuit against Wawa or Defendants' Released Persons (as defined in the Settlement) relating to the Data Security Incident. The specific claims your financial institution is giving up against Wawa and Defendants' Released Persons are described in the Settlement Agreement. The terms of the release are described in Section 8 of the Settlement Agreement. Read it carefully. The Settlement Agreement is available at www.WawaFinancialInstitutionSettlement.com.

If you have any questions, you can talk to the law firms listed in Question 16 for free, or you can, of course, talk to your own lawyer if you have questions about what this means.

If your financial institution wants to keep its rights to sue or continue to sue Wawa based on claims this Settlement resolves, your financial institution must take steps to exclude itself from the Settlement Class (*see* Questions 13-15).

## EXCLUDING YOUR FINANCIAL INSTITUTION FROM THE SETTLEMENT

### 13. How can my financial institution opt out of the settlement?

To exclude your financial institution from the Settlement, or "opt out," you must send a letter by first-class postage prepaid U.S. mail that includes the information in the bullet points below. If you fail to include this information, the notice of exclusion will be ineffective and the Settlement Class Member will be bound by the Settlement, including all releases.

- The name of this Litigation (the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.).
- Your financial institution's full name, address, and phone number;
- The words "Request for Exclusion" at the top of the document or a statement in the body of the document requesting exclusion from the Settlement;
- The name, address, email address, telephone number, position, and signature of the individual who is acting on behalf of the Settlement Class Member; and
- The total number of Alerted On Payment Cards issued by your financial institution.

You must mail via first-class postage prepaid U.S. mail the completed above-described letter, postmarked no later than **JUNE 26, 2024**, to each of the following addresses:

**Settlement Administrator**
Wawa Financial Institution Data Security Settlement
c/o Analytics Consulting LLC
P.O. Box 2009
Chanhassen, MN 55317-2009

**Class Counsel**
Mindee J. Reuben
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1835 Market Street, Suite 2626
Philadelphia, PA 19103

**Wawa's Counsel**
Gregory T. Parks
Kristin M. Hadgis
**MORGAN LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103

If you ask to be excluded, your financial institution will not get any payment as part of this Settlement, and you cannot object to this Settlement. Your financial institution will not be legally bound by anything that happens in the Settlement and related proceedings. Your financial institution may be able to sue (or continue to sue) Wawa in the future. If you object to the Settlement and seek to exclude your financial institution, you will be deemed to have excluded your financial institution.

### 14. If my financial institution doesn't opt out, can it sue Wawa for the same thing later?

No. Unless you exclude your financial institution from the Settlement, your financial institution gives up any right to sue Wawa and Defendants' Released Persons (as defined in the Settlement Agreement) for the claims that this Settlement resolves. If you have a pending lawsuit, speak to your lawyer in that case immediately. Your financial institution must exclude itself from this Settlement to continue its own lawsuit. Remember, the exclusion deadline is **JUNE 26, 2024**.

### 15. If my financial institution excludes itself, can it get money from this settlement?

No. If you exclude your financial institution, do not send in a Claim Form asking for a payment.

## THE LAWYERS AND FINANCIAL INSTITUTIONS REPRESENTING YOU

### 16. Does my financial institution have a lawyer in the case?

Yes. The Court appointed to represent your financial institution and other members of the Settlement Class the

following law firms: Lynch Carpenter, LLP, in Pittsburgh, Pennsylvania; Lowey Dannenberg, P.C., in White Plains, New York; Hausfeld, LLP in Philadelphia, Pennsylvania: and Lite DePalma Greenberg & Afanador, LLC, in Philadelphia, Pennsylvania (collectively, "Class Counsel."). You will not be charged directly for these lawyers; instead, they will receive compensation from the proceeds of the settlement (subject to Court approval), as described below. If you want to be represented by your own lawyer, you may hire one at your own expense.

## 17. How will the lawyers and financial institutions representing the Settlement Class be paid?

Class Counsel joined with other law firms around the country to initiate the class action lawsuits, consolidate them into a single action, and prosecute the Financial Institutions Track on behalf of the Financial Institution Plaintiffs and Settlement Class Members. Class Counsel worked on a contingent basis, which means that they receive a fee only if the lawsuits are successful. None of the lawyers has yet received any payment for their time or expenses. The lawyers intend to ask the Court to approve an award of no more than $9 million, to be paid separately by Wawa, as attorneys' fees to compensate them for their time, the financial risk that they undertook, reimbursement of all litigation expenses incurred, and settlement notice and claims administration costs.

The Settlement Class is represented by three (3) named financial institutions, Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union (the "Settlement Class Representatives"). In addition to the benefits that the Settlement Class Representatives will receive as members of the Settlement Class—and subject to the approval of the Court—Class Counsel will request that the Settlement Class Representatives each receive Service Awards of no more than $10,000 for the efforts that they have expended on behalf of the Settlement Class. The amount of the Service Awards approved by the Court will be paid separately by Wawa from the $9 million Fees & Costs Fund.

The Court will determine whether to approve the amount of fees and costs and expenses requested by Class Counsel and the proposed Service Awards to the Settlement Class Representatives at the Final Approval Hearing scheduled for December 18, 2024. Class Counsel will file an application for fees, expenses, and Service Awards no later than October 9, 2024. The application will be available on the Settlement Website (www.WawaFinancialInstitutionSettlement.com) or you can request a copy by contacting the Settlement Administrator (*see* Question 23).

## OBJECTING TO THE SETTLEMENT

## 18. How does my financial institution tell the Court that it does not like the Settlement?

If your financial institution is a Settlement Class Member, you can object to the Settlement if you do not think it is fair, reasonable, or adequate. You can give reasons why you think the Court should not approve it. The Court will consider your views. If you both object to the Settlement and seek to exclude your financial institution, your financial institution will be deemed to have excluded itself (*i.e.*, opted out) and your objection will be deemed null and void.

Your objection must be in writing, and must include:

- The name of this Litigation: the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.).
- Your financial institution's full name, and the full name, address, email address, and telephone number of the person acting on its behalf;
- An explanation of the basis for why your financial institution is a Settlement Class Member;
- Whether the objection applies only to your financial institution, to a specific subset of the Settlement Class, or to the entire Settlement Class;

- All grounds for the objection stated with specificity, accompanied by any legal support for the objection;
- The identity of all counsel who represent the objector, including any former or current counsel who may be entitled to compensation for any reason related to the objection to the Settlement Agreement, Class Counsel's request for attorney's fees, costs, and expenses, or the application for Service Awards;
- The identity of all representatives (including counsel representing the objector) who will appear at the Final Approval Hearing;
- A description of all evidence to be presented at the Final Approval Hearing in support of the objection, including a list of any witnesses, a summary of the expected testimony from each witness, and a copy of any documents or other non-oral material to be presented; and
- Your signature on the written objection.

