IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-cv-06019 |
| | The Honorable Kelley Brisbon Hodge |
| *This Document Applies to the Financial Institutions Track* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Financial Institution Plaintiffs' Motion for Award of Attorneys' Fees, Expenses, Service Awards & Costs of Settlement Administration along with Memorandum of Law in Support and associated exhibits and declarations, was served via this Court's ECF system on October 9, 2024.

Dated: October 9, 2024

Respectfully submitted,

/s/ Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR, LLC
Mindee J. Reuben (PA ID 75308)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

1010309.1