IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION**<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley Brisbon Hodge |

**FINANCIAL INSTITUTION PLAINTIFFS' AMENDED MOTION FOR FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Financial Institution Plaintiffs Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union ("FI Plaintiffs"), by and through their undersigned counsel, hereby by move this Court for entry of an Order approving the Amended Motion for Final Approval of Proposed Class Action Settlement.

This Motion relies upon and incorporates the accompanying Amended Memorandum of Law in Support; the Declaration of The Honorable Diane M. Welsh, U.S.M.J. (Ret.) of JAMS; the Amended Declaration of Kari L. Schmidt of Analytics Consulting LLC, and the exhibits attached thereto; the Amended Joint Declaration of Gary F. Lynch, Christian Levis, Jeannine M. Kenney, and Mindee J. Reuben, and the exhibits attached thereto. A [Proposed] Final Approval Order and Judgment is attached.

Dated: October 21, 2024

*/s/ Mindee J. Reuben*
Mindee J. Reuben (PA ID 75308)
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
Email: mreuben@litedepalma.com

1011247.1

Gary F. Lynch (PA ID 56887)
Jamisen A. Etzel
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Email: gary@lcllp.com
Email: jamisen@lcllp.com

Jeannine M. Kenney (PA ID 307635)
**HAUSFELD LLP**
325 Chestnut Street, #900
Philadelphia, PA 19106
Telephone: (215) 985-3270
Email: jkenney@hausfeld.com

Christian Levis (*pro hac vice*)
Amanda G. Fiorilla (*pro hac vice*)
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Email: clevis@lowey.com
Email: afiorilla@lowey.com

Anthony M. Christina (PA ID 322528)
**LOWEY DANNENBERG, P.C.**
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Telephone: (215) 399-4770
Email: achristina@lowey.com

*Class Counsel for Financial Institution Plaintiffs*

2

1011247.1