IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** <br><br> *This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019 <br><br> The Honorable Kelley Brisbon Hodge |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Financial Institution Plaintiffs' Amended Motion for Final Approval along with Amended Memorandum of Law in Support and associated exhibits and declarations, was served via this Court's ECF system on October 21, 2024.

Dated: October 21, 2024

Respectfully submitted,

/s/ Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR, LLC
Mindee J. Reuben (PA ID 75308)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

1011248.1