IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-cv-06019 |
| | The Honorable Kelley Brisbon Hodge |
| *This Document Applies to the Financial Institutions Track* | |

**FINANCIAL INSTITUTION TRACK PLAINTIFFS'
AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES,
EXPENSES, SERVICE AWARDS
& COSTS OF SETTLEMENT ADMINISTRATION**

Financial Institution Plaintiffs Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union ("FI Plaintiffs"), by and through their undersigned counsel, hereby by move this Court for entry of an Order approving the Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards, and Costs of Settlement Administration. This Amended Motion relies upon and incorporates FI Plaintiffs' Amended Memorandum of Law in Support and the supporting exhibits and declarations filed herewith. A proposed Order is attached.[1]

Dated: October 21, 2024                Respectfully submitted,

                                        /s/ Mindee J. Reuben
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben (PA ID 75308)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

---

[1] FI Plaintiffs expect to submit a revised proposed Order in advance of the December 18, 2024 Final Approval Hearing to address additional costs and expenses, particularly those incurred by the claims administrator.

1011246.1

*Liaison Counsel for Financial Institution Plaintiffs*
**LYNCH CARPENTER LLP**
Gary F. Lynch (PA ID 56887)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
gary@lcllp.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted pro hac vice)
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770
clevis@lowey.com

**HAUSFELD LLP**
Jeannine M. Kenney (PA ID 307635)
325 Chestnut St #900
Philadelphia, PA 19106
Tel: (215) 985-3270
jkenney@hausfeld.com

*Co-Lead Class Counsel for Financial Institution Plaintiffs*

1011246.1