IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION**<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley Brisbon Hodge |

**[PROPOSED] ORDER GRANTING FINANCIAL INSTITUTION PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, SERVICE AWARDS AND COSTS OF SETTLEMENT ADMINISTRATION**

AND NOW, this ____ day of _____, 202_, upon consideration of Financial Institution Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards and Costs of Settlement Administration, it is hereby ORDERED that said Motion is GRANTED:

1. Counsel for the Financial Institution Plaintiffs ("FI Counsel") are awarded attorneys' fees in the amount of $8.5 million. Based upon the related briefing and oral argument and, in particular, the novel relief provided by this Settlement Agreement and individual outreach performed by counsel, a multiplier of 1.49 is appropriate in calculating attorneys' fees in this case.

2. FI Counsel are awarded reimbursement of $82,993.06 in litigation and individual firm expenses.

3. FI Counsel are awarded $3,460.75 for costs incurred but not yet paid relating to their document review platform.

4. Each of the three Settlement Class Representatives are awarded $5,000.00 for the services they have rendered to the Settlement Class in this litigation.

1011244.2

5.      FI Counsel are awarded $_____ for costs associated with notice and settlement administration costs incurred as of December __, 2024, payable to the Court-appointed settlement administrator, Analytics Consulting, LLC. FI Counsel are also awarded $_____, representing the amount of costs that the settlement administrator estimates and has agreed to accept as payment for final distribution of the settlement funds.[1]

6.      Class Counsel are responsible for allocating and distributing attorneys' fees and expenses among counsel for FI Plaintiffs.

7.      The Court retains jurisdiction over the Settlement Agreement to include resolution of any matters which may arise relating to allocation and distribution of attorneys' fees and expenses.

IT IS SO ORDERED.

                                                                                                          _____
                                                                                                          KELLEY B. HODGE
                                                                                                          United States District Court

---

[1] FI Plaintiffs expect to submit a supplemental declaration from the settlement administrator as well as a revised proposed Order in advance of the December 18, 2024 Final Approval Hearing to address additional costs and expenses incurred by the claims administrator.

1011244.2