IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-cv-06019 |
| | The Honorable Kelley Brisbon Hodge |
| *This Document Applies to the Financial Institutions Track* | |

**STIPULATION AND ORDER
TO MODIFY DEADLINES RELATING TO AMENDED MOTION
FOR ATTORNEYS' FEES, EXPENSES AND SERVICE AWARDS AND MOTION FOR
<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1. On October 9, 2024, in accordance with this Court's Order of September 11, 2024 (Docket No. 455), Financial Institution Plaintiffs ("FI Plaintiffs") filed (i) their Motion for Attorneys' Fees, Expenses, Service Awards & Costs of Settlement Administration ("Fee Motion") with supporting declarations, Docket No. 458, and (ii) their Motion for Final Approval of Class Action Settlement ("Final Approval Motion") with the same supporting declarations, Docket No. 457.

2. After filing, the Parties identified a miscalculation in the tiered allocation of claims payable to Settlement Class Members and filed amended versions of their submissions to correct the issue. Docket Nos. 460 (final approval) and 461 (fees and expenses).

3. The current deadline for objections to the Fee Motion is October 29, 2024 (Docket No. 455).[1]

---

[1] The deadline to object to the Settlement passed on June 26, 2024 (Docket No. 436), and no objections were filed.

1011237.1

4. However, because FI Plaintiffs filed amended materials on October 21, 2024, the Parties believe that it is appropriate to extend the objection deadline to November 11, 2024. This is slightly more than the twenty days allotted for objections under the September 11, 2024 Order due to an intervening weekend. Any responses to Plaintiffs' motions should similarly be reset as of October 21, 2024.

5. Under the September 11 Order, FI Plaintiffs have until November 18, 2024 to respond to any objections to Fee Motion and the Parties do not propose any modification of that date.

6. The Final Approval Hearing is scheduled for December 18, 2024 at 10:00 a.m. and the Parties do not propose any modification of that date.

Dated: October 21, 2024                                     Respectfully submitted,

/s/ Gregory T. Parks
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000

Ezra D. Church
Kristin M. Hadgis
Terese M. Schireson
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000

*Counsel for Defendant Wawa, Inc.*

/s/ Mindee J. Reuben
**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Mindee J. Reuben (PA ID 75308)
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

**LYNCH CARPENTER LLP**
Gary F. Lynch (PA ID 56887)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
gary@lcllp.com

**LOWEY DANNENBERG, P.C.**
Christian Levis (admitted pro hac vice)
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4770

1011237.1

clevis@lowey.com

**HAUSFELD LLP**
Jeannine M. Kenney (PA ID 307635)
325 Chestnut St #900
Philadelphia, PA 19106
Tel: (215) 985-3270
jkenney@hausfeld.com

*Co-Lead Class Counsel for*
*Financial Institution Plaintiffs*

**IT IS SO ORDERED.**

Dated:  October 22, 2024                    **BY THE COURT:**

/s/ Hon. Kelley B. Hodge

**HODGE, KELLEY B., J.**

1011237.1