**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institution Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley B. Hodge |

**JOINT STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO THE AMENDED MOTION FOR ATTORNEYS' FEES, EXPENSES, SERVICE AWARDS AND COSTS OF SETTLEMENT ADMINISTRATION AND AMENDED <u>MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

1. On October 9, 2024, Financial Institution Plaintiffs ("Plaintiffs") filed their (i) Motion for Attorneys' Fees, Expenses, Service Awards & Costs of Settlement Administration ("Fee Motion") (ECF No. 458), and (ii) Motion for Final Approval of Class Action Settlement ("Final Approval Motion") (ECF No. 457).

2. After filing, the parties identified a miscalculation made by the Settlement Administrator in evaluating whether Tier 1 and Tier 2 claims were properly rolled over into Tier 3 claims.

3. As a result of this miscalculation, Plaintiffs filed an Amended Final Approval Motion (ECF No. 460) and Amended Fee Motion (ECF No. 461) on October 21, 2024.

4. Wawa has since raised concerns regarding the proper tabulation of claims.

5. Wawa's current deadline to respond to the Amended Final Approval Motion is November 4, 2024; its deadline to respond to the Amended Fee Motion is November 11, 2024.

6. To allow sufficient opportunity for the parties to resolve those concerns, the parties believe that it is appropriate to extend Wawa's deadline to respond to both the Amended

Final Approval Motion and Amended Fee Motion to November 22, 2024, and to give Plaintiffs until November 29, 2024 to respond to any objections.

7.    The contemplated submission of papers by November 22, 2024 will be well in advance of the Final Approval Hearing scheduled for December 18, 2024 at 10:00 a.m., and the Parties do not propose any modification of that date.

Dated: November 1, 2024                    Respectfully submitted,


/s/ *Gregory T. Parks*                      /s/ *Mindee J. Reuben*
Gregory T. Parks                            **LITE DEPALMA GREENBERG &**
Ezra D. Church                              **AFANADOR, LLC**
Kristin M. Hadgis                           Mindee J. Reuben (PA ID 75308)
Terese M. Schireson                         1515 Market Street, Suite 1200
**MORGAN, LEWIS & BOCKIUS LLP**              Philadelphia, PA 19102
2222 Market Street                          Tel: (215) 854-4060
Philadelphia, PA 19103                      mreuben@litedepalma.com
Tel: (215) 963-5000
Fax: (215) 963-5001                         **LYNCH CARPENTER LLP**
gregory.parks@morganlewis.com               Gary F. Lynch (PA ID 56887)
ezra.church@morganlewis.com                 1133 Penn Avenue, 5th Floor
kristin.hadgis@morganlewis.com              Pittsburgh, PA 15222
terese.schireson@morganlewis.com            Tel: (412) 322-9243
                                            gary@lcllp.com
*Attorneys for Defendant Wawa, Inc.*
                                            **LOWEY DANNENBERG, P.C.**
                                            Christian Levis (admitted *pro hac vice*)
                                            One Tower Bridge
                                            100 Front Street, Suite 520
                                            West Conshohocken, PA 19428
                                            Tel: (215) 399-4770
                                            clevis@lowey.com

                                            **HAUSFELD LLP**
                                            Jeannine M. Kenney (PA ID 307635)
                                            325 Chestnut Street #900
                                            Philadelphia, PA 19106
                                            Tel: (215) 985-3270
                                            jkenney@hausfeld.com

2

*Co-Lead Class Counsel for Financial
Institution Plaintiffs*

**SO ORDERED**, this 4th day of November, 2024.

**/s/ Hon. Kelley B. Hodge**

_____

The Honorable Kelley B. Hodge
United States District Judge