IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institution Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley B. Hodge |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, having considered Defendant Wawa, Inc.'s Opposition to the Amended Motion for Approval of Proposed Class Action Settlement (ECF No. 460) and Amended Motion for Attorney Fees, Expenses, Service Awards & Costs of Settlement Administration (ECF No. 461), and any response thereto, it is hereby **ORDERED** that:

1. Terms used herein have the definitions in the Settlement Agreement entered into by Defendant Wawa, Inc. ("Wawa") and Financial Institution Track Plaintiffs ("Plaintiffs") on March 10, 2023. (ECF No. 360-4.)

2. The Settlement Administrator shall reject, invalidate, and exclude from any final valuation of Approved Claims, all claims that were:

    a. Initially submitted after the revised Claims Deadline of September 12, 2024, including claim numbers:

| Claim Number | Date Submitted | Amount |
|---|---|---|
| 1004576 | 9/13/24 | $7,135.00 |
| 1001235 | 9/16/24 | $1,195.00 |
| 1000874 | 9/25/24 | $1,095.00 |
| 1000913 | 9/18/24 | $765.00 |

    b. Purportedly amended after the revised Claims Deadline of September 12, 2024, including claim numbers:

| Claim Number | Date Amended | Amount |
|---|---|---|
| 1005075 | 11/4/24 | $1,470,560.00 |
| 1000181 | 11/4/24 | $62,950.00 |

    c. Initially deficient and purportedly cured after the revised Claims Deadline of September 12, 2024, including claim numbers:

| Claim Number | Date Cured | Amount |
|---|---|---|
| 1003100 | 10/21/24 | $3,955.00 |
| 1004263 | 10/21/24 | $8,660.00 |
| 1000975 | 10/22/24 | $455.00 |
| 1005248 | 10/22/24 | $500.00 |
| 1005504 | 10/23/24 | $21,400.00 |

    d. For an amount in excess of the amount shown on the Claim Form, including claim number:

| Claim Number | Number of Cards on the Claim Form | Number of Cards Claimed | Amount |
|---|---|---|---|
| 1002860 | 300 | 4,284 | $21,420.00 |

    e. Tier 1 claims for replacement cards more than 100% in excess of the number of Alerted-On Payment Cards for that claimant, including claim numbers:

| Claim Number | Percent Excess | Amount |
|---|---|---|
| 1003542 | 106.1% | $18,025.00 |
| 1004071 | 140.3% | $8,855.00 |
| 1005490 | 186.6% | $2,250.00 |
| 1002181 | 195% | $7,095.00 |
| 1003281 | 275.8% | $620.00 |
| 1002836 | 319.7% | $1,595.00 |
| 1001993 | 325.8% | $4,535.00 |

| 1004320 | 343.5% | $510.00 |
| 1000941 | 477.4% | $73,215.00 |
| 1003279 | 1139.1% | $1,425.00 |
| 1003156 | 1443.4% | $4,090.00 |
| 1002959 | 1637.5% | $695.00 |
| 1005027 | 1900% | $1,500.00 |
| 1005248 | 3233.3% | $500.00 |
| 1004408 | 3413.3% | $11,070.00 |
| 1003552 | 3752.6% | $18,685.00 |
| 1000949 | 15634.1% | $34,615.00 |

    f.    Tier 1 claims for replacement of more than 300 cards by claimants who had zero Alerted-On Payment Cards, including claim numbers:

| Claim Number | Number of Cards Claimed | Amount |
| --- | --- | --- |
| 1005502 | 474 | $2,370.00 |
| 1005503 | 344 | $1,720.00 |
| 1005504 | 4,280 | $21,400.00 |
| 1005506 | 2,169 | $10,845.00 |
| 1005507 | 1,441 | $7,205.00 |
| 1005512 | 4,094 | $20,470.00 |

    3.    Within twenty (20) days of the date of this Order, Plaintiffs' Counsel shall produce to Wawa: (a) all communications between them and the Settlement Administrator on which counsel for Wawa was not copied, including any emails, text messages, calendar or entries reflecting phone calls, video calls, or other meetings, and further including any such communications involving Class Members; and (b) all communications between them and Class Members (other than Named Plaintiffs) related to claims after their August 1, 2024 letter.

    4.    Within forty (40) days of the date of this Order, Wawa shall advise Plaintiffs' Counsel if Wawa is seeking any additional discovery in light of the communications produced pursuant to paragraph 3. If the parties are able to agree to such discovery, they shall submit a proposed order within sixty (60) days of the date of this Order with a schedule for the discovery

and proposed further submissions on the validity of additional claims. If the parties are unable to agree on such a proposed order, they shall each submit a proposed order for the Court's review.

5. Within twenty (20) days of the later of: (a) Wawa's election not to seek any additional discovery; or (b) the conclusion of any such discovery in accordance with the Court order entered under paragraph 4, Wawa may submit a supplemental opposition detailing any additional claims Wawa believes to be invalid. Plaintiffs may respond within twenty (20) days of Wawa's submission.

6. The Court shall defer ruling on the Amended Motion for Approval of Proposed Class Action Settlement (ECF No. 460) and the Amended Motion for Attorney Fees, Expenses, Service Awards & Costs of Settlement Administration (ECF No. 461), and entry of the proposed Final Order, until resolution of the issues on the claims outlined herein.

BY THE COURT:

_____
Hon. Kelley B. Hodge
U.S. District Judge