# EXHIBIT 1

| | |
|---|---|
| **From:** | Kari Schmidt <kschmidt@analyticsllc.com> |
| **Sent:** | Tuesday, August 6, 2024 1:42 PM |
| **To:** | Hadgis, Kristin M. |
| **Cc:** | Parks, Gregory T. |
| **Subject:** | RE: Wawa FI Track Settlement -- Weekly Report 7.24 |

[EXTERNAL EMAIL]

Hi Kristin,

Below is the current claims report for Wawa, current as of this morning (8/6).

| | |
|---|---:|
| **Total Notices Mailed** | 4,913 |
| | |
| **Claims Filed To Date (7/15)** | 338 |
| Tier 1 Claims | 276 |
| Total Claimed Impacted Cards | 537,001 |
| Tier 2 Claims | 35 |
| Total Claimed Out-of-Pocket | $757,303.93 |
| Total Out-of-Pocket ($4,000 CAP) | $68,134.17 |
| Tier 3 Claims | 60 |
| | |
| **Opt Outs** | 2 |
| **Objections** | 0 |

**Breakdown of Tier 2 (Out-of-Pocket) Claims**

| Claim Number | Total Claimed Amount | Capped Amount |
|---:|---:|---:|
| 1002984 | $124.96 | $124.96 |
| 1002460 | $200.00 | $200.00 |
| 1001436 | $1,646.88 | $1,646.88 |
| 1002836 | $200.00 | $200.00 |
| 1003704 | $200.00 | $200.00 |
| 1005050 | $4,250.76 | $4,000.00 |
| 1002248 | $20.16 | $20.16 |
| 1001410 | $6,855.67 | $4,000.00 |
| 1001997 | $25,937.94 | $4,000.00 |
| 1002788 | $1,607.84 | $1,607.84 |
| 1004623 | $296.89 | $296.89 |
| 1004907 | $204.59 | $204.59 |
| 1000551 | $4,467.70 | $4,000.00 |
| 1000693 | $730.89 | $730.89 |
| 1001175 | $3,270.87 | $3,270.87 |
| 1003241 | $4,200.00 | $4,000.00 |
| 1001211 | $2,772.64 | $2,772.64 |

1

| | | |
|---|---:|---:|
| 1001542 | $84.00 | $84.00 |
| 1002798 | $1,802.14 | $1,802.14 |
| 1001291 | $96,541.52 | $4,000.00 |
| 1000080 | $9,808.06 | $4,000.00 |
| 1001268 | $492,945.00 | $4,000.00 |
| 1001569 | $1,210.36 | $1,210.36 |
| 1005369 | $2,851.48 | $2,851.48 |
| 1000388 | $77,831.44 | $4,000.00 |
| 1000042 | $1,132.35 | $1,132.35 |
| 1004675 | $2,520.84 | $2,520.84 |
| 1002347 | $583.67 | $583.67 |
| 1000949 | $4,000.00 | $4,000.00 |
| 1003761 | $6,331.67 | $4,000.00 |
| 1003286 | $495.33 | $495.33 |
| 1003299 | $590.36 | $590.36 |
| 1005429 | $653.08 | $653.08 |
| 1001086 | $835.05 | $835.05 |
| 1000728 | $99.79 | $99.79 |
| | **$757,303.93** | **$68,134.17** |

Let me know if you have any questions.

Best,
Kari

KARI SCHMIDT, PhD **/** PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706


---

**From:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Sent:** Tuesday, August 6, 2024 7:22 AM
**To:** Kari Schmidt <kschmidt@analyticsllc.com>
**Cc:** Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 7.24

Hi Kari – could we get the latest weekly report today?  Thank you.

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



**From:** Kari Schmidt <kschmidt@analyticsllc.com>
**Sent:** Wednesday, July 24, 2024 11:16 AM
**To:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Cc:** Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 7.24

[EXTERNAL EMAIL]
Hi Kristin,

Below are is this week's claim report, current as of this morning.

| | |
|---|---:|
| **Total Notices Mailed** | 4,913 |
| | |
| **Claims Filed To Date (7/15)** | 220 |
| Tier 1 Claims | 187 |
| Total Claimed Impacted Cards | 339,383 |
| Tier 2 Claims | 24 |
| Total Claimed Out-of-Pocket | $662,230.35 |
| Total Out-of-Pocket ($4,000 CAP) | $49,223.70 |
| Tier 3 Claims | 29 |
| | |
| **Opt Outs** | 2 |
| **Objections** | 0 |

**Breakdown of Tier 2 (Out-of-Pocket) Claims**

| Claim Number | Total Claimed Amount | Capped Amount |
|---:|---:|---:|
| 1002984 | $124.96 | $124.96 |
| 1002460 | $200.00 | $200.00 |
| 1001436 | $1,646.88 | $1,646.88 |
| 1002836 | $200.00 | $200.00 |
| 1003704 | $200.00 | $200.00 |
| 1005050 | $4,250.76 | $4,000.00 |
| 1002248 | $20.16 | $20.16 |
| 1001410 | $6,855.67 | $4,000.00 |
| 1001997 | $25,937.94 | $4,000.00 |
| 1002788 | $1,607.84 | $1,607.84 |
| 1004623 | $296.89 | $296.89 |
| 1004907 | $204.59 | $204.59 |
| 1000551 | $4,467.70 | $4,000.00 |
| 1000693 | $730.89 | $730.89 |
| 1001175 | $3,270.87 | $3,270.87 |
| 1003241 | $4,200.00 | $4,000.00 |
| 1001211 | $2,772.64 | $2,772.64 |
| 1001542 | $84.00 | $84.00 |
| 1002798 | $1,802.14 | $1,802.14 |

|         |            |            |
|---------|-----------:|-----------:|
| 1001291 | $96,541.52 | $4,000.00  |
| 1000080 | $9,808.06  | $4,000.00  |
| 1001268 | $492,945.00| $4,000.00  |
| 1001569 | $1,210.36  | $1,210.36  |
| 1005369 | $2,851.48  | $2,851.48  |
|         | **$662,230.35** | **$49,223.70** |

Please let me know if you need any additional information.

Best,
Kari

KARI SCHMIDT, PhD **/** PROJECT MANAGER
[KSCHMIDT@ANALYTICSLLC.COM](mailto:KSCHMIDT@ANALYTICSLLC.COM) / (o) 952.404.5706