# EXHIBIT 2






*BARCODE*

00000    00000-T999999 P0 #

Claim Number: 9999999999
PIN: PIN

NAME1
NAME2
NAME3
NAME4
ADDRESS1
ADDRESS2
CITY ST ZIP
COUNTRY

**Attention: Debit/Credit Card Unit**

August 1, 2024

**RE:    Settlement Funds Available for Distribution to Financial Institutions**
*In Re Wawa, Inc. Data Security Litig.* **(Case No. 19cv6019, E.D. Pa.)**

To Whom It May Concern:

The undersigned attorneys have been appointed by the United States District Court for the Eastern District of Pennsylvania to represent a settlement class of financial institutions such as yours that may have been injured as a result of the 2019 Wawa data security incident.

By now, your financial institution should have received some mail notice about its eligibility to receive payment from a $28.5 million settlement reached in connection with a class action lawsuit arising from the 2019 data security incident at Wawa**.** According to records provided to the claims administrator by the card brands, NAME1 issued IMPACTE cards that were impacted by the Wawa data security incident. **You are entitled to submit a claim for up to $5 per impacted card that you cancelled and reissued.**

The settlement provides compensation for three types of claims:

- **Tier 1**: Card Replacement Claims – up to $5 per reissued card;
- **Tier 2:** Fraud Claims – up to $4,000 per institution; and
- **Tier 3**: Other/Alternative Claims – up to $400 per institution that issued at least one compromised payment card.

Filing a claim under one or more of the categories above is simple.

Claiming under **Tier 1** (cancel and replace) could not be easier.  Simply confirm that your financial institution cancelled and replaced qualifying cards as a result of the data breach incident and certify the number of cancelled and replaced cards. No further documentation is required.

August 1, 2024
Letter Regarding Settlement Funds
Available to Distribution to Financial Institutions

      Claiming under **Tier 2** (fraud) requires your institution to provide reasonable supporting documentation, e.g., quantifying the amount lost due to fraud, and a statement regarding the financial loss.

      Finally, under **Tier 3** (other costs), any financial institution impacted by the data breach that does not submit a claim under Tier 1 and/or Tier 2 can opt to receive up to $400 with no additional documentation. If the amount claimed under Tier 1 or Tier 2 is below this amount, your institution will receive a payment from this tier.

      **All claims must be filed by August 12, 2024.** You may file your claim online. More details regarding the settlement and links to the claim form can be found on the settlement website, https://wawafinancialinstitutionsettlement.com/. You may also contact the claims administrator via email at info@WawaFinancialInstitutionSettlement.com; by telephone at 1-855-391-9265; and by mail, Wawa Financial Institution Data Security Settlement, c/o Analytics Consulting LLC, Settlement Administrator, P.O. Box 2009, Chanhassen, MN 55317-2009.

      Sincerely,

*/s/ Christian Levis*  
Christian Levis  
**LOWEY DANNENBERG, P.C.**  
44 South Broadway, Suite 1100  
White Plains, NY 10601

*/s/ Jeannine M. Kenney*  
Jeannine M. Kenney  
**HAUSFELD LLP**  
325 Chestnut St #900  
Philadelphia, PA 19106

*/s/ Gary F. Lynch*  
Gary F. Lynch  
**LYNCH CARPENTER, LLP**  
1133 Penn Avenue, 5th Floor  
Pittsburgh, PA 15222

*/s/ Mindee J. Reuben*  
Mindee J. Reuben  
**LITE DEPALMA GREENBERG  
  & AFANADOR, LLC**  
1515 Market Street  
Suite 1200  
Philadelphia, PA 19102