# EXHIBIT 4

**From:** Gary Lynch <Gary@lcllp.com>
**Sent:** Thursday, October 31, 2024 12:56 PM
**To:** Parks, Gregory T. <gregory.parks@morganlewis.com>; Jamisen Etzel <Jamisen@lcllp.com>; Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>; Jeannine M. Kenney <jkenney@hausfeld.com>; Christian Levis <clevis@lowey.com>; Mindee J. Reuben <MReuben@litedepalma.com>; Anthony Christina <achristina@lowey.com>
**Subject:** RE: Wawa - Financial Institution Track

[EXTERNAL EMAIL]
Greg:

Under the terms of the Settlement Agreement, Wawa is not entitled to this degree of involvement in the claim process. We specifically negotiated the information class members were required to provide to establish a valid claim, and we negotiated the Settlement Administrator's authority to oversee the claim process. The reason for this is to prevent the defendant from interfering with or influencing Settlement Class Members' relief. Your demand seeks to modify the Settlement Agreement such that Wawa assumes the role of an auditor, which would have been a material term of the Settlement Agreement if we had in fact agreed to it. But we did not agree to it and will not agree to it now.

Furthermore, your assertion that we are hiding something is unfounded, as is the insinuation that the claims rate is suspicious. We have already shared far more information with Wawa than it is entitled to under the Settlement Agreement, despite the fact that Wawa has been unable to articulate what it thinks it can learn from review of the actual claim forms. We have already provided Wawa with a detailed, anonymized claims chart prepared by the settlement administrator that identifies, by rank and claim number, the number of impacted cards for each claimant, the number of alerted on cards for each claimant as provided by the card brands, and the total anticipated award for the settlement class member. This information should have been sufficient to address any concerns about Tier 1 payments.

Nonetheless, in order to assuage Wawa's unexplained and unwarranted insistence that this data does not give Wawa "what it needs", we are prepared to provide Wawa with redacted copies of the validated Tier 1 claim forms. The redactions will exclude information that discloses the identity of the settlement class member. The removal of this information is necessary both to protect each claimant's privacy and to prevent Wawa from harassing settlement class members for additional information about their claims. The unredacted information will allow Wawa to cross-reference the information on the summary chart and confirm that the Settlement Administrator appropriately processed the claims pursuant to the terms of our agreement. And to be clear, we were already drafting this communication and this offer to you before your colleague sent us your notice of intent to serve a subpoena on Analytics.

Gary

GARY F. LYNCH (He/Him/His)
Attorney
Lynch Carpenter LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Direct:  412.253.6307
Office:  412.322.9243
Fax:     412.231.0246
gary@lcllp.com
lynchcarpenter.com



This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the attorney/client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and destroy the message (and all attachments and enclosures thereto) immediately.

**From:** Parks, Gregory T. <gregory.parks@morganlewis.com>
**Sent:** Wednesday, October 30, 2024 8:24 AM
**To:** Jamisen Etzel <Jamisen@lcllp.com>; Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Cc:** Gary Lynch <Gary@lcllp.com>
**Subject:** RE: Wawa - Financial Institution Track

Jamie,

I appreciate the effort, but this does not give us what we need.  We need to be able to certify to Wawa and its auditors that we have reviewed the claims, found them to be facially valid, and that the administrator has processed them appropriately given the criteria under the Settlement Agreement.  We cannot do that without reviewing the claims.  We are prepared to move forward to raise this issue with the Court, including by noting the sudden increase in claims late in the claim period after a letter from class counsel emphasizing that "no documentation is required."  And, as you might expect, Wawa's concerns were amplified when the administrator made the mistake on the Tier 1 and Tier 2 rollover to Tier 3.  And the

hesitancy to share the claims further makes Wawa wonder what you and the administrator are hiding.

I assume that we have sufficiently met and conferred to go to the Court on this, but if you want to talk further, let me know what works for you tomorrow or Friday, because we will need to file Monday.

