# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institution Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley B. Hodge |

**WAWA, INC.'S OPPOSITION TO FINANCIAL INSTITUTION PLAINTIFFS' MOTION FOR PROTECTIVE ORDER
AND
MOTION TO COMPEL PRODUCTION OF CLAIMS COMMUNICATIONS PURSUANT TO THE SUBPOENA SERVED ON THE SETTLEMENT ADMINISTRATOR**

Wawa, Inc. ("Wawa"), by and through its undersigned counsel, submits this Opposition to Financial Institution Plaintiffs' ("Plaintiffs'") Motion for Protective Order (ECF No. 470), and Motion to Compel Production of Claims Communications Pursuant to the Subpoena Served on the Settlement Administrator.  In support of its combined Opposition and Motion, Wawa relies on the accompanying memorandum and other supporting materials filed herewith.

Wawa respectfully requests that the Court deny Plaintiff's Motion for Protective Order and enforce the subpoena Wawa served on the Settlement Administrator, Analytics Consulting, LLC, compelling production of communications between the Settlement Administrator, Plaintiffs' counsel and/or Settlement Class Members concerning the claims made in the Financial Track of this litigation on which Wawa was not copied.  A proposed Order is attached.

Dated: December 11, 2024

Respectfully submitted,

/s/ *Gregory T. Parks*
Gregory T. Parks
Ezra D. Church
Kristin M. Hadgis
Terese M. Schireson
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
gregory.parks@morganlewis.com
ezra.church@morganlewis.com
kristin.hadgis@morganlewis.com
terese.schireson@morganlewis.com

*Attorneys for Defendant Wawa, Inc.*