# EXHIBIT 3

| From: | Kari Schmidt <kschmidt@analyticsllc.com> |
|---|---|
| Sent: | Thursday, October 3, 2024 10:47 AM |
| To: | Parks, Gregory T.; Hadgis, Kristin M. |
| Cc: | Richard Simmons; Mindee J. Reuben; Gary Lynch; Jamisen Etzel; Jeannine Kenney; Christian Levis; Anthony Christina |
| Subject: | RE: Wawa FI Track Settlement -- Weekly Report 8.26 |

[EXTERNAL EMAIL]
Greg,

Below is the interim claims report for Wawa.  All submissions are considered timely given the Court-ordered deadline extension.

| | |
|---|---|
| **Total Notices Mailed** | **4,913** |

| | |
|---|---|
| **TIMELY CLAIMS (9/12)** | **747** |
| **Tier 1 Claims** | **569** |
| Total *Claimed* Impacted Cards | 1,643,954 |
| **Tier 2 Claims** | **70** |
| Total *Claimed* Out-of-Pocket | $1,619,141.96 |
| Total Out-of-Pocket ($4,000 CAP) | $165,843.33 |
| **Tier 3 Claims** | **168** |

| | |
|---|---|
| **Opt Outs** | **2** |
| **Objections** | **0** |

Once the deficiency process is complete, Analytics will await confirmation prior to finalizing the valuation.

Best,
Kari

KARI SCHMIDT, PhD / PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706

---

**From:** Parks, Gregory T. <gregory.parks@morganlewis.com>
**Sent:** Thursday, October 3, 2024 8:23 AM
**To:** Kari Schmidt <kschmidt@analyticsllc.com>; Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Cc:** Richard Simmons <rsimmons@analyticsllc.com>; Mindee J. Reuben <MReuben@litedepalma.com>; Gary Lynch <Gary@lcllp.com>; Jamisen Etzel <Jamisen@lcllp.com>; Jeannine Kenney <jkenney@hausfeld.com>; Christian Levis <CLevis@lowey.com>; Anthony Christina <achristina@lowey.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

Kari,

I had understood that Analytics would be providing an updated preliminary summary report by the end of the week of September 23. Can you please provide that as soon as possible.

Separately, Wawa and Plaintiffs' counsel had a discussion yesterday about Wawa's request to review the claim forms. Plaintiffs' counsel do not agree to the request at this time, but asked that Wawa review their anticipated forthcoming submission to the Court on October 8 or 9 before pushing the issue further. I agreed to wait that time. In the interim, I understand that the deficiency process will be going until at least October 21. The parties agreed that there should be no final valuation until at least that date. By October 21, if the parties have not reached agreement on this issue, Wawa will be moving the Court to resolve the issue. That would likely further delay the final valuation process, but we can address that issue if and when we get to it.

Please do provide the updated preliminary summary as soon as you can.

Thank you,

-Greg…

**Gregory T. Parks**
**Morgan, Lewis & Bockius LLP**
**Mobile: +1.215.680.6295 (best contact number, calls or texts, Eastern Time)**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5170 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
gregory.parks@morganlewis.com | www.morganlewis.com
Assistant: Sabrina A. Holmes | +1.215.963.5987 | sabrina.holmes@morganlewis.com (can help with scheduling)

---

**From:** Kari Schmidt <kschmidt@analyticsllc.com>
**Sent:** Monday, September 23, 2024 11:41 AM
**To:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Cc:** Richard Simmons <rsimmons@analyticsllc.com>; Mindee J. Reuben <MReuben@litedepalma.com>; Gary Lynch <Gary@lcllp.com>; Jamisen Etzel <Jamisen@lcllp.com>; Jeannine Kenney <jkenney@hausfeld.com>; Christian Levis <CLevis@lowey.com>; Anthony Christina <achristina@lowey.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

[EXTERNAL EMAIL]
Kristin,

Analytics is still in the process of reviewing all claims submitted during the Court-approved 30-day filing extension. I anticipate this review will be complete in the next couple days and will have the updated summary report to you by the end of the week.

Please be advised that there are claims going through the deficiency process, thus it will be a few weeks before Analytics will be able to run any final calculations.

Regarding access to claim forms, it is my understanding that the Settlement Agreement does not authorize or require Analytics to provide copies of the claim forms to Wawa. Please direct further inquiries to Class Counsel.

Best,
Kari

KARI SCHMIDT, PhD / PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706

---

**From:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Sent:** Monday, September 23, 2024 9:13 AM
**To:** Kari Schmidt <kschmidt@analyticsllc.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Cc:** Richard Simmons <rsimmons@analyticsllc.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

Kari,

Could you please send us the normal claims update today if possible?

As to our request to review the claims, we believe Wawa is entitled to review them and we trust Analytics will not prepare a final calculation until this issue is resolved.

