# EXHIBIT 6

| | |
|---|---|
| **From:** | Brian W. Nelson <bwnelson@hjlawfirm.com> |
| **Sent:** | Monday, December 9, 2024 12:17 PM |
| **To:** | Hadgis, Kristin M. |
| **Cc:** | Parks, Gregory T.; Wheeling, Emily Kimmelman; Sarah A. Lopez |
| **Subject:** | RE: Wawa Data Security Litigation / Analytics Subpoena |

[EXTERNAL EMAIL]
Kristin and Greg,
My client is conducting searches and compiling responsive documents to be prepared for a production; however, I understand that last week Plaintiffs filed a motion for a protective order and an opposition to Wawa's motion to compel. Given the pending motions, Analytics will hold the documents until we have an order from the Court or the parties have an agreement on the production.

As I have stated before, Analytics is not refusing to produce or withholding documents based on any objections at this point. We will produce documents pursuant to the Court's order on the motions.

Please let me know if you have any questions
Thanks
Brian



**BRIAN W. NELSON**
Attorney at Law
Direct: 952-746-2117
**hjlawfirm.com**

---

**From:** Hadgis, Kristin M. <kristin.hadgis@morganlewis.com>
**Sent:** Tuesday, December 3, 2024 1:59 PM
**To:** Brian W. Nelson <bwnelson@hjlawfirm.com>
**Cc:** Parks, Gregory T. <gregory.parks@morganlewis.com>; Wheeling, Emily Kimmelman <emily.wheeling@morganlewis.com>
**Subject:** Wawa Data Security Litigation / Analytics Subpoena

[EXTERNAL]
Brian,

Thank you for the productive call this afternoon. We appreciate your client's cooperation in connection with the subpoena Wawa served on Analytics on November 19, 2024. As discussed, attached here is the Protective Order entered in the case. Also as discussed on our call, Wawa clarifies that both Request Nos. 1 and 2 in the subpoena are limited to communications related to the Wawa Financial Institution settlement and not any other settlement or case.

With respect to Request No. 1, which seeks all communications between Analytics and counsel for Financial Institution Plaintiffs for which Wawa was not copied or included, if Analytics produces the agreement between Analytics and the Financial Institution Plaintiffs relating to administration of the settlement of Wawa Financial Institution class action litigation, Wawa is willing to agree to limit the time period of Request No. 1 to March 13, 2024 to the present.

With respect to Request No. 2, which seeks all communications between Analytics and Settlement Class Members related to any claims, Wawa agrees that Analytics can exclude from its production (a) the actual claim forms submitted by Settlement Class Members and (b) any Court-approved notices sent to the class, which are the Notice and Claim Form mailed to Settlement Class Members on April 12, 2024 and the reminder postcards mailed to Settlement Class Members on July 22, 2024.  Wawa similarly agrees to limit the time period for Request No. 2 to March 13, 2024 to the present.

Happy to discuss further on a call if that would be helpful.  Again, thank you for your cooperation.

Best,
Kristin

**Kristin M. Hadgis**

**Morgan, Lewis & Bockius LLP**
2222 Market Street | Philadelphia, PA 19103-3007
Direct: +1.215.963.5563 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
Assistant: Ethel M. Kump | +1.215.963.4810 | ethel.kump@morganlewis.com
kristin.hadgis@morganlewis.com | www.morganlewis.com

CONFIDENTIALITY AND PRIVACY NOTICE: This email is from a law firm and may contain information that is confidential, privileged, and/or attorney work product. This email may also contain personal data, which we process in accordance with applicable data protection laws and our Privacy Policies and Notices. If you are not the intended recipient, you may not review, copy, or distribute this message. If you have received this email in error, please contact the sender immediately and delete all copies from your system.