# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institution Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley B. Hodge |

## [PROPOSED] ORDER

AND NOW, this _____ day of _____, 2024, having considered Defendant Wawa, Inc.'s ("Wawa's") Motion to Compel Claims Communications (ECF No. 468), Financial Institution Track Plaintiffs' ("Plaintiffs'") Motion for Protective Order and Opposition in Response to Wawa's Motion to Compel Claims Communications (ECF No. 470), and Wawa's Opposition to Plaintiffs' Motion for Protective Order and Motion to Compel Production of Claims Communications Pursuant to the Subpoena Served on the Settlement Administrator, and any responses or replies thereto, it is hereby **ORDERED** that:

1. Wawa's Motion to Compel Claims Communications (ECF No. 468) is **GRANTED**.

2. Plaintiffs' Motion for Protective Order (ECF No. 470) is **DENIED**.

3. Wawa's Motion to Compel Claims Communications Pursuant to the Subpoena Served on the Settlement Administrator is **GRANTED**.

BY THE COURT:

_____
Hon. Kelley B. Hodge
U.S. District Judge