IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC.** <br> **DATA SECURITY LITIGATION** <br><br> **This document applies to the Financial Institutions Track.** | **CIVIL ACTION** <br><br><br> **NO. 19-6019** <br> **and all related cases** |

### O R D E R

**AND NOW**, this 23rd day of December, 2024, before the Court are Defendant Wawa, Inc.'s ("Wawa") Motion to Compel Claims Communications (ECF No. 468), Financial Institutional Plaintiffs Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union's ("FI Plaintiffs") Motion for Protective Order and Opposition in Response to Wawa's Motion to Compel Claims Communications ("FI Plaintiffs' Motion and Opposition") (ECF No. 470), and Wawa's Response in Opposition to FI Plaintiffs' Motion and Opposition. The Court conducted a status conference on December 18, 2024, the record of which is incorporated by reference. For the reasons stated therein, it is hereby **ORDERED** that FI Plaintiffs produce to the Court for *in camera* review **within thirty days** of the entry of this Order the following documents for the period of August 1, 2024 to September 12, 2024:

    a.    All communications between the Settlement Administrator and Settlement Class Members related to the claims (other than the claims themselves);

    b.    All communications between the Settlement Administrator and Plaintiffs' counsel on which counsel for Wawa was not copied or included; and

    c.    Any contracts or agreements related to the Settlement between Plaintiffs' counsel and the Settlement Administrator to which Wawa was not a party.

**BY THE COURT:**

/s/ Hon. Kelley B. Hodge
_____
**HODGE, KELLEY B., J.**