IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | **CIVIL ACTION** |
| **This document applies to the Financial Institutions Track.** | **NO. 19-6019 and all related cases** |

## O R D E R

**AND NOW**, on this 25th day of August, 2025, it is **HEREBY ORDERED** that Defendant Wawa, Inc.'s ("Wawa") Motion to Compel Claims Communications from Financial Institution Track Plaintiffs ("FI Plaintiffs") (ECF No. 468) is **DENIED** and FI Plaintiffs' Motion for Protective Order and Response in Opposition to Wawa's Motion (ECF No. 470) is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that, within seven (7) days of this Order, the parties shall provide the Court with a proposed date for the final fairness hearing, which the Court will schedule in due course.

BY THE COURT:

/s/ Kelley B. Hodge

_____
HODGE, KELLEY B., J.