UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>**The Honorable Kelley Brisbon Hodge** |

SECOND SUPPLEMENTAL DECLARATION OF KARI L. SCHMIDT IN SUPPORT OF PLAINTIFFS' AMENDED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 460)

I, Kari L. Schmidt, hereby declare under penalty of perjury as follows:

1. I am a Project Manager for Analytics Consulting, LLC ("Analytics"). Pursuant to the Preliminary Approval Order dated October 12, 2023 (ECF No. 412), the Court approved the retention of Analytics as the Settlement Administrator for the above-captioned action (the "Action").[1] I submit this Declaration as a second supplement to my earlier declaration, the Amended Declaration of Kari L. Schmidt in Support of Plaintiffs' [Amended] Motion for Final Approval of Class Action Settlement, dated October 21, 2024

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings defined in the Preliminary Approval Order.

(ECF No. 460-2) (the "Amended Declaration").[2]  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Analytics has maintained the toll-free telephone number (1-855-391-9265) and interactive voice response system to accommodate any inquiries from Settlement Class Members.  Analytics also continues to maintain the dedicated website for the Action (www.WawaFinancialInstitutionSettlement.com) in order to assist Settlement Class Members, including most recently updating the website with information regarding the final fairness hearing scheduled for December 3, 2025.  Analytics will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

3. The Class Notice informed Settlement Class Members that requests for exclusion from the Class and objections to the Settlement Agreement were to be mailed to Analytics, postmarked no later than June 26, 2024.  As noted in my Amended Declaration, Analytics received two (2) timely Requests for Exclusion and did not receive any objections from Settlement Class Members.  Copies of the timely Requests for Exclusion were attached as Exhibit H to my Amended Declaration (ECF No. 460-2).  No additional requests for exclusion or objections have been received since that date.

---

[2] The Amended Declaration was also filed in support of FI Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards & Costs of Settlement Administration (ECF No. 461-2).

4. The Court's March 14, 2024, Order (ECF No. 436) set an August 12, 2024, deadline to submit a claim for monetary payment under the Settlement Agreement. In its Order Amending Deadlines dated September 11, 2024 (ECF No. 455), the Court granted a 30-day extension to the settlement claims deadline. The amended submission deadline was established as September 12, 2024. As noted in my Amended Declaration, Analytics received 747 timely submitted claims.

5. Analytics conducted a data integrity audit of all timely submitted claims after the claims deadline passed to evaluate completeness and identify any outstanding defects. A total of 70 claims were identified as deficient in my Amended Declaration, in whole or in part. On October 15, 2024, Analytics mailed Deficiency Letters to those 70 Settlement Class Members describing the nature of the identified defect and what was necessary to complete the claim. Settlement Class Members were given 14 days to respond to the Deficiency Letter.

6. Of these 70 claims, 34 Settlement Class Members promptly responded to the Deficiency Letter, validating their claims in full. A further 24 Tier 2 claims remain partially deficient for insufficient documentation to support their claimed out-of-pocket losses but remain eligible for their accompanying valid Tier 1 claim.

7. A total of 355 Tier 1 claims, exceeding the Tier 3 fixed payment amount, have been deemed valid, representing a total of 1,966,890 Impacted Cards, with a cumulative approved value of $9,834,450.00.

8. A total of 26 Tier 2 claims, exceeding the Tier 3 fixed payment amount, have been deemed valid with an approved cumulative valuation of $63,110.42.

9. A total of 169 Tier 3 claims have been deemed valid, with a calculated fixed payment amount of $407.08 each, and an approved cumulative value of $68,796.52. An additional 211 claims were initially filed as valid Tier 1 claims, but the calculated claim value fell below the minimum payment threshold. Pursuant to Paragraph 4.6.(c) of the Settlement Agreement (ECF No. 360-4), these 211 valid claims were converted into Tier 3 claims, with an approved cumulative value of $85,893.88. In aggregate, the original Tier 3 claims plus the Tier 3 rollover claims result in 380 valid Tier 3 claims and a payout of $154,690.40.

10. The final number of approved claims and valuations are as follows:

| Tier | Number of Approved Claims | Total Approved Value |
|---|---|---|
| Tier 1 | 355 | $9,834,450.00 |
| Tier 2 | 26 | $63,110.42 |
| Tier 3 | 380 | $154,690.40 |
| TOTAL: | | $10,052,250.82 |

11. The claims rate for approved claims is 15.0%.

12. To date, Analytics has incurred expenses in the amount of $85,134.42 for work performed with respect to the provision of notice and administration of the Settlement and estimates future costs of $11,016.83 to complete the distribution of the settlement funds if Final Approval is granted.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on October 24, 2025, in Chanhassen, MN.

_____
Kari L. Schmidt