IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION**<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley Brisbon Hodge |

**[REVISED PROPOSED] ORDER GRANTING FINANCIAL INSTITUTION PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, SERVICE AWARDS AND COSTS OF SETTLEMENT ADMINISTRATION**

AND NOW, this ___ day of _____, 202_, upon consideration of Financial Institution Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards and Costs of Settlement Administration and Third Joint Declaration, it is hereby ORDERED that said Motion is GRANTED:

1. Counsel for the Financial Institution Plaintiffs ("FI Counsel") are awarded attorneys' fees in the amount of $8.5 million. Based upon the related briefing and oral argument and, in particular, the novel relief provided by this Settlement Agreement and individual outreach performed by counsel, a multiplier of 1.36 is appropriate in calculating attorneys' fees in this case.

2. FI Counsel are awarded reimbursement of $85,021.84 in litigation and individual firm expenses.[1]

3. FI Counsel are awarded $3,460.75 for costs incurred but not yet paid relating to their document review platform.

---

[1] The modest increase in individual firm expenses of $2,208.78 incurred from October 1, 2024 through December 3, 2025, predominantly relates to claim validation and class communication disputes between the parties. These disputes have been resolved by the Court (ECF No. 481).

4. Each of the three Settlement Class Representatives are awarded $5,000.00 for the services they have rendered to the Settlement Class in this litigation.

5. The Court-appointed settlement administrator, Analytics Consulting, LLC, has been paid $85,134.42 for work performed with respect to the provision of notice and administration of the Settlement, consistent with Paragraph 4.7(a) of the Settlement Agreement. Analytics estimates future costs of $11,016.83 to complete the distribution of the settlement funds. *See* ECF No. 483 at ¶ 12 (Second Supplemental Decl. of Kari L. Schmidt in Support of Plaintiffs' Amended Motion for Final Approval of Class Action Settlement).

6. Class Counsel are responsible for allocating and distributing attorneys' fees and expenses among counsel for FI Plaintiffs.

7. The Court retains jurisdiction over the Settlement Agreement to include resolution of any matters which may arise relating to allocation and distribution of attorneys' fees and expenses.

IT IS SO ORDERED.

_____
HON. KELLEY B. HODGE
United States District Court