IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC. DATA SECURITY LITIGATION** | Case No. 2:19-cv-06019<br><br>The Honorable Kelley Brisbon Hodge |
| *This Document Applies to the Financial Institutions Track* | |

    I hereby certify that on December 1, 2025, a true and correct copy of a [Revised Proposed] Order Granting Financial Institution Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards and Costs of Settlement Administration was served on all counsel of record via the Court's CM/ECF system.

Date:  December 1, 2025          By: */s/ Mindee J. Reuben*
                                                          Mindee J. Reuben
                                                          Counsel for FI Plaintiffs