IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE WAWA, INC. DATA SECURITY LITIGATION<br><br>*This Document Applies to the Financial Institutions Track* | Case No. 2:19-cv-06019<br><br>The Honorable Kelley Brisbon Hodge |

**THIRD JOINT DECLARATION OF CLASS COUNSEL GARY F. LYNCH, CHRISTIAN LEVIS, JEANNINE M. KENNEY, AND MINDEE J. REUBEN IN SUPPORT OF FINANCIAL INSTITUTION PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, SERVICE AWARDS & COSTS OF SETTLEMENT ADMINISTRATION (ECF NO. 461)**

Class Counsel for Financial Institution Plaintiffs Inspire Federal Credit Union, Insight Credit Union, and Greater Cincinnati Credit Union ("FI Plaintiffs") hereby jointly declare as follows:

1. By Order dated October 12, 2023, preliminarily approving the Settlement Agreement between FI Plaintiffs and Wawa, Inc., the Court appointed Gary F. Lynch, Christian Levis, Jeannine M. Kenney, and Mindee J. Reuben as Class Counsel for the Settlement Class. ECF No. 412 ¶ 3.

2. It is in that capacity that the undersigned submit this Third Joint Declaration in Support of FI Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards & Costs of Settlement Administration (ECF No. 461) ("Amended Fee Motion").

3. FI Plaintiffs filed their Amended Fee Motion on October 21, 2024, and sought approval of $8.5 million in attorneys' fees, $82,993.06 in expenses, and $3,460.75 in costs incurred but not yet paid ($86,453.81 in total), as well as a $5,000 service award to each class

representative ($15,000 total). (ECF No. 461-1 at 1). At the time, Class Counsel noted that, "[s]upplemental declarations and an updated proposed Order will be filed in advance of the final approval hearing to include any additional costs and expenses…. particularly those incurred by the claims administrator between now and the Final Approval Hearing." *Id.*

4. On October 24, 2025, the Court-appointed Settlement Administrator, Analytics Consulting, LLC ("Analytics"), submitted the Second Supplemental Declaration of Kari L. Schmidt, setting forth final details regarding claims, expenses, and estimated future costs. (ECF No. 483).

5. Pursuant to Paragraph 4.7(a) of the Settlement Agreement, Analytics has been paid $85,134.42 for work performed with respect to the provision of notice and administration of the Settlement. Analytics estimates future costs of $11,016.83 to complete the distribution of the settlement funds if the Settlement is finally approved. (ECF No. 483 ¶ 12).

6. Since the submission of the Amended Fee Motion, Class Counsel have incurred an additional $2,028.84 in expenses. With the exception of some small courier fees transmitting motion materials to the Court, these expenses principally relate to claims validation and class communication disputes between the parties. *See, e.g.,* ECF Nos. 468 and 470 and related briefing.[1] Expenses incurred by Class Counsel since submission of the Amended Fee Motion are summarized below:

| FIRM | EXPENSES 10/2/2024-present |
|---|---|
| Hausfeld | $ 917.22 |
| Lite DePalma Greenberg & Afanador | $ 346.61 |
| Lowey Dannenberg | $ 764.95 |

---

[1] The Court resolved these disputes in a separate Order (ECF No. 481).

| | | |
|---|---|---|
| Lynch Carpenter | | $ 0.00 |
| **TOTAL** | | **$ 2028.78** |

7. The award of such additional expenses will not reduce the amount of funds available for distribution to the Settlement Class and will not exceed the $9 million set aside for the purpose of paying fees, expenses, and service awards. The balance remaining in the Fees & Costs Fund provided for in the Settlement Agreement at ¶ 2.16 after all such deductions is $300,366.16:

| | | |
|---|---|---|
| $ | 9,000,000.00 | Fee & Costs Fund |
| $ | 8,500,000.00 | Fees |
| $ | 85,021.84 | Revised expenses |
| $ | 3,460.75 | Costs incurred but not paid |
| $ | 15,000.00 | Incentive awards |
| $ | 85,134.42 | Analytics paid |
| $ | 11,016.83 | Analytics future costs |
| $ | 300,366.16 | BALANCE |

8. A revised proposed Order Granting Financial Institution Plaintiffs' Amended Motion for Award of Attorneys' Fees, Expenses, Service Awards and Costs of Settlement Administration reflecting this expense adjustment has been separately submitted to the Court for consideration. (ECF No. 484).

9. Although FI Plaintiffs are not seeking to adjust their request for $8.5 million in fees, Class Counsel did spend a substantial amount of time addressing the claims validation and class communication disputes that arose since the submission of the Amended Fee Motion:

| FIRM | HOURS 10/10/2024-present | LODESTAR 10/10/2024-present |
|---|---:|---:|
| Hausfeld | 150.8 | $ 137,144.00 |
| Lite DePalma Greenberg & Afanador | 166.6 | $ 156,617.50 |
| Lowey Dannenberg | 139.3 | $ 142,596.50 |
| Lynch Carpenter | 118.9 | $ 114,150.00 |
| **TOTAL** | **575.6** | **$ 550,508.00** |

10. The lodestar in the Amended Fee Motion was $5,698,762.70; adding $550,508.00 in additional time increases the total lodestar to $6,249,270.70. This *decreases* the previously-requested multiplier from 1.49 to 1.36.

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2025, in Pittsburgh, Pennsylvania.

*/s/ Gary F. Lynch*
Gary F. Lynch

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2025, in Salamanca, Spain.

*/s/ Christian Levis*
Christian Levis

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2025, in Philadelphia, Pennsylvania.

        */s/ Jeannine M. Kenney*
        Jeannine M. Kenney

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 1, 2025, in Wynnewood, Pennsylvania.

        */s/ Mindee J. Reuben*
        Mindee J. Reuben