IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE WAWA, INC.**<br>**DATA SECURITY LITIGATION**<br><br>**This document applies to the Financial Institutions Track.** | CIVIL ACTION<br><br><br>NO. 19-6019<br>and all related cases |

### O R D E R

**AND NOW**, this 4th day of December, 2025, following a final fairness hearing on Plaintiffs' Amended Motion for Approval of Proposed Class Action Settlement (ECF No. 460) and Amended Motion for Attorney Fees, Expenses, Service Awards & Costs of Settlement Administration (ECF No. 461), it is **HEREBY ORDERED** that **by December 8, 2025**, the parties email the Court with a proposed final approval order and judgment as it pertains to ECF No. 460.

It is **FURTHER ORDERED** that by **December 22, 2025**, the parties provide the Court with supplemental briefing **no more than 7 pages long** addressing (1) whether the August 1, 2025 letter sent by Plaintiffs' counsel constituted notice under the settlement agreement; and (2) the issue of attorney fees and costs.

BY THE COURT:

/s/ Kelley B. Hodge
_____
  HODGE, KELLEY B., J.