Any objection must be either filed electronically with the Court or mailed to the Clerk of the Court, Class Counsel, and Wawa's counsel at the addresses set forth below. The objection must be electronically filed, or if mailed postmarked, no later than **JUNE 26, 2024**.

| **Court** | **Settlement Class Counsel** | **Defense Counsel** |
|---|---|---|
| Clerk of the Court<br>U.S. District Court<br>Eastern District of Pennsylvania<br>James A. Byrne U.S. Courthouse<br>601 Market Street<br>Philadelphia, PA 19106 | Mindee J. Reuben<br>**LITE DEPALMA GREENBERG & AFANADOR, LLC**<br>1835 Market Street, Suite 2626<br>Philadelphia, PA 19103 | Gregory T. Parks<br>Kristin M. Hadgis<br>**MORGAN, LEWIS & BOCKIUS, LLP**<br>1701 Market Street<br>Philadelphia, PA 19103 |

In addition, any Settlement Class Member that objects to the proposed Settlement Agreement may be required to appear for deposition regarding the grounds for its objection and must provide along with its objection the dates when the objector will be available to be deposed during the period from when the objection is filed through the date five (5) days before the Final Approval Hearing.

### 19. What is the difference between objecting and excluding/opting out?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object to the benefits provided by the Settlement or other terms of the Settlement only if your financial institution stays in the Settlement Class. Excluding your financial institution or "opting out" is telling the Court that you don't want to be included in the Settlement Class. If your financial institution excludes itself, you have no basis to object to the Settlement and related releases because the Settlement no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 20. When and where will the Court decide whether to approve the settlement?

The Court will hold a Final Approval Hearing at 10:00 a.m., on December 18, 2024, in Courtroom 10-B before U.S. District Judge Gene E.K. Pratter of the U.S. District Court for the Eastern District of Pennsylvania, James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, or at such other time, location, and venue as the Court may Order. This hearing date and time may be moved. Please refer to the Settlement Website (www.WawaFinancialInstitutionSettlement.com) for notice of any changes.

By no later than October 9, 2024, Class Counsel shall file a motion for final approval of the Settlement and a motion for attorneys' fees, costs, and expenses and for Service Awards. By no later than November 18, 2024, responses shall be filed, if any, to any filings by objectors, and any replies in support of final approval of the

Settlement and/or Class Counsel's application for attorneys' fees, costs, and expenses and for Service Awards shall be filed.

At the Final Approval Hearing, the Court will consider, among other things, whether the Settlement is fair, reasonable, and adequate; how much Class Counsel will receive as attorneys' fees and costs and expenses; and whether to approve Service Awards to the Settlement Class Representatives. If there are objections, the Court will consider them. The Court will listen to people at the hearing who file in advance a timely notice of their intention to appear (*see* Question 18). At or after the Final Approval Hearing, the Court will decide whether to approve the Settlement. There is no deadline by which the Court must make its decision.

### 21. Does my financial institution have to attend the hearing?

No. Class Counsel will answer questions the Court may have. You are welcome, however, to come at your own expense. If you submit an objection, you do not have to come to the Court to talk about it. As long as you submitted your objection timely and in accordance with the requirements for objecting set out of the Settlement (see Question 18), the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

## IF YOU DO NOTHING

### 22. What happens if my financial institution does nothing at all?

If your financial institution is a Settlement Class Member and does nothing, it will remain a part of the Settlement Class but will not get any payments from the Settlement. And, unless your financial institution excludes itself, it will not be able to sue Wawa about the claims being resolved through this Settlement ever again. *See* the Settlement Agreement for more details about the releases.

## GETTING MORE INFORMATION

### 23. How do I get more information?

This Notice summarizes the Settlement. More details are in the Settlement Agreement itself. You can get a copy of the Settlement Agreement at www.WawaFinancialInstitutionSettlement.com or from the Settlement Administrator by calling toll-free 1-855-391-9265.

Please monitor the website for important documents and updates on the case and the Settlement.

***Please do not contact the Court or Wawa with questions about the Settlement.***

# EXHIBIT B

Wawa Financial Institution Data Security Settlement
c/o Analytics Consulting LLC, Settlement Administrator
P.O. Box 2009
Chanhassen, MN 55317-2009

# PROOF OF CLAIM AND RELEASE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*In re Wawa, Inc. Data Security Litigation,*
Case No. 2:19-cv-06019

**If your financial institution issued one or more payment cards identified as having been impacted as a result of the Data Security Incident that Wawa, Inc. ("Wawa") announced in December 2019, you will be eligible to receive a payment from this class action settlement if you complete and submit this Proof of Claim and Release (the "Claim Form") online at www.WawaFinancialInstitutionSettlement.com by 11:59 p.m. Eastern Time on AUGUST 12, 2024 or by mail, postmarked no later than AUGUST 12, 2024.**

Upon submission of a valid Claim Form, each Class Member will be entitled to receive a payment from one or more of the following categories of claims: Cancellation and Replacement Claims ("Tier 1"); Fraud Related Claims ("Tier 2"); Other Costs - Alternative Claims ("Tier 3"). A Class Member may make claims under (i) either or both Tier 1 and Tier 2, or (ii) Tier 3, but **not** under all three Tiers:

- **Cancellation and Replacement Claims (Tier 1)**—A cash payment for each Impacted Card cancelled and replaced between December 12, 2019 and May 1, 2020 in response to the Data Security Incident. No supporting documentation is required.
- **Fraud Related Claims (Tier 2)**—A cash payment up to a maximum of $4,000 per Class Member for unreimbursed out of pocket absorption or reimbursement to a card holder attributable to fraudulent charges on Impacted Cards, that occurred between December 12, 2019 and May 1, 2020 in response to the Data Security Incident. Certain supporting documentation is required.
- **Other Costs Claims (Tier 3)**—As an alternative to Tiers 1 and 2, a cash payment per Class Member if you incurred any costs as a result of the Data Security Incident. No supporting documentation is required.