Regards,

-Greg…

**Gregory T. Parks**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5170 | Main: +1.215.963.5000 | Mobile: +1.215.680.6295 | Fax: +1.215.963.5001
Assistant: Sabrina A. Holmes | +1.215.963.5987 | sabrina.holmes@morganlewis.com
gregory.parks@morganlewis.com | www.morganlewis.com


**From:** Jamisen Etzel <Jamisen@lcllp.com>
**Sent:** Tuesday, October 29, 2024 6:18 PM
**To:** Parks, Gregory T. <gregory.parks@morganlewis.com>; Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Cc:** Gary Lynch <Gary@lcllp.com>
**Subject:** Wawa - Financial Institution Track

[EXTERNAL EMAIL]
Please see the below and attached, sent on behalf of Gary and the other co-leads:

Greg,

We have considered Wawa's request to review all the Tier 1 claim forms. Upon consideration, we do not believe disclosing the Tier 1 Claim Forms will either assuage or confirm Wawa's concerns about the claims rate. As you know, under the terms of the Settlement (¶4.6(i)), a "valid claim" under Tier 1 requires only the attestation, under penalty of perjury, to having cancelled and replaced Impacted Cards and the number of Impacted Cards replaced. Other than contact information for the institution, the Claim form approved by Wawa does not require and will not provide other useful information to Wawa. Additionally, we believe that class members submitting claims are entitled to confidentiality by Settlement Class Counsel and the Claims Administrator.

Instead, we have provided the attached spreadsheet, which we believe will be more helpful to your analysis. It identifies: (1) each claim, by claim number, that has been approved by the Claims Administrator; and (2) claims or partial claims that are still pending approval upon curing administrative deficiencies. The spreadsheet also compares the number of Impacted Cards claimed to the number of Alerted on Cards reported by the Card Brands. The vast majority of claimants identified a number of

Impacted Cards that is equal to or lower than the number of Alerted On cards reflected in the card brand data submitted.

While the final audit is still ongoing, the current total amount of timely and approved Tier 1 claims is $8,291,995. This total *excludes*: (1) Tier 1 claims that, when combined with any Tier 2 claims, are valued at or under $407.08 and are thus converted, per the terms of the Settlement, to Tier 3 claims (blue shading); and (2) timely submitted claims or partial claims that are otherwise considered valid but are administratively deficient and are pending approval upon receipt of documents curing the deficiency (orange shading).

Please let us know if you would like to discuss this further.

JAMISEN A. ETZEL (He/Him/His)
Partner
Lynch Carpenter LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Direct:  412.253.6297
Office:  412.322.9243
Fax:     412.231.0246
jamisen@lcllp.com
lynchcarpenter.com



This E-mail (including attachments) is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521, is confidential, and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. This electronic transmission (and any enclosures or attachments thereto) is for the sole use of those identified by the author and is the property of the author. It is confidential and may be protected by the attorney/client privilege. Any further distribution or copying of this message is strictly prohibited by law. If you received this transmission in error, please notify the author and destroy the message (and all attachments and enclosures thereto) immediately.

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this

communication in error, please notify us immediately by
e-mail and delete the original message.