Best,
Kristin

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



---

**From:** Kari Schmidt <kschmidt@analyticsllc.com>
**Sent:** Tuesday, September 17, 2024 3:26 PM
**To:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Cc:** Richard Simmons <rsimmons@analyticsllc.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

[EXTERNAL EMAIL]
Kristin,

We are in the process of reviewing the settlement agreement to ensure Analytics can comply with your request to have access to copies of all individual claim forms, and will circle back once this has been established.

Best,
Kari

KARI SCHMIDT, PhD / PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706

**From:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Sent:** Thursday, September 12, 2024 8:13 AM
**To:** Kari Schmidt <kschmidt@analyticsllc.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26
**Importance:** High

Kari,

We have not received any response from you to my 8/29 and 9/4 emails.  It has now been two weeks since we asked for a detailed report and the pdf copies of the individual claims, which Wawa is entitled to review under the settlement agreement.  Please provide a response today about the best way to send these materials to us and please provide an update on claims received to date.  Thank you.

Best,
Kristin

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



**From:** Hadgis, Kristin M.
**Sent:** Wednesday, September 4, 2024 5:02 PM
**To:** 'Kari Schmidt' <kschmidt@analyticsllc.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

Hi Kari – checking back in to see what would be the best way to get us the detailed report and the pdf copies of the individual claims?  Could you also send us an updated report to the extent there have been any additional late claims since August 26?  Thanks.

Best,
Kristin

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



**From:** Hadgis, Kristin M.
**Sent:** Thursday, August 29, 2024 12:32 PM
**To:** 'Kari Schmidt' <kschmidt@analyticsllc.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

Hi Kari - we would like to receive both the detailed report and pdf copies of the individual claim submissions.  Thanks.

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



**From:** Kari Schmidt <kschmidt@analyticsllc.com>
**Sent:** Wednesday, August 28, 2024 12:12 PM
**To:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

[EXTERNAL EMAIL]
Hi Kristin,

As a point of clarification, are you requesting a detailed report of individual claims, or pdf copies of every individual claim submission?

Please note that the values reported below are the "claimed" numbers for Tier 1 and Tier 2 claims – not the "approved" values.  Analytics is still conducting the data integrity audit for claims submitted to-date.

Moreover, while Analytics is still accepting late claims for Wawa, we advise all late filers that there is no guarantee their claims will be payment eligible.  We will not include any of the late claims in the settlement valuation until the Court authorizes us to do so.

Best,
Kari

KARI SCHMIDT, PhD / PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706

**From:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Sent:** Wednesday, August 28, 2024 8:49 AM
**To:** Kari Schmidt <kschmidt@analyticsllc.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** RE: Wawa FI Track Settlement -- Weekly Report 8.26

Thanks, Kari.  We would like to receive copies of the claims.  What would be the best way to get them to us?

As you may know, the Plaintiffs filed a motion to extend the claims deadline to September 30. Wawa has opposed the motion. We would ask that Analytics hold off on a "final valuation of Approved Claims" under the settlement agreement until Wawa has had chance to review the claims, and until the Court rules on the Plaintiffs' motion to extend the claims deadline.

Best,
Kristin

**Kristin M. Hadgis**
**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com



---

**From:** Kari Schmidt <kschmidt@analyticsllc.com>
**Sent:** Monday, August 26, 2024 5:24 PM
**To:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>; Parks, Gregory T. <gregory.parks@morganlewis.com>
**Subject:** FW: Wawa FI Track Settlement -- Weekly Report 8.26

[EXTERNAL EMAIL]
Hi Kristin,

Below is the most recent claims report for Wawa, current as of this afternoon (8/26).

| | |
|---|---|
| **Total Notices Mailed** | **4,913** |

| | |
|---|---|
| **TIMELY CLAIMS (8/26)** | **671** |
| **Tier 1 Claims** | **514** |
| Total Claimed Impacted Cards | 1,572,565 |
| **Tier 2 Claims** | **62** |
| Total Claimed Out-of-Pocket | $1,572,882.39 |
| Total Out-of-Pocket ($4,000 CAP) | $139,284.09 |
| **Tier 3 Claims** | **150** |

| | |
|---|---|
| **Opt Outs** | **2** |
| **Objections** | **0** |

| | |
|---|---|
| **LATE CLAIMS Filed To Date (8/26)** | **32** |
| **Tier 1 Claims** | **26** |
| Total Claimed Impacted Cards | 33,900 |
| **Tier 2 Claims** | **3** |
| Total Claimed Out-of-Pocket | $17,953.13 |
| Total Out-of-Pocket ($4,000 CAP) | $6,859.24 |
| **Tier 3 Claims** | **6** |

Please let me know if you need any additional information.

Best,
Kari

KARI SCHMIDT, PhD / PROJECT MANAGER
KSCHMIDT@ANALYTICSLLC.COM / (o) 952.404.5706