For Claim Forms to be valid, Claimants must provide all information requested under the "Class Member Information" page and must check and select their respective Tiers of claims. Claimants must also sign the (i) Claim Form attestation that appears at the end of each respective Tier selected, (ii) as well as the Claim Form Verification at the very end of the Claim Form.

Unless otherwise defined, all capitalized terms contained in this Claim Form have the same meaning as in the **Notice of Proposed Class Action Settlement**, (the "Notice") and the Settlement Agreement, which are both available at **www.WawaFinancialInstitutionSettlement.com** (the "Settlement Website"). It is important that you read the Notice. By signing and submitting this Claim Form, you will be certifying that you have read the Notice, including the terms of the Releases described in the Notice under the heading "*What is my financial institution giving up to get a payment or remain in the Settlement Class?*" and provided for in Section 8 of the Settlement Agreement.

## CLASS MEMBER INFORMATION (*REQUIRED*)

Name of Financial Institution / Settlement Class Member

Name of Authorized Representative of Financial Institution/Class Member

*First Name* *M.I.* *Last Name*

Your Title

Mailing Address

City State Zip Code

***(Note: this will be the mailing address the Settlement Administrator will send your check to)***

Phone

Email Address

Notice ID (*from Notice*)

Confirmation Code (*from Notice*)

## CANCELLATION & REPLACEMENT CLAIMS (TIER 1)

**Materials to Review Before Submitting this Claim:** Please review your records to determine if your financial institution issued: (1) one or more "Alerted On Payment Cards," which includes any payment card other than American Express (including debit and credit cards) that was identified as having been at risk as a result of the Data Security Incident: (i) in an alert in the MasterCard series ADC-008258-19, (ii) in an alert in the Visa series US-2019-0520a-PA, US-2019-0520b-PA, US-2019-0520c-PA, US-2019-0520d-PA, US-2019-0520e-PA, or US-2019-0520f-PA, and (iii) any payment card issued by a financial institution identified by Discover in the Litigation; ***or*** (2) issued any payment card, other than American Express, used at Wawa during the period of the incident March 4, 2019–December 12, 2019 (collectively the "**Impacted Cards**").

**Description of Payment:** Wawa has agreed to pay a minimum of $3,000,000 and a maximum of $18,500,000 towards Approved Claims made under this Tier. All Class Members who submit a valid Claim under this Tier are eligible to receive a cash payment of $5.00 for each Impacted Card cancelled and replaced between December 12, 2019 and May 1, 2020 in response to the Data Security Incident. The Settlement Administrator will adjust the per-card payment above $5.00 if the aggregate valid claims for this Tier are below $3,000,000, and will adjust the per-card payment below $5.00 if the aggregate valid claims for this Tier exceed $18,500,000.

**How to Claim Your Payment:** To claim under this Tier, you must identify and attest under penalty of perjury the total number of Impacted Cards you cancelled and replaced between December 12, 2019 and May 1, 2020 in response to the Data Security Incident. You are not required to provide any documentation.

**CLAIM YOUR PAYMENT:** If you wish to claim and receive your payment for Tier 1, please fill in the information below, check the attestation box, and sign the attestation:

1. This financial institution cancelled and replaced ___________ Impacted Cards between December 12, 2019 and May 1, 2020 in response to the Data Security Incident.

☐ I attest that this financial institution cancelled and replaced the above number of Impacted Cards between December 12, 2019 and May 1, 2020 in response to the Data Security Incident.

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied above is true and correct to the best of my knowledge.

Print Name: ______________________________________________

On behalf of (*Financial Institution/Class Member*): ______________________________

Signature: ______________________________ Date: ______________

Location: ______________________________________________

## FRAUD RELATED CLAIMS (TIER 2)

**Materials to Review Before Submitting this Claim:** Please review your records to determine if your financial institution issued: (1) one or more "Alerted On Payment Cards," which includes any payment card other than American Express (including debit and credit cards) that was identified as having been at risk as a result of the Data Security Incident: (i) in an alert in the MasterCard series ADC-008258-19, (ii) in an alert in the Visa series US-2019-0520a-PA, US-2019-0520b-PA, US-2019-0520c-PA, US-2019-0520d-PA, US-2019-0520e-PA, or US-2019-0520f-PA, and (iii) any payment card issued by a financial institution identified by Discover in the Litigation; or (2) issued any payment card, other than American Express, used at Wawa during the period of the incident March 4, 2019–December 12, 2019 (collectively the "**Impacted Cards**").

**Description of Payment:** Wawa has agreed to pay a total amount of up to $8,000,000 towards Approved Claims made under this Tier. The Settlement Administrator will value Approved Claims under this Tier at the amount of fraud loss validly identified by the Class Member, up to a maximum of $4,000 per Class Member. In the event that the total fraud losses validly claimed in all Approved Claims under this Tier exceeds $8,000,000, the Settlement Administrator will reduce the value of all Approved Claims under this Tier on a *pro rata* basis until the value of all Approved Claims under this Tier reaches exactly $8,000,000.

**How to Claim Your Payment:** To make a valid claim under this Tier, a Class Member must provide your requested reimbursement amount, submit reasonable supporting documentation to the Settlement Administrator, and a statement made under penalty of perjury indicating:

1. That your financial institution suffered financial loss in the form of unreimbursed out of pocket absorption or reimbursement to a card holder attributable to fraudulent charges on Impacted Cards;
2. That the fraudulent charges on the Impacted Cards resulted from a transaction that was either:
   a. card not present non-CVV[1]; or
   b. non-EMV processed[2]; and
3. That it occurred between December 12, 2019 and May 1, 2020.

**CLAIM YOUR PAYMENT:** If you wish to claim and receive your payment for Tier 2, please fill in the information below, submit and upload the required documentation, check the attestation box, and sign the attestation:

**CLICK HERE TO UPLOAD DOCUMENTATION**

*(If submitting the Claim Form by mail please attach your required documentation)*

**Total amount requested for reimbursement:** $__________________

☐ I attest that this financial institution (1) suffered financial losses in the form of unreimbursed out of pocket absorption or reimbursement to a card holder attributable to fraudulent charges on Impacted Cards in the above stated amount; (2) that the fraudulent charges on the Impacted Cards resulted from a transaction that was either: (a) card not present non-CVV, or (b) non-EMV processed; and (3) that it occurred between December 12, 2019 and May 1, 2020.

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied above is true and correct to the best of my knowledge.