**TIER 1 CLAIMS**

| Rank | ClaimNo | Tier1 Payment | Tier1 Claimed Impacted Cards | Alerted on Cards | Difference | Difference Value ($5.00) | Tier 1 Total ($5.00) |
|---|---|---|---|---|---|---|---|
| 1 | 1000009 | Yes | 364,917 | 348,943 | 15,974 | $79,870.00 | $1,824,585.00 |
| 2 | 1000067 | Yes | 116,626 | 561,000 | (444,374) | $0.00 | $583,130.00 |
| 3 | 1000700 | Yes | 108,167 | 740,146 | (631,979) | $0.00 | $540,835.00 |
| 4 | 1000181 | Yes | 100,000 | 131,135 | (31,135) | $0.00 | $500,000.00 |
| 5 | 1000154 | Yes | 63,411 | 87,909 | (24,498) | $0.00 | $317,055.00 |
| 6 | 1001268 | Yes | 63,137 | 63,137 | 0 | $0.00 | $315,685.00 |
| 7 | 1000116 | Yes | 63,044 | 1,389,607 | (1,326,563) | $0.00 | $315,220.00 |
| 8 | 1001375 | Yes | 57,521 | 57,521 | 0 | $0.00 | $287,605.00 |
| 9 | 1001297 | Yes | 50,150 | 330,412 | (280,262) | $0.00 | $250,750.00 |
| 10 | 1005383 | Yes | 37,552 | 40,239 | (2,687) | $0.00 | $187,760.00 |
| 11 | 1000421 | Yes | 35,396 | 35,396 | 0 | $0.00 | $176,980.00 |
| 12 | 1001309 | Yes | 35,053 | 35,053 | 0 | $0.00 | $175,265.00 |
| 13 | 1002255 | Yes | 28,591 | 28,591 | 0 | $0.00 | $142,955.00 |
| 14 | 1001291 | Yes | 19,376 | 19,376 | 0 | $0.00 | $96,880.00 |
| 15 | 1000615 | Yes | 18,923 | 226,254 | (207,331) | $0.00 | $94,615.00 |
| 16 | 1000941 | Yes | 14,643 | 2,536 | 12,107 | $60,535.00 | $73,215.00 |
| 17 | 1000388 | Yes | 13,962 | 19,613 | (5,651) | $0.00 | $69,810.00 |
| 18 | 1001298 | Yes | 13,062 | 107,310 | (94,248) | $0.00 | $65,310.00 |
| 19 | 1005359 | Yes | 12,510 | 12,520 | (10) | $0.00 | $62,550.00 |
| 20 | 1001313 | Yes | 12,222 | 19,952 | (7,730) | $0.00 | $61,110.00 |
| 21 | 1001432 | Yes | 11,980 | 11,980 | 0 | $0.00 | $59,900.00 |
| 22 | 1000478 | Yes | 11,769 | 11,731 | 38 | $190.00 | $58,845.00 |
| 23 | 1001804 | Yes | 10,353 | 16,350 | (5,997) | $0.00 | $51,765.00 |
| 24 | 1004499 | Yes | 9,458 | 9,458 | 0 | $0.00 | $47,290.00 |
| 25 | 1003725 | Yes | 9,088 | 10,707 | (1,619) | $0.00 | $45,440.00 |
| 26 | 1001276 | Yes | 8,515 | 13,367 | (4,852) | $0.00 | $42,575.00 |
| 27 | 1001338 | Yes | 8,500 | 9,674 | (1,174) | $0.00 | $42,500.00 |
| 28 | 1000137 | Yes | 7,934 | 13,556 | (5,622) | $0.00 | $39,670.00 |
| 29 | 1004697 | Yes | 7,921 | 7,921 | 0 | $0.00 | $39,605.00 |
| 30 | 1004432 | Yes | 6,952 | 8,535 | (1,583) | $0.00 | $34,760.00 |
| 31 | 1000949 | Yes | 6,923 | 44 | 6,879 | $34,395.00 | $34,615.00 |
| 32 | 1001410 | Yes | 6,749 | 8,270 | (1,521) | $0.00 | $33,745.00 |
| 33 | 1001127 | Yes | 6,730 | 9,210 | (2,480) | $0.00 | $33,650.00 |
| 34 | 1000170 | Yes | 6,582 | 6,116 | 466 | $2,330.00 | $32,910.00 |
| 35 | 1003029 | Yes | 5,785 | 7,121 | (1,336) | $0.00 | $28,925.00 |
| 36 | 1000814 | Yes | 5,550 | 6,207 | (657) | $0.00 | $27,750.00 |
| 37 | 1002414 | Yes | 5,368 | 6,419 | (1,051) | $0.00 | $26,840.00 |