Print Name: ______________________________________________

On behalf of (*Financial Institution/Class Member*): ______________________________

Signature: ______________________________ Date: ______________

Location: ______________________________________________

[1] A "card not present non-CVV" transaction means an online transaction where CVV code information was not requested or required to process the transaction.

[2] A "non-EMV processed" transaction means a transaction made where the card was present at the time of the transaction but required use of only a card's magnetic stripe to process the transaction, as contrasted with a transaction that requires an EMV chip to process the transaction.

## OTHER COSTS – ALTERNATIVE CLAIMS (TIER 3)

***(If you submit a claim under either or both Tier 1 and Tier 2 above, you are <u>ineligible</u> for Tier 3)***

**Description of Payment:** As an alternative to claims under Tier 1 or Tier 2, a Class Member may instead file a claim under Tier 3 for incurred costs as a result of the Data Security Incident. Wawa shall pay a total amount of up to $2,000,000 to satisfy Approved Claims under this Tier. The value of a claim made under this Tier will be a fixed amount calculated by dividing $2,000,000 by the estimated number of Class Members.

**How to Claim Your Payment:** To claim under this Tier, you must attest under penalty of perjury that your financial institution incurred costs as a result of the Data Security Incident. You are not required to provide any documentation.

The Tier 3 amount serves as a *minimum* claim value for all Class Members who submit valid claims. In the event that a Class Member submits an Approved Claim under Tier 1, Tier 2, or both, but the combined value of such claim is less than the fixed value of a Tier 3 claim, the Settlement Administrator will increase the value of that Class Member's claim to match the Tier 3 amount and convert the Class Member's claim into a Tier 3 claim. Any claims converted to Tier 3 claims will not be included in calculation of any *pro rata* adjustment made to Tier 1 and Tier 2 claims.

**CLAIM YOUR PAYMENT:** If you wish to claim and receive your payment for Tier 3, please check the attestation box and sign the attestation below:

☐ I attest that this financial institution incurred costs as a result of the Data Security Incident.

I declare under penalty of perjury under the laws of the United States and the state where this Claim Form is signed that the information supplied above is true and correct to the best of my knowledge.

Print Name: ______________________________________________

On behalf of (*Financial Institution/Class Member*): ______________________________

Signature: ______________________________ Date: ______________

Location: ______________________________________________

## CLAIM FORM VERIFICATION (REQUIRED FOR ALL TIERS)

The Authorized Representative of the Class Member hereby certifies on behalf of the Class Member that:

1. The financial institution has read the Notice and Claim Form, including the descriptions of the Releases provided for in the Settlement Agreement.
2. The financial institution is Class Member and is not excluded from the Settlement Class.
3. The financial institution has not submitted a Request for Exclusion.
4. The financial institution has not submitted any other claim in this Action and knows of no other person having done so on our behalf.
5. The financial institution submits to the jurisdiction of the Court with respect to our claim and for purposes of enforcing the releases set forth in any Final Judgment that may be entered in the Action.
6. The financial institution acknowledges that, as of the Effective Date of the Settlement, pursuant to the terms set forth in the Settlement Agreement, and by operation of law and the Final Judgment, the financial institution shall be deemed to release and forever discharge and shall be forever enjoined from prosecuting any claims relating to the Data Security Incident and the Released Claims against Wawa, Inc. and the Released Parties (as more fully defined in the Settlement Agreement and/or Final Judgment).
7. I certify that I have legal rights and authorization from the entity to file this Claim Form on the financial institution's behalf.

**By submitting this Claim Form, the Authorized Representative of the Class Member, in addition to the above certifications and acknowledgements, hereby declares under penalty of perjury under the laws of the United States of America and the state where this Claim Form is signed that it is eligible to make a claim in this Settlement and that all statements in this Claim Form, including any attachments, spreadsheets, or written explanations accompanying this Claim Form, which are incorporated by reference herein, are true and correct. The above-named Class Member understands that the claim made in this Claim Form may be subject to audit, verification, and Court review**.

Financial Institution/Class Member: ______________________________

Signature of Authorized Representative of Class Member: ______________________________

Date: ______________________

Location: ______________________________

**THIS CLAIM FORM MUST BE SUBMITTED ON THE SETTLEMENT WEBSITE NO LATER THAN 11:59 P.M. EASTERN TIME ON AUGUST 12, 2024, OR MAILED TO THE SETTLEMENT ADMINISTRATOR BY PREPAID, FIRST-CLASS MAIL POSTMARKED NO LATER THAN AUGUST 12, 2024 TO:**

Wawa Financial Institution Data Security Settlement
c/o Analytics Consulting LLC, Settlement Administrator
P.O. Box 2009
Chanhassen, MN 55317-2009

**PLEASE KEEP A COPY OF THIS CLAIM FORM AND ATTACHMENTS IF SUBMITTING BY MAIL.**

# EXHIBIT C

We are the Court-appointed Settlement Administrator for *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.). We write regarding your financial institution's eligibility to receive a payment from a class action settlement reached as a result of a Data Incident that the Wawa announced in 2019.

We are reaching out to you because data we have received from Visa, MasterCard, and/or Discover identified your financial institution as having issued one or more payment cards that were alerted upon by the card brands and identified as having been at risk as a result of the Data Incident. Your financial institution should already have received notice of the settlement via first-class mail.

Three types of claims may be made under the Settlement:

1. **Cancellation & Replacement Claims (Tier 1):** Eligible Settlement Class Members who submit a valid claim will receive $5.00 per Alerted On Payment Card;

2. **Fraud Related Claims (Tier 2):** Eligible Class Members may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses; and

3. **Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 and Tier 2, Eligible Settlement Class Members who submit a valid claim will receive a fixed *pro rata* amount.

Your financial institution may submit a claim form on the settlement website at:
**www.WawaFinancialInstitutionSettlement.com**.

Your financial institution's Claim Number is: XXX
The PIN associated with your Claim Number is: XXX

All claim forms must be submitted by no later than **August 12, 2024**.

If you have any questions or need assistance filing an online claim, please contact the Settlement Administrator at info@WawaFinancialInstitutionSettlement.com, or by calling 1-855-391-9265.