| 38 | 1002938 | Yes | 5,170 | 5,170 | 0 | $0.00 | $25,850.00 |
| 39 | 1001995 | Yes | 4,915 | 4,915 | 0 | $0.00 | $24,575.00 |
| 40 | 1001409 | Yes | 4,448 | 5,415 | (967) | $0.00 | $22,240.00 |
| 41 | 1001303 | Yes | 4,419 | 114,590 | (110,171) | $0.00 | $22,095.00 |
| 42 | 1000669 | Yes | 4,317 | 48,991 | (44,674) | $0.00 | $21,585.00 |
| 43 | 1001402 | Yes | 4,296 | 6,000 | (1,704) | $0.00 | $21,480.00 |
| 44 | 1002860 | Yes | 4,284 | 4,284 | 0 | $0.00 | $21,420.00 |
| 45 | 1005504 | Yes | 4,280 | 0 | 4,280 | $21,400.00 | $21,400.00 |
| 46 | 1001655 | Yes | 4,262 | 4,262 | 0 | $0.00 | $21,310.00 |
| 47 | 1002657 | Yes | 4,252 | 6,800 | (2,548) | $0.00 | $21,260.00 |
| 48 | 1005512 | Yes | 4,094 | 0 | 4,094 | $20,470.00 | $20,470.00 |
| 49 | 1002096 | Yes | 4,007 | 4,007 | 0 | $0.00 | $20,035.00 |
| 50 | 1003476 | Yes | 3,863 | 5,614 | (1,751) | $0.00 | $19,315.00 |
| 51 | 1002187 | Yes | 3,833 | 3,833 | 0 | $0.00 | $19,165.00 |
| 52 | 1000987 | Yes | 3,798 | 6,005 | (2,207) | $0.00 | $18,990.00 |
| 53 | 1003024 | Yes | 3,759 | 11,084 | (7,325) | $0.00 | $18,795.00 |
| 54 | 1003552 | Yes | 3,737 | 97 | 3,640 | $18,200.00 | $18,685.00 |
| 55 | 1003542 | Yes | 3,605 | 1,749 | 1,856 | $9,280.00 | $18,025.00 |
| 56 | 1002028 | Yes | 3,550 | 3,562 | (12) | $0.00 | $17,750.00 |
| 57 | 1004816 | Yes | 3,535 | 4,668 | (1,133) | $0.00 | $17,675.00 |
| 58 | 1004881 | Yes | 3,458 | 4,344 | (886) | $0.00 | $17,290.00 |
| 59 | 1001315 | Yes | 3,403 | 180,243 | (176,840) | $0.00 | $17,015.00 |
| 60 | 1005135 | Yes | 3,360 | 3,360 | 0 | $0.00 | $16,800.00 |
| 61 | 1005373 | Yes | 3,320 | 13,280 | (9,960) | $0.00 | $16,600.00 |
| 62 | 1004803 | Yes | 3,255 | 3,255 | 0 | $0.00 | $16,275.00 |
| 63 | 1003070 | Yes | 3,214 | 3,214 | 0 | $0.00 | $16,070.00 |
| 64 | 1002347 | Yes | 3,192 | 3,959 | (767) | $0.00 | $15,960.00 |
| 65 | 1003052 | Yes | 3,048 | 4,261 | (1,213) | $0.00 | $15,240.00 |
| 66 | 1000575 | Yes | 2,839 | 3,765 | (926) | $0.00 | $14,195.00 |
| 67 | 1005461 | Yes | 2,783 | 3,287 | (504) | $0.00 | $13,915.00 |
| 68 | 1004427 | Yes | 2,756 | 2,756 | 0 | $0.00 | $13,780.00 |
| 69 | 1002123 | Yes | 2,745 | 2,744 | 1 | $5.00 | $13,725.00 |
| 70 | 1002798 | Yes | 2,721 | 3,443 | (722) | $0.00 | $13,605.00 |
| 71 | 1002817 | Yes | 2,689 | 3,219 | (530) | $0.00 | $13,445.00 |
| 72 | 1004844 | Yes | 2,500 | 5,994 | (3,494) | $0.00 | $12,500.00 |
| 73 | 1003904 | Yes | 2,458 | 3,337 | (879) | $0.00 | $12,290.00 |
| 74 | 1000656 | Yes | 2,452 | 2,452 | 0 | $0.00 | $12,260.00 |
| 75 | 1004544 | Yes | 2,431 | 2,431 | 0 | $0.00 | $12,155.00 |
| 76 | 1003409 | Yes | 2,413 | 2,413 | 0 | $0.00 | $12,065.00 |
| 77 | 1004751 | Yes | 2,349 | 7,534 | (5,185) | $0.00 | $11,745.00 |
| 78 | 1001664 | Yes | 2,313 | 3,180 | (867) | $0.00 | $11,565.00 |