**Wawa Financial Institution Data Security Settlement**
c/o Analytics Consulting LLC
P.O. Box 2009
Chanhassen, MN 55137-2009

**IMPORTANT LEGAL NOTICE**

Claim Number: 1111111 PIN: a@b#c$d
ABC1234567890
JOHN Q CLASSMEMBER
123 MAIN ST
APT 1
ANYTOWN, ST 12345

# EXHIBIT D




HAUSFELD




LITE DEPALMA GREENBERG & AFANADOR

*BARCODE*




00000-T999999 P0 #

Claim Number: 9999999999

PIN: PIN

NAME1
NAME2
NAME3
NAME4
ADDRESS1
ADDRESS2
CITY ST ZIP
COUNTRY

**Attention: Debit/Credit Card Unit**

August 1, 2024

**RE: Settlement Funds Available for Distribution to Financial Institutions**
***In Re Wawa, Inc. Data Security Litig.* (Case No. 19cv6019, E.D. Pa.)**

To Whom It May Concern:

The undersigned attorneys have been appointed by the United States District Court for the Eastern District of Pennsylvania to represent a settlement class of financial institutions such as yours that may have been injured as a result of the 2019 Wawa data security incident.

By now, your financial institution should have received some mail notice about its eligibility to receive payment from a $28.5 million settlement reached in connection with a class action lawsuit arising from the 2019 data security incident at Wawa. According to records provided to the claims administrator by the card brands, NAME1 issued IMPACTE cards that were impacted by the Wawa data security incident. **You are entitled to submit a claim for up to $5 per impacted card that you cancelled and reissued.**

The settlement provides compensation for three types of claims:

- **Tier 1**: Card Replacement Claims – up to $5 per reissued card;
- **Tier 2:** Fraud Claims – up to $4,000 per institution; and
- **Tier 3**: Other/Alternative Claims – up to $400 per institution that issued at least one compromised payment card.

Filing a claim under one or more of the categories above is simple.

Claiming under **Tier 1** (cancel and replace) could not be easier. Simply confirm that your financial institution cancelled and replaced qualifying cards as a result of the data breach incident and certify the number of cancelled and replaced cards. No further documentation is required.

Claiming under **Tier 2** (fraud) requires your institution to provide reasonable supporting documentation, e.g., quantifying the amount lost due to fraud, and a statement regarding the financial loss.

Finally, under **Tier 3** (other costs), any financial institution impacted by the data breach that does not submit a claim under Tier 1 and/or Tier 2 can opt to receive up to $400 with no additional documentation. If the amount claimed under Tier 1 or Tier 2 is below this amount, your institution will receive a payment from this tier.

**All claims must be filed by August 12, 2024.** You may file your claim online. More details regarding the settlement and links to the claim form can be found on the settlement website, https://wawafinancialinstitutionsettlement.com/. You may also contact the claims administrator via email at info@WawaFinancialInstitutionSettlement.com; by telephone at 1-855-391-9265; and by mail, Wawa Financial Institution Data Security Settlement, c/o Analytics Consulting LLC, Settlement Administrator, P.O. Box 2009, Chanhassen, MN 55317-2009.

Sincerely,

*/s/ Christian Levis*
Christian Levis
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601

*/s/ Jeannine M. Kenney*
Jeannine M. Kenney
**HAUSFELD LLP**
325 Chestnut St #900
Philadelphia, PA 19106

*/s/ Gary F. Lynch*
Gary F. Lynch
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*/s/ Mindee J. Reuben*
Mindee J. Reuben
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street
Suite 1200
Philadelphia, PA 19102

# EXHIBIT E

**Kari Schmidt**

**From:** Wawa Financial Institution Data Security Settlement Administrator <notice@noticeadministrator.com>
**Sent:** Wednesday, May 8, 2024 10:12 AM
**To:** Kari Schmidt
**Subject:** Legal Notice: Wawa Financial Institution Data Security Settlement

You don't often get email from notice@noticeadministrator.com. Learn why this is important

File Your Claim

Claim #:
PIN:

## Legal Notice:
## Wawa Financial Institution Data Security Settlement

We are the Court-appointed Settlement Administrator for *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.). We write regarding your financial institution's eligibility to receive a payment from a class action settlement reached as a result of a Data Security Incident that Wawa announced on December 19, 2019.

We are reaching out to you because data we have received from Visa, MasterCard, and/or Discover identified your financial institution as having issued one or more payment cards that were alerted upon by the card brands and identified as having been at risk as a result of the Data Security Incident. Your financial institution should already have received notice of the settlement via first-class mail.

Three types of claims may be made under the Settlement:
**1. Cancellation & Replacement Claims (Tier 1):** Eligible Settlement Class Members who submit a valid claim will receive $5.00 per Alerted On Payment Card;
**2. Fraud Related Claims (Tier 2):** Eligible Class Members may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses; and
**3. Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 and Tier 2, Eligible Settlement Class Members who submit a valid claim will receive a fixed *pro rata* amount.

**Settlement Class Members may make claims under (i) either or both Tier 1 and Tier 2, or (ii) Tier 3, but not all three tiers.**

Your financial institution may submit a claim form on the settlement website.

File Your Claim

Claim #:
PIN:

Your financial institution's Claim Number is:
The PIN associated with your Claim Number is:

All claim forms must be submitted no later than **August 12, 2024**.

The full terms associated with the settlement, as well as the Court-approved notice, are also available on the settlement website at: www.wawafinancialinstitutionsettlement.com.

If you have any questions, or need assistance determining the total number of Alerted-On Payment Cards issued by your financial institution, please contact the Settlement Administrator at info@WawaFinancialInstitutionSettlement.com, or by calling 1-855-391-9265.

Wawa Financial Institution Data Security Settlement | P.O. Box 2009, Chanhassen, MN 55317

Unsubscribe {recipient's email}

Constant Contact Data Notice

Sent by notice@noticeadministrator.com

believe you have received the message in error, please contact the author by replying to this message. Constant Contact takes reports of abuse very seriously. If

# EXHIBIT F

**Kari Schmidt**

**From:** Credit Union Times Partner <cutimes@alm.com>
**Sent:** Thursday, June 13, 2024 9:00 AM
**To:** Kari Schmidt
**Subject:** CUs Can Now File Claims in Wawa Data Breach Settlement

You don't often get email from cutimes@alm.com. Learn why this is important

To view this email as a web page, click here.

ALM | CREDIT UNION TIMES




# CUs Can Now File Claims in Wawa Data Breach Settlement

Credit unions can now file claims for payment from a $28.5 million settlement in a long-running lawsuit against Wawa convenience stores over a 2019 data breach.