| 79 | 1002656 | Yes | 2,300 | 64,889 | (62,589) | $0.00 | $11,500.00 |
| 80 | 1004312 | Yes | 2,281 | 3,272 | (991) | $0.00 | $11,405.00 |
| 81 | 1004917 | Yes | 2,225 | 4,455 | (2,230) | $0.00 | $11,125.00 |
| 82 | 1004408 | Yes | 2,214 | 63 | 2,151 | $10,755.00 | $11,070.00 |
| 83 | 1005506 | Yes | 2,169 | 0 | 2,169 | $10,845.00 | $10,845.00 |
| 84 | 1002542 | Yes | 2,100 | 1,370 | 730 | $3,650.00 | $10,500.00 |
| 85 | 1004270 | Yes | 1,999 | 2,536 | (537) | $0.00 | $9,995.00 |
| 86 | 1001359 | Yes | 1,959 | 2,157 | (198) | $0.00 | $9,795.00 |
| 87 | 1002001 | Yes | 1,944 | 1,944 | 0 | $0.00 | $9,720.00 |
| 88 | 1002376 | Yes | 1,941 | 1,941 | 0 | $0.00 | $9,705.00 |
| 89 | 1002055 | Yes | 1,877 | 1,877 | 0 | $0.00 | $9,385.00 |
| 90 | 1002936 | Yes | 1,840 | 2,153 | (313) | $0.00 | $9,200.00 |
| 91 | 1003268 | Yes | 1,826 | 50,195 | (48,369) | $0.00 | $9,130.00 |
| 92 | 1004152 | Yes | 1,819 | 2,220 | (401) | $0.00 | $9,095.00 |
| 93 | 1004071 | Yes | 1,771 | 737 | 1,034 | $5,170.00 | $8,855.00 |
| 94 | 1004121 | Yes | 1,758 | 3,257 | (1,499) | $0.00 | $8,790.00 |
| 95 | 1000611 | Yes | 1,754 | 1,620 | 134 | $670.00 | $8,770.00 |
| 96 | 1004263 | Yes | 1,732 | 1,732 | 0 | $0.00 | $8,660.00 |
| 97 | 1000042 | Yes | 1,728 | 2,210 | (482) | $0.00 | $8,640.00 |
| 98 | 1002847 | Yes | 1,714 | 1,714 | 0 | $0.00 | $8,570.00 |
| 99 | 1000728 | Yes | 1,636 | 1,674 | (38) | $0.00 | $8,180.00 |
| 100 | 1002794 | Yes | 1,634 | 1,568 | 66 | $330.00 | $8,170.00 |
| 101 | 1003985 | Yes | 1,632 | 1,632 | 0 | $0.00 | $8,160.00 |
| 102 | 1002027 | Yes | 1,608 | 36,582 | (34,974) | $0.00 | $8,040.00 |
| 103 | 1004826 | Yes | 1,606 | 2,070 | (464) | $0.00 | $8,030.00 |
| 104 | 1001475 | Yes | 1,546 | 1,546 | 0 | $0.00 | $7,730.00 |
| 105 | 1003472 | Yes | 1,520 | 3,489 | (1,969) | $0.00 | $7,600.00 |
| 106 | 1001720 | Yes | 1,462 | 2,128 | (666) | $0.00 | $7,310.00 |
| 107 | 1005507 | Yes | 1,441 | 0 | 1,441 | $7,205.00 | $7,205.00 |
| 108 | 1004576 | Yes | 1,427 | 2,981 | (1,554) | $0.00 | $7,135.00 |
| 109 | 1002181 | Yes | 1,419 | 481 | 938 | $4,690.00 | $7,095.00 |
| 110 | 1002128 | Yes | 1,399 | 1,399 | 0 | $0.00 | $6,995.00 |
| 111 | 1003142 | Yes | 1,394 | 14,716 | (13,322) | $0.00 | $6,970.00 |
| 112 | 1002950 | Yes | 1,361 | 1,506 | (145) | $0.00 | $6,805.00 |
| 113 | 1000297 | Yes | 1,340 | 1,340 | 0 | $0.00 | $6,700.00 |
| 114 | 1002517 | Yes | 1,302 | 1,302 | 0 | $0.00 | $6,510.00 |
| 115 | 1003761 | Yes | 1,291 | 1,466 | (175) | $0.00 | $6,455.00 |
| 116 | 1003445 | Yes | 1,265 | 1,639 | (374) | $0.00 | $6,325.00 |
| 117 | 1002987 | Yes | 1,235 | 1,289 | (54) | $0.00 | $6,175.00 |
| 118 | 1002552 | Yes | 1,235 | 1,610 | (375) | $0.00 | $6,175.00 |
| 119 | 1001946 | Yes | 1,200 | 1,290 | (90) | $0.00 | $6,000.00 |