Under the settlement, any U.S. financial institution, including credit unions, that issued a Visa, MasterCard, or Discover branded payment card and received an alert from one of the card brands indicating that cards they issues may have been compromised in the Wawa breach is eligible to file for compensation.

Three types of claims may be made under the settlement:

1. **Cancellation & Replacement Claims (Tier 1):** Eligible credit unions who submit a valid claim may receive up to $5.00 per card replaced as a result of the data breach;
2. **Fraud Related Claims (Tier 2):** Eligible credit unions may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses; and
3. **Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 and Tier 2, eligible credit unions who submit a valid claim may receive a fixed pro rata payment amount.

**ALL CLAIM FORMS MUST BE SUBMITTED NO LATER THAN AUGUST 12, 2024.**

The claims portal can be found at: www.wawafinancialinstitutionsettlement.com.

Credit unions that issued alerted-on cards should have received a claim form in the mail with a unique identifier and PIN.

If you did not receive a claim form, have any questions, or need assistance obtaining the unique identifier and PIN assigned to your credit union, please contact the Claims Administrator at info@WawaFinancialInstitutionSettlement.com, or by calling 1-855-391-9265.

FILE A CLAIM

Our mailing address is:
**Wawa Financial Institution Data Settlement**
**c/o Settlement Administrator**
**PO Box 2009**
**Chanhassen, MN 55317-2009**
If you no longer wish to receive promotional emails from the Wawa Financial Institution Data Settlement,
please send an email to UnsubscribeWawaDataSettlement@noticeadministrator.com with "Opt-out" in the subject line.

---

This email was sent to: **kschmidt@analyticsllc.com**
This email was sent by: **ALM Global, LLC**
150 East 42nd Street, Mezzanine Level, New York, NY 10017 USA
877-256-2472




If you would like to opt-out from receiving marketing emails from Credit Union Times Partner, please click here.

If you would like to manage your email preferences, visit your email preferences center here.
Privacy Policy | Terms & Conditions
© 2024 ALM Global, LLC. All Rights Reserved.

**Kari Schmidt**

**From:** Credit Union Times Partner <cutimes@alm.com>
**Sent:** Tuesday, July 9, 2024 9:00 AM
**To:** Kari Schmidt
**Subject:** Deadline is Approaching to File Claims in Wawa Data Breach Settlement

You don't often get email from cutimes@alm.com. Learn why this is important

To view this email as a web page, click here.

ALM | CREDIT UNION TIMES




The deadline is quickly approaching to file claims for payment from a $28.5 million settlement in a long-running lawsuit against Wawa convenience stores over a 2019 data breach. Claim forms must be submitted online or postmarked no later than **AUGUST 12, 2024.**

Under the settlement, any U.S. financial institution, including credit unions, that issued a Visa, MasterCard, or Discover branded payment card and received an alert from one of the card brands indicating that cards they issues may have been compromised in the Wawa breach is eligible to file for compensation.

Three types of claims may be made under the settlement:

1. **Cancellation & Replacement Claims (Tier 1):** Eligible credit unions who submit a valid claim may receive up to $5.00 per card replaced as a result of the data breach;
2. **Fraud Related Claims (Tier 2):** Eligible credit unions may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses; and
3. **Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 and Tier 2, eligible credit unions who submit a valid claim may receive a fixed pro rata payment amount.

**ALL CLAIM FORMS MUST BE SUBMITTED NO LATER THAN AUGUST 12, 2024.**

The claims portal can be found at: www.wawafinancialinstitutionsettlement.com.

Credit unions that issued alerted-on cards should have received a claim form in the mail with a unique identifier and PIN.

If you did not receive a claim form, have any questions, or need assistance obtaining the unique identifier and PIN assigned to your credit union, please contact the Claims

Administrator at info@WawaFinancialInstitutionSettlement.com, or by calling 1-855-391-9265.

FILE A CLAIM

Our mailing address is:
**Wawa Financial Institution Data Settlement**
**c/o Settlement Administrator**
**PO Box 2007**
**Chanhassen, MN 55317-2007**
If you no longer wish to receive promotional emails from the Wawa Financial Institution Data Settlement,
please send an email to UnsubscribeWawaDataSettlement@noticeadministrator.com with "Opt-out" in the subject line.

---

This email was sent to: **kschmidt@analyticsllc.com**
This email was sent by: **ALM Global, LLC**
150 East 42nd Street, Mezzanine Level, New York, NY 10017 USA
877-256-2472




If you would like to opt-out from receiving marketing emails from Credit Union Times Partner, please click here.

If you would like to manage your email preferences, visit your email preferences center here.
Privacy Policy | Terms & Conditions
© 2024 ALM Global, LLC. All Rights Reserved.

**Kari Schmidt**

**From:** Credit Union Times Partner <cutimes@alm.com>
**Sent:** Thursday, August 1, 2024 9:00 AM
**To:** Kari Schmidt
**Subject:** Less Than Two Weeks Remain to File Claims in Wawa Data Breach Settlement

To view this email as a web page, click here.

ALM | CREDIT UNION TIMES




Less than two weeks remain to file claims for payment from a $28.5 million settlement in a long-running lawsuit against Wawa convenience stores over a 2019 data breach. Claim forms must be submitted online or postmarked no later than **AUGUST 12, 2024.**
Under the settlement, any U.S. financial institution, including credit unions, that issued a Visa, MasterCard, or Discover branded payment card and received an alert from one of the card brands indicating that cards they issues may have been compromised in the Wawa breach is eligible to file for compensation.
Three types of claims may be made under the settlement:

1. **Cancellation & Replacement Claims (Tier 1):** Eligible credit unions who submit a valid claim may receive up to $5.00 per card replaced as a result of the data breach;
2. **Fraud Related Claims (Tier 2):** Eligible credit unions may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses; and
3. **Other Costs – Alternative Claims (Tier 3):** As an alternative to claims under Tier 1 and Tier 2, eligible credit unions who submit a valid claim may receive a fixed pro rata payment amount.

**ALL CLAIM FORMS MUST BE SUBMITTED NO LATER THAN AUGUST 12, 2024.**
The claims portal can be found at: www.wawafinancialinstitutionsettlement.com.
Credit unions that issued alerted-on cards should have received a claim form in the mail with a unique identifier and PIN.
If you did not receive a claim form, have any questions, or need assistance obtaining the unique identifier and PIN assigned to your credit union, please contact the Claims Administrator at info@WawaFinancialInstitutionSettlement.com, or by calling 1-855-391-9265.

**FILE A CLAIM**

Our mailing address is:
**Wawa Financial Institution Data Settlement**
**c/o Settlement Administrator**
**PO Box 2007**
**Chanhassen, MN 55317-2007**
If you no longer wish to receive promotional emails from the Wawa Financial Institution Data Settlement,
please send an email to UnsubscribeWawaDataSettlement@noticeadministrator.com with "Opt-out" in the subject line.

---

This email was sent to: **kschmidt@analyticsllc.com**
This email was sent by: **ALM Global, LLC**
150 East 42nd Street, Mezzanine Level, New York, NY 10017 USA
877-256-2472




If you would like to opt-out from receiving marketing emails from Credit Union Times Partner, please click here.

If you would like to manage your email preferences, visit your email preferences center here.
Privacy Policy | Terms & Conditions
© 2024 ALM Global, LLC. All Rights Reserved.

# EXHIBIT G








# LEGAL NOTICE

April 15, 2024 Reading Time: 4 mins read

**SPONSORED CONTENT PRESENTED BY ANALYTICS CONSULTING LLC**

**If your financial institution issued one or more payment cards identified as having been at risk as a result of the Data Security Incident that Wawa, Inc. announced on December 19, 2019, your financial institution could get a payment from a class action settlement.**

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

***Your financial institution's legal rights are affected whether you act or do not act. Read this Notice carefully.***

A settlement has been reached to resolve class action lawsuits against Wawa, Inc. ("Wawa") brought by financial institutions as a result of a data security incident Wawa announced on December 19, 2019, which affected approximately 30 million payment cards (the "Data Security Incident"). If your financial institution ("you") qualifies, you may submit a claim form to receive benefits, or you can exclude yourself from the Settlement, or object to it. The U.S. District Court for the Eastern District of Pennsylvania authorized this Notice. Before any money is paid, the Court will have a hearing to decide whether to approve the Settlement.

**Who Is Included?**

You are a member of the Settlement Class if:

1. You are a financial institution in the United States (including its Territories and the District of Columbia); **and**
2. You issued one or more payment cards (including debit and credit cards) identified as having been compromised by the Data Security Incident in an alert or similar document by Visa, MasterCard, or Discover ("Alerted On Payment Card"), or any payment card other than American Express, that was used at a Wawa location between March 4, 2019 and December 12, 2019. (*See*WawaFinancialInstituionSettlement.com for more details as to the payment cards that are included.)

### What Is This Case About?

In the class action lawsuits collectively referred to as the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation*, Case No. 2:19-cv-06019 (E.D. Pa.), certain financial institutions (the "Financial Institution Plaintiffs") asserted claims against Wawa for alleged negligence and negligence *per se*, and injunctive and declaratory relief related to the Data Security Incident. The Financial Institution Plaintiffs (on behalf of the Settlement Class) sought to recover damages in the lawsuits for the expense of payment card reissuance, amounts paid to cover fraudulent payment card charges, and other costs allegedly incurred as a result of the Data Security Incident. Wawa denies the allegations, any wrongdoing, and any liability to the Financial Institution Plaintiffs and the Settlement Class. The Court has not decided whether Wawa has any legal liability.

### What Does the Settlement Provide?

Under the Settlement, Wawa will fund a settlement of up to $28.5 million for claims-made payments to Settlement Class Members who timely submit valid claims. Three types of claims may be made: For Cancellation and Replacement Claims (Tier 1), eligible Settlement Class Members who submit a valid claim will receive $5.00 per Alerted On Payment Card that was cancelled and replaced between December 12, 2019 and May 1, 2020, as a result of the Data Security Incident. The per-card payment may be below $5.00 if the aggregate valid claims for this Tier exceed $18.5 million. For Fraud Related Claims (Tier 2), Settlement Class Members may receive up to $4,000 if they file a valid claim for reimbursement of certain documented fraud losses incurred from transactions that occurred between December 12, 2019 and May 1, 2020, as a direct result of the Data Security Incident. Wawa's maximum obligation for Tier 2 claims is $8 million. More information about the types of claims and the information required

to file them is available at the Settlement Website. As an alternative to claims under Tier 1 or Tier 2, a Settlement Class Member may instead file a claim under Tier 3. The value of a claim made under Tier 3 will be a fixed amount calculated by dividing $2 million by the estimated number of Class Members ultimately confirmed in discovery (the "Tier 3 amount"). To illustrate: if there are 5,000 class members, the value of a claim under this tier will be $400 per claimant. The Tier 3 amount will also serve as a minimum claim value for all Class Members who submit valid claims. In addition, if approved by the Court, Wawa will pay up to $9 million in attorneys' fees, expenses, Service Awards for the three Settlement Class Representatives of up to $10,000, and administration costs.

**How Do You Ask for a Payment?**

A detailed Notice and Claim Form package contains everything you need. Just call the number or visit the Settlement Website below to get a Claim Form. To qualify for a payment, you must send in a complete and valid Claim Form, which can be submitted electronically or by mail. Claim Forms must be submitted electronically, and if mailed postmarked, by **AUGUST 12, 2024**.

**What Are Your Other Options?**

If you do not want to be legally bound by the Settlement, you must exclude yourself by **JUNE 26, 2024,** or you will not be able to sue, or continue to sue, Wawa or any other Defendants' Released Persons (as defined in the Settlement Agreement) for any of the claims resolved by the Settlement. To exclude yourself, you must provide all required information. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement Class but wish to object, you must do so by **JUNE 26, 2024**. Details for excluding yourself or objecting to the Settlement can be found in the Settlement Agreement available on the Settlement Website.

The Court will hold a hearing in this case at **10:00 a.m.** on **DECEMBER 18, 2024**, to consider whether to approve the Settlement. At the hearing, the Court will also consider a request by the lawyers representing all Settlement Class Members for attorneys' fees, costs, and expenses for investigating the facts, litigating the case, and negotiating the Settlement, as well as for Service Awards to the Settlement Class Representatives for their time participating in the case. You may ask to appear at the hearing, but you do not have to.

For more information, call toll free at 1-855-391-9265 or visit www.WawaFinancialInstitutionSettlement.com.

ADVERTISEMENT

**Tags:** Data security Payment cards

Share Tweet Pin

## Related Posts




### Why It May Be Time for Your Bank to Expand into Dealer Commercial Lending

SPONSORED CONTENT APRIL 18, 2024

SPONSORED CONTENT PRESENTED BY DATASCAN Your community bank is the financial heart of the region. Businesses and families count on...




### ERM Model Risk and AI

COMPLIANCE – SPONSORED CONTENT APRIL 3, 2024

SPONSORED CONTENT PRESENTED BY PROTECHT GROUP By Jared Siddle Director of Risk, North America, Protecht Group Building a Robust Model...

## The Federal Reserve's Nick Stanescu shares what's next for

ALM | CREDIT UNION TIMES NOT FOR REPRINT

Page Printed from: *cutimes.com/2024/06/07/deadline-to-file-claims-in-wawa-data-breach-settlement-is-approaching/?slreturn=20240607160901*

SPONSORED CONTENT

# DEADLINE TO FILE CLAIMS IN WAWA DATA BREACH SETTLEMENT IS APPROACHING

**BY ANALYTICS CONSULTING LLC, CLAIMS ADMINISTRATOR**

**PRESENTED BY** ANALYTICS



Credit unions can now file claims for payment from a $28.5 million settlement in a long-running lawsuit against Wawa convenience stores over a 2019 data breach. Eligible credit unions may receive up to $5 per card replaced as a result of the breach, and up to $4,000 for losses related to fraud. The deadline to file a claim is August 12, 2024.

Wawa announced the data breach in December 2019, reporting that malware had been installed on Wawa's payment processing servers, affecting customer payment card information used at potentially all Wawa locations for more than nine months before it was contained. Three credit unions filed lawsuits on behalf of financial institutions issuing the approximately 30 million payment cards allegedly compromised in the breach. The settlement between Wawa and the credit unions was announced last year. As reported by *CU Times*, the federal judge presiding over the lawsuits preliminarily approved the deal, paving the way for credit unions to receive payment.

Under the settlement, any U.S. financial institution, including

credit unions, that issued a Visa, MasterCard, or Discover branded payment card and received an alert from one of the card brands indicating that cards they issues may have been compromised in the Wawa breach is eligible to file for compensation.

**"This settlement is unique from other data breach settlements because the per-card payment for cancellation and replacement provides greater compensation for credit unions that had to incur those costs to mitigate the risk of fraud," said Mindee Reuben, a lawyer representing the credit unions filing the lawsuit.**

Financial institutions can make either or both Tier 1 and Tier 2 claims, or make a Tier 3 claim as an alternative, Reuben said. Any claimant that files a Tier 1 or Tier 2 claim that would receive a higher payment under Tier 3 will automatically receive the higher Tier 3 amount.

Credit unions that issued alerted-on cards should have received a claim form in the mail with a unique identifier and PIN. Lawyers for the plaintiffs said that any credit union that received alerts from the card brands in connection with the Wawa data breach but that did not receive a claim form in the mail can contact the Claims Administrator at (855) 391-9265 or info@WawaFinancialInstitutionSettlement.com for assistance.

All information regarding the Wawa Financial Institution Settlement, including copies of the settlement agreement, class notice, and claim form, can be found on the settlement website at **https://www.wawafinancialinstitutionsettlement.com/**.



**To qualify for a payment, credit unions must send in a complete and valid claim form via mail or electronically on the website no later than AUGUST 12, 2024.**

**FILE A CLAIM**

**https://wawadatabreach.claims-administrator.com**

Wawa Financial Institution Data Security Settlement

c/o Analytics Consulting LLC, Claims Administrator

P.O. Box 2009

Chanhassen, MN 55317-2009

1-855-391-9265

info@WawaFinancialInstitutionSettlement.com

www.WawaFinancialInstitutionSettlement.com

## Trending Stories

1. **Florida Woman Makes Unusual Threat in Credit Union Branch Robbery**

2. **3 Credit Unions & One Vendor Hire, Promote Talent**

3. **ESL Federal Credit Union Plans to Acquire Generations Bank for $26.2 Million**



4. **MSUFCU Opens Its Doors in Chicago**

# EXHIBIT H



April 25, 2024

Wawa's Counsel
Gregory T. Parks
Kristin M. Hadgis
MORGAN LEWIS 7 BOCKIUS, LLP
1701 Market Street
Philadelphia, PA 19103

RE: Request for Exclusion

This letter is in regard to the settlement for the "Financial Institution Track" of In re Wawa, Inc. Data Security Litigation, Case No. 2:19-cv-06019 (E.D. Pa.). Metro CU Federal Credit Union located at 14517 F Street Ste 211 Omaha, NE 68137 Phone number 402-551-3052. We request to be excluded from the Settlement Class.

Visa alert Series US-2019-0520a-PA, US-2019-0520b-PA, US-2019-0520c-PA, US-2019-0520d-PA, US-2019-0520e-PA, US-2019-0520f-PA listed a total of 179 payment cards issued by Metro CU Federal Credit Union that were identified as having been at risk as a result of the Data Breach.

I, Nikki Delgado, am acting on behalf of Metro CU Federal Credit Union.

Nikki Delgado
nikkid@metrofcu.org
Director of Support Services
402-552-7127
14517 F Street STE 211
Omaha, NE 68137

Sincerely,

Nikki Delgado

Nikki Delgado

ALEC®
325 Tri-State Parkway
Gurnee, IL 60031

CAROL STREAM IL 601
17 JUN 2024 PM 9 L

US POSTAGE PITNEY BOWES
ZIP 60031 $ 000.64⁰
02 4W
0000383765 JUN 17 2024



1910382987 C001

5001LG



June 17, 2024

**Wawa's Counsel**
Gregory T. Parks
Kristin M. Hadgis
**MORGAN LEWIS & BOCKIUS, LLP**
1701 Market Street
Philadelphia, PA 19103

Re: Request for Exclusion

To whom it may concern:

Please exclude Abbott Laboratories Employees Credit Union (ALEC) 325 Tri-State Parkway, Gurnee, IL 60031, 847.688.8000 from the settlement: the "Financial Institution Track" of *In re Wawa, Inc. Data Security Litigation, Case No. 2:19-cv-06019* E.D. Pa.

The total number of Alerted on Payment Cards is 239.

If you have any questions, please contact us.

Sincerely,

**Sachet Kamin**
Director of Risk
ALEC
325 Tri-State Parkway
Gurnee, IL 60031
p: 847.249.9460
f: 847.789.7996
skamin@alecu.org