| 120 | 1004265 | Yes | 1,159 | 1,412 | (253) | $0.00 | $5,795.00 |
| 121 | 1001332 | Yes | 1,157 | 7,735 | (6,578) | $0.00 | $5,785.00 |
| 122 | 1001717 | Yes | 1,138 | 1,038 | 100 | $500.00 | $5,690.00 |
| 123 | 1005165 | Yes | 1,122 | 1,122 | 0 | $0.00 | $5,610.00 |
| 124 | 1005340 | Yes | 1,117 | 27,135 | (26,018) | $0.00 | $5,585.00 |
| 125 | 1001571 | Yes | 1,080 | 1,257 | (177) | $0.00 | $5,400.00 |
| 126 | 1002350 | Yes | 1,060 | 1,060 | 0 | $0.00 | $5,300.00 |
| 127 | 1003469 | Yes | 1,031 | 543 | 488 | $2,440.00 | $5,155.00 |
| 128 | 1001310 | Yes | 972 | 7,902 | (6,930) | $0.00 | $4,860.00 |
| 129 | 1004471 | Yes | 935 | 1,048 | (113) | $0.00 | $4,675.00 |
| 130 | 1001993 | Yes | 907 | 213 | 694 | $3,470.00 | $4,535.00 |
| 131 | 1003043 | Yes | 895 | 29,902 | (29,007) | $0.00 | $4,475.00 |
| 132 | 1003455 | Yes | 889 | 889 | 0 | $0.00 | $4,445.00 |
| 133 | 1000316 | Yes | 881 | 1,148 | (267) | $0.00 | $4,405.00 |
| 134 | 1004117 | Yes | 874 | 874 | 0 | $0.00 | $4,370.00 |
| 135 | 1003889 | Yes | 866 | 866 | 0 | $0.00 | $4,330.00 |
| 136 | 1000896 | Yes | 862 | 7,101 | (6,239) | $0.00 | $4,310.00 |
| 137 | 1002796 | Yes | 858 | 609 | 249 | $1,245.00 | $4,290.00 |
| 138 | 1003063 | Yes | 853 | 2,760 | (1,907) | $0.00 | $4,265.00 |
| 139 | 1004528 | Yes | 838 | 862 | (24) | $0.00 | $4,190.00 |
| 140 | 1003156 | Yes | 818 | 53 | 765 | $3,825.00 | $4,090.00 |
| 141 | 1000644 | Yes | 801 | 4,398 | (3,597) | $0.00 | $4,005.00 |
| 142 | 1001191 | Yes | 794 | 1,583 | (789) | $0.00 | $3,970.00 |
| 143 | 1003100 | Yes | 791 | 708 | 83 | $415.00 | $3,955.00 |
| 144 | 1003442 | Yes | 785 | 1,428 | (643) | $0.00 | $3,925.00 |
| 145 | 1005189 | Yes | 774 | 927 | (153) | $0.00 | $3,870.00 |
| 146 | 1001585 | Yes | 773 | 1,115 | (342) | $0.00 | $3,865.00 |
| 147 | 1005445 | Yes | 755 | 755 | 0 | $0.00 | $3,775.00 |

**DEFINITIONS**

| | |
|---|---|
| Tier1 Payment | Did Class Member file Tier 1 Claim? |
| Tier1 Claimed Impacted Cards | Number of Cancelled and Replaced Impacted Cards attested to on Claim Form |
| Alerted on Cards | Number of Alerted on Cards reflected in data provided by Card Brands |
| Difference | Number of Claimed Impacted Cards MINUS Number of Alerted on Cards reflected in Card Brand data |
| Difference Value ($5.00) | Tier 1 value of Claimed Impacted Cards MINUS Value of Alerted on Cards reflected in Card Brand data |
| Tier 1 Total ($5.00) | Total Tier 1 value for ALL Claimed Impacted Cards |

| | |
|---|---|
| BLUE | Tier 1 Claims tentatively valued at or below $407.08 to be converted to Tier 3 Claims |
| ORANGE | Deficient Claims (or Partial Claims) not included in valuation pending follow-up by Claims Administrator to cure deficiency |
| PURPLE | Tier 1 Claims with valid Tier 2 claims that have a combined value greater than $407.